UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLIN GODFREY, | CIVIL ACTION |
| DAVID ANTHONY KITTRELL, | NO. |
| ANSLEY F. GRANT, | |
| CURTISS L. FITZGERALD, | |
|     Plaintiffs, | |
|     v. | |
| ALLEN IVERSON<br>1432 Monk Road<br>Gladwyne, PA 19035 | |
|     Defendant. | |

To:   Clerk of the Court
       United States District Court for the District of Columbia
       333 Constitution Avenue, N.W.
       Washington, D.C. 20001

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that Defendant Allen Iverson files this notice of removal, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, from the Superior Court of the District of Columbia in which it is now pending to the United States District for the District of Columbia, and states as follows:

    1.    The Complaint was filed by the Plaintiffs in the Superior Court of the District of Columbia, Civil Division on September 10, 2005 and was assigned Docket Number 05-0007327. A true and correct copy of the Complaint is attached hereto as Exhibit "A."

2. A copy of the Plaintiffs' Complaint was received by the undersigned counsel for the defendant on or about September 20, 2005.

3. The matter in dispute arises from an alleged physical altercation that occurred on July 20, 2005 in Washington, D.C. Plaintiffs' Complaint included claims for Assault & Battery (Count I), Intentional Infliction of Emotional Distress (Count II), Negligent Infliction of Emotional Distress (Count III), Negligent Hiring, Training & Supervision (Count IV), and Civil Conspiracy (Count V).

4. The Plaintiffs are all residents of the State of Maryland.

5. The Defendant is a citizen of the Commonwealth of Pennsylvania.

6. Defendant is not a citizen of the District of Columbia.

7. The district courts of the United States have original jurisdiction over this civil action pursuant to 28 U.S.C. §§ 1332 because the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

8. Plaintiffs' civil action is removable to this court pursuant to 28 U.S.C. §§ 1441 and 1446 because the district courts of the United States have original jurisdiction over this matter and because this court embraces the jurisdiction in which the action is currently pending.

9. Defendant consents to the removal of this action from the Superior Court of the District of Columbia to the United States District for the District of Columbia.

10. This Notice of Removal is filed within 30 days after receipt by Defendant "through service or otherwise, [of] a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based," as provided by 28 U.S.C. § 1446(b).

**WHEREFORE,** pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Allen Iverson requests that further proceedings in the Superior Court of the District of Columbia be

discontinued, and that this civil action be removed to the United States District Court for the District of Columbia.

Defendant, upon the filing of this Notice of Removal, shall also be promptly filing copies of this notice with the Clerk of Court for the Superior Court of the District of Columbia to effect removal of this action to the United States District Court for the District of Columbia, pursuant to 28 U.S.C. § 1446(d).

|  |  | SHERMAN, SILVERSTEIN, KOHL ROSE & PODOLSKY, P.A. |
|---|---|---|
| Dated: Friday, October 14, 2005 | By: | s/Alan C. Milstein |
|  |  | ALAN C. MILSTEIN (NY0026) |
|  |  | Attorney for Defendant Allen Iverson |
|  |  | Fairway Corporate Center |
|  |  | 4300 Haddonfield Road, Suite 311 |
|  |  | Pennsauken, NJ 08109 |
|  |  | Telephone: 856-662-0700 |
|  |  | Facsimile: 856-488-4744 |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLIN GODFREY, | CIVIL ACTION |
| DAVID ANTHONY KITTRELL, | NO. |
| ANSLEY F. GRANT, | |
| CURTISS L. FITZGERALD, | |
| Plaintiffs, | |
| v. | |
| ALLEN IVERSON<br>1432 Monk Road<br>Gladwyne, PA 19035 | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Alan C. Milstein, Esquire declare under penalty of perjury that on October 14, 2005 a copy of the Defendant's Notice of Removal to the United States District Court for the District of Columbia and Certificate of Service were mailed via first class mail postage prepaid to each party listed as plaintiffs to this action to the address listed below:

Gregory L. Lattimer, Esquire
Law Offices of Gregory L. Lattimer
1100 H. Street, N.W., Suite 920
Washington, D.C. 20005

Dated: Friday, October 14, 2005     By:   s/Alan C. Milstein
                                          ALAN C. MILSTEIN (NY0026)
                                          Attorney for Defendant Allen Iverson