IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLIN GODFREY, *et al.* | * |
| Plaintiffs, | * |
| v. | *   Case No. 1:05-cv-02044-ESH |
| ALLEN IVERSON | * |
| Defendant. | * |

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of E. Gregory Watson as co-counsel in this matter for Plaintiffs Marlin Godfrey, David Anthony Kittrell, Ansley F. Grant and Curtiss L. Fitzgerald.

Date: October 24, 2005

/s/_____
E. Gregory Watson
(DC Fed Bar No. #14398)

Watson & Moran, LLC
8401 Corporate Dr. Ste. 110
Landover, Maryland 20785
Tel. (301) 429-0505
Fax. (301) 429-0371

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2005, I caused the foregoing Entry of Appearance to be served on Defendant *via* electronic case filing and by mailing the same first class mail, postage prepaid to Counsel for Defendant: Alan C. Milstein, 4300 Haddonfield Rd., Suite 311, Pennsauken, NJ, 08109; and David Rosenberg, 1300 19th St., NW, Suite 700, Washington, DC, 20036.

/s/_____
E. Gregory Watson