IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARLIN GODFREY,** : | CIVIL ACTION |
| **DAVID ANTHONY KITTRELL,** : | NO.: 1:05-cv-2044 |
| **ANSLEY F. GRANT,** : | |
| **CURTISS L. FITZGERALD,** : | |
| Plaintiffs, : | |
| v. : | |
| **ALLEN IVERSON** : | |
| Defendant. : | |

### ANSWER OF DEFENDANT ALLEN IVERSON
### TO PLAINTIFFS' COMPLAINT WITH AFFIRMATIVE DEFENSES

Defendant ALLEN IVERSON (hereinafter referred to herein as "Mr. Iverson"), by and through his undersigned counsel, Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., by way of answer to plaintiffs' Complaint, hereby says, admits, denies, and avers as follows:

1. In response to paragraph 1 of the Complaint, Mr. Iverson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein. Proof of claim is hereby demanded at time of trial.

2. Denied. Proof of claim is hereby demanded at time of trial.

3. Denied. Proof of claim is hereby demanded at time of trial.

4. In response to paragraph 4 of the Complaint, Mr. Iverson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said

paragraph, and on that basis denies each and every allegation contained therein.  Proof of claim is hereby demanded at time of trial.

      5.      In response to paragraph 5 of the Complaint, Mr. Iverson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.  Proof of claim is hereby demanded at time of trial.

      6.      In response to paragraph 6 of the Complaint, Mr. Iverson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.  Proof of claim is hereby demanded at time of trial.

      7.      In response to paragraph 7 of the Complaint, Mr. Iverson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.  Proof of claim is hereby demanded at time of trial.

      8.      Admitted in part, denied in part.  Although Mr. Iverson admits he is a professional basketball player, he denies employing "a security detail that acted at his direction and for his benefit" and denies responsibility for the actions of this fictitious security detail.

      9.      In response to paragraph 9 of the Complaint, Mr. Iverson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.  Proof of claim is hereby demanded at time of trial.

      10.      Denied.  Proof of claim is hereby demanded at time of trial.

      11.      Denied.  Proof of claim is hereby demanded at time of trial.

12. Denied. Proof of claim is hereby demanded at time of trial.

13. Denied. Proof of claim is hereby demanded at time of trial.

14. Denied. Proof of claim is hereby demanded at time of trial.

15. Denied. Proof of claim is hereby demanded at time of trial.

16. Denied. Proof of claim is hereby demanded at time of trial.

17. Denied. Proof of claim is hereby demanded at time of trial.

18. Denied. Proof of claim is hereby demanded at time of trial.

19. Denied. Proof of claim is hereby demanded at time of trial.

20. Denied. Proof of claim is hereby demanded at time of trial.

## COUNT I
**(Assault & Battery)**

21. Mr. Iverson hereby incorporates the previous responses herein as if set forth at length.

22. Denied. Proof of claim is hereby demanded at time of trial.

23. Denied. Proof of claim is hereby demanded at time of trial.

In response to the prayer for relief contained at the end of Count One of the Complaint, Mr. Iverson denies that plaintiffs are entitled to any of the requested relief against him.

## COUNT II
**(Intentional Infliction of Emotional Distress)**

24. Mr. Iverson hereby incorporates the previous responses herein as if set forth at length.

25. Denied. Proof of claim is hereby demanded at time of trial.

26. Denied. Proof of claim is hereby demanded at time of trial.

27. Denied. Proof of claim is hereby demanded at time of trial.

28. Denied.  Proof of claim is hereby demanded at time of trial.

In response to the prayer for relief contained at the end of Count Two of the Complaint, Mr. Iverson denies that plaintiffs are entitled to any of the requested relief against him.

## COUNT III
### (Negligent Infliction of Emotional Distress)

29. Mr. Iverson hereby incorporates the previous responses herein as if set forth at length.

30. Denied.  Proof of claim is hereby demanded at time of trial.

31. Denied.  Proof of claim is hereby demanded at time of trial.

In response to the prayer for relief contained at the end of Count Three of the Complaint, Mr. Iverson denies that plaintiffs are entitled to any of the requested relief against him.

## COUNT IV
### (Negligent Hiring, Training & Supervision)

32. Mr. Iverson hereby incorporates the previous responses herein as if set forth at length.

33. Denied.  Proof of claim is hereby demanded at time of trial.

34. Denied.  Proof of claim is hereby demanded at time of trial.

35. Denied.  Proof of claim is hereby demanded at time of trial.

In response to the prayer for relief contained at the end of Count Four of the Complaint, Mr. Iverson denies that plaintiffs are entitled to any of the requested relief against him.

## COUNT V
### (Civil Conspiracy)

36. Mr. Iverson hereby incorporates the previous responses herein as if set forth at length.

37. Denied. Proof of claim is hereby demanded at time of trial.

38. Denied. Proof of claim is hereby demanded at time of trial.

39. Denied. Proof of claim is hereby demanded at time of trial.

40. Denied. Proof of claim is hereby demanded at time of trial.

41. Denied. Proof of claim is hereby demanded at time of trial.

42. Denied. Proof of claim is hereby demanded at time of trial.

43. Denied. Proof of claim is hereby demanded at time of trial.

44. Denied. Proof of claim is hereby demanded at time of trial.

In response to the prayer for relief contained at the end of Count Five of the Complaint, Mr. Iverson denies that plaintiffs are entitled to any of the requested relief against him.

## **AFFIRMATIVE DEFENSES**

45. Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

46. Plaintiffs have failed to join one or more indispensable parties.

47. Plaintiffs' claims are barred by the doctrine of laches.

48. Plaintiffs are barred from obtaining any relief sought in the Complaint by reason of their own unclean hands.

49. Plaintiffs' claims are barred by the doctrine of estoppel.

50. Plaintiffs' claims are barred by the doctrine of waiver.

51. The injuries and damages allegedly suffered by plaintiffs were proximately caused, in whole or in part, by their own conduct or fault.

52. Plaintiffs' damages, if any, were proximately caused or contributed to, in whole or in part, by the intentional conduct or negligence of persons or entities other than Mr. Iverson for which Mr. Iverson is not responsible.

53. Plaintiffs failed to mitigate its damages, if any.

54. Plaintiffs have not been damaged in any amount, manner, or at all by reason of any act alleged against Mr. Iverson in the Complaint.

        **SHERMAN, SILVERSTEIN, KOHL**
        **ROSE & PODOLSKY, P.A.**

**Dated:   October 20, 2005**      By:    s/Alan C. Milstein
        **ALAN C. MILSTEIN (NY0026)**
        **Fairway Corporate Center**
        **4300 Haddonfield Road - Suite 311**
        **Pennsauken, NJ 08109**
        **Telephone: (856) 662-0700**
        **FAX: (856) 488-4744**

        **David Rosenberg**
        **Ford & Harrison**
        **1300 19th Street, N.W.**
        **Suite 700**
        **Washington, DC 20036**

        **Telephone: 202-719-2012**
        **FAX.: 202-719-2077**

        **Attorneys for Defendant,**
        **Allen Iverson**