UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARLIN GODFREY,** | **CIVIL ACTION** |
| **DAVID ANTHONY KITTRELL,** | **NO.: 1:05-cv-2044** |
| **ANSLEY F. GRANT,** | |
| **CURTISS L. FITZGERALD,** | |
| Plaintiffs, | |
| v. | |
| **ALLEN IVERSON**<br>1432 Monk Road<br>Gladwyne, PA 19035 | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Alan C. Milstein, Esquire declare under penalty of perjury that on October 20, 2005, a copy of the Answer of Defendant Allen Iverson to Plaintiffs' Complaint with Affirmative Defenses and Certificate of Service was served on the following individuals via first class U.S. mail:

Gregory L. Lattimer, Esquire
**Law Offices of Gregory L. Lattimer**
1100 H. Street, N.W., Suite 920
Washington, D.C. 20005
(202) 638-0095
Attorney for Plaintiffs

Stephanie D. Moran, Esquire
**Watson & Moran, LLC**
8401 Corporate Drive
Suite 110
Landover, MD  20785
(301) 429-0505
Attorney for Plaintiffs

Dated:     **October 20, 2005**          By:     s/Alan C. Milstein
                                                                 **ALAN C. MILSTEIN (NY0026)**
                                                                 **Attorney for Defendant,**

**Allen Iverson**