A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Marlin Godfrey, et al.,

)
        Plaintiff(s) )    **APPEARANCE**
)
)
        vs. )    CASE NUMBER    05-2044 (ESH)
Allen Iverson, )
)
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of     David A. Rosenberg_____     as counsel in this
                                   (Attorney's Name)

case for:    Allen Iverson, Defendant._____
                       (Name of party or parties)

November 14, 2005_____                    _David A. Rosenberg_ (Signature)
Date                                         Signature

                                             David A. Rosenberg    Ford & Harrison LLP
DC Bar No. 433405_____                     Print Name
BAR IDENTIFICATION
                                             1300 19th Street, N.W., Suite 700
                                             Address

                                             Washington, DC  20036
                                             City          State          Zip Code

                                             (202) 719-2012
                                             Phone Number