IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARLIN GODFREY,** *et al.*, | : | CIVIL ACTION |
| Plaintiffs, | : | NO.:  1:05-cv-2044 |
| v. | : | |
| **ALLEN IVERSON** Defendant. | : | |

**DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. PRO. 26(a)**

**(1)  Initial Disclosures.**

**(A)** *The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;*

In addition to the named parties to this action, the following individuals are likely to have discoverable information:

Terra Barrow
Philadelphia Police Department
Badge #1147
One Franklin Square
Philadelphia, PA 19106

Kimberley Belandi
Eye Bar Waitress
Address Unknown

Crystal Cloonan
Eye Bar Waitress
Address Unknown

Andre Demoya
Eye Bar owner
Address in plaintiffs' possession

Nikeith Goins
Metropolitan Police Department
Badge #1243
Address Unknown

Gregory Iverson
Address will be provided

Rex Johnson
Eye Bar Security
Address Unknown

Jason Kane
Address will be provided

Robin Lyon
Eye Bar Promoter
Address Unknown

Jason McCree
Address Unknown
Fairfax, VA

LaShanda Perry
Address Unknown

Will Spencer
Eye Bar Security
Address Unknown

Dwayne A. Stanton
6006 Greenbelt Road, Suite 247
Greenbelt, MD 20770
(301) 577-4700

Akil Weight
Eye Bar Promoter
Address Unknown

Nicole Whitecliff
7404 Loughboro Lane
Springfield, VA 22150

Star Whitecliff
Address Unknown

Terrance Williams
Address Unknown

**(B)** *A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.*

Defendant has no such documents, data compilations, or tangible things in his possession, custody, or control.

**(C)** *A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered;*

Not Applicable.

**(D)** *for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of the judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.*

Not Applicable.

Respectfully Submitted on this 16th day of December, 2005.

Date: __December 15, 2005__          By: __*s/ Alan C. Milstein*__
                                          Alan C. Milstein
                                          Sherman, Silverstein, Kohl, Rose & Podolsky, PA
                                          Fairway Corporate Center
                                          4300 Haddonfield Road, Suite 311
                                          Pennsauken, NJ 08109
                                          (856) 662-0700

                                          *Counsel for Defendant*