IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARLIN GODFREY,** *et al.*, | : | CIVIL ACTION |
| Plaintiffs, | : | NO.: **1:05-cv-2044** |
| v. | : | |
| **ALLEN IVERSON** Defendant. | : | |

### CERTIFICATE OF SERVICE

I, Alan C. Milstein, Esquire declare under penalty of perjury that on December 16, 2005, a copy of the Defendant's Initial Disclosures Pursuant to Fed. R. Civ. Pro. 26(a)and Certificate of Service was served on the following individuals via electronic filing system:

Gregory L. Lattimer, Esquire
**Law Offices of Gregory L. Lattimer**
1100 H. Street, N.W., Suite 920
Washington, D.C. 20005
(202) 638-0095
Attorney for Plaintiffs

Stephanie D. Moran, Esquire
**Watson & Moran, LLC**
8401 Corporate Drive
Suite 110
Landover, MD 20785
(301) 429-0505
Attorney for Plaintiffs

Dated: <u>**December 16, 2005**</u>     By:    s/Alan C. Milstein
   **ALAN C. MILSTEIN (NY0026)**
   **Attorney for Defendant,**
   **Allen Iverson**