# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARLIN GODFREY,** *et al.,* | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **Civil Action No.  05-2044 (ESH)** |
| | : | |
| **ALLEN IVERSON,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

Based on the status conference held this date, it is hereby

**ORDERED** this matter is referred to Magistrate Judge Deborah Robinson for all discovery disputes.  On any filing related to discovery disputes, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Magistrate Judge Deborah Robinson following the case number in the caption.  On any other filings in this case, the parties shall only place the initials of Judge Ellen Segal Huvelle after the case number.

**SO ORDERED.**

_____
s/
ELLEN SEGAL HUVELLE
United States District Judge

Dated: February 9, 2006

cc:   Magistrate Judge Deborah Robinson