IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARLIN GODFREY**, *et al.,* | : | CIVIL ACTION |
| **Plaintiffs,** | : | **NO.:** 1:05-cv-2044 |
| v. | : | |
| **ALLEN IVERSON** **Defendant.** | : | |

**PLAINTIFFS' MOTION TO AMEND COURT ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO SUBMIT DISCOVERY RESPONSES**

Now Comes, Plaintiffs, by and through counsel, and hereby files this Motion to Amend Court Order To Extend Deadline For Plaintiffs To Submit Discovery Responses and in support thereof states as follows:

1. Defendant consents to the relief requested herein.

2. On February 9, 2006, counsel for the respective parties appeared before the court to address several outstanding issues surrounding discovery.

3. At the hearing, Plaintiffs advised that they expected to serve their responses to the discovery propounded by Defendant on January 11, 2006, no later than February 14, 2006.

4. Despite efforts to complete and serve discovery responses by today, Plaintiffs are unable to meet that deadline. Plaintiffs are actively working to complete said responses and request a brief extension of the deadline.

5.  Counsel for the Plaintiffs, Gregory Lattimer, contacted counsel for the Defendant, Alan Milstein, regarding extending the deadline by which Plaintiffs must serve their discovery responses. Mr. Alan Milstein agreed to extend said deadline to February 20, 2006.

6.  In the interests of justice the deadline for Plaintiffs to serve their discovery responses should be extended to February 20, 2006.

WHEREFORE, Plaintiffs requests the following relief:

A.  That the deadline for Plaintiffs to serve their discovery responses be extended to February 20, 2006.

B.  Any other relief that the nature of this matter may require.

                                        Respectfully Submitted By:

                                        E. Gregory Watson
                                        Stephanie D. Moran
                                        Watson & Moran, LLC
                                        8401 Corporate Drive
                                        Suite 110
                                        Landover, MD 20785

                                        Gregory L. Lattimer, Esq.
                                        Law Offices of Gregory Lattimer
                                        1100 H Street, N.W., Suite 920
                                        Washington, D.C. 20005


                                        /s/ E. Gregory Watson
                                        E. Gregory Watson

## CERTIFICATE OF SERVICE

    I hereby certify and affirm that I caused a copy of the foregoing Motion to be served on Defendant by electronically transmitting same to:

| | |
|---|---|
| Alan C. Milstein, Esq. | David Rosenberg, Esq. |
| Sherman, Silverstein, Kohl, | Ford & Harrison L.L.P. |
| Rose & Podolsky, P.A. | 1300 19th Street, N.W., Suite 700 |
| 4300 Haddonfield, Suite 311 | Washington, DC 20036 |
| Pennsauken, NJ 08109 | |

E. Gregory Watson