**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                         :

**MARLIN GODFREY**, *et al.*,        :       **CIVIL ACTION**
                                           :
      **Plaintiffs,**               :       **NO.:** 1:05-cv-2044
                                           :
      **v.**                          :
                                           :
**ALLEN IVERSON**                :
      **Defendant.**             :
_____:

ORDER

      Having considered the Motion to Amend Court Order To Extend Deadline For

Plaintiffs To Submit Discovery Responses filed herein and no opposition thereto, and

good cause having been shown, it is this _____ day of February, 2006

      ORDERED, that the deadline for Plaintiffs to respond to the discovery

propounded by Defendant, be and the same hereby, is extended to February 20, 2006.

Date: _____                _____
                                                 United States District Judge

CC: E. Gregory Watson, Esq.
     Stephanie Moran, Esq.
     Gregory Lattimer, Esq.
     Alan Milstein, Esq.
     David Rosenberg, Esq