IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARLIN GODFREY, et al.,** | * | |
| **Plaintiffs,** | * | |
| | | Civil Action No. 05-2044 |
| vs. | * | |
| | | (ESH) (DAR) |
| | * | |
| **ALLEN IVERSON** | | |
| | * | |
| **Defendants.** | | |
| | * | |

### PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER

Comes now, the plaintiffs, by and through counsel, and hereby move for an order modifying the scheduling orders entered by the Court on February 10, 2006 and February 15, 2006. In support of thereof, plaintiffs aver as follows:

1. On February 9, 2006, a status conference was held pursuant to plaintiffs' request for the Court to address several outstanding discovery matters.

2. Following the status hearing, the Court ordered 1) the defendant to answer specific discovery requests proposed to him by plaintiffs by February 24, 2006, 2) plaintiffs to serve their discovery responses by February 14, 2006, 3) plaintiffs to amend their complaint on or before March 3, 2006, and 4) all plaintiffs be deposed in March and defendant Iverson be deposed in April.

3. Having difficulties in providing the plaintiffs' discovery responses by February 14, 2006, plaintiffs sought an extension of time to respond to defendant's discovery request until February 20, 2006 (February 21, 2006 due to the holiday), which the Court granted.

4. Because of continuing difficulties with finalizing plaintiffs' discovery responses due to other professional commitments and conflicts, plaintiffs seek to further modify the scheduling

orders entered on February 10, 2006 and February 15, 2006 so that the parties have sufficient time to properly address all outstanding discovery obligations, as well as make an informed and orderly determination regarding a possible amending of plaintiffs' complaint.

5. Plaintiffs seek to modify the scheduling as follows:

a. Plaintiffs' responses to defendant's discovery requests are due February 27, 2006;

b. Defendant's responses to plaintiffs' discovery requests are due March 10, 2006;

c. Plaintiffs shall amend the complaint no later than March 17, 2006.

d. All other dates shall remain as set forth in the February 10, 2006 scheduling order.

## Certification of Counsel

Prior to filing this motion, counsel for the plaintiff conferred with counsel for the defendant and he has indicated that he does not consent to the motion as drafted.

Wherefore, for the reasons stated herein and in the record of these proceedings, plaintiffs hereby respectfully request that the Court modify the scheduling orders of February 10, 2006 and February 15, 2006 as requested herein.

Respectfully submitted,

Gregory L. Lattimer, [371926]
1100 H Street, N.W.
Suite 920
Washington, D.C.  20005
(202) 638-0095

Stephanie D. Moran, [471555]
Watson & Moran, LLC
8401 Corporate Drive
Suite 110
Landover, MD 20785
(301) 429-0505

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARLIN GODFREY, et al.,** * | |
| **Plaintiffs,** * | |
| vs. * | Civil Action No. 05-2044 |
| * | (ESH) (DAR) |
| **ALLEN IVERSON** * | |
| **Defendants.** * | |
| * | |

**ORDER**

Upon consideration of the Plaintiffs' Motion to Modify the Scheduling Order, and it appearing to the Court that good cause exists for the granting of this motion, it is by the Court on this _____ day of _____, 2006;

**ORDERED**: that the motion be and hereby is **GRANTED**; and it is further

**ORDERED**: that the Scheduling Order be modified as follows:

a. Plaintiffs' responses to defendant's discovery requests are due February 27, 2006;

b. Defendant's responses to plaintiffs' discovery requests are due March 10, 2006;

c. Plaintiffs shall amend the complaint no later than March 17, 2006.

d. All other dates shall remain as set forth in the February 10, 2006 scheduling order.

_____