IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLIN GODFREY, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>ALLEN IVERSON,<br><br>   Defendant. | CIVIL ACTION NO.: 05-2044<br>(ESH) (DAR) |

## DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER

Pursuant to Local Rule 7 (b), Defendant Allen Iverson ("Defendant") hereby files his Response to Plaintiffs' Motion ("Motion") to Modify the Scheduling Order[1]. In support of this Response Defendant states as follows:

1. Defendant does not oppose the requested extensions set forth in Plaintiffs' Motion. However, undersigned counsel did not consent to Plaintiffs' Motion, as drafted, because counsel felt it necessary to change and also clarify some of the language contained within Plaintiffs' proposed Motion, and in a February 23, 2006 afternoon e-mail and facsimile to Plaintiffs' counsel, Mr. Lattimer, requested, via red-line changes, that Plaintiffs' counsel make certain revisions to Plaintiffs' proposed Motion.

---

[1] Although titled in the singular, Plaintiffs actually seek to modify two Court Orders: those of February 10 and February 15, 2006.

2.	Moreover, Plaintiffs' proposed draft Motion did not contain a proposed Order, so before consenting to Plaintiffs' proposed Motion, to be safe, defense counsel wanted to see a draft Order first.  Further, since Plaintiffs did not furnish defense counsel a proposed Order to review before filing their Motion, at the time he sent his requested red-lined changes to Plaintiffs' counsel, so as to expedite matters, undersigned counsel prepared a proposed Order, and invited Plaintiffs' counsel to call him regarding the same.

3.	However, as indicated by the filing of Plaintiffs' Motion, Plaintiffs' counsel did not feel defense counsel's requested changes were necessary.

4.	Also, in their Motion, in Paragraph 5(b), Plaintiffs refer to Defendant being given until March 10, 2006 in which to serve "responses to Plaintiffs' discovery requests."  Defendant simply wants it to be clear that it is his supplemental discovery responses as ordered by this Court on February 10, 2006 that are due to be served on March 10, 2006.  In that regard, a proposed Order is attached.  In any event, the March 10th date proposed by Plaintiffs pertaining to Defendant's supplemental discovery responses is acceptable to Defendant.

5.	Plaintiffs' requests that they be given until February 27, 2006 in which to respond to Defendant's discovery requests and until March 17, 2006 in which to amend their complaint are also acceptable to Defendant.

WHEREFORE, Defendant respectfully requests that the Court enter the attached Order.

Dated: this _____ day of February, 2006    Respectfully submitted,


By:_____
David A. Rosenberg (D.C. Fed. Bar # 433405)
FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, D.C. 20036
(202) 719-2000

*Attorneys for Defendant Allen Iverson*


DC:59096.1