IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLIN GODFREY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALLEN IVERSON<br><br>    Defendant. | CIVIL ACTION NO.: 05-2044<br>(ESH) (DAR) |

## ORDER

Upon consideration of Plaintiffs' Motion to Modify Scheduling Order, it is hereby ORDERED, that Plaintiffs' Motion is hereby GRANTED; and it is further, ORDERED that:

   a. Plaintiffs' responses to defendant's discovery requests are due February 27, 2006;

   b. Defendant's supplemental discovery responses as ordered by the Court on February 10, 2006 are now due March 10, 2006;

   c. Plaintiffs shall amend the complaint no later than March 17, 2006; and

   d. In all other respects, the Court's Order of February 10, 2006 remains unchanged.

 

_____
Judge Ellen Segal Huvelle.
United States District Court
District of Columbia

Copies to:

E. Gregory Watson, Esquire
Stephanie D. Moran, Esquire
Watson & Moran, L.L.C.
8401 Corporate Drive, Suite 110
Landover, Maryland 20785

Gregory L. Lattimer, Esquire
Law Offices of Gregory Lattimer
1100 H Street, N.W., Suite 920
Washington, D.C. 20005

*Attorneys for Plaintiffs*


Alan C. Milstein, Esquire
Sherman, Silverstein, Kohl,
Rose & Podolsky, P.A.
4300 Haddonfield, Suite 311
Pennsauken, N.J. 08109

David Rosenberg, Esquire
Ford & Harrison LLP
1300 19th Street, N.W., Suite 700
Washington, D.C. 20036

*Attorneys for Defendant Allen Iverson*

DC:59103.1