IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARLIN GODFREY, et al., | * | |
| Plaintiffs, | * | |
| | | Civil Action No. 05-2044 (ESH) |
| vs. | * | |
| | | (ESH) (DAR) |
| | * | |
| ALLEN IVERSON | | |
| | * | |
| Defendants. | | |
| | * | |

**PLAINTIFFS' AND DEFENDANT'S CONSENT MOTION TO MODIFY SCHEDULING ORDERS**

Plaintiffs, by and through counsel, and Defendant, by and through his counsel, hereby move for the issuance of a minute order reflecting the extensions discussed below. In support thereof, the parties state as follows:.

1. On February 23, 2006, Plaintiffs' filed a Motion to Modify the Scheduling Order ("Motion"). In that Motion, Plaintiffs' proposed a modification to this Court's prior Scheduling Orders of February 10, 2006 and February 15, 2006 as follows (i) to extend the deadline for Plaintiffs' to respond to Defendant's discovery requests until February 27, 2006; (ii) to extend the deadline for Defendant to serve supplemental responses to Plaintiffs' discovery requests, until March 10, 2006; (iii) to extend Plaintiffs' due date for amending their Complaint until March 17, 2006.

2. The requested extensions, as set forth above, are acceptable to Defendant.

3. The parties consent to this Court issuing a minute order reflecting these extensions.

4. In view of the parties' consent to the issuance of a minute order reflecting the extensions proposed by Plaintiffs in their Motion, Plaintiffs and Defendant respectfully request that

1

the hearing scheduled for March 2, 2006 be cancelled.

Wherefore, for the reasons stated herein, Plaintiffs and Defendant hereby respectfully request that the Court modify the scheduling orders of February 10, 2006 and February 15, 2006 consistent with the extensions proposed by Plaintiffs in their February 23, 2006 Motion to Modify the Scheduling Order.

Respectfully submitted,

Gregory L. Lattimer, [371926]
1100 H Street, N.W.
Suite 920
Washington, D.C. 20005
(202) 638-0095

Stephanie D. Moran, [471555]
Watson & Moran, LLC
8401 Corporate Drive
Suite 110
Landover, MD 20785
(301) 429-0505

Counsel for the Plaintiffs

David Rosenberg, [433405]
Ford & Harrison LLP
1300 19th Street, NW
Suite 700
Washington, DC 20036
(202) 719-2012

Counsel for Defendant