IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLIN GODFREY, *et al.*     * | |
|     * | |
| Plaintiffs,     * | |
|     * | |
|     * | |
| v.     * | Case No. 1:05-cv-02044-ESH |
|     * | DAR |
| ALLEN IVERSON     * | |
|     * | |
|     * | |
| Defendant.     * | |
|     * | |
|     * | |

## **NOTICE TO CLERK**

To the Clerk of this Court:

     Please take notice that in a previous order of Court, Plaintiffs were granted leave to file an Amended Complaint by March 17, 2006. As such please, find said Amended Complaint attached hereto and please docket accordingly.

Date: March 17, 2006                             /s/_____
                                                             E. Gregory Watson
                                                             (DC Fed Bar No. #14398)

                                                             Watson & Moran, LLC
                                                             8401 Corporate Dr. Ste. 110
                                                             Landover, Maryland 20785
                                                             Tel. (301) 429-0505
                                                             Fax. (301) 429-0371

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 17, 2006, I caused the foregoing Notice on Defendant *via* electronic case filing and by mailing the same first class mail, postage prepaid to Counsel for Defendant: Alan C. Milstein, 4300 Haddonfield Rd., Suite 311, Pennsauken, NJ, 08109; and David Rosenberg, 1300 19th St., NW, Suite 700, Washington, DC, 20036.

/s/_____
E. Gregory Watson