IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLIN GODFREY, et al., * | |
|     Plaintiffs, * | |
|                        | Civil Action No. 05-2044 (ESH) |
| vs. * | |
|                        | (ESH) (DAR) |
| ALLEN IVERSON | |
|     Defendants. | |
|                        * | |

**MOTION FOR PROTECTIVE ORDER, TO MODIFY SCHEDULING ORDER,
AND EXTEND DISCOVERY**

Plaintiffs, by and through counsel, hereby file this Motion For Protective Order, To Modify Scheduling Order, And Extend Discovery and in support thereof states as follows:

1. Plaintiffs seek the entry of a protective order due to concerns about their safety and welfare which have arisen as a result of recent threats asserted against Plaintiffs.

2. The Plaintiffs recently filed an Amended Complaint which adds two Defendants. These Defendants have not been served as of the filing of this motion. As such, Plaintiffs seek to amend the scheduling order to adjust the dates on which the depositions of the parties shall be held, to extend the discovery deadline to June 1, 2006, and to cancel the status conference scheduled for May 10, 2006.

3. Plaintiffs seek an extension and modification of the above stated dates to allow them an opportunity to serve the Defendants added and another Defendant whom Plaintiffs anticipate adding.

4. Further, in order to avoid having witnesses and the parties deposed more than once, it is practical to amend the current scheduling order.

5. Specifically, the Plaintiffs seek to extend the discovery deadline to June 1, 2006, to

take the Plaintiffs' (Marlin Godfrey and David Kittrell) depositions on May 4, 2006, and to take Defendant Allen Iverson's deposition on May 10, 2006. The parties further agree that the status conference currently scheduled for May 10, 2006, be canceled.

6.  Defendant Allen Iverson is the only Defendant in this matter who has been issued a summons and served with the Complaint. As such, he is the only Defendant required to respond to the relief requested.

Wherefore, for the reasons stated herein, Plaintiffs request:

A.  The Protective Order attached hereto be entered in this matter.

B.  The discovery deadline be extended to June 1, 2006.

C.  The Plaintiffs depositions be held on May 4, 2006.

D.  The Defendant, Allen Iverson's deposition be held on May 10, 2006.

E.  The status conference scheduled for May 10, 2006, be canceled.

F.  Any other appropriate relief.

Respectfully submitted,

/S/ Stephanie D. Moran\_
Stephanie D. Moran, [DC Bar Number 471555]
E. Gregory Watson [MD14298]
Watson & Moran, LLC
8401 Corporate Drive, Suite 110
Landover, MD 20785
(301) 429-0505

/S/ Gregory L. Lattimer
Gregory L. Lattimer, [371926]
1100 H Street, N.W., Suite 920
Washington, D.C. 20005
(202) 638-0095
Counsel for the Plaintiffs