IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARLIN GODFREY, *et al.*,

   Plaintiffs,

   v.

ALLEN IVERSON

   Defendant.

CIVIL ACTION NO.: 05-2044 (ESH)

**ORDER**

Upon consideration of Plaintiffs Motion For Protective Order, To Modify Scheduling Order, And Extend Discovery, it is hereby

ORDERED, that the parties' Motion is hereby GRANTED; and it is

FURTHER ORDERED that the Protective Order attached hereto be entered. It is

FURTHER ORDERED, that the Scheduling Order be, and the same hereby is, amended as follows:

1. Plaintiffs, Marlin Godfrey and David Kittrell, shall be deposed on May 4, 2006.
2. Defendant, Allen Iverson, shall be deposed on May 10, 2006.
3. Discovery shall be closed on June 1, 2006.
4. The status hearing scheduled for May 10, 2006 is cancelled.

                                                                 Magistrate Deborah A. Robinson

United States District Court
District of Columbia

Copies to:

E. Gregory Watson, Esquire
Stephanie D. Moran, Esquire
Watson & Moran, L.L.C.
8401 Corporate Drive, Suite 110
Landover, Maryland 20785

Gregory L. Lattimer, Esquire
Law Offices of Gregory Lattimer
1100 H Street, N.W., Suite 920
Washington, D.C. 20005

*Attorneys for Plaintiffs*


Alan C. Milstein, Esquire
Sherman, Silverstein, Kohl,
Rose & Podolsky, P.A.
4300 Haddonfield, Suite 311
Pennsauken, N.J. 08109

David Rosenberg, Esquire
Ford & Harrison LLP
1300 19th Street, N.W., Suite 700
Washington, D.C. 20036

*Attorneys for Defendant Allen Iverson*


DC:59089.1