IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARLIN GODFREY,** | CIVIL ACTION |
| **DAVID ANTHONY KITTRELL,** | NO.: 1:05-cv-2044 |
| Plaintiffs, | |
| v. | |
| **ALLEN IVERSON,** | |
| **JASON KANE, and** | |
| **GREGORY IVERSON,** | |
| Defendants. | |

**DEFENDANT ALLEN IVERSON'S MOTION IN RESPONSE TO PLAINTIFFS'
MOTION FOR PROTECTIVE ORDER, TO MODIFY SCHEDULING ORDER,
AND EXTEND DISCOVERY**

Defendant ALLEN IVERSON (hereinafter referred to herein as "Mr. Iverson"), by and through his undersigned counsel, Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., by way of response to Plaintiffs' Motion for Protective Order, to Modify Scheduling Order, and Extend Discovery, hereby says, states and avers as follows:

1.  Mr. Iverson denies the allegations in Paragraph 1 of Plaintiffs' Motion relating to Plaintiffs alleged "concerns about their safety and welfare which have arisen as a result of recent threats asserted against Plaintiffs."

2.  Mr. Iverson consents to the entry of the protective order attached as Exhibit 1 to Plaintiffs' Motion.

3.  Mr. Iverson consents to amending the scheduling order to adjust the dates on which the depositions of the parties will be held, to extend the discovery deadline to June 1,

2006, and to cancel the status conference scheduled for May 10, 2006.

    4.    Specifically, Mr. Iverson consents to: a) an extension of the discovery deadline to June 1, 2006; b) the taking of the Plaintiffs (Mr. Godfrey and Mr. Kittrell) depositions on May 4, 2006; c) the taking of his deposition on May 10, 2006; and d) the cancellation of the status conference in this matter currently scheduled for May 10, 2006.

    WHEREFORE, for the reasons stated herein, Defendant Allen Iverson requests that:

    a)    The Protective Order attached as Exhibit 1 to Plaintiffs' Motion be entered in this matter;

    b)    The discovery deadline in this matter be extended to June 1, 2006;

    c)    The depositions of the Plaintiffs in this matter be held on May 4, 2006;

    d)    The deposition of Mr. Iverson in this matter be held on May 10, 2006;

    e)    The status conference in this matter currently scheduled for May 10, 2006, be cancelled; and

    f)    Any other relief as this honorable Court deems appropriate.

Respectfully Submitted,

**SHERMAN, SILVERSTEIN, KOHL ROSE & PODOLSKY, P.A.**

Dated:    March 29, 2006    By:    /s/ Alan C. Milstein
Alan C. Milstein (NY0026)
Fairway Corporate Center
4300 Haddonfield Road - Suite 311
Pennsauken, NJ 08109
Telephone: (856) 662-0700
Fax: (856) 488-4744