IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARLIN GODFREY,** | CIVIL ACTION |
| **DAVID ANTHONY KITTRELL,** | NO.: 1:05-cv-2044 |
| Plaintiffs, | |
| v. | |
| **ALLEN IVERSON,** | |
| **JASON KANE, and** | |
| **GREGORY IVERSON,** | |
| Defendants. | |

## ORDER

Upon consideration of Plaintiffs' Motion for Protective Order, to Modify Scheduling Order and Extend Discovery, as well as Defendant Allen Iverson's Motion in Response thereto, it is hereby:

ORDERED that Defendant Allen Iverson's Motion is hereby GRANTED; and it is

FURTHER ORDERED that the Stipulation and Protective Order attached to Plaintiffs' Motion be entered; and it is

FURTHER ORDERED that the Scheduling Order in this matter be amended as follows:

1) Plaintiffs Marlin Godfrey and David Kittrell shall be deposed on May 4, 2006;

2) Defendant Allen Iverson shall be deposed on May 10, 2006;

3) Discovery shall be concluded on June 1, 2006; and

4) The status conference in this matter, currently scheduled for May 10, 2006, be cancelled.

_____
Magistrate Deborah A. Robinson