UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| MARLIN GODFREY, *et al.*, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | NO.: 1:05-cv-2044 (ESH) |
| | : | |
| v. | : | |
| | : | |
| ALLEN IVERSON, *et al.*, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**DEFENDANT ALLEN IVERSON'S NOTICE OF
MOTION FOR PROTECTIVE ORDER**

TO:   Marlin Godfrey, Plaintiff
      c/o Stephanie D. Moran, Esq.          c/o Gregory L. Lattimer, Esq.
      Watson & Moran, L.L.C.                Law Offices of Gregory Lattimer
      8401 Corporate Drive, Suite 110       1100 H Street, N.W., Suite 920
      Landover, MD 20785                    Washington, D.C. 20005

Please take notice that on Tuesday, May 2, 2006 at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Deborah A. Robinson, Magistrate Judge of the United States District Court for the District of Columbia, at 333 Constitution Ave., NW in Washington, DC 20001, Defendant Allen Iverson (hereinafter referred to herein as "Mr. Iverson" or "Defendant"), by and through his undersigned counsel, Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., will present the accompanying Motion for Protective Order on objection to the location of Washington, DC for the taking of Mr. Iverson's deposition on May 10, 2006.

                                            Respectfully submitted,

                                            SHERMAN, SILVERSTEIN, KOHL,
                                            ROSE & PODOLSKY, P.A.

Dated:   April 27, 2006            By:         /s/ Alan C. Milstein
                                            Alan C. Milstein
                                            Attorney for Defendant Allen Iverson