UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| MARLIN GODFREY, *et al.*, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | NO.: 1:05-cv-2044 (ESH) |
| | : | |
| v. | : | |
| | : | |
| ALLEN IVERSON, *et al.*, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATION OF ALAN C. MILSTEIN

On this 27th day of April, I, Alan C. Milstein, of full age and of sound mind, having been given an oath of truthfulness, hereby say, state, and aver as follows:

1. I serve as an attorney of record for Defendant Allen Iverson ("Mr. Iverson") in the above-captioned action. As such, I have personal knowledge of the matters that are the subject of this Certification.

2. On or about March 29, 2006, I had a discussion with Plaintiffs' counsel wherein I proposed in good faith that Mr. Iverson's deposition be taken in Philadelphia, Pennsylvania, in light of the general rule in the Federal District Courts that a defendant is usually entitled to insist that his deposition be taken where he resides.

3. Plaintiffs' counsel flatly rejected the aforementioned proposal and has steadfastly maintained that the deposition of Mr. Iverson take place in the District of Columbia.

4. Accordingly, I have filed the herein Motion for Protective Order requesting that Mr. Iverson's deposition be taken in Philadelphia, Pennsylvania (or its immediately adjoining suburbs) in order to protect the Defendant from the inconvenience, undue burden and safety concerns associated with traveling to Washington, DC for the taking of his deposition.

I certify that the foregoing statements are true. I am aware that if any of the foregoing statements are willfully false, I may be subject to punishment.

                                                  SHERMAN, SILVERSTEIN, KOHL,
                                                  ROSE & PODOLSKY, P.A.

Dated:   April 27, 2006             By:        /s/ Alan C. Milstein
                                                  Alan C. Milstein
                                                  Fairway Corporate Center
                                                  4300 Haddonfield Road - Suite 311
                                                  Pennsauken, NJ 08109
                                                  Telephone: (856) 662-0700
                                                  Facsimile: (856) 488-4744
                                                  Attorney for Defendant Allen Iverson