UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLIN GODFREY, *et al.*, : | CIVIL ACTION |
| Plaintiffs, : | NO.: 1:05-cv-2044 (ESH) |
| v. : | |
| ALLEN IVERSON, *et al.*, : | |
| Defendant. : | |

## CERTIFICATE OF SERVICE

I, Alan C. Milstein, Esquire declare under penalty of perjury that on April 27, 2006, certified copies of the Defendant Allen Iverson's Notice of Motion for Protective Order, Motion for Protective Order, and Certification of Alan C. Milstein were served on the following counsel of record via regular mail:

Gregory L. Lattimer, Esquire
1100 H. Street, N.W. - Suite 920
Washington, D.C. 20005

Stephanie D. Moran, Esquire
E. Gregory Watson, Esquire
Watson & Moran, LLC
8401 Corporate Drive - Suite 110
Landover, MD 20785

SHERMAN, SILVERSTEIN, KOHL,
ROSE & PODOLSKY, P.A.

Dated:   April 27, 2006          By:        /s/ Alan C. Milstein
                                        Alan C. Milstein
                                        Fairway Corporate Center
                                        4300 Haddonfield Road - Suite 311
                                        Pennsauken, NJ 08109
                                        Telephone: (856) 662-0700
                                        Facsimile: (856) 488-4744
                                        Attorney for Defendant Allen Iverson