

| STORE | NEWS AND EVENTS | FAN CLUB | MEMORABILIA | FUN STUFF | ABOUT US |

CrossOver Promotions Inc. and RBK proudly present



THE ALLEN IVERSON **CELEBRITY SUMMER CLASSIC**
Hampton, VA
Washington DC/Metro Area

## 2006

The warm weather is fast approaching and the summer will be here in no time. As you plan your family summer vacations, dont forget to plan to attend the most heralded mix of family fun and entertainment brought to you by Allen Iverson, CrossOver Promotions, Inc. and Reebok...

**The Allen Iverson Celebrity Summer Classic July 7-16, 2006**

This event will promise to provide entertainment for the entire family for a charitable cause.

Our schedule of events will include the one of the most popular slow-pitch softball tournaments in the country, **The Allen Iverson Invitational** in the beautiful city of Virginia Beach, VA starting on **July 7, 2006**. To register go to www.softballnation.com

Also on the schedule is the return of highly competitive **Allen Iverson 7-Cities Basketball Tournament on July 8-9, 2006**

What would a Summer Classic be without an All-Star Game?

Tickets will soon be on sell for our main attraction..**The Allen Iverson Celebrity Softball Game on July 15, 2006** to be played at Prince Georges Stadium in Bowie, MD.





PLAINTIFF'S EXHIBIT
1



## Upcoming Events



Over 8,000 fans came out to Prince George's Stadium in Bowie, MD on July 16 for the 2005 Allen Iverson Celebrity Softball Game, featuring Allen Iverson and a host of other celebrities from the likes of the NBA, NFL, the film and record industries, and beyond. The game, which was played on the home field of the Bowie Baysox, a Class-AA affiliate of the Baltimore Orioles, was about helping kids through the CrossOver Foundation, something Iverson is very persistent about. This year it was also about helping out fathers too – the foundation partnered with the National Fatherhood Initiative for this year's game. Iverson's team of celebrity all-stars against a team put together by Washington radio station WPGC. Iverson's team won 13-11 in a five-inner affair.

"I'm blessed to have all these people come out here," Iverson said before the game. "It's been raining, but the event's still going on. Just seeing people act the way they are acting, and the love out here. The smiles on kids faces. This is what it's all about."

"It's for a good cause," Iverson adds. "It's for kids. It's for fathers. It's for people trying to do something positive in their life. All I want to do is do something positive in my life. Not just basketball or being a great father to my kids. I'm trying to be a good person to everybody. I want to share my love that I have with everybody out here."

*Click for more information & pictures on the*
**2005 Allen Iverson Celebrity Summer Classic**







| STORE | NEWS AND EVENTS | FAN CLUB | MEMORABILIA | FUN STUFF | ABOUT US |



**CROSSOVER INSIDER**

## CELEBRITY SUMMER CLASSIC



When: July 9-11, 2004 in the Northern Virginia / Washington D.C. Metro Area

Proposed Itinerary:

Friday, July 9th
Opening Press Conference and VIP/Media Reception at the ESPN Zone located in Downtown Washington, D.C.

Saturday, July 10th
The Allen Iverson Invitational Slow-Pitch Softball Tournament located at Watkins Park and Tucker Road Softball Complexes.
The Allen Iverson Celebrity Softball Game located at the Bowie Baysox Stadium in Bowie, Maryland
The Allen Iverson "Dream Day" at the Park located at the Bowie Baysox Stadium Parking Lot

Sunday, July 11th
The Allen Iverson Celebrity "Pool Party" time and location to be announced

Stay tuned for updates throughout the coming weeks at www.crossover-promotions.com

Allen Iverson Celebrity Summer Classic 2003





© 2003 Crossover Promotions LLC | Privacy Statement        Web Site Design by UIM Creative Group & Okayplayer



| STORE | NEWS AND EVENTS | FAN CLUB | MEMORABILIA | FUN STUFF | ABOUT US |



**CROSSOVER INSIDER**

## CELEBRITY SUMMER CLASSIC 2003



The Allen Iverson Celebrity Summer Classic 2003 brought about a storm of fan flair and excitement to the Washington DC, Maryland Metro area. Allen Iverson hosted a weekend explosion to raise money for local charities.

The 28-year-old king of the crossover and hip hop trendsetter gathered a group of his friends from the world of sports and entertainment, to play a friendly game of softball at Prince George's Stadium, home of the Bowie Baysox in Bowie, MD.

AI, the innovator of trends in the urban community is known for wearing a throwback jersey and matching fitted cap during post-game press conferences for the Philadelphia 76ers. So it was only fitting that Mitchell & Ness Nostalgia Company and Total Sports of Philly, who is heavily responsible for the throwback jersey craze that has taken over the world of entertainment, linked with CrossOver Promotions, RBK, and The Source Sports to make the Allen Iverson Celebrity Summer Classic a collection of urban fashion, entertainment and sports.

The event kicked off with a press conference at ESPN Zone in Washington. Allen arrived to hundreds of eager fans outside and in the waiting area of the Zone. Dressed in a 1976 Authentic Rollie Fingers Oakland A's Jersey by Mitchell & Ness, Allen announced the schedule of events for the weekend and discussed the importance of his charity efforts to a host of national media including ESPN, CNN, NBA Entertainment, CNNSI.com and ESPN the Magazine.

"Everything I do is for the kids. I want kids to know that they can be whatever they want to be when they grow up no

