Search    How do I find it?



  Home    News    Travel    Money    Sports    Life    Tech    Weather

Pro Basketball  Inside Sports ▼    Shopping · Buy



Search methods (Choose one of the following)

Player name: Iverson  [Go]
Team: Choose an NBA team
Season summary: Choose a year  [Go]

Or choose a letter:
A, B, C, D, E, F, G, H, I, J, K, L, M, N,
O, P, Q, R, S, T, U, V, W, X, Y, Z

Sort by:
○ Median salary
○ Total payroll
○ Top 25

### Player

**Iverson, Allen**

| Year | Team | Annual Salary | Contract Yrs | Contract Amt | Contract Thru | Position |
|---|---|---|---|---|---|---|
| 2005-06 | 76ers | $ 16,450,000 | 6 | $ 90,200,000 | 2008-09 | G |
| 2004-05 | 76ers | $ 14,625,000 | 6 | $ 90,200,000 | 2008-09 | G |
| 2003-04 | 76ers | $ 13,500,000 | 6 | $ 90,200,000 | 2008-09 | G |
| 2002-03 | 76ers | $ 12,375,000 | 6 | $ 80,000,000 | 2003-04 (p) | G |
| 2001-02 | 76ers | $ 11,250,000 | 6 | $ 80,000,000 | 2004-05 | G |

Related Advertising Links    What's this?

**Instructional Basketball Training Videos**
Become the best basketball player or coach you can be with our...
www.hoopsking.com

**Boston Celtics Tickets**
Get Great Seats for Great Prices - Find Tickets for Any Event!
www.ABCtickets.com

**Improve your Sport Performance with LJ100**
Natural anabolic, clinically proven to increase free testosterone. DHEA...
www.herbal-powers.com

Advertisement



PLAINTIFF'S EXHIBIT 2

Newspaper Home Delivery - Subscribe Today

Home • News • Travel • Money • Sports • Life • Tech • Weather