UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARLIN GODFREY, *et al.*, | : | CIVIL ACTION |
| Plaintiffs, | : | NO.: 1:05-cv-2044 (ESH) |
| v. | : | |
| ALLEN IVERSON, *et al.*, | : | |
| Defendant. | : | |

**MOTION FOR THE *PRO HAC VICE* ADMISSION OF MATTHEW A. TUCKER**

Pursuant to LCvR 83.2(d), David Rosenberg, local counsel for Mr. Allen Iverson, Defendant in the above-captioned matter, hereby moves this honorable Court for the *pro hac vice* admission of Matthew A. Tucker, Esquire ("Mr. Tucker"), who serves as counsel to Allen Iverson with regard to certain general legal matters. In support of said motion, I attach hereto a declaration of Mr. Tucker and a proposed order of admission.

Respectfully,

Dated: March 29, 2006      By:      /s/ David Rosenberg
David Rosenberg, Esquire
Ford & Harrison, LLP
1300 19th Street, N.W. - Suite 700
Washington, DC 20036
Tel: (202) 719-2012
Fax: (202) 719-2077
Attorney for Defendant Allen Iverson