UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARLIN GODFREY, *et al.*, | : | CIVIL ACTION |
| Plaintiffs, | : | NO.: 1:05-cv-2044 (ESH) |
| v. | : | |
| ALLEN IVERSON, *et al.*, | : | |
| Defendant. | : | |

**DECLARATION OF MATTHEW A. TUCKER FOR *PRO HAC VICE* ADMISSION**

Pursuant to LCvR 83.2(d), I, Matthew A. Tucker, Esquire, hereby make the following declarations under oath, pursuant to the herein Motion for *pro hac vice* admission filed by David Rosenberg, Esquire:

1. My full name is Matthew A. Tucker.

2. My office address and telephone number are as follows:

    Sherman, Silverstein, Kohl, Rose & Podolsky, PA
    Fairway Corporate Center
    4300 Haddonfield Road - Suite 311
    Pennsauken, NJ 08109
    Telephone: (856) 662-0067
    Facsimile: (856) 488-4744

3. I have been admitted to the following bars: a) The Commonwealth of Pennsylvania; b) The State of New Jersey; c) The United States District Court for the Eastern District of Pennsylvania; and d) The United States District Court for the District of New Jersey.

4. I hereby certify that I am a member in good standing of each of the aforementioned bars and that I have never been disciplined by the bar of any court.

5. I have never been admitted *pro hac vice* in The United States District Court for the District of Columbia.

                                                Respectfully,

                                                SHERMAN, SILVERSTEIN, KOHL,
                                                ROSE & PODOLSKY, P.A.

Dated: _____May 10, 2006_____         By: _____*/s/ Matthew A. Tucker*_____
                                                      Matthew A. Tucker
                                                      Fairway Corporate Center
                                                      4300 Haddonfield Road - Suite 311
                                                      Pennsauken, NJ 08109
                                                      Telephone: (856) 662-0067
                                                      Facsimile: (856) 488-4744