UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLIN GODFREY, *et al.*, | CIVIL ACTION |
| Plaintiffs, | NO.: 1:05-cv-2044 (ESH) |
| v. | |
| ALLEN IVERSON, *et al.*, | |
| Defendant. | |

## ORDER

Upon consideration of The Motion for the *Pro Hac* Vice Admission of Matthew A. Tucker, filed by David Rosenberg, counsel for Mr. Allen Iverson, Defendant in the above-captioned lawsuit, as well as the Declaration of Matthew A. Tucker, it is this _____ day of May, 2006,

ORDERED that the Motion is hereby granted.

_____
Ellen Segal Huvelle
United States District Court Judge