IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLIN GODFREY, et al., * | |
|     Plaintiffs, * | |
| | Civil Action No. 05-2044 (ESH) |
| vs. * | |
| | (ESH) (DAR) |
| ALLEN IVERSON | |
|     Defendants. | |
| * | |

### EXPEDITED MOTION TO MODIFY SCHEDULING ORDER, AND EXTEND DISCOVERY AND REQUEST FOR IMMEDIATE HEARING

Plaintiffs, by and through counsel, hereby file this Expedited Motion To Modify Scheduling Order, and Extend Discovery And Immediate Request For Hearing and in support thereof states as follows:

1. Plaintiffs file this motion on an expedited basis inasmuch as discovery currently expires on June 1, 2006.

2. Defendant Allen Iverson does not consent to this motion.

3. Plaintiffs request an immediate hearing on this motion.

4. Plaintiffs seek to modify the current scheduling order and to extend the deadline for the completion of discovery inasmuch as Defendant Allen Iverson failed to provide accurate information regarding the address of his security guard, Jason Kane, a named Defendant.

5. Defendants failure to provide accurate information prevented Plaintiffs from obtaining service of process on Mr. Kane.

6. Indeed, Plaintiffs have discovered that not only does the address provided by Defendant Iverson for Jason Kane not even exist and that Mr. Kane uses a completely different first name which is repeatedly associated with his social security number on records.

**1**

7. Plaintiffs were only able to locate Mr. Kane last Friday, May 19, 2006, after taking the deposition of a District Columbia Police Office who is a colleague of Mr. Kane's wife.

8. Indeed, upon Plaintiffs obtaining this information Mr. Kane was served within twenty four (24) hours, May 20, 2006.

9. It is clear that Defendant Iverson, who still employs the services of Jason Kane, intentionally provided incorrect information to prevent Plaintiffs from locating Mr. Kane.

10. Similarly, Defendant Iverson provided incomplete information regarding his very own uncle, Gregory Iverson, who is also a named Defendant in this matter. Indeed, it appears that Defendant Allen Iverson has failed to provide the complete and accurate address so that service of process may be effectuated.

11. Additionally, Plaintiffs have requested that Defendant Iverson make available his business manager Gary Moore for a deposition.

12. To date, Defendant Iverson has refused to produce Mr. Moore and has failed to provide a street address for Mr. Moore so that a subpoena could be served if necessary.

13. Counsel for Iverson stated that they would produce Mr. Moore but have refused to cooperate in securing a date for his deposition. Indeed, Defendant's counsel has failed to propose a single date by which Mr. Moore can be deposed.

15. Defendant has engaged in a calculated subterfuge to prevent Plaintiff's from locating necessary witnesses.

16. Plaintiffs seek an extension and modification of the current scheduling order to allow them an opportunity to depose Mr. Kane and serve discovery on same, serve and depose

Defendant Gregory Iverson and depose Gary Moore.

17. Specifically, the Plaintiffs seek to extend the discovery deadline to July 15, 2006, to take the Deposition of Gary Moore on May 30, 2006 and to modify all other dates accordingly.

Wherefore, for the reasons stated herein, Plaintiffs request:

    A. The discovery deadline be extended to July 15, 2006;

    B. The deposition of Gary Moore be held on May 30, 2006;

    C. The other dates in the scheduling order be modified to accommodate this request for extension of discovery;

    D. Defendant Allen Iverson be ordered to provide complete an accurate contact information for Gregory Iverson and Gary Moore;

    E. A hearing be scheduled forthwith; and

    F. Any other appropriate relief.

Respectfully submitted,

/S/ Stephanie D. Moran
Stephanie D. Moran, [DC Bar Number 471555]
E. Gregory Watson [MD14298]
Watson & Moran, LLC
8401 Corporate Drive, Suite 110
Landover, MD 20785
(301) 429-0505

/S/ Gregory L. Lattimer
Gregory L. Lattimer, [371926]
1100 H Street, N.W., Suite 920
Washington, D.C. 20005
(202) 638-0095
Counsel for the Plaintiffs