IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARLIN GODFREY, *et al.*,

   Plaintiffs,

   v.

ALLEN IVERSON

   Defendant.

CIVIL ACTION NO.: 05-2044 (ESH)

**ORDER**

Upon consideration of Plaintiffs Expedited Motion To Modify Scheduling Order, and Extend Discovery And Immediate Request For Hearing, it is hereby

ORDERED, that the parties' Motion is hereby GRANTED; and it is

FURTHER ORDERED, that Defendant Allen Iverson must provide complete and accurate street address(es), telephone numbers, and contact information for Gregory Iverson and Gary Moore. It is

FURTHER ORDERED, that the Scheduling Order be, and the same hereby is, amended as follows:

    1.    Gary Moore, shall be deposed on May 30, 2006.

    2.    Discovery shall be closed on July 15, 2006.

    3.    All other dates shall be modified as follows:

    _____
Magistrate Deborah A. Robinson
United States District Court
District of Columbia

**1**

Copies to:

E. Gregory Watson, Esquire
Stephanie D. Moran, Esquire
Watson & Moran, L.L.C.
8401 Corporate Drive, Suite 110
Landover, Maryland 20785

Gregory L. Lattimer, Esquire
Law Offices of Gregory Lattimer
1100 H Street, N.W., Suite 920
Washington, D.C. 20005

*Attorneys for Plaintiffs*


Alan C. Milstein, Esquire
Sherman, Silverstein, Kohl,
Rose & Podolsky, P.A.
4300 Haddonfield, Suite 311
Pennsauken, N.J. 08109

David Rosenberg, Esquire
Ford & Harrison LLP
1300 19th Street, N.W., Suite 700
Washington, D.C. 20036

*Attorneys for Defendant Allen Iverson*


DC:59089.1