IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARLIN GODFREY,** *et al.,* | : | CIVIL ACTION |
| Plaintiffs, | : | NO.: **1:05-cv-2044** **(ESH/DAR)** |
| v. | : | |
| **ALLEN IVERSON,** *et al.,* Defendant. | : | |

# ORDER

**AND NOW**, this ____ day of _____, 2006, upon consideration of Plaintiffs' Motion to Extend Discovery and Request for Immediate Hearing, as well as Defendant Allen Iverson's Answer in opposition thereto, and for good cause shown,

It is hereby **ORDERED** and **DECREED** that Plaintiffs' Motion to Extend Discovery and Request for Immediate Hearing is **DENIED**.

BY THE COURT:

Dated: _____

_____
Magistrate Deborah A. Robinson
United States District Court for the
District of Columbia