**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | : | |
|---|---|---|
| **MARLIN GODFREY,** *et al.,* | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | NO.: **1:05-cv-2044** |
| | : | |
| v. | : | |
| | : | |
| **ALLEN IVERSON,** *et al.,* | : | |
| Defendant. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Alan C. Milstein, Esquire declare under penalty of perjury that on May 26, 2006, certified copies of Defendant Allen Iverson's Answer in Opposition to Plaintiffs' Motion to Extend Discovery and Request for an Immediate Hearing and Proposed Order were served on the following individuals via the court's electronic filing system:

Gregory L. Lattimer, Esquire
Law Offices of Gregory L. Lattimer
1100 H. Street, N.W. - Suite 920
Washington, D.C. 20005

Stephanie D. Moran, Esquire
E. Gregory Watson, Esquire
Watson & Moran, LLC
8401 Corporate Drive - Suite 110
Landover, MD  20785

Dated:      May 26, 2006            By:      */s/ Alan C. Milstein*
                                             ALAN C. MILSTEIN (NY0026)
                                             Attorney for Defendant
                                             Allen Iverson