IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARLIN GODFREY ET AL

Plaintiff

v.                                                          Case No. 1:05-CV-2044 ESH

ALLEN IVERSON ET AL

Defendant

### Affidavit of Service

I, William Barber, hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

I served: **JASON KANE**
With the following list of documents: **SUMMONS AND COMPLAINT**
By then and there personally delivering a true and correct copy of the documents into the hands of and leaving with: **CASSANDRA MORGAN KANE**
Title/relationship: **WIFE OF DEFENDANT**
On: **05/21/06** at **6:27PM**, at the address of **9717 NATIVE ROCKS DRIVE BRISTOW, VA 20136**

Manner of Service:

___ Personal Service: By personally delivering the documents to the person being served.

X  Substitute Service: By leaving the documents at the dwelling house or usual place of abode of the person being served with a member of the household of suitable age and discretion, and explaining the general nature of the documents.

___ Corporate, Registered Agent or Legal Representative Service: By leaving with an officer, director or a person who stated they had authority to accept service of process for the above listed person or entity.

___ Other

Description:   Skin: B Sex: F Height: 5'7 Weight: 130 Age: 32 Hair: BLACK Eyes: BROWN

Signature: _William Barber_                     Date: 5-24-06
Contracted by Due Process                         Subscribed and sworn before me this 24
P.O. Box 2396                                     day of May, 2006
Columbia, MD 21045
800-228-0484
004301 STEPHANIE
WATSONMORANLLC@AOL.COM

NOTARY PUBLIC
ADAM H. PARKER
HOWARD CO., MD

My comm. exp. Feb. 20, 2008