IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARLIN GODFREY, *et al.*,

    Plaintiffs,

v.

ALLEN IVERSON, *et al.*,
    Defendant.

: CIVIL ACTION NO.: 1:05-cv 2044

## DEFENDANT ALLEN IVERSON'S RESPONSES TO PLAINTIFF DAVID A. KITTRELL'S FIRST SET OF INTERROGATORIES

To:   ~~David Anthony Kittrell, Plaintiff~~

c/o Stephanie D. Moran, Esq.
E. Gregory Watson, Esq.
Watson & Moran, L.L.C.
8401 Corporate Drive, Suite 110
Landover, MD 20785

Gregory L. Lattimer, Esq.
Law Offices of Gregory Lattimer
1100 H Street, N.W., Suite 920
Washington, D.C. 20005

From:  Allen Iverson, Defendant
c/o Alan C. Milstein, Esq.
Sherman, Silverstein, Kohl,
Rose & Podolsky, P.A.
4300 Haddonfield, Suite 311
Pennsauken, NJ 08109

David Rosenberg, Esq.
Ford & Harrison L.L.P.
1300 19th Street, N.W., Suite 700
Washington, DC 20036

Defendant Allen Iverson ("Mr. Iverson" or "defendant") by and through his undersigned attorneys, Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., by way of answers to the first set of interrogatories that have been propounded by Plaintiff David A. Kittrell ("Plaintiff Kittrell"), hereby says, states, and avers as follows:

### PRELIMINARY STATEMENT

1.    The subject matter of this litigation is not yet complete and is continuing. Therefore, the information supplied in response to Mr. Kittrell's Interrogatories may not be exhaustive. If and when additional discoverable information becomes available, Mr. Iverson will


PLAINTIFF'S EXHIBIT

g) Robin Lyon, Eyebar Promoter (address & phone number unknown). It is believed that Mr./Ms. Lyon was present at the Eyebar on the evening in question and has discoverable knowledge of the events giving rise to this lawsuit;

h) Jason McCree (address & phone number unknown). It is believed that Mr. McCree was present at the Eyebar on the evening in question and will state that he observed a light-skinned, bald, African-American male get into a confrontation with unknown members of the Eyebar security staff after the individual refused to move his seat. It is further believed that Mr. McCree will also state that Mr. Iverson and his party exited the club when the altercation began and that at no time did Mr. Iverson become involved in any type of altercation;

i) Gary Moore has second-hand knowledge of the events giving rise to this lawsuit by virtue of his role as Mr. Iverson's manager and consultant. Mr. Moore can be reached c/o Cross Over Promotions, P.O. Box 9858 in Chesapeake, Virginia 23321-9858.

j) LaShanda Perry (address & phone number unknown). It is believed that Ms. Perry was present at the Eyebar on the evening in question and has discoverable knowledge of the events giving rise to this lawsuit);

k) Will Spencer, Eyebar Security (address & phone number unknown). It is believed that Mr. Spencer was present at the Eyebar on the evening in question and has discoverable knowledge of the events giving rise to this lawsuit);

l) Shawn Spitzer, a driver who worked for At Your Service Limousine (address unknown) was hired to drive Jason Kane on the evening in question and therefore has discoverable knowledge of the events giving rise to this lawsuit;

m) Dwayne A. Stanton (address in Plaintiffs' possession). Mr. Stanton has investigated the events giving rise to this lawsuit on behalf of Mr. Iverson;

n) Demetrius Steele (address & phone number unknown). Mr. Steele was present at the Eyebar and was traveling with Mr. Iverson on the evening in question and therefore has discoverable knowledge of the events giving rise to this lawsuit;

o) Akil Weight, Eyebar Promoter (address & phone number unknown). It is believed that Mr. Weight was present at the Eyebar on the evening in question and has discoverable knowledge of the events giving rise to this lawsuit;

p) Nicole Wickliffe (address in Plaintiffs' possession). Ms. Wickliffe has provided a written statement of facts relating to the events giving rise to this lawsuit which speaks for itself;