> Reminder: AOL will never ask you to send us your password or credit card number in an email. This message has been scanned for known viruses.

**From:** Lattlaw
**To:** mtucker@sskrplaw.com
**Subject:** Re: Rescheduling of Depositions
**Date:** Thu, 18 May 2006 17:43:11 -0400

Matt:

We are going to have to note the deposition of Gary Moore. We have asked for him since the 11th, that's an entire week. We need to get him scheduled. Indeed, Iverson repeatedly deferred questions to Moore as if he, and not Iverson, was the appropriate person to answer. I'd rather not have a dispute about this, but it has to get scheduled immediately. I am sure Magistrate Robinson would appreciate us working this out among ourselves without resort to her but it has to get done or we will have no choice.

G. Lattimer
Law Offices of Gregory L. Lattimer
1100 H Street, N.W.
Suite 920
Washington, D.C. 20005
(202) 638-0095
(202) 638-0091 (Fax)

-----Original Message-----
From: Matthew Tucker <mtucker@sskrplaw.com>
To: lattlaw@aol.com
Sent: Thu, 18 May 2006 13:49:08 -0400
Subject: RE: Rescheduling of Depositions

Greg:

With regards to the addresses we have previously provided you with, I can assure you that you have received all of the addresses that we are in possession of and that any inaccurate information that you may have received was transmitted without any intent on our behalf to confuse or hinder the discovery process.

Matthew A. Tucker
Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.
Fairway Corporate Center
4300 Haddonfield Road, Suite 311
Pennsauken, NJ 08109
Tel: (856) 661-2067
Fax: (856) 662-0165

-----Original Message-----
From: lattlaw@aol.com [mailto:lattlaw@aol.com]
Sent: Thursday, May 18, 2006 12:42 PM
To: mtucker@sskrplaw.com
Subject: Re: Rescheduling of Depositions

Matt:

I look forward to hearing from you by the close of business today. Also, because things are moving so slowly, we may need to think about a further extension especially since some of the addresses that you all have provided have been inaccurate.

G. Lattimer
Law Offices of Gregory L. Lattimer

http://r03.webmail.aol.com/17385/aol/en-us/mail/display-message.aspx



PLAINTIFF'S
EXHIBIT
2

1100 H Street, N.W.
Suite 920
Washington, D.C. 20005
(202) 638-0095
(202) 638-0091 (Fax)

-----Original Message-----
From: Matthew Tucker <mtucker@sskrplaw.com>
To: lattlaw@aol.com
Sent: Thu, 18 May 2006 09:18:02 -0400
Subject: RE: Rescheduling of Depositions

Greg:

I spoke to Alan this morning and he informed me that he just left a message
with Mr. Moore regarding his availability. As soon as we hear back from Mr.
Moore, you will be the first to know.

Matthew A. Tucker
Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.
Fairway Corporate Center
4300 Haddonfield Road, Suite 311
Pennsauken, NJ 08109
Tel: (856) 661-2067
Fax: (856) 662-0165

-----Original Message-----
From: lattlaw@aol.com [mailto:lattlaw@aol.com]
Sent: Wednesday, May 17, 2006 4:52 PM
To: mtucker@sskrplaw.com; watsonmoranllc@aol.com; glattimer@lattimerlaw.com
Subject: Re: Rescheduling of Depositions

Matt:

I am still awaiting word from you and Millstein about the availability
of Gary Moore. I have impressed upon both you and him the fact that we
want to take his deposition sooner rather than later. I need to know
his availability asap.

G. Lattimer
Law Offices of Gregory L. Lattimer
1100 H Street, N.W.
Suite 920
Washington, D.C. 20005
(202) 638-0095
(202) 638-0091 (Fax)

-----Original Message-----
From: Matthew Tucker <mtucker@sskrplaw.com>
To: watsonmoranllc@aol.com; Lattlaw@aol.com; glattimer@lattimerlaw.com
Sent: Tue, 16 May 2006 17:21:55 -0400
Subject: FW: Rescheduling of Depositions

Ms. Moran and Mr. Watson,