

USPS Home

ZIP Code L



**Search By Address** | Search By City » | Search By Company » | Find All Cities in a ZIP Code™ »

**Find a ZIP Code by entering an address.**
(You can also search for a partial address, such as "Maine Ave., Washington, D.C.")

We're sorry! We were unable to process your request.

The address was not found. Please check the address below.
You may want to utilize the Yellow Pages and/or White Pages below.

* Required Fields

| | |
|---|---|
| * Address 1 | 13204 FIRESIDE COURT |
| Address 2 | Apt, floor, suite, etc. |
| * City | FAIRFAX |
| * State | VA   Find state abbreviation |
| ZIP Code | |

Submit

---

**Related Links**

Web Tools
Access online tools to verify addresses, calculate postage and more.

Address Information Services (AIS) Product
Standardize your address database or find detailed address information.

**Business or Residence Lookup**

Yellow Pages
Find a business nationwide.
White Pages
Find a residence nationwide.

powered by Switchboard

Site Map   Contact Us   Forms   Gov't Services   Jobs   |   National & Premier Accounts

Copyright © 1999-2005 USPS. All Rights Reserved. Terms of Use   Privacy Policy   NoFEAR Act EEO Data

 Postal Inspectors
Preserving the Trust

 Inspector General
Promoting Integrity

http://zip4.usps.com/zip4/zcl_0_results.jsp



PLAINTIFF'S EXHIBIT 3