IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARLIN GODFREY, *et al.*, | : | CIVIL ACTION |
| Plaintiffs, | : | NO.: 1:05-cv-2044 |
| v. | : | |
| ALLEN IVERSON, | : | |
| Defendant. | : | |

**DEFENDANT ALLEN IVERSON'S SUPPLEMENTAL ANSWERS TO PLAINTIFF
MARLIN GODFREY'S FIRST SET OF INTERROGATORIES**

TO:   Marlin Godfrey, Plaintiff
      c/o Stephanie D. Moran, Esq.           Gregory L. Lattimer, Esq.
      Watson & Moran, L.L.C.                 Law Offices of Gregory Lattimer
      8401 Corporate Drive, Suite 110        1100 H Street, N.W., Suite 920
      Landover, MD 20785                     Washington, D.C. 20005

FROM: Allen Iverson, Defendant
      c/o Alan C. Milstein, Esq.
      Sherman, Silverstein, Kohl,.
      Rose & Podolsky, P.A.
      4300 Haddonfield, Suite 311
      Pennsauken, NJ 08109

Defendant Allen Iverson ("Mr. Iverson" or "defendant") by and through his undersigned attorneys, Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., by way of further answer to the first set of interrogatories that have been propounded by Plaintiff Marlin Godfrey ("Plaintiff Godfrey"), and in accordance with the Honorable Ellen Segal Huvelle's February 10, 2006 Order, hereby says, states, and avers as follows:

**PRELIMINARY STATEMENT**

1.   The subject matter of this litigation is not yet complete and is continuing. Therefore, the information supplied in response to Mr. Godfrey's Interrogatories may not be



PLAINTIFF'S
EXHIBIT
4

**ANSWER:** Subject to and without waiver of the foregoing General and Specific Objections, the following individuals accompanied Mr. Iverson to the Eyebar on the evening in question:

|  |  |
|---|---|
| Name: | Gregory Iverson |
| Address: | One Franklin Town Apartments - Unit 1106 Philadelphia, PA 19103 |
| Name: | Jason Kane |
| Address: | 13204 Fireside Court Fairfax, VA |
| Telephone: | (240) 832-2479 |
| Name: | Demetrius Steele |
| Address: | Unknown address in Maryland |

To the best of Mr. Iverson's recollection, there may have been a fourth gentlemen accompanying him to the Eyebar on the evening in question, however Mr. Iverson can attest to the fact that Mr. Kane was his only person hired as security for either money or any other compensation for the evening in question.

**INTERROGATORY 16:** *Please identify each person and/or entity hired by you or by a representative of yours for the purposes of security services in the past five (5) years.*

**SPECIFIC OBJECTION:** Mr. Iverson objects to Interrogatory No. 3 on the grounds that: (1) it calls for the provision of information generated over an unreasonable and/or irrelevant period of time and seeks information completely irrelevant to Plaintiff Godfrey's claims and, therefore, is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence; and (2) it requests information that is proprietary or confidential before the entry of a mutually agreeable protective Order by the Court.

**ANSWER:** Mr. Iverson does not directly hire individuals to act as his security. As such, Mr. Iverson does not maintain records relating to each person and/or entity hired by his representatives for the purposes of security services. Rather, Jaques Wambush, an independent

6