IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARLIN GODFREY, *et al.*, | : | CIVIL ACTION |
| Plaintiffs, | : | NO.: 1:05-cv-2044 |
| v. | : | |
| ALLEN IVERSON, | : | |
| Defendant. | : | |

### DEFENDANT ALLEN IVERSON'S SUPPLEMENTAL ANSWERS TO PLAINTIFF MARLIN GODFREY'S FIRST SET OF INTERROGATORIES

TO:    Marlin Godfrey, Plaintiff
c/o Stephanie D. Moran, Esq.    Gregory L. Lattimer, Esq.
Watson & Moran, L.L.C.    Law Offices of Gregory Lattimer
8401 Corporate Drive, Suite 110    1100 H Street, N.W., Suite 920
Landover, MD 20785    Washington, D.C. 20005

FROM:    Allen Iverson, Defendant
c/o Alan C. Milstein, Esq.
Sherman, Silverstein, Kohl,.
Rose & Podolsky, P.A.
4300 Haddonfield, Suite 311
Pennsauken, NJ 08109

Defendant Allen Iverson ("Mr. Iverson" or "defendant") by and through his undersigned attorneys, Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., by way of further answer to the first set of interrogatories that have been propounded by Plaintiff Marlin Godfrey ("Plaintiff Godfrey"), and in accordance with the Honorable Ellen Segal Huvelle's February 10, 2006 Order, hereby says, states, and avers as follows:

### PRELIMINARY STATEMENT

1. The subject matter of this litigation is not yet complete and is continuing. Therefore, the information supplied in response to Mr. Godfrey's Interrogatories may not be


PLAINTIFF'S EXHIBIT 4

**ANSWER:** Subject to and without waiver of the foregoing General and Specific Objections, the following individuals accompanied Mr. Iverson to the Eyebar on the evening in question:

| | |
|---|---|
| Name: | Gregory Iverson |
| Address: | One Franklin Town Apartments - Unit 1106 Philadelphia, PA 19103 |
| | |
| Name: | Jason Kane |
| Address: | 13204 Fireside Court Fairfax, VA |
| Telephone: | (240) 832-2479 |
| | |
| Name: | Demetrius Steele |
| Address: | Unknown address in Maryland |

To the best of Mr. Iverson's recollection, there may have been a fourth gentlemen accompanying him to the Eyebar on the evening in question, however Mr. Iverson can attest to the fact that Mr. Kane was his only person hired as security for either money or any other compensation for the evening in question.

**INTERROGATORY 16:** *Please identify each person and/or entity hired by you or by a representative of yours for the purposes of security services in the past five (5) years.*

**SPECIFIC OBJECTION:** Mr. Iverson objects to Interrogatory No. 3 on the grounds that: (1) it calls for the provision of information generated over an unreasonable and/or irrelevant period of time and seeks information completely irrelevant to Plaintiff Godfrey's claims and, therefore, is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence; and (2) it requests information that is proprietary or confidential before the entry of a mutually agreeable protective Order by the Court.

**ANSWER:** Mr. Iverson does not directly hire individuals to act as his security. As such, Mr. Iverson does not maintain records relating to each person and/or entity hired by his representatives for the purposes of security services. Rather, Jaques Wambush, an independent

6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARLIN GODFREY ET AL

Plaintiff

v.                                          Case No. 1:05-CV-2044 ESH

ALLEN IVERSON ET AL

Defendant

### Affidavit of Service

I, William Barber, hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

I served: **JASON KANE**
With the following list of documents: **SUMMONS AND COMPLAINT**
By then and there personally delivering a true and correct copy of the documents into the hands of and leaving with: **CASSANDRA MORGAN KANE**
Title/relationship: **WIFE OF DEFENDANT**
On: **05/21/06** at **6:27PM**, at the address of **9717 NATIVE ROCKS DRIVE BRISTOW, VA 20136**

Manner of Service:

__ Personal Service: By personally delivering the documents to the person being served.

X  Substitute Service: By leaving the documents at the dwelling house or usual place of abode of the person being served with a member of the household of suitable age and discretion, and explaining the general nature of the documents.

__ Corporate, Registered Agent or Legal Representative Service: By leaving with an officer, director or a person who stated they had authority to accept service of process for the above listed person or entity.

__ Other

Description: Skin: B Sex: F Height: 5'7 Weight: 130 Age: 32 Hair: BLACK Eyes: BROWN

Signature: _William Barber_                Date: 5-24-06
Contracted by Due Process              Subscribed and sworn before me this 24
P.O. Box 2396                          day of May, 2006
Columbia, MD 21045
800-228-0484
004301 STEPHANIE
WATSONMORANLLC@AOL.COM

PLAINTIFF'S EXHIBIT
5

ADAM H. PARKER
NOTARY PUBLIC
HOWARD CO., MD
My comm. exp. Feb. 20, 2008