IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARLIN GODFREY, et al.  *
    Plaintiffs,  *
          *
v.  *  Case No. 1:05-cv-02044-ESH
          *
ALLEN IVERSON, et al.  *
    Defendant.  *

### AFFIDAVIT OF SAUL SIMINGTON

I, Saul Simington, hereby state and affirm under the penalty of perjury under the laws of the United States of America that the following statements are true and accurate to the best of my knowledge, information and belief:

1. I am over eighteen (18) years of age and am not a party to this matter.

2. I am competent to affirm and testify to the matters stated herein.

3. I have personal knowledge of the statements contained herein.

3. I was at the Eyebar nightclub which is located at 1716 I Street, NW Washington, DC on the night of July 19, 2005, and early morning July 20, 2005.

4. While at the Eyebar on July 19 and July 20, 2005, I observed Allen Iverson, his security, which included Jason Kane, and his entourage, who were also present.

5. I recognized Jason Kane because I have seen him a number of times both with and without Mr. Iverson.

6. Specifically, I observed Jason Kane, one of Mr. Iverson's body guards, and a number of other large men who were also providing security services for Mr. Iverson hit, kick, beat and attack Marlin Godfrey.

7. I observed Jason Kane strike Mr. Godfrey in the head with a bottle repeatedly until the bottle broke.

8. I observed another man who was providing security for Mr. Iverson hit Mr. Tony Kittrell.



PLAINTIFF'S EXHIBIT 6

9. Mr. Iverson was present in the Eyebar when Jason Kane and the other men hit, kicked and struck Marlin Godfrey.

10. Mr. Iverson was present in the Eyebar when Mr. Kittrell was hit by a man providing security for Mr. Iverson.

11. I witnessed Jason Kane and the other men accompanying Mr. Iverson initiate the attack on Mr. Godfrey and Mr. Kittrell.

5/26/06
DATE

Saul Simington