UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARLIN GODFREY et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 1:05-cv-2044 (ESH/DAR) |
| ALLEN IVERSON, et al., | ) |
| *Defendants.* | ) |

**CONSENT MOTION FOR ENTRY OF SCHEDULING ORDER**

Pursuant to the Court's June 19 Minute Entry, plaintiffs Marlin Godfrey and David Kittrell hereby move for entry of a Scheduling Order to govern discovery with respect to claims recently asserted against Mr. Kane as follows:

1. Setting July 12, 2006 as the date by which Mr. Kane must respond to the Amended Complaint.

2. Setting July 17, 2006 as the date by which plaintiffs and Mr. Kane must exchange interrogatories and requests for production, and requiring that answers and objections be served within the time provided by Rules 33 and 34.

3. Setting July 27, 2006 as the date by which Mr. Kane must file any motion for physical or mental examinations under Rule 35, and requiring that any such examination(s) be completed within 45 days after the date the motion is granted.

4. Setting July 27, 2006 as the date by which Mr. Kane shall serve the disclosures required by Rule 26(a)(1).

810933.00001/35734815v.1

5. Setting August 18, 2006 as the date by which Mr. Kane shall serve reports by retained experts pursuant to Rule 26(a)(2)(B), and setting September 1, 2006 as the date by which plaintiffs must serve any rebuttal reports.

6. Setting September 15, 2006 as the date by which all depositions must be completed.

7. Setting September 15, 2006 as the date by which plaintiffs must depose Mr. Kane.

8. Setting September 15, 2006 as the close of discovery.

9. Setting October 17, 2006 as the deadline for all parties to file dispositive motions, with oppositions to be filed by October 31, 2006, and replies, if any, be filed by November 10, 2006.

\* \* \* \* \*

Undersigned counsel submit that the relief sought hereby is necessary in light of the fact that Mr. Kane only recently was joined as a defendant and served with a copy of the Summons and Amended Complaint.

In light of the agreement reflected by this Joint Motion, undersigned counsel request that the Scheduling Conference currently set for June 28, 2006 be vacated.

The undersigned have consulted with counsel for defendant Allen Iverson, who consents to the relief sought hereby. Defendant Gregory Iverson has not yet entered an appearance in this case, and his counsel is unknown.

Respectfully submitted,

| | |
|---|---|
| /s/<br>Gregory L. Lattimer (Bar #371926)<br>1100 H Street, NW, Suite 920<br>Washington, D.C. 20005<br>Tel: (202) 638-0095<br>Fax: (202) 638-0091<br><br>*Counsel for Plaintiffs* | /s/<br>Stephanie D. Moran (Bar #471555)<br>E. Gregory Watson<br>WATSON & MORAN LLC<br>8401 Corporate Drive, Suite 110<br>Landover, Maryland 20785<br>Tel: (301) 429-0505<br>Fax: (301) 429-0371<br><br>*Counsel for Plaintiffs* |

/s/
Jason Kane
By: William R. Martin (Bar # 465531)
Blank Rome LLP
The Watergate Building
600 New Hampshire Avenue NW
Washington, DC 20037

*(With Limited Power of Attorney for the
sole purpose of signing this Consent Motion)*


Dated: June 28, 2006