IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

MARLIN GODFREY

Plaintiff

v.                                          Case No. S4216FL

ALLEN IVERSON

Defendant

*Handwritten annotations:* Let this be filed in 05 cv 2044 ESH 6/29 ; CA. 05-2044

### Affidavit of Service

I, **Roland Gonzales**, hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

I served: **WILLIAM HARBER**
With the following list of documents: **SUBPOENA**
By then and there personally delivering a true and correct copy of the documents into the hands of and leaving with:
**WILLIAM HARBER**   Title/relationship: **SELF**
On: **5/31/06** at **1:25 AM/PM** at the address of **200 S. CARLIN SPRINGS RD, ARLINGTON, VA 22204**

✓ Personal Service: By personally delivering the documents to the person being served.

__ Substitute Service: By leaving the documents at the dwelling house or usual place of abode of the person being served with a member of the household of suitable age and discretion, and explaining the general nature of the documents.

__ Corporate, Registered Agent or Legal Representative Service: By leaving with an officer, director or a person who stated they had authority to accept service of process for the above listed person or entity.

__ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of abode [ ] dwelling house (place of abode) within the state

__ Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at __:__ AM/PM _____
on the _____ day of _____ at __:__ AM/PM _____
on the _____ day of _____ at __:__ AM/PM _____
on the _____ day of _____ at __:__ AM/PM _____
on the _____ day of _____ at __:__ AM/PM _____

Description: Skin: **B**  Sex: **M**  Height: **5'8"**  Weight: **165**  Age: **35**  Hair: **BL**  Eyes: **BR**
Other Features: _____

__ Military Service. Deponent asked the person spoken to whether the recipient was presently in military service of the Unites States or of the Sate in which they reside and was informed that the recipient was not. Recipient wore ordinary civilian clothes

__ Other: _____
Signature: *(signed)* Date: **5/31/06**

Contracted by Due Process
P.O. Box 2396
Columbia, MD 21045
800-228-0484
004557

Subscribed and sworn before me this **31** day of ~~June~~ *May* 2006

*(Notary seal: Adam H. Parker, Notary Public, Howard Co., MD)*

My comm. exp. Feb. 20, 2008