UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLIN GODFREY *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALLEN IVERSON <br><br> and <br><br> GREGORY IVERSON <br><br> and <br><br> JASON KANE <br> 9717 Native Rocks Drive <br> Bristow, Virginia 20136 <br><br> *Defendants*. | Case No. 1:05-cv-2044 (ESH) (DAR) |

### ENTRY OF APPEARANCE OF COUNSEL

To the Clerk of the Court, and all parties and counsel of record:

    Please enter the appearance of the undersigned, Alan M. Freeman, as counsel in this matter for defendant Jason Kane.

    Respectfully submitted,

    _____
    Alan M. Freeman (DC Bar No. 454693)
    BLANK ROME LLP
    600 New Hampshire Avenue NW
    Washington, DC 20037
    Tel: (202) 772-5800
    Fax: (202) 572-8370
    Email: freeman@blankrome.com

Dated: July 12, 2006

    *Counsel for Jason Kane*

810933.00001/35733882v.1