UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLIN GODFREY *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-2044 (ESH) (DAR) |
| ) | |
| ALLEN IVERSON ) | |
| ) | |
| and ) | |
| ) | |
| GREGORY IVERSON ) | |
| ) | |
| and ) | |
| ) | |
| JASON KANE ) | |
| 9717 Native Rocks Drive ) | |
| Bristow, Virginia 20136 ) | |
| ) | |
| *Defendants*. ) | |

### ENTRY OF APPEARANCE OF COUNSEL

To the Clerk of the Court, and all parties and counsel of record:

Please enter the appearance of the undersigned, William R. Martin, as counsel in this matter for defendant Jason Kane.

Respectfully submitted,

_____
William R. Martin (DC Bar No. 465531)
BLANK ROME LLP
600 New Hampshire Avenue NW
Washington, DC 20037
Tel: (202) 772-5800
Fax: (202) 572-8370
Email: Martin-W@blankrome.com

Dated: July 12, 2006                                 *Counsel for Jason Kane*

810933.00001/35733877v.1