IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARLIN GODFREY, *et al.* | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| | * | |
| v. | * | Case No. 1:05-cv-02044 |
| | * | |
| ALLEN IVERSON, *et al.* | * | (ESH/DAR) |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |

**NOTICE OF NON-COMPLIANCE**

The Court is hereby provided notice that defendant Iverson has not complied with the Court's Order of June 129, 2006 wherein he was directed to make Mr. Gary Moore available for deposition on June 27, 2006. The Court is further advised that because Mr. Moore was not made available on June 27, 2006 as ordered, his deposition was rescheduled to July 18, 2006 at 5:00 p.m. Notwithstanding the fact that this date was chosen by counsel for defendant Iverson, plaintiffs' counsel were advised on July 17, 2006, once again, that Mr. Moore was not available for deposition on that date.

Mr. Moore's deposition has again been rescheduled, and is now scheduled for July 25, 2006. Should Mr. Moore fail to appear again, plaintiffs shall be requesting a sanctions hearing on a date as soon as the Court's calendar permits.

Respectfully submitted,


Gregory L. Lattimer [371926]
1100 H Street, N.W.
Suite 920
Washington, D.C.  20005
(202) 638-0095

Stephanie D. Moran, [471555]
E. Gregory Watson
Watson & Moran, LLC
8401 Corporate Drive
Suite 110
Landover, MD 20785
(301) 429-0505
Counsel for the Plaintiffs