UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARLIN GODFREY et al., | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | C.A. No. 1:05-cv-2044 (ESH)(DAR) |
| ALLEN IVERSON, et al., | ) ) ) | |
| *Defendants*. | ) ) | |

JASON KANE'S RULE 26(a)(1) DISCLOSURES

Defendant Jason Kane ("Mr. Kane") makes the following initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.2(a).  Mr. Kane reserves the right to supplement these disclosures at appropriate intervals as required by Rule 26(e)(1).

A. The following individuals are likely to have discoverable information that Mr. Kane may use to support his claims or defenses, unless solely for impeachment:

 a. Terrence Williams has knowledge regarding the events and circumstances that transpired at the Eyebar and that gave rise to the filing of this lawsuit.  He has an address at 8935 Hobart Street, Springdale, Maryland 20774, and his telephone number is (202) 391-8112.

 b. Michael Persons has knowledge regarding the events and circumstances that transpired at the Eyebar and that gave rise to the filing of this lawsuit.  He has an

    address at 17201 Russet Drive, Bowie, Maryland 20716, and his telephone number is (301) 793-2827.

c. Sean Edwards has knowledge regarding the events and circumstances that transpired at the Eyebar and that gave rise to the filing of this lawsuit. He has an address at 1705 Brandon Avenue, Winchester, Virginia 22601, and his telephone number is (409) 920-0697.

d. Scott Turner has knowledge regarding the events and circumstances that transpired at the Eyebar and that gave rise to the filing of this lawsuit. He has an address at 5527 Hershey Lane, Alexandria, Virginia 22312, and his telephone number is (703) 439-0374.

e. Curtiss Fitzgerald has knowledge regarding the events and circumstances that transpired at the Eyebar and that gave rise to the filing of this lawsuit. His address is not presently known, but his telephone number is (202) 213-4488.

f. Jerry Vines has knowledge regarding the events and circumstances that transpired at the Eyebar and that gave rise to the filing of this lawsuit. He has an address at 6188 Oxon Hill Road, Oxon Hill, Maryland 20745, and his telephone number is (202) 497-0346.

g. Bobby Patterson has knowledge regarding the events and circumstances that transpired at the Eyebar and that gave rise to the filing of this lawsuit. His address is not presently known, but his telephone number is (202) 492-7683.

h. John Hall has knowledge regarding the events and circumstances that transpired at the Eyebar and that gave rise to the filing of this lawsuit. He has an address at

      6301 Stevenson Avenue, #1208, Alexandria, VA 22304, and his telephone number is (301) 322-6689.

  i. Jason McCree has knowledge regarding the events and circumstances that transpired at the Eyebar and that gave rise to the filing of this lawsuit. He has an address at 8720 Lords View Loop, Gainesville, Virginia 20155, and his telephone number is (202) 409-3539.

  j. Each of the plaintiffs has knowledge regarding the facts and circumstances that transpired at the Eyebar and that gave rise to the filing of this lawsuit. Their addresses are in their own possession.

  k. Each of the defendants has knowledge regarding the events and circumstances that transpired at the Eyebar and that gave rise to the filing of this lawsuit. They may be contacted through their counsel of record.

  l. Each person identified in defendant Allen Iverson's initial disclosures has knowledge of the subjects identified therein. To the extent known, their contact information is identified in Mr. Iverson's initial disclosures.

  m. Each person identified in plaintiffs' initial disclosures has knowledge of the subjects identified therein. To the extent known, their contact information is identified in plaintiffs' initial disclosures.

B. The following is a description by category and location of all documents, data compilations and tangible things in Mr. Kane's possession, custody or control, and that Mr. Kane may use to support its claims or defenses, unless solely for impeachment:

  a. None, other than those that may be produced in response to plaintiffs' specific requests.

C.  Mr. Kane has not asserted a claim for damages.

D.  Mr. Kane is not aware of any insurance agreement under which a person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action, or to indemnify or reimburse for payments made to satisfy judgment.

      /s/ WILLIAM R. MARTIN
William R. Martin (DC Bar No. 465531)
Alan M. Freeman (DC Bar No. 454693)
BLANK ROME LLP
Watergate, Twelfth Floor
600 New Hampshire Avenue, NW
Washington, D.C.  20037
Tel: (202) 772-5800
Fax: (202) 572-8370
Email: martin-w@blankrome.com
Email: freeman@blankrome.com

*Counsel for Jason Kane*

Dated:  July 27, 2006

CERTIFICATE OF SERVICE

      I certify that on July 27, 2006 I caused the foregoing to be delivered by first-class mail, postage prepaid, to the following counsel:

| | |
|---|---|
| Gregory L. Lattimer, Esquire<br>1100 H Street, NW, Suite 920<br>Washington, D.C. 20005 | Gregory Watson, Esquire<br>Stephanie Moran, Esquire<br>Watson & Moran, LLC<br>8401 Corporate Drive, Suite 110<br>Landover, MD 20785 |
| Alan C. Milstein, Esquire<br>Sherman, Silverstein, Kohl,<br>Rose & Podolsky, P.A.<br>4300 Haddonfield, Suite 311<br>Pennsauken, NJ 08109 | David Rosenberg, Esquire<br>Ford & Harrison L.L.P.<br>1300 19th Street, N.W., Suite 700<br>Washington, D.C. 20036 |

                                            /s/ SHEILA SMITH
                                            Sheila Smith