UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARLIN GODFREY, et al.,            )
                                   )
         *Plaintiffs*,             )
                                   )
v.                                 )   Civil Action No. 1:05-cv-2044 (ESH)(DAR)
                                   )
ALLEN IVERSON, et al.,             )
                                   )
         *Defendants*.             )

### DEFENDANT JASON KANE'S
### MOTION TO COMPEL DISCOVERY AND MODIFY SCHEDULING ORDER

Defendant Jason Kane moves pursuant to Rule 37(a) for an order compelling plaintiffs to respond to discovery, and to modify the Scheduling Order. In support of this motion, defendant Kane states as follows:

1. Defendant Kane served interrogatories and requests for production directed to each plaintiff on July 17, 2006. *See* Exhibits 1 and 2. Pursuant to Rules 33 and 34, plaintiffs were required to serve their responses not later than August 21, 2006. They failed to do so.

2. Undersigned counsel raised the foregoing issue in telephone discussions with plaintiffs' counsel on August 21, 23 and 24, all in an effort to resolve the dispute amicably, and all to no avail. During counsel's August 24 conversation with Mr. Lattimer – who represents both plaintiffs – Mr. Lattimer stated that although plaintiffs' responses were not yet complete, they would be completed and served by the end of that week, *i.e.* not later than Friday August 25. When responses were not received on August 25, counsel wrote to Mr. Lattimer requesting that responses be served not later than August 28, or judicial intervention would be sought. *See*

810933.00001/35746042v.1

Exhibit 3. Still, as of the date of this motion, plaintiffs have not served responses to discovery, nor have they offered any justification for their failure to do so.

3.  Defendant notes that his written discovery was served in order to generate responses prior to the depositions the plaintiffs, both of which were noticed for August 28, 2006. *See* Exhibits 4 and 5. Those depositions were postponed at the request of plaintiffs' counsel, but counsel has not yet provided alternate dates. *See* Exhibit 6. In light of these circumstances (*i.e.* plaintiffs' failure to provide written discovery and failure to provide dates for their depositions), defendant Kane requests that the Court extend the deadlines imposed by the Scheduling Order by a period of at least 60 days. Such an extension would permit the defendant to obtain all the discovery to which he is entitled, and is necessary solely as a result of plaintiffs' failure to cooperate in discovery.

4.  Pursuant to Rule 37(a)(4), defendant requests the Court award him his reasonable expenses, including attorneys' fees, incurred in preparing and filing this Motion.

5.  Pursuant to Local Civil Rule 7.1(m), defendant certifies that his counsel has discussed the substance of this motion with opposing counsel by telephone and in writing in a good-faith effort to determine the extent of any opposition, and to narrow the areas of disagreement. Those efforts have been unavailing.

For the foregoing reasons, defendant Jason Kane requests that his Motion to Compel Discovery and Modify Scheduling Order be granted.

Respectfully submitted,

_____
William R. Martin (Bar No. 465531)
Alan M. Freeman (Bar No. 454693)
BLANK ROME LLP
Watergate, Twelfth Floor
600 New Hampshire Avenue, NW
Washington, D.C. 20037
Tel: (202) 772-5800
Fax: (202) 772-5858
Email: martin-w@blankrome.com
Email: freeman@blankrome.com

*Counsel for Jason Kane*

Dated: September 1, 2006

## CERTIFICATE OF SERVICE

I certify that on September 1, 2006 I caused the foregoing to be delivered by first-class mail, postage prepaid, to the following:

Gregory L. Lattimer
1100 H Street, NW, Suite 920
Washington, D.C. 20005

Alan C. Milstein
Sherman, Silverstein *et al.*
4300 Haddonfield, Suite 311
Pennsauken, NJ 08109

E. Gregory Watson
Stephanie Moran
Watson & Moran
8401 Corporate Drive
Landover, Maryland 20785

David Rosenberg
Ford & Harrison L.L.P.
1300 Nineteenth Street, NW
Washington, D.C. 20036

_____
Lisa Clark

810933.00001/35746042v.1