# EXHIBIT 3

**BLANK ▮ ROME** LLP
COUNSELORS AT LAW

| | |
|---|---|
| *Phone:* | *(202) 772-5925* |
| *Fax:* | *(202) 572-8370* |
| *Email:* | *freeman@blankrome.com* |

August 25, 2006

**VIA FACSIMILE AND FIRST CLASS MAIL**

Gregory L. Lattimer
Lattimer Law Firm
1100 H Street, NW, Suite 920
Washington, D.C. 20005

Stephanie Moran
Watson & Moran, LLC
8401 Corporate Drive, Suite 110
Landover, MD  20785

Re:    *Marlin Godfrey et al. v. Allen Iverson et al.*

Dear Counsel:

On behalf of defendant Jason Kane, we served interrogatories and document requests on each plaintiff on July 17, 2006.  Copies, including our Certificates of Service, are enclosed. Plaintiffs' responses were required to be served not later than August 20, but none have been received.  Consistent with my conversation this morning with Mr. Lattimer, we ask that plaintiffs' responses be delivered to our office prior to the close of business on August 28, or we will be required to seek the Court's assistance.

Very truly yours,

Alan M. Freeman

Enclosures (by mail only)

cc:    Counsel of Record