# EXHIBIT 4

Case 1:05-cv-02044-ESH     Document 35-5     Filed 09/01/2006     Page 1 of 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARLIN GODFREY, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-2044 (ESH)(DAR) |
| ) | |
| ALLEN IVERSON, et al., ) | |
| ) | |
| *Defendants*. ) | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant Jason Kane, by and through his counsel, will take the deposition upon oral examination of plaintiff David Anthony Kittrell, 12917 Acorn Hollow Lane, Silver Spring, MD 20906. The deposition will commence at 2:00 PM on August 28, 2004, at the offices of Blank Rome, LLP, 600 New Hampshire Avenue, NW, Twelfth Floor, Washington, D.C. 20037, before a court reporter, notary public or other officer authorized by law to administer oaths. Such examination shall continue from day to day until completed.

123781.00601/35739578v.1

/s/ William R. Martin
William R. Martin (Bar No. 465531)
Alan M. Freeman (Bar No. 454693)
BLANK ROME LLP
Watergate, Twelfth Floor
600 New Hampshire Avenue, NW
Washington, D.C. 20037
Tel: (202) 772-5800
Fax: (202) 572-8370
Email: martin-w@blankrome.com
Email: freeman@blankrome.com

*Counsel for Defendant Jason Kane*

Dated: July 26, 2006

123781.00601/35739578v.1

## CERTIFICATE OF SERVICE

I certify that on July 26, 2006 I served the foregoing Notice of Deposition by causing a copy to be sent by first class mail, postage prepaid, to the following:

Gregory L. Lattimer, Esquire
1100 H Street, NW, Suite 920
Washington, D.C. 20005

E. Gregory Watson, Esquire
Stephanie Moran, Esquire
Watson & Moran
8401 Corporate Drive, Suite 110
Landover, MD 20785

Alan C. Milstein, Esquire
Sherman, Silverstein, Kohl,
Rose & Podolsky, P.A.
4300 Haddonfield, Suite 311
Pennsauken, NJ 08109

David Rosenberg, Esquire
Ford & Harrison L.L.P.
1300 19th Street, N.W., Suite 700
Washington, D.C. 20036

_____
Sheila Smith

123781.00601/35739578v.1