# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLIN GODFREY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-2044 (ESH)(DAR) |
| ) | |
| ALLEN IVERSON, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant Jason Kane, by and through his counsel, will take the deposition upon oral examination of plaintiff Marlin Godfrey, 8921 Towncenter Circle, Largo, MD 20774. The deposition will commence at 10:00 AM on August 28, 2004, at the offices of Blank Rome, LLP, 600 New Hampshire Avenue, NW, Twelfth Floor, Washington, D.C. 20037, before a court reporter, notary public or other officer authorized by law to administer oaths. Such examination shall continue from day to day until completed.

123781.00601/35739572v.1

_____
William R. Martin (Bar No. 465531)
Alan M. Freeman (Bar No. 454693)
BLANK ROME LLP
Watergate, Twelfth Floor
600 New Hampshire Avenue, NW
Washington, D.C. 20037
Tel: (202) 772-5800
Fax: (202) 572-8370
Email: martin-w@blankrome.com
Email: freeman@blankrome.com

*Counsel for Defendant Jason Kane*

Dated: July 26, 2006

## CERTIFICATE OF SERVICE

I certify that on July 26, 2006 I served the foregoing Notice of Deposition by causing a copy to be sent by first class mail, postage prepaid, to the following:

| | |
|---|---|
| Gregory L. Lattimer, Esquire<br>1100 H Street, NW, Suite 920<br>Washington, D.C. 20005 | E. Gregory Watson, Esquire<br>Stephanie Moran, Esquire<br>Watson & Moran<br>8401 Corporate Drive, Suite 110<br>Landover, MD 20785 |
| Alan C. Milstein, Esquire<br>Sherman, Silverstein, Kohl,<br>Rose & Podolsky, P.A.<br>4300 Haddonfield, Suite 311<br>Pennsauken, NJ 08109 | David Rosenberg, Esquire<br>Ford & Harrison L.L.P.<br>1300 19th Street, N.W., Suite 700<br>Washington, D.C. 20036 |

_____
Sheila Smith

123781.00601/35739572v.1