# EXHIBIT 6



Phone:   (202) 772-5925
Fax:     (202) 572-8370
Email:   freeman@blankrome.com

August 25, 2006

**VIA FACSIMILE AND FIRST CLASS MAIL**

Gregory L. Lattimer
Lattimer Law Firm
1100 H Street, NW, Suite 920
Washington, D.C. 20005

Stephanie Moran
Watson & Moran, LLC
8401 Corporate Drive, Suite 110
Landover, MD 20785

     Re:  *Marlin Godfrey et al. v. Allen Iverson et al.*

Dear Counsel:

    This will confirm that, further to your request, we have agreed to postpone the depositions of plaintiffs Godfrey and Kittrell that currently are scheduled to be taken on Monday August 28, 2006. We await your submission of proposed alternate dates and times, as well as your agreement to jointly request an extension of the scheduling order in order to accommodate this postponement.

    Please call if you have questions.

                              Very truly yours,

                              Alan M. Freeman

cc:  Counsel of Record



Phone:  (202) 772-5925
Fax:    (202) 572-8370
Email:  freeman@blankrome.com

August 23, 2006

**VIA FACSIMILE AND FIRST CLASS MAIL**

Stephanie Moran
Watson & Moran, LLC
8401 Corporate Drive, Suite 110
Landover, MD 20785

Re:  *Marlin Godfrey et al. v. Allen Iverson et al.*

Dear Stephanie:

When we spoke on Monday, you stated that you had not received notices of the August 28 depositions of Mr. Godfrey and Mr. Kittrell. You also stated that you had scheduling conflicts that would prevent your attendance at those depositions and at the September 13 depositions of Memunatu Bangura and Raymond Carnegie

As an initial matter, I have enclosed copies of our deposition notices to Mr. Godfrey and Mr. Kittrell, along with our original Certificate of Service confirming that they were served on your and Mr. Lattimer's offices on July 26. That notwithstanding, as I stated on Monday, we will be happy to reschedule these and the third-party depositions for the convenience of counsel and the witnesses. I suspect, however, that we will be required to seek an extension of the remaining dates in the scheduling order in order to accommodate you. Please call me to discuss alternative deposition dates and an extension of the scheduling order.

Additionally, I renew the request made in my August 1 correspondence that you provide legible copies of the photographs that you provided to us at the deposition of Gary Moore.

Very truly yours,

Alan M. Freeman

Enclosures
cc:  Counsel of Record

123781.00601/35744492v.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARLIN GODFREY, et al., )<br>)<br>             *Plaintiffs*, )<br>)<br>v. )<br>)<br>ALLEN IVERSON, et al., )<br>)<br>             *Defendants*. ) | Civil Action No. 1:05-cv-2044 (ESH)(DAR) |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant Jason Kane, by and through his counsel, will take the deposition upon oral examination of plaintiff Marlin Godfrey, 8921 Towncenter Circle, Largo, MD 20774. The deposition will commence at 10:00 AM on August 28, 2004, at the offices of Blank Rome, LLP, 600 New Hampshire Avenue, NW, Twelfth Floor, Washington, D.C. 20037, before a court reporter, notary public or other officer authorized by law to administer oaths. Such examination shall continue from day to day until completed.

*/s/ William R. Martin*
William R. Martin (Bar No. 465531)
Alan M. Freeman (Bar No. 454693)
BLANK ROME LLP
Watergate, Twelfth Floor
600 New Hampshire Avenue, NW
Washington, D.C. 20037
Tel: (202) 772-5800
Fax: (202) 572-8370
Email: martin-w@blankrome.com
Email: freeman@blankrome.com

*Counsel for Defendant Jason Kane*

Dated: July 26, 2006

## CERTIFICATE OF SERVICE

I certify that on July 26, 2006 I served the foregoing Notice of Deposition by causing a copy to be sent by first class mail, postage prepaid, to the following:

Gregory L. Lattimer, Esquire
1100 H Street, NW, Suite 920
Washington, D.C. 20005

E. Gregory Watson, Esquire
Stephanie Moran, Esquire
Watson & Moran
8401 Corporate Drive, Suite 110
Landover, MD 20785

Alan C. Milstein, Esquire
Sherman, Silverstein, Kohl,
Rose & Podolsky, P.A.
4300 Haddonfield, Suite 311
Pennsauken, NJ 08109

David Rosenberg, Esquire
Ford & Harrison L.L.P.
1300 19th Street, N.W., Suite 700
Washington, D.C. 20036

_____
Sheila Smith

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLIN GODFREY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-2044 (ESH)(DAR) |
| ) | |
| ALLEN IVERSON, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant Jason Kane, by and through his counsel, will take the deposition upon oral examination of plaintiff David Anthony Kittrell, 12917 Acorn Hollow Lane, Silver Spring, MD 20906. The deposition will commence at 2:00 PM on August 28, 2004, at the offices of Blank Rome, LLP, 600 New Hampshire Avenue, NW, Twelfth Floor, Washington, D.C. 20037, before a court reporter, notary public or other officer authorized by law to administer oaths. Such examination shall continue from day to day until completed.

123781.00601/35739578v.1

                                                  /s/ William R. Martin
William R. Martin (Bar No. 465531)
Alan M. Freeman (Bar No. 454693)
BLANK ROME LLP
Watergate, Twelfth Floor
600 New Hampshire Avenue, NW
Washington, D.C. 20037
Tel: (202) 772-5800
Fax: (202) 572-8370
Email: martin-w@blankrome.com
Email: freeman@blankrome.com

*Counsel for Defendant Jason Kane*

Dated: July 26, 2006

## CERTIFICATE OF SERVICE

I certify that on July 26, 2006 I served the foregoing Notice of Deposition by causing a copy to be sent by first class mail, postage prepaid, to the following:

Gregory L. Lattimer, Esquire
1100 H Street, NW, Suite 920
Washington, D.C. 20005

E. Gregory Watson, Esquire
Stephanie Moran, Esquire
Watson & Moran
8401 Corporate Drive, Suite 110
Landover, MD 20785

Alan C. Milstein, Esquire
Sherman, Silverstein, Kohl,
Rose & Podolsky, P.A.
4300 Haddonfield, Suite 311
Pennsauken, NJ 08109

David Rosenberg, Esquire
Ford & Harrison L.L.P.
1300 19th Street, N.W., Suite 700
Washington, D.C. 20036

_____
Sheila Smith

123781.00601/35739578v.1

## MESSAGE CONFIRMATION

```
                                      08/23/2006   10:56
                                      ID=BLANK ROME LLP  WASHINGTON

DATE      S.R-TIME    DISTANT STATION ID      MODE      PAGES    RESULT           S.C.
08/23     02'05"      301 429 0371            TX        008      OK               0000
```

08/23/2006   10:52    BLANK ROME LLP   WASHINGTON → 123781*00601#13014290371    NO.017   D001



### FAX TRANSMITTAL FORM
Date: August 23, 2006

|     | TO:              | FIRM:               | FAX NO.:        | CONFIRMATION NO.: |
|-----|------------------|---------------------|-----------------|-------------------|
| To: | Stephanie Moran  | Watson & Moran, LLC | (301) 429-0371  | (301) 429-0505    |

| From:    | Alan M. Freeman        |
|----------|------------------------|
|          | Partner                |
| Phone:   | (202) 772-5925         |
| Fax:     | (202) 572-8370         |
| Email:   | freeman@blankrome.com  |
| Atty No.:| 08416                  |

| # of Pages: (include cover) | 8 |
|---|---|
| Client/Matter #: | 123781/00601 |

| ORIGINAL:         |   | WHEN COMPLETED:  |   |
|-------------------|---|------------------|---|
| Will Follow:      | x | Call For Pickup: | x |
| Will Not Follow:  |   | Send Interoffice:|   |

**COVER MESSAGE:**
Please see the attached.

Attachment

**CONFIDENTIALITY NOTE:**
The documents accompanying this fax transmission contain information, which may be confidential and/or legally privileged, from the law firm of Blank Rome LLP. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this faxed information is strictly prohibited, and that the documents should be returned to this firm immediately. If you have received this in error, please notify us by telephone immediately at the number listed above, collect, so that we may arrange for the return of the original documents to us at no cost to you. The unauthorized disclosure, use, or publication of confidential or privileged information inadvertently transmitted to you may result in criminal and/or civil liability.

| TRANSMITTED BY: | DATE SENT:  | TIME SENT:    | TIME CALLED:   |
|-----------------|-------------|---------------|----------------|
| BUSY:           | NO ANSWER:  | WRONG NUMBER: | NO CONNECTION: |

Watergate, 600 New Hampshire Avenue, NW, Washington, DC 20037
202.772.5800  Fax: 202.772.5858
www.BlankRome.com

108274.00613/35719325v.1



# FAX TRANSMITTAL FORM

Date: August 23, 2006

| | TO: | FIRM: | FAX NO.: | CONFIRMATION NO.: |
|---|---|---|---|---|
| To: | Stephanie Moran | Watson & Moran, LLC | (301) 429-0371 | (301) 429-0505 |

| **From:** | Alan M. Freeman |
|---|---|
| | Partner |
| **Phone:** | (202) 772-5925 |
| **Fax:** | (202) 572-8370 |
| **Email:** | freeman@blankrome.com |
| **Atty No.:** | 08416 |

| # of Pages: (include cover) | 8 |
|---|---|

| Client/Matter #: | 123781/00601 |
|---|---|

| ORIGINAL: | | WHEN COMPLETED: | |
|---|---|---|---|
| Will Follow: | x | Call For Pickup: | x |
| Will Not Follow: | | Send Interoffice: | |

**COVER MESSAGE:**
Please see the attached.

Attachment

**CONFIDENTIALITY NOTE:**
The documents accompanying this fax transmission contain information, which may be confidential and/or legally privileged, from the law firm of Blank Rome LLP.  The information is intended only for the use of the individual or entity named on this transmission sheet.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this faxed information is strictly prohibited, and that the documents should be returned to this firm immediately.  If you have received this in error, please notify us by telephone immediately at the number listed above, collect, so that we may arrange for the return of the original documents to us at no cost to you.  The unauthorized disclosure, use, or publication of confidential or privileged information inadvertently transmitted to you may result in criminal and/or civil liability.

| TRANSMITTED BY: | DATE SENT: | TIME SENT: | TIME CALLED: |
|---|---|---|---|
| BUSY: | NO ANSWER: | WRONG NUMBER: | NO CONNECTION: |

Watergate, 600 New Hampshire Avenue, NW, Washington, DC  20037
202.772.5800  Fax: 202.772.5858

www.BlankRome.com

108274.00613/35719325v.1