UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARLIN GODFREY, et al., | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) ) | Civil Action No. 1:05-cv-2044 (ESH)(DAR) |
| ALLEN IVERSON, et al., | ) ) ) | |
| *Defendants*. | ) ) | |

**NOTICE OF APPEARANCE**

Would the Clerk of the Court please take note that Jennifer K. Gershberg hereby enters her appearance as counsel for Defendant Jason Kane in the above-captioned matter.

Respectfully submitted,

BLANK ROME LLP

/s/ Jennifer K. Gershberg
_____
Jennifer K. Gershberg (D.C. # 482710)
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 772-5800
Gershberg@blankrome.com