UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLIN GODFREY et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 1:05-cv-2044 (ESH/DAR) |
| ALLEN IVERSON, et al., | ) |
| *Defendants*. | ) |

**MOTION FOR EXTENSION OF TIME TO REPLY TO THE RESPONSE OF DEFENDANT KANE REGARDING THE ISSUE OF SANCTIONS**

Comes now the plaintiffs, by and through counsel and hereby move this Court for an order extending the time for the plaintiffs to respond to the pleading filed by defendant Kane regarding the issue of sanctions for his failure to properly respond to plaintiffs' discovery requests. In support of this motion the plaintiffs aver as follows:

1. Plaintiffs' reply to the pleading filed by defendant Kane is due on Monday, October 2, 2006.

2. However, in the last few days the parties opened a dialogue that may lead to the resolution of this matter by way of a settlement.

3. In order to facilitate further discussions unencumbered by the pressures of litigation and/or the further hardening of positions, the plaintiffs are requesting that the time for responding to the pleading filed by defendant Kane be extended for a period of seven (7) days up to and including October 11, 2006. By that time, the parties will know if resolution short of trial is a realistic probability.

Wherefore for the reasons set forth herein and in the record of this proceeding and because there will be no prejudice of any kind to any of the parties of record, it is respectfully requested that the Court grant plaintiffs' motion.

### Certification of Counsel

Prior to filing this motion, the undersigned discussed possible settlement and the issue of sanctions with William Martin, counsel for defendant Kane. We did not, however, specifically discuss extending the period for plaintiffs' response. The undersigned attempted to contact Mr. Martin several times on October 2, 2006 to discuss this issue specifically without success.

Respectfully submitted,

Gregory L. Lattimer [371926]
1100 H Street, N.W.
Suite 920
Washington, D.C. 20005
(202) 638-0095

Stephanie D. Moran, [471555]
E. Gregory Watson
Watson & Moran, LLC
8401 Corporate Drive
Suite 110
Landover, MD 20785
(301) 429-0505

By:      /s/
Gregory L. Lattimer