

**BLANK ROME LLP**
COUNSELORS AT LAW

Phone: (202) 772-5894
Fax: (202) 772-1682
Email: Gershberg@BlankRome.com

September 20, 2006

## VIA FASCIMILE AND FIRST CLASS MAIL

Gregory L. Lattimer
Lattimer Law Firm
1100 H Street, NW, Suite 920
Washington, D.C. 20005

Alan C. Milstein, Esquire
Sherman, Silverstein, Kohl,
Fairway Corporate Center
4300 Haddonfield Road, Suite 311
Pennsauken, NJ 08109

Stephanie Moran
E. Gregory Watson
Watson & Moran, LLC
8401 Corporate Drive, Suite 110
Landover, MD 20785

David Rosenberg, Esquire
Ford & Harrison L.L.P.
1300 19th Street, N.W., Suite 700
Washington, D.C. 20036

   Re:   *Marlin Godfrey et al. v. Allen Iverson et al.*

Dear Counsel:

   This will confirm my telephone discussion with Stephanie Moran this afternoon in which we agreed to move the dates of the depositions of the non-party witnesses we will depose. The new schedule that we have agreed upon is as follows:

-"Abdullah" (full name and address to be provided by Plaintiffs' counsel on or before September 22, 2006): September 29, 2006, at 1:00 pm at Blank Rome;

-Saul Simington: October 4, 2006, 9:30 am at Blank Rome;

-Jamal Daniels: October 5, 2006, 10:00 am at Blank Rome;

Christian Hayes: October 5, 2006, 2:00 pm at Blank Rome.

   This will also confirm that we are holding the afternoon of October 10, 2006, and all day October 11, 2006 for the depositions of non-party witnesses of Plaintiffs' election.

                              Respectfully,

                              Jennifer K. Gershberg

JKG:lnc

123781.00601/35749422v.1

Watergate  600 New Hampshire Ave., NW  Washington, DC 20037
www.BlankRome.com

Delaware • Florida • Maryland • New Jersey • New York • Ohio • Pennsylvania • Washington, DC