

**BLANK ROME LLP**
COUNSELORS AT LAW

*Phone:* (202) 772-5939
*Fax:* (202) 572-8380
*Email:* martin-w@blankrome.com

October 4, 2006

**BY FACSIMILE AND FIRST CLASS MAIL**

Gregory L. Lattimer
Lattimer Law Firm
1100 H Street, NW, Suite 920
Washington, D.C. 20005

Alan C. Milstein, Esquire
Sherman, Silverstein, Kohl,
Fairway Corporate Center
4300 Haddonfield Road, Suite 311
Pennsauken, NJ 08109

Stephanie Moran
E. Gregory Watson
Watson & Moran, LLC
8401 Corporate Drive, Suite 110
Landover, MD 20785

Re:  *Marlin Godfrey et al. v. Allen Iverson et al.*

Dear Counsel:

This will confirm our agreement that the deposition of Terrence Williams on Thursday October 5, 2006 will proceed by videolink in accordance with Rule 30(b)(7). This deposition will count as one of the four non-party depositions allotted to Mr. Kane.

As discussed, we will establish the videolink from our office beginning at 2:00 PM EST.

Very truly yours,

William R. Martin

**PLAINTIFF'S EXHIBIT 1**