UNITED STATES DISTRICT COURT
District of Columbia
Civil Division

MARLIN GODFREY, et al.

    Plaintiff

V.                            No: 05-2044

ALLEN IVERSON

    Defendant.

## AFFIDAVIT OF DUE DILIGENCE

    I, DeQuan Bogan, hereby certify that I am over the age of eighteen years and, I am not a party in the above noted case; My attempts to serve Michael Persons is listed below:

    On October 2, 2006 at 10:23 p.m., I attempted to serve **Michael Persons** at 17201 at Russet Dr. Bowie Maryland. After knocking on the residence door a female appearing to be around the age 50 answered the door and announced herself as Debra Persons. Ms. Persons informed me that she was married to the late Michael Persons who has been deceased for 3 years. She also informed me that the son of the late Michael Persons is of no blood relation to her, that he is not a residence of the listed address and she has no contact with him.

    On October 3, 2006 at or around 11:30 a.m, I called Michael Persons on a telephone number provided by the Attorney for the Plaintiff. After speaking to Mr. Persons, he told me he would call me back at 2:30 P.M. after speaking to his lawyer who was not available at the time. No return telephone call from Mr. Person was received on October 3, 2006 and he did not answer the telephone for any additional calls placed to the number provided on October 3, 2006.

    From October 4, 2006 through October 10, 2006 Mr. Persons did not accept any phone calls from me or return any of my messages.

    On October 16, 2006 at or around 10:20 am, I spoke to Mr. Persons and he informed me he would be available for service between the hours of 12:00 pm and 2:00 PM. At 11:00 am, I received a call from Mr. Persons and was informed that he would be in the are between Crystal City, Virginia and downtown Washington DC. and that I should call him at 12:00 pm to be sure of his location and time to receive service of Subpoena. At 12:45 pm, I received a call from Mr. Persons and was told to meet him in front of the H2O night club.

    On October 16, 2006 at or around 1:10 pm, I served by hand delivery a Subpoena for deposition on Michael Persons in front of the H2O night club located at 800 Water Street, SW, Washington, DC.

I certify under penalty of perjury that the foregoing is true and correct.

_____/s/_____
Dequan Bogan


PLAINTIFF'S EXHIBIT 3

**UNITED STATES DISTRICT COURT**
District of Columbia
Civil Division

**MARLIN GODFREY, et al.**

    **Plaintiff**

V.                                                                                          No: 05-2044

**ALLEN IVERSON**

    **Defendant.**

**AFFIDAVIT OF DUE DILIGENCE**

    I, DeQuan Bogan, hereby certify that I am over the age of eighteen years and, I am not a party in the above noted case.

    On October 8, 2006, at 7:09 pm, I attempted to serve Sean Spencer, at 11834 Larry Road, Fairfax Va. Service was accepted by Christian Stepp, who informed me that she was the girlfriend of **Sean Spencer** and that he was a residence at the present address listed. I left Ms. Stepp my business card and told her to have Mr. Spencer give me a call if he has any question in regards to the Subpoena. At or around 7:30 p.m., I received a call from Sean Spencer informing me that he may have problems appearing for the scheduled date of the deposition . I told him to give the attorney a call listed on the Subpoena for any question or concerns that he might have.

I certify under penalty of perjury that the foregoing is true and correct.

_____/s/_____
Dequan Bogan

UNITED STATES DISTRICT COURT
District of Columbia
Civil Division

**MARLIN GODFREY, et al.**

    Plaintiff

V.                                              No: 05-2044

**ALLEN IVERSON**

    Defendant.

### AFFIDAVIT OF DUE DILIGENCE

    I, DeQuan Bogan, hereby certify that I am over the age of eighteen years and, I am not a party in the above noted case; My attempt to serve Jason McCree is listed below.

    On October 3, 2006, at 11:46 pm I attempted to serve **Jason McCree**, at 8720 Lordsview Loop, Gainsville, Va. 20153. After knocking on the residence door an older male appearing to be around 50 years of age answered the door and announced himself as Donald McCree. He informed me that he was the father of Jason McCree, and that his son does not reside at this location but he uses the address for various reasons. No further information was provided as to the whereabouts of Jason McCree or a valid address to initiate service of Subpoena.

I certify under penalty of perjury that the foregoing is true and correct.

_____/s/_____
Dequan Bogan

**UNITED STATES DISTRICT COURT**
District of Columbia
Civil Division

**MARLIN GODFREY, et al.**

    Plaintiff

V.                                                          No: 05-2044

**ALLEN IVERSON**

    Defendant.

### AFFIDAVIT OF DUE DILIGENCE

    I, DeQuan Bogan, hereby certify that I am over the age of eighteen years and, I am not a party in the above noted case; My attempt to serve Terrence Williams is listed below.

    On October 3, 2006, at 9:30 pm, I attempted to serve **Terrence Williams**, at 8935 Hobart Street, Springdale, Md. 20774. After knocking on the residence door, a male appearing to be around the age of 40 answered the door and announced himself as Kevin Jones. Mr. Jones informed me that the residence belong to the former wife of Terrence Williams and that Mr. Williams does not reside at this address. He also informed me that he does occasional speak to Mr. Williams. A current telephone number was provided for Mr. Williams but no current address was provided.

I certify under penalty of perjury that the foregoing is true and correct.

_____/s/_____
Dequan Bogan