## "EQ's" Effective Services

1229 15th Street, NW
Washington, D.C. 20005
(202) 256-4718 fax (202) 628-1149

**Invoice No.**

# INVOICE

**Customer**
| | |
|---|---|
| Name | Lattimore Law Offices. / Inre: Sean Spencer |
| Address | 1100 H. Street, NW |
| City | Washington   State DC   ZIP 20005 |
| Phone | (202) 638-0095 |

| | |
|---|---|
| Date | 10/17/2006 |
| Order No. | 1 |
| Rep | |
| FOB | |

| Qty | | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Service of Subpoena on Sean Spencer  Served on Christian Stepp - Girlfriend<br>7:09 P.M. October 8, 2006<br>11834 Larry Road, Fairfax Va. | $50.00 | |

**Payment Details**
- ☐ Cash
- ☉ Check
- ☐ Credit Card

Name _____
CC # _____
Expires _____

SubTotal
Shipping & Handling
Taxes

**TOTAL**  $50.00
Office Use Only

Date:_____  Satisfied by:_____

*Thank you for your business!!*

**PLAINTIFF'S EXHIBIT 4**

## "EQ's" Effective Services

1229 15th Street, NW
Washington, D.C. 20005
(202) 256-4718 fax (202) 628-1149

# INVOICE

Invoice No. _____

**Customer**
| | |
|---|---|
| Name | Lattimore Law Offices. / Inre:Terrence Williams |
| Address | 1100 H. Street, NW |
| City | Washington   State DC   ZIP 20005 |
| Phone | (202) 638-0095 |

| | |
|---|---|
| Date | 10/17/2006 |
| Order No. | 1 |
| Rep | |
| FOB | |

| Qty | | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Service of Subpoena on Terrence Williams<br>Attempted Service - Wrong Address<br>11:06 P.M. October 03, 2006<br>8935 Hobart Street<br>Springdale, MD. 20774 | $50.00 | |

**Payment Details**
- ☐ Cash
- ☑ Check
- ☐ Credit Card

Name _____
CC # _____
Expires _____

SubTotal _____
Shipping & Handling _____
Taxes _____

**TOTAL**   $50.00
Office Use Only

Date: _____   Satisfied by: _____

*Thank you for your business!!*

# "EQ's" Effective Services

1229 15th Street, NW
Washington, D.C. 20005
(202) 256-4718 fax (202) 628-1149

Invoice No.

= INVOICE =

**Customer**
Name: Lattimore Law Offices. / Inre: Michael Personsl
Address: 1100 H. Street, NW
City: Washington   State: DC   ZIP: 20005
Phone: (202) 638-0095

Date: 10/17/2006
Order No.: 1
Rep:
FOB:

| Qty | | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Service of Subpoena on Michael Persons 1:10 P.M. October 16, 2006 Served in front of H20 S.W. - Washington DC. 20002 | $50.00 | |
| 1 | Attempted Service: Wrong Address 17201 Russet Drive Bowie Maryland Oct 2, 2006 @ 10:23 P.M. | $35.00 | |

**Payment Details**
○ Cash
● Check
○ Credit Card

Name _____
CC # _____
Expires _____

SubTotal
Shipping & Handling
Taxes

**TOTAL**   $85.00
Office Use Only

Date: _____   Satisfied by: _____

Thank you for your business!!

## "EQ's" Effective Services

1229 15th Street, NW
Washington, D.C. 20005
(202) 256-4718 fax (202) 628-1149

Invoice No.

# INVOICE

**Customer**

| | |
|---|---|
| Name | Lattimore Law Offices. / Inre: Jason McCree |
| Address | 1100 H. Street, NW |
| City | Washington   State DC   ZIP 20005 |
| Phone | (202) 638-0095 |

| | |
|---|---|
| Date | 10/17/2006 |
| Order No. | 1 |
| Rep | |
| FOB | |

| Qty | | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Service of Subpoena on Jason McCree<br>Attempted Service - Wrong Address<br>11:46 P.M. October 3, 2006<br>8720 Lordsview Loop Gainsville, Va. 20153 | $75.00 | |

**Payment Details**

○ Cash
● Check
○ Credit Card

Name _____
CC # _____
Expires _____

SubTotal
Shipping & Handling
Taxes

**TOTAL**   $75.00
Office Use Only

Date: _____   Satisfied by: _____

*Thank you for your business!!*