UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARLIN GODFREY, et al.,

   Plaintiffs,

   v.

ALLEN IVERSON, et al.,

   Defendants.

Civil Action No. 05-2044
ESH/DAR

**ORDER**

    Plaintiffs' Motion to Extend the Time for Completing Depositions in this Matter (Docket No. 42) is pending for determination by the undersigned. In it, Plaintiffs seek an extension of time of ten days in which to complete the depositions of non-party witnesses. Defendant Kane opposes the motion on the ground that "there is no evidence that [P]laintiffs' counsel issued any third-party deposition subpoenas or notices of examination, or that they made any effort to serve such documents on any party or witness." Defendant Jason Kane's Opposition to Plaintiffs' Motion to Extend Discovery (Docket No. 44) at 1-2.[1] However, Plaintiffs file as exhibits to their reply a total of four exhibits which collectively refute Defendant Kane's contention that Plaintiffs made no effort to take the non-party depositions prior to the deadline. Plaintiffs' Reply to Defendant Kane's Opposition to their Motion to Extend the Time to Complete Discovery (Docket No. 45) at 2-4.[2]

---

[1] Defendant Kane does not allege that he would be prejudiced by the grant of the relief requested.

[2] Defendant Iverson did not file an opposition or other response to the motion.

Godfrey, et al. v. Iverson, et al.                                                                                            2

Upon consideration of the evidence of Plaintiffs' efforts to take the depositions of non-parties by the deadline prescribed by the court, and of the absence of any evidence that Defendant Kane–the only defendant who opposes the motion–would be prejudiced by a brief extension of the discovery deadline for the sole purpose of allowing Plaintiffs to take up to four depositions of non-party witnesses, it is hereby

**ORDERED** that Plaintiffs' Motion to Extend the Time for Completing Depositions in this Matter (Docket No. 42) is **GRANTED,** and that the deadline for Plaintiffs to complete the depositions of up to four non-party witnesses is extended to October 29, 2006.

October 19, 2006                              /s/
                                              DEBORAH A. ROBINSON
                                              United States Magistrate Judge