UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARLIN GODFREY, et al., )
 )
    *Plaintiffs*, )
 )
v. ) Civil Action No. 1:05-cv-2044 (ESH)(DAR)
 )
ALLEN IVERSON, et al., )
 )
    *Defendants.* )

## JASON KANE'S SUPPLEMENTAL RESPONSES TO DAVID A. KITTRELL'S REQUESTS FOR PRODUCTION

Pursuant to Rule 34 of the Federal Rules of Civil Procedure and without waiver of his prior specific and general objections, defendant Jason Kane submits the following supplemental responses to plaintiff David A. Kittrell's First Requests for Production of Documents.

### SPECIFIC RESPONSES

Request No. 1: Any and all records concerning mental treatment you have sought or received, of any kind or nature, including, but not limited to, therapy, counseling, psychiatric consultation or treatment and/or for alcoholism, emotional disorders, or drug abuse at any time in the past ten (10) years.

Response to Request 1:

Mr. Kane has no further documents in his possession, custody or control that are responsive to this request.

Request No. 2: All documents concerning all personal arrests, charges, convictions, judgments, and confessions of judgment, including but not limited to, documents reflecting the date, place, jurisdiction, nature of offens(es), cause and/or case number(s) and the disposition of same.

Response to Request 2:

Mr. Kane has no further documents in his possession, custody or control that are responsive to this request.

123781.00601/35751326v.1

PLAINTIFF'S EXHIBIT 1

Request No. 3: All statements taken or given by you or any other party which are relevant to this lawsuit.

Response to Request 3:

Mr. Kane has no further documents in his possession, custody or control that are responsive to this request.

Request No. 4: All personal permits for weapons.

Response to Request 4:

Mr. Kane has no further documents in his possession, custody or control that are responsive to this request.

Request No. 5: Copies of all bank statements, including checking accounts, savings accounts, money market accounts, CDs, etc. from January 1, 2000 through present in which you have any interests regardless of how titled.

Response to Request 5:

Mr. Kane has no further documents in his possession, custody or control that are responsive to this request.

Request No.6: Copies of all Deeds for any real property in which you have any interests regardless of how titled.

Response to Request 6:

Mr. Kane has no further documents in his possession, custody or control that are responsive to this request.

Request No. 7: All statements and other documents for the past five (5) years indicating your ownership, either individually, or in conjunction with any other entity or individual of any nature whatsoever in any financial, savings and/or checking account(s).

Response to Request 7:

Mr. Kane has no further documents in his possession, custody or control that are responsive to this request.

Request No. 8: All wage and income statements received by you from any and all sources which evidence payment of any salaries or compensation paid for the past five (5) years.

Response to Request 8:

2

Mr. Kane has no further documents in his possession, custody or control that are responsive to this request.

<u>Request No. 9</u>: Any and all records which indicate any and all fringe benefits which have been provided to you in addition to money and compensation heretofore mentioned, including, but not limited to, expense account allowances, as well as any vehicles, housing or any other tangible items of personal property which are provided for your use or benefit.

<u>Response to Request 9</u>:

Mr. Kane has no further documents in his possession, custody or control that are responsive to this request.

<u>Request No. 10</u>: All documents which reflect, refers or otherwise relates to your income, whether taxable or not, from sources for the past five (5) years to the date of production which have not been produced heretofore.

<u>Response to Request 10</u>:

Mr. Kane has no further documents in his possession, custody or control that are responsive to this request.

<u>Request No. 11</u>: All physical evidence which reflects or relates to the material issues in this action, or which you may offer as evidence in this action.

<u>Response to Request 11</u>:

Mr. Kane has no further documents in his possession, custody or control that are responsive to this request.

<u>Request No. 12</u>: Any and all written reports made by any and all experts who you intend to call as witnesses in the trial of this matter.

<u>Response to Request 12</u>:

Mr. Kane has no further documents in his possession, custody or control that are responsive to this request.

<u>Request No. 13</u>: All titles to and registrations for any motor vehicles currently being used or owned by you.

<u>Response to Request 13</u>:

Mr. Kane has no further documents in his possession, custody or control that are responsive to this request.

<u>Request No. 14</u>: Copies of all documents identified in your answers to Interrogatories propounded upon you by either Plaintiff.

<u>Response to Request 14</u>:

3

Mr. Kane has no further documents in his possession, custody or control that are responsive to this request. However, documents were produced on September 22, 2006, which, although not identified in Mr. Kane's responses to Interrogatories, relate to his response concerning the Steven Jackson weekend.

Request No. 15: Documents and evidence of any resources and assets in which you have or had a direct or indirect interest, either solely or with some other person or entity, including but not limited to, stock, trust corporation, partnership, joint venture, limited liability company, sole proprietorship or any other business venture for the past five (5) years.

Response to Request 15:

Mr. Kane has no further documents in his possession, custody or control that are responsive to this request.

Request No. 16: All contracts of employment involving you or any entity in which you have any interests, (whether as an "employee", "independent contractor", "agent", "representative" or "employer") and any third person or entity, whether the same are presently in effect, were in effect in the past five (5) years or to become effective in the future.

Response to Request 16:

Mr. Kane has no further documents in his possession, custody or control that are responsive to this request.

Request No. 17: All statements of any and every nature representing income and loss in any partnership, limited liability company, sole proprietorship, trust or corporation, in which you have or have had an interest within the past five (5) years to the date of your responses to this request.

Response to Request 17:

Mr. Kane has no further documents in his possession, custody or control that are responsive to this request.

Request No. 18: All documents indicating value of and the date upon which you secured any interest in any asset in which you have an interest presently.

Response to Request 18:

Mr. Kane has no further documents in his possession, custody or control that are responsive to this request.

Request No. 19: All documents obtained as a result of a subpoena *duces tecum*.

Response to Request 19:

Mr. Kane has produced such documents as he has obtained them, and will continue to do so as such documents become available.

Request No. 20: All documents containing the name(s), address(es) and telephone number(s), cell phone number(s) of all persons and entities for whom you have provided security services within the past five (5) years.

Response to Request 20:

Mr. Kane has no further documents in his possession, custody or control that are responsive to this request.

William R. Martin (Bar No. 465531)
Alan M. Freeman (Bar No. 454693)
BLANK ROME LLP
Watergate, Twelfth Floor
600 New Hampshire Avenue, NW
Washington, D.C. 20037
Tel: (202) 772-5800
Fax: (202) 772-5858
Email: martin-w@blankrome.com
Email: freeman@blankrome.com

*Counsel for Jason Kane*

Dated: September 29, 2006

## CERTIFICATE OF SERVICE

I certify that on September 29, 2006 I caused the foregoing to be delivered by first-class mail, postage prepaid, to the following counsel:

Gregory L. Lattimer (also served via facsimile)
1100 H Street, NW, Suite 920
Washington, D.C. 20005

E. Gregory Watson

Stephanie Moran
Watson & Moran
8401 Corporate Drive, Suite 110
Landover, MD 20785

Alan C. Milstein, Esquire
Sherman, Silverstein, Kohl,
Rose & Podolsky, P.A.
4300 Haddonfield, Suite 311
Pennsauken, NJ 08109

David Rosenberg, Esquire
Ford & Harrison, LLP
1300 19th Street, N.W., Suite 700
Washington, D.C. 20036

/s/ Sheila Smith
Sheila Smith