JR                                                              1

21                 UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA


- - - - - - - - - - - - - -X
                           :
MARLIN GODFREY, et al.,    :
                           :
          Plaintiffs,      :
                           : Civil Action No. 1:05-
     v.                    : cv-2044 (ESH)(DAR)
                           :
ALLEN IVERSON, et al.,     :
                           :
          Defendants.      :
_____X


                         Tuesday, October 3, 2006
                         Washington, DC



          The deposition of JONATHAN JASON KANE was
called for examination by counsel for the
Plaintiffs in the above-entitled motion, pursuant
to notice, in the offices of Blank Rome, LLP, 600
New Hampshire Avenue, NW, 12th Floor, Washington,
D.C. 20037, convened at 10:50 a.m. before
Jacqueline Richards-Craig, a notary public in and
for the District of Columbia, when were present on
behalf of the parties:



PLAINTIFF'S
EXHIBIT
2

JR                                                                              21

1       Q    All right.  Who lived there with you?

2       A    My mother.

3       Q    How long have you been married?

4       A    Two years.

5       Q    Give me your educational background

6    starting with high school?

7       A    James W. Robinson.

8       Q    All right.  Did you graduate?

9       A    Yes, sir.

10      Q    When?

11      A    In '90.

12      Q    1990?

13      A    Yes.

14      Q    All right.  Any other education?

15      A    George Mason University.

16      Q    Any place else?

17      A    No.

18      Q    How long were you at George Mason?

19      A    Two years.

20      Q    Did you graduate?

21      A    No.

22      Q    Did you engage in any extracurricular

JR                                                                      22

1    activities?

2         A    Explain.

3         Q    Extracurricular activities other than go

4    to school?

5         A    I played football.

6         Q    Okay.  How long you play football?

7         A    Two years.

8         Q    Give me your work history since high

9    school.  What was your first job out of high

10   school?

11        A    I can't recall.

12        Q    Okay. What was your second job out of high

13   school?

14        A    I can't recall.

15        Q    What was your third job out of high

16   school?

17        A    I can't recall.

18        Q    Did you ever work after high school?

19        A    No.

20        Q    Okay.  So you've never had a job; is that

21   right?

22        A    I misunderstood.  Could you repeat the

JR

23

1    question?

2        Q    You never had a job; is that right?

3        A    I've had a job.

4        Q    Well you said you've never worked after

5    high school, so you only had a job in high school?

6        A    No.  No, no.  You confused me with the

7    question.

8        Q    All right.  Let's try to clarify.  I asked

9    you to give me your work history since high school.

10   And I asked you about your first job and you said

11   you don't recall, correct?

12       A    [No response.]

13       Q    I that correct?

14       A    Yes, out of high school, yes.

15       Q    Okay.  I asked you to tell me about your

16   second job since high school and you indicated you

17   don't recall, correct?

18       A    Yes. Can I take another break?

19       Q    Well a question's pending right now.  As

20   soon as you answer the question you can talk to

21   him.

22       A    I just started working after I got out of

1  college.

2       Q    Okay.

3       A    So you said high school, no, I didn't work

4  when I got out of high school it was after I was in

5  college.

6       Q    So when I said after high school, I'm

7  talking about after that period of time.  Let me

8  clarify it for you.  What was the first job you

9  ever had?

10      A    I helped people and cut grass.

11      Q    Okay. When was that?

12      A    I can't recall.

13      Q    Okay.  Were you in school or out of school

14  at that time?

15      A    I was in college.

16      Q    You were in college.  So you worked in

17  landscaping?

18      A    [Nodding.]

19      Q    You got to say yes or no.

20      A    Yes.

21      Q    So how long did you do that?

22      A    I can't recall.

JR                                                                    25

1        Q    Okay.  Who did you do that for?

2        A    I can't recall the company.

3        Q    You don't recall the company.  Okay. Now,

4   that would have been--let's see--you graduated high

5   school in 1990.  You went to college for two years.

6   So we're talking about--about 1992?

7        A    I can't recall the year.

8        Q    Can't recall.  Well, did you go straight

9   to college from high school?

10       A    Yes.

11       Q    So if you graduated high school in 1990,

12  you would have been in college in 1991, correct?

13       A    I can't recall.

14       Q    You don't recall.  Well did you graduate

15  high school in 1990?

16       A    Yes.

17       Q    So if you went straight to college, would

18  that suggest that you were in college in 1991?

19       A    Yes.

20       Q    And if you went for two years, would that

21  suggest that you were in college in 1992?

22       A    Yes.

JR                                                                          26

1        Q    All right.  So if you were in college in

2    1991 and in 1992, and you worked with the

3    landscaping, would that suggest that you were

4    working with them in either 1991 or 1992?

5        A    Yes.

6        Q    All right.  So, now, is there anything

7    that might refresh your recollection as to who you

8    were working with in 1991 and 1992?

9        A    No.

10       Q    All right.  You just don't remember that

11   at all?

12       A    No.

13       Q    All right.  How much were you making?

14       A    I can't recall.

15       Q    What was your next job after the

16   landscaping while you were in college?

17       A     I done security.

18       Q    For?

19       A    A nightclub.

20       Q    Which one?

21       A    The Library.

22       Q    The Library.  Was that with a company or

JR                                                                    52

1        Q    Okay. And you went through it and did you

2   attempt to obtain any of the documents that were

3   responsive to any of the requests that are made in

4   that document?

5        A    Yes.

6        Q    And could you turn to request number 3

7   which is on page 2?

8            MR. MARTIN:  Request number?

9            MR. LATTIMER:  3 on page 2.

10           [Witness reads document.]

11           BY MR. LATTIMER:

12       Q    Do you have any documents that are

13   responsive to that request?

14       A    No.

15       Q    So you have no documents that would

16   indicate any monies that you earned for the past

17   five years; is that right?

18       A    I'm in the process of trying to get all

19   the paperwork together.

20       Q    My question--well when you filed your

21   taxes did you use any documents to show what monies

22   you had earned?

JR

53

1        A    [Pause.]  Yes.

2        Q    Okay. So you do have documents that are

3   responsive to that request; is that right?

4        A    I'm in the process of looking for them.

5        Q    Well, let's go back.  I thought I just

6   understood you to say that when you filed your

7   taxes, which you said you filed for last year,

8   correct?

9        A    [No response.]

10       Q    Am I right?

11       A    Yes.

12       Q    And I thought I understood you to say that

13   when you did that, you used documents that

14   indicated how much money you had earned so that you

15   could file your taxes; am I correct?

16       A    Repeat your question.

17       Q    I thought I understood you to say that you

18   used documents indicating what amount of money you

19   had earned for 2005 in preparing your taxes; is

20   that right?

21       A    Break it down for me.

22       Q    Okay. One more time.  You filed taxes for

JR                                                                        54

1  2005, so you say, right?

2      A   Yes.

3      Q   And in order to file taxes you have to

4  report your income, correct?

5      A   Yes.

6      Q   And in reporting your income, you used

7  documents for that purpose, correct?

8      A   Yes.

9      Q   So then you do have documents indicating

10 your income for the past five years?

11         MR. MARTIN:  Objection.

12         BY MR. LATTIMER:

13     Q   At least one of them, correct?

14         MR. MARTIN:  Objection as to form.

15         BY MR. LATTIMER:

16     Q   Correct?

17     A   [No response.]

18     Q   Can't get to the next question until you

19 answer this one.

20     A   I thought I answered the question.

21     Q   You haven't said a word.  I'm waiting on

22 it.

JR

55

1        A    Repeat the question.

2        Q    All right.  Let's try it one more time.

3    You filed taxes for 2005, right?

4        A    Yes.

5        Q    And you reported income, correct?

6        A    Yes.

7        Q    And you had documents indicating what your

8    income was, correct?

9        A    For 2005?

10       Q    Right.

11       A    Yes.

12       Q    Therefore, you have in your possession

13   documents that are responsive to request number 3,

14   correct?

15       A    I'm in the process of obtaining that from

16   the accountant.

17       Q    You're in the process of obtaining your

18   documents showing your income from the accountant?

19       A    Yes.

20       Q    And what have you done to do that?

21       A    Phone calls were made.

22       Q    All right.  So you've been calling him

JR                                                                56

1   since August?

2        A    I can't recall the exact time and date I

3   called him, no.

4        Q    Well, these requests were submitted on

5   August 21st.  I take it you called him before then,

6   correct?

7        A    I can't--I can't recall the exact time he

8   was called.

9        Q    You submitted supplemental responses to

10  Requests for Production on September 29th.  I take

11  it you called him before then, correct?

12       A    I'm in the process of obtaining them from

13  my accountant.

14       Q    I understand that.  That's not my

15  question.  My question is: I take it you called him

16  before September 29th, correct?

17       A    Yes.

18       Q    All right. And have you called him more

19  than once?

20       A    I can't recall how many times he's been

21  called.

22       Q    Okay.  And it is your testimony that not

JR

57

1  withstanding your calls to your accountant, you

2  haven't been able to get this information; is that

3  right?

4      A    Yes.

5      Q    But you do have--there is such information

6  that exists; is that right?

7      A    I'm trying to obtain it from the

8  accountant.

9      Q    I understand that.  My question wasn't

10 were you trying to obtain it.  My question was,

11 there are documents--

12     A    Yes.

13     Q    Let me finish my question.  There are such

14 documents that exist, correct?

15     A    Yes.

16     Q    All right.  Now, Request Number 4 on page

17 3, you were asked to provide all statements--any

18 and all statements, invoices, bills, cancelled

19 checks, receipts or other documents concerning

20 information related to the cost of any security

21 that was provided by you from July 1, 2005 through

22 July 21, 2005.  Do you have nay such documents?

JR                                                                    58

1       A    No.

2       Q    Okay.  So you did not have any expenses

3   related to your providing security services for Mr.

4   Iverson during that period; is that right?

5            MR. MARTIN: Objection as to form.  You

6   said any documents that say that.

7            MR. LATTIMER:  I understand that.

8            BY MR. LATTIMER:

9       Q    Is that right?  Did you or did you not

10  have expenses?

11      A    Repeat the question.

12      Q    Did you or did you not have expenses

13  related to providing security for Mr. Iverson in

14  July of 2005?

15      A    Elaborate on expenses.

16      Q    Well, have you ever heard that term

17  before?

18      A    No.

19      Q    So when you file your taxes, there's not a

20  place where it talks about expenses?

21      A    I can't recall what those documents say.

22      Q    You can't recall.  So as you sit here

JR
59

1  today, you're not familiar with the term expenses;

2  is that right?

3      A    Not this paper, no.

4      Q    I'm not asking you about the paper, I'm

5  asking you about expenses, e-x-p-e-n-s-e-s.  You're

6  not familiar with that term as you sit here today;

7  is that right?

8      A    Correct.

9      Q    Okay. So you didn't know how to answer

10  this question; is that right?

11      A    [No response.]

12      Q    Would that be fair to say?

13      A    No, sir.

14      Q    Request Number 5 which is also on page 3,

15  deals with any and all reports, statements,

16  invoices, bills, cancelled checks, receipts or

17  other documents for the past five years, concerning

18  information related to the monies, wages, expenses,

19  costs, you have paid you any individual providing

20  security services on your behalf or behalf of any

21  entity in which you have--or have had any

22  interests.  Now in that interrogatory--I'm sorry,

JR

60

1  in that request, do you have any documents that are

2  responsive to that?

3       A    I can't recall.

4       Q    Did you look?

5       A    I can't recall.

6       Q    You don't recall if you looked?

7       A    I can't recall.

8       Q    All right.  Request Number 6 asks you

9  about any telephone, cell phone, pager, or two-way

10  that you owned or operated from January 1, 2005 to

11  the present, including but not limited to all phone

12  records for the month of July 2005 and July 2006.

13  Do you have any documents that are responsive to

14  that?

15       A    I can't recall.

16       Q    You don't know if you got a phone bill?

17       A    In January of 2005?

18       Q    From January 2005 to the present.

19       A    I can't recall.

20       Q    You don't recall if you got a phone bill

21  last month?

22       A    I can't recall.

JR

1    Q    You don't recall if you got a phone bill a

2    month before?

3    A    I can't recall.

4    Q    You don't recall if you got any phone bill

5    between January 1, 2005 and September 2006?

6    A    I can't recall.

7    Q    Who pays the phone bill?

8    A    My wife.

9    Q    So you have a cell phone, you took it out

10   earlier and looked at it; is that right?

11   A    That's correct.

12   Q    All right.  And that cell phone--you don't

13   know if you've ever gotten a bill for that phone

14   since January 1, 2005; is that right?

15   A    I just stated my wife pays the phone bill.

16   Q    I didn't ask you about who pays it.  I

17   asked you do you know if you got one?

18   A    I don't know.

19   Q    So you don't know--so you think that phone

20   might free?

21   A    No.

22   Q    Okay.  So you know somebody gets a bill;

JR                                                                          62

1    is that right?

2         A    Yes.

3         Q    Did you ask your wife for the bill?

4         A    No.

5         Q    So in response to this Request for

6    Production of Documents, you never asked the person

7    that pays the bill for a copy of the bill?

8         A    I can't recall.

9         Q    Well you just said you never asked your

10   wife, and you also said that she pays the bill,

11   right?

12        A    Yes.

13        Q    But you never asked that person for a copy

14   of the bill, correct?

15        A    I can't recall.

16        Q    You don't recall if you ever asked her?

17        A    Yes.

18             [Knocking on door.]

19             WORKER:  I'm here for the video.

20             MR. MARTIN:  We're not ready.

21             WORKER:  Okay.

22             MR. MARTIN:  We'll take a --

JR

234

1    A    Yes.

2    Q    Okay. You ever been sued?

3    A    No.

4    Q    Ever sued anyone?

5    A    No.

6    Q    Ever been arrested?

7         MR. MARTIN:  Objection. Objection and I'll

8    instruct the witness not to answer.

9         MS. MORAN:  You asked the Plaintiffs that.

10        MR. MARTIN:  Unless you answer --

11        MS. MORAN:  So it's okay for you to ask

12   the question.

13        MR. LATTIMER:  Under the rules it is only

14   admissible under certain circumstances.

15        MR. MARTIN:  It's no objection, just the

16   time period.  The rules are very clear--609 is very

17   clear that you have to ask the question and it has

18   to be within 10 years.

19        BY MR. LATTIMER:

20   Q    Have you ever been arrested?

21        MR. MARTIN:  I'm going to instruct the

22   witness not to answer. You have to comply with the

JR                                                                         235

1   Rule.

2          BY MR. LATTIMER:

3      Q    Ever been convicted of a crime?

4          MR. MARTIN:  I'm going to instruct the

5   witness--unless you comply with Rule 609.

6          MR. LATTIMER:  That is for admissibility.

7   It has nothing to do with whether or not you can

8   inquire.  Rule 609 has nothing to do with the Rules

9   of Civil Procedure.  Anything about this man, I can

10  ask about.  609 deals with the admissibility of

11  those particular offenses for certain purposes.

12  That's not what we're talking about here.  This is

13  discovery.  I am absolutely entitled to find out if

14  this man has been convicted of a crime.  I am

15  absolutely entitled to find out if he's been

16  arrested.

17         Now, whether or not that is admissible is

18  another story, but I am certainly entitled to

19  discover it.  Now, I'm not going to belabor the

20  point, but I will bring it back because I'm

21  entitled to that.

22         BY MR. LATTIMER:

JR

236

1    Q    Now, I'm going to ask you again, you ever

2    been convicted of a crime?

3         MR. MARTIN:  At this point I'll instruct

4    the witness not to answer.

5         BY MR. LATTIMER:

6    Q    What's your age?

7    A    Could you repeat the question?

8    Q    What is your age?

9    A    I'm 34.

10   Q    Have you ever served a prison sentence?

11   A    I'm sorry, repeat the question.

12   Q    Have you ever served a prison sentence?

13        MR. MARTIN: Objection again. It doesn't

14   comply with Rule 609.  I'll instruct the witness

15   not to answer.

16        MR. LATTIMER:  Well, instruct him not to

17   answer.

18        MR. MARTIN:  He is so instructed.

19        BY MR. LATTIMER:

20   Q    With regard to your providing services in

21   the pornography business, have you ever performed

22   in any pornographic movies?

JR

237

1       A    No.

2       Q    Have you ever had any role in the porno

3  industry other than providing security at autograph

4  sessions and the like?

5       A    No.

6            MR. MARTIN:  I'd like to go off the record

7  for a few minutes.

8            [Off the record.]

9            MR. MARTIN:  Mr. Lattimer, I have

10  instructed the witness to answer your questions

11  regarding prior crimes and convictions.

12           MR. LATTIMER:  Prior what?

13           MR. MARTIN:  He'll answer your questions.

14           BY MR. LATTIMER:

15      Q    So, you been arrested before?

16      A    Yes.

17      Q    When was this?

18      A    1990.

19      Q    1990?

20      A    Yeah.

21      Q    While you were in college?

22      A    No, I was coming out of high school.

1      Q    In high school.  Were you a juvenile?

2      A    I had just turned 18.

3      Q    Just turned 18.  Were you given a prison

4   sentence?

5      A    Yes.

6      Q    For what?

7      A    Malicious wounding.

8      Q    I'm sorry?

9      A    Malicious wounding.

10      Q    Okay.  Where was this, Virginia, Maryland,

11   D.C., where?

12      A    Virginia.

13          MR. MARTIN:  Objection under 609.

14          BY MR. LATTIMER:

15      Q    How long of a sentence did you get?

16      A    I can't recall.

17      Q    You don't know how long you was in jail?

18      A    No, I can't recall.

19      Q    Was it more than a year?

20      A    I can't recall.

21      Q    Okay. Been convicted of any other crime?

22      A    No.

JR

239

1  Q Has that been expunged from your record--

2 that offense?

3  A I can't recall.

4  Q Did you take any steps to have it

5 expunged?

6  A I can't recall.

7  Q Do you know if you were sentenced under a

8 youthful crime or anything of that nature?

9  A I can't recall.

10  Q Where was this conviction?

11  A Virginia.

12  Q Okay.  Narrow it down a bit for me, what

13 city?

14  A Fairfax.

15  Q And where did you serve your sentence?

16  A I can't recall.

17  Q You don't recall where you were in jail?

18  A No, I can't recall.

19  Q Was it at the city jail?  Was it in

20 prison?  Or was it a work farm?

21  A I can't recall.

22  Q How old were you when you--wait a minute.

JR

240

1   You told me you were in college right after high

2   school.  Do you remember that?

3       A    Yes.

4       Q    So, I'm not understanding, how could you

5   be both?

6       A    [No response.]

7            MR. MARTIN:  Did you understand the

8   question?

9            MR. KANE:  No, I didn't.

10           BY MR. LATTIMER:

11      Q    Well you told me that you graduated high

12  school in 1990.  You went to George Mason for two

13  years and that you were in George Mason in 1991 and

14  '92 and that's when you began working for a

15  landscape company; do you recall that?

16      A    Yes.

17      Q    So what I'm asking is --

18      A    I didn't recall saying the years I went to

19  George Mason.  I didn't say '91 or '92.

20      Q    You don't remember saying that?

21      A    I didn't say--I know I didn't say '91 or

22  '92.

JR

241

1      Q    Okay.  So when did you go to George Mason

2   then?  Maybe I got it wrong.

3      A    I don't recall.

4      Q    You don't recall when you went to college?

5      A    No.

6      Q    Well when did you start working for the

7   landscaping company?  I'm positive, because I wrote

8   it down, that you started working to the

9   landscaping company in 1991.  So when did you start

10  working for the landscaping company?

11     A    I don't recall.  I didn't say '91.

12     Q    You didn't say that?

13     A    No.

14     Q    And what about The Library, where--

15  remember you started doing security work at The

16  Library, and we talked about that specifically.

17  When did you start working there?

18     A    While I was in college.

19     Q    Okay. When was that?

20     A    I don't recall.

21     Q    You don't recall when you were in college

22  now; is that right?

JR

242

1      A    [No response.]

2      Q    You have to say yes or no.

3      A    Yes.

4      Q    And you don't recall when you were working

5  for the landscaping company, correct?

6      A    I don't recall.  Yes.

7      Q    So everything that we talked about earlier

8  with respect to your work history and college

9  history would be thrown off by the fact that you

10  were in jail after you graduated from high school;

11  is that right?

12      A    I don't recall.

13      Q    You don't recall?  Mr. Kane, I really

14  don't want to go back over all of this stuff, but I

15  really --

16      A    Reword your question.

17      Q    What I would like to get is--I got you

18  graduating from high school in 1990.  Now, what I

19  need to get from you is some accurate information

20  as to what happened after that.  When did you go to

21  jail?

22      A    I don't recall.

1      Q    You don't recall when you went to jail?

2      A    No.

3      Q    That wasn't important in your life?

4           MR. MARTIN:  Objection.  Argumentative.

5           BY MR. LATTIMER:

6      Q    Was it important in your life going to

7 jail?

8      A    Repeat your question.

9      Q    Was it important in your life that you

10 went to jail?

11     A    Yes.

12     Q    Okay.  So you don't remember something

13 that important that you went to jail?

14     A    I don't recall.

15     Q    You don't recall.  You don't recall how

16 long you were there, right?

17     A    [No response.]

18     Q    You got to say yes or no.

19     A    I don't recall.

20     Q    Okay.  So right now we don't know when you

21 started college, right, because you don't recall,

22 correct?

JR

244

1       A    Yes.

2       Q    And we don't know when you started working

3   because you don't recall, right?

4       A    Yes.

5       Q    And we don't know when you first got

6   security experience because you don't recall,

7   right?

8       A    Yes.

9       Q    And we don't know when you started working

10  in The Library because you don't recall, right?

11      A    Yes.

12      Q    And what happened between 1:15 and 4:10

13  that you don't recall any of this now, but your

14  recalled it then?

15      A    [No response.]

16          MR. MARTIN:  Did you understand the

17  question?

18          MR. KANE:  No.

19          BY MR. LATTIMER:

20      Q    When we talked about this at about 1:15,

21  you recalled all of this and you told me about it,

22  and now you indicate that you don't recall any of

JR

1  this --

2          MR. MARTIN:  Objection.

3          BY MR. LATTIMER:

4    Q    -- and I'm asking you what happened

5  between then and now that makes it so you don't

6  recall?

7          MR. LATTIMER: Objection to form and

8  foundation.

9          MR. MARTIN:  Do you understand?  Can you

10  answer the question?

11          MR. KANE:  No, I can't.

12          BY MR. LATTIMER:

13    Q    Why?

14    A    I don't understand the question.

15    Q    What part don't you understand?

16    A    The whole question.

17    Q    Okay.  We talked about your graduation

18  from high school, your college, your job

19  landscaping, at The Library watching cars in the

20  parking lot, applying for the busboy position, and

21  you recalled all of that and you talked about it;

22  do you remember?

JR

246

1        A     Yes.

2        Q     And now, you don't recall anything about

3  when you went to jail, went you started working in

4  The Library, when you did your landscaping, when

5  you went to college.  And so, what I'm asking is

6  what happened between then and now that makes it so

7  you don't recall any of that?

8            MR. MARTIN:  Object on the grounds that it

9  mischaracterizes his pervious answer.  He did not

10  then understand or recall the dates and times.  You

11  tried to go back and help him fill in that date and

12  time and he told then he could not tell you times.

13  My objection is it totally mischaracterizes his

14  answers.

15            MR. LATTIMER:  You can answer.

16            MR. MARTIN:  Do you understand it?

17            MR. KANE:  No.

18            MR. MARTIN:  Did anything happen between

19  1:00 and now?

20            MR. KANE:  Yeah, the part about being

21  arrested.

22            BY MR. LATTIMER:

JR
247

1      Q    That made you forget all these things?

2  The fact that you were arrested made you forget all

3  of the information about college and things of that

4  nature?

5          MR. MARTIN:  Did you understand the

6  question?

7          MR. KANE:  Not totally.  No.

8          BY MR. LATTIMER:

9      Q    All right.  What was the malicious

10  wounding about?

11     A    A high school fist fight.

12     Q    A high school fist fight?

13     A    Yes.

14     Q    So malicious wounding was what, you used a

15  weapon or--allegedly, or what?

16     A    Swelling and breaking of the skin.

17     Q    With what, you fists?

18     A    Yes.

19     Q    And who did you supposedly hit?

20     A    I don't recall.

21     Q    Was it a man?  Woman?  Child?

22     A    A man.

JR

248

1      Q     and what was this fist fight--it was in

2   school?

3      A     Out of school.

4      Q     So it was after you graduated, right?

5      A     You talking about--you confused me.   In

6   school like in the school hallway?

7      Q     No, while you were in high school.

8      A     While I was in high school, yes.

9      Q     Okay.

10         MR. MARTIN:   The Rule let you ask whether

11   he'd been arrested or convicted, it does not permit

12   you to go into details.

13         BY MR. LATTIMER:

14      Q     All right.   So, as I recall it, you don't

15   remember how long you were sentenced to?

16      A     Correct.

17      Q     Now do you have a PDID number?

18      A     A what?

19      Q     PDID number.

20      A     I don't know what that is.

21      Q     Okay.   Do you have a DCDC number?

22      A     I don't know what that is.

JR
249

1      Q    Do you have a Maryland Department of

2  Corrections number?

3      A    No.

4      Q    Do you have a Virginia Department of

5  Corrections number?

6      A    No.

7      Q    Well when you go to jail they give you a

8  number and basically you're not known by your name

9  anymore, your records are kept by your number.  Did

10  you have that in Virginia?

11          MR. MARTIN:  Do you know what your inmate

12  number was?

13          MR. KANE:  I don't recall.

14          BY MR. LATTIMER:

15      Q    Was there a trial or did you plea?

16      A    I can't recall.

17      Q    You don't recall if you pled?  Did you sit

18  before a jury and have witnesses testify?

19      A    I can't recall.

20      Q    Were you the only defendant or were there

21  others?

22      A    There were others.