## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARLIN GODFREY, et al.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.05-2044** |
| **v.** | ) | |
| | ) | **(ESH) (DAR)** |
| | ) | |
| **ALLEN IVERSON, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION OF THE PLAINTIFFS FOR THE COURT TO ORDER SEAN SPENCER TO SHOW CAUSE WHY HE SHOULD NOT BE HELD IN CONTEMPT

Comes now the plaintiffs,' by and through counsel, and hereby move this Court for an Order directing Sean Spencer to show cause why he should not be held in contempt for his failure to appear for a duly convened deposition that was in fact scheduled for his convenience. In support of this motion, the plaintiffs aver as follows:

1. On October 8, 2006, a subpoena was served upon Sean Spencer at 11834 Larry Road, Fairfax, Va., for a deposition scheduled to take place on October 11, 2006.

2. On October 10, 2006, Mr. Spencer contacted the undersigned and informed him that he is a truck driver and that he had to make a run to Atlanta. He further indicated that he had no problem appearing for a deposition but was requesting that it be moved to Thursday, October 12 or Friday, October 13. The undersigned informed Mr. Spencer that he would agree to move the deposition date if he agreed to honor the subpoena and appear on the new date selected. Mr. Spencer agreed to do that and as a result, he was released from his obligation to appear on October 11, 2006.

3. Mr. Spencer's deposition, in consultation with him, was rescheduled for Wednesday,

October 25, 2006 at 1:00 p.m.

    4.  On Tuesday, October 25, 2006, at approximately 1:20 p.m.  Mr. Spencer phoned the office of the undersigned and advised that his vehicle had broken down in Connecticut and that he would not be able to attend the deposition.  The undersigned reminded Mr. Spencer that he had indicated that he was free on this date, and that he had agreed to the deposition being rescheduled on this date.  The undersigned also reminded Mr. Spencer that he had previously indicated that he had no out of town travel scheduled during this week prior to the deposition.

    5.  Because Mr. Spencer failed to appear for the deposition, and he has been identified by defendant Kane as an eyewitness to the incident that is the subject of this lawsuit, the plaintiffs have been seriously prejudiced in their trial preparation.  In addition, because Mr. Spencer has ignored a duly issued subpoena, even after the plaintiffs modified the appearance date to accommodate his schedule, the administration of justice has been infringed upon.

    Wherefore for the reasons set forth herein and in the record of this proceeding and because the administration of justice so requires, the Court is urged to issue an Order directing Sean Spencer to Show Cause why he should not be held in contempt for his wilful failure to appear for deposition in this case.

Respectfully submitted,

Gregory L. Lattimer [371926]
1100 H Street, N.W.
Suite 920
Washington, DC 20005
(202) 638-0095

Stephanie Moran [471555]
Watson & Moran, LLC
8401 Corporate Drive, Suite 110
Landover, MD 20785
(301) 429-0505

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing motion was served, via first class

mail, postage prepaid, on this the 27th day of October, 2006 to:

Sean Spencer
11834 Larry Road
Fairfax, Va. 22030-5746

_____/s/_____
Gregory L. Lattimer

-3-

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MARLIN GODFREY, et al.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.05-2044** |
| **v.** | ) | |
| | ) | **(ESH) (DAR)** |
| | ) | |
| **ALLEN IVERSON, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER TO SHOW CAUSE**

On November  , 2006, at     a.m./p.m., the Court shall conduct a hearing in this matter for

**SEAN SPENCER,** of 11834 Larry Road, Fairfax, Va., to show cause why he should not be held in

**CONTEMPT OF COURT**, for his failure to appear for a duly noted deposition in this matter.

_____
United States Magistrate Judge

Copies to:

Sean Spencer
11834 Larry Road
Fairfax, Va. 22030-5746