UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLIN GODFREY, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-2044 |
| ) | (ESH)  (DAR) |
| ) | |
| ALLEN IVERSON, et al., ) | |
| ) | |
| *Defendants*. ) | |

**DEFENDANT JASON KANE'S OPPOSITION TO PLAINTIFFS' MOTION TO VACATE THE COURT'S MINUTE ORDER OF OCTOBER 30, 2006**

Defendant Jason Kane, by and through undersigned counsel, respectfully opposes Plaintiffs' Motion to Vacate the Court's Minute Order of October 30, 2006. Mr. Kane submits that the issue of whether his written discovery responses merits the imposition of sanctions has already been fully briefed and that the arguments raised in Plaintiffs' "Supplemental Reply"[1] are irrelevant to that issue. Accordingly, the Court's Order striking that document from the record should be upheld.

Respectfully submitted,

/s/ WILLIAM R. MARTIN
William R. Martin (Bar No. 465531)
Alan M. Freeman (Bar No. 454693)
Jennifer K. Gershberg (Bar No. 482710)

---

[1] Nomenclature notwithstanding, the docket entries make clear that Plaintiffs' filing was, indeed, a surreply.

123781.00602/35758214v.1

                                      BLANK ROME LLP
                                      Watergate, Twelfth Floor
                                      600 New Hampshire Avenue, NW
                                      Washington, D.C. 20037
                                      Tel: (202) 772-5800
                                      Fax: (202) 572-8370
                                      Email: martin-w@blankrome.com
                                      Email: freeman@blankrome.com

                                      *Counsel for Defendant Jason Kane*

Dated:  November 3, 2006

123781.00602/35758214v.1