UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARLIN GODFREY, et al.,

   Plaintiffs,

     v.

ALLEN IVERSON, et al.,

   Defendants.

Civil Action No. 05-2044
ESH/DAR

## ORDER

(Regarding Motion of the Plaintiffs for the Court to Order Sean Spencer
to Show Cause Why He Should Not be Held in Contempt)

The Motion of the Plaintiffs for the Court to Order Sean Spencer to Show Cause Why He Should Not be Held in Contempt ("Motion") (Docket No. 48) is pending for determination by the undersigned. Plaintiffs, by their motion, ask that the undersigned schedule a show cause hearing and order Mr. Spencer, a non-party, to appear, for "[Mr. Spencer's] failure to appear for a duly convened deposition that was in fact scheduled for his convenience." Motion at 1. However, because Plaintiffs did not file the subpoena and an affidavit of service as exhibits to the motion, the undersigned is unable to make even a threshhold determination that Mr. Spencer failed to comply with a subpoena issued and served in accordance with Rule 45 of the Federal Rules of Civil Procedure. Accordingly, the undersigned finds that this Court, at this time, has no authority to require Mr. Spencer's appearance at a show cause hearing.

It is, therefore, this 13th day of November, 2006,

Godfrey, et al. v. Iverson, et al.                                                                                      2

**ORDERED** that the Motion of the Plaintiffs for the Court to Order Sean Spencer to Show Cause Why He Should Not be Held in Contempt (Docket No. 48) is **DENIED.** The denial of said motion is without prejudice to a renewed motion accompanied by the subpoena, an affidavit of service, and a memorandum of points and authorities regarding Plaintiffs' compliance with Rule 45 of the Federal Rules of Civil Procedure in the issuance and service of the subpoena.


November 13, 2006                              _____/s/_____
                                               DEBORAH A. ROBINSON
                                               United States Magistrate Judge