UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARLIN GODFREY, et al.,

   Plaintiffs,

     v.

ALLEN IVERSON, et al.,

   Defendants.

Civil Action No. 05-2044
ESH/DAR

## ORDER

It is, this 6th day of December, 2006, hereby

**ORDERED** that Plaintiffs' pending motions for sanctions (see September 15, 2006 minute entry; Docket Nos. 38, 40, 41 and 43; Docket No. 52) are consolidated; and it is

**FURTHER ORDERED** that Defendant Kane shall file his opposition or other response to the motion assigned Docket No. 52 no later than December 13, 2006; and it is

**FURTHER ORDERED** that Plaintiffs shall file their reply to Defendant Kane's opposition no later than December 18, 2006; and it is

**FURTHER ORDERED** that a hearing on Plaintiffs' pending motion for sanctions is scheduled for 3:00 p.m. on Tuesday, December 19, 2006.

December 6, 2006

/s/
DEBORAH A. ROBINSON
United States Magistrate Judge