UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MARLIN GODFREY,** *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| | ) | Civil Action No. 05-2118 (ESH) |
| **ALLEN IVERSON,** *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER OF REFERRAL**

Based upon the status hearing this date, it is hereby

**ORDERED** this matter is referred to Magistrate Judge Alan Kay for settlement discussions to begin on or about January 30, 2007.  On any filing related to settlement discussions, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Judge Alan Kay following the case number in the caption.  On any other filings in this case, the parties shall only place the initials of Judge Ellen Segal Huvelle after the case number.  The parties are to jointly contact the Magistrate Judge in order to schedule the conference.

**SO ORDERED.**

                                                        _____s/_____
                                                        ELLEN SEGAL HUVELLE
                                                        United States District Judge

Date: December 8, 2006