UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLIN GODFREY, et al., ) | |
| ) | |
|     *Plaintiffs*, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-2044 (ESH)(DAR) |
| ) | |
| ALLEN IVERSON, et al., ) | |
| ) | |
|     *Defendants.* ) | |

**DEFENDANT JASON KANE'S**
**MOTION TO CONTINUE HEARING DATE**

Defendant Jason Kane, by undersigned counsel, respectfully requests that the Court continue the hearing set for December 19, 2006, until the first week in January 2007, or some other date and time mutually convenient for the Court and the parties. In support of this Motion, undersigned counsel state as follows:

1. On December 6, 2006, the Court set plaintiffs' consolidated motions for sanctions for a hearing on December 19, 2006.

2. As the Court is aware, plaintiffs' motions attack the conduct of both the defendant and his counsel, attorneys William R. Martin and Alan M. Freeman. Accordingly, it is critical that both Mr. Martin and Mr. Freeman be present for the hearing. Indeed, each of them may be required to provide testimony to rebut plaintiffs' allegations.

3. However, Mr. Martin is lead counsel in a criminal matter that will be tried before the Honorable James Robertson the entire week of December 18, 2006, and Mr. Freeman will be traveling on the West Coast the following week. Moreover, it is anticipated that, due to the

nature of plaintiffs' allegations, these motions will be argued by one of Mr. Martin and Mr. Freeman's law partners; and he, too, will be traveling the week of December 25.

    4.  Undersigned counsel diligently have sought since December 6 to determine whether their and Mr. Kane's interests could be fully protected without the presence of both Mr. Martin and Mr. Freeman at the December 19 hearing. They have not been dilatory in filing this Motion.

    5.  The modest continuance sought by this Motion would not result in any prejudice to the parties, nor would it delay the progress of this case. Indeed, discovery has closed, the deadline for filing dispositive motions has expired, and the only things that remain to be accomplished are a mediation scheduled to proceed in February 2007, and the trial scheduled to commence in July 2007. This Motion does not seek modification of the briefing schedule.

    6.  Pursuant to Local Civil Rule 7(m), the undersigned have conferred with plaintiffs' counsel, Gregory Lattimer, in an effort to seek Plaintiffs' consent to the relief sought. Counsel have been advised that Plaintiffs do not consent to the continuance requested herein.

123781.00602/35765567v.2

For the foregoing reasons, defendant Jason Kane respectfully requests that this Motion to Continue Hearing Date be granted.

Respectfully submitted,

/s/ WILLIAM R. MARTIN
William R. Martin (Bar No. 465531)
Alan M. Freeman (Bar No. 454693)
Jennifer K. Gershberg (Bar No. 482710)
BLANK ROME LLP
Watergate, Twelfth Floor
600 New Hampshire Avenue, NW
Washington, D.C. 20037
Tel: (202) 772-5800
Fax: (202) 772-5858
Email: martin-w@blankrome.com
Email: freeman@blankrome.com
Email: gershberg@blankrome.com

Dated: December 13, 2006                *Counsel for Defendant Jason Kane*

123781.00602/35765567v.2