UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARLIN GODFREY, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) Civil Action No. 1:05-cv-2044 (ESH)(DAR) |
| ALLEN IVERSON, et al., | ) |
| *Defendants*. | ) |

**ORDER**

Upon consideration of Defendant Jason Kane's Motion to Continue Hearing Date, and the entire record herein, it is this _____ day of December, 2006, hereby

ORDERED, that the Motion shall be, and the same hereby is, GRANTED, and it is further

ORDERED, that the hearing on Plaintiffs' motions for sanctions shall be continued to January ___, at _____ am/pm.

_____
Magistrate Judge Deborah A. Robinson

Copies to all counsel.

**Error! Unknown document property name.**