UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARLIN GODFREY, et al., | ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) Civil Action No. 1:05-cv-2044 (ESH)(DAR) |
| ALLEN IVERSON, et al., | ) ) ) |
| *Defendants.* | ) ) |

## NOTICE OF CHANGE OF ADDRESS OF JENNIFER K. GERSHBERG

Would the Clerk of the Court please note the undersigned's change of address as follows:

*Old address*:
Jackson & Campbell, P.C.
1120 20th Street, N.W., South Tower
Washington, DC 20036
(202) 457-1600
jgershberg@jackscamp.com

*New Address:*
Blank Rome, LLP
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 772-5800
Gershberg@blankrome.com

                                                          Respectfully submitted,

                                                          /s/ JENNIFER K. GERSHBERG
                                                          Jennifer K. Gershberg
                                                          Blank Rome, LLP
                                                          600 New Hampshire Avenue, N.W.
                                                          Washington, D.C. 20037
                                                          (202) 772-5800
                                                          Gershberg@blankrome.com