UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLIN GODFREY, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-2044 (ESH)(DAR) |
| ) | |
| ALLEN IVERSON, et al., ) | |
| ) | |
| *Defendants*. ) | |

**DEFENDANT JASON KANE'S UNOPPOSED
MOTION TO WITHDRAW APPEARANCES OF COUNSEL**

Pursuant to Local Civil Rule 83.6(c), defendant Jason Kane, by and through counsel, respectfully requests that the Court enter an order withdrawing the appearances of Alan M. Freeman and Jennifer K. Gershberg as his counsel in this matter. In support of this Motion, counsel for Mr. Kane state as follows:

1. Mr. Kane initially retained the law firm of Blank Rome LLP to represent him in these proceedings. The representation was undertaken by William R. Martin and Alan M. Freeman, both partners in Blank Rome, and Jennifer K. Gershberg, who is an associate in Blank Rome. Each of them entered an appearance on behalf of Mr. Kane.

2. As of Tuesday February 20, 2007, Mr. Martin will join the law firm of Sutherland Asbill & Brennan, and will end his affiliation with Blank Rome. Mr. Kane has asked that Mr. Martin continue to represent him in these proceedings upon joining Sutherland Asbill & Brennan, and that Blank Rome cease to represent him at that time. Blank Rome has agreed.

2

3. Under these circumstances, the Court should order that the appearances of Mr. Freeman and Ms. Gershberg be withdrawn. There would be no inconvenience to the Court, or prejudice to the other parties, as Mr. Kane will continue to be represented in this case by Mr. Martin.

4. The undersigned have discussed this matter with other counsel of record, and have confirmed that there is no opposition to the relief sought.

Respectfully submitted,

/s/ ALAN M. FREEMAN
William R. Martin (Bar No. 465531)
Alan M. Freeman (Bar No. 454693)
Jennifer K. Gershberg (Bar No. 482710)
BLANK ROME LLP
Watergate, Twelfth Floor
600 New Hampshire Avenue, NW
Washington, D.C. 20037
Tel: (202) 772-5800
Fax: (202) 772-5858
Email: martin-w@blankrome.com
Email: freeman@blankrome.com
Email: gershberg@blankrome.com

Dated: February 16, 2007

*Counsel for Defendant Jason Kane*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLIN GODFREY, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-2044 (ESH)(DAR) |
| ) | |
| ALLEN IVERSON, et al., ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

**ORDER**

AND NOW, this ____ day of February, 2007, upon consideration of defendant Jason Kane's Unopposed Motion to Withdraw Appearances of Counsel, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the appearances of Alan M. Freeman and Jennifer K. Gershberg as counsel for defendant Jason Kane be, and they hereby are, WITHDRAWN.

**BY THE COURT:**

_____
United States District Judge

123781.00602/35776445v.1