UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARLIN GODFREY, et al., | ) | |
| *Plaintiffs*, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:05-cv-2044 (ESH)(DAR) |
| ALLEN IVERSON, et al., | ) ) ) | |
| *Defendants.* | ) ) | |

## NOTICE OF CHANGE OF ADDRESS AND
## LAW FIRM AFFILIATION OF WILLIAM R. MARTIN

Would the Clerk of the Court please note the undersigned's change of address and law firm affiliation as of Tuesday February 20, 2007 as follows:

| Old Address | New Address |
|---|---|
| Blank Rome LLP | Sutherland Asbill & Brennan LLP |
| 600 New Hampshire Avenue, NW | 1275 Pennsylvania Avenue, NW |
| Washington, DC 20036 | Washington, DC 20004 |
| Tel: (202) 772-5800 | Tel: (202) 383-0100 |
| Fax: (202) 772-5858 | Fax: (202) 637-3593 |
| Martin-w@blankrome.com | billy.martin@sablaw.com |

Respectfully submitted,

/s/ WILLIAM R. MARTIN
William R. Martin (Bar No. 465531)
BLANK ROME LLP
600 New Hampshire Avenue, NW
Washington, D.C. 20037
Tel: (202) 772-5800
Fax: (202) 772-5858
Email: martin-w@blankrome.com

Dated: February 16, 2007               *Counsel for Defendant Jason Kane*

123781.00602/35776470v.1