# CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY

Clerk of the Circuit Court
Courthouse
Upper Marlboro, Md 20772-9987

DUNKERSUN, ET AL

Vs.

CURTIS JACKSON, ET AL

Case Number CAL-05-08517; CAL-06-21119

(X) Civil     ( ) Criminal

# RETURN TO ATTORNEY

STATE OF MARYLAND, PRINCE GEORGE'S COUNTY TO WIT:

## SUBPOENA

To (Name, Address and County): CURTIS JACKSON c/o JACQUELINE BENNETT, 1301 K. STREET N.W., SUITE 1100 – East Tower, Washington, D.C. 20005

You are hereby commanded to attend and testify at a [ ] court proceeding; [X] deposition at CIRCUIT COURT PRINCE GEO. COUNTY, 14734 MAIN ST., UPPER MARLBORO, MD 20772 (place of attendance)

on the 2nd day of May, 2007 at 9:30 (a.m.)/p.m.

[ ] and to produce the following documents and objects:

Subpoena requested by (X) Plaintiff; ( ) Defendant; and questions should be referred to:
GEORGE HARPER, 14744 MAIN ST. UPPER MARLBURO MD 20772 (301-627-2700)
(Name of Party or Attorney, Address and Phone Number)

Date Issued 4/11/07

CLERK _____ 074   Signature and Seal

**NOTICE:**

(1) YOU ARE LIABLE TO A BODY ATTACHMENT AND FINE FOR FAILURE TO OBEY THIS SUBPOENA.
(2) This subpoena shall remain in effect until you are granted leave to depart by the Court or by an officer acting on behalf of the Court.
(3) If this subpoena is for attendance at a deposition and the party served is an organization, notice is hereby given that the organization must designate a person to testify pursuant to Rule 2-412(d).

## SHERIFF'S RETURN

( ) Served and copy delivered on date indicated below.
( ) Unserved, by reason of _____

Date: _____ Fee: $ _____ _____
                                          SHERIFF

ORIGINAL AND ONE COPY NEEDED FOR EACH WITNESS