IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARLIN GODFREY, et al., )
)
Plaintiffs, )
)
v. ) Case No. 1:05-CV-2044 (ESH)
)
ALLEN IVERSON, et al. )
)
Defendants. )

## DECLARATION OF CURTIS JACKSON III

I, Curtis Jackson III, declare under penalty of perjury that the foregoing is true and accurate to the best of my personal knowledge, information and belief.

1. I am over 18 years of age.

2. I am a resident of Farmington, Connecticut.

3. I do not have a residence or place of business in Washington DC or within 100 miles of Washington DC.

4. On May 14, 2007, I appeared at the County Administration Building for Prince George's County located at 14741 Governor Oden Bowie Drive, Upper Marlboro, Maryland in order for my deposition to be taken in a case in which I am a party.

5. The room in which the deposition was taken was in an area not accessible to the general public. I had to ring a buzzer and be given access to pass through a security door in order to reach the conference room being used for my deposition.

6.       After I gained access to the room and was seated at the conference room table for my deposition, a man came in and put the papers attached as Exhibit 1 to this Declaration in front of me. I did not know this man and did not invite him to the room in which I was sitting.

I declare under penalty of perjury this **20** day of May, 2007 that the foregoing six (6) paragraphs are true and correct to the best of my personal knowledge, information and belief.

_____
Curtis Jackson III