IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLIN GODFREY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:05-CV-2044 (ESH) |
| ) | |
| ALLEN IVERSON, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

UPON CONSIDERATION of Curtis Jackson's Motion to Quash Subpoena and Memorandum of Law in Support Thereof, it is this _____ day of _____, 2007,

**ORDERED**, that the Motion be, and hereby is, **GRANTED**; and it is further

**ORDERED**, that the Subpoena to Testify in Civil Case No. 1:05-CV-2044 (ESH) in the United States District Court for the District of Columbia be, and hereby is, **QUASHED**; it is further

**ORDERED**, that Curtis Jackson is awarded all his fees and costs incurred in filing this Motion to Quash.

_____
Judge,
United States District Court
for the District of Columbia