IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLIN GODFREY, *et al.*, | * |
| Plaintiffs, | * |
| v. | * Civil Action No. 05-2044 (ESH) |
| ALLEN IVERSON, *et al.*, | * |
| Defendants. | * |

## DEFENDANTS' JOINT OMNIBUS MOTION IN LIMINE
## TO EXCLUDE INADMISSIBLE TESTIMONY AND EVIDENCE

Defendants Allen Iverson, Gregory Iverson and Jason Kane, by and through their respective undersigned counsel, respectfully move in limine to exclude Plaintiff Marlin Godfrey and Plaintiff David Kittrell from introducing, or otherwise raising in the presence of the jury, certain inadmissible testimony and evidence addressed in the accompanying memorandum of points and authorities.

WHEREFORE, Defendants respectfully request the Court enter an Order excluding the items identified in the accompanying memorandum and proposed Order.

Submitted this 30th day of May, 2007.                    Respectfully submitted,

SHERMAN, SILVERSTEIN, KOHL
ROSE & PODOLSKY, P.A.

Date: _____May 30, 2007_____         By: _____/s/ Alan C. Milstein, Esquire_____
                                     Alan C. Milstein, Esquire
                                     Fairway Corporate Center
                                     4300 Haddonfield Road – Suite 311
                                     Pennsauken, NJ 08109
                                     Telephone: (856) 662-0700
                                     Facsimile: (856) 488-4744
                                     *Counsel for Defendant Allen Iverson*

WO 723512.7

                                                        **SUTHERLAND ASBILL & BRENNAN LLP**

Date: _____May 30, 2007_____        By: _____*/s/ William R. Martin, Esquire*_____
                                                           William R. Martin (Bar No. 465531)
                                                           1275 Pennsylvania Avenue, NW
                                                           Washington, DC 20004
                                                          Telephone: (202) 383-0100
                                                           Facsimile: (202) 637-3593
                                                           *Counsel for Defendant Jason Kane*

WO 723512.7

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 30, 2007, a copy of the forgoing motion together with a proposed Order and memorandum in support were sent first class mail, postage prepaid, to the following counsel of record:

Gregory L. Lattimer, Esq.
1100 H Street, N.W., Suite 920
Washington, D.C. 20005

Stephanie D. Moran, Esq.
E. Gregory Watson, Esq.
Watson & Moran, LLC
8401 Corporate Drive, Suite 100
Landover, MD 20785

SHERMAN, SILVERSTEIN, KOHL
ROSE & PODOLSKY, P.A.

Date: _____May 30, 2007_____   By:_____/s/ Alan C. Milstein, Esquire_____
Alan C. Milstein, Esquire
Fairway Corporate Center
4300 Haddonfield Road – Suite 311
Pennsauken, NJ 08109
Telephone: (856) 662-0700
Facsimile: (856) 488-4744
*Counsel for Defendant Allen Iverson*

WO 723512.7