# Exhibit A

```
0001
 1          IN THE UNITED STATES DISTRICT COURT FOR
                  THE DISTRICT OF COLUMBIA
 2
 3   MARLIN GODFREY
 4
                 Plaintiffs,
 5                                    Civil Action No.
           vs.                        05-2044
 6
     ALLEN IVERSON, et al.
 7
                 Defendants.
 8   _____/
 9                 C O N F I D E N T I A L
10           The video deposition of ALLEN IVERSON was
11   held on Wednesday, May 10, 2006, commencing at 12:00
12   p.m. at the Law Offices of Gregory L. Lattimer, 1100 H
13   Street, N.W., Suite 920, Washington, D.C. 20005, before
14   Steven Poulakos, Notary Public in and for the District
15   of Columbia.
16
17   ALSO PRESENT:  DAVID VOIGTSBERGER, THE VIDEOGRAPHER
18
19
20
21   REPORTED BY:  Steven Poulakos
```

```
0010
 1        Q       What's the current value?
 2                MR. MILSTEIN:  Objection.
 3                You don't have to answer that question.
 4                BY MS. MORAN:
 5        Q       So when you were 16 you said you lived with
 6    your mom.  Did you live with any of your siblings too
 7    up to until the point you were 16?
 8        A       Yes.
 9        Q       Which siblings?
10        A       Brandi.
11        Q       Where did you move to when you were 16?
12        A       Hampton to Hampton.
13        Q       Where in Hampton did you move?
14        A       East Davis Road.
15        Q       Who did you live with there?
16        A       Gary Moore.
17        Q       What's your relationship to Gary Moore?
18        A       Friend.
19        Q       When did Mr. Moore become your friend?
20        A       Since I was like eight.
21        Q       How did you meet him?
0011
 1        A       Football.
 2        Q       He played football?  You played football?
 3    He was a coach?  What do you mean?
 4        A       He was a coach.
 5        Q       Where was he coaching football?
 6        A       Aberdeen.
 7        Q       Aberdeen, Maryland or is that the name of a
 8    school?
 9        A       Aberdeen School.
10        Q       Where that is located?
11        A       Hampton.
12        Q       You say he was the coach?
13        A       Yes.
14        Q       Did you play there or go to that school?
15        A       Yes.
16        Q       Do you currently have a business
17    relationship with Mr. Moore?
18        A       Yes, my manager.
19        Q       He's your manager?
20        A       Yes.
21        Q       How long has he been your manager?
0012
 1        A       About ten years.
 2        Q       So why did you move to live with Gary Moore
 3    when you were 16?
 4        A       To go to high school in Hampton.
 5        Q       Was there a particular reason why you moved
 6    to go to high school in Hampton?
 7        A       No.
 8        Q       Was it only the two of you living in the
 9    home?
10        A       His wife and his daughter.
11        Q       What's his wife's name?
12        A       Phyliss Moore.
13        Q       And his daughter?
14        A       Shaila Moore.
15        Q       Where do they currently live?
```

```
16      A    Portsmouth.
17      Q    Portsmouth, Virginia?
18      A    Yes.
19      Q    Do you know the address?
20      A    No.
21      Q    Does Mr. Moore live there as well with his
0013
 1   wife and daughter?
 2      A    Yes.  Just his wife.
 3      Q    How long did you live there?
 4      A    Until I graduated.
 5      Q    What year was that?
 6      A    '93, '94.
 7      Q    You graduated from Aberdeen School?
 8      A    Bethal High School.
 9      Q    Is Aberdeen high school?
10      A    No.
11      Q    What is it?
12      A    Elementary school.
13      Q    So after --
14      A    I didn't graduate from Bethal though.  I
15   went to Bethal for three years.
16      Q    Then where did you go?
17      A    A school called Kumon.
18      Q    Can you spell that, please?
19      A    K-U-M-O-N.
20      Q    Where is that located?
21      A    In Hampton.
0014
 1      Q    Why did you switch from Bethal to Kumon?
 2      A    I was incarcerated.
 3      Q    So Kumon is a school inside of the jail?
 4      A    No.
 5      Q    So can you explain for me what you mean as
 6   to why you started to go to Kumon because --
 7      A    I couldn't go back to Bethal.  It was part
 8   of my clemency.
 9      Q    So what years did you go to Kumon?
10      A    '94.
11      Q    Just for that one year?
12      A    Yes.
13      Q    What years were your incarcerated?
14      A    Damn, like '94.
15      Q    How long were you incarcerated?
16      A    Four months.  Three-and-a-half, as a matter
17   of fact.
18      Q    So you received a dègree from Kumon?
19      A    Yes.
20      Q    And then where did you go after receiving
21   your degree from Kumon?
0015
 1      A    Georgetown.
 2      Q    What years were you at Georgetown?
 3      A    September '94, '95.
 4      Q    Did you go to any other schools after that?
 5      A    No.
 6      Q    Are you familiar with Dynasty Raiders?
 7      A    Who?
 8      Q    Dynasty Raiders.
 9      A    Yes.
```

```
10        Q      What's that?
11        A      Some guys I grew up with.
12        Q      And who -- is that the name of a group of
13   guys?
14        A      Yes.
15        Q      What guys go by that name?
16        A      What guys?
17        Q      Yes.
18        A      Andre Steele, Jabar Langford.
19        Q      You said Dubar?
20        A      Jabar Langford, Marlin Moore, Lamont
21   Melvin.
0016
1         Q      Were you also a person who --
2         A      Yes.
3         Q      -- was part of that group?
4         A      Yes.
5         Q      That went -- just so the record is clear.
6    You're also a member of Dynasty Raiders?
7         A      Yes.
8         Q      Isn't Dynasty Raiders actually referred to
9    as a gang?
10        A      No.
11        Q      How long were you a member of Dynasty
12   Raiders?
13        A      All of my life.
14        Q      Since birth?
15        A      Since I was like 14, 15.
16        Q      Until what time?
17        A      Right now.
18        Q      You're still a member?
19        A      A member of what?
20        Q      Dynasty Raiders.
21        A      It's just a name that we call ourselves
0017
1    friends.
2         Q      So you still go by that name?
3         A      Yes.
4         Q      How did you come to -- how did this group
5    of friends come to refer to themselves as Dynasty
6    Raiders?
7         A      That was just a rap thing.
8         Q      Could you elaborate?
9         A      Like rapping, a rap group.  That's all.
10        Q      All of these -- your testimony is that all
11   of these members are part of a rap group?
12        A      No.  Just myself and another guy.  He's
13   deceased though.
14        Q      What's his name?
15        A      Rahsaan Langford.
16        Q      I'm sorry, I didn't hear you?
17        A      Rahsaan Langford.
18        Q      What's Cruthick?
19        A      Same thing.
20        Q      How do you spell that?
21        A      C-R-U-T-H-I-K.
0018
1         Q      What do you mean the same thing?
2         A      Same thing as Dynasty Raiders.
3         Q      So you're saying those two names are
```

```
 4   synonymous?
 5        A    Yes.
 6        Q    When did you use the name Dynasty Raiders
 7   versus when you began to use the name Cruthik?
 8        A    Same time.
 9        Q    Since you were 14 or 15?
10        A    Yes.
11        Q    Today you still refer to yourself as part
12   of that group?
13        A    Yes.
14        Q    Have any of the members or people refer
15   themselves as Dynasty Raiders been arrested?
16        A    Yes.
17        Q    Who?
18        A    All of them.
19        Q    For what?  Let's start with Andre Steele,
20   what has he been arrested for?
21        A    I don't know.
0019
 1        Q    Has he ever been arrested for drugs?
 2        A    I don't know.
 3             MR. MILSTEIN:  Objection.
 4             You don't have to answer that.  The judge
 5   has already ruled he doesn't have to answer questions
 6   about arrests that occurred prior to ten years ago.
 7             MS. MORAN:  Actually, I think what Judge
 8   Huvelle stated was is that we can inquire of him at the
 9   deposition.  If it led to further information we could
10   revisit it.
11             MR. MILSTEIN:  I stated my objection.
12             MR. LATTIMER:  You're telling him not to
13   answer questions about arrests?
14             MR. MILSTEIN:  The judge has ordered
15   that --
16             MR. LATTIMER:  No.  No judge has ordered
17   that.  We can get a judge on the line right now.
18             MR. MILSTEIN:  The judge as ordered to
19   prior to ten years ago.
20             MR. LATTIMER:  No, no, no, the judge has
21   not indicated that.  The judge indicated that he did
0020
 1   not have to answer Interrogatories relating to arrests
 2   prior to ten years ago.
 3             MR. MILSTEIN:  Correct.
 4             MR. LATTIMER:  The judge has made no
 5   indication depositions.  Depositions have no time
 6   limits.
 7             If we're going to limit him -- or are you
 8   going to attempt to limit what he can and cannot
 9   answer, let's get the judge on the phone so we don't
10   have to waste time.
11             I've never heard of anybody saying that
12   they're not going to have somebody talk about arrests
13   at a deposition.  You may object as to relevance and
14   materiality, but he certainly has to answer the
15   question.
16             MR. MILSTEIN:  If you have another
17   question, ask it.
18             MR. LATTIMER:  No, no, no.  We're going to
19   get this straight because if you're saying that he
```

```
20   ain't going to answer this question we going to get the
21   judge on the phone.
0021
 1              MR. MILSTEIN:  He answered the question.
 2              MS. MORAN:  No, he didn't answer the
 3   question.
 4              MR. LATTIMER:  Well, let's just have the
 5   question and we'll hear it back.  If he answered the
 6   question, fine.
 7              MS. MORAN:  Could you repeat the last
 8   question before that?
 9              (Whereupon the following portion of the
10   testimony was repeated by the Court Reporter:
11              "QUESTION:  Has he ever been arrested for
12   drugs?
13              I don't know?")
14        BY MS. MORAN:
15        Q    Has he, Mr. Andre Steele, ever been
16   arrested for any acts of violence?
17        A    I don't know.  Not that I can think of.
18        Q    Has Mr. Andre Steele ever been arrested for
19   weapons possession?
20        A    I don't know.
21        Q    How do you know he's been arrested?
0022
 1        A    Told me he been arrested before.
 2        Q    When did he tell you that?
 3        A    I don't remember.
 4        Q    Was it five years ago?
 5        A    I don't remember.
 6        Q    Was it in the past year?
 7        A    I don't remember.
 8        Q    Was he -- do you know if he was
 9   incarcerated?
10        A    I don't know.
11        Q    Did you ever write to him in jail?
12        A    No.
13        Q    Did you ever visit him in jail?
14        A    No.
15        Q    Did he ever call you from jail?
16        A    No.
17        Q    Jabar -- what's his last name again?
18        A    Langford.
19        Q    Has he ever been arrested?
20        A    No.
21        Q    You know that for a fact?
0023
 1        A    Yes.
 2        Q    And how do you know that?
 3        A    I just don't recall him ever been arrested
 4   or saying he been arrested.
 5        Q    How old is Jabar now?
 6        A    Twenty-three.
 7        Q    Was he related to you?
 8        A    No.
 9        Q    How old is Andre Steele?
10        A    Thirty-five.
11        Q    Where does Andre Steele currently live?
12        A    Hamptom, Virginia.
13        Q    Do you know where about in Hamptom,
```

```
14    Virginia?
15         A      No.
16         Q      Where does Jabar live?
17         A      Philadelphia.
18         Q      Do you know where about in Philly?
19         A      I don't know the address.
20         Q      Do you know the street?
21         A      No.
0024
 1         Q      Do you know what it's near?
 2         A      No.
 3         Q      Marlin Moore, is that the name?
 4         A      Yes.
 5         Q      Has he been ever been arrested?
 6         A      I don't know.
 7         Q      Where does he currently live?
 8         A      Virginia.
 9         Q      What part of Virginia?
10         A      I don't know if it's Newport News or
11    Hampton, but it's either one of them.
12         Q      How old is he?
13         A      Thirty-three, thirty-four.
14         Q      Lamont?  There's another individual named
15    Lamont?
16         A      Yes.
17         Q      What's his last name?
18         A      Melvin.
19         Q      Has he ever been arrested?
20         A      I don't know.
21         Q      How old is he?
0025
 1         A      Thirty-three, thirty-four.
 2         Q      Do you know where he currently lives?
 3         A      In Newport News.
 4         Q      Rahsaan, how old -- is he deceased?
 5         A      Yes.
 6         Q      Do you know if he has been arrested prior
 7    to his passing?
 8         A      I don't know.
 9         Q      How old was he when he died?
10         A      Like 29.
11         Q      Do any of these individuals -- have any of
12    these individuals traveled with you in the past five
13    years?
14         A      Yes.
15         Q      Who?
16         A      All of them except Rahsaan.
17         Q      How many times have they traveled with you
18    in the past five years?
19         A      A lot.
20         Q      In the past year --
21         A      A lot.
0026
 1         Q      What's a lot more than ten?
 2         A      Yes.
 3         Q      So do they travel with you more than ten
 4    times a month?
 5         A      I don't know.
 6         Q      So you have access to their addresses or
 7    telephone numbers?
```

```
 8          A      No.
 9          Q      How do you contact them?
10          A      They call me.
11          Q      They call you on your cell phone?
12          A      Yes.
13          Q      So does your cell phone have caller ID?
14          A      Yes.
15          Q      Do you have their phone numbers in your
16   cell phone?
17          A      It depends on if they call me today or
18   yesterday.
19          Q      Do you have your cell phone with you?
20          A      No.
21          Q      But you have the means to get their contact
0027
 1   information, correct?
 2          A      Yes, I can get it.
 3          Q      So Dynasty Raiders you say they're a rap
 4   group.  Have you made any records?
 5          A      No, we don't do it no more.
 6          Q      So what period of time do you testify that
 7   this was a rap group?
 8          A      Since like I was 14, 15.
 9          Q      Until what time?
10          A      Until like a year ago.
11          Q      Are you familiar that Dynasty Raiders has
12   been referred to as a gang?
13          A      No.
14          Q      You've never heard that before?
15          A      No.
16          Q      So in January 1993 were you in a hotel
17   where a man was shot to death?
18          A      What man was shot to death?
19          Q      Yes.
20          A      I don't remember.
21          Q      At an all state basketball football player
0028
 1   was shot to death?
 2          A      All state?
 3          Q      All state basketball and football player at
 4   a party and was shot in 1993.
 5                 Were you there?
 6          A      I don't remember that.
 7          Q      In February of 1993 were you involved in an
 8   incident at a bowling alley?
 9          A      In '93?
10          Q      Yes.
11          A      Yes.
12          Q      What happened?
13          A      Some people started fighting in the bowling
14   alley.
15          Q      Who started fighting?
16          A      I don't know.
17          Q      Were people with you involved in the fight?
18          A      No.
19          Q      You went to jail for that incident,
20   correct?
21          A      Yes.
0029
 1          Q      So your testimony is nobody with you was
```

```
2    involved whatsoever?
3         A    No.
4         Q    Who was with you that night?
5         A    I don't remember.
6         Q    Were any of the individuals who we
7    discussed; Andre Steele and the members of Dynasty
8    Raiders with you?
9         A    No.
10        Q    None of them?
11        A    None of them.
12        Q    So do you remember how the fight started?
13        A    No.
14        Q    Where was this incident?
15        A    I don't remember the name of the bowling
16   alley.  I think Circle Lanes or something.
17        Q    Was it in Hampton?
18        A    Yes.
19        Q    What was your actual -- where you actually
20   had a trial?
21        A    Yes.
0030
1         Q    You were found guilty?
2         A    Yes.
3         Q    And where were you sentenced to?
4         A    Where?
5         Q    How many years?
6         A    Fifteen years suspended.
7         Q    Did you testify at the trial?
8         A    Yes.
9         Q    Do you remember who your lawyer was?
10        A    It was that -- I don't remember his name.
11        Q    In December of 1997 were you involved in a
12   brawl with your teammate, Jerry Stackhouse?
13        A    A what?
14        Q    A brawl, a fight, an incident.
15        A    No.
16        Q    Was there ever an incident where you and
17   Jerry Stackhouse were accused of being involved?
18        A    Yes, we were accused of being involved in
19   one.
20        Q    When was that?
21        A    I have no idea.  I don't remember that far.
```

```
0034
 1          Q       How often were you in contact with him?
 2          A       Once a month.  Something like that.
 3          Q       How often do you see him?
 4          A       Not much.  I night see him in the
 5     summertime after the season.
 6          Q       Does he ever travel with you?
 7          A       No.
 8          Q       You were involved in a lawsuit here in D.C.
 9     around 1998 involving Republic Gardens, correct?
10          A       Yes, I think I remember that.
11          Q       Were you accused of striking someone over
12     the head with a bottle?
13          A       I don't know about that.  I know it was a
14     lawsuit.
15          Q       So you don't know the allegations of the
16     lawsuit were?
17          A       No.
18          Q       Did you have an attorney who represented
19     you with that lawsuit?
20          A       Yes.
21          Q       Who was that?
0035
 1          A       Layer Woodward.
 2          Q       Where is his office located?
 3          A       Virginia Beach.
 4          Q       What happened at Republic Gardens in 1998
 5     on the night of this incident?
 6          A       I don't know.
 7          Q       Who was with you?
 8          A       I don't remember.
 9          Q       Was Jason Kane with you?
10          A       No.
11          Q       How do you know?
12          A       I don't remember him being with me.
13          Q       Do you know -- you knew Jason Kane in 1998,
14     correct?
15          A       I don't know.
16          Q       Is there anything that will refresh your
17     recollection about whether -- how long you've known
18     Jason Kane?
19          A       I just know I met him in D.C.
20          Q       Where did you meet him?
21          A       I don't remember.
0036
 1          Q       Did somebody introduce you?
 2          A       Probably.
 3          Q       Do you know who?
 4          A       No.
 5          Q       Do you know who was there at Republic
 6     Gardens the night of this incident?
 7          A       I don't remember.
 8          Q       Why were you there?
 9          A       It was a party.
10          Q       Were you involved in hosting the party?
11          A       I don't remember.
12          Q       What came of that lawsuit?
13          A       Nothing.
14          Q       Do you know if it was dropped, dismissed?
15          A       It must have been dropped.
```

```
16        Q      Did you pay any monies to any of the
17   people --
18        A      No.
19        Q      So you don't know if it was settled?
20        A      It was -- it had to be dropped.  I ain't
21   paid any money.
0037
 1        Q      Did you ever go to court?
 2        A      No.
 3        Q      Did you hit anybody over the head with a
 4   bottle at Republic Gardens in 1998?
 5        A      No.
 6        Q      Did you hit anyone at all at Republic
 7   Gardens in 1998?
 8        A      No.
 9        Q      Did you hit -- other than 1998, have you
10   ever at Republic Gardens been involved in a fight?
11        A      No.
12        Q      Have you ever struck anyone while being at
13   Republic Gardens at any time?
14        A      No.
15        Q      Do you know if you had security with you
16   that night?
17        A      I didn't.
18        Q      How do you know?
19        A      I remember that.
20        Q      How do you remember you didn't have
21   security with you?
0038
 1        A      I just know I didn't.  I didn't have
 2   security then.
 3        Q      So what year did you first start having
 4   security?
 5        A      I don't remember.
 6        Q      So if you don't remember when, how do you
 7   know it wasn't in 1998?
 8        A      I know I didn't have security then at that
 9   event.
10        Q      You don't remember who you were with at
11   that event?
12        A      No.
13        Q      So sometime in 1998 your car was impounded
14   as a result of a shooting; is that correct?
15        A      In '98?
16        Q      Yes.
17        A      Yes.
18        Q      What happened with that incident?
19        A      Somebody started shooting?
20        Q      From inside the car?
21        A      No.  Somebody started shooting in the area.
```

```
0039
 1      Q      Who was in the car with you?
 2      A      I guy named Mike, Alex.
 3      Q      What's Mike's last name?
 4      A      I wasn't in the car when the shooting
 5  started.
 6      Q      Where were you?
 7      A      I was in the house.
 8      Q      In what house?
 9      A      A house on HU campus, Hampton University
10  campus.
11      Q      Who owned that house?
12      A      I don't remember.
13      Q      Who did you know at that house?
14      A      My friend new a girl.
15      Q      What friend?
16      A      His name is Kevin.
17      Q      What's his last name?
18      A      I don't remember.  I don't know, as a
19  matter of fact.
20      Q      How do you know Kevin?
21      A      He went to the school.
0040
 1      Q      He went to Hampton University?
 2      A      Yes.
 3      Q      Are you in touch with him now?
 4      A      Not much, if I see him then I speak to him
 5  or whatever, but we don't talk on the phone.
 6      Q      Do you have any means to get his contact
 7  information?
 8      A      I don't know how to get in contact with
 9  him.
10      Q      Is the only person you knew in the house?
11      A      Yes.
12      Q      The campus police come?
13      A      Yes.
14      Q      They came to the house?
15      A      They came to the area where everything
16  happened.
17      Q      So tell me what happened.  You were at this
18  house and what happened?
19      A      I was in the house and somebody started
20  shooting and we came out the car was shot and the car
21  beside it was shot.
0041
 1      Q      So you heard gun shoots or did someone tell
 2  you --
 3      A      I heard the shot.
 4      Q      And you went outside?
 5      A      Yes, after the shots stopped.
 6      Q      How long between you hearing the shots did
 7  you go outside?
 8      A      I don't know.  I don't remember.
 9      Q      Was anyone arrested?
10      A      No.
11      Q      Was Michael Powell arrested?
12      A      No.
13      Q      So you're not aware that Michael Powell was
14  convicted out of this incident?
15      A      No.
```

```
16          Q     Are you still in touch with Michael Powell?
17          A     No.
18          Q     Why did you stop being in touch with
19   Michael Powell?
20          A     I just haven't been in touch with him.
21          Q     When was the last time you were in touch
0042
 1   with him?
 2          A     I don't remember.
 3          Q     Has it been in the past three years?
 4          A     I might have seen him in the last three
 5   years.
 6          Q     Have you seen him in the last year?
 7          A     No.
 8          Q     Did he ever travel with you?
 9          A     No.
10          Q     Was Andre Steele there?
11          A     No.
12          Q     Was Andre Steele ever arrested or
13   questioned while in possession of your vehicle?
14          A     Yes.
15          Q     When was that?
16          A     I don't remember.  I just know he was in
17   the incident with one of my cars.
18          Q     Which car?
19          A     Man, I don't remember.  A Benz.
20          Q     Do you remember anything about what
21   happened?
0043
 1          A     No.
 2          Q     Do you know if that was in the past five
 3   years?
 4          A     It might have been longer than that.
 5          Q     He was questioned for drug-related charges,
 6   correct?
 7          A     I don't remember.
 8          Q     Was Michael Powell also with him at during
 9   this incident?
10          A     I think so.
11          Q     What about anybody else?
12          A     I don't remember nobody else.
13          Q     Where were you?
14          A     In Philadelphia.
15          Q     How did you hear about the incident?
16          A     I think my lawyer called or something.
17          Q     Was your car confiscated?
18          A     I think so, but I don't exactly remember.
19          Q     Were you involved in the incident at
20   Newport News where you were accused of acts of
21   violence?
0044
 1          A     Acts of violence?
 2          Q     Yes.
 3          A     In Newport -- no.
 4          Q     Were you -- was there an incident in
 5   Newport News where anyone, any one of your friends or
 6   entourage were accused of committing acts of violence
 7   while you were there?
 8          A     No, I don't recall that.
 9          Q     Now, there was an incident in Philadelphia
```

```
10    in July of 2002 involving your wife, correct?
11         A     Involving my wife?
12         Q     Yes.
13         A     No, I don't know.
14         Q     So you were never questioned with police
15    for kidnapping and assault your wife?
16         A     No.
17         Q     Well, tell me what happened with the
18    incident in about July 2002.
19         A     What do you mean tell you about it?
20         Q     Do you know about any incident involving
21    your wife --
```

```
0058
 1       A       He used to be security for me.
 2       Q       When was he security for you?
 3       A       I guess like four or five years ago.
 4       Q       Do you know -- did he work through a
 5  company?
 6       A       Yes.
 7       Q       What company did he work through?
 8       A       I don't remember the name of it.
 9       Q       Did Kevin Baker also used to provide
10  security services for you?
11       A       Yes, I had -- yes.  I didn't know that was
12  his last name though, if you talking about the same
13  guy.
14       Q       When did he provide security services?
15       A       Same time as Terry.
16       Q       Did they work together?
17       A       Yes.
18       Q       Do they work through the same company?
19       A       Yes.
20       Q       You said they provided services for you
21  four to five years ago?
0059
 1       A       Yes.
 2       Q       And who started providing services for you
 3  after they stopped?
 4       A       No one.
 5       Q       So how did you -- who was responsible for
 6  hiring them on your behalf?  Did you do it directly or
 7  did someone do it for you?
 8       A       I think back then it was -- might have
 9  David Falk.
10       Q       Falk you said?
11       A       Yes.
12       Q       And who was that?
13       A       He was my agent.
14       Q       What company was he with?
15       A       I don't remember the name.
16       Q       Where was he based out of?
17       A       Maryland I think.
18       Q       Were you at Crabbers in Virginia during
19  your -- the weekend of your celebrity softball game?
20       A       The last one?
21       Q       Yes, in 2005.
0060
 1       A       I don't remember.
 2       Q       You don't remember?
 3       A       No.
 4       Q       Were you ever questioned by police about a
 5  fight involving members of your entourage in July of
 6  2005?
 7       A       No.
 8       Q       Who provided -- do you remember whether you
 9  went to Crabbers on the weekend when you were having
10  your softball game in July of 2005?
11       A       I don't remember.
12       Q       Did Jason Kane provide services for you
13  while you were in Virginia that weekend?
14       A       I think so, yes.
15       Q       Who else provided security services for you
```

```
16   that weekend?
17        A    That was it.
18        Q    And did you go to a autograph signing while
19   you were in Virginia?
20        A    I think so.
21        Q    How many people come to that?
0061
1         A    I don't remember.
2         Q    Do you know James Randolf?
3         A    James Randolf?
4         Q    Yes.
5         A    No.
6         Q    Isn't it true that when you went to
7    Crabbers and to the events in Virginia you traveled
8    with four vehicles?
9              MR. MILSTEIN:  Objection.  He said he
10   didn't go -- he doesn't remember going to Crabbers.
11             BY MS. MORAN:
12        Q    When you traveled in Virginia that weekend
13   isn't it true that you traveled with four vehicles?
14        A    I don't remember how many vehicles we
15   traveled with.
16        Q    How did you get to Virginia that weekend?
17        A    I don't remember.  Either I drove or the
18   plane.
19        Q    Isn't it true that someone in your
20   entourage drived a white Expedition with Maryland tags?
21        A    I don't remember.
0062
1         Q    And isn't it true that someone else drove a
2    brown or beige Chevy Impala with Pennsylvania tags?
3         A    Not that I know of.
4         Q    Was your Bentley coup in Virginia that
5    weekend?
6         A    Yes.
7         Q    Did you travel in that?
8         A    Did I drive it while I was there?
9         Q    Yes.
10        A    Yes.
11        Q    Who drove you around?
12        A    I drove myself.
13        Q    Was anyone in the car with you at any
14   point?
15        A    It might have been.
16        Q    Did anyone other than Jason Kane ride in
17   the car with you?
18        A    It might have.
19        Q    Who?
20        A    I have no idea.
21        Q    And isn't it true that there was also a
0063
1    fourth car that traveled around with you?
2         A    I don't even know if it was a second and a
3    third one.
4         Q    So is it your testimony -- and I actually
5    don't remember what you said.
6              Do you remember going to an autograph
7    signing in Virginia --
8         A    I think so.
9         Q    -- at a baseball field?
```

```
10      A     I don't remember.  I know I remember
11  signing autographs, but I don't remember if it was an
12  actual signing.  I don't remember.
13      Q     How did you get from your vehicle to the
14  table where you were signing autographs?
15      A     I walked.
16      Q     Who walked with you?
17      A     I don't remember.
18      Q     Was more than Jason Kane with you?
19      A     Probably.
20      Q     Were there several men with you?
21      A     Probably.
0064
1       Q     Who do you believe those men to be?
2       A     I don't remember.
3       Q     Was Gregory Iverson with you?
4       A     I don't remember.
5       Q     Was your mother with you?
6       A     I don't remember.
7       Q     Do you remember having a conversation --
8   let me ask you this.
9             Did you stay at the Holiday Inn when you
10  were in Virginia that weekend?
11      A     I don't remember what hotel we stayed in.
12  I don't know if it was the Holiday Inn though.
13      Q     But you stayed at the hotel that weekend?
14      A     No.  I might have stayed at my uncle's
15  house.  I don't know.
16      Q     At what uncle's house?
17      A     Steve Iverson.
18      Q     Where does he live?
19      A     In Hampton.
20      Q     Do you know what street?
21      A     No.
0065
1       Q     How is he related to you?
2       A     My mother's brother.
3       Q     So Steven Iverson and Gregory Iverson are
4   brothers?
5       A     Yes.
6       Q     How old is Steve Iverson?
7       A     Like 40.
8       Q     Did he accompany you to the events, the
9   various events that you attended that weekend?
10      A     I don't remember.
11      Q     Do you ever recall having a conversation
12  with an individual that week where you discussed the
13  fact that your entourage and his entourage had a
14  physical altercation?
15            MR. MILSTEIN:  I'll object to the word
16  entourage, vague and ambiguous.
17            BY MS. MORAN:
18      Q     Do you know what the word entourage refers
19  to?
20      A     Yes.
21      Q     What does it refer to?
0066
1       A     A bunch of people.
2       Q     A bunch of people who do what?
3       A     I have no idea.
```

```
 4        Q       Does it refer --
 5        A       I just thought it was a bunch of people who
 6   travel together.
 7        Q       So did you have a discussion with anyone
 8   that weekend in person about people who were
 9   accompanying you and people who were accompanying this
10   other person getting into a physical altercation?
11        A       No, I didn't get into any physical
12   altercation.
13        Q       I said did you have a conversation?
14        A       No.
15        Q       Isn't it true that a gentleman who you know
16   or are familiar with approached you and said your
17   people beat up my people?
18        A       No.
19        Q       Isn't it true that you said these are grown
20   ass men, I didn't put my hands on nobody and threw your
21   hands up in the air?
0067
 1        A       No, I don't remember that.
 2        Q       Isn't it true that in front of various
 3   people you looked around and said, did anybody see my
 4   put my hands on anybody?
 5        A       No, I don't remember nothing like that.
 6        Q       Isn't it true that when you were approached
 7   and told that they could point out and give you a
 8   description of the individuals who did that, you told
 9   the person to get the fuck out of your face?
10        A       No.
11        Q       Do you know if Jason Kane stayed at the
12   Holiday Inn that weekend?
13        A       I don't remember where we stayed.
14        Q       Did Jason -- do you know if Jason Kane
15   stayed at a hotel?
16        A       Yes, he had to -- obviously, he had to stay
17   at a hotel.  I think he stayed at a hotel, but I don't
18   know where.
19        Q       Who paid for that hotel?
20        A       I don't know.
21        Q       Did you pay for it?
```

```
0075
  1    more and other times you don't?
  2         A    Sometimes I might not use none and still be
  3    around 500 people.
  4         Q    Can you give an example of such a time?
  5         A    No.
  6         Q    Do you know Michael Crockett?
  7         A    I don't recall the name.
  8         Q    Was he with you at Republic Gardens the
  9    night of the incident which caused you to be sued?
 10         A    I don't know the name.
 11         Q    Who's -- do you know Demetrius Jones?
 12         A    Yes.
 13         Q    Who is that?
 14         A    A friend of mine.
 15         Q    How do you know him?
 16         A    Met him when I was in college.
 17         Q    At Georgetown?
 18         A    Yes.
 19         Q    Are you still in touch with him?
 20         A    Yes.
 21         Q    Was he with you the night of the incident
0076
  1    at Republic Gardens?
  2         A    He might have been because he's from here
  3    so he might have been.
  4         Q    Does he travel with you?
  5         A    No.
  6         Q    When you're here in town and having
  7    functions does he come?
  8         A    Yes.
  9         Q    Was he at any of your events in July of
 10    2005?
 11         A    He might have been.
 12         Q    Was he at the Eyebar in July of 2005?
 13         A    He might have been.
 14         Q    Was he with you in Virginia in July of
 15    2005?
 16         A    I'm not sure about that.
 17         Q    He was accused of participating in the
 18    event -- incident at Republic Gardens that you were
 19    sued for, correct?
 20         A    I don't know.  I don't remember.  If he was
 21    there, probably.
```

```
0116
 1      A      Just personal reasons.  I just want
 2  security with me.  For anything.
 3      Q      For anything?
 4      A      Yes.
 5      Q      You're trying to assure that nothing does
 6  happen; would that be fair to say?
 7      A      Yes, that's fair.
 8      Q      And it doesn't matter if these people are
 9  attentive?
10             MR. MILSTEIN:  What people?
11             THE WITNESS:  It matters.
12             BY MR. LATTIMER:
13      Q      Now, you have a number of tattoos that are
14  visible.  Could you go through them and explain what
15  each of them mean?
16      A      Panther means a panther.
17      Q      Which one is that?  Since it's being
18  recorded, could you hold it up?
19      A      A panther means a panther.  Moeney means
20  money.
21      Q      Where's money?
0117
 1      A      Moeney.
 2      Q      The bill?
 3      A      Yes.  VA means Virginia.
 4      Q      Where the VA?
 5      A      Right here.
 6      Q      I can't -- it's upside down, that's why?
 7      A      Yes.
 8      Q      Now, wait a minute, could you hold it up?
 9      A      Yes.
10      Q      There you go.
11             VA?
12      A      Finest.
13      Q      Underneath it says finest.  What does that
14  mean?
15      A      VA's finest.
16      Q      Okay, VA's finest.
17             And the other one underneath that?
18      A      Bad news.
19      Q      Where is the bad news?
20      A      Right here.
21      Q      What's in between bad news?
0118
 1      A      Respect.
 2      Q      Is that words?
 3      A      No.
 4      Q      What is that?
 5      A      It's a symbol.
 6      Q      What's the symbol?
 7      A      It's Chinese.
 8      Q      Okay, Chinese.
 9             And the bad news, what does that mean?
10      A      I'm from Newport News.  They call it the
11  bad news.
12      Q      Why is that?
13      A      I don't know.  Just a nickname given to the
14  city.
15      Q      When you say they, who are you talking
```

```
16    about?
17         A    The people from Newport News.
18         Q    Oh, the people from Newport News.
19              You got one on the outside of the arm.
20    What does that mean?
21         A    Where.
0119
 1         Q    That one.
 2         A    Jewels is a nickname.
 3         Q    A what is that now?
 4         A    A nickname.
 5         Q    What is it?
 6         A    Jewels.
 7         Q    That's your nickname?
 8         A    Yes, some of my friends call me.
 9         Q    In your Answers to Interrogatories it
10    indicates that Mr. Iverson is also known and referred
11    to as AI, the answer and upchuck, correct?
12         A    Yes.
13         Q    Where did Jewels come from?
14         A    My friends.
15         Q    Why wasn't that listed?
16         A    Oh, you want me to put everything they call
17    me up there?
18         Q    Yes.  Answer all names that you have ever
19    used.  That's what it says.
20         A    I don't use it.  My friends use it.  That's
21    what they call me.
0120
 1         Q    So you have that one on your arm?
 2         A    Yes.
 3         Q    What other nicknames are you known by?
 4         A    That's it.
 5         Q    AI?
 6         A    Yes.
 7         Q    Correct?
 8         A    No.  That's something my fans gave me I
 9    guess.
10         Q    The answer?
11         A    Yes.
12         Q    Bubba chuck.
13         A    Yes.
14         Q    Jewels?
15         A    Jewels from this was just a rap thing.  I
16    wouldn't really consider that a true nickname because I
17    don't do the rap thing no more so.
18         Q    It says that you've used?  So rap --
19         A    Jewels.
20         Q    All right.
21              Anything else?
0121
 1         A    No.
 2         Q    Are you sure?
 3         A    No.
 4         Q    Now, is there any others on that hand, that
 5    arm, that we've missed?
 6         A    Soldier and hold my own.
 7         Q    What is the -- you have a drawing above
 8    soldier?
 9         A    Yes.
```

```
10      Q       What is that?
11      A       A skull with a helmet on.
12      Q       What is the significance of that?
13      A       Just a soldier.
14      Q       A dead soldier?
15      A       No, a live soldier.
16      Q       Without skin?
17      A       It's alive.  If it's on a person that's
18   alive, it's alive.
19      Q       Then above that was what now?
20      A       Hold my own.
21      Q       What does that mean?
0122
1       A       Hold my own.  Handle myself.
2       Q       Handle yourself.
3               Now, the other arm?
4       A       Fire, moneybags.
5       Q       Let's take them one at a time.  You have on
6    your finger you have what is that?
7       A       My wife's initials.
8       Q       And on the back of your hand?
9       A       Moeneybags.
10      Q       What does that mean?
11      A       Moeney, bags, moneybags.
12      Q       Is it -- let me see.  Is that actually
13   money?
14      A       Yes.
15      Q       Then under your watch is there another one?
16      A       Yes.
17      Q       What's that one?
18      A       Fear no one.
19      Q       And there is a drawing?
20      A       Yes.
21      Q       What is that supposed to be?
0123
1       A       Somebody scared.
2       Q       What's the significance of fear no one?
3       A       I fear no one.
4       Q       Is that personal to you?
5       A       Is it personal to me?
6       Q       Yes.  Does it depict what you actually
7    believe?
8       A       Yes.  I don't fear nobody.
9       Q       And then let's start here at the -- you
10   have NBN on the outside?
11      A       Yes.
12      Q       What is that?
13      A       Newport bad news.
14      Q       Newport bad news.  The same as the other
15   one?
16      A       Yes.
17      Q       Just a different depiction?
18      A       Yes.
19      Q       And next to that?
20      A       Right here?
21      Q       Yes.
0124
1       A       Cruthik.
2       Q       I think you discussed that earlier.  That
3    was another name for the Dynasty Raiders; is that
```

```
 4   right?
 5        A     Yes.
 6        Q     Underneath that is what?
 7        A     Underneath it?
 8        Q     Yes.  Underneath Cruthik, what is that?
 9        A     Dynasty Raiders.
10        Q     Dynasty Raiders, so it's all of it in one?
11        A     Yes.
12        Q     And then up above that is what?
13        A     Rahsaan, see you when I get there.
14        Q     What does that mean?
15        A     My best friend got killed.
16        Q     That's the guy you talked about earlier?
17        A     Yes.
18        Q     Who was killed?
19        A     Yes.
20        Q     And then you have on your bicep, what is
21   that?
0125
 1        A     A bulldog.
 2        Q     What's that about?  It says the answer?
 3        A     Yes.
 4        Q     And then that's a Georgetown Hoya?
 5        A     Yes.
 6        Q     Is that what that's meant to depict?
 7        A     Yes.
 8        Q     And over on the other -- on the inside of
 9   that, what is that?
10        A     Strength.
11        Q     That's a symbol for that?
12        A     Yes.
13        Q     And then on your deltoid, what is that?
14        A     Only strong survive.
15        Q     How long have you had the tattoos?
16        A     I don't know.
17        Q     What about on your neck, what are those?
18        A     Rahsaan.
19        Q     Which one is Rahsaan?
20        A     I don't know which side it's on.
21        Q     This one over here says Virginia Slim.
0126
 1   What is Virginia Slim?
 2        A     Virginia Slim.
 3        Q     What is that meant to depict?
 4        A     A cigarette.
 5        Q     You don't smoke, do you?
 6        A     No.
 7        Q     What's the significance of that?
 8        A     Just I'm from Virginia and I'm slim.
 9        Q     Is that what some people used to call you?
10        A     No.
11        Q     So what's the significance of Virginia
12   Slim?
13        A     It's personal.  I just wanted a tattoo.
14        Q     And that's what I'm asking you.  And I'm
15   not asking you why you got the tattoo.  People get
16   tattoos for a million reasons.
17        A     I'm from Virginia and I'm slim, that's why
18   I got it.
19        Q     And that's my question.  Is that a name or
```

```
20    something that you associate with, Virginia Slim?
21        A    No.  Just I'm from Virginia and I'm slim
0127
1    and that's why I got it up there.
2        Q    It has like a spider web around it, what's
3    the significance of that?
4        A    No significance.  Just like spider webs.
5        Q    And on the other side?
6        A    Ra boggy.
7        Q    That's that?
8        A    That's Rahsaan.
9        Q    And that again is attribute to your friend?
10       A    Yes, again.
11       Q    This is -- that was after he died, that
12   tattoo?
13       A    Yes.
14       Q    How long ago did that happened, that he
15   passed?
16       A    2001.
17       Q    I take it you and he were good friends?
18       A    Yes.
19       Q    Since high school?
20       A    No, before high school.
21       Q    Grade school?
0128
1        A    Since I was like 14.
2        Q    Were you and his family friends or just you
3    and him?
4        A    Me and him.
5        Q    Now, you talked about Terry Royster.  He
6    provided security for you when?
7        A    Like four or five years ago.  I don't know
8    exactly.
9        Q    When he left you did Jason Kane immediately
10   move into that role?
11       A    No.
12       Q    Who was in between?
13       A    Nobody.
14       Q    So you didn't need security at that point?
15       A    Off-duty police officers, stuff like that.
16       Q    Nobody in particular you mean?
17       A    No.
18       Q    So you would use security, you just would
19   use off-duty police officers and people that would come
20   to you through word of mouth; is that correct?
21       A    Off-duty police officers.
```

```
0168
 1        A    Yes.
 2        Q    As a result of that it is alleged that
 3   individuals suffered injuries from the assault which
 4   occurred at that time.
 5             You're aware of that too, right?
 6        A    Yes.
 7        Q    As a result of those injuries, the
 8   Plaintiffs in this case are seeking damages from you.
 9             You are aware of that as well, right?
10        A    Yes.
11        Q    And those would be compensatory damages and
12   punitive damages.
13             You are aware of that?
14        A    Yes.
15        Q    And punitive damages are damages that they
16   are seeking in order to punish you for the actions that
17   were taken against them that they allege were without
18   cause.
19             Do you understand that?
20        A    Yes.
21        Q    Because of the claim for punitive damages
0169
 1   I'm going to ask you a series of questions dealing with
 2   information about your net worth.  And net worth, as
 3   I'm sure you understand, just means, what's your value,
 4   what's your -- what are you worth, and that is the
 5   measure of punitive damages.
 6             So having said that, how long is your
 7   contract?  How much longer does your contract extend
 8   with the Philadelphia 76ers?
 9        A    Three more years.
10        Q    And is your compensation stationary or does
11   it escalate or does it decrease?
12        A    Escalate.
13        Q    What is your salary this -- well, this past
14   season?
15        A    16.5 million.
16        Q    And that would be for 2005 and 2006?
17        A    Yes.
18        Q    And 2006 and 2007?
19        A    17.
20        Q    And in the following year?
21        A    I don't know.
0170
 1        Q    The last year?
 2        A    I would think 17.5.  I don't know exactly.
 3        Q    And do you have any endorsement contracts?
 4        A    Yes.
 5        Q    With whom?
 6        A    Reebok.
 7        Q    Anybody else?
 8        A    No.
 9        Q    What type of endorsement is that for,
10   sneakers and sports apparel?
11        A    Sneakers and apparel.
12        Q    Is that a set contract, in other words, for
13   a specific term?
14        A    It's lifetime.
15        Q    It's lifetime?
```

```
16              MR. MILSTEIN:  You don't have to answer
17  that.  I direct him not to answer.
18              MR. LATTIMER:  You're directing him not to
19  answer?
20              MR. MILSTEIN:  Yes.
21              MR. LATTIMER:  Well, we can handle this one
0171
 1  of two ways.  We can get the judge on the phone or we
 2  get adjourn the deposition and come back.
 3              MR. MILSTEIN:  Get the judge on the phone
 4  if you want to get him.  It's subject to the
 5  confidentiality agreement.
 6              MR. LATTIMER:  We got a confidential
 7  amount.
 8              MR. MILSTEIN:  The Reebok contract.
 9              MR. LATTIMER:  I'm sorry?
10              MR. MILSTEIN:  The Reebok contract.  In
11  addition Judge K. Huvelle has ordered that those kinds
12  of things aren't to be inquired, and Interrogatories
13  and in the request to produce, and so they wouldn't be
14  proper subject.  That's already been ruled on as
15  inappropriate.
16              MS. MORAN:  Do you have an order saying
17  that?
18              MR. LATTIMER:  We can get the judge on the
19  phone.
20              MR. MILSTEIN:  Get him on the phone.
21              MS. MORAN:  Let's not misspeak.  Last time
0172
 1  You say the traveled with him.
 2              MR. LATTIMER:  Why don't we go off so we
 3  can get the judge on the phone.
 4              (A discussion was held off the record.)
 5              BY MR. LATTIMER:
 6       Q    Mr. Iverson, when we left --
 7              MR. LATTIMER:  -- what was my last question
 8  and his last answer?
 9              THE WITNESS:  Asked about my money.
10              MR. MILSTEIN:  Was the Reebok contract.
11              BY MR. LATTIMER:
12       Q    It was the about the Reebok contract and
13  you told me it was a lifetime deal?
14       A    That's correct.
15       Q    And then I asked you about how much you've
16  been paid and your counsel directed you not to answer.
17       A    Right.
18       Q    Any other endorsement contracts?
19       A    No.
20       Q    I thought I understood you to say it's for
21  apparel and sneakers; is that right?
0173
 1       A    Yes.  I think I got some -- no, no.  I had
 2  a car deal, but I don't know.  You have to get with
 3  Gary to find out the name of the company.
 4       Q    Now, you indicated that -- did you sell
 5  your house at --
 6              MR. MILSTEIN:  Moenk Road?
 7              BY MR. LATTIMER:
 8       Q    Moenk Road?
 9       A    Yes.
```

```
10        Q      Do you own any other homes other than the
11   800, I forgot was that address is, but the one you
12   currently live in?
13        A      No.
14        Q      That's the only house you currently own?
15        A      I think that the houses in Virginia in my
16   mom's name.
17        Q      Houses, how many?
18        A      Two.
19        Q      Who lives in them?  You say your mom and
20   your sisters live in one.  Who lives in the other one?
21        A      Nobody.
0174
 1        Q      Is it a rental property?
 2        A      No.
 3        Q      It's just vacant at this present time?
 4        A      Yes.
 5        Q      Any other houses you own?
 6        A      No.
 7        Q      What about cars?  How about cars?  How many
 8   cars you own?
 9        A      How many do I own?
10        Q      Yes.
11               THE WITNESS:  We get them cars out of my
12   name, right?
13               MR. ROSE:  Not yet.
14               THE WITNESS:  How many was that?
15               MR. ROSE:  Try about eight or nine.
16               MR. ROSE:  Is it okay if I'm giving him
17   that information?
18               MR. LATTIMER:  Sure.
19               MR. ROSE:  I'm just trying to help you out.
20               THE WITNESS:  Fifteen.
21               BY MR. LATTIMER:
0175
 1        Q      Are they your cars or are for other people?
 2        A      Only four of them mine.
 3        Q      What cars do you own?  Let me take it back.
 4   You own them all.  What cars do you own for your use?
 5        A      Two Rolls Royces, Bentley, and a Escalade.
 6        Q      You own a Phantom?
 7        A      Two Rolls Royce.
 8        Q      That's a Phantom?
 9        A      Yes.
10        Q      Do you drive or do you have drivers?
11        A      I drive myself.
12        Q      Do you have drivers though?
13        A      No.
14        Q      Do you own any buildings?
15        A      No.
16        Q      I had an occasion to review some materials
17   last week regarding some business ventures with the
18   Akimbo Mutombo, Patrick Ewing, Michael Jordon, Antoine
19   Walker.
20               Were you ever involved in any business
21   ventures with any of those individuals?
0176
 1        A      No.
 2        Q      At no time when you were with David Falk
 3   were you involved in any business ventures with any of
```

```
 4    the individuals that I have just mentioned?
 5         A    No.
 6         Q    In terms of business property, do you own
 7    any?
 8         A    No.
 9         Q    Do you own any rental properties?
10         A    No.
11         Q    Do you own any real estate that you have
12    not mentioned today?
13         A    No.
14         Q    Now let's switch gears and go back to Mr.
15    Kane.
16              Does he still work with you for you?
17         A    No.
18         Q    When did that relationship cease?
19         A    I don't know exactly.  Probably -- I don't
20    know exactly.  Probably since I started the season.
21         Q    Started the basketball season?
```

```
0185
 1                  BY MR. LATTIMER:
 2         Q    I'm asked you whether you remember Jason or
 3    anybody trying to clear out an area just for you?
 4         A    No.
 5         Q    So do you remember that you -- did you or
 6    did you not get to the VIP section?
 7         A    I think we got there.
 8         Q    When you got there what, if anything, did
 9    you do?
10         A    Nothing.  Right when we got there a fight
11    broke out.
12         Q    A fight broke out between who?
13         A    I have no idea.
14         Q    You didn't see?
15         A    No.
16         Q    So when you got to the club Jason Kane was
17    at your side?
18         A    I don't know where he was at exactly.
19         Q    Well, did he stay at your side the entire
20    time?
21         A    I don't remember.
```

```
0191
  1                 BY MR. LATTIMER:
  2          Q    So he wasn't at the Eyebar?
  3          A    I don't remember him being there.
  4          Q    You don't remember Jason's man being there?
  5          A    No.
  6          Q    So you're in the Eyebar at the VIP section,
  7     and what happens when you get to the VIP section?  Tell
  8     me exactly what you see.
  9          A    Scuffling.
 10          Q    As soon as you got there?
 11          A    I don't know exactly how long I was there
 12     and I don't know how long it took for the scuffle to
 13     break out.  I saw a scuffle and I left.
 14          Q    Did you join in the scuffle?
 15          A    No.
 16          Q    Did you become involved in any way?
 17          A    No.
 18          Q    You don't know if Mr. Kane was involved?
 19          A    No.
 20          Q    You didn't -- did you tell Mr. Kane let's
 21     go?
```

```
0193
 1        A     I don't remember all of that.
 2        Q     Did it --
 3        A     It was allowed music.
 4        Q     Did it sound like a scuffle was going on?
 5        A     I don't remember all of that.
 6        Q     So you don't remember anything about the
 7   scuffle once you turned to leave?
 8        A     Once I was gone, I was gone.
 9        Q     Did you ever stand on a couch or a stool or
10   anything?
11        A     I don't remember.
12        Q     Did you ever throw anything?
13        A     No.
14        Q     Did anybody ever throw anything at you?
15        A     No.
16        Q     Did anyone ever attempt to hit you?
17        A     No.
18        Q     Anybody ever strike you?
19        A     No.
20        Q     Did you ever strike anyone?
21        A     No.
```