# Exhibit B

1

```
 1          SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
                         Civil Division
 2

 3    - - - - - - - - - - - - x
                             :
 4    MARLIN GODFREY, et al.,  :
                             :
 5              Plaintiffs,   :
                             :
 6      - vs -               :    Civil Action No.
                             :      05-0007-327
 7                           :
      ALLEN IVERSON,         :
 8                           :
                Defendant.   :
 9    - - - - - - - - - - - - x

10

11                              Washington, D.C.

12                              Thursday, May 4, 2006

13    Deposition of:

14                   MARLIN GODFREY

15    a Plaintiff, was called for oral examination by

16    counsel for the Defendant, in the offices of Ford &

17    Harrison, 1300 19th Street, N.W., Suite 700,

18    Washington, D.C. 20036, commencing at approximately

19    10:25 a.m., on Thursday, May 4, 2006, before Deborah

20    L. Spear, a Notary Public in and for the District of

21    Columbia, when were present on behalf of the

22    respective parties:
```

11

1  don't you do this, tell me what you did as soon as you

2  got in.  Where did you go?

3      A    When I got in we found Tony Kittrell and --

4  well, we were -- we were -- we were pointed to the

5  table that Tony had already had reserved.

6      Q    Did you know Mr. Kittrell was going to be

7  there?

8      A    Yes.

9      Q    And how did you know he was going to be

10 there?

11     A    He told me.

12     Q    So this was a prearranged meeting?

13     A    Yes.  He was entertaining clients or

14 potential clients, and seeing how I had worked with

15 him in the past, you know, and I knew the clients, he

16 felt that it would be a good situation for me to be

17 there.

18     Q    So he had invited you to the Eyebar?

19     A    Yes, sir.

20     Q    And where was he seated?

21     A    He was seated at the back of the club, the

22 center table in the VIP roped off section.

1        Q    Do you know why he was in the VIP section?

2             MS. MORAN:  Objection.

3             THE WITNESS:  That's the only place with

4    tables.  That would be my -- I mean I would assume,

5    but that's the only place with tables.

6    BY MR. MILSTEIN:

7        Q    Is that normally where you sit when you go

8    there?

9             MS. MORAN:  Objection.

10            THE WITNESS:  The table that we normally sit

11   at was being used by somebody else.

12   BY MR. MILSTEIN:

13       Q    And so you came in around between 12 and

14   12:30 or 12:30-ish?

15            MS. MORAN:  Objection, asked and answered.

16            MR. MILSTEIN:  Please stop.

17            MS. MORAN:  No.

18            MR. MILSTEIN:  Just be professional, okay?

19            MS. MORAN:  I am.

20            MR. MILSTEIN:  You have all objections

21   except as to form are preserved.  So if you don't

22   intend on making any objections that make any sense,

13

1    please just let me conduct the deposition so we can

2    get through this, all right?

3            MS. MORAN:  You are con -- I thought you

4    were conducting the deposition.  Am I mistaken?  If

5    you were not conducting the deposition --

6            MR. MILSTEIN:  Just act -- just act

7    professionally, that's all I ask you to do, if you can

8    do that.

9            MS. MORAN:  Let us know when we begin

10   conducting the deposition so that my client can

11   respond to your questions because we are not

12   conducting them.

13           MR. MILSTEIN:  That's clever.

14   BY MR. MILSTEIN:

15       Q    You got there around 12:00, 12:30-ish.  You

16   said you went, you saw Mr. Kittrell.  What happened

17   next?

18       A    The guests started arriving.

19       Q    Which guests?

20       A    The entertainers that he was entertaining.

21       Q    How many were there?

22       A    There was approximately five total in that

14

1   group.

2        Q    Do you know the names of any of those

3   people?

4        A    I can't recall the names.  I cannot recall

5   the names.

6        Q    Did you sit at the table --

7        A    Yes, sir.

8        Q    -- with the person you were with -- what did

9   you say her name was, A.J.?

10       A    A.J.

11       Q    Was there already alcohol served at the

12   table?

13            MS. MORAN:  Objection.

14            THE WITNESS:  I can't remember if there was

15   already alcohol there, but during the course of the

16   night the table comes with bottles of alcohol.

17   BY MR. MILSTEIN:

18       Q    And so how long after you got there was

19   alcohol -- did you begin to drink alcohol?

20            MS. MORAN:  Objection.

21            THE WITNESS:  Maybe 15, 15, 20 minutes.

22   BY MR. MILSTEIN:

1        Q       And what is it that you began to drink?

2        A       Gray Goose vodka.

3        Q       There was a bottle of Gray Goose on the

4    table, is that what it was?

5        A       Yes, sir.

6        Q       Are there like mixers with it?

7        A       Mixers, and there was also a -- so there is

8    bottles with the mixers that comes with that, glasses,

9    and there was I believe a bottle of champagne there

10   that night.

11       Q       Was it crowded?

12       A       Not at that time.

13       Q       And how many people were sitting around your

14   table?

15       A       Nobody.  We were the only people in the

16   section.

17       Q       No, I mean at your particular table.  It was

18   you, A.J., Mr. Kittrell?

19       A       There was approximately -- let me think for

20   a second, please.  I would say eight to nine people.

21       Q       And at some point in time did you learn

22   Mr. Iverson was going to be coming into the club?

20

1      A    It appeared to be an American accent, but

2   the main thing that I just noticed was you need to get

3   the fuck from over here in a very, very harsh and

4   abrasive tone.

5      Q    You are from the south.  Did it sound like

6   he was from the south?

7          MS. MORAN:   Objection.

8          THE WITNESS:  I couldn't -- I couldn't say.

9   BY MR. MILSTEIN:

10     Q    And so then you renewed your conversation

11   with Mr. Fitzgerald.  What happened next?

12     A    Then a second man approached.  He was a

13   little shorter, much darker, big also, probably fatter

14   than the one that was there at that point in time.  He

15   was maybe, if that guy was 300, this one was 350.  And

16   he said, see, that's y'all's fucking problem, you all

17   do too much talking and not enough moving, at which

18   time the next -- the lighter one said again --

19     Q    Lighter one meaning the first one?

20     A    Yes, sir, the first one said again you need

21   to get the fuck from around here.

22     Q    And can you describe the second individual?

1      A     I just described him.  He was a little

2    shorter, much darker, a little heavier.

3      Q     Did he have a hat on or a doo-rag?

4      A     He did not have on a hat or a doo-rag.

5      Q     Did you notice any tattoos?

6      A     I did not, but again we are in a club, we

7    are in a nightclub and it is fairly dark.

8      Q     It is dark there?

9      A     (Witness nodded head affirmatively).

10     Q     Yes?  You have to just say yes or no.

11     A     Fairly -- fairly dark.

12     Q     Do you recognize any accent on this second

13   person?

14     A     Not that I can remember.

15     Q     He was African American I take it?

16     A     Yes, sir.

17     Q     Did either of them identify themselves as to

18   who they were or who they worked for?

19     A     Not at all.

20     Q     What happened next?

21     A     Curtis asked me if I could step across the

22   couch to leave the tabled section to go back to my

25

1    be a five o'clock shadow, and it was graying, graying.

2        Q    Graying?

3        A    Yes, sir.

4        Q    And the second person?

5        A    I can't recall seeing any facial hair.

6        Q    The third person, you said he looked like he

7    just left the gym.  Were his arms exposed or chest

8    exposed or anything like that?

9        A    His chest was sitting out like this.  He was

10   only about 5-5, but his chest was sitting out like

11   this.  The other two guys were -- they were fatter

12   than they were muscular.  You could tell that, you

13   know, that they pumped up too, but they weren't as

14   physically defined, if I can use that.

15       Q    Did you notice any tattoos on the third

16   person?

17       A    Not that I can recall.

18       Q    Were his arms clothed or bare?

19       A    I was not looking at his arms.

20       Q    What happened next?

21       A    They slid over a half step enough that I

22   could get through, but in order to get through I would

26

```
 1   have to bump them.  I made sure as I walked through
 2   that I didn't bump them, and then I went to the table,
 3   and I made myself a drink.  I hadn't been drinking
 4   much prior to that.  So this was maybe my second drink
 5   about.  This was maybe my second drink that I was
 6   preparing to make at this point in time.
 7        Q    And then what happened?
 8        A    I felt a lot of tension, and I heard behind
 9   me still more murmuring about this guy needs to get
10   the fuck from around here, what are you all waiting
11   on, those type of things.  So I turned and looked, and
12   the first one was standing directly behind me, the
13   third one was standing to my left, the second one was
14   standing to my right, and all of them were within one
15   to two feet from me, looking at me, not looking at
16   anybody but me, and all of them looked at me with --
17   with a look of I'm going to hurt you.
18        Q    All right, then what happened?
19        A    I turned to the dark skinned one, because he
20   seemed to want to be in charge.  I extended my hand to
21   him, and I said, look, man, let's squash this, I'm
22   just here to party.  He said you need to get the fuck
```

31

```
 1   storage room and kind of locked myself in there.
 2        Q    Do you know the names of anybody who hit
 3   you?
 4        A    I have been told -- well, people have tried
 5   to tell me what took place.  I don't want to re-live
 6   that.  I am -- I -- and my therapist has been trying
 7   to get me to not re-live it, so...
 8        Q    Do you know the names of any of the men who
 9   hit you?
10        A    I know their names now.
11        Q    What are the names of anyone who hit you?
12        A    Terrance, Big Jay, Maurice, I was also told
13   that Allen Iverson hit me, and I was also told that
14   there was -- there was several nondescript guys,
15   doo-rags, T shirts, fitting the same mold as everybody
16   else.
17        Q    All right, who told you that Terrance hit
18   you?
19        A    Not just one person, lots of people, but
20   again, I -- I have tried to stay out of it.
21        Q    Can you name one person that told you that
22   Terrance hit you?
```

32

1       A    I can't name them.  You would have to ask my

2    attorneys.  I try to stay out of it.

3       Q    So you don't know the names of any of the

4    people who told you Terrance hit you?

5       A    I know the names of the people, but, again,

6    I'm not going to speculate on who said what because as

7    soon as they start talking about it I leave the room.

8       Q    Well, do you know the names of any of the

9    people who told you that Terrance hit you?

10      A    Yes.

11      Q    What are the names?

12      A    The people that were there, the witnesses.

13   There is a list of witnesses.  Tony Kittrell was a

14   witness.  Jamal Daniels was a witness.  The head of

15   security at the club was a witness.  The entertainers

16   that were there were witnesses.  And, again, I'm not

17   going to say which one of them said what because as

18   soon as they start talking about it I leave the room.

19      Q    Do you know what Allen Iverson looks like?

20      A    Yes.

21      Q    Did you see him at all in the club?

22      A    I did not see him.

 1          Q     If you didn't see him in the club, you

 2     didn't see him hit you, correct?

 3          A     While I was being beat I was on all fours

 4     covering my head.

 5          Q     So the answer is you did not see him?

 6          A     Would you restate the question, please?

 7          Q     Did you see Allen Iverson at all from the

 8     moment you got in the club to the moment you left in

 9     the ambulance?

10          A     No.

11          Q     Do you know who Jason Kane is?

12          A     Yes.

13          Q     Have you ever met Jason Kane?

14          A     How would you categorize meet?

15          Q     When one human being is next to another

16     human being so that he sees them.

17                MS. MORAN:  Objection to characterization of

18     definition of meet.

19                MR. MILSTEIN:  Go ahead.

20                MS. MORAN:  Do you understand the question?

21                THE WITNESS:  I do.  I met him that night --

22     from your description of what that is I met him that

34

1   night.  He was standing next to me.

2   BY MR. MILSTEIN:

3       Q       How do you know that was Jason Kane?

4       A       Again from witnesses that know him that

5   pointed him out afterwards.

6       Q       Did you see Jason Kane hit you?

7       A       No.  I didn't -- I can answer your

8   questions, I didn't see who hit me.  Okay?

9       Q       Do you know who Terrance is?

10      A       Yes.

11      Q       Have you ever met Terrance before?

12      A       I met him that night.

13      Q       Did you know him before that night?

14      A       No.

15      Q       You didn't know Jason before that night

16  either, did you?

17      A       No.

18      Q       Can you describe Terrance?

19      A       Terrance is the first gentleman that I

20  described to you.

21      Q       What makes you think that?

22      A       I was told.

39

1       A     No, sir.

2       Q     Were you diagnosed with any condition or

3  injuries?

4       A     Yes.

5       Q     What was the diagnosis?

6       A     I received a concussion, a ruptured ear

7  drum, a burst blood vessel in my right eye, a torn

8  rotator cuff to my right shoulder, multiple cuts and

9  bruises to my right side of my body and my head.

10      Q     Who told you that?

11      A     The doctors.

12      Q     Do you remember the names of any of the

13  doctors?

14      A     No.

15      Q     And how have those injuries progressed since

16  that day?

17      A     Well, everything is going pretty well.

18      Q     Can you hear now out of your ear?

19      A     Yes.

20      Q     Have you had any further concussions?

21      A     No.

22      Q     Have the cuts healed?

40

1     A     Yes.

2     Q     Have the bruises healed?

3     A     Yes.

4     Q     By the way, did any of your clothes get

5     ripped or anything like that?

6     A     Yes.

7     Q     What was ripped?

8     A     T-shirt, jeans, and I had blood all over my

9     white sneakers, white shell-toe Adidas.

10     Q     White what?

11     A     White shell-toe Adidas with blood all over

12     them.

13     Q     I don't know what those are.  Okay.  Is that

14     what your were wearing that night, a T-shirt and

15     jeans?

16     A     Yes.

17     Q     Short sleeve?

18     A     I had on a short sleeve T-shirt.

19     Q     And I know I asked you this, but I just

20     wonder whether talking about it refreshed your

21     recollection, were any of the other gentlemen in short

22     sleeves?

51

```
 1      Q     I'm still trying to figure how you got to
 2   the psychiatrist.
 3      A     I was having problems sleeping.  I was
 4   depressed.  I was -- I was scared, and I was afraid
 5   for my life.  My whole life had changed, and I needed
 6   somebody to talk to.  So when I went in and started
 7   crying in front of my doctor, he recommended that I go
 8   and sit down and talk to somebody.  The way that my --
 9   the way that my insurance works is you go to the
10   primary care, he says okay, go see this doctor, and
11   then you find the doctors.  I called maybe four or
12   five different doctors.  She was the one that answered
13   the call.
14      Q     The psychiatrist?
15      A     Yes, sir.
16      Q     And how many times have you seen her?
17      A     I have seen her monthly for the past year.
18      Q     And has she helped?
19      A     She has helped -- and it's two-fold with
20   them.  There is one that I speak to, I speak to him
21   weekly.  I see her monthly to oversee the medications
22   and things like that.
```

52

1    Q    The one you see weekly is Carnegie?

2    A    Yes, sir.

3    Q    How did you get to him?

4    A    He is in her office.

5    Q    Is he a counselor or is he not a -- is he

6    not a psychologist or a psychiatrist?

7    A    I'm not exactly sure.

8    Q    Have either of them put you on any

9    medication?

10    A    Yes.

11    Q    What kind of medication?

12    A    Ambient, Paxil, there is at least a couple

13    others, but the names are slipping me.

14    Q    How much Ambient, how frequently do you take

15    Ambient?

16    A    There was a time when I was taking it

17    nightly.

18    Q    To sleep?

19    A    Yes, sir.

20    Q    Do you still take it?

21    A    Only when needed.

22    Q    Do you know what milligrams of Ambient you

53

1    take?

2        A    No.

3        Q    How about the Paxil, what milligrams of

4    Paxil?

5        A    I don't know.

6        Q    And how often would you take the Paxil?

7        A    Every day.

8        Q    In the morning or evening?

9        A    Usually in the morning.

10       Q    And do you know what -- you don't know what

11   milligrams, 25 milligrams?

12       A    I'm not sure what it is.

13       Q    I think it comes 5, 10, 15, 20, 25.

14            MS. MORAN:  Objection, asked and answered.

15            THE WITNESS:  I'm not sure.

16   BY MR. MILSTEIN:

17       Q    Is it a little pill or a big bill?

18       A    All of them are little.

19       Q    Was it as small as the Ambient pill or

20   bigger?

21       A    I can't recall.

22       Q    Do you take one pill, one Paxil --

54

1    A    Yes.

2    Q    -- when you take it?

3    A    One Paxil.

4    Q    And do you still take Paxil every day?

5    A    Yes.

6    Q    In the morning?

7    A    Yes.

8    Q    Why did you fear for your life?

9    A    Well, first I felt fear for my life because

10   I couldn't breathe because of my bruised ribs.  I

11   couldn't hear because of my ruptured ear drum.  I

12   couldn't use my right arm because of my torn rotator

13   cuff.  And I was having migraine headaches daily.  So

14   even when I was able to get up and function, it was

15   not being able to function hardly at all.  If a child

16   would have come to me and wanted to do me bodily harm

17   at that point in time, they would have been

18   successful.  These guys are not a child, they are

19   massive men.

20   Q    Well, did you run into any of them after

21   that?

22   A    I have seen them.  I saw one in my parking

59

1    describing, did any of them ever tell you who they

2    worked for?

3         A    No.

4         Q    Did they have any identification on them

5    that you saw?

6         A    No.

7         Q    You own the Kuk Sool Won School?

8         A    Yes.

9         Q    You are the owner and the head instructor?

10        A    Yes.

11        Q    Are there other instructors there?

12        A    Yes.

13        Q    How many other instructors?

14        A    One.

15        Q    Who is that?

16        A    Russell Moore.

17        Q    Is he a partner in the company?

18        A    No.

19        Q    When you were unable to teach did he teach

20   your classes?

21        A    Yes.

22        Q    Did he teach all of your classes?

1       A     Yes.

2       Q     So the students in your classes continued to

3    pay the fee that they had paid before?

4       A     Those that stuck around.

5       Q     And this person that works for you, what do

6    you pay him?

7             MR. LATTIMER:  Objection as to relevance and

8    materiality.

9    BY MR. MILSTEIN:

10      Q     Go ahead.  What do you pay him?

11      A     At that time it was $15 an hour.

12      Q     Did you have to pay him any extra for

13   teaching your classes?

14      A     Yes.

15      Q     How much extra did you have to pay him?

16      A     It was more hours worked.

17      Q     And that's what I am trying to find out.

18      A     Right.

19      Q     How much -- how much more --

20      A     How much more did I pay him?

21      Q     How many hours did he have to work to teach

22   the classes that you could not teach?

61

1      A    I'm not sure.  I calculated it up someplace,

2  but I couldn't tell you right offhand.

3      Q    It was only one month that you were not able

4  to teach, correct?

5           MS. MORAN:  Objection.

6           THE WITNESS:  Yes.  One month is a long

7  time.

8  BY MR. MILSTEIN:

9      Q    No, I understand.  And these classes, are

10  they daily classes?

11     A    Yes, sir.

12     Q    So you teach every day?

13     A    Every day.

14     Q    And how long do you -- how many hours a day

15  do you teach?

16     A    Four to five hours a day.

17     Q    And this other fellow who works for you,

18  before the incident how many hours a day did he work?

19     A    Two to three.

20     Q    And when he was filling in for you how much

21  did he work?

22     A    Four to five, possibly five to six just

1    depending on how things went.

2        Q    Is this five days a week, six days a week?

3        A    Five days a week.

4        Q    So he worked an additional I think -- how

5    many more hours a day did he work?

6             MS. MORAN:  Objection, asked and answered

7    that he didn't know.

8    BY MR. MILSTEIN:

9        Q    How many more days a week did he work while

10   he was filling in for you, about?

11            MS. MORAN:  Objection.

12            THE WITNESS:  How many -- one more time on

13   the question, please?

14   BY MR. MILSTEIN:

15       Q    You told me how many hours he normally

16   worked with you.  I think you said two?

17       A    Two to three hours a day.

18       Q    That he normally worked?

19       A    That he normally worked.

20       Q    And when he was filling in for you he was

21   working how many hours?

22            MS. MORAN:  Objection, witness already said

63

```
 1   he didn't know.

 2            MR. MILSTEIN:  Please.

 3   BY MR. MILSTEIN:

 4       Q    When he was filling in for you how many

 5   hours did he work?

 6       A    Let's say four to six.

 7       Q    Four to six.  So he worked an additional

 8   three to four hours?

 9       A    Yes, sir.

10       Q    At $15 an hour?

11       A    Yes, sir.

12            MS. MORAN:  Objection.

13            MR. MILSTEIN:  Correct?

14            THE WITNESS:  Yes.

15            MS. MORAN:  Objection.

16            MR. MILSTEIN:  But the students kept paying

17   the same pay they paid before?

18            MS. MORAN:  Objection, asked and answered.

19            MR. MILSTEIN:  Correct?

20            MS. MORAN:  Objection, asked and --

21            MR. MILSTEIN:  You made your objection, all

22   right?
```

1            MS. MORAN:  I'm going to keep making --

2            MR. MILSTEIN:  Then make them -- you know,

3    just act like a professional for once in your life.

4    Act like a professional so I can finish the

5    deposition.

6            MR. WATSON:  Why don't you act like a

7    professional and move on?

8            THE WITNESS:  Can I go to the bathroom?

9            MS. MORAN:  Yes.

10           You need to watch yourself.  You need to

11   practice what you preach.

12           MR. MILSTEIN:  No, I don't need to watch

13   myself.

14           MS. MORAN:  Yes, you do.  You are the

15   only --

16           MR. MILSTEIN:  You just need to

17   understand --

18           MS. MORAN:  You are the only person in the

19   room being unprofessional.

20           MR. MILSTEIN:  You need to understand --

21           MS. MORAN:  You are the only person in the

22   room being unprofessional.  Maybe you could take some

1    lessons from your colleague over there.

2            MR. MILSTEIN:  Give me a break.

3            MS. MORAN:  You give us a break.  Out of

4    control.  Let the record reflect that Mr. Milstein is;

5    lunging across the table upset.

6            MR. MILSTEIN:  Lunging?  Yeah, that's -- I

7    don't recall lunging.

8            (Brief recess from 11:26 to 11:28 a.m.)

9            MR. MILSTEIN:  Can you read the last

10   question back?

11           (Whereupon, the reporter read the record as

12           requested.)

13           THE WITNESS:  Okay.

14           MR. LATTIMER:  What was the question?  Could

15   you read the question again?

16           MR. MILSTEIN:  The students had paid the

17   same they had paid before.

18           MR. LATTIMER:  Oh.

19           THE WITNESS:  Those --

20           MR. MILSTEIN:  Even though you weren't

21   teaching?

22           THE WITNESS:  Those that stuck around.

66

```
 1              MS. MORAN:  Objection -- hold on, Marlin,
 2   let me put my -- please pause because I definitely
 3   want to get my objection on the record.
 4              THE WITNESS:  Okay.
 5              MS. MORAN:  Objection, asked and answered.
 6   BY MR. MILSTEIN:
 7       Q    Go ahead.  Go ahead.
 8       A    Those that stuck around.
 9       Q    And when they would make payments, they
10   would make payments to the school; is that right?  Is
11   that correct?
12       A    Yes.
13       Q    I take it your medical bills were covered by
14   health insurance for the most part?
15              MS. MORAN:  Objection.
16              MR. LATTIMER:  Objection as to relevance and
17   materiality.
18              MR. MILSTEIN:  Go ahead.  You can answer.
19              THE WITNESS:  Other than co-payments and
20   prescriptions.
21              MR. MILSTEIN:  All right, that's all I have.
22              MR. LATTIMER:  We will read.
```