# Exhibit D

```
0001
 1                UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3      - - - - - - - - - - - - - -x
 4      MARLIN GODFREY, et al.,     :
 5              Plaintiffs,         :
 6      v.                          :Civil Action No.
 7      ALLEN IVERSON, et al.,      :1:05-cv-2044(ESH)(DAR)
 8              Defendants.         :
 9      - - - - - - - - - - - - - -x
10                          Washington, D.C.
11                          Thursday, September 28, 2006
12              Deposition of DAVID A. KITTRELL, a
13      witness herein, called for examination by counsel
14      for Defendants in the above-entitled matter,
15      pursuant to notice, the witness being duly sworn
16      by CATHERINE S. BOYD, a Notary Public in and for
17      the District of Columbia, taken at the Law
18      Offices of Gregory L. Lattimer, PLLC, 1100 H
19      Street, N.W., Washington, D.C.  20005, at 10:29
20      a.m., Thursday, September 28, 2006, and the
21      proceedings being taken down by Stenotype by
22      CATHERINE S. BOYD and transcribed under her direction.
```

```
0046
 1        Q.   You indicate or the complaint indicates
 2   that Mr. Grant and Mr. Fitzgerald noticed some
 3   hostility being directed by Allen Iverson's
 4   security staff and agents toward other, the other
 5   party in the VIP section.
 6             What does that mean?  What did you
 7   notice?
 8             We noticed or I noticed specifically
 9   from the time that the security and that whole
10   party came in -- well, the party was too large
11   for the section, and where my table and guests
12   ended, they came in and literally stood not
13   facing in on their table, but facing out towards
14   ours.
15             I mean that's where they stayed kind of
16   like as a wall, and you know, between, you know,
17   guests trying to come in and out of the section,
18   you know, there was no movement to get out of the
19   way or you know, to let someone slide.
20             It's just like, you know, I'm here, you
21   move around me kind of thing, and you know, just
22   the exchange of words, me offering them drinks,
```

```
0054
 1   and of course, you know, periodically fights
 2   break out, I'll leave, you know, and now there's
 3   always security at any of our tables, so --
 4        Q.   You say your mom gave you some
 5   counseling?
 6             What's your mother's background?
 7        A.   She has a Masters in social work and
 8   counseling.
 9             She has a Master of Divinity from
10   Wesley Theological Seminary.
11        Q.   How many times have you met with your
12   mother to discuss the psychological injuries
13   you're describing?
14        A.   Several; over ten.
15        Q.   What days did you meet with your mother
16   to discuss this?
17        A.   I don't recall right now.
18        Q.   How long were you, were these ten
19   sessions in duration?
20        A.   You know, 45 minutes, hour; you know,
21   they all varied.
22        Q.   When was the first time that you met
```