# Exhibit F

```
                                                     1

 1        SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

 2                       Civil Division

 3
     - - - - - - - - - - - - -x
 4                            :
     MARLIN GODFREY, et al.,   :
 5                            :
              Plaintiffs,      :
 6                            :
       - vs -                  :    Civil Action No.
 7                            :      05-0007-327
                              :
 8   ALLEN IVERSON,            :
                              :
 9            Defendant.       :
                              :
10   - - - - - - - - - - - - -x

11                                    Washington, D.C.

12                                    Tuesday, April 25, 2006

13

14   Deposition of:

15                    CURTIS FITZGERALD

16   a witness, was called for oral examination by counsel

17   for the Defendant, in the offices of Ford & Harrison,

18   1300 19th Street, N.W., Suite 700, Washington, D.C.

19   20036, commencing at approximately 10:27 a.m., on

20   Tuesday, April 25, 2006, before Deborah L. Spear, a

21   Notary Public in and for the District of Columbia,

22   when were present on behalf of the respective parties:
```

70

```
 1   difference.  He travels.  My job doesn't allow me to
 2   travel.  Like I used to before I started working at
 3   the position I'm in now, I was able to travel, but I'm
 4   not able to travel.  I'm a grounded person.  So I work
 5   nightclubs in the city.
 6        Q    Did you ever work with him before?
 7        A    No.
 8        Q    So you all never -- you were never part
 9   of --
10        A    Other -- other -- other than like we did a
11   party at mansions -- at a mansion once, and he was
12   working security there at the party, maybe like four
13   years ago.  Broadwater Estates, Broadwater Estates
14   Mansion.  So we worked there.
15        Q    Did you work the LaVar Arrington party?
16        A    Uh-huh.
17             MS. MORAN:  Is that a yes?
18             THE WITNESS:  Yes.  Yes.  I'm sorry.
19   BY MR. LATTIMER:
20        Q    Did Jason work that party?
21        A    No.
22        Q    Any of the Horsemen work that party?
```

71

```
 1      A    No.  That was all my -- that was all my
 2  security detail.
 3      Q    That was all your security detail?
 4      A    Uh-huh.
 5      Q    Now, were there any other athletes in the
 6  club that night?
 7      A    Yes.
 8      Q    Who else?
 9      A    Steve Francis was there, him and his
10  security detail, they were on the other end of the
11  club.
12      Q    Okay.  Now, did you know the people in his
13  security detail?
14      A    No.
15      Q    They weren't -- none of them were part of
16  the Horsemen?
17      A    Huh-uh.
18      Q    None of them worked with Jason before?
19      A    No.  No.  The Horsemen don't usually guard
20  Steve Francis.
21      Q    Did any of them get involved in the
22  altercation that you recall?
```