# Exhibit G

```
0001
 1          SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
 2                        Civil Division
 3
     - - - - - - - - - - - - - x
 4                             :
     MARLIN GODFREY, et al.,   :
 5                             :
                 Plaintiffs,   :
 6                             :
       - vs -                  :    Civil Action No.
 7                             :      05-0007-327
                               :
 8   ALLEN IVERSON,            :
                               :
 9               Defendant.    :
                               :
10   - - - - - - - - - - - - - x
11                                    Washington, D.C.
12                                    May 19, 2006
13
14   Deposition of:
15                    NIKEITH GOINS
16   a witness, was called for oral examination by counsel
17   for the Defendant, in the offices of Ford & Harrison,
18   1300 19th Street, N.W., Suite 700, Washington, D.C.
19   20036, commencing at approximately 2:20 p.m., on
20   Friday, May 19, 2006, before Deborah L. Spear, a
21   Notary Public in and for the District of Columbia,
22   when were present on behalf of the respective parties:
```

```
0050
 1      A     You said do I know the Horsemen, I said --
 2            MR. TUCKER:  You didn't ask anything.
 3            MS. MORAN:  I did ask him.
 4            MR. TUCKER:  Go ahead.
 5            MS. MORAN:  Is that an objection?
 6            MR. TUCKER:  Go ahead, I'm not saying
 7   anything.
 8   BY MS. MORAN:
 9      Q     My question is have you -- well, this may
10   not be the same way I phrased it, so I will move on.
11   Have you heard of a group referred to as the Horsemen?
12      A     Heard?  I think a detective mentioned
13   something one time, but I don't -- I don't -- I don't
14   call nobody the horse -- I don't know no Horsemen like
15   that.
16      Q     My question is have you heard of a group
17   referred to as the Horsemen?
18      A     I heard a detective say something about a
19   Horsemen one time, but that's through a detective, I
20   don't --
21      Q     What detective?
22      A     I don't know, it's been a while.  It's been
0051
 1   a while.
 2      Q     Was he African American?
 3      A     African American detective.
 4      Q     What year did he refer to the Horsemen?
 5      A     Four years ago, something like that.
 6      Q     And in what context did he refer to the
 7   Horsemen?
 8      A     I guess he was doing some investigation
 9   because he was -- because he -- as a matter of fact he
10   was asking us, he was doing an investigation or
11   something.  I was like I really can't tell you nothing
12   about --
13      Q     He was doing an investigation on the
14   Horsemen?
15      A     Yeah.  I think it was -- I think it was
16   Detective Duncan.
17      Q     Detective -- a man, a woman?  You said a
18   man?
19      A     Man, Detective Duncan, that's who it was.
20      Q     What's Detective Duncan's first name?
21      A     I don't know.
22      Q     Is he a detective at the --
0052
 1      A     First D, yeah, First District.
 2      Q     First D.  Is he there now?
 3      A     Yeah, he usually work at night.  He usually
 4   work nights.  That's who it is.
 5      Q     All right, great.  Okay, so he said he was
 6   investigating the Horsemen?
 7      A     He was doing some type of investigation in
 8   reference to the Horsemen.
 9      Q     Right.
10      A     But I mean I don't know about the
11   investigation because I don't --
12      Q     That's fine.
13      A     That's his thing, he's a detective.
```

```
14        Q    That's fine.  Did you understand that the
15   Horsemen to refer to people who provide security
16   services?
17        A    No, not -- not that I know of.
18        Q    Did you ever -- have you ever heard of the
19   Horsemen being people who provide security service?
20        A    No.
21        Q    Do you know Terrance Williams?
22        A    Can you describe him to me?
0053
1         Q    Well, do you know anybody that you think is
2    named Terrance Williams?
3         A    I really can't answer the question because I
4    know a lot of people by face.  I don't know their
5    names.  I don't know them -- I don't know them
6    personally.
7         Q    Do you know someone referred to as Little
8    Jay?
9         A    Little Jay?  If it's the person I described
10   earlier, a short guy, brown-skinned guy, that's
11   Mr. Kane's cousin?
12        Q    I don't know.  I am asking you.  I'm trying
13   to find out.
14        A    That's what I am telling you, I'm describing
15   him to you.  If you describe him to me, I can tell you
16   yes or no, but I really can't tell you, I don't have a
17   personal bond with them.
18        Q    Without putting a face and a name together,
19   have you heard of anybody referred to as Little Jay
20   who travels around Jason Kane?
21             MR. TUCKER:  Objection.
22             THE WITNESS:  Not that I know of, I don't
0054
1    know the names.
2    BY MS. MORAN:
3         Q    Have you ever heard the name Mo, anyone
4    referred to as Mo, who travels or is around Jason Kane
5    to your knowledge?
6         A    I'm going to say no at this time because I
7    can't --
8         Q    Okay, all right.  Do you play sports?
9         A    I used to.
10        Q    What did you used to play?
11        A    Football, basketball.
12        Q    Do you watch sports?
13        A    Yes.
14        Q    Are you a fan of Allen Iverson's?
15        A    I'm a Wizard's fan.  I mean he's a good
16   basketball player, but I'm a Wizard fans, a Laker fan,
17   so....
18        Q    Wizards or Lakers?
19        A    I'm a Wizard and -- I'm a Wizard -- I'm
20   home -- I go with the hometown team first, but then I
21   like -- I like -- I like Kobe Bryant, Kobe, you know,
22   so I like the Lakers.
```

```
0077
 1   BY MS. MORAN:
 2        Q    Okay.  So the gentleman who was in the
 3   videotape you identified in the red shirt, bald head
 4   guy?
 5        A    Uh-huh.
 6        Q    In the news tape and in the picture, page 1
 7   that you identified as Jason's cousin?
 8        A    Yeah.
 9        Q    Was he at the club, at the Eyebar the night
10   that you were there?
11        A    Yes, I believe so.
12        Q    Okay.  All right.
13        A    I believe so.  The reason why I say that is
14   because, like I say, I have been around him several
15   times since they been together since then.  So, you
16   know, it all runs together, but to my -- as I recall I
17   believe so, yes.
18        Q    Let's talk about that for a second.  When
19   have you -- since July of '05 when have you been
20   around Jason Kane?
21        A    How many times I have been around him?
22        Q    Yes.
0078
 1        A    Several.
 2        Q    More than four?
 3        A    Yes.
 4        Q    More than five?
 5        A    I can't recall.  I mean I am going to say
 6   so, yes, because --
 7        Q    Okay.  Can you tell me some of the places
 8   you remember being around him from 2000 -- July of '05
 9   until today?
10        A    One time Ben's Chili Bowl he was -- when I
11   was going -- I was heading that way on U Street to get
12   something to eat, him, Mr. Iverson, and I think it was
13   Edward Darwell who played for Philadelphia 76ers, and
14   a couple other guys were standing in front of Ben's
15   Chili Bowl, and I pulled over.  We had a conversation.
16   Like I say, I went up, approached Mr. Kane, I was
17   rapping with him.  Mr. Iverson came over, you know,
18   because he know me from seeing from time to time, he
19   come and spoke to me, asked him how he was doing, how
20   you doing, bla-bla-blasé, and, you know, he went back
21   over to his party, and I kept conversing with
22   Mr. Kane, and then I left.
0079
 1        Q    And when about was this?
 2        A    I don't -- I can't tell you the date, last
 3   summer sometime.
 4        Q    After the incident at the Eyebar that you
 5   are being questioned about today?
 6        A    I believe so.  This was last summer.  It was
 7   at Ben's Chili Bowl, which is like 12th and U,
 8   something like that, 13th and U.
 9        Q    Okay, and you said Mr. Iverson was there and
10   Mr. Kane was there?
11        A    Uh-huh.
12        Q    Any of the people in the pictures, were they
13   there?
```

```
14      A     There was a couple other guys -- it was a
15  bunch of guys.  I can't tell you everybody who was out
16  there, but I know because when I saw Mr. Kane I pulled
17  over and talked to him.
18      Q     Okay, all right.
19      A     And Mr. Iverson came over to us, and he
20  spoke, you know, we acknowledged each other, and he
21  went back to his parties.
22      Q     Okay.  And who were you with?
0080
 1      A     I was by myself.
 2      Q     Okay.
 3      A     I was by myself.
 4      Q     All right, so that's one occasion you
 5  remember seeing Mr. Kane.
 6      A     I saw Mr. Kane another time, we was -- a
 7  couple times down at H2O.
 8      Q     Was he working?
 9      A     I believe so.
10      Q     Okay.  What led you to believe he was
11  working?
12      A     Because he was in earlier.  I know he
13  usually just don't go to clubs unless something is
14  going -- something is going on.
15      Q     All right, and who was he with when you saw
16  him on that occasion?
17      A     At the time me and my partner was handling a
18  situation that was out front of the club, and it just
19  so happened when I turned around Mr. Kane had walked
20  up, and he asked some guys to back up while we
21  handled, handled the situation that was going on.
22  Some gentlemen was about to get into an altercation.
0081
 1      Q     Okay, what club was this?
 2      A     This is down by H2O.
 3      Q     Was it in front of the Zanzibar or in front
 4  of --
 5      A     H2O.
 6      Q     It was in front of --
 7      A     We was -- it wasn't in front of H2O.  It was
 8  on -- you know where that valet parking is at right
 9  there, the little side?
10      Q     Okay.
11      A     The little indention that comes around like
12  that, right there, I saw Mr. Kane.  I also saw him
13  last week.
14      Q     Move on for one second -- I mean before we
15  move on for one second.
16      A     Okay.
17      Q     At the H2O occasion who did you see with
18  Jason Kane, if anyone?
19      A     At that time that I am describing now I only
20  saw him, because we was handling something.  He
21  walked -- he saw -- he saw us over there, and he came
22  over to make sure everything was all right.  He saw us
0082
 1  over there.
 2      Q     All right.
 3      A     Me and my officer -- me and my partner,
 4  Officer Phillips, Officer Phillips was with me at the
```

```
 5    time.
 6         Q    Okay.  What's Officer Phillips' first name?
 7    That might be a common name.
 8         A    Richmond.
 9         Q    Richmond?
10         A    Yes.
11         Q    Okay.  And then you said you saw Mr. Kane
12    last week?
13         A    Last weekend.
14         Q    Where?
15         A    H2O.
16         Q    And what was he doing at H2O last weekend?
17         A    Escorting -- when I saw him he was escorting
18    Mr. Iverson.
19         Q    Last weekend?
20         A    Yes.
21         Q    Okay, and who -- so do you know what day
22    last weekend?
0083
 1         A    Last Saturday night, Sunday morning.
 2         Q    Around what time?
 3         A    Wee hours, one, two, I don't know.  I really
 4    didn't look at my watch, you know.  I mean we had
 5    checked off, we had to check off because we had an
 6    event down there, so we wouldn't have been there late,
 7    but I saw him -- I saw him earlier we went in there --
 8    I told him -- we was doing something, and I told him I
 9    would talk to him later, I'd talk to him -- I didn't
10    get a chance to talk to him.  So then when I saw him
11    again he was escorting -- he was escorting Mr. Iverson
12    out of the club, because the club was like real
13    packed, and it was like people was trying to get into
14    the VIP room, and he was trying to get him out to take
15    him away.
16         Q    And do you know the date of last Saturday?
17         A    The 13th, 13th.
18         Q    Okay, the day before Mother's day?
19         A    Yes.
20         Q    And you are certain?
21         A    Yes.
22         Q    So I want to back up a little bit.  I want
0084
 1    to talk about that.
 2         A    Uh-huh.
 3         Q    All right, what time did you get to H2O that
 4    last Saturday?
 5         A    Around -- a little after 11.
 6         Q    Around 11?  And why were you there?
 7         A    I was working.
 8         Q    And were you working alone?
 9         A    No, Officer Phillips and Officer Hinton was
10    working with me.
11         Q    Okay.  And were you -- you were working for
12    the club directly?
13         A    Yes.
14         Q    And how much do you make when you work
15    there?
16         A    Whatever my overtime is on my check.  I mean
17    I --
18         Q    I see.  So the D.C. Police Department
```

```
19    arranges for you to work at a club?
20        A    H2O and Abdul pays Metropolitan Police
21    Department, and Metropolitan Police Department details
22    the officers down there.
0085
 1        Q    I see.  And I am just trying to get an idea
 2    of what people make who do this type of work.  So
 3    that's why I am asking the question.
 4        A    I never calculated it.  Whatever time and a
 5    half is.  It's time and a half.
 6        Q    So you get -- so anytime you do this you get
 7    time and a half?
 8        A    Yes, overtime.
 9        Q    Okay, and what's your hourly rate?
10        A    I think about 28 dollars an hour or
11    something.
12        Q    About 28?
13        A    Dollars an hour, something like that.
14        Q    So if you get time and a half, you are going
15    to -- you get another 28 plus half --
16        A    Yes, I guess so.
17        Q    -- of 28?
18        A    Yeah.
19        Q    On top of the base hour?
20        A    Yes, that's for OT.
21        Q    Okay, so -- all right.  So you were there
22    about eleven o'clock working.  You said Officer
0086
 1    Richmond Phillips was there?
 2        A    Yes.
 3        Q    And what other officer?
 4        A    Officer Hinton.
 5        Q    H-E-N-T-O-N?
 6        A    H-I-N-T-O-N.
 7        Q    All right, and what is his first name?
 8        A    I think it's Troy, Troy, Troy, T-R-O-Y.
 9        Q    Troy, all right.  And so they were working
10    with you.  Do you know if they saw Mr. Iverson there
11    that night?
12        A    I'm not sure.  I don't know if it's --
13    because I -- I don't know if it was the time when I
14    first saw him when I was going to the bathroom or --
15    because I saw him first time, and then I told him I
16    would talk to him later, and I didn't even get a
17    chance to talk to him.  It was kind of hectic down
18    there.  And the next time I saw him he was escorting
19    Mr. Iverson out of the club, they was leaving.
20        Q    Okay, I just want to take it slow because I
21    want to be -- I just want to understand everything.
22        A    Uh-huh.
0087
 1        Q    When you were at the bathroom around what
 2    time did you first see Mr. Kane?
 3        A    I really can't tell you.
 4        Q    Okay.
 5        A    I mean I wasn't watching my watch.
 6        Q    Okay, so you saw him and you were by the
 7    bathroom?
 8        A    Yeah.  I was coming through to the bathroom.
 9    I was coming through.
```

```
10      Q    Okay, on which floor?
11      A    When you first come in.
12      Q    When you first come in the main entrance at
13 H2O?
14      A    Main, yeah.
15      Q    To the left?
16      A    To the right.
17      Q    To the right, okay.
18      A    Because I usually go to the restroom which
19 is in the VIP room because it is easier access and it
20 is not as crowded.
21      Q    So you are in there and you are to the
22 right, okay, you are to the right.  And you are in the
0088
 1 room -- there is a bar in that room?
 2      A    Which room are you referring to, the one --
 3 because I have to go through a door to get to the VIP
 4 room or the first room that I walk, when I walk
 5 through when I walk in the club.
 6      Q    Okay.  All right, so you thought -- and what
 7 was Mr. Kane doing at the first moment you saw him?
 8      A    He was -- he was -- he was walking through.
 9      Q    By himself?
10      A    Well, I don't know who was -- it was --
11 people was on top of people.
12      Q    All right.
13      A    So, you know, I saw him, you know, and I was
14 like, hey, what's up, you know.
15      Q    Okay.
16      A    I said I will holler at you later outside,
17 you know, because it was --
18      Q    Okay.
19      A    -- music playing, it is crowded.  So I
20 really couldn't, you know --
21      Q    Okay, all right.
22      A    We couldn't hold no conversation right
0089
 1 there.
 2      Q    All right.  And so then how much time passed
 3 from then and the time you saw him again?
 4      A    About an hour or so, hour or two, something
 5 like that.
 6      Q    Okay, and then tell me exactly what -- from
 7 the first second you saw him again what you observed?
 8      A    First I was going, I was going back through
 9 to go back to the VIP room, and when I was going back
10 through I saw him, they was coming out.
11      Q    Who is they?
12      A    I saw Mr. Kane and Iverson.
13      Q    Okay.
14      A    Because he had him like on his -- like
15 coming through like on his shoulders.
16      Q    Who had who?
17      A    Mr. Kane like had him, like --
18      Q    Mr. Kane had -- for the record --
19      A    Yeah, had Iverson.
20      Q    Mr. Kane had Mr. Iverson?
21      A    Yeah, like this, like, you know, coming --
22 like he'd come bring him through like, you know --
0090
```

```
 1      Q    Okay, let -- I want the record to reflect
 2   because the court reporter -- you know, we can see
 3   you.
 4      A    Yeah.
 5      Q    But when they are reading the transcript --
 6      A    Okay.
 7      Q    So you are reflecting that Mr. Kane was
 8   holding Mr. Iverson by his shoulders?
 9      A    Yeah.  He was like kind of like covering
10   him, covering him, you know, like --
11      Q    Okay.  So Mr. Kane is kind of behind
12   Mr. Iverson?
13      A    Yeah, like this, like kind of like on him,
14   like, you know.
15      Q    Okay, so I'm going to --
16      A    Because there is so many people it was
17   like --
18      Q    I understand.
19      A    It was like you got to push through to get
20   through it was so crowded.
21      Q    Okay, I am going to pause for a second
22   because I'm going to try to describe for the record.
0091
 1      A    Uh-huh.
 2      Q    So I want to des -- I'm going to describe
 3   for the record.  So Mr. Kane is behind Mr. Iverson
 4   with his two hands kind of from over Mr. Iverson's
 5   back into the front of him?
 6      A    Uh-huh.  Uh-huh.
 7      Q    And where were the palm of his hands?
 8      A    I -- I --
 9      Q    Were they resting on Mr. Iverson or were
10   they touching Mr. Iverson?
11      A    I can't tell you where his hands at.  I know
12   his arm -- his arm was in like a covering motion.
13      Q    Okay.
14      A    Like this, and he was escorting, squeezing
15   through the crowd.
16      Q    Okay.  So if I am hugging the chair, if the
17   chair is Mr. Iverson, Mr. Kane's arm is around the
18   back of Mr. Iverson?
19      A    Yeah, like up around --
20      Q    And coming up around his shoulder?
21      A    Like up around his shoulder, yeah, like up
22   around --
0092
 1      Q    Like hugging him?
 2      A    Yeah.
 3      Q    All right, and then that would be his right
 4   hand that was doing that?
 5      A    Yes, I believe.
 6      Q    And then what was the other hand doing?
 7      A    It was like, you know, like in front of him
 8   like this.
 9      Q    Okay, so the other hand, the left hand --
10      A    Right, yeah.
11      Q    -- would have been coming around
12   Mr. Iverson's arm?
13      A    Yeah, like in front of him.
14      Q    And shoulder in front of him?
```

```
15      A    Like if this is Iverson, he is in front of
16 him --
17      Q    Okay.
18      A    -- like covering him.  Because there is so
19 many people, you know, getting through the crowd so
20 nobody won't just grab him.
21      Q    All right.  And so it was clear that he was
22 protecting Mr. Iverson?
0093
 1      A    Yes.
 2      Q    Did you have any conversation about Mr. --
 3 with Mr. Kane at any point as to whether he was
 4 actually working for Mr. Iverson that night?
 5      A    No, because I -- because once they left out
 6 that was it.
 7      Q    Okay.
 8      A    And something else happened, and I wound up
 9 going down by the Zanzibar.
10      Q    I have an idea.  Can I take a picture of you
11 doing that?
12      A    Uh-huh.
13           MR. TUCKER:  Who is he going to do it to?
14 BY MS. MORAN:
15      Q    I mean it's just I think clearer.  If you
16 want to show me -- the chair is Mr. Iverson.
17      A    Uh-huh.
18      Q    Show me just -- and don't move because I am
19 going to have to take a still shot --
20      A    Right.
21      Q    -- of how you are saying -- okay, you are
22 Mr. Kane?
0094
 1      A    Yes.
 2      Q    And the chair is Mr. Iverson?
 3      A    Yeah.
 4      Q    All right.  Did you see anyone else that you
 5 recognize from the pictures there that night --
 6      A    No.
 7      Q    -- at the H2O?
 8      A    All I saw was just them two.
 9      Q    All right, and did you see whether they got
10 into a vehicle?
11      A    No, I didn't see nothing.  Like I said, an
12 event occurred, there was a shooting down the street,
13 and I responded to that.
14      Q    At the Zanzi --
15      A    Yes.
16      Q    Was the shooting at the Zanzibar?
17      A    Yes, Zanzibar.
18      Q    Okay.  All right, now, normally -- now have
19 you seen Jason Kane on any other instances since last
20 July '05 until today?  We talked about Ben's Chili
21 Bowl, H2O where you saw Jason Kane only.
22      A    Several times, I saw him several times.
```

```
0173
 1   business, so...
 2             MR. TUCKER:  I think that's it, but give me
 3   one second.
 4             I think that's it.  That's all I've got.
 5             MS. MORAN:  I have three questions.
 6        RE-EXAMINATION BY COUNSEL FOR PLAINTIFFS
 7   BY MS. MORAN:
 8        Q    Did you give a written statement to Dwayne
 9   Stanton?
10        A    No.
11        Q    Did you give a written statement to
12   anyone --
13        A    No.
14        Q    -- regarding the incident?
15        A    No.
16        Q    Has Jason ever given you any money?
17        A    No.
18        Q    Are you aware of LaVar Arrington, that there
19   was a shooting at the LaVar Arrington party?
20        A    Probably so, I mean I can't recall, I
21   mean --
22        Q    Are you aware Jason Kane -- are you aware of
0174
 1   whether Jason Kane worked that night?
 2        A    Not that I recall.  He never mentioned
 3   anything to me about it.
 4        Q    All right.
 5        A    Like I say, we are friends, but, you know,
 6   being as though I am a police officer, I guess -- you
 7   know, people ain't going to tell you everything.  So I
 8   don't -- you know, I can't really tell you nothing
 9   about it.
10        Q    And my last question is does Morgan Williams
11   go by any other name?
12        A    No.
13             MS. MORAN:  That's it.
14             MR. TUCKER:  I'm done.  Thanks a lot.  I
15   appreciate you coming.
16             THE WITNESS:  No problem.
17             MS. MORAN:  You have the right to read this
18   transcript to make corrections and so on.
19             THE WITNESS:  Uh-huh.  Uh-huh.
20             MS. MORAN:  You have to let the reporter
21   know whether you want to do that.  You can't like
22   change -- if you realize, oh, no, I should have said
```