**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARLIN GODFREY, *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Civil Action No. 05-2044 (ESH) |
| ALLEN IVERSON, *et al.*, | * |
| Defendants. | * |

**DEFENDANTS' PROPOSED VERDICT FORM**

**I.   Assault and Battery**

    **A.   Assault (Kane - Godfrey)**

    1.   Do you find by a preponderance of the evidence that Defendant Kane threatened or attempted to cause physical harm or offensive contact with Plaintiff Godfrey?

          \_\_\_\_\_   \_\_\_\_\_
          Yes     No

    2.   Do you find by a preponderance of the evidence that Defendant Kane intended to cause physical harm or offensive contact with Plaintiff Godfrey or to place Plaintiff Godfrey in fear of such imminent harm or contact?

          \_\_\_\_\_   \_\_\_\_\_
          Yes     No

    3.   Do you find by a preponderance of the evidence that Defendant Kane appeared at that time to have the ability to do the harm or offensive contact?

          \_\_\_\_\_   \_\_\_\_\_
          Yes     No

    4.    Do you find by a preponderance of the evidence that Plaintiff Godfrey was placed in apprehension of the imminent harm or contact by Defendant Kane?

        _____        _____
        Yes         No

    5.    Do you find by a preponderance of the evidence that any action by Defendant Kane would have caused a reasonable person to be placed in apprehension?

        _____        _____
        Yes         No

    6.    Do you find by a preponderance of the evidence that Defendant Kane did not act to protect himself or others from bodily injury?

        _____        _____
        Yes         No

If a preponderance of the evidence convinces you that the answer to every one of the above questions is "YES" then you may find Defendant Kane liable for assault as to Plaintiff Godfrey. If you are convinced that the answer to any one of these questions is "NO," then you must find Defendant Kane not liable for assault of Plaintiff Godfrey.

    **B.**    **Assault (Kane - Kittrell)**

    7.    Do you find by a preponderance of the evidence that Defendant Kane threatened or attempted to cause physical harm or offensive contact with Plaintiff Kittrell?

        _____        _____
        Yes         No

    8.    Do you find by a preponderance of the evidence that Defendant Kane intended to cause physical harm or offensive contact with Plaintiff Kittrell or to place Plaintiff Kittrell in fear of such imminent harm or contact?

        _____        _____
        Yes         No

      9.      Do you find by a preponderance of the evidence that Defendant Kane appeared at that time to have the ability to do the harm or offensive contact?

              _____              _____
              Yes              No

      10.      Do you find by a preponderance of the evidence that Plaintiff Kittrell was placed in apprehension of the imminent harm or contact by Defendant Kane?

              _____              _____
              Yes              No

      11.      Do you find by a preponderance of the evidence that the threat of harm such that a reasonable person would have perceived it and have been placed in apprehension?

              _____              _____
              Yes              No

      12.      Do you find by a preponderance of the evidence that Defendant Kane did not act to protect himself or others from bodily injury?

              _____              _____
              Yes              No

If a preponderance of the evidence convinces you that the answer to every one of these question is "YES" then you may find Defendant Kane liable for assault as to Plaintiff Kittrell.  If you are convinced that the answer to any one of these questions is "NO," then you must find Defendant Kane not liable for assault of Plaintiff Kittrell.

      **C.**      **Assault (Iverson - Godfrey)**

      13.      Do you find by a preponderance of the evidence that Defendant Iverson threatened or attempted to cause physical harm or offensive contact with Plaintiff Godfrey?

              _____              _____
              Yes              No

14. Do you find by a preponderance of the evidence that Defendant Iverson intended to cause physical harm or offensive contact with Plaintiff Godfrey or to place Plaintiff Godfrey in fear of such imminent harm or contact?

_____      _____
Yes         No

15. Do you find by a preponderance of the evidence that Defendant Iverson appeared at that time to have the ability to do the harm or offensive contact?

_____      _____
Yes         No

16. Do you find by a preponderance of the evidence that Plaintiff Godfrey was placed in apprehension of the imminent harm or contact?

_____      _____
Yes         No

17. Do you find by a preponderance of the evidence that the threat of harm such that a reasonable person would have perceived it and have been placed in apprehension?

_____      _____
Yes         No

18. Do you find by a preponderance of the evidence that Defendant Iverson did not act to protect himself or others from bodily injury?

_____      _____
Yes         No

If a preponderance of the evidence convinces you that the answer to every one of these question is "YES" then you may find Defendant Iverson liable for assault as to Plaintiff Godfrey. If you are convinced that the answer to any one of these questions is "NO," then you must find Defendant Iverson not liable for assault of Plaintiff Godfrey.

**D.     Assault (Iverson - Kittrell)**

19.     Do you find by a preponderance of the evidence that Defendant Iverson threatened or attempted to cause physical harm or offensive contact with Plaintiff Kittrell?

_____          _____
Yes             No

20.     Do you find by a preponderance of the evidence that Defendant Iverson intended to cause physical harm or offensive contact with Plaintiff Kittrell or to place Plaintiff Kittrell in fear of such imminent harm or contact?

_____          _____
Yes             No

21.     Do you find by a preponderance of the evidence that Defendant Iverson appeared at that time to have the ability to do the harm or offensive contact?

_____          _____
Yes             No

22.     Do you find by a preponderance of the evidence that Plaintiff Kittrell was placed in apprehension of the imminent harm or contact?

_____          _____
Yes             No

23.     Do you find by a preponderance of the evidence that the threat of harm such that a reasonable person would have perceived it and have been placed in apprehension?

_____          _____
Yes             No

24.     Do you find by a preponderance of the evidence that Defendant Iverson did not act to protect himself or others from bodily injury?

_____          _____
Yes             No

If a preponderance of the evidence convinces you that the answer to every one of these question is "YES" then you may find Defendant Iverson liable for assault as to Plaintiff Kittrell. If you are convinced that the answer to any one of these questions is "NO," then you must find Defendant Iverson not liable for assault of Plaintiff Kittrell.

    **E.**     **Battery (Kane - Godfrey)**

25. Do you find by a preponderance of the evidence that Defendant Kane directly contacted or intentionally put in motion any object that touched either Plaintiff Godfrey or something connected with Plaintiff Godfrey?

    _____ Yes     _____ No

26. Do you find by a preponderance of the evidence that Defendant Kane touched Plaintiff Godfrey without his consent?

    _____ Yes     _____ No

27. Do you find by a preponderance of the evidence that the touching was both harmful and offensive?

    _____ Yes     _____ No

28. Do you find by a preponderance of the evidence that Defendant Kane did not act to protect himself or others from bodily injury?

    _____ Yes     _____ No

If the preponderance of the evidence convinces you that the answers to all of these questions is "YES," then Defendant Kane may be liable for battery of Plaintiff Godfrey. If the answer to any of these questions is "NO," then Defendant Kane cannot be liable for battery of Plaintiff Godfrey.

6

    **F.**    **Battery (Kane - Kittrell)**

29. Do you find by a preponderance of the evidence that Defendant Kane directly contacted or intentionally put in motion any object that touched either Plaintiff Kittrell or something connected with Plaintiff Kittrell?

      \_\_\_\_\_ Yes      \_\_\_\_\_ No

30. Do you find by a preponderance of the evidence that Defendant Kane touched Plaintiff Kittrell without his consent?

      \_\_\_\_\_ Yes      \_\_\_\_\_ No

31. Do you find by a preponderance of the evidence that the touching was both harmful and offensive?

      \_\_\_\_\_ Yes      \_\_\_\_\_ No

32. Do you find by a preponderance of the evidence that Defendant Kane did not act to protect himself or others from bodily injury?

      \_\_\_\_\_ Yes      \_\_\_\_\_ No

If the preponderance of the evidence convinces you that the answers to all of these questions is "YES," then Defendant Kane may be liable for battery of Plaintiff Kittrell. If the answer to any of these questions is "NO," then Defendant Kane cannot be liable for battery of Plaintiff Kittrell.

    **G.**    **Battery (Iverson - Godfrey)**

33. Do you find by a preponderance of the evidence that Defendant Iverson directly contacted or intentionally put in motion any object that touched either Plaintiff Godfrey or something connected with Plaintiff Godfrey?

      \_\_\_\_\_ Yes      \_\_\_\_\_ No

      34.    Do you find by a preponderance of the evidence that Defendant Iverson touched Plaintiff Godfrey without his consent?

              \_\_\_\_\_              \_\_\_\_\_
              Yes              No

      35.    Do you find by a preponderance of the evidence that the touching was both harmful and offensive?

              \_\_\_\_\_              \_\_\_\_\_
              Yes              No

      36.    Do you find by a preponderance of the evidence that Defendant Iverson did not act to protect himself or others from bodily injury?

              \_\_\_\_\_              \_\_\_\_\_
              Yes              No

If the preponderance of the evidence convinces you that the answers to all of these questions is "YES," then Defendant Iverson may be liable for battery of Plaintiff Godfrey. If the answer to any of these questions is "NO," then Defendant Iverson cannot be liable for battery of Plaintiff Godfrey.

      **F.**    **Battery (Iverson - Kittrell)**

      37.    Do you find by a preponderance of the evidence that Defendant Iverson directly contacted or intentionally put in motion any object that touched either Plaintiff Kittrell or something connected with Plaintiff Kittrell?

              \_\_\_\_\_              \_\_\_\_\_
              Yes              No

      38.    Do you find by a preponderance of the evidence that Defendant Iverson touched Plaintiff Kittrell without his consent?

              \_\_\_\_\_              \_\_\_\_\_
              Yes              No

     39.    Do you find by a preponderance of the evidence that the touching was both harmful and offensive?

                    \_\_\_\_\_             \_\_\_\_\_
                      Yes               No

     40.    Do you find by a preponderance of the evidence that Defendant Iverson did not act to protect himself or others from bodily injury?

                    \_\_\_\_\_             \_\_\_\_\_
                      Yes               No

If the preponderance of the evidence convinces you that the answers to all of these questions is "YES," then Defendant Iverson may be liable for battery of Plaintiff Kittrell. If the answer to any of these questions is "NO," then Defendant Iverson cannot be liable for battery of Plaintiff Kittrell.

**II.**    **Intentional Infliction of Emotional Distress**

    **A.**    **(Kane - Godfrey)**

     41.    Do you find by a preponderance of the evidence that Defendant Kane committed an act amounting to extreme and outrageous conduct beyond the scope of any public decency?

                    \_\_\_\_\_             \_\_\_\_\_
                      Yes               No

     42.    Do you find by a preponderance of the evidence that Plaintiff Godfrey suffered severe emotional distress?

                    \_\_\_\_\_             \_\_\_\_\_
                      Yes               No

43. Do you find by a preponderance of the evidence that Defendant Kane intended to cause Plaintiff Godfrey to suffer severe emotional distress, or acted with a reckless disregard of a high probability that Plaintiff Godfrey would suffer emotional distress?

_____   _____
Yes     No

44. Do you find by a preponderance of the evidence that Defendant Kane's acts actually resulted in severe emotional distress to Plaintiff Godfrey?

_____   _____
Yes     No

If the preponderance of the evidence convinces you that the answers to all of these questions is "YES," then Defendant Kane may be liable to Plaintiff Godfrey for intentional infliction of emotional distress. If the answer to any of these questions is "NO," then Defendant Kane cannot be liable to Plaintiff Godfrey for intentional infliction of emotional distress.

**B.    (Kane - Kittrell)**

45. Do you find by a preponderance of the evidence that Defendant Kane committed an act amounting to extreme and outrageous conduct beyond the scope of all public decency?

_____   _____
Yes     No

46. Do you find by a preponderance of the evidence that Defendant Kane intended to cause Plaintiff Kittrell to suffer severe emotional distress, or acted with a reckless disregard of a high probability that Plaintiff Kittrell would suffer emotional distress?

_____   _____
Yes     No

47.  Do you find by a preponderance of the evidence that Plaintiff Kittrell suffered severe emotional distress?

      _____      _____
      Yes        No

48.  Do you find by a preponderance of the evidence that Defendant Kane's acts actually resulted in severe emotional distress to Plaintiff Kittrell?

      _____      _____
      Yes        No

If the preponderance of the evidence convinces you that the answers to all of these questions is "YES," then Defendant Kane may be liable to Plaintiff Kittrell for intentional infliction of emotional distress. If the answer to any of these questions is "NO," then Defendant Kane cannot be liable to Plaintiff Kittrell for intentional infliction of emotional distress.

    **C.**    **(Iverson - Godfrey)**

49.  Do you find by a preponderance of the evidence that Defendant Iverson committed an act amounting to extreme and outrageous conduct beyond the scope of public decency?

      _____      _____
      Yes        No

50.  Do you find by a preponderance of the evidence that Defendant Iverson intended to cause Plaintiff Godfrey to suffer severe emotional distress, or acted with a reckless disregard of a high probability that Plaintiff Godfrey would suffer emotional distress?

      _____      _____
      Yes        No

51. Do you find by a preponderance of the evidence that Defendant Iverson intended to cause Plaintiff Godfrey to suffer severe emotional distress, or acted with a reckless disregard of a high probability that Plaintiff Godfrey would suffer emotional distress?

_____ Yes        _____ No

52. Do you find by a preponderance of the evidence that Defendant Iverson's acts actually resulted in severe emotional distress to Plaintiff Godfrey?

_____ Yes        _____ No

If the preponderance of the evidence convinces you that the answers to all of these questions is "YES," then Defendant Iverson may be liable to Plaintiff Godfrey for intentional infliction of emotional distress. If the answer to any of these questions is "NO," then Defendant Iverson cannot be liable to Plaintiff Godfrey for intentional infliction of emotional distress.

**D.** **(Iverson - Kittrell)**

53. Do you find by a preponderance of the evidence that Defendant Iverson committed an act amounting to extreme and outrageous conduct beyond the scope of all public decency?

_____ Yes        _____ No

54. Do you find by a preponderance of the evidence that Plaintiff Kittrell suffered severe emotional distress?

_____ Yes        _____ No

55. Do you find by a preponderance of the evidence that Defendant Iverson intended to cause Plaintiff Kittrell to suffer severe emotional distress, or acted with a reckless disregard of a high probability that Plaintiff Kittrell would suffer emotional distress?

_____   _____
Yes     No

56. Do you find by a preponderance of the evidence that Defendant Iverson's acts actually resulted in severe emotional distress to Plaintiff Kittrell?

_____   _____
Yes     No

If the preponderance of the evidence convinces you that the answers to all of these questions is "YES," then Defendant Iverson may be liable to Plaintiff Kittrell for intentional infliction of emotional distress. If the answer to any of these questions is "NO," then Defendant Iverson cannot be liable to Plaintiff Kittrell for intentional infliction of emotional distress.

**III.   Negligent Infliction of Emotional Distress**

    **A.   (Kane - Godfrey)**

57. Do you find by a preponderance of the evidence that Defendant Kane engaged in negligent conduct?

_____   _____
Yes     No

58. Do you find by a preponderance of the evidence that Plaintiff Godfrey actually suffered serious emotional distress?

_____   _____
Yes     No

  59. Do you find by a preponderance of the evidence that Defendant Kane's negligent conduct directly and proximately caused Plaintiff Godfrey to suffer serious emotional distress?

    _____    _____
    Yes      No

If the preponderance of the evidence convinces you that the answers to all of these questions is "YES," then Defendant Kane may be liable to Plaintiff Godfrey for negligent infliction of emotional distress. If the answer to any of these questions is "NO," then Defendant Kane cannot be liable to Plaintiff Godfrey for negligent infliction of emotional distress.

  **B.** **(Kane - Kittrell)**

  60. Do you find by a preponderance of the evidence that Defendant Kane engaged in negligent conduct?

    _____    _____
    Yes      No

  61. Do you find by a preponderance of the evidence that Plaintiff Kittrell actually suffered serious emotional distress?

    _____    _____
    Yes      No

  62. Do you find by a preponderance of the evidence that Defendant Kane's negligent conduct directly and proximately caused Plaintiff Kittrell to suffer serious emotional distress?

    _____    _____
    Yes      No

If the preponderance of the evidence convinces you that the answers to all of these questions is "YES," then Defendant Kane may be liable to Plaintiff Kittrell for negligent infliction of emotional distress. If the answer to any of these questions is "NO," then Defendant Kane cannot be liable to Plaintiff Kittrell for negligent infliction of emotional distress.

    **C.**    **(Iverson - Godfrey)**

63. Do you find by a preponderance of the evidence that Defendant Iverson engaged in negligent conduct?

    \_\_\_\_\_ Yes    \_\_\_\_\_ No

64. Do you find by a preponderance of the evidence that Plaintiff Godfrey actually suffered serious emotional distress?

    \_\_\_\_\_ Yes    \_\_\_\_\_ No

65. Do you find by a preponderance of the evidence that Defendant Iverson's negligent conduct directly and proximately caused Plaintiff Godfrey to suffer serious emotional distress?

    \_\_\_\_\_ Yes    \_\_\_\_\_ No

If the preponderance of the evidence convinces you that the answers to all of these questions is "YES," then Defendant Iverson may be liable to Plaintiff Godfrey for negligent infliction of emotional distress.  If the answer to any of these questions is "NO," then Defendant Iverson cannot be liable to Plaintiff Godfrey for negligent infliction of emotional distress.

    **D.**    **(Iverson - Kittrell)**

66. Do you find by a preponderance of the evidence that Defendant Iverson engaged in negligent conduct?

    \_\_\_\_\_ Yes    \_\_\_\_\_ No

    67.    Do you find by a preponderance of the evidence that Plaintiff Kittrell actually suffered serious emotional distress?

    \_\_\_\_\_        \_\_\_\_\_
    Yes            No

    68.    Do you find by a preponderance of the evidence that Defendant Iverson's negligent conduct directly and proximately caused Plaintiff Kittrell to suffer serious emotional distress?

    \_\_\_\_\_        \_\_\_\_\_
    Yes            No

If the preponderance of the evidence convinces you that the answers to all of these questions is "YES," then Defendant Iverson may be liable to Plaintiff Kittrell for negligent infliction of emotional distress. If the answer to any of these questions is "NO," then Defendant Iverson cannot be liable to Plaintiff Kittrell for negligent infliction of emotional distress.

**IV.**    **Negligent Hiring, Training & Supervision**

    **A.**    **(Kane)**

    69.    Do you find by a preponderance of the evidence that Defendant Kane was responsible for the hiring, training, or supervision of any personnel that came into contact with Plaintiffs?

    \_\_\_\_\_        \_\_\_\_\_
    Yes            No

    70.    Do you find by a preponderance of the evidence that in hiring, training or supervising any such personnel, Defendant Kane failed to exercise the same caution, attention or skill that a reasonable person would use under similar circumstances?

    \_\_\_\_\_        \_\_\_\_\_
    Yes            No

71. Do you find by a preponderance of the evidence that Defendant Kane knew or should have known his personnel behaved in a dangerous or incompetent manner, and that despite such knowledge, he failed to adequately supervise the personnel?

\_\_\_\_\_            \_\_\_\_\_
Yes                No

If the preponderance of the evidence convinces you that the answers to all of these questions is "YES," then Defendant Kane may be liable to Plaintiffs for negligent hiring, training and supervision. If the answer to any of these questions is "NO," then Defendant Kane cannot be liable to Plaintiffs for negligent hiring, training and supervision.

**B.    (Iverson)**

72. Do you find by a preponderance of the evidence that Defendant Iverson was responsible for the hiring, training, or supervision of any personnel that came into contact with Plaintiffs?

\_\_\_\_\_            \_\_\_\_\_
Yes                No

73. Do you find by a preponderance of the evidence that in hiring, training or supervising any such personnel, Defendant Iverson failed to exercise the same caution, attention or skill that a reasonable person would use under similar circumstances?

\_\_\_\_\_            \_\_\_\_\_
Yes                No

74. Do you find by a preponderance of the evidence that Defendant Iverson knew or should have known his personnel behaved in a dangerous or incompetent manner, and that despite such knowledge, he failed to adequately supervise the personnel?

\_\_\_\_\_            \_\_\_\_\_
Yes                No

If the preponderance of the evidence convinces you that the answers to all of these questions is "YES," then Defendant Iverson may be liable to the Plaintiffs for negligent hiring, training and supervision. If the answer to any of these questions is "NO," then

17

Defendant Iverson cannot be liable to the Plaintiffs for negligent hiring, training and supervision.

V.  **Civil Conspiracy**

    A.  **(Godfrey)**

75.  Do you find by a preponderance of the evidence that Defendants Iverson and Kane had an agreement amongst themselves to participate in an unlawful act or act together in an unlawful manner?

      \_\_\_\_\_      \_\_\_\_\_
      Yes       No

76.  Do you find by a preponderance of the evidence that the Plaintiff Godfrey suffered an injury caused by an unlawful overt act performed by either Defendant Iverson or Kane pursuant to or in furtherance of their common scheme?

      \_\_\_\_\_      \_\_\_\_\_
      Yes       No

If the preponderance of the evidence convinces you that the answers to all of these questions is "YES," then Defendants may be liable to Plaintiff Godfrey for civil conspiracy. If the answer to any of these questions is "NO," then Defendants cannot be liable to Plaintiff Godfrey for civil conspiracy.

    B.  **(Kittrell)**

77.  Do you find by a preponderance of the evidence that Defendants Iverson and Kane had an agreement amongst themselves to participate in an unlawful act or act together in an unlawful manner?

      \_\_\_\_\_      \_\_\_\_\_
      Yes       No

78. Do you find by a preponderance of the evidence that the Plaintiff Kittrell suffered an injury caused by an unlawful overt act performed by either Defendant Iverson or Kane pursuant to or in furtherance of their common scheme?

      \_\_\_\_\_ Yes        \_\_\_\_\_ No

If the preponderance of the evidence convinces you that the answers to all of these questions is "YES," then Defendants may be liable to Plaintiff Kittrell for civil conspiracy.  If the answer to any of these questions is "NO," then Defendants cannot be liable to Plaintiff Kittrell for civil conspiracy.

**VI.  Damages**

**Note:** Complete the following paragraphs only if one or more of the above findings is in favor of Plaintiff.

79. We find Plaintiff Godfrey's damages to be: $_____ (stating the amount or, if none, write the word "none")

80. Could Plaintiff Godfrey have reasonably avoided any part of his damages?

      \_\_\_\_\_ Yes        \_\_\_\_\_ No

81. If yes, what percentage of fault does Plaintiff Godfrey bear? _____% (stating the percentage of fault)

82. We find Plaintiff Kittrell's damages to be: $_____ (stating the amount or, if none, write the word "none")

83. Could Plaintiff Kittrell have reasonably avoided any part of his damages?

      \_\_\_\_\_ Yes        \_\_\_\_\_ No

84. If yes, what percentage of fault does Plaintiff Kittrell bear? _____% (stating the percentage of fault)