**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARLIN GODFREY, *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Civil Action No. 05-2044 (ESH) |
| ALLEN IVERSON, *et al.*, | * |
| Defendants. | * |

**DEFENDANTS' REQUESTED VOIR DIRE QUESTIONS**

Defendants propose the following questions to submit to the jury venire panel in order to seat a fair and impartial jury:

**I.     General Background Questions**

1. Do you or any members of your family know the any of the parties in this matter?

2. Do you or any members of your family know anyone who works for the Eye Bar?

3. Do you or any members of your family know (a) any of the lawyers in this case, or (b) their law firms:

   a. Gregory L. Lattimer, Esquire; Stephanie D. Moran; Esquire, E. Gregory Watson, Esquire; Alan C. Milstein, Esquire; Matthew A. Tucker, Esquire; William R. Martin, Esquire; *and/or* Thomas R. Bundy, III, Esquire?

   b. Watson & Moran, LLC; Law Offices of Gregory Lattimer; Sherman, Silverstein, Kohl, Rose & Podolsky, PA; *and/or* Sutherland Asbill & Brennan?

4. Do any of you or your family members or close friends have any training or experience in law, including law school training, paralegal or legal secretary work, or worked for lawyers?

5. Do you have any opinions about lawyers or lawsuits which would make it difficult for you to render a fair and impartial verdict in this case?

6. The trial in this matter is expected to last approximately 1 week. Is there any reason why you would be unable to serve on a jury in this matter if the trial lasts approximately 1 week?

7. Is there any other reason not inquired into above which would make it difficult for you to render a fair and impartial verdict in this case?

8. Counsel for the plaintiffs and defendants will now read a list of all the intended witnesses to the prospective jurors.  Do you know any of individuals identified on the parties' witness lists?

9. Has any member of the jury or his or her immediate family had any experience or belief which would prevent you from fairly and impartially trying the facts and circumstances of this case?

10. Has any member of the jury or his or her immediate family ever been a Plaintiff or Defendant in any lawsuit as a party or witness? If yes, would you please explain if this would prevent you from fairly and impartially trying the facts and circumstances of this case?

11. Has any member of the jury panel performed previous services on a jury? Would such an experience prevent you from rendering a fair and impartial verdict in accordance with the evidence and instructions of this Court.

12. Do you have any feelings predisposing you to one or the other side in this case?

13. Do you feel that you can sit as a juror and decide this case without letting sympathy or prejudice interfere with your decision?

14. Do you believe that you would be able to follow the Judge's instruction even though you might disagree with what the law ought to be?

15. Do you have any bias or ill feelings toward the Defendant or the Plaintiff?

16. Do any of you have any opinion based on what you hear so far, about who should win this case?

17. You will be asked to take an oath, when you are sworn in as a member of the jury, to decide this case exclusively on the evidence. Do you feel you can do that wholeheartedly, without regard to the race, religion, or age of the parties and witnesses in this case?

18. Do you suffer any infirmities, such as a loss of hearing or sight, that would prevent you from rendering a fair and impartial judgment in this case?

19. Can each of you read, write, speak, and understand the English language?

20. Is there any juror who will be unduly burdened with financial, business, or family problems if the trial of this case goes late into the night or requires as much as five to seven days to try?

21. Do you think that you know anything about this case? Have you read anything about it or have you heard any discussions concerning it?

22. Do you or any of your close friends or relatives work or have any business connection with any of the parties to this action? (If so, would that fact influence you in any way in reaching a fair and impartial verdict in this case?)

23. Has any of you ever been represented in any legal matters by any attorney connected with this case or by the law firm with which these attorneys are associated? (If so, would that fact influence you in any way in reaching a fair and impartial verdict in this case?)

## II. Case Specific Questions

1. Has any member of the jury panel or a family member and/or a friend ever been in a physical altercation? Under what circumstances? Would that experience affect your ability to judge the facts of this case?

2. Is there anything about the Eye Bar or going to nightclubs, such as morale beliefs, that might make you feel you could not be a fair-minded, impartial member of the jury to decide where the fault lies?

3. Do any of you have any mistrust, dislike or strong feelings for Allen Iverson based on facts unrelated to this case? (If affirmative response, please bring juror to the bench for sidebar questioning).

4. Would the fact that this case involves a claim against a celebrity so influence you that you could not be fair and impartial in deciding the issues involved in this case?

5. Would the fact that this case involves a claim against a NBA player so influence you that you could not be fair and impartial in deciding the issues involved in this case?

6. Would the fact that this case involves a claim against a wealthy person so influence you that you could not be fair and impartial in deciding the issues involved in this case?

7. Do you think that it is unfair for a professional athlete to obtain a large amount of wealth? If so, would this wealth so influence you that you could not be fair and impartial in deciding the issues involved in this case?

8. Do you have any training as a security personnel or body guard?

9. How many of you feel that punitive damages is appropriate for a bar fight? (If an affirmative answer, please inquire about the full details and inquire whether this would influence the juror's ability to render a fair and impartial verdict).

10. Would you tend to believe more or disbelieve or treat the same a witness who is a celebrity?

11. Do you believe celebrities get special treatment with legal proceedings? (If affirmative response, please bring juror to the bench for sidebar questioning).

12. Do you believe a people who instigated or was otherwise involved in a fight should be equally responsible for the results of the fight?

13. Have you ever been in a bar fight? Do you believe a bar fight represents outrageous conduct?

14. Have you ever heard of the "Four Horsemen"? (If affirmative response, please bring juror to the bench for sidebar questioning).