UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARLIN GODFREY,** *et al.*, : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Civil Action No. 05-2044 |
| : | (ESH) |
| **ALLEN IVERSON,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| _____: | |

## ORDER

In order for the Court to be able to rule on the pending motions and objections, plaintiffs must provide a detailed description of the testimony of any witness they intend to call regarding Allen Iverson's knowledge of the violent propensities of Mr. Kane, and his condoning of and participation in such action (*see* plaintiffs' witnesses 8, 9, and 10 and Priest Brown in Joint Pretrial Statement), including what specific acts of violence the witness intends to testify about, the basis of his knowledge, and the facts underlying his claim that Iverson had knowledge of these acts of violence.  In addition, plaintiffs must provide a detailed description of the expected testimony of the four proposed doctors listed on page 11 of the Joint Pretrial Statement regarding Marlin Godfrey's injuries and prognosis.  If the doctor will offer an expert opinion regarding any subject, including causation or damages, the opinion must be identified, and the basis of the opinion explained.  If the doctor is testifying only as a treating physician, a summary of his expected testimony must be provided.  This information must be filed with the Court no later than noon on June 15, 2007.

Each plaintiff must specifically identify any special damages, including past or future medical expenses and past or future loss of earnings, that he seeks to recover, and set forth the

specific amounts sought. This information shall also be filed with the Court by June 15, 2007 at noon.

The parties must bring copies of all exhibits that they intend to offer into evidence to the June 19, 2007 Pretrial Conference. If an exhibit is not available at the Pretrial Conference, it will not be admitted at trial.

To the extent that it is not possible to complete the Pretrial Conference on June 19, it will be continued on the morning of June 20, 2007 at 10:30 a.m. Counsel are expected to be available at that time in the event that the Pretrial cannot be completed on June 19.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: June 11, 2007