## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

MARLIN GODFREY, et al.,                    )
                                           )
        Plaintiffs,                        )
                                           )
    v.                                     )        Case No. 1:05-CV-2044 (ESH)
                                           )
ALLEN IVERSON, et al.                      )
                                           )
        Defendants.                        )
                                           )
_____)

## ORDER

UPON CONSIDERATION of Curtis Jackson's Motion to Quash Subpoena and

Memorandum of Law in Support Thereof, it is this _____ day of _____, 2007,

**ORDERED**, that the Motion be, and hereby is, **GRANTED**; and it is further

**ORDERED**, that the Subpoena to Testify in Civil Case No. 1:05-CV-2044 (ESH) in the

United States District Court for the District of Columbia be, and hereby is, **QUASHED**; it is

further

**ORDERED**, that Curtis Jackson is awarded all his fees and costs incurred in filing this

Motion to Quash.


                                    _____
                                    Judge Ellen S. Huvelle
                                    United States District Court
                                    for the District of Columbia