**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARLIN GODFREY, et al.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No.05-2044** |
| v. ) | |
| ) | **(ESH) (DAR)** |
| **ALLEN IVERSON, et al.** ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFFS' SUPPLEMENTAL PRETRIAL SUBMISSION**

The following witnesses are expected to testify about an incident that occurred at a an establishment known as Crabber's Restaurant located in Hampton, VA. These individuals' affidavits are attached hereto as Exhibit 1.

Daryl Cooper
Arthur Simmons
Robin Isman
Priest Brown

Dr. George Malouf

Dr. Malouf is expected to testify regarding the injury to Mr. Godfrey's eye and the treatment provided therfore.

Dr. German Nader

Dr. Nader is expected to testify regarding the injury to Mr. Godfrey's shoulder and the treatment provided therefore.

Raymond Carnegie, Ph.D

Dr. Nader is expected to testify regarding the psychological injuries suffered by Mr. Godfrey and the treatment provided therefore.

Dr. Jae S. Chung

Dr. Chung is plaintiff Godfrey's primary care physician and is expected to testify as to his overall medical condition following the subject incident, his reasons for the referrals to the different medical providers seen by the plaintiff and his overall prognosis.

None of the medical providers referenced herein are expert witnesses within the meaning of that term, they are all treating physicians under the law of the District of Columbia.

As to damages, the plaintiffs state the following:

Marlin Godfrey- Medical expenses $15,000.00, lost earnings $5,000.00.

David Anthony Kittrell-Lost earnings $2,500.00.

Respectfully submitted,

Gregory L. Lattimer [371926]
1100 H Street, N.W.
Suite 920
Washington, DC 20005
(202) 638-0095


Stephanie Moran [471555]
Watson & Moran, LLC
8401 Corporate Drive, Suite 110
Landover, MD 20785
(301) 429-0505

Attorneys for the Plaintiffs