# AFFIDAVIT

STATE OF VIRGINIA        )
                         )
CITY OF HAMPTON          )

I, Priest Brown, hereby state under oath that I am over the age of 18 and have personal knowledge to the matters set forth.

1. I was present on July 10, 2005 at Crabber's Restaurant.
2. I observed Mr. Allen Iverson and security personnel at the establishment.
3. I identified the individual with the do-rag on his head in Photograph #1, as one of the six (6) individuals of the security personnel who hit me on July 10, 2005.
4. I identified the individual with the do-rag on his head in Photograph #2, as one of the six (6) individuals of the security personnel who hit me on July 10, 2005.
5. I identified the individual in the camouflage hat in Photograph #3 as one of the security personnel who hit me on July 10, 2005, and he appears to be Iverson's right hand man.
6. I identified the individual in the camouflage hat in Photograph #4 as one of the security personnel who hit me on July 10, 2005, and he appears to be Iverson's right hand man.
7. I identified the individual with the do-rag on his head in Photograph #5 as one of the security personnel who hit me, and Iverson appears to be standing to his immediate right.
8. I recognized both individuals in Photograph #6 as security personnel.
9. I identified the individual in Photograph #7 wearing the do-rag on his head as one of the six (6) individuals of the security personnel who hit me on July 10, 2005.
10. I identified the individual on the middle left of Photograph #8 wearing a white shirt with his hand on the support beam, as one of the security personnel who hit me, and I also identified the individual on the left as another one of the security personnel who hit me. The individual wearing the do-rag on his head also hit me.
11. I identified the individual in Photograph #9 in the do-rag as the same individual in the other photographs.
12. I identified the individual in Photograph #10 in the white shirt, who is dark skinned as one of the security personnel who hit me.

_____
Priest Brown

Subscribed and sworn to before me this 17th day of July, 2006.

My Commission expires: 8/31/2007

PLAINTIFF'S EXHIBIT
1

# AFFIDAVIT

STATE OF VIRGINIA    )
                     )
CITY OF HAMPTON      )

I, Robin Isman, hereby state under oath that I am over the age of 18 and have personal knowledge to the matters set forth.

1. I was present on July 10, 2005 at Crabber's Restaurant.
2. I identified the individual in Photograph #3, wearing the camouflage hat, as the doorman at Crabber's Restaurant on July 10, 2005.
3. I identified the individual in Photograph #4, with the camouflage hat, as the doorman at Crabber's Restaurant on July 10, 2005.
4. I identified Allen Iverson to be standing next to an individual in Photograph #5.
5. I identified of the two center individuals, the one on the left in Photograph #6 as the man who was brought from inside Crabber's Restaurant by the doorman (wearing the camouflage hat), who came out of the restaurant with the female security personnel.
6. I identified the individual in Photograph #7 as the man who was brought from inside Crabber's Restaurant by the doorman (wearing the camouflage hat), who came out of the restaurant with the female bouncer.
7. I identified the individual wearing a black shirt, without a do-rag to the far left in Photograph #8, as the man who was brought from inside Crabber's Restaurant by the doorman (wearing the camouflage hat), who came out of the restaurant with the female bouncer. I also identified Allen Iverson standing to the farthest right of this photograph.
8. I identified the individual wearing a black shirt, without a do-rag to the far left in Photograph #10, as the man who was brought from inside Crabber's Restaurant by the doorman (wearing the camouflage hat), who came out of the restaurant with the female bouncer.

_____
Robin Isman

Subscribed and sworn to before me this 1st day of June, 2006.

My Commission expires: 9/30/09

_____
Cynthia W. Mesic
Notary Public

# AFFIDAVIT

STATE OF VIRGINIA )
)
CITY OF HAMPTON )

I, Daryl Cooper, hereby state under oath that I am over the age of 18 and have personal knowledge to the matters set forth.

1. I was present on July 10, 2005 at Crabber's Restaurant.
2. I observed Mr. Allen Iverson and security personnel at the establishment.
3. I observed Mr. Allen Iverson and security personnel on the dance floor.
4. I observed Mr. Allen Iverson speaking with one of the security personnel while I was on the dance floor, immediately I was given a hand signal threat of 1,2,3, and sleeping hands by the security personnel, when a third pointed towards me and I was assaulted by both.
5. I observed the individual in the camouflage hat (photo #3), white shirt (photo #1) and one other individual, escort Allen Iverson out to his vehicle after the party in Crabber's had ended. I observed Allen Iverson instruct the three individuals "Lets go".
6. I identified the individual on the left, wearing a white T-shirt in Photograph #1 as one of the individuals of the security personnel.
7. I identified the individual on the right, wearing a do-rag on his head in Photograph #1 as one of the security personnel.
8. I identified the individual in the camouflage hat in Photograph #1, as one of the security personnel who, was the doorman, he appeared to be the head bouncer giving directions to other personnel.
9. I identified the individual in Photograph #2 not wearing a do-rag on his head as one of the security personnel.
10. I identified the individual in the camouflage hat in Photograph #3, as one of the security personnel and he appeared to be the head bouncer giving directions to other personnel.
11. I identified the individual with the camouflage hat and the tattoo in Photograph #4, as one of the security personnel and he appeared to be the head bouncer giving directions to other personnel.
12. I identified the individual wearing the do-rag on his head in Photograph #5 as on of the security personnel, and what appears to be Allen Iverson on his right.
13. I identified of the two center individuals, the one on the left in Photograph #6 as the first guy who could have touched me, who is also one of the security personnel.
14. I identified the individual on the right in Photograph #7, who could be the first guy to have touched me, who is also one of the security personnel.

15. In Photograph #8, I identified the individual on the far left in the black shirt as one of the security personnel who could have been the first to touch me. The individual on the right in the white shirt is unknown to me, the individual wearing the do-rag I identified as one of the security personnel, and what appears to be Allen Iverson to the far right.

16. In Photograph #10, I identified the one of the security personnel on the left as the first guy who could have touched me.

_____
Daryl Cooper

Subscribed and sworn to before me this 1st day of June, 2006.

My Commission expires: 9/30/09

_____ Cynthia W. Mesic
Notary Public

# AFFIDAVIT

STATE OF VIRGINIA )
)
CITY OF HAMPTON )

I, Arthur Simmons, hereby state under oath I am over the age of 18 and have personal knowledge to the matters set forth.

1. I was present on July 10, 2005 at Crabber's Restaurant.
2. I observed Mr. Allen Iverson and security personnel at the establishment.
3. I observed Mr. Allen Iverson and security personnel on the dance floor.
4. I identified the individual in Photograph #1 on the left in the white T-shirt as security personnel, who grabbed and assaulted me on the dance floor.
5. I identified the individual in Photograph #1 wearing the camouflage hat as the doorman, and he appeared to be the head bouncer.
6. I identified the individual in Photograph #2 wearing the camouflage hat as the doorman, and he appeared to be head bouncer, the individual in the white shirt is who grabbed me and assaulted me on the dance floor.
7. I identified the individual in Photograph #3 wearing the camouflage hat as the doorman, and he appeared to be head bouncer.
8. I identified the individual in Photograph #4 wearing the camouflage hat as the doorman, and he appeared to be head bouncer.
9. I identified Allen Iverson to be standing next to an individual in Photograph #5.
10. I identified what appears to be Allen Iverson to the far right of Photograph #8.

_Arthur D Simmons_
Arthur Simmons

Subscribed and sworn to before me this _1st_ day of _June_, 2006.
My Commission expires: _9/30/09_

_Cynthia W. Music_
Notary Public