IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARLIN GODFREY,** *et al.,* : | CIVIL ACTION |
| **Plaintiffs,** : | **NO.:** 1:05-cv-2044 |
| v. : | |
| **ALLEN IVERSON** : | |
| **Defendant.** : | |

## PLAINTIFFS' SECOND SUPPLEMENTAL PRE-TRIAL STATEMENT

In addition to those witnesses previously named in Plaintiff's Pre-Trial Statement, Plaintiffs also expect to call the following witnesses:

Sean Studevent, 634 Edgewood Street, Northeast, Washington, DC who is expected to testify about the events he witnessed at the Eyebar.

Rose C. Kittrell, Germantown, Maryland, who is expected to testify about Plaintiff Kittrell's injuries, emotional distress and treatment.

Andrea Kittrell, 12917 Airorn Hollow Lane, Silver Spring, MD 20906, who is expected to testify about Plaintiff Kittrell's emotional distress, injuries and behavior and stemming from the incident at the Eyebar.

Respectfully Submitted By:

Gregory L. Lattimer, Esq. (371926)
Law Offices of Gregory Lattimer
1100 H Street, N.W., Suite 920
Washington, D.C. 20005
(202) 638-0095

E. Gregory Watson, Esq. (MD14398)
Stephanie D. Moran, Esq. (471555)

Watson & Moran, LLC
8401 Corporate Drive, Suite 110
Landover, MD 20785
(301) 429-0505