IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARLIN GODFREY, *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Civil Action No. 05-2044 (ESH) |
| ALLEN IVERSON, *et al.*, | * |
| Defendants. | * |

## MOTION FOR PRO HAC VICE ADMISSION OF THOMAS R. BUNDY, III

Pursuant to Local Rule 83.2(d) of this Court, William R. Martin, Esquire, a member of the Bar of this Court, moves the admission of Thomas R. Bundy, III, Esquire to appear pro hac vice in the captioned proceeding as counsel for Defendant Jonathan "Jason" Kane. In connection therewith, Movant and the proposed admittee respectfully certify as follows:

1.  The proposed admittee is a member in good standing of the Bars of the State of Maryland, New Jersey, The District of Columbia, and the following United States Courts: United States District Court for the District of Maryland.

2.  The proposed admittee has never been disbarred, suspended, or denied admission to practice.

3.  The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States Court for the District of Columbia, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

4.  Co-counsel for the proposed admittee in this proceeding will be the Movant, who has been formally admitted to the Bar of this Court.

WO 748985.1

5. It is understood that admission **pro hac vice** does not constitute formal admission to the Bar of this Court.

6. In further support of this motion, the proposed admittee submits a declaration of interest.

Respectfully submitted this 19th day of June, 2001.

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| */s/ William R. Martin, Esquire* | */s/ Thomas R. Bundy, III, Esquire* |
| William R. Martin (Bar No. 465531) | Thomas R. Bundy, III |
| Sutherland Asbill & Brennan, LLP | Sutherland Asbill & Brennan, LLP |
| 1275 Pennsylvania Avenue, N.W. | 1275 Pennsylvania Avenue, N.W. |
| Washington, DC  20004-2415 | Washington, DC  20004-2415 |
| Phone: 202/383-0100 | Phone: 202/383-0100 |
| Fax:    202/637-3593 | Fax:    202/637-3593 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 19, 2007, a copy of the forgoing motion together with a proposed Order and memorandum in support were sent first class mail, postage prepaid, to the following counsel of record:

Gregory L. Lattimer, Esq.
1100 H Street, N.W., Suite 920
Washington, D.C. 20005

Stephanie D. Moran, Esq.
E. Gregory Watson, Esq.
Watson & Moran, LLC
8401 Corporate Drive, Suite 100
Landover, MD 20785

Alan C. Milstein, Esquire
Fairway Corporate Center
4300 Haddonfield Road – Suite 311
Pennsauken, NJ 08109
*Counsel for Defendant Allen Iverson*

Date:   June 19, 2007                              By:   */s/ William R. Martin, Esquire*
                                                         William R. Martin (Bar No. 465531)
                                                         Sutherland Asbill & Brennan, LLP
                                                         1275 Pennsylvania Avenue, NW
                                                         Washington, DC 20004
                                                         Telephone: (202) 383-0100
                                                         Facsimile: (202) 637-3593
                                                         *Counsel for Defendant Jason Kane*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MARLIN GODFREY, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 05-2044 (ESH) |
| ALLEN IVERSON, *et al.*, | * | |
| Defendants. | * | |

**ORDER**

Upon consideration of the Motion for Pro Hac Admission of Thomas R. Bundy, III, the submissions and arguments relating thereto, the record and for good cause shown, it is hereby

**ORDERED, ADJUDGED and DECREED** that:

The motion is **GRANTED**; and it is further **ORDERED** that:

Thomas R. Bundy, III may appear pro hac vice in the matter before this Court.

**SO ORDERED**.


Date: _____          By: _____
                                         ELLEN SEGAL HUVELLE
                                         United States District Judge

Copies to:

Alan C. Milstein, Esquire
Fairway Corporate Center
4300 Haddonfield Road – Suite 311
Pennsauken, NJ 08109
*Counsel for Defendant Allen Iverson*

4

WO 748985.1

William R. Martin (Bar No. 465531)
1275 Pennsylvania Avenue, NW
Washington, DC 20004
*Counsel for Defendant Jason Kane*

Gregory L. Lattimer, Esq.
1100 H Street, N.W., Suite 920
Washington, D.C. 20005
*Counsel for Plaintiffs*

Stephanie D. Moran, Esq.
E. Gregory Watson, Esq.
Watson & Moran, LLC
8401 Corporate Drive, Suite 100
Landover, MD 20785
*Counsel for Plaintiffs*