IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARLIN GODFREY, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 05-2044 (ESH) |
| ALLEN IVERSON, *et al.*, | * | |
| Defendants. | * | |

**DECLARATION IN SUPPORT OF MOTION FOR
PRO HAC VICE ADMISSION OF THOMAS R. BUNDY, III**

I, Thomas R. Bundy, III, pursuant to 28 U.S.C. § 1746 and LCvR 83.2(d), declare and say that:

1. I am over 18 years of age.

2. I practice law at the firm of Sutherland Asbill & Brennan, LLP located at 1275 Pennsylvania Avenue, NW, Washington D.C. 20004.

3. I am a member in good standing of the Bars of the State of Maryland, New Jersey, The District of Columbia, and the following United States Courts: United States District Court for the District of Maryland.

4. I have never been disbarred, suspended, denied admission to practice or otherwise disciplined in any bar.

5. I have not been admitted in this bar on a pro hac vice basis during the past two years.

6. I do engage in the practice of law in the District of Columbia and am a member in good standing with that bar.

WO 748985.1

- 2 -

7. I am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States Court for the District of Columbia, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

**I SWEAR AND AFFIRM** under the penalty of perjury that the contents of the foregoing declaration are true and accurate to the best of my knowledge, information and belief.

This 19th day of June, 2007.

                                                */s/ Thomas R. Bundy, III, Esquire*
                                                Thomas R. Bundy, III