IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARLIN GODFREY, et al.**     ) | |
| )   | |
| **Plaintiff,**     ) | |
| )   | Civil Action No.05-2044 |
| v.     ) | |
| )   | (ESH) (DAR) |
| **ALLEN IVERSON, et al.**     ) | |
| )   | |
| **Defendants.**     ) | |

### PLAINTIFFS' THIRD SUPPLEMENTAL PRETRIAL SUBMISSION

Comes now, the plaintiffs', by and through counsel, and hereby submit their deposition designations as follows:

**Saul Simington**

p. 6, line 9 through p. 12 line 16

p. 13, line 2 through p.26, line 6

p.29, line 14 through p. 31, line 9

p. 31, line 20 through p. 37, line 7

Deposition Exhibit #11.

**Jamal Daniels**

p. 5, line 9 through p. 6, line 7

p. 11, line 11 through p. 12, line 2

p. 22, line 18 through p. 45, line 22

p. 47, line 7 through p. 47, line 11

p. 48, line 2 through p. 49, line 12

p. 79, line 3 through p. 100, line 5

p. 108, line 2 through p. 112, line 20

p. 124, line 14 through p. 129, line 2

**Terra Barrow**

p. 7, line 19 through p. 7, line 24

p. 8, line 8 through p. 8, line 23

p. 13, line 24 through p. 14, line 12

p. 14, line 22 through p. 14, line 23

p. 15, line 18 through p. 16, line 9

p. 18 lines 8 through p.18, line 24

p. 19, line 1 through p. 19, line 4

p. 19, line 13 through page 19, line 18

p. 21, lines 16 through p. 21, line 20

p. 23, line 15 through p. 24, line 8

p.26, line 7 through p. 79, line 17

**Jason Kane**

p. 7, line 3 through p. 248, line 11 (excluding those portions addressing the arrest and conviction of Mr. Kane).

**Allen Iverson**

p. 11, line 16 through p. 212, line 4 (excluding those portions addressing subjects the Court has deemed inadmissible).

Respectfully submitted,

Gregory L. Lattimer [371926]
1100 H Street, N.W.
Suite 920
Washington, DC 20005
(202) 638-0095

Stephanie Moran [471555]
Watson & Moran, LLC
8401 Corporate Drive, Suite 110
Landover, MD 20785
(301) 429-0505

Attorneys for the Plaintiffs