# Exhibit 1:

# Saul Simington Deposition

page 1

1                    IN THE SUPERIOR COURT

2                FOR THE DISTRICT OF COLUMBIA

3       -------------------------------------X

4       MARLIN GODFREY, et al.,              :

5                      Plaintiffs            :

6             v.                             :   Case No.:

7       ALLEN IVERSON,                       :   05-CV-2044

8                      Defendant             :

9       -------------------------------------X

10

11             Deposition of SAUL KEITH SIMINGTON

12                    Washington, D.C.

13               Thursday, June 1, 2006

14                      11:06 a.m.

15      Job No.:  1-79827

16      Pages 1 - 39

17      Reported by:  Lynn Schindler

18

19

20

21

22

page 6

```
 1                  P R O C E E D I N G S
 2   Whereupon,
 3                  SAUL KEITH SIMINGTON,
 4   being first duly sworn to testify to the truth, the
 5   whole truth, and nothing but the truth, was examined
 6   and testified as follows:
 7         EXAMINATION BY COUNSEL FOR THE PLAINTIFFS
 8   BY MS. MORAN:
 9        Q    Please state your full name and address for
10   the record.
11        A    Saul Keith Simington.
12        Q    Okay.
13        A    2828 Tenth Street, Northeast, Washington,
14   D.C.
15        Q    Okay.  Did you have an occasion to be --
16   well, let me first say, I'm Stephanie Moran and this
17   is Gregory Lattimer.  We represent the plaintiffs
18   Marlin Godfrey and Dave Anthony Katrell (phonetic) in
19   a lawsuit against Allen Iverson, Jason Kane and
20   Gregory Iverson.  I'm just asking you a few questions
21   today, that are relevant to the lawsuit.  If you need
22   to take a break at any time, just let me know, and
```

page 7

1    we'll take a break.  Did have you an occasion to be

2    present at the Eyebar in July of last year?

3         A    Uh-huh.

4         Q    You have to say yes or no for the reporter.

5         A    Yes.

6         Q    Okay.  And do you know if that was July 19,

7    2005?

8         A    I'm not for sure of the exact date.

9         Q    Okay.  And did anything unusual happen while

10   you were there?

11        A    Yeah.  I witnessed a fight that broke out.

12   When I came into the club, I went to the back area

13   where the VIP tables were.  I spoke to Tony.  Tony,

14   you know, was sitting in the middle section.  You

15   know, a lot of people tend to stand up on the couches

16   and stuff, and I spoke to him briefly.  I guess maybe

17   like five minutes later, Iverson came in with, you

18   know, bodyguard, couple of people, and like two girls.

19        Q    Okay.  Is that Allen Iverson?

20        A    Yeah.

21        Q    Okay.  Well, do you know what time you got

22   to the club that night?

page 8

1        A    I would say right about 12:00, maybe.

2        Q    Okay.  And do you know how long after you

3    arrived that Mr. Iverson, Allen Iverson arrived?

4        A    Probably like five minutes, ten at the most.

5        Q    All right.  And now, you're describing that

6    Tony Katrell was at a -- did you say at a middle

7    table?

8        A    Uh-huh.

9        Q    Okay.  And so when Mr. Iverson and his

10    entourage came in, where were they in relation to

11    where Mr. Katrell was?

12        A    Well, his bodyguards and stuff they walked

13    him straight back to the very end until they was

14    trying to get the table area situated.

15        Q    Okay.

16        A    At that time, he was trying to get --

17    there's only three of the VIP areas.

18        Q    Okay.  So three tables?

19        A    Yes.  It was like three tables, but it's

20    couches around the tables and stuff.  Tony was in the

21    middle one.  So Iverson and them was trying to obtain

22    two of the tables.

page 9

```
 1       Q    Okay.  So if Tony was in the middle,
 2   Mr. Iverson, Allen Iverson was trying to obtain, you
 3   said two of the tables?  Would they be tables on the
 4   opposite -- each on the opposite side of Tony?
 5       A    Well, that was the problem.  He didn't want
 6   to be split up.  He wanted both tables.
 7       Q    I see. Okay.
 8       A    So that was going to have to make Tony and
 9   them move.
10       Q    Okay.
11       A    And his people that was with him.
12       Q    All right.  And so did that happen?  Did
13   Mr. Katrell move?
14       A    Uh-huh, yeah.  Eventually they moved.  It
15   was a little, you know, bickering that went on before
16   Tony and them moved.  Tony didn't have any problem
17   moving.  I think the bodyguards was a little forceful
18   with the moving situation.
19       Q    Okay.  And when you said there was
20   bickering, who was there bickering between?
21       A    Bodyguard and Marlin.
22       Q    Okay.  Could you hear what was being said?
```

page 10

1       A    No, I couldn't.

2       Q    Okay.  How did you know there was bickering?

3       A    Because you could just tell.

4       Q    From the body language?

5       A    Yes.

6       Q    Okay.  At that point in time, did you see

7    whether Marlin or the bodyguard had any physical

8    contact with each other?

9       A    No, not at that time.

10       Q    Okay.  And so at some point, so then

11    Mr. Katrell and his --

12       A    They moved down one section to give Iverson

13    the two sections.

14       Q    All right.  And so then did Mr. Iverson take

15    the two sections?

16       A    Well, just as they moved down, the two

17    sections were available.  By that time the bouncers

18    had came, because they thought something was going to

19    happen.

20       Q    The bouncers of the club?  Is that what

21    you're referring to?

22       A    Yeah.  Uh-huh.

page 11

1       Q     Okay.  And do you know either of their

2  names?

3       A     Curtis.  I don't know his last name.

4       Q     Okay.  And do you know any of the other

5  bouncers' names?

6       A     And Nightmare was the nickname.

7       Q     Okay.  So who did they come over to?

8       A     They came over to settle what was going on.

9       Q     Okay.  And did you see who they went -- who

10  they approached?

11       A     Well, they approached the bodyguards to talk

12  to them and to find out, you know, what was the

13  problem was, and stuff.

14       Q     And this is -- so the bouncers, Curtis and

15  Nightmare, approached Mr. Iverson's bodyguards?

16       A     Uh-huh.

17       Q     Do you know any of their names?  The

18  bodyguards?

19       A     Big guy, they just call him J.  Everybody

20  calls him J.

21       Q     Okay.  And do you know any of the other

22  bodyguards' names?

page 12

```
 1            MR. TUCKER:  Objection.

 2       A    No.

 3  BY MS. MORAN:

 4       Q    Okay.  And so who did you see -- so you saw

 5  Curtis and Nightmare go up to the gentleman referred

 6  to as Big J?

 7       A    Yeah.

 8       Q    Okay.  Could you hear what was being said?

 9       A    No.

10       Q    Okay.  And where was Mr. Iverson at this

11  time?

12       A    He was still standing up against the wall

13  behind the bodyguards.

14       Q    And I want to be clear we're referring to

15  Allen Iverson.

16       A    Right.

17       Q    Okay.  I'm just clarifying since Gregory

18  Iverson is also a defendant.  You said he was standing

19  next to the bodyguards.

20       A    He was standing behind them.

21       Q    Okay.  You're saying behind.  All right.

22            MR. TUCKER:  Objection.
```

page 13

1    BY MS. MORAN:

2         Q    And then what happened next?

3         A    And then the bodyguard reached out and

4    pushed the bouncer.

5         Q    Do you know which bodyguard?

6         A    Curtis -- I mean, the guy J reached out, and

7    pushed Curtis to like back him up.

8         Q    Okay.  And did you see whether -- what was

9    the result of Big J pushing Curtis?

10        A    Once he pushed him, the little sit-down sofa

11   chairs was right behind his legs, so it looked a

12   little worse than what it was really was.  He flipped

13   over the chair.  Once he flipped over the chair then

14   --

15        Q    Curtis flipped over the chair?

16        A    Uh-huh.

17        Q    Okay.  And flipped over on his back or on

18   his stomach?

19        A    Flipped over on his back.

20        Q    Okay.  So his arms and legs would have been

21   straight up or facing upward?

22        A    Yeah.

page 14

1       Q      All right.  And so and then what happened

2   next?

3       A      Then it just broke out into a fight.

4       Q      Okay.  And did you see -- could you see at

5   that point who was hitting whom?

6       A      Yeah.  Immediately, the guy, J, the

7   bodyguard had grabbed one of the juice bottles, the

8   carafe bottles that they put the cranberry and orange

9   juice in, and struck Marlin.

10      Q      Okay.  Did you see where he struck Marlin,

11  what part of the body?

12      A      He hit him in the head several times until

13  Marlin went down, and then they was like right beside

14  me, arm distance away.

15      Q      All right.  So and you're saying Big J hit

16  Marlin on the head with the juice bottle?

17      A      Uh-huh.

18      Q      And you said he hit him more than once?

19      A      Yeah, he hit him several times until it

20  finally broke.

21      Q      The juice bottle actually broke?

22      A      Yeah.

page 15

```
 1        Q     Okay.  Did you see anybody else hitting

 2   Marlin?

 3        A     Once he fell down, then, you know, I just

 4   seen people kicking.  I couldn't tell, you know, who

 5   was actually doing the kicking and stuff.

 6        Q     Okay.  Do you know where Curtis was at this

 7   point?

 8        A     No.

 9        Q     Okay.  You didn't see him at this point?

10        A     Uh-uh.  It was just are big mess going on.

11   I just -- Marlin and bodyguard J was like right next

12   to me.

13        Q     All right.  But you did see other people hit

14   Marlin you said?

15              MR. TUCKER:  Objection?

16        A     Uh-huh.

17   BY MS. MORAN:

18        Q     Is that a yes?  Just for her.  She has to

19   take yes or no?

20        A     Yes.

21              MR. TUCKER:  Just for one second.  Could I

22   just ask you to pause for just a split second after
```

page 16

1    she asks the question so that I might be able to

2    object and then you can go ahead.

3                THE WITNESS:  No problem.

4    BY MS. MORAN:

5        Q    Okay.  All right.  And then what happened

6    next?

7        A    Then after that -- after that, I think, Tony

8    hadn't realized what was really going on, and then,

9    you know, it kind of cleared for a second, and he seen

10   that that was Marlin down there, then he came down to

11   like pull people off of Marlin, and then I seen one of

12   the bodyguards, I don't know this particular guy,

13   throw Tony back towards the couch area.  Then I just

14   stepped out of the whole area by then.

15       Q    Okay.  And do you know where Mr. Iverson was

16   when all of this was going on?  Mr. Allen Iverson?

17       A    I assume he was still against the wall.  I

18   couldn't tell after that.  You know, after they broke

19   out into a big fight, I didn't really see where he was

20   at.

21       Q    Okay.  At the point when you said that Big J

22   was hitting Marlin, do you know where Mr. Iverson was

page 17

1   at that point?

2        A    No.

3        Q    Okay.  All right.  Did you see anyone else

4   hit or kick or do anything to Mr. Katrell?

5        A    I just -- I seen one of the bodyguards throw

6   him back up against the couch, and once they moved

7   over towards him to start fighting, I just stepped out

8   of that whole area.

9        Q    Okay.  And where did you go?

10       A    I just moved down, because at first I don't

11  never like to, when I'm in a club, run from the fight

12  or anything like that.  No, I kind of like pay

13  attention to what's going on first, and you know, but

14  after the incident with Marlin and J or whatever, it

15  was just like right next to me, so after they kind of

16  got out of hand even more, I just took a couple steps

17  back and went back towards the bar area.

18       Q    Okay.  And what did -- what was Marlin doing

19  when he was being hit in the head with the juice

20  bottle?

21            MR. TUCKER:  Objection.

22       A    Out.

page 18


 1  BY MS. MORAN:

 2       Q    Out?  Do you know if he was unconscious?

 3       A    I couldn't tell you.  He was just laying

 4  there.

 5       Q    Okay.  Did you see any blood or anything?

 6       A    I don't even know.

 7       Q    Okay.  All right.  And then what happened

 8  after you went back by the bar area?

 9       A    You know, some more bouncers from the club

10  came.  They went back, and, I guess, tried to separate

11  what was going on.  The next thing I know, maybe a

12  couple minutes later, you know, they rounded Iverson

13  and his bodyguards, rounded their crew up.  Well, they

14  actually, this one guy that was there, I don't know

15  who he was, a light-skinned guy who was with Tony and

16  them, was -- he was one of the guys, I guess, that was

17  talking to one of the girls that came with Iverson.

18  So they was trying to figure out -- the bodyguard was

19  trying to figure out who was talking to the girl, and

20  trying to get some directions, I guess from, you know,

21  he was coming up from behind the bodyguard, so it was

22  either Iverson or whoever was with Iverson wasn't

page 19

```
 1    happy about the guy talking to the girls, whatever, so

 2    bodyguard kept on saying who, which one, which one,

 3    which one.  And then they finally pointed at the

 4    light-skinned dude, this little light-skinned dude,

 5    little dude, and when they pointed at him, bodyguard

 6    went up and just hit him.

 7         Q    Do you know which bodyguard hit him?

 8         A    I don't know the name.

 9         Q    Do you know what he looked like?

10         A    Short guy, real built, bald-headed.

11         Q    Do you know how much he looked like he

12    weighed?

13         A    Nice amount, I would say.  300 area.

14         Q    Okay.  And what was his skin complexion?

15         A    I think about my complexion, maybe a little

16    lighter.

17         Q    Okay.  So brown skin?

18         A    Yeah, bald-headed.

19         Q    Okay.  And he hit someone who was with

20    Mr. Katrell?

21         A    Uh-huh.

22         Q    Okay.  Now, how did you -- did you overhear
```

page 20

```
 1    any words being used?  How did you know that they were

 2    trying to figure out which individual, which male

 3    individual was speaking to a girl who had came with

 4    Mr. Allen Iverson?

 5         A    They kept on saying who was talking to?

 6    Who?  Which one, which one, which one?  And they kept

 7    yelling like they wanted to find out who the guy was.

 8    And so, you know, at that time, everybody was kind of

 9    looking around because the fight had kind of, you

10    know, diminished, and then the bodyguard was just kind

11    of like looking to beat somebody up, whoever they were

12    getting ready to point out.  And, you know, he pointed

13    the little guy out, and they just sucker punched the

14    little guy.

15         Q    Was Big J still there at that time?

16              MR. TUCKER:  Objection.

17         A    Yeah, he was still there.

18    BY MS. MORAN:

19         Q    Okay.  And do you know where Mr. Allen

20    Iverson was?

21         A    He was still against that back wall area.

22         Q    Okay.  So he was still present.  So then
```

page 21

1   what happened after the guy -- you don't know the

2   individual's name who was with Tony, Mr. Katrell?

3       A    No, I never seen him before.

4       Q    Okay.  What happened next after he was hit?

5       A    After he was hit, then they rounded their

6   crew up and just like put their hands on each other

7   shoulders, kind of like laughed about things, and just

8   went on out the club.

9       Q    And did you see whether Mr. Allen Iverson

10  exited?

11      A    Yeah, they went out the front.

12      Q    Okay.  Did you see who Mr. Allen Iverson

13  left with?

14      A    The same people he came with, the two girls,

15  guy or two, and then a couple bodyguard guys.

16      Q    Okay.  Now, what makes you say that these

17  guys that were with Mr. Allen Iverson were bodyguards?

18      A    I shoot all the celebrity events.  I shot a

19  lot of events.  I know the different bodyguards that

20  be with different athletes and stuff.

21      Q    Okay.  And so you've had occasion to shoot

22  events involving Mr. Allen Iverson before?

page 22

1      A     Yeah.

2      Q     Okay.  And have you seen any of the guys

3   that you saw there that night with Mr. Allen Iverson

4   previously?

5      A     Yeah.  J.

6      Q     You saw J?

7      A     Uh-huh.

8      Q     Okay.  And when you've seen him before, have

9   you seen him, J act in any manner that would let you

10  know he was Mr. Allen Iverson's bodyguard?

11          MR. TUCKER:  Objection.

12     A     Yeah.  Definitely.

13  BY MS. MORAN:

14     Q     Okay.  Can you describe what things you have

15  observed, any actions or mannerisms you have observed

16  of J that led you to believe he was Mr. Allen

17  Iverson's bodyguard?

18     A     They pull in the car together in front of

19  the club.  And they get out, and, you know, he makes

20  sure the, you know, the doorway is going to be clear,

21  everything, they got full access.  And then, you know,

22  Iverson gets out and he walks him in the club.  And he

page 23

1   sits with him.

2        Q    Okay.

3        A    That's the short guy right there.

4        Q    Okay.  So you're looking at -- I showed you

5   what's going to be marked as Exhibit No. 1.

6             (Simington Deposition Exhibit Number 1 was

7   marked for identification and retained by counsel.)

8   BY MS. MORAN:

9        Q    Does it have a number at the top of the

10  page?

11       A    Uh-huh.

12       Q    What's the number?

13       A    1.

14       Q    All right.  And you're identifying someone

15  in that picture you recognize?

16       A    Uh-huh.

17       Q    Who do you recognize?

18       A    This short guy that -- that was with him.

19  That look like J to me, him turning around.

20       Q    All right.  So that the record is clear, the

21  person that you're pointing to is a short guy in

22  Exhibit No. 1.  What color shirt does he have on?

page 24

1       A      White.

2       Q      All right.  And then you're saying the other

3  individual in that picture looks like J to you?

4       A      Uh-huh.

5       Q      And what does that person in the picture

6  have on?

7       A      Black do-rag and a black T-shirt.

8       Q      Okay.  Have you ever seen that picture

9  before?

10      A      No.

11      Q      Okay.  And if we can turn to then Exhibit 2.

12             (Simington Deposition Exhibit Number 2 was

13  marked for identification and retained by counsel.)

14  BY MS. MORAN:

15      Q      Okay.  Do you recognize anyone in that

16  picture?

17      A      Same people.

18      Q      The same people in picture No. 1?

19      A      Uh-huh.

20      Q      And so can you -- so you see the guy you

21  referred to as J in picture No. 2?

22      A      Right here.

page 25

```
 1      Q    Okay.  I can't see across the table.  What
 2 color shirt does he have on?
 3      A    Black.
 4      Q    Okay.  And does he have anything on his
 5 head, a hat or anything?
 6      A    Yeah, a black do-rag.
 7      Q    All right.  And so you can turn to Exhibit
 8 No. 3.
 9           (Simington Deposition Exhibit Number 3 was
10 marked for identification and retained by counsel.)
11 BY MS. MORAN:
12      Q    Do you recognize anyone in Exhibit No. 3?
13      A    No.
14      Q    No, okay.  If we can turn to Exhibit No. 4.
15           (Simington Deposition Exhibit Number 4 was
16 marked for identification and retained by counsel.)
17 BY MS. MORAN:
18      Q    Do you recognize anyone in Exhibit No. 4?
19 Is that a no?
20      A    No.
21           (Simington Deposition Exhibit Number 5 was
22 marked for identification and retained by counsel.)
```

page 26

1   BY MS. MORAN:

2        Q    Okay.  Exhibit No. 5?  Do you recognize

3   anyone in Exhibit No. 5?

4        A    Yeah.  That's J.

5        Q    Okay.  And again what color shirt does he

6   have on?

7        A    Black.  Black do-rag.

8        Q    All right.  Great.  And then turn to picture

9   No. 6.

10            (Simington Deposition Exhibit Number 6 was

11   marked for identification and retained by counsel.)

12  BY MS. MORAN:

13       Q    Okay.  Do you know -- recognize anyone in

14  picture No. 6?

15       A    I've seen him around, this particular guy,

16  working at clubs and stuff.

17       Q    Okay.  And can you describe what the person

18  you just referred to, what type of shirt he has on?

19       A    Black cutoff T-shirt.

20       Q    Okay.  Cut off at the stomach area or the

21  arms or where?

22       A    Arm.

page 29

1   picture and Exhibit No. 10, do you recognize anyone in

2   that picture?

3       A    Yeah.  J.

4       Q    Okay.  And J still has on the black cutoff

5   shirt and the black do-rag?

6       A    Uh-huh.

7       Q    Is that yes?

8       A    Yes.

9       Q    Okay.  And you said you recognize the other

10  guy also in the picture?

11          MR. TUCKER:  Objection.

12      A    Yes.  Short guy again.

13  BY MS. MORAN:

14      Q    Okay.  And so the guy you're referring to as

15  J in this exhibits 1 through 10 is the same J you saw

16  in the club at the Eyebar?

17      A    Yes.

18      Q    And he's the same J that you saw hitting

19  Marlin?

20      A    I've seen him at the Super Bowls, you know,

21  everywhere.

22      Q    Okay.  I'm going to show you what's going to

page 30

1    be marked as Exhibit No. 11.

2             (Simington Deposition Exhibit Number 11 was

3    marked for identification and retained by counsel.)

4    BY MS. MORAN:

5         Q    Okay.  And have you seen that document

6    before?  Is that a yes?

7         A    Yes.

8         Q    And you've read that document?

9         A    Yes.

10        Q    And that's an affidavit?

11        A    Yes.

12        Q    Of yourself?  And all the statements in

13   there are true and correct?

14        A    Yes.

15        Q    And that's signature on the second page?

16        A    Yes.

17        Q    Okay.

18             MS. MORAN:  I don't have any further

19   questions.

20             EXAMINATION BY COUNSEL FOR THE DEFENDANT

21   BY MR. TUCKER:

22        Q    Okay.  Mr. Simington, my name is Matt

page 31

```
 1    Tucker.  I'm an attorney for Mr. Allen Iverson, the

 2    defendant in this case.  Since you've already begun

 3    the deposition, you're familiar with the ground rules

 4    and how we're going to proceed.  I'll try to be as

 5    quick as possible so we can get you out of here.

 6              What do you do for a living, Mr. Simington?

 7        A    Photographer.

 8        Q    And how long have you been doing that?

 9        A    20 years.

10        Q    Have you ever been arrested?

11             MS. MORAN:  Objection?

12        A    Yes.

13    BY MR. TUCKER:

14        Q    Have you ever been convicted of a crime?

15             MS. MORAN:  Objection.

16        A    No.

17    BY MR. TUCKER:

18        Q    That was a no; right?

19        A    Yeah.

20        Q    All right.  Let's move to the evening in

21    question.  On July 19 into July 20, 2005.  I just want

22    to confirm, I believe you stated that you arrived at
```

page 32

1    the Eyebar around midnight; is that correct?

2        A    Yeah.

3        Q    And I believe you stated that Mr. Iverson

4    arrived five to ten minutes later' is that correct?

5        A    (Nods head.)

6        Q    And did you notice Iverson, Mr. Allen

7    Iverson when he arrived that evening?

8        A    Yes.

9        Q    As he entered the Eyebar?

10       A    Yes.

11       Q    Do you have a personal relationship with

12   Marlin Godfrey?

13           MS. MORAN:  Objection.

14   BY MR. TUCKER:

15       Q    Let me clarify that.  Do you personally know

16   Marlin Godfrey?

17           MS. MORAN:  Objection.

18       A    I know him a little bit now, but I didn't

19   know who he was or anything before.

20   BY MR. TUCKER:

21       Q    What brought you to the Eyebar that evening?

22       A    I just got through shooting pictures of

page 33

1    another event earlier that evening, and it's a

2    industry spot for most people that's in the industry

3    on Tuesday night go to.

4         Q    Were you working at the time?

5         A    No, not at the Eyebar.

6         Q    Had you made plans prior to your arrival at

7    the Eyebar that evening to meet with anyone at the

8    Eyebar that evening?

9              MS. MORAN:  Objection.

10        A    No.  I just was going to come through.

11   Typical come through.

12   BY MR. TUCKER:

13        Q    Do you personally know Curtis Fitzgerald?

14        A    Who?

15        Q    That's a good answer.  I'll move on.  What

16   is your relationship with David Anthony Katrell, one

17   of the plaintiffs in this case?

18             MS. MORAN:  Objection.

19        A    Now, my relationship now is we conduct

20   business together.

21   BY MR. TUCKER:

22        Q    And at the time?

page 34

```
 1       A     At the time, just a friend.

 2       Q     But you did know him prior to arriving at

 3   the Eyebar that evening?

 4       A     Yeah.

 5       Q     Approximately how far -- strike that.

 6             You stated that -- I believe you stated

 7   earlier in your testimony that you witnessed a

 8   conversation when Mr. Allen Iverson arrived at the

 9   Eyebar and was headed towards the VIP section

10   regarding being seated at the tables; is that correct?

11       A     Uh-huh.

12       Q     Did you actually hear the conversation?

13       A     No, I didn't hear the conversation.  I just,

14   you know, seen what was going on.

15       Q     It was clear to you?

16       A     Yeah, yeah.  He was complaining, and, I

17   mean, the club is so small, number one, I mean, the

18   VIP area is probably this area right here, you know.

19   So, you know, I'm standing in the bar right here.

20   Iverson and them are right against that wall back

21   there.  So you don't really have to hear.  You can

22   just tell the directions, and how they were trying to
```

page 35

1    direct people, and then I seen Tony standing in the

2    middle section, and next thing they moved them down to

3    the last section.

4         Q    You mentioned that after Ms. Moran

5    questioned you as to how you knew the gentleman you

6    referred to a bodyguards for Allen Iverson were

7    actually acting as bodyguards?

8         A    Uh-huh.

9         Q    You remember that?  That question?

10        A    Uh-huh.

11        Q    Okay.  And I believe you stated that you

12   had, in your business of shooting celebrity events

13   that you had seen some of those individuals that were

14   with Mr. Iverson that evening at the Eyebar on prior

15   occasions with Mr. Iverson; is that correct?

16        A    Right.

17             MS. MORAN:  Objection.

18   BY MR. TUCKER:

19        Q    Beyond seeing them together, what basis do

20   you have for stating that they're bodyguards of

21   Mr. Iverson?

22        A    Well, as a photographer, and I shoot

page 36

1    athletes and a lot of events, I know most of the

2    athletes.  I know most of the bodyguards.  And I know

3    if they are acting as a bodyguard that night, you

4    know, because they don't want cameras around them, you

5    know, they act a certain way, they do certain things.

6        Q    Do you know the names or nicknames or

7    aliases of any of the other individuals that you

8    previously identified as bodyguards of Mr. Iverson

9    that evening at the Eyebar?

10       A    Besides J?  No, I don't know any names or

11   nicknames, no.  I just know faces.

12       Q    You stated, I believe, earlier that at one

13   point, as the altercation began, you moved a little

14   bit away towards the bar; is that correct?

15       A    After the altercation.

16       Q    That's correct.

17       A    After, yeah.

18       Q    Okay.  Approximately how far were you from

19   Mr. Iverson at that point?

20       A    Wasn't that far.  Because the VIP area is

21   not that big.  I would say ten feet.

22       Q    Ten feet further from where you had been?

page 37

1        A    No.

2             MS. MORAN:  Objection.

3   BY MR. TUCKER:

4        Q    Or ten feet from Mr. Iverson?

5        A    I was down a little bit, another four or

6   five feet away, you know.  So about ten feet all

7   together.

8        Q    I think I'm done, but give me one second.  I

9   just want to be sure.

10            This may have already been covered, and if

11  it has I apologize, but did you witness anyone

12  throwing anything that evening at the Eyebar?

13       A    No.

14            MR. TUCKER:  I think that's all I have.

15  Thank you for coming.

16            MS. MORAN:  I don't have anything further.

17            You have the right to read the

18  transcript to make sure the court reporter

19  accurately took down what you've said.  You can't

20  change, like if you meant to say black and you

21  realized you said blue, you can't change that, but

22  if like you said J and she wrote down L, you could