# Exhibit 3:

# Terra Barrow Deposition

1    IN THE UNITED STATES DISTRICT COURT

     FOR THE DISTRICT OF COLUMBIA

2

3 MARLIN GODFREY, et al.,   :

            : NO.: 1:05-cv-2044

4    Plaintiffs,   :

            :

5  vs.        :

            :

6 ALLEN IVERSON,     :

            :

7    Defendant.   :

8

9      MAY 11, 2006

10

11    Oral deposition of TERRA BARROW,

12 held at SHERMAN, SILVERSTEIN, KOHL, ROSE &

13 PODOLSKY, P.C., 11 Bala Avenue, Bala Cynwyd,

14 Pennsylvania, on the above date, commencing at

15 10:17 a.m., before Gwen D. Davenport,

16 Registered Professional Reporter, Notary

17 Public.

18

19

20    LOVE COURT REPORTING, INC.

     1500 Market Street

21    12th Floor, East Tower

22   Philadelphia, Pennsylvania  19102

23     (215) 568-5599

24

Terra Barrow

```
 1    hand gestures or comments like "uh-huh" or "uh-uh".

 2         A    Okay.

 3         Q    Finally, if you need to take a break at any

 4    time, let me know and we'll take a break.

 5         A    Okay.

 6         Q    Are you ready to begin?

 7         A    Can they hear me now?

 8              MR. TUCKER:  Can you guys hear everything?

 9              MS. MORAN:  Very faint.

10              MR. LATTIMER:  I didn't hear the last

11    response either.

12              MR. TUCKER:  All right.  I'll move the

13    phone over closer to the deponent.

14              THE WITNESS:  Can you hear me now?

15              MS. MORAN:  That's better.  Yes.

16              THE WITNESS:  Okay.

17    BY MR. TUCKER:

18         Q    All right.  Very good.

19              Please state your name for the record.

20         A    Terra Barrow, B-A-R-R-O-W?

21         Q    And what do you do for a living, Ms. Barrow?

22         A    I'm a Philadelphia police officer.

23         Q    And how long have you been a police officer?

24         A    A little over seven years.
```

Terra Barrow

```
 1        Q     Okay.  And what's the highest level of

 2    education you've completed?

 3        A     Some college.

 4        Q     Some college.  Okay.

 5              And where do you live?

 6        A     8500 Lindberg Boulevard, Apartment 1602,

 7    Philadelphia, Pennsylvania  19153.

 8        Q     Okay.  The reason that you're here today is

 9    that we'd like to talk to you about the events that

10    took place on the evening in question July 19th into

11    the early morning of July 20th, 2005.

12              It's my understanding that you were at

13    the establishment known as the Eyebar on the evening

14    in question in Washington, D.C.; is that correct?

15        A     Yes, sir.

16        Q     And what time did you arrive at the Eyebar on

17    the evening in question?

18        A     I'm going to say I got down there, I guess,

19    between 10:30ish and 11:15ish.

20        Q     Okay.  And where were you seated in the

21    Eyebar?

22        A     I was upstairs in the back by the bathroom

23    where the bar was -- the other bar.

24              MR. TUCKER:  Okay.  Stephanie, and, Greg,
```

Terra Barrow

```
 1              MR. TUCKER:  For the record, Ms. Barrow
 2         has indicated, as I mentioned before, that
 3         Mr. Iverson and his group were in the area
 4         marked "VIP booth" immediately to the right of
 5         the area marked "bar".
 6              MS. MORAN:   Okay.
 7    BY MR. TUCKER:
 8         Q    I'd like to go back to the physical
 9    altercation that took place that evening.
10         A    Okay.
11         Q    Could you please give us your rendition of the
12    events that took place?
13         A    I know there were words being exchanged.  And
14    the next thing I know, a guy jumped on Jason Kane's
15    back.  And Terrence went to grab the guy off of Jason,
16    and at that point in time another male, who was
17    unknown to me, struck Terrence in the face.  And then
18    people just started moving, and I got up and I left
19    because of ...
20         Q    Okay.  I'd like to back up for a second.
21              You've identified two individuals that
22    had been part of the discovery and pleadings in this
23    case.  First you identified Mr. Jason Kane.
24              Have you ever met Mr. Jason Kane in the
```

Terra Barrow

```
1    past?

2        A    Yes.

3        Q    And how long have you known him?

4        A    I've known Jason for over two years.

5        Q    And how do you know him?

6        A    I met him through Terrence Williams.

7        Q    Okay.  That leads me to my next question.

8             How long have you known Terrence

9    Williams?

10       A    Over two years.  A little over two years.

11       Q    And how did you get to know him?

12       A    I met Terrence because he works for Genuine.

13       Q    Okay.  And how did you --

14       A    I --

15       Q    Let me finish my question.  I'm sorry.

16       A    Okay.

17       Q    What was the relationship between you and

18   Genuine --

19       A    Nothing.

20       Q    -- if any?

21       A    No.  There's no relationship.

22       Q    Okay.  So, explain to me the circumstances, if

23   you would, whereby you met Terrence?

24            MS. MORAN:  What did she just say, the
```

Terra Barrow

```
 1       last --
 2               MR. TUCKER:  Let me back up.  Would you
 3       like the court reporter to read it back?
 4               MS. MORAN:  Just what she said about how
 5       she knew Genuine and Jason or something.
 6               (The Court Reporter read back the
 7       following questions and answers:
 8               "Q.  What was the relationship between you
 9       and Genuine --
10               A.  Nothing.
11               Q.  -- if any?
12               A.  No.  There's no relationship.")
13               MR. TUCKER:  Did you want me to back up
14       any further, Stephanie?
15               MS. MORAN:  No.  That's fine.
16               MR. TUCKER:  Okay.
17    BY MR. TUCKER:
18       Q     So, explain for us, if you would, Ms. Barrow,
19      the circumstances by which you met Terrence while he
20      was working for Genuine?
21       A     Okay.  There was a show here in the city and I
22      attended the show --
23       Q     And when you say "city" --
24       A     -- and after-party.  Terrence -- well,
```

Terra Barrow

1    actually, it was in Upper Darby.  It was at the Tower

2    Theater.  What year is this?  2006.  So, we met 2004.

3    February -- I want to say around February of 2004 is

4    when we met.  February -- it was a Friday.  It was a

5    Friday.  The last -- the last Friday in February of

6    2004, that's when we met.

7         Q    Okay.  And have you ever met Mr. Iverson?

8         A    No.  I've seen him in passing, but I've never

9    met him.

10         Q    Okay.  Very good.

11              You mentioned that you observed Jason

12    Kane that evening.  Where was he situated in relation

13    to Mr. Iverson when the altercation began?  If you

14    recall.

15         A    I don't recall.

16         Q    Okay.  What, if anything, did you observe

17    Mr. Iverson doing while the altercation was taking

18    place?

19         A    Sitting on the couch.

20         Q    And if you wouldn't mind, could you mark the

21    drawing of the Eyebar with an "I-2" showing

22    Mr. Iverson's location on the couch, if you would?

23         A    I don't remember.  I remember it was an

24    I-shaped couch.  Like, not even -- like an "L".  Kind

Terra Barrow

```
1        A      That's correct.

2        Q      And what, if anything, did Mr. Kane do in

3    response to that?

4        A      He was trying to shrug them off.  And at that

5    time Terrence tried to grab him or pull him off of

6    Jason's back, and that's when another guy hit

7    Terrence.

8        Q      And if you would, could you describe the

9    appearance and the physical characteristics of the

10   individual who you've just described that got into the

11   altercation with Terrence?

12       A      The guy who hit Terrence, all I remember is

13   that he had braids.  I don't remember what color shirt

14   did he have on.  I don't remember.  It was a black

15   male with braids.  That's all I can tell you.

16       Q      Could you approximate as to his height and

17   weight?

18       A      No.  He was medium-brown complected.  That's

19   it.

20       Q      Okay.  And approximately how far away were you

21   from the altercation while you were witnessing these

22   events?

23       A      I would guesstimate -- I would say maybe ten

24   feet at the most.
```

Terra Barrow

1    Q    Okay.  And what, if anything, were you doing

2    while the altercation was taking place?

3    A    After that, I left.  I can't afford to get

4    caught up in anything, so I left.

5         MS. MORAN:  What did she say?

6         MR. TUCKER:  I'll have the court reporter

7         read it back.

8         (The Court Reporter read back the

9         following answer:  A.  After that, I left.  I

10        can't afford to get caught up in anything, so I

11        left.)

12   BY MR. TUCKER:

13   Q    I think I understand what you're getting at,

14   Ms. Barrow, but could you explain what you mean by

15   "getting caught up in anything"?

16   A    I'm a police officer, and I don't need to be

17   involved in anything off duty, especially in another

18   state.  So, I left.

19   Q    Okay.  Did you witness Mr. Iverson leave the

20   Eyebar on the evening in question?

21   A    No.

22   Q    So, the last you witnessed Mr. Iverson, he was

23   on the L-shaped couch, as you've previously stated?

24   A    That's correct, sir.

Terra Barrow

```
 1        trouble hearing you a little bit anyway, but if

 2        you could just pause so that I can get

 3        objections, if needed, on the record.

 4             MR. TUCKER:  Okay.  Sure.

 5   BY MR. TUCKER:

 6        Q    I'd just like to back up and rephrase the

 7   question I asked before.

 8             Did you tell Mr. Stanton in early August

 9   of 2005 that you did not observe Allen Iverson, the

10   Defendant in this case, engage in any type of criminal

11   behavior at the Eyebar at any point on the evening of

12   July 19th to July 20th, 2005?

13        A    That's correct, sir.

14        Q    And do you stand by those comments today?

15        A    Yes, sir.

16        Q    Ms. Barrow, in your training as a police

17   officer, have you received any specialized training in

18   the observation and relaying of information at the

19   scene of crimes?

20        A    Yes.

21        Q    Could you explain the extent of that training,

22   if possible?

23        A    It's not possible.

24        Q    Okay.  Have you spoken to anyone about this
```

Terra Barrow

```
 1          to relay your question.  I believe your

 2          question was, did you have that telephone

 3          number from June '05 until today?

 4              MS. MORAN:  Yes.

 5              THE WITNESS:  No.  Not that home number.

 6   BY MS. MORAN:

 7       Q     Okay.  What other home number did you have

 8    from June '05 until today?

 9       A     I didn't.  I just had my cell phone number.

10       Q     What's that phone number?

11       A     (215) 828-1133.

12       Q     Did you have any other telephone number from

13    June '05 to today?

14       A     No.

15       Q     At the concert in February of '04, you said

16    that you met Jason at the concert.  How specifically

17    did you meet them?

18       A     I met Terrence at the concert.

19       Q     But how did you meet him at the concert?

20       A     He was working for Genuine, and I was there at

21    the concert.

22       Q     Were you back stage?

23       A     Not until after the show.

24       Q     Okay.  So, you were seated in a seat watching
```

Terra Barrow

1    the show?

2        A    Yes.

3        Q    Okay.  And did someone introduce you to

4    Terrence?

5        A    No.  He spoke to me.  He came out -- I'm

6    not -- did they take -- they took pictures or

7    something, and Terrence was out in the foyer and he

8    spoke to me.

9        Q    All right.  And who were you with at that

10   show?

11       A    My girlfriend, Tameka.

12       Q    Do you have Tameka's --

13       A    I'm sorry?

14       Q    What's Tameka's full name?

15       A    Tameka Terry.

16       Q    Terry as in T-E-R-R-Y?

17       A    Yes.

18       Q    Okay.  And do you know her phone number?

19       A    Yes.

20       Q    Can I have that, please?

21       A    I have a question.  Why does that -- because

22   that's another police officer.  And if that's the

23   case, I'll call the FOP, and FOP can come up here,

24   because I'm not ...

Terra Barrow

```
 1        A     No.

 2        Q     Did you take any pictures with Terrence or

 3    anyone in the entourage that night?

 4        A     Not in that particular entourage, but I did

 5    take a picture with Avant that particular night who

 6    was on that tour.

 7        Q     All right.  So, you met -- then you said he

 8    invited you back stage?

 9        A     Yes.

10        Q     Okay.  And did you guys go anywhere after

11    that?

12        A     Yes.  We went to the after-party.

13        Q     You went with Terrence to the after-party?

14        A     Yes.

15        Q     Who else was with Terrence?

16        A     Genuine, Genuine's band, his dancers.

17        Q     Anybody else?

18        A     Genuine's manager, Jagged Edge.  It was -- I

19    mean, there was a lot of people there.  It was an

20    after-party.

21        Q     I mean -- okay.  Well, what about Terrence --

22    was Jason Kane there?

23        A     I met Jason later on that night.  Yes.  I

24    don't remember whether Jason -- where did I meet
```

Terra Barrow

```
 1    Jason?  Jason -- no.  Jason wasn't at the party.

 2        Q    Did you meet Jason at any point that day?

 3        A    Yes.

 4        Q    And where did you meet Jason that day?

 5        A    I met Jason later on that night at the hotel.

 6        Q    At what hotel?

 7        A    At the Lowe's.

 8        Q    Could you spell that?  I couldn't hear you.

 9        A    The Lowe's.

10        Q    Could you spell that?

11        A    L-O-W-E-'-S.

12        Q    Who was staying at that hotel?

13        A    Everyone from the show.

14        Q    All right.  And did you go into someone's

15    hotel room?

16        A    Yes.

17        Q    Whose hotel room did you go into?

18        A    Tameka and I went to Terrence's room.

19        Q    Was Terrence staying in the room by himself or

20    with someone else?

21        A    By himself.

22        Q    Was anyone else in the room with you and

23    Terrence and Tameka?

24        A    Yes.
```

Terra Barrow

```
 1        Q     Who?
 2        A     Jason came in.  We were introduced to Jason.
 3    And a couple other guys.  Like some of the dancers or
 4    whatever had stopped by.
 5        Q     Okay.  Do you know what Jason was doing there?
 6        A     He was working for Genuine also, I believe.
 7        Q     Okay.  So, to your knowledge, both Terrence
 8    Williams and Jason Kane were working for Genuine that
 9    night?
10        A     I said I believe.  I'm not sure.
11        Q     Okay.  In what capacity did you believe that
12    they were working?
13        A     I knew that Jason does security.  I know at
14    one point -- I mean, somewhere down the line I know
15    that he was, at one point in time, working for
16    Genuine.  To actually say that he was working for him
17    that night, I would not be able to tell you that.
18        Q     Okay.  Did you have any discussions with
19    Terrence Williams as to what his role was there that
20    night?
21        A     No.  It was quite obvious from my observation
22    skills.
23        Q     And what did you observe?
24        A     I observed that Terrence was Genuine's
```

Terra Barrow

1    security as well as his road manager.

2        Q    Okay.  Let's break that up.

3              How did you observe that security?

4        A    Pretty much throughout the course of the night

5    every move that Genuine made Terrence also made.

6        Q    So, was he following him, leading him,

7    side-by-side?  Could you be a little more specific?

8        A    I mean, each -- every time you walk into a

9    different situation it's different.  When they got out

10   of the car it was different.  Before they got on the

11   elevator it was different.  I can't break it down as

12   to exactly whether he was in front of him, behind him,

13   or to the right or left of him, but his main concern,

14   from my observation, was Genuine's safety.

15       Q    So, it seemed that he was acting in a

16   protective role?

17       A    I wouldn't say protective.  I would say more

18   concerned as far as someone's well-being.

19       Q    And did you see anyone else acting as security

20   for Genuine that evening?

21       A    No.  Well, yes.  Everyone in the -- everyone

22   in the group.  They're all very protective of him.

23       Q    Did you see anyone else that evening that was

24   acting as security other than Terrence?

Terra Barrow

```
 1        A     I mean, I guess I could say one or two other
 2     guys that were with them.  I mean, they were --
 3     everyone was protective of him.  I mean, that's their
 4     boss.
 5        Q     Do you know the other guy's name?
 6        A     Not offhand.
 7        Q     Do you have a way where you would be able to
 8     figure that out?
 9        A     I'm sorry?
10        Q     You said "Not offhand".  So, is there some
11     other means that you have to figure out those names?
12        A     Um, no.
13        Q     What did they look like?
14        A     Black males, I could tell you that.  I mean,
15     it's been a couple years.
16        Q     How tall?
17        A     I don't recall.
18        Q     Do you know weight?
19        A     No.
20        Q     What type of hair?
21        A     No.
22        Q     All right.  So, from that night until today,
23     how often have you had contact with --
24        A     Excuse me?  How often have had contact with
```

Terra Barrow

1    who?

2        Q     Terrence Williams.  Since the night of

3    February '04, when you first met him, through today,

4    how often had you had contact?

5        A     Quite frequently.

6        Q     Have you had an intimate relationship with

7    him?

8            MR. TUCKER:  Objection.

9            MS. MORAN:  Did you guys hear me?

10           MR. TUCKER:  Stephanie, I objected.  And I

11       don't want to instruct Ms. Barrow in any way,

12       but she's asking me --

13           MS. MORAN:  Okay.  I'll do this.

14   BY MS. MORAN:

15       Q     Ms. Barrow, nobody here represents you as

16   counsel.

17       A     You know what?  If it's going to be a problem,

18   I can call and make arrangements, and we can do this

19   with -- when I can have representation.

20       Q     Well, what I was about to explain is,

21   typically at depositions objections are put on the

22   record --

23       A     Okay.

24       Q     -- for the judge to determine later whether

Terra Barrow

```
 1    something should be put into evidence.  Matt has

 2    objected to the question, but we have our clients

 3    here, they are directed in those instances to continue

 4    to answer a question, unless it's something that's

 5    going to incriminate them for criminal charges or

 6    something like that.

 7         A    Okay.  Yes.  We have been intimate.

 8         Q    Do you consider him a friend?

 9         A    I wouldn't say a boyfriend.  I would just say

10    a special friend.

11         Q    Where does he live?

12         A    Down in D.C.  Baltimore.  Around that area.

13    Between Washington and Baltimore somewhere.

14         Q    Okay.  Off of the BW Parkway?  Off of 95?

15         A    I couldn't tell you.  I've only been down

16    there once to his actual residence.

17         Q    Okay.  And when you were down there that one

18    time, where did you travel from?

19         A    Philadelphia.

20         Q    Did you travel by a car?

21         A    Yes.

22         Q    Okay.  And were you alone?

23         A    No.  I was actually with Terrence.

24         Q    Okay.  So, Terrence drove you from Philly to
```

Terra Barrow

```
1    his house?

2        A    He drove my car from Philly down there.  Yes.

3        Q    Okay.  And does he live in an apartment or a

4    house?

5        A    It is more like a -- like -- they could be

6    either-or.  It's one of those townhome-type things.

7    It's been awhile, though.

8        Q    A townhouse.

9             And did he live alone or with someone?

10       A    I'm unsure.  We went in, I used the bathroom

11   and came right back out, because he had to go

12   somewhere else.  So, it was more like an emergency

13   situation where I drove down.

14       Q    All right.  So, where else did you guys go?

15       A    He went to meet the driver because he had to

16   go to the airport.

17       Q    What driver?

18       A    The driver for the car service.

19       Q    What car service?

20       A    I don't know.

21       Q    Where did you meet this driver?

22       A    Maybe a block or two from his house.

23       Q    Do you remember any landmarks that you passed

24   on his way to his house?
```

Terra Barrow

```
 1        A    No.

 2        Q    Do you remember if you were on I-95?

 3        A    I mean, I took I-95 down.

 4        Q    Okay.  When you exited I-95, how far did you

 5   drive to get to his house?

 6        A    I don't recall.

 7        Q    What's Mr. Williams' phone number?

 8        A    (202) 391-8112.

 9        Q    Is that a cell or a home phone number?

10        A    That's a cell.

11        Q    Do you have any other numbers for him?

12        A    No.

13        Q    Have you talked to him on this phone number

14   you just gave me from the cell phone number you gave

15   me earlier as (215) 828-1132?

16        A    How often?

17        Q    Did you say 1132 or 1133?

18        A    1133.

19        Q    I said, have you talked to him from the first

20   cell phone number I just stated?

21        A    Yes.

22        Q    Okay.  When you talked to him, did you talk to

23   him on the cell phone number that you just gave me?

24        A    Yes.
```

Terra Barrow

```
 1        Q    Have you talked to him in the past 30 days?

 2        A    Yes.

 3        Q    Have you talked to him before this deposition?

 4        A    Yes.

 5        Q    Did you talk to him this morning?

 6        A    Yes.

 7        Q    What did you talk about?

 8        A    Sex.

 9        Q    Okay.  You talked about having sex with him?

10        A    Yes.

11        Q    Did you guys make a sex date?

12        A    A sex date?

13        Q    Did you make a date on when you're going to

14   get together?

15        A    I can pretty much tell you how the

16   conversation went.  Um, "I miss you.  When am I going

17   to see you?  Ah, hopefully I will be able to get to

18   Philly on Monday."

19             I said, "I need you to take care of

20   something", implying that I needed him to have sex

21   with me.

22        Q    Okay.  Did you talk about the fact that you

23   were going to be deposed today?

24        A    No.
```

Terra Barrow

```
 1        Q    So, you didn't say anything about, I'm going

 2   to be deposed in the case where Mr. Iverson has been

 3   sued?

 4        A    No.

 5        Q    Have you ever talked to him about this case?

 6        A    Not about the case.

 7        Q    Okay.  Have you ever talked to him about the

 8   incident at the Eyebar?

 9        A    After it happened we spoke.  And he made sure

10   that I got home safely.  But, I mean, we've never sat

11   down and discussed the incident, if that's what you're

12   asking.

13        Q    So, how did you get in touch with Duane

14   Stanton?

15        A    Duane Stanton called me.

16        Q    And how did he get your phone number?

17        A    I don't know.

18        Q    You aren't curious as to how he got your

19   number?

20        A    No.  Well, he called, he stated that it was in

21   regards to the incident that had happened that night,

22   and that was it.

23        Q    So, by your testimony, you saw Terrence

24   Williams and Jason Kane involved in a physical
```

Terra Barrow

1  altercation; correct?

2      A    That's correct.

3      Q    Having sex with Terrence Williams; correct?

4      A    That's correct.

5      Q    Were you having sex with him in July of 2005?

6      A    Did we have sex in July of 2005?  No.  Not

7  that I recall.  But Terrence and I don't see each

8  other on a regular basis like a normal relationship

9  would.

10     Q    What I was asking was, have you had sex with

11 him prior to July of '05?

12     A    Yes.

13     Q    Okay.  So, you have a sexual relationship with

14 him, you saw him involved in an altercation, you knew

15 he was there and Mr. Iverson was there, and you're

16 saying that you never had a conversation with him

17 whatsoever about what transpired that night?

18     A    No.

19     Q    Why not?

20     A    First of all, number one, it's none of my

21 business.  Number two, I didn't care to know what

22 happened because of my situation here as a police

23 officer.

24     Q    What situation there would make you not want

Terra Barrow

```
 1   to know what happened?
 2       A    Because I do not want to get caught up or
 3   involved in anything off duty that will cause jeopardy
 4   to my job.  My job is my main concern.
 5       Q    How would knowing what happened cause trouble
 6   with your job?
 7       A    I just did not care to know what happened.  My
 8   main concern was, Terrence was okay, and that was it.
 9       Q    Who else do you know that Terrence Williams
10   provides --
11       A    I'm sorry?
12       Q    What other people does Terrence Williams
13   provide security services to?
14       A    I don't know.
15       Q    Have you ever been with him while he was on
16   duty?
17       A    Yes.
18       Q    When?
19       A    I couldn't count the number of times.
20       Q    Tell me some of the places that you've been
21   with him when he's been on duty.
22       A    I've been in New York.  I've been in New
23   Jersey, Connecticut, Massachusetts.  Where else have I
24   been?  I can't think of where else I've been at this
```

Terra Barrow

```
 1    time.
 2         Q    All right.  In all those places where you've
 3    traveled when Terrence Williams was on duty, you don't
 4    know who he was working for?
 5         A    Genuine.
 6         Q    Was Jason Kane there on any of those
 7    occasions?
 8         A    Some of them.
 9         Q    How many?
10         A    I don't know.
11         Q    When you usually see Terrence Williams when
12    he's working, is Jason Kane usually there as well?
13         A    Sometimes.
14         Q    Do you know if Terrence Williams worked for
15    Jason Kane?
16         A    I don't know.
17         Q    Have you ever discussed this incident with
18    Jason Kane --
19         A    No.
20         Q    -- at the Eyebar?
21         A    No.
22         Q    Have you ever been around Terrence Williams
23    and Allen Iverson on any other occasion than at the
24    Eyebar?
```

Terra Barrow

```
1        A     No.

2        Q     Have you ever heard Terrence Williams talking

3   about being with Allen Iverson on any other occasion?

4        A     No.

5        Q     Are you aware of Terrence Williams ever taking

6   a trip to California?

7        A     Yes.

8        Q     Okay.  And what was your understanding as to

9   why he went to California?

10       A     I don't usually ask questions.  "I'm going to

11  California for work.

12             Okay."

13       Q     You don't know who he was going to work for?

14       A     No.

15       Q     Have you ever seen Terrence Williams on TV?

16       A     No.

17       Q     Are you aware of him being on TV?

18       A     No.

19       Q     Did you take any notes about what you observed

20  at the incident at the Eyebar?

21       A     Did I take any notes?  Was that your question?

22       Q     Yes.

23       A     No.

24       Q     You said you arrived there about 10:30 or
```

Terra Barrow

```
 1      11:15.   Was Terrence already there when you arrived?

 2         A    No.

 3         Q    Okay.  Did you go there that night knowing

 4      Terrence would be there?

 5         A    Yes.

 6         Q    How did you know Terrence would be there?

 7         A    Terrence informed me.

 8         Q    Are you guys here?

 9         A    No.  You blanked out.

10         Q    I said, when did he inform you that he was

11      going to be there?

12         A    I want to say it was either early that day or

13      the day before.  I'm not -- I don't actually recall.

14         Q    What exactly did he tell you?

15         A    He asked what I was doing.  I told him I was

16      off for the next two days and that I missed him, and

17      he said, "Why don't you come down."

18         Q    Did he tell you what type of work he was doing

19      that weekend?

20         A    He didn't say whether he was working or not.

21         Q    Okay.  So, when did you come down?  What day?

22         A    I came down that day, on the 19th.

23         Q    Okay.  On the weekday?

24         A    Yes.
```

Terra Barrow

```
 1        Q     All right.  And what time of day did you come

 2    down?

 3        A     I left Philly on that day about sixish,

 4    sevenish.

 5        Q     And where did you go when you arrived to D.C.?

 6        A     I went to the club.

 7        Q     The Eyebar?

 8        A     Uh-huh.

 9        Q     So, when he talked to you earlier that day or

10    the next day, he told you he was going to be at the

11    Eyebar?

12        A     It was either the 19th or the 18th he told

13    me he was going to be there.

14        Q     He told you at that point he was going to be

15    at the Eyebar?

16        A     Uh-huh.

17        Q     Is that a yes?

18        A     Yes.  I'm sorry.

19        Q     All right.  So, you arrived -- I'm sorry.  Did

20    you say he was already there when you arrived or he

21    wasn't?

22        A     He was not.

23        Q     Okay.  And did you talk to him at that point,

24    find out where he was?
```

Terra Barrow

| | | |
|---|---|---|
| 1 | A | He said he would be there shortly. |
| 2 | Q | You did talk to him? |
| 3 | A | Yes. |
| 4 | Q | But you called him? |
| 5 | A | Yes. |
| 6 | Q | And you called him on the cell phone number |
| 7 | | you just gave me? |
| 8 | A | Yes. |
| 9 | Q | And did he say where he was? |
| 10 | A | No. |
| 11 | Q | He said he would be there shortly? |
| 12 | A | Yes. |
| 13 | Q | Did he indicate where he was coming from? |
| 14 | A | No. |
| 15 | Q | Did he indicate who he was with? |
| 16 | A | No. |
| 17 | Q | Okay.  So, when did he arrive? |
| 18 | A | I don't remember what time it was. |
| 19 | Q | About how much time passed from your phone |
| 20 | | call? |
| 21 | A | I don't know.  I had a drink or two. |
| 22 | Q | Okay.  What did you drink? |
| 23 | A | An apple martini. |
| 24 | Q | How many? |

Terra Barrow

```
 1        A     One or two.

 2        Q     How did you pay for them?

 3        A     Cash.

 4        Q     Were you alone?

 5        A     Yes.

 6        Q     All right.  So, what happened next?

 7        A     Terrence came in and he came in with Jerry.

 8        Q     Came in with who?

 9        A     Jerry.

10        Q     All right.  I can't hear you.  Can you spell

11    it, because I'm having trouble hearing you?

12        A     Jerry.

13        Q     J-E-R-R-Y?

14        A     Yes.

15        Q     Okay.  And what's Jerry's last name?

16        A     I don't know.

17        Q     Who is Jerry?

18        A     He works with Genuine.

19        Q     And in what capacity does he work with

20    Genuine?

21        A     I don't know.

22        Q     Is that Jerry Vine?

23        A     I don't know.  I don't know Jerry's last name.

24        Q     Do you know if he's a manager?
```

Terra Barrow

1      A    I think that's what he does.  Like I said, I'm

2   not sure.

3      Q    Do you know Cliff Jones?

4      A    No.

5      Q    Okay.  So, Terrence came in with Jerry?

6      A    Yes.

7      Q    And then what happened next?

8      A    We talked.  He went to the bathroom, came

9   back, and we talked for a little bit.  And then, you

10  know, shortly after other people came in and the

11  incident happened, I guess, all within -- how long was

12  I there?  I don't remember what time it happened.

13     Q    Okay.  I'm going to go another direction.

14          You said something about Terrence

15  Williams being a road manager for Genuine.

16     A    Okay.

17     Q    How do you know that he's a road manager for

18  Genuine?

19     A    Because he's told me.

20     Q    He told you that he was a road manager?

21     A    Yes.

22     Q    Did he also tell you that he provides

23  security?

24     A    No.

Terra Barrow

```
 1        Q     Okay.  So --
 2        A     I said I made that from my own observation.
 3        Q     All right.  So, Terrence came in with Jerry.
 4   How long after that did you see Jason Kane?
 5        A     I don't recall.
 6        Q     Was it moments?
 7        A     I don't recall.  Like I said, I had been
 8   drinking.
 9        Q     Okay.  And how long after that did Mr. Iverson
10   come in?
11        A     I don't recall.
12        Q     Do you also not recall that because you've
13   been drinking?
14        A     I just don't recall.
15        Q     Have you always been an officer in Philly?
16        A     Yes.
17        Q     Okay.  What's your rank?
18        A     Police officer.
19        Q     So, you said you went to school for awhile.
20   Where did you go to school?
21        A     I went -- I did a little bit of school at St.
22   Joseph's University.  And I took a couple classes at
23   Wharton.
24        Q     Okay.  Is St. Joseph's in Philadelphia?
```

Terra Barrow

```
1      A    Yes.

2      Q    All right.  You said you came in, you saw some

3   guy with braids, and Jason and Terrence in an

4   altercation.  How did you exit the club?

5      A    I went back out and went back down the stairs.

6      Q    And where did you go?

7      A    I went home.  I sat in the car for a few

8   minutes to try to get myself together and then I came

9   back home.

10     Q    All right.  When you were sitting in the car,

11  where was your car parked?

12     A    I don't remember.  I mean, it was somewhere

13  out there.  It's -- that area is very unfamiliar to

14  me.

15     Q    Okay.  Could you see the club from your car?

16     A    Yes.

17     Q    While you were in your car, did you see

18  anybody that you recognized come out of the club?

19     A    No.  I was busy trying to get myself together.

20     Q    Okay.  Did you make any telephone calls?

21     A    Not right then and there.  No.

22     Q    How long after that did you make a cell phone

23  call?

24     A    I don't know.  Maybe when I got back home.  I
```

Terra Barrow

1    don't know.

2        Q    You drove all the way to Philadelphia from

3    Downtown D.C. without making any phone calls?

4        A    No.

5        Q    Okay.  So, at what point did you make a phone

6    call -- or who did you call between traveling from

7    D.C. to Philly?

8        A    Terrence.

9        Q    All right.  Did you get Terrence?

10       A    I think I left a message saying, "I just

11   wanted to make sure you were okay", and that was it.

12       Q    Did he call you back?

13       A    I don't remember.

14       Q    Had you planned to spend the night here in

15   D.C. that night?

16       A    With Terrence.  Yes.

17       Q    Okay.  And where did you plan to sleep?

18       A    With Terrence.

19       Q    At his house?

20       A    I don't know.  Wherever he made arrangements.

21       Q    And had you ever visited with Terrence here in

22   D.C. before?

23       A    No.  Just that one time I had to drive him

24   back down to D.C., that was it.

Terra Barrow

```
 1        Q      And at that time that you drove him back down

 2   to D.C., did you spend the night?

 3        A      No.  I told you he had to go and I came back

 4   home.

 5        Q      Who is your cell phone carrier?

 6        A      Nextel.

 7        Q      Your home phone, who is that carrier?

 8        A      I'm sorry?

 9        Q      Who is the carrier on your home phone?

10        A      Comcast.

11        Q      Is that who your long distance is with as

12   well?

13        A      Yes.

14        Q      So, when you left, Terrence and Jason Kane

15   were still in the club; correct?

16        A      That's correct.

17        Q      And was Mr. Iverson still in the club?

18        A      That's correct.

19        Q      You have no idea what happened once you left?

20        A      That's correct.

21        Q      You have no idea whether Mr. Iverson committed

22   any criminal activity or not, do you?

23        A      Once I left.

24        Q      So, that's correct, you don't have any idea
```

Terra Barrow

```
 1    when you left the club whether Mr. Iverson committed

 2    any criminal activity?

 3        A    That's correct.  Once I left the club, you're

 4    correct.

 5        Q    But you left the club, you have no idea

 6    whether Mr. Iverson assaulted anyone, do you?

 7        A    That's correct.

 8        Q    And you have no idea what Terrence Williams

 9    did when you left the club; correct?

10        A    That's correct.

11        Q    And you have no idea what Jason Kane did when

12    you left the club; correct?

13        A    That's correct.

14        Q    So, I'm curious, you said that you could not

15    remember the things that happened because you had been

16    drinking.  How did you manage to drive all the way to

17    Philly?

18        A    I said I sat in the car for a few moments and

19    got myself together.

20        Q    And how long is "a few moments"?

21        A    I guess maybe 15, 20 minutes.  I don't know.

22        Q    Did you make any stops between getting into

23    your car driving home?

24        A    Gas.
```

Terra Barrow

1      Q      Where did you stop?

2      A      I don't remember.  One of those outside houses

3    on the way back on 95.

4      Q      So, you mean going to the rest stop?

5      A      Yes.

6             MS. MORAN:  Do you have pictures there

7        with you?

8             MR. TUCKER:  No.  We don't have any

9        pictures.  I'm sorry.  I didn't mean to answer

10       for the witness.

11            MS. MORAN:  No.  I was actually asking

12       you.

13            MR. TUCKER:  Oh.  Okay.  We don't have any

14       pictures here.

15   BY MS. MORAN:

16     Q      Do you have any pictures with yourself and

17   Terrence?

18     A      I have one.

19     Q      Okay.  Do you have that in your wallet today?

20     A      No.  It's at home in a photo album.

21     Q      Would you be willing to provide that for us

22   without us having to issue a formal subpoena?

23     A      As long as you can guarantee that I will get

24   it back.

Terra Barrow

```
1          Q     Can you make us a color copy?

2          A     I can give it to you guys and make a color

3     copy.

4          Q     Okay.  That's fine.  At the end of this we'll

5     make sure you have the information.

6          A     Okay.

7                MS. MORAN:  We're going to put you on hold

8          for one moment.

9                THE WITNESS:  Okay.

10               (Whereupon, off the record for a brief

11         moment.)

12               MS. MORAN:  I have a few more questions.

13    BY MS. MORAN:

14         Q     Getting back to -- you said you saw some guy

15    jump on Terrence?

16         A     I never said I saw anybody jump on Terrence.

17         Q     Okay.  You saw a guy jump on Jason?

18         A     That's correct.

19         Q     And had you seen Jason and this guy have

20    contact prior to this guy jumping on Jason?

21         A     Not any form of physical contact, no.

22         Q     Okay.  But did you see them talking?

23         A     Yes.

24         Q     Okay.  And where were they in the club when
```

Terra Barrow

```
 1    they were talking?
 2        A    They were right near the -- let's see.  Excuse
 3    me.  Right around here somewhere.  Between here and
 4    here.  (Witness indicating.)
 5            MR. TUCKER:  Stephanie, I'm going to ask
 6        her to mark that with a "J" for the record.
 7            MS. MORAN:  Okay.  That's fine.
 8            MR. TUCKER:  And for the record, Ms.
 9        Barrow has marked a "J" indicating that
10        Mr. Kane was slightly below the VIP section
11        that she had previously marked "I".
12            MS. MORAN:  Okay.
13            MR. TUCKER:  I'm also going to have her
14        circle the three marks that she's made, one
15        being "B-1", one being "I", and one being "J".
16            MS. MORAN:  Okay.  Great.
17    BY MS. MORAN:
18        Q    All right.  You saw Jason talking to this guy
19    where you just marked; is that correct?
20        A    Around in that immediate area.  Yes.
21        Q    Okay.  And did you hear what they were
22    discussing?
23        A    No, ma'am.
24        Q    Okay.  Did they look like they were having a
```

Terra Barrow

1    conversation or argument?

2        A    A conversation.

3        Q    Okay.  What else did you observe regarding

4    this --

5        A    It all happened so fast.  A few minutes later

6    I see the guy on Jason's back, and, you know, then

7    Terrence came over and tried to pull him off.  And

8    then another guy hit Terrence and that was it.  And

9    after that I got up and I left.

10       Q    All right.  Now, you said this guy who jumped

11   on Jason you think jumped on his back?

12       A    Yes.

13       Q    Was he actually, literally up in the air on

14   his back?

15       A    No.  He, like, jumped on Jason from behind.

16       Q    Okay.  Where were his hands?

17       A    I don't remember.

18       Q    Okay.  Do you know if his hands were touching

19   Jason?

20       A    Oh, he was on Jason.  I can't necessarily say

21   his hands, but I know his chest and his arms were.

22       Q    Okay.  And what was Jason doing?

23       A    Trying to shrug him off.

24       Q    Okay.  And you said this guy had braids?

Terra Barrow

```
 1        A    No.  The guy who hit Terrence had braids.

 2        Q    Okay.  I'm sorry.

 3             What did this guy look like?

 4        A    I don't remember.

 5        Q    Huh?

 6        A    I don't remember.  It all happened so fast.

 7        Q    You don't know if he was African-American?

 8        A    Oh, yeah.  He was a black male.  Yes.

 9        Q    Okay.  So, was he smaller than Jason or bigger

10   than Jason?

11        A    You mean -- when you say "smaller", do you

12   mean taller?  I mean, lighter as far as weight is

13   concerned?  He's -- he -- I don't think he was as big

14   as Jason.  He might have been a little taller.  Like I

15   said, I don't recall.  Everything happened so fast.

16        Q    All right.  Let's take it slow.

17             You say the guy may have been taller than

18   Jason?

19        A    Maybe.  I'm not sure.  His -- as far as his

20   physique, his arms were not as big as Jason's, I can

21   tell you that.

22        Q    Okay.  His arms weren't as big as Jason's.

23   Were they both to the same size as Jason?

24        A    I don't know.  I don't remember.
```

Love Court Reporting, Inc.

Terra Barrow

```
 1        Q      Did this guy seemed significantly taller than

 2    Jason?

 3        A      No.

 4        Q      Did he seem significantly shorter than Jason?

 5        A      No.

 6        Q      So, he seemed similar in size to Jason?

 7        A      I guess.

 8        Q      Okay.  And you said you've been trained in

 9    observation; correct?

10        A      That's correct.

11        Q      Did you notice what this guy was wearing?

12        A      No.

13        Q      Had you seen the guy who jumped on Jason

14    allegedly with anyone else?

15        A      Did I actually see him with anyone else?  No.

16        Q      Okay.  Was he talking to anyone other than

17    Jason?

18        A      No.

19        Q      All right.  So, Terrence came and got the guy

20    off of Jason?

21        A      I'm sorry?

22        Q      You said Terrence came and got the guy off

23    of --

24        A      He attempted to take the gentleman off of
```

Terra Barrow

```
 1     Jason when he was struck by another male.
 2          Q     Okay.  How did Terrence take the guy off of
 3     Jason?
 4          A     He was grabbing, like trying to pull him off
 5     of Jason.  And that's when another guy came out of --
 6     and just hit Terrence.
 7          Q     Okay.  And what did that guy look like?
 8          A     All I remember is that he had braids.
 9          Q     Okay.  Was he tall?
10          A     I don't remember.
11          Q     Okay.  Where was Jason while Terrence was
12     trying to pull this guy off of him and being hit by
13     another guy?
14          A     In the area that I marked.
15          Q     What was Jason doing?
16          A     I'm sorry?  I don't -- like I said, it all
17     happened so fast.  I just happened to look and I saw
18     this guy on Jason.  Terrence attempted to get the guy
19     off of Jason.  And then Terrence was struck by another
20     male.
21          Q     And where did Terrence come from?
22          A     He was right there where I was.
23          Q     So, what were you and Terrence doing at the
24     moment this began?
```

Terra Barrow

```
 1        A     Talking.

 2        Q     Were you sitting?

 3        A     No.  I was standing at that time.

 4        Q     Okay.  And where were you standing?  Where

 5   were you in the club?

 6        A     Right around in here somewhere.  Right around

 7   in this immediate area.  (Witness indicating.)

 8             MR. TUCKER:  Stephanie, I'm going to ask

 9        her to mark it with a circle "X".

10             THE WITNESS:  Around in there somewhere.

11        (Witness indicating.)

12             MR. TUCKER:  For the record, Ms. Barrow

13        has indicated that she was standing slightly

14        closer to the door from the position earlier

15        marked as "J", in between -- roughly in between

16        the VIP booth and the bar.

17   BY MS. MORAN:

18        Q     All right.  Now, you said earlier you were

19   upstairs?

20        A     That's correct.

21        Q     Right.

22        A     When you come in you have to go up steps.

23        Q     All right.  So that we're clear, when you

24   approach the Eyebar, when you're still outside, you
```

Terra Barrow

```
 1    had to go up steps to enter into the club?

 2        A    Yes.

 3        Q    Okay.  Then once you went up the steps to

 4    actually enter inside the club, where did you go?

 5        A    To the back.

 6        Q    Okay.  Did you go up any more steps?

 7        A    No.

 8        Q    So, you stayed on one level in the club the

 9    entire time?

10        A    Yes.

11        Q    Do you know whether there are any other levels

12    in the club?

13        A    No.  Like I said, I've only been there once.

14        Q    So, you were on the same level the entire

15    time?

16        A    Yes.

17        Q    So, when Terrence came in with Jerry, he came

18    onto the level where you were?

19        A    Yes.

20        Q    Did he ever leave you and go anywhere else?

21        A    He went to the bathroom, I stated earlier.

22        Q    Okay.  Once?

23        A    Yes.

24        Q    How long was he gone when he went to the
```

Terra Barrow

1    bathroom?

2        A    I don't recall time frames.

3        Q    Okay.  This was prior to this incident

4    happening; correct?

5        A    That's correct.

6        Q    All right.  And other than that, did he leave

7    you at anytime?

8        A    No.

9        Q    Did Terrence have any drinks?

10       A    I don't recall.

11       Q    Did Jerry have any drinks?

12       A    I don't remember.

13       Q    Okay.  So, did you see whether Jason had any

14   drinks?

15       A    No.  I didn't see.

16       Q    Okay.  Did you see Iverson having any drinks?

17       A    I believe he was drinking.  I don't -- I don't

18   recall.

19       Q    Okay.  What do you believe he was drinking?

20       A    I don't know.

21       Q    Was it a glass or a bottle?

22       A    I don't remember.

23       Q    So, how many people were in the group with

24   Mr. Iverson?

Terra Barrow

```
 1        A    I don't know.  It was a group of guys.  I

 2    don't recall.

 3        Q    Was it more than five?

 4        A    It might have been.  I mean, I would say

 5    anywhere between four and eight total.

 6        Q    Was there any females?

 7        A    No.  Not that I recall.

 8        Q    Okay.  And I'm still not clear, why was

 9    Terrence going to be at the Eyebar?

10        A    He didn't say.  I told him I wanted to see

11    him.  He asked if I was off.  I said, "I'm off for the

12    next two days.  I want to see you."  He said, "Why

13    don't you come down and meet me at this bar."

14        Q    Did you guys discuss what he had done earlier

15    that day?

16        A    No.

17        Q    Did you ever discuss what he had done earlier

18    that day?

19        A    Do we ever discuss?

20        Q    Yes.

21        A    Sometimes.  Not all the time.

22        Q    I mean, did you guys ever come to discuss what

23    he had done earlier that day?

24        A    No.
```

Terra Barrow

1      Q     Okay.  Did you guys ever discuss at any point

2   what he was actually doing at the club that night?

3      A     No.

4      Q     Did you ever discuss whether he was working

5   for Mr. Iverson that weekend?

6      A     No.

7      Q     Did you ever discuss whether Iverson was

8   having a celebrity softball game and event that

9   weekend?

10     A     No.

11     Q     And so, at the moment you walked out of the

12   club, what was happening?

13     A     I couldn't tell you.

14     Q     Did anybody throw anything?

15     A     I'm sorry?

16           MR. TUCKER:  Could you repeat that?

17   BY MS. MORAN:

18     Q     Was anybody throwing anything?

19     A     No.  I didn't see anyone throwing anything.

20     Q     Now, you described the scenario where some guy

21   is on Jason's back.  Terrence is trying to pull this

22   guy off and another guy hits Terrence.  Did you see

23   anyone else to where these four individuals were?

24     A     People started, I guess, moving from where I

Terra Barrow

1    was to attempt to find out what was going on, and I

2    went in the opposite direction --

3        Q    Okay.

4        A    -- to leave.

5        Q    Do you know any of those who started moving

6    towards what was going on?

7        A    No.

8        Q    Do you remember what any of them looked like?

9        A    No.

10       Q    Okay.  Do you remember what anyone else in the

11   club looks like other than Jason Kane, Terrence,

12   Mr. Iverson, Jerry, and that guy on Mr. Kane's back

13   and the guy who hit Terrence?

14       A    No.

15       Q    Those are the only people who you know you

16   could remember what they looked like?

17       A    Yes.

18       Q    If you saw a picture of the guy on Jason's

19   back, would you remember what he looked like?

20       A    Yes.

21       Q    And if you saw a picture of the gentleman who

22   hit Terrence, would you remember what he looked like?

23       A    Yes.

24       Q    So, since you can remember for us, do you

Terra Barrow

```
 1      think you can identify from a picture what type of

 2      facial hair did the person have who was on Jason's

 3      back?

 4           A     I don't recall.

 5           Q     Did he shave?

 6           A     I don't recall.

 7           Q     Okay.  What about the person who hit Terrence?

 8           A     I don't recall.

 9           Q     So, how do you know you'd be able to identify

10      him from a picture if you don't remember any of those

11      things?

12           A     Because I know how I use my skills.  I know

13      what I'm good at.  If I see something, I can pretty

14      much tell you yes or no.

15           Q     Did you ever see any security from the club?

16           A     When I came in.  And there were a few

17      throughout the club, but ...

18           Q     And let's take them one-by-one.

19                 Person number one, what did that person

20      look like?

21           A     I don't recall.

22           Q     Did you see that person come over or bother in

23      any way with this --

24           A     I don't recall.  Like I stated, people were
```

Terra Barrow

1    coming to go -- to find out what was going on, and I

2    was going in the opposite direction.

3        Q    Okay.  For the court reporter's purpose, you

4    have to let me get the question out so we'll know what

5    you're responding to.

6        A    All right.

7        Q    I'm going to ask it again just so it can get

8    on the record because I doubt the reporter got that.

9            So, what my question was, did you see the

10   security people who worked for the club come over to

11   where Jason Kane, Terrence Williams, and these two

12   unnamed persons were?

13       A    I don't recall.

14       Q    Did you hear anyone refer to these unnamed

15   persons by any names?

16       A    I don't recall.

17       Q    Do you know if Terrence Williams has a

18   nickname?

19       A    No.  Not to my knowledge.

20       Q    Does he go by anything else?

21       A    Not to my knowledge.

22       Q    What about Jason Kane?

23       A    Not to my knowledge.

24       Q    Are you aware if Jason Kane is married?

Terra Barrow

```
 1        A    Yes.

 2        Q    What's his wife's name?

 3        A    I don't know.

 4        Q    Do you remember her first name?

 5        A    No.

 6        Q    How do you know he's married?

 7        A    I was told he was married.

 8        Q    By who?

 9        A    Either him or Terrence.  I don't remember.  It

10   came up in general conversation.

11        Q    Do you know what his wife does for a living?

12        A    I believe she's in some form of law

13   enforcement.

14        Q    Do you know whether she's a police officer?

15        A    I don't know.  I believe -- I believe she's in

16   some form of law enforcement.

17        Q    Okay.  And do you know in what jurisdiction?

18        A    No.

19        Q    Did you ever see Jason Kane engaged in

20   conversation with any of the club security prior to

21   the incident happening?

22        A    No.

23        Q    Did you ever see Terrence Williams engaged in

24   conversation with the club security prior to the
```

Terra Barrow

```
1    incident happening?

2         A    No.

3         Q    Okay.  Did you see Jason Kane talk to anyone

4    other than Terrence?

5         A    Not that I can remember.  And the guy that he

6    was having the conversation with, I told you about

7    that.

8         Q    Did you see Terrence talk to anyone other than

9    you and Jerry Vine?

10        A    Jason?

11             MR. TUCKER:  Jason.  Sorry.  Objection.

12             MS. MORAN:  Is that an objection?

13             MR. TUCKER:  That's an objection.  And the

14        witness responded "Jason".

15             MS. MORAN:  Okay.

16   BY MS. MORAN:

17        Q    Other than Jason, Jerry, and yourself, did you

18   see Jason Kane interact with anyone else?

19        A    I don't recall.

20        Q    What was Jason Kane's -- when this was going

21   on?

22             MR. TUCKER:  Stephanie, if we're hearing

23        you correctly, you're asking what Jason Kane's

24        proximity to Allen Iverson was?
```

Terra Barrow

```
 1              MS. MORAN:  I don't recall.
 2   BY MS. MORAN:
 3       Q     Okay.  Was Jason Kane and Terrence in the same
 4   area of the club?
 5       A     In the same area of the club, but not in the
 6   same immediate area.
 7       Q     How much distance was between the two of them?
 8       A     I guess I would say no more than 10, 15 feet.
 9   I'd say no more than 10 feet.
10       Q     And was Terrence sitting down at anytime?
11       A     No.
12       Q     Did Terrence appear that he was working that
13   evening?
14       A     No.
15       Q     But you don't know whether he was or not?
16       A     I don't know.  It did not appear to me.
17       Q     Did it appear as if Jason Kane was working or
18   not that evening?
19       A     Yes.
20       Q     How did it appear that Jason Kane was working
21   that evening?
22       A     I don't know.
23       Q     So, Why did you say yes?
24       A     I mean, it appeared.  I mean, he was there
```

Terra Barrow

1    with Allen Iverson.  I mean, I know in the past that

2    he's done security work.  So, I just made -- I'd say I

3    made an assumption in that case.

4        Q    All right.  How do you know Jason Kane was

5    there with Allen Iverson?

6        A    I'm not saying that I know that he was there.

7        Q    Right.

8        A    I saw them in the same immediate area.  So,

9    like I said, I made an assumption.

10       Q    So, you saw Jason Kane in the immediate area

11   where Iverson was?

12       A    Yes.

13       Q    So, did you see him do anything that would

14   make you think he was providing security?

15       A    No.  Like I said, I just made an assumption.

16       Q    Okay.  But you also know that Terrence

17   provides security services; correct?

18       A    I know he has in the past.  Yes.

19       Q    Okay.  So, how come you didn't make an

20   assumption that he was providing security?

21       A    Because Terrence came in with Jerry.

22       Q    How long after Terrence and Jerry arrived did

23   Jason arrive?

24       A    I don't recall.

Q Do you recall how --
A No. I'm sorry?
Q How could you answer the question --
A I said, I'm sorry I didn't hear you. I mean, if you want to get like that, can you tell me how much longer this is going to take, because it was supposed to start at 10:00 and we started at 10:15 because you guys were late, and I do have some important business matters to take care of?
Q You're under subpoena; correct?
A That's correct.
Q Okay.
A And at any point in time I can also stop and get representation if needed.
Q Okay. I think we're coming to an end soon.
A Okay.
Q The question was, do you remember how long after you saw Terrence how much time had passed when -- do you recall how much time passed from the first time you saw Terrence until the first time you saw Jason?
A No. I don't recall.
Q Have you ever heard of The Horsemen?
A No.

Terra Barrow

1        Q     Have you ever heard of Horsemen Security?

2        A     No.

3        Q     I mean, do you know whether Terrence has ever

4    been involved in any physical altercation while

5    providing security services?

6        A     No.

7        Q     And do you know about Terrence ever being in a

8    fight?

9        A     No.

10       Q     Do you know anything about Jason ever being in

11   a fight?

12       A     No.

13       Q     Do you know whether Terrence Williams ever

14   worked for 50 Cent?

15       A     No.

16       Q     Do you know if Terrence ever worked for --

17       A     I'm sorry?

18       Q     Do you know whether Terrence Williams has ever

19   worked for G-Unit?

20       A     No.

21       Q     Do you know whether Jason Kane has ever worked

22   for 50 Cent?

23       A     No.

24       Q     Do you know whether Jason Kane has ever worked

Terra Barrow

1      for G-Unit?

2          A     No.

3          Q     Do you know whether Terrence Williams has ever

4      worked for Steve Ranson?

5          A     No.

6          Q     Do you know whether Jason Kane has worked for

7      Steve Ranson?

8          A     No.

9          Q     Have you had any interaction with Allen

10     Iverson outside of this evening?

11         A     I've seen him in passing.  I mean, he does

12     play for the Philadelphia 76ers, and I do live in

13     Philadelphia, so ...

14         Q     I don't see the basketball players here, so I

15     wouldn't necessarily presume, so that's why I'm

16     asking.

17         A     Oh, okay.  And like I said, he plays for the

18     Philadelphia 76ers.  And I live in the City of

19     Philadelphia, as well as work in the City of

20     Philadelphia.  So, yes, I've seen him in passing.

21         Q     Have you ever had a conversation with him?

22         A     No.  I have not.

23         Q     Have you ever gotten an autograph?

24         A     That means I would have to have a conversation

Terra Barrow

1    to ask for it or to get it; correct?

2        Q    Not necessarily.

3        A    Okay.  Well, a conversation is to gauge in

4    words; right?  No.  I've never.  I've only seen him.

5    I never spoke with him.

6        Q    Okay.  Have you ever been hired to provide

7    services for him?

8        A    No.

9        Q    Have you received any money to appear today?

10       A    No.

11       Q    You didn't receive a witness fee?

12       A    I'm sorry?

13       Q    You didn't receive a witness fee?

14            MR. TUCKER:  Ms. Moran, I believe, is

15       asking if you've received a witness fee to

16       cover your expenses for coming today?

17            THE WITNESS:  Would that be the check?

18            MR. TUCKER:  Yes.

19            THE WITNESS:  That's correct.

20   BY MS. MORAN:

21       Q    So, you received some money related to coming

22   today?

23       A    Yes.

24       Q    How much did you receive?

Terra Barrow

1       A       $50, which was in a check, which I have not

2    cashed, and I do not intend to cash.  I wrote void on

3    it.

4       Q       All right.  Have you ever received any money

5    from Terrence Williams?

6       A       Yes.

7       Q       Okay.  How much have you received from

8    Terrence Williams?

9       A       Oh, I don't recall.  It's been throughout the

10   course of the years.

11      Q       Okay.  And on what occasions does he give you

12   money?

13      A       If I'm away somewhere and he has to go do

14   whatever and I decide I don't want to stay in the

15   hotel room and I want to go shopping.

16      Q       How much does he give you?

17      A       One or two-hundred.  I mean, it depends on

18   where we're at and where I'm going.

19      Q       What kind of car does Terrence drive?

20      A       I never seen Terrence drive, except for when

21   he drove my car.

22      Q       Okay.  Do you know how much he makes?

23      A       No.

24      Q       Do you know whether he went to school?

Terra Barrow

```
 1        A     No.

 2        Q     Do you know his date of birth?

 3        A     Yes.

 4        Q     What's his date of birth?

 5        A     February 28th -- how old am I?  I'm 27.  So,

 6   Terrence is -- it's either '77 or '76.  I'm not sure.

 7        Q     Do you know whether he has any siblings?

 8        A     No.

 9        Q     Do you know where his mother lives?

10        A     No.

11        Q     Do you know where his father lives?

12        A     No.

13        Q     Do you know if he has any children?

14        A     Yes.

15        Q     How old are his children?

16        A     His son is -- I would say his son is less than

17   five.

18        Q     So, do you know what area his son lives in?

19        A     Down there somewhere in that immediate area,

20   D.C. and Baltimore, where Terrence is at.

21        Q     Do you know his son's name?

22        A     Terrence.

23        Q     Do you know if he goes also by Williams?

24        A     I don't know.
```

Terra Barrow

```
 1        Q     Do you know whether his son goes to --
 2        A     I don't know.
 3              MR. TUCKER:  It was "school"; right?
 4              MS. MORAN:  Yes.
 5              THE WITNESS:  I don't know.
 6   BY MS. MORAN:
 7        Q     Do you know who his son lives with?
 8        A     No.
 9        Q     What's your Social Security number?
10        A     Excuse me?
11        Q     I said, what's your Social Security number?
12        A     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.
13        Q     Now, back to Tameka Terry, do you have a phone
14   number for her?
15        A     Yes, I do.
16        Q     Can I have it?
17        A     Do I have to give it to you?
18        Q     Are you refusing to answer the question?
19        A     I'm asking you a question.
20        Q     Well, I'm requesting the information.
21        A     You know what?  I'm going to stop this now.
22   Okay?  We're going to contact the Fraternal Order of
23   Police.  And any other questions you have, you'll have
24   to make arrangements to go through them.
```

Terra Barrow

1    Q   All right.  Is there any testimony you want to

2  clarify or clear up that you've made today?

3    A   No.  But I -- as far as getting somebody else

4  involved where my life is on the line, then, no, I'm

5  not going to do it.

6       MS. MORAN:  All right.  Well, I'm going to

7    hold the deposition open because the witness is

8    refusing to answer any more questions.

9       MR. TUCKER:  Stephanie, I think she just

10    stated she really only wants to avoid questions

11    regarding other officers and any other

12    individuals who, I guess, she knows on the

13    Philadelphia police force.

14       MS. MORAN:  Matt, that's not what she

15    stated.  She --

16       THE WITNESS:  That is what I stated.  What

17    I stated is, at this point in time I do not

18    feel comfortable getting another police officer

19    involved, and should she get involved and

20    become upset with me, therefore, that would put

21    my life on the line.

22       We do work on the -- we work together and

23    we also work on the street.  That's what I

24    stated.

Terra Barrow

1              MS. MORAN:  All right.  Well, you stated

2       you wanted to contact the Fraternal Order of

3       Police and wouldn't answer any more questions.

4              THE WITNESS:  In regards to -- I stated to

5       you earlier when you asked me that initial

6       question that I don't feel comfortable getting

7       another police officer involved.

8              MS. MORAN:  Okay.  That's fine.  So, I'm

9       not going to ask any more questions at this

10       point.  I don't know if anybody else has

11       anything.

12              MR. TUCKER:  Greg, do you have anything?

13              MR. LATTIMER:  No.

14              MR. TUCKER:  Okay.  I just have a few more

15       quick questions.

16              MS. MORAN:  Okay.

17   BY MR. TUCKER:

18       Q    Ms. Barrow, you mentioned that you had one or

19   two apple martinis; is that correct?

20       A    Yes.

21       Q    And how long, approximately, were you at the

22   Eyebar from the time you arrived to the time you left?

23       A    A couple of hours.  Maybe two, three hours.  I

24   don't -- I don't remember.

Terra Barrow

```
 1        Q     Okay.  And you said, also, I believe, that you
 2     stopped in your car to regain your composure for about
 3     15 minutes; is that correct?
 4        A     Yes.
 5        Q     Do you think you were drunk at that time?
 6        A     No.  A little tipsy.  Not drunk.
 7        Q     Would you have driven if you thought you were
 8     above the legal limit?
 9        A     No.
10              MR. TUCKER:  I think that's all I have.
11              MS. MORAN:  I have a couple questions.
12  BY MS. MORAN:
13        Q     Do you know what the legal limit is in D.C.?
14        A     No, ma'am.
15        Q     Do you know what your alcohol limit was that
16     night?
17        A     No.
18        Q     I have a question.  Do you ever talk to
19     Terrence by Direct Connect?
20        A     No.
21        Q     Do you know who his telephone carrier is?
22        A     I would assume Nextel.
23              MS. MORAN:  Okay.  No further questions.
24              MR. TUCKER:  I just have one more.
```