# Exhibit 4:

# Jason Kane Deposition

JR                                                                              1

21              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


- - - - - - - - - - - - -X
                         :
MARLIN GODFREY, et al.,  :
                         :
         Plaintiffs,     :
                         :   Civil Action No. 1:05-
     v.                  :   cv-2044 (ESH)(DAR)
                         :
ALLEN IVERSON, et al.,   :
                         :
         Defendants.     :
- - - - - - - - - - - - -X


                    Tuesday, October 3, 2006
                    Washington, DC


        The deposition of JONATHAN JASON KANE was
called for examination by counsel for the
Plaintiffs in the above-entitled motion, pursuant
to notice, in the offices of Blank Rome, LLP, 600
New Hampshire Avenue, NW, 12th Floor, Washington,
D.C. 20037, convened at 10:50 a.m. before
Jacqueline Richards-Craig, a notary public in and
for the District of Columbia, when were present on
behalf of the parties:

JR                                                                              7

1        Q    And you've never had any records

2    indicating that your name is Jason Kane?

3        A    [No response.]

4        Q    You have to answer.

5        A    No.

6        Q    So when your lawyers filed documents

7    indicating that you, Jason Kane, was supplying

8    supplemental answers to Marlin Godfrey's

9    Interrogatories, you don't know where that name

10   came from; is that right?

11            MR. MARTIN:   Objection.   Asked and

12   answered.

13            BY MR. LATTIMER:

14       Q    You have to answer before I can go on to

15   the next one.

16       A    Repeat the question.

17            BY MR. LATTIMER:   Could you read it back

18   Ms. Reporter?

19            [Off the record]

20            MR. LATTIMER: We have a number of things

21   that have been pre-marked, Ms. Reporter, and I'll

22   hand them to you.

JR                                                                          8

1                    [Exhibits 1 through 8 were

2                    marked for identification.]

3          BY MR. LATTIMER:

4      Q    Now Mr. Kane, a number of documents have

5  been set before you, could you take a look at those

6  documents please?  The first document, and that has

7  exhibit number on it, do you see that at that

8  bottom?

9      A    Yes.

10     Q    And what number exhibit is that?

11     A    One.

12     Q    All right.  And exhibit one, could you

13  read the heading on that document, the bold

14  lettering in the middle of the page?

15     A    Marlin Godfrey.  Allen Iverson.

16     Q    The bold type lettering on that page.

17     A    Jason Kane.

18     Q    And that says "Jason Kane's Supplemental

19  Answers to Marlin Godfrey's Interrogatories?"

20     A    That's correct.

21     Q    Okay.  Now, who is this Jason Kane if it's

22  not you?

JR                                                                        9

1          MR. MARTIN:  I'll object.  He's answered

2     the question.

3          MR. LATTIMER:  I understand that.  Who is

4     the Jason Kane if it's not you?

5          MR. MARTIN:  Mr. Lattimer, he's answered

6     that question.

7          MR. LATTIMER: Well I haven't heard the

8     answer.

9          MR. MARTIN:  You sued Jason Kane.

10          MR. LATTIMER: Right, and he says he's not

11     that person.

12          MR. MARTIN:  He didn't say that.  He says

13     he goes by--he is Jason Kane.

14          BY MR. LATTIMER:

15     Q    Well wait a minute.  Let me go back.  I

16     asked you what your name was and you said Jonathan,

17     correct?

18     A    Yes.

19     Q    And I asked you where did Jason come from

20     and you said you don't know, correct?

21     A    [No response.]

22     Q    Correct?

JR

10

1    A    My nickname is J, some people say Jason.

2    Q    So now some people say Jason?

3    A    [No response.]

4    Q    You have to say yes or no.

5    A    Yes.

6    Q    All right.  And even you call yourself

7    Jason from time to time, correct?

8    A    No.

9    Q    Turn to page 15 of that document.

10    A    [Witness complies.]

11    Q    And do you see signature lines on that

12    page?

13    A    Yes.

14    Q    And do you see "As to Answers Jason Kane?"

15    A    Yes.

16    Q    Is that your signature that appears there?

17    A    Yes.

18    Q    Okay.  So you signed as Jason Kane?

19    A    Yes.

20    Q    So on some occasions you do, in fact, call

21    yourself Jason Kane?

22    A    Yes, it's a nickname.

JR                                                                    11

1      Q    So Jason is a nickname too?  Is that what

2   you're saying now?

3      A    Yes.

4      Q    Okay.  And you call yourself Jason on some

5   occasions, correct?

6      A    Yes.

7      Q    Now, do you have another--

8          MR. MARTIN:  He needs to ask me a

9   question.  There's no question on the floor now.

10         [Witness confers with counsel.]

11         BY MR. LATTIMER:

12     Q    Can you turn to the next document?

13     A    [Witness complies.]

14     Q    Is that number two?

15     A    Yes.

16     Q    And that document indicates Jason Kane's

17  Supplemental Answers to David Kittrell's

18  Interrogatories; is that right?

19     A    Yes.

20     Q    You also signed those interrogatory

21  responses; is that right?

22     A    Yes.

JR                                                                    12

1      Q    On page 13, correct?

2      A    Yes.

3      Q    And you signed as Jason Kane, correct?

4      A    Yes.

5      Q    So again, you call yourself Jason Kane,

6   correct?

7      A    Yes.

8      Q    And do you have number three, Exhibit 3?

9      A    Yes.

10     Q    And that is Jason Kane's Answers and

11  Objections to Marlin Godfrey's Interrogatories; is

12  that correct?

13     A    Yes.

14     Q    And you signed those documents; is that

15  right?

16     A    Yes.

17     Q    And again, you signed your name as Jason

18  Kane, correct?

19     A    Yes.

20     Q    So you call yourself Jason Kane again,

21  right?

22     A    Yes.

JR

13

1              MR. MARTIN:  Can we stipulate that?

2              MR. LATTIMER: No, not when you answered

3     differently before.

4              MR. MARTIN:  Just trying to expedite this.

5              BY MR. LATTIMER:

6        Q    Turn to Exhibit 7.

7        A    [Witness complies.]

8        Q    Do you have that?

9        A    Yes.

10       Q    And that is Jason Kane's Answers and

11    Objections to David Kittrell's Interrogatories,

12    correct?

13       A    Yes.

14       Q    And that document, you again signed,

15    correct?

16       A    Yes.

17       Q    And you signed your name as Jason Kane,

18    correct?

19       A    Yes.

20       Q    So again, you have identified yourself as

21    Jason Kane; correct?

22       A    Yes.

JR                                                                      14

1        Q    Okay.  And that's because it's your

2   nickname?

3        A    Yes.

4        Q    All right.  Now, Mr. Kane, Jonathan is

5   your birth name; is that right?

6        A    Yes.

7        Q    Okay. And where were you born?

8        A    I was born in the state of Virginia.

9        Q    Okay. And when were you born?

10        A    March 21st.

11        Q    Okay. Does the year count?

12        A    1972.

13        Q    Do you have a middle name?

14        A    Yes.

15        Q    And what is that?

16        A    W.

17        Q    W?

18        A    Oh, William.  Sorry.  William.

19        Q    So Jonathan William Kane?

20        A    Yes.

21        Q    And you were born in what city in

22   Virginia?

JR                                                                        15

1        A    I was born in Fairfax.

2        Q    Fairfax?

3        A    Yes.

4        Q    Any brothers or sisters?

5        A    Yes.

6        Q    And what are their names?

7        A    Tammy.

8        Q    Tammy what?

9        A    Kane.

10       Q    Uh-huh.

11       A    Elaina Kane and Diana Kane.

12       Q    Any brothers?

13       A    No.

14       Q    And where do they live?

15       A    My sister lives in West Virginia and my

16   other sisters live in Tennessee.

17       Q    What are their ages?

18       A    37, 14 and 10.

19       Q    Okay.  Who's 14 and who's 10?

20       A    Diana's 14.

21       Q    And who's 10?

22       A    Elaina.

JR                                                                          16

1       Q    And who do they live with?

2       A    My father.

3       Q    And where does your father live?

4       A    Tennessee.

5       Q    Where in Tennessee?

6       A    I don't recall the city.  I really don't

7    talk to him like that.

8       Q    Or your sisters?

9       A    No.

10      Q    So you don't have contact with your

11   sisters or your father?

12      A    I don't have any contact with my little

13   sisters and my father.

14      Q    Okay.  That's what I talking about.

15   Elaina and Diana and your father, you don't have

16   any contact with?

17      A    No.

18      Q    Okay.  And is your mother still alive?

19      A    Yes, sir.

20      Q    Where does your mother live?

21      A    Alexandria, Virginia.

22      Q    What's her address?

JR                                                                        17

1        A    8235 Fresno Lane.

2        Q    8235 --

3        A    Fresno Lane.

4        Q    Fresno.  And that's in Alexandria?

5        A    Yes.

6        Q    And your other sister, Tammy, where does

7    she live?

8        A    In West Virginia.

9        Q    Is she married?

10       A    Her husband's deceased.

11       Q    Okay. And she goes by the name Kane?

12       A    Yes.

13       Q    Where does she live?

14       A    In West Virginia.

15       Q    Where in West Virginia?

16       A    I don't know.

17       Q    You don't have her address?

18       A    No.

19       Q    You don't write to her?

20       A    No.

21       Q    She don't write to you?

22       A    No.

JR                                                                    18

1     Q     Do you ever call her?

2     A     I spoke to her a couple of times.

3     Q     On the phone?

4     A     Yes.

5     Q     What's the phone number?

6     A     I'd have to look through my phone to get

7  her phone number.

8     Q     Take your time.

9           [Witness searches.]

10    A     (703) 615-2099.

11    Q     Now what's your mother's name?

12    A     Ms. Kane.

13    Q     Okay. First name?

14    A     Hope.

15    Q     Does she have a middle name?

16    A     Elizabeth.

17    Q     Are you married?

18    A     Yes.

19    Q     What's your wife's name?

20    A     Morgan.

21    Q     Morgan.  And what's your address?

22    A     9717 Natives Rocks Drive.

JR                                                                          19

    1        Q    And who do you live there with?

    2        A    My family.

    3        Q    Okay. Other than your wife who else lives

    4    there?

    5        A    Family members.

    6        Q    Okay. And those family members are?

    7        A    Her sister and her brother.

    8        Q    Your sister and your brother?

    9        A    Her sister and brother.

   10        Q    Your wife's sister and brother?

   11        A    Yes.

   12        Q    Any children?

   13        A    No.

   14        Q    What's your wife's sister and brother's

   15    names?

   16        A    Ashley and Patrick.

   17        Q    Ashley and Patrick.  And their last names?

   18        A    Williams.

   19        Q    Ashley Williams and Patrick Williams?

   20        A    Yes.

   21        Q    And what's their ages?

   22        A    16 and 23.

JR                                                                                    20

1        Q    Who's 16?  Who's 23?

2        A    Ashley's 16.  Patrick's 23.

3        Q    And how long have you lived at that

4    address?

5        A    Two years.

6        Q    Where did you live prior to that?

7        A    At my mother's address.

8        Q    The 8235 Fresno Lane, Alexandria,

9    Virginia?

10       A    Yes.

11       Q    How long did you live there?

12       A    For a few years.

13       Q    Is that more than five or less than five?

14       A    I can't recall.

15       Q    You don't recall how long you lived there?

16       A    No.

17       Q    Well where did you live before?

18       A    In Fairfax.

19       Q    Okay. Where?

20       A    In Burke.

21       Q    Okay. Where?

22       A    9725 Lake Point Drive.

JR                                                                        21

1       Q    All right.  Who lived there with you?

2       A    My mother.

3       Q    How long have you been married?

4       A    Two years.

5       Q    Give me your educational background

6    starting with high school?

7       A    James W. Robinson.

8       Q    All right.  Did you graduate?

9       A    Yes, sir.

10      Q    When?

11      A    In '90.

12      Q    1990?

13      A    Yes.

14      Q    All right.  Any other education?

15      A    George Mason University.

16      Q    Any place else?

17      A    No.

18      Q    How long were you at George Mason?

19      A    Two years.

20      Q    Did you graduate?

21      A    No.

22      Q    Did you engage in any extracurricular

JR

22

1  activities?

2     A    Explain.

3     Q    Extracurricular activities other than go

4  to school?

5     A    I played football.

6     Q    Okay.  How long you play football?

7     A    Two years.

8     Q    Give me your work history since high

9  school.  What was your first job out of high

10  school?

11     A    I can't recall.

12     Q    Okay. What was your second job out of high

13  school?

14     A    I can't recall.

15     Q    What was your third job out of high

16  school?

17     A    I can't recall.

18     Q    Did you ever work after high school?

19     A    No.

20     Q    Okay.  So you've never had a job; is that

21  right?

22     A    I misunderstood.  Could you repeat the

JR                                                                        23

1   question?

2        Q    You never had a job; is that right?

3        A    I've had a job.

4        Q    Well you said you've never worked after

5   high school, so you only had a job in high school?

6        A    No.  No, no.  You confused me with the

7   question.

8        Q    All right.  Let's try to clarify.  I asked

9   you to give me your work history since high school.

10  And I asked you about your first job and you said

11  you don't recall, correct?

12       A    [No response.]

13       Q    I that correct?

14       A    Yes, out of high school, yes.

15       Q    Okay.  I asked you to tell me about your

16  second job since high school and you indicated you

17  don't recall, correct?

18       A    Yes. Can I take another break?

19       Q    Well a question's pending right now.  As

20  soon as you answer the question you can talk to

21  him.

22       A    I just started working after I got out of

JR
24

1    college.

2        Q    Okay.

3        A    So you said high school, no, I didn't work

4    when I got out of high school it was after I was in

5    college.

6        Q    So when I said after high school, I'm

7    talking about after that period of time.  Let me

8    clarify it for you.  What was the first job you

9    ever had?

10       A    I helped people and cut grass.

11       Q    Okay. When was that?

12       A    I can't recall.

13       Q    Okay.  Were you in school or out of school

14   at that time?

15       A    I was in college.

16       Q    You were in college.  So you worked in

17   landscaping?

18       A    [Nodding.]

19       Q    You got to say yes or no.

20       A    Yes.

21       Q    So how long did you do that?

22       A    I can't recall.

JR                                                                    25

1        Q    Okay.  Who did you do that for?

2        A    I can't recall the company.

3        Q    You don't recall the company.  Okay. Now,

4    that would have been--let's see--you graduated high

5    school in 1990.  You went to college for two years.

6    So we're talking about--about 1992?

7        A    I can't recall the year.

8        Q    Can't recall.  Well, did you go straight

9    to college from high school?

10       A    Yes.

11       Q    So if you graduated high school in 1990,

12   you would have been in college in 1991, correct?

13       A    I can't recall.

14       Q    You don't recall.  Well did you graduate

15   high school in 1990?

16       A    Yes.

17       Q    So if you went straight to college, would

18   that suggest that you were in college in 1991?

19       A    Yes.

20       Q    And if you went for two years, would that

21   suggest that you were in college in 1992?

22       A    Yes.

JR                                                                          26

1      Q    All right.  So if you were in college in

2   1991 and in 1992, and you worked with the

3   landscaping, would that suggest that you were

4   working with them in either 1991 or 1992?

5      A    Yes.

6      Q    All right.  So, now, is there anything

7   that might refresh your recollection as to who you

8   were working with in 1991 and 1992?

9      A    No.

10     Q    All right.  You just don't remember that

11  at all?

12     A    No.

13     Q    All right.  How much were you making?

14     A    I can't recall.

15     Q    What was your next job after the

16  landscaping while you were in college?

17     A    I done security.

18     Q    For?

19     A    A nightclub.

20     Q    Which one?

21     A    The Library.

22     Q    The Library.  Was that with a company or

JR                                                                    27

1   was that independently?  How was that arranged?

2        A    Independently.

3        Q    So how did you start independently

4   providing security for a nightclub called The

5   Library?

6        A    I went there and they hired me.

7        Q    So you just walked in and said, "Hey, I'll

8   do security for you."?

9        A    Yes.

10       Q    You had no experience at the time; is that

11  correct?

12       A    No, I had experience.

13       Q    Well, okay, let me back you up. I asked

14  you about where you worked and you said you had

15  worked doing landscaping.  Then I asked you about

16  your next job and you told me that was at The

17  Library.  So when did you get this experience to be

18  able to go in to The Library and get a job?

19       A    Repeat the question.

20       Q    Okay. When did you get experience working

21  in security prior to going into The Library to get

22  a job?

JR
                                                                    28

1       A    The job consisted of watching the parking

2  lot.

3       Q    That's not my question.  Let me say it one

4  more time.  My question is: when did you get

5  experience working security prior to going to The

6  Library to get a job?

7       A    You went through orientation at the job

8  of how to watch a parking lot. You went to

9  orientation, so after the class, then you got the

10  job.

11      Q    You indicated that you had experience in

12  security prior to going to The Library; am I

13  correct?

14      A    Yes.

15      Q    What is it --

16           MR. KANE:  Can I talk to my lawyer?

17           MR. LATTIMER: Sure.

18      [Off the record.]

19           BY MR. LATTIMER:

20      Q    We were talking about this prior security

21  experience.  Could you tell me what that is?

22      A    It was an orientation class.  It was an

JR                                                                    29

1   orientation class.

2        Q    So your prior security experience at The

3   Library was the orientation provided by The

4   Library?

5        A    Yes.

6        Q    Okay. But my question was: When you went

7   to The Library to apply for a job, did you have any

8   experience?  And you indicated the --

9            MR. MARTIN: That was not the question.

10           MR. LATTIMER:  You got to let me finish

11  first.

12           MR. MARTIN: No, that's not what the --

13           MR. LATTIMER:  But you still have to let

14  me finish.  If you've got an objection you can make

15  it but let me finish.

16           BY MR. LATTIMER:

17       Q    And you indicated that you had prior

18  security experience; am I incorrect?

19           MR. MARTIN: Objection.  That was not your

20  question.  If you want to ask that question, you

21  can ask it.  Your question was:  What was your

22  prior experience before going to The Library, not

JR                                                                          30

1    before orientation.

2             BY MR. LATTIMER:

3        Q    Am I incorrect?

4             MR. MILSTEIN:  What difference does it

5    make?  You know what the answer is.  What

6    difference does it make?

7             MS. MORAN:  We don't know the answer Alan.

8    If you don't want to be here you can go back to

9    Jersey.

10            MR. MILSTEIN:  I'm just tired of--quit

11   messing around.

12            MR. LATTIMER:  You finished or you got

13   more?

14            BY MR. LATTIMER:

15       Q    All right.  Now, am I incorrect?

16       A    Repeat the question.

17       Q    Prior to going to The Library, I thought I

18   understood you to say that you had prior security

19   experience; am I incorrect?

20       A    [No response.]

21            MR. MARTIN:  Did you understand the

22   question?

JR                                                                    31

1          MR. KANE: Not at all.

2          BY MR. LATTIMER:

3      Q    All right.  Prior to going to going to

4  work or applying for a job at The Library--you with

5  me so far?

6      A    I'm with you.

7      Q    All right.  I understood you to say that

8  you had security experience at that point.  Am I

9  incorrect or am I correct?

10     A    You're incorrect.

11     Q    All right.  So you had no experience at

12 that time?

13     A    Not until I finished their class.

14     Q    All right.  You had no experience when you

15 went to apply; is that right?

16     A    Yes.

17     Q    So, when you went there, you were just

18 someone who had only worked in landscaping and you

19 went to The Library, out of the blue, and said, "I

20 can do security, can I have a job?"  Is that fair

21 to say?

22     A    No, it's not fair to say.

JR                                                                    32

1        Q    Then how did it happen that you got the

2    job at The Library?

3        A    I went there, I filled out an application,

4    they hired me for a busboy, and then they saw me

5    and told me to watch the parking lot. Then I went

6    to orientation classes.

7        Q    So you went and applied for a job as a

8    busboy?

9        A    I went for a job period.

10        Q    Okay. And the job you ended up applying

11    for was for busboy?

12        A    Yes.

13        Q    All right. So you were hired as a busboy?

14        A    [Nodding.]

15        Q    Is that yes?

16        A    Yes.

17        Q    Okay. And then how long after you were

18    hired as a busboy did you begin watching the

19    parking lot?

20        A    Two weeks after the orientation.

21        Q    Two weeks after orientation. So you were

22    a busboy for two weeks and then you went to what?

JR

33

1    Was that part of security watching the parking lot?

2       A   That was the only job for security,

3    watching the parking lot.

4       Q   So you didn't do busboy work?

5       A   No.

6       Q   Okay. Where is The Library located--or

7    where was it located at that time?

8       A   Located in Fairfax.

9       Q   Okay. Where?

10      A   I can't recall the name of the street.

11      Q   Okay.  Who was your supervisor?

12      A   I can't recall his last name.

13      Q   Okay. What was his first name?

14      A   Al.

15      Q   After--how long did you work at The

16    Library?

17      A   I can't recall.

18      Q   Well was it more than 6 months?

19      A   I can't recall.

20      Q   You don't know whether it was more or less

21    than 6 months?

22      A   I can't recall.

JR
                                                                    34

1       Q    You can't recall.  What was your next job?

2       A    My next job I worked for--I can't recall.

3       Q    You don't remember your next job after

4   that?

5       A    No.

6       Q    Okay. Did you continue to work in the

7   field of watching parking lots?

8       A    No.

9       Q    Okay.  Did you continue to do landscaping?

10      A    No.

11      Q    Did you start working security?

12      A    No.

13      Q    Okay.  Well what did you do next?

14      A    I was a trainer.

15      Q    What kind of trainer?

16      A    Weightlifting trainer.

17      Q    Okay. And where did you do that?

18      A    In people's homes.

19      Q    So you became a personal trainer?

20      A    Yes.

21      Q    All right.  And how did you get into that

22   line of work?

JR                                                                    35

1       A     Through my gym.

2       Q     What gym was that?

3       A     Gold's Gym.

4       Q     Which Gold's?

5       A     Gold's in Fairfax.

6       Q     So what did you do, put an ad up or

7    something?

8       A     No.

9       Q     So how did you start doing personal

10   training?

11      A     I was asked by one of the manager's if I

12   wanted to start personal training.

13      Q     Okay. And so then what happened?

14      A     I met some people and started training

15   them.

16      Q     All right.  And did you work through

17   Gold's or was this independent?

18      A     Independent.

19      Q     And so when did you start doing this kind

20   of work?

21      A     I can't recall the exact year.

22      Q     Well was it before or after 1995?

MILLER REPORTING CO., INC.
735 - 8TH STREET, S.E.
WASHINGTON, D.C.  20003
(202) 546-6666

JR                                                                          36

1       A    It was after.

2       Q    Was it before or after 2000?

3       A    It was before.

4       Q    So sometime between 1995 and 2000, you

5    started doing work as a trainer?

6       A    Yes.

7       Q    All right.  And how much did you make

8    doing that?

9       A    $35 a session.

10      Q    And approximately how many sessions were

11   you doing a week?

12      A    Three.

13      Q    Three a week?

14      A    Yes.

15      Q    And how else were you supplementing your

16   income at that point?

17      A    I had no other income.

18      Q    So you were making $105 a week?

19      A    Yes.

20      Q    And where were you living?

21      A    With my mother.

22      Q    Did you have a car?

JR                                                                        37

1          A     Excuse me?

2          Q     Did you have a car at that time?

3          A     No.

4          Q     So how did you get to these people's

5     houses?

6          A     The bus.

7          Q     In Fairfax?

8          A     Yes.

9          Q     So you did your training--you would go to

10    people's houses on the bus and then you would go

11    back home; is that right?

12         A     Yes.

13         Q     All right.  And how long did you do this

14    personal training?

15         A     Two months.

16         Q     Two months.  Okay.  And then what did you

17    do?

18         A     I took care of my mother.  My mother is

19    terminally ill.  I took care of my mother.

20         Q     Okay.  What I'm asking you about now is

21    employment.

22         A     Okay.

JR                                                                        38

1          O     So what I'm--so when I ask you what did

2     you do next, what I'm talking about is employment.

3     What was your next job?

4          A     My next job was I worked for an adult film

5     industry.

6          Q     Doing?

7          A     Security for the adult film stars.

8          Q     Okay. So how did you get into security for

9     adult film stars?

10         A     I can't recall exactly how it happened.

11         Q     Well did you apply to somebody?  Did you

12    talk to somebody?  Did you answer an ad?  How?

13         A     I can't recall how it started.

14         Q     Well it was obviously after 1995, correct?

15         A     Yes.

16         Q     Was that before or after 2000?

17         A     I can't recall the exact year.

18         Q     You don't know whether it was before or

19    after 2000?

20         A     It was after 2000.

21         Q     So it was sometime between 2000 and now;

22    is that right?

JR                                                                          39

1       A    No, I know it's not now.  No.

2       Q    Well I said between 2000 and now.

3       A    Yes.

4       Q    Okay.  And you don't remember how you

5    started doing it?

6       A    No.

7       Q    All right.  So what did that type of work

8    entail?  What did you do?

9       A    When they made their appearances,

10   autograph signings and stuff like that.

11      Q    You would provide security?

12      A    Yes.

13      Q    And this was in what, Maryland, Virginia,

14   D.C., where?

15      A    It was out of state.

16      Q    Where?

17      A    Different locations.  Different states.

18      Q    Okay. Give me an example.  Where?

19      A    Could have been in L.A., Nevada, Las

20   Vegas.

21      Q    Okay. So you took the job that required

22   that you perform in other locations but you don't

JR                                                                    40

1   remember how you started working on them; is that

2   right?

3        A    Yes.

4        Q    Okay.  Now, were you ever involved in the

5   porno industry other than that?

6        A    Can I talk to my lawyer?

7        Q    There's a question pending right now.

8        A    No.

9        Q    Okay.  So the only involvement that you

10  had in the porno industry was as providing security

11  at autograph signings and things of that nature?

12            MR. MARTIN:  Objection as to form.

13            BY MR. LATTIMER:

14       Q    Is that right?

15       A    [No response.]

16       Q    You got to answer to move on to the next

17  question.

18       A    Yes.

19       Q    Now how much did you make doing this type

20  of work?

21       A    I can't recall the exact amount.

22       Q    Well approximately.

JR
                                                  41

1      A   I can't guess.

2      Q   Well I'm not asking you to guess.  I'm

3 still asking you to give me an approximation.

4      A   I can't recall.

5      Q   You have no idea how much money you made?

6      A   I can't recall.

7      Q   You can't recall.  Well when did you last

8 work in this industry?

9      A   I can't recall.

10     Q   You started working there sometime between

11 2000 and now, and you don't recall when you last

12 did it?

13     A   No.

14     Q   Okay.  Did you make any taxable income?

15 Did you make any income at this business?

16     A   Yes.

17     Q   How much?

18     A   I can't recall.

19     Q   You file any tax returns?

20     MR. MARTIN:  Objection to form and

21 relevancy.

22     BY MR. LATTIMER:

JR

42

1      Q    You can't recall if you filed tax returns?

2      A    [No response.]

3      Q    Is that correct?

4      A    I can't recall.

5      Q    So you don't recall if you filed a tax

6   return in 2000?

7           MR. MARTIN:  Are you asking him if he made

8   enough income to file?

9           MR. LATTIMER: I'm asking did he file one.

10   My question was very clear.

11          BY MR. LATTIMER:

12     Q    Did you file one in 2000?

13     A    I can't recall.

14     Q    And you don't recall whether you filed one

15   in 2001?

16     A    I can't recall.

17     Q    And you don't recall whether you filed one

18   in 2002?

19     A    I can't recall.

20     Q    And you don't recall whether you filed one

21   in 2003?

22     A    I can't recall.

JR                                                                    43

1       Q    And you don't recall whether you filed one

2   in 2004?

3       A    I can't recall.

4       Q    And you don't recall whether you filed one

5   before April 15th of this year for last year?

6       A    Yes.

7       Q    Yes what?

8       A    I filed one for the last year.

9       Q    So you filed one for 2005?

10      A    Yes.

11      Q    But you don't know if you filed one for

12  any of those other years?

13      A    Yes.

14      Q    Yes what?

15      A    I answered your question.  I filed one for

16  2005.

17      Q    Okay. And my question was, and you don't

18  recall if you filed one for any of those other

19  years?

20      A    No.

21      Q    Well why don't we just try to help you

22  out.  I am handing you a form 8121, which is a tax

JR                                                                          44

1   authorization form where we are asking you to

2   execute that document so that we can find out if,

3   in fact you filed tax returns for those years.

4            MR. MARTIN:  He's not going to sign that.

5            MR. LATTIMER:  Okay.

6            BY MR. LATTIMER:

7        Q    Your counsel has indicated you are not

8   going to sign that.  Is that your position?

9        A    Yes.

10       Q    Okay.  Now, did you provide us with tax

11  returns for 2005?

12       A    No.

13       Q    Why?

14       A    My wife has that and I haven't had a

15  chance to get everything--all the paperwork

16  together.

17       Q    Your wife had it and--so when you filed

18  responses to--when you filed Jason Kane's Responses

19  to Marlin Godfrey's Request for Production back on

20  August 21, 2006, your wife had them and you hadn't

21  had a chance to get them; is that right?

22       A    Repeat the question.

JR                                                                        45

1       Q    When you filed responses to Marlin

2   Godfrey's Request for Production of Documents--you

3   have it there, you can take a look at it.

4            MR. MARTIN:   What exhibit number?

5            MR. LATTIMER:   I think that is --

6            MR. MARTIN:   I have it.

7            BY MR. LATTIMER:

8       Q    When that was filed back on August 21,

9   2006, those documents were in possession of your

10  wife and you had not had a chance to get them?

11      A    [No response.]

12           MR. MARTIN:   Are you referring to

13  something that you said?

14           BY MR. LATTIMER:   No, I'm asking him about

15  a time period.   That's all I'm asking.

16           MR. MARTIN:   He's just asking you the

17  time.

18           BY MR. LATTIMER:

19      Q    Is that right?

20      A    Repeat the question.

21      Q    Back on August 21, 2006, when you

22  responded to Marlin Godfrey's Request for

JR
46

1   Production of Documents, did your wife have those

2   returns but you did not get a copy of them from

3   her?

4       A   [No response.]

5           MR. MARTIN:  You understand the question?

6           MR. KANE: Not really.

7           MR. MARTIN:  On August 21st, did your wife

8   have the tax returns.

9           MR. KANE:  Or the accountant, yeah.

10          BY MR. LATTIMER:

11      Q   Or the accountant?

12      A   Yes.

13      Q   And you didn't get them from him?

14      A   No.

15      Q   Even though you were asked to produce

16   those documents; is that right?

17      A   [No response.]

18      Q   Request Number 2.

19      A   [No response.]

20      Q   I'm sorry, request Number 1.

21      A   [No response.]

22      Q   Is that right?

JR                                                          47

1      A    Yes.

2      Q    And was there a reason that you didn't get

3  those from your wife or your accountant?

4      A    I can't recall.

5      Q    You can't recall.  And when you filed your

6  supplemental responses in this case on September

7  29, 2006, did your wife and/or your accountant have

8  the tax returns and you still didn't get them?

9          MR. MARTIN:  Objection.  You going to ask

10  about the wife and the accountant, it's a compound

11  question.  That's two questions.

12          BY MR. LATTIMER:

13      Q    Let's break it in to two.  At that time,

14  did your wife have the returns, on September 29,

15  2006?

16      A    I can't recall.

17      Q    You don't recall?  Well if she had them on

18  August 21st, you don't recall if she had them on

19  September 29th?

20      A    I can't recall.

21      Q    Okay. Did your accountant have them on

22  September 29th?

JR
                   48

1   A  I can't recall.

2   Q  That was four days ago.  You don't recall

3 that?

4   A  I can't recall.

5   Q  But in any --

6     MR. MARTIN:  There's no question and I'd

7 like to take a break on that.

8     MS. MORAN:  We've been taking a lot of--

9 going of the record.

10    [Off the record.]

11    BY MR. LATTIMER:

12   Q  Mr. Kane, what is your social security

13 number?

14   A  [Pause.]

15     MR. MARTIN: You can answer.

16   A  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.

17     MR. MARTIN: While there's no question

18 pending, on the form--the IRS form that you asked

19 Mr. Kane to sign, without a court order he's not

20 going to sign that.

21     MR. LATTIMER:  You've already indicated

22 that.

JR                                                                    49

1          MR. MARTIN:  I said he won't sign it.  I

2     want you to understand the complete sentence that

3     absent a court order he won't sign it.

4          MR. LATTIMER:  I understand.

5          BY MR. LATTIMER:

6     Q    Now, you got more than one social security

7     number?

8     A    No.

9     Q    You got one in Jonathan Kane?

10         MR. MARTIN:  It's been asked an answered.

11    He said no.

12         BY MR. LATTIMER:

13    Q    Okay. Do you have a social security number

14    that's attached to Jonathan Kane?

15    A    Yes.

16    Q    Do you have a social security number

17    that's attached to the name Jason Kane?

18    A    No.

19    Q    So you only have one social security

20    number?

21    A    Yes.

22    Q    And what's your wife's maiden name?

JR
                                                                              50

1        A    Williams.

2        Q    Morgan Williams?

3        A    Yes.

4        Q    And how is she employed?

5        A    She's a police officer.

6        Q    For?

7        A    D.C.

8        Q    D.C. Metropolitan Police Department?

9        A    Yes.

10       Q    And she works out of what district?

11       A    I don't recall.

12       Q    You don't know where your wife works?

13       A    I know who she's employed by.  I don't

14  know the exact district.

15       Q    Okay. You ever call her?

16       A    Not at work, no.

17       Q    You never call her at work?

18       A    No.

19       Q    You don't know the phone number where she

20  works?

21       A    No.

22       Q    So if you had an emergency you couldn't

JR                                                                              51

1    reach her if she was at work?

2         A    No, she has a cell phone.

3         Q    So you would reach her on her cell phone?

4         A    Yes.

5         Q    So if she was on a call and her cell phone

6    was one, that would be the only you would have to

7    reach her; is that right?

8         A    Yes.

9         Q    Okay.  Now let's talk about your responses

10   to Mr. Godfrey's Request for Production of

11   Documents that is dated August 21, 2006.  Do you

12   have that in front of you?

13             MR. MARTIN:  What is it?

14             MR. LATTIMER:  Jason Kane's Objections to

15   Marlin Godfrey's Request for Production.  Do you

16   have that?

17             MR. MARTIN: Exhibit Number 6.

18             BY MR. LATTIMER:

19        Q    Do you have that?

20        A    Yes.

21        Q    You ever seen that before?

22        A    Yes.

JR

1     Q    Okay. And you went through it and did you

2   attempt to obtain any of the documents that were

3   responsive to any of the requests that are made in

4   that document?

5     A    Yes.

6     Q    And could you turn to request number 3

7   which is on page 2?

8          MR. MARTIN:  Request number?

9          MR. LATTIMER:  3 on page 2.

10         [Witness reads document.]

11         BY MR. LATTIMER:

12    Q    Do you have any documents that are

13  responsive to that request?

14    A    No.

15    Q    So you have no documents that would

16  indicate any monies that you earned for the past

17  five years; is that right?

18    A    I'm in the process of trying to get all

19  the paperwork together.

20    Q    My question--well when you filed your

21  taxes did you use any documents to show what monies

22  you had earned?

JR                                                                          53

1      A     [Pause.]  Yes.

2      Q     Okay. So you do have documents that are

3    responsive to that request; is that right?

4      A     I'm in the process of looking for them.

5      Q     Well, let's go back.  I thought I just

6    understood you to say that when you filed your

7    taxes, which you said you filed for last year,

8    correct?

9      A     [No response.]

10     Q     Am I right?

11     A     Yes.

12     Q     And I thought I understood you to say that

13   when you did that, you used documents that

14   indicated how much money you had earned so that you

15   could file your taxes; am I correct?

16     A     Repeat your question.

17     Q     I thought I understood you to say that you

18   used documents indicating what amount of money you

19   had earned for 2005 in preparing your taxes; is

20   that right?

21     A     Break it down for me.

22     Q     Okay. One more time.  You filed taxes for

JR

54

1    2005, so you say, right?

2         A     Yes.

3         Q     And in order to file taxes you have to

4    report your income, correct?

5         A     Yes.

6         Q     And in reporting your income, you used

7    documents for that purpose, correct?

8         A     Yes.

9         Q     So then you do have documents indicating

10   your income for the past five years?

11             MR. MARTIN:  Objection.

12             BY MR. LATTIMER:

13        Q     At least one of them, correct?

14             MR. MARTIN:  Objection as to form.

15             BY MR. LATTIMER:

16        Q     Correct?

17        A     [No response.]

18        Q     Can't get to the next question until you

19   answer this one.

20        A     I thought I answered the question.

21        Q     You haven't said a word.  I'm waiting on

22   it.

JR                                                                              55

1          A     Repeat the question.

2          Q     All right.  Let's try it one more time.

3    You filed taxes for 2005, right?

4          A     Yes.

5          Q     And you reported income, correct?

6          A     Yes.

7          Q     And you had documents indicating what your

8    income was, correct?

9          A     For 2005?

10         Q     Right.

11         A     Yes.

12         Q     Therefore, you have in your possession

13   documents that are responsive to request number 3,

14   correct?

15         A     I'm in the process of obtaining that from

16   the accountant.

17         Q     You're in the process of obtaining your

18   documents showing your income from the accountant?

19         A     Yes.

20         Q     And what have you done to do that?

21         A     Phone calls were made.

22         Q     All right.  So you've been calling him

JR

1    since August?

2         A    I can't recall the exact time and date I

3    called him, no.

4         Q    Well, these requests were submitted on

5    August 21st.   I take it you called him before then,

6    correct?

7         A    I can't--I can't recall the exact time he

8    was called.

9         Q    You submitted supplemental responses to

10   Requests for Production on September 29th.   I take

11   it you called him before then, correct?

12        A    I'm in the process of obtaining them from

13   my accountant.

14        Q    I understand that.   That's not my

15   question.   My question is: I take it you called him

16   before September 29th, correct?

17        A    Yes.

18        Q    All right. And have you called him more

19   than once?

20        A    I can't recall how many times he's been

21   called.

22        Q    Okay.   And it is your testimony that not

JR                                                                          57

1    withstanding your calls to your accountant, you

2    haven't been able to get this information; is that

3    right?

4         A    Yes.

5         Q    But you do have--there is such information

6    that exists; is that right?

7         A    I'm trying to obtain it from the

8    accountant.

9         Q    I understand that.  My question wasn't

10   were you trying to obtain it.  My question was,

11   there are documents--

12        A    Yes.

13        Q    Let me finish my question.  There are such

14   documents that exist, correct?

15        A    Yes.

16        Q    All right.  Now, Request Number 4 on page

17   3, you were asked to provide all statements--any

18   and all statements, invoices, bills, cancelled

19   checks, receipts or other documents concerning

20   information related to the cost of any security

21   that was provided by you from July 1, 2005 through

22   July 21, 2005.  Do you have nay such documents?

JR                                                                          58

1        A    No.

2        Q    Okay.  So you did not have any expenses

3   related to your providing security services for Mr.

4   Iverson during that period; is that right?

5             MR. MARTIN: Objection as to form.  You

6   said any documents that say that.

7             MR. LATTIMER:  I understand that.

8             BY MR. LATTIMER:

9        Q    Is that right?  Did you or did you not

10  have expenses?

11       A    Repeat the question.

12       Q    Did you or did you not have expenses

13  related to providing security for Mr. Iverson in

14  July of 2005?

15       A    Elaborate on expenses.

16       Q    Well, have you ever heard that term

17  before?

18       A    No.

19       Q    So when you file your taxes, there's not a

20  place where it talks about expenses?

21       A    I can't recall what those documents say.

22       Q    You can't recall.  So as you sit here

JR                                                                    59

1    today, you're not familiar with the term expenses;

2    is that right?

3        A    Not this paper, no.

4        Q    I'm not asking you about the paper, I'm

5    asking you about expenses, e-x-p-e-n-s-e-s.  You're

6    not familiar with that term as you sit here today;

7    is that right?

8        A    Correct.

9        Q    Okay. So you didn't know how to answer

10   this question; is that right?

11       A    [No response.]

12       Q    Would that be fair to say?

13       A    No, sir.

14       Q    Request Number 5 which is also on page 3,

15   deals with any and all reports, statements,

16   invoices, bills, cancelled checks, receipts or

17   other documents for the past five years, concerning

18   information related to the monies, wages, expenses,

19   costs, you have paid you any individual providing

20   security services on your behalf or behalf of any

21   entity in which you have--or have had any

22   interests.  Now in that interrogatory--I'm sorry,

JR                                                                          60

1    in that request, do you have any documents that are

2    responsive to that?

3          A    I can't recall.

4          Q    Did you look?

5          A    I can't recall.

6          Q    You don't recall if you looked?

7          A    I can't recall.

8          Q    All right.  Request Number 6 asks you

9    about any telephone, cell phone, pager, or two-way

10   that you owned or operated from January 1, 2005 to

11   the present, including but not limited to all phone

12   records for the month of July 2005 and July 2006.

13   Do you have any documents that are responsive to

14   that?

15         A    I can't recall.

16         Q    You don't know if you got a phone bill?

17         A    In January of 2005?

18         Q    From January 2005 to the present.

19         A    I can't recall.

20         Q    You don't recall if you got a phone bill

21   last month?

22         A    I can't recall.

JR
61

1     Q     You don't recall if you got a phone bill a

2  month before?

3     A     I can't recall.

4     Q     You don't recall if you got any phone bill

5  between January 1, 2005 and September 2006?

6     A     I can't recall.

7     Q     Who pays the phone bill?

8     A     My wife.

9     Q     So you have a cell phone, you took it out

10  earlier and looked at it; is that right?

11    A     That's correct.

12    Q     All right.  And that cell phone--you don't

13  know if you've ever gotten a bill for that phone

14  since January 1, 2005; is that right?

15    A     I just stated my wife pays the phone bill.

16    Q     I didn't ask you about who pays it.  I

17  asked you do you know if you got one?

18    A     I don't know.

19    Q     So you don't know--so you think that phone

20  might free?

21    A     No.

22    Q     Okay.  So you know somebody gets a bill;

JR                                                                      62

1    is that right?

2         A    Yes.

3         Q    Did you ask your wife for the bill?

4         A    No.

5         Q    So in response to this Request for

6    Production of Documents, you never asked the person

7    that pays the bill for a copy of the bill?

8         A    I can't recall.

9         Q    Well you just said you never asked your

10   wife, and you also said that she pays the bill,

11   right?

12        A    Yes.

13        Q    But you never asked that person for a copy

14   of the bill, correct?

15        A    I can't recall.

16        Q    You don't recall if you ever asked her?

17        A    Yes.

18             [Knocking on door.]

19             WORKER:  I'm here for the video.

20             MR. MARTIN:  We're not ready.

21             WORKER:  Okay.

22             MR. MARTIN:  We'll take a --

JR                                                              63

 1              WORKER:  I'll just wait.

 2              MR. LATTIMER:  We can go to that since

 3   he's here.

 4              MS. MORAN:  He said he was just going to

 5   stand out there and wait.

 6              MR. LATTIMER:  We can go to that.  We can

 7   change focus and go to that right now.  I don't

 8   want to keep anybody waiting--inconvenience no one.

 9   Why don't we go to that.

10              MS. MORAN:  Yeah.

11              MR. MARTIN:  I just let him go.  We'll

12   call him back after lunch.

13              MR. LATTIMER:  I thought he was going to

14   stay right there.

15              MS. MORAN:  He's right there.

16              MR. LATTIMER:  He's right there. I want to

17   get to that now anyway.  We can come back to other

18   stuff.

19              MR. MARTIN:  You want to take a break,

20   we'll set that up.  We're bringing lunch in if we

21   could.

22              MS. MORAN:  Now, we didn't dictate your

JR                                                                          64

1    deposition and the order you wanted to do it.

2              MR. LATTIMER:  We would prefer to do the

3    tape now because I don't even know how long I'm

4    going to go.  I really don't know how long I'm

5    going to go so why don't we do the tape now?

6              MR. MARTIN:  Okay. We'll take a break--

7    take a lunch break.

8              MS. MORAN: Lunch break?

9              MR. LATTIMER:  We just got here.

10             MR. MARTIN:  No, we've been here since

11   10:00.

12             MS. MORAN:  Well, we were here at--

13   actually there was another 20 plus minutes before

14   you guys came up once Greg got here.

15             MR. LATTIMER:  We're ready to proceed with

16   the deposition.  Right now, we want to go to the

17   tape since the guy is here.

18             MR. MARTIN:  The guy's not here, he's

19   left.  I can call him back up.  It'll take a few

20   minutes to set it up.

21             MR. LATTIMER:  That's fine.

22             MR. MARTIN:  Let's go of camera.

JR
65

1              [Off the Record.]

2              MR. MARTIN: Mr. Lattimer, as requested, we

3    have made the video tape available for you.

4              MR. LATTIMER:  Thank you.  Thank you very

5    kindly.

6              MR. MARTIN:  The player is set up.

7              BY MR. LATTIMER:

8         Q    Mr. Kane, I want to have this played and

9    have you review it, but first, what were you and

10   Mr. Milstein talking about out there?

11        A    [No response.]

12             MR. MARTIN:  Objection. Privileged.

13             MR. LATTIMER: What's that privilege?

14             MR. MARTIN: Attorney/Client.

15             MR. LATTIMER: Mr. Milstein doesn't

16   represent Mr. Kane.

17             MR. MARTIN:  Privileged.

18             MR. LATTIMER:  What's the privilege?

19             MR. MARTIN: Attorney/Client.

20             BY MR. LATTIMER:

21        Q    Mr. Milstein represents you, Mr. Kane?

22        A    [No response.]

JR

66

1     Q    Hello.

2         MR. MILSTEIN: It's a joint defense.

3         MR. LATTIMER:  Excuse me?

4         MR. MILSTEIN: We're a --

5         MR. MARTIN:  Joint defense.

6         BY MR. LATTIMER:

7     Q   Mr. Kane, does Mr. Milstein represent you?

8         MR. MARTIN:  It's joint.

9         MR. LATTIMER:  I understand.  That's what

10  I'm asking Mr. Kane.

11         MR. KANE:  Joint defense agreement.

12         BY MR. LATTIMER:

13     Q   Joint defense agreement.  So you have a

14  retainer agreement with Mr. Milstein?

15     A   [No response.]

16     Q   Okay. So how does Mr. Milstein represent

17  you?  On what basis?

18     A   [No response.]

19     Q   You got to answer for me to get to the

20  next question.

21     A   [No response.]

22     Q   We're waiting, Mr. Kane.

JR

1      MR. MARTIN: He's not going to answer the

2    question because it's a joint defense agreement.

3    It's privileged. He's not going to answer.

4      MR. LATTIMER: He's not going to answer how

5    he represents him?

6      MR. MARTIN: It's a legal--he's not, it's a

7    legal issue.

8      MR. LATTIMER: I'm not aware of Mr.

9    Milstein having entered and appearance for Mr. Kane

10   in this case.

11     MR. MARTIN: I am invoking a joint defense

12   agreement--joint defense participation for the

13   discussion.

14     MR. LATTIMER: So, Mr. Milstein represents

15   Mr. Kane in this proceeding?

16     MR. MILSTEIN: You don't understand the--

17     MR. LATTIMER: I don't.

18     MR. MILSTEIN: Okay. Then you don't.

19     MR. LATTIMER: That's right. That's why

20   I'm asking.

21     MR. MILSTEIN: If you don't understand it,

22   you don't understand it.

JR                                                                    68

1          MR. LATTIMER:  I understand.

2          MR. MILSTEIN: We're not going to educate

3    you at the moment if you can't understand--if you

4    don't understand what a joint defense agreement is.

5          MR. LATTIMER:  I mean, we can flesh it out

6    by way of motion, or you can explain it to me now

7    and them I'll understand.

8          MR. MILSTEIN:  Why don't you just file a

9    motion.

10         MR. LATTIMER:  Okay.

11         BY MR. LATTIMER:

12    Q    So, it is your understanding, in this

13    case, that Mr. Milstein is also your attorney; is

14    that right?

15         MR. MARTIN: No, he said we have a joint

16    defense agreement.

17         MR. LATTIMER:  Okay.  What's the joint

18    defense agreement?

19         MR. MILSTEIN:  Well, just file a motion

20    and we'll --

21         MR. LATTIMER:  Mr. Milstein, make your

22    objection and don't try to tell me what to do.

JR

69

1   Make your objection.

2          BY MR. LATTIMER:

3     Q    What do you understand a joint defense

4   objection to be--agreement to be?

5          MR. MARTIN: I'll instruct you not to

6   answer.

7          MR. LATTIMER:  You're telling him not to

8   answer what it is?

9          MR. MARTIN:  Not to answer that question.

10         MR. LATTIMER:  Okay.

11         MR. MARTIN: That was--his attorney entered

12  into an agreement with counsel and I'm not going to

13  provide the details at this deposition.  If you

14  want to file a motion, we can do it.  That's my

15  recommendation.  We entered into an agreement with

16  Mr. Milstein.  Counsel made that decision.  I'm

17  allowed under the joint defense agreement to do so.

18         MR. LATTIMER:  All right.  At what point

19  did this joint defense agreement become valid?

20         MR. MARTIN:  He won't know.  I'm not going

21  to ask him--he's not going to answer that question.

22         MR. LATTIMER:  He won't know?

JR

70

1       MR. MARTIN: He's not going to answer.

2       MR. LATTIMER: The client doesn't know when

3  he got an agreement to be represented?

4       MR. MARTIN: Greg, we have a joint defense

5  agreement from the beginning. I have had from the

6  beginning of our representation. I have

7  authorization from the client to enter into one. We

8  entered into one at the beginning.

9       BY MR. LATTIMER:

10    Q   So, as I understand it, there's a joint

11  defense agreement and Mr. Iverson paid some of your

12  legal fees, right?

13    A   Yes.

14    Q   How much?

15       MR. MARTIN: He doesn't know.

16       MR. LATTIMER: Well you put a number in

17  your answers to interrogatory, didn't you?

18       MR. KANE: Refresh my memory.

19       [Going through documents.]

20       BY MR. LATTIMER:

21    Q   Interrogatory answer 13 to your

22  supplemental answers to David Kittrell's

JR                                                                              71

 1  Interrogatories.

 2              MR. MARTIN:  Exhibit Number 1?

 3              MR. LATTIMER:  Page 8.

 4              MR. MARTIN:  Interrogatory 12?

 5              MR. LATTIMER:  13.

 6              MR. MARTIN: 13.

 7              BY MR. LATTIMER:

 8       Q    Do you see your answer to Number 13?

 9       A    Yes.

10       Q    And it says $22,343.10; any more?

11       A    [No response.]

12              MR. MARTIN:  No.  There have been no other

13  attorney's fees paid.

14              BY MR. LATTIMER:

15       Q    Okay.  Is that your understanding?

16       A    Yes.

17       Q    Let go to the videotape please.

18              [Whereupon, the videotape was played.]

19              BY MR. LATTIMER:

20       Q    Mr. Kane, do you have any recollection of

21  that event?

22       A    Yes.

JR

72

1      Q    Okay. What was that about?

2      A    We was going to a party.

3      Q    You were going to a party?

4      A    Yes.

5      Q    Where?

6      A    At a club.

7      Q    Where?

8      A    In Los Angeles.

9      Q    Okay. And who is in the group of people

10 that you're with?

11      A    Mr. Iverson.

12      Q    You're in that video, correct?

13      A    Yes.

14      Q    Okay. And you have on the black shirt?

15      A    Yes.

16      Q    And why were you with Mr. Iverson?

17      A    I was doing security.

18      Q    You were doing security. Do you remember

19 when that was?

20      A    I don't recall the exact date.

21      Q    Do you remember what year?

22      A    Last year.

JR
                                                                    73

1        Q    2005?

2        A    Yes.

3        Q    Okay.  Anybody else in that group that you

4    know?

5        A    Terrance Williams.

6        Q    Okay. Which one is Terrance Williams?

7        A    He's not there.

8        Q    Okay. When you saw him what did he have

9    on?

10       A    A hat and a shirt.

11       Q    Hat turned backwards?

12       A    Yes.

13       Q    Talking to the guy?

14       A    Yes.

15       Q    And Mr. Iverson is in that group; is that

16   right?

17       A    Yes.

18       Q    Why was Terrance Williams there?

19       A    He was at the club.

20       Q    He was at the club?

21       A    Yeah.

22       Q    He came out back?

JR                                                                      74

1       A    He was there when we got there.

2       Q    He was there when you got there?

3       A    Yes.

4       Q    And he came outside?

5       A    I saw him outside.

6       Q    You saw him out side?

7       A    Yes.

8       Q    How do you know he was at the club?

9       A    Why else would he be in the alley and by

10   the club?

11      Q    I'm asking you.

12      A    Yes.

13      Q    So he was in the club, and how did you

14   know he had been in the club?

15      A    He was at the club.

16      Q    All right.  How did you know he was

17   already at the club?

18           MR. MARTIN:  Asked and answered.  He said

19   he saw him outside at the club.  That was his

20   testimony.

21           BY MR. LATTIMER:

22      Q    So you saw him in the vicinity of the

JR                                                              75

1    club, you didn't see him in the club?

2      A    I saw him at the club in the alley right

3    there.

4      Q    Okay. That ain't the club is it? That's

5    the alley, right?

6      A    That's the club, the club park is at the

7    club.

8      Q    So did you see him inside the club?

9      A    No.

10      Q    Did you know whether or not he had been

11    inside the club?

12      A    No.

13      Q    Okay. So when you saw him he was in the

14    alley?

15      A    Yes.

16      Q    He just popped up, right?

17         MR. MARTIN: Objection to form.

18         BY MR. LATTIMER:

19      Q    Correct?

20      A    [No response.]

21         MR. MARTIN: Do you understand his

22    question?

JR

1          MR. KANE: No.

2          BY MR. LATTIMER:

3     Q    What part didn't you understand?

4          MR. MARTIN: Just popped up.

5          MR. LATTIMER: Well I'm asking him.

6          MS. MORAN: We can have you sworn in.

7          BY MR. LATTIMER:

8     Q    What part of my question didn't you

9  understand?

10    A    The question itself.

11    Q    You didn't understand any part of the

12 question?

13    A    No.

14    Q    All right.  So you saw Mr. Williams in the

15 alley, right?

16    A    [No response.]

17    Q    You had not seen him prior to seeing him

18 in the alley, right?

19    A    Yes.

20    Q    Where?

21    A    In the alley.

22    Q    Okay. Listen to my question:  You had not

JR

77

1    seen him prior to seeing him in the alley; is that

2    correct?

3        A    Yes.

4        Q    Okay.  So when you saw him in the alley,

5    that was the first time you had seen Mr. Williams

6    in Los Angeles; is that right?

7        A    Yes.

8        Q    Now, Mr. Williams lives where?

9        A    I don't know.

10       Q    You don't know?

11       A    No.

12       Q    Didn't you provide us addresses for Mr.

13   Williams?

14       A    Yes.

15       Q    So let's try that question again.  You

16   don't know where he lives, but you provided us an

17   address for him; is that right?

18       A    [Flipping pages.]

19            MR. MARTIN:  You need to refresh your

20   recollection?

21            MR. KANE:  Let me refresh my recollection.

22            BY MR. LATTIMER:

JR

78

1      Q    I don't know that it needs refreshing.

2   You said you don't know, not, I don't recall. My

3   question is: Is it your testimony that you provided

4   us an address for Mr. Williams, but you don't know

5   where he lives?

6          MR. MARTIN:  Do you know or do you recall?

7          MR. KANE: I recall.

8          BY MR. LATTIMER:

9      Q    You recall what?

10     A    I need to look at this to refresh my --

11     Q    I understand that.  But what I'm asking is

12   --

13         MR. MILSTEIN:  What are you wasting time

14   for?

15         MR. LATTIMER: Mr. Milstein, you don't have

16   to like what I ask. And you don't have to waste

17   your time.  You can walk out that door at any time,

18   but I am sick and tired of you telling me what I'm

19   doing about wasting time.  Don't be here.  But you

20   don't direct this and we need to be clear about

21   that because I'm sick of you standing in the corner

22   talking about what I aught to and aught not be

JR

79

1  asking.  You got an objection, make your objection.

2  Otherwise, be quiet.

3          Now, what's your point?

4          MR. MARTIN: What's my point?

5          MR. LATTIMER:  Yeah.

6          MR. MARTIN: I believe the record is clear,

7  he'd like to refresh his recollection.

8          MR. LATTIMER: And I'm not talking about

9  refreshing his recollection.  My question to you is

10  simple.

11          MR. MARTIN: He's allowed to refresh him

12  recollection.

13          MR. LATTIMER:  He is, if he needs to

14  refresh his recollection, but he can answer my

15  question.  He can do whatever he wants.

16          MR. MARTIN:  He said he needed to refresh

17  his recollection.

18          MR. LATTIMER:  But that's not my question.

19  I'm not asking you about your recollection.

20          MR. MARTIN:  You asked him about an

21  address in an interrogatory.

22          MR. LATTIMER:  And what he said was he

JR                                                                    80

1    doesn't know where someone lives.

2          MR. MARTIN:  No, he'd like to refresh his

3    recollection of what the address is.

4          BY MR. LATTIMER:

5      Q    Is it that you don't remember, or you

6    don't know?

7      A    I wanted to refresh my recollection.

8      Q    Okay. Is it that you don't remember or you

9    don't know?

10     A    I'd like to refresh my recollection.

11     Q    Is it that you don't remember or you know?

12         MR. MARTIN:  Counsel.  Counsel.  If the

13   Judge was here a Judge would step in--he doesn't

14   remember.

15         MR. LATTIMER:  Well he hasn't said that.

16   You say that.  He hasn't said that and I've asked

17   him three times.

18         MR. MARTIN:  All right.

19         BY MR. LATTIMER:

20     Q    Let me ask you a fourth.

21         MR. MARTIN:  Would--would--

22         MR. LATTIMER: That's not my question.

JR

1          MR. MARTIN:  Would it assist you in

2     answering the question --

3          MR. LATTIMER:  It's irrelevant.  It's

4     irrelevant if it would.  My question is --

5          MR. MARTIN:  It's not irrelevant.

6          MR. LATTIMER:  It is.  Because my question

7     is:  Do you remember or is it that you don't know?

8          MR. KANE:  I didn't remember.

9          BY MR. LATTIMER:

10     Q    You didn't remember?

11     A    Yes.

12     Q    Okay.  So when you said you don't know

13     where he lives, you spoke in error?

14     A    Yes.

15     Q    Okay.  Now, Mr. Williams doesn't live in

16     California, right?

17     A    No.

18     Q    In fact, he lives on the East Coast; isn't

19     that right?

20     A    Yes.

21     Q    So when you saw Mr. Williams on the West

22     Coast, you had no idea how he had gotten there, is

JR

82

1      that fair to say?

2          A    Yes.

3          Q    Okay.  Now, Mr. Williams then joined your

4      party; is that right?

5          A    [No response.]

6              MR. MARTIN: Can I ask what you mean my

7      joined the party?  Was he a guest or security?

8              BY MR. LATTIMER:

9          Q    He joined your party, right?

10         A    [No response.]

11         Q    He began associating with you, and in

12     fact, instructing people on what and was not going

13     to happen; isn't that right?

14         A    I don't recall.

15         Q    You don't recall.

16             MR. LATTIMER:  Can you continue the tape?

17             [Videotape continues.]

18             MR. LATTIMER: Can you hold it right there?

19             BY MR. LATTIMER:

20         Q    Now, Terrance is the guy with the hat

21     turned to the back, right?

22         A    Yes.

JR                                                                          83

1      Q    And that's the one telling the people,

2   "Make me move," right?

3      A    Yes.

4      Q    Okay.  So Terrance had joined the party

5   and was giving people instructions; is that fair to

6   say?

7      A    Yes.

8      Q    But you don't know how he got there?

9      A    No.

10     Q    Okay. And you hadn't talked to him before

11  he got there, right?

12     A    No.

13     Q    You didn't know he was going to be there,

14  right?

15     A    I can't recall.

16     Q    You can't recall if you knew he was going

17  to be there?  Well, if you didn't talk to him, how

18  would you know?

19          MR. MARTIN:  Objection as to form.

20          MR. KANE: I don't know.

21          BY MR. LATTIMER:

22     Q    If you didn't talk to him, as you say --

JR                                                                          84

1           MR. MARTIN:  He says he doesn't know.

2           MR. LATTIMER:  Can I finish my question?

3           MR. MARTIN:  The same question is asked

4     and answered.

5           MR. LATTIMER:  It ain't answered nothing.

6           BY MR. LATTIMER:

7        Q    If you didn't talk to him, you wouldn't

8     know that he would be there, correct?

9           MR. MARTIN:  Not true.

10          MS. MORAN:  Who's the witness?

11          BY MR. LATTIMER:

12       Q    Correct?

13       A    I don't recall.

14       Q    You don't recall what?

15          MR. MARTIN: Objection as to form.

16          BY MR. LATTIMER:

17       Q    Which part don't you recall?

18       A    Repeat your question.

19       Q    Which part don't you recall?

20       A    I don't recall.

21       Q    You don't recall which part you don't

22     recall?

JR

85

1       A    Repeat your question again.

2       Q    What I asked you was simply which part of

3  my question didn't you recall?

4       A    The question before that.

5       Q    The question before that.  If you did not

6  talk to Terrance, then you could not have a way of

7  knowing that he would be there, correct?

8            MR. MARTIN:  Objection as to form and

9  foundation.

10           BY MR. LATTIMER:

11      Q    Correct?

12      A    I don't recall.

13      Q    Okay.  Again, which part don't you recall?

14      A    I don't recall if I spoke to him or not.

15  I don't recall.

16      Q    Okay.  You don't recall if you spoke to

17  him?

18      A    Yes.

19      Q    All right.  So you may have spoken to him,

20  you just don't recall?

21      A    I don't recall.

22      Q    All right.  Now, did you and Terrance

JR
                                                                        86

1    agree to work together at that event?

2        A    No.

3        Q    So Terrance was just doing this because he

4    wanted to interject himself?

5            MR. MARTIN:    Objection as to form and

6    foundation.

7            BY MR. LATTIMER:

8        Q    Is that right?

9            MR. MARTIN:    The witness doesn't--

10   Objection. Do you know why he's doing this?

11           MR. KANE:    No.

12           BY MR. LATTIMER:

13       Q    Did you have any discussions about this?

14       A    No.

15       Q    Did you ask him why he was doing it?

16       A    No.

17       Q    Who was in charge of Mr. Iverson's

18   security that night?

19       A    I was the only security there.

20       Q    You were the only security there?

21       A    Yes.

22       Q    Did you tell him to stop what he was

JR                                                                          87

1   doing?

2       A    [No response.]

3       Q    Mr. Williams I'm talking about.

4       A    No.

5       Q    Did you tell Mr. Williams, "I don't need

6   your assistance"?

7       A    No.

8       Q    Did you tell Mr. Williams, "I can handle

9   this"?

10      A    No.

11      Q    Now you had worked with Mr. Williams on

12  other occasions though, had you not?

13      A    No.

14      Q    Never?  Not even when you were working

15  with Genuwine?

16      A    No.

17      Q    Do you know Tara Bara?

18      A    No.

19      Q    You don't?

20      A    [No response.]

21      Q    Tara Bara is Mr. Williams' girlfriend and

22  she says she's known you for over two years.  You

JR                                                                            88

1    don't know her?

2         A    [No response.]

3         Q    She's a Philadelphia police officer?  You

4    don't know her?

5         A    No--Yes.  Yes.  Yes.

6         Q    So you do know her?

7         A    I don't know her as Tara, no.

8         Q    What do you know her as?

9         A    'T'.

10        Q    'T'.  All right.  So you know 'T'?

11        A    Yes.

12        Q    Philadelphia police officer?

13        A    Yes.

14        Q    And she's Terrance's girlfriend or one of

15   the women that Terrance had intimate relations?

16        A    I don't know anything about that.

17        Q    You don't?  She's known you for over two

18   years, have you known her for over two years?

19        A    I've met her.  I wouldn't say I've known

20   her for over two years.  I've met her a few times.

21        Q    And you met her through Terrance; is that

22   right?

JR

1    A    Yes, once with Terrance.  Yes.

2    Q    Once with Terrance?

3    A    Yes.

4    Q    Now she indicated that she knew you when

5  you worked for Genuwine; do you recall that?

6    A    No.

7    Q    Did you ever work for Genuwine?

8    A    I worked for his road manager.

9    Q    Well, doing what?

10    A    Security and assisting.

11    Q    For who?

12    A    White Chocolate.

13    Q    And who were you providing security for?

14    A    White Chocolate.

15    Q    You didn't provide security for Genuwine?

16    A    No.

17    Q    Never?

18    A    No.

19    Q    Okay. So when she says that she knew you

20  from working with Genuwine along with Terrance, you

21  have no recollection of that; is that right?

22    A    No.

JR

1          Q    Okay.

2          MR. MARTIN:  Objection to form and

3    foundation. Move to strike.

4          BY MR. LATTIMER:

5          Q    Now, she indicated --

6          MR. MARTIN:  Mr. Lattimer, the only

7    objection I had for bringing another staff up here

8    is I wanted--I need to free him up.  If you're

9    going to play the video, I'd like to play the video

10   and release him.  It's costing me to have somebody

11   sit here while you do your--that's why I wanted to

12   come in here to do the deposition.

13         MS. MORAN: We can go to his office and it

14   won't cost anybody.

15         MR. MARTIN:  Well we're here.  You didn't

16   give us notice.  I'm just asking you to tell me

17   when you're going to play it.  That's why I called

18   him up here, he's got other things he needs to do.

19         MR. LATTIMER:  Well we're going to be

20   playing it for a while.

21         MR. MARTIN: Okay.  We'll call you back.

22   Thank you.

JR

1          MR. LATTIMER:  We'll probably start it

2    again in about 90 seconds.  Okay?

3          BY MR. LATTIMER:

4     Q    Now, she indicated that when she saw

5    Terrance, she usually saw you.  Would that be a

6    fair--would that be consistent with your

7    recollection that when you saw Terrance, usually

8    you saw her?

9     A    No.

10    Q    Okay.  So you don't remember seeing her

11   when you saw Terrance; is that right?  'T' that is.

12    A    I saw her once.

13    Q    You saw her once?

14    A    With Terrance.

15    Q    Right.  You didn't see her at the Eyebar

16   that night, right?  With Terrance.

17    A    No.

18    Q    So, when she says that she was at the

19   Eyebar, you didn't see her, right?

20    A    No.

21    Q    When she says that she was sitting with

22   Terrance at the Eyebar, you didn't see her, right?

JR

92

1      A    No.

2      Q    Okay.  And when she says that you were

3  working with Genuwine with Terrance, you don't know

4  nothing about that, right?

5      A    No.

6           MR. MARTIN:  Move to strike.  Form and

7  foundation of all those questions.

8           MR. LATTIMER: Can you continue with the

9  tape?

10          [Videotape continues.]

11          [Tape problems.]

12          BY MR. LATTIMER:

13     Q    While he's doing that, you said in your

14  interrogatory response you never heard of the

15  "Horsemen," is that right?

16     A    Yes.  Repeat that question.

17     Q    You said you never heard of the

18  "Horsemen"?

19     A    Let me refresh my memory.

20     Q    Do you have any recollection of having

21  answered interrogatories in this case, Mr. Kane?

22     A    Yes.

JR

93

1      Q   I'm sorry?

2      A   Repeat your question.

3      Q   Do you have any recollection of having

4  answered interrogatories in this case?

5      A   Yes.

6      Q   All right.  And in those interrogatories--

7  take a look at Exhibit 2.

8          MR. MARTIN:  Which question?

9          MR. LATTIMER:  I want him to get Number 2.

10         BY MR. LATTIMER:

11     Q   You have Number 2 in front of you?

12     A   Yes.

13     Q   That's your SupplementalAnswers to

14  Kittrell's Interrogatories; is that right?

15     A   Yes.

16     Q   Do you have a recollection of seeing those

17  interrogatories?

18     A   Yes.

19     Q   And providing answers to those

20  interrogatories?

21     A   Yes.

22     Q   Can you turn to page 8, interrogatory 14?

JR

94

1       A    [Witness complies.]

2       Q    Do you see the question and the answer

3   that was provided there?

4       A    Yes.

5       Q    And you were asked about the Horsemen,

6   right?

7       A    Yes.

8       Q    And you indicate that that's somebody who

9   either worked with James--LeBron James's crew, a

10  group of professional wrestlers, or a group of male

11  strippers from Baltimore; is that right?

12      A    Yes.

13      Q    And other than that you don't know nothing

14  about them, right?

15      A    Yes.

16      Q    Do you know Curtiss Fitzgerald?

17      A    Yes.

18      Q    How do you know Curtiss Fitzgerald?

19      A    Through the nightclub business.

20      Q    Now, Curtiss Fitzgerald indicates that he

21  knows you as one of the Horsemen.  That would be

22  inconsistent with your understanding?

JR

1          MR. MARTIN:  Objection.  Form and

2    foundation.  Move to strike the question.

3          BY MR. LATTIMER:

4      Q    Would that be inconsistent?

5      A    Yes.

6      Q    Because you've never been associated with

7    anybody called a Horseman, right?

8      A    No.

9      Q    All right.  Mr. Fitzgerald's known you for

10   a long time, correct?

11     A    No.

12     Q    No?  How long?

13     A    I can't recall.

14     Q    You can't recall?  Was it a year?

15     A    I can't recall.

16     Q    You can't recall if you've known him for a

17   year?

18     A    I can't recall.

19     Q    That's what I'm asking.  You can't recall

20   if you've known him for a year?

21     A    No, I can't.

22     Q    Okay.  Would it have been more than a

JR

96

1   year?

2       A    I can't recall.

3       Q    You don't recall.  So, when he indicates

4   that he's known you--

5           MR. MARTIN:  We're going to have a

6   continued objection for asking this witness about

7   the statement of another witness.  It's improper.

8           MR. LATTIMER:  Okay.

9           BY MR. LATTIMER:

10      Q    When he indicates that he's known you for

11  a number of years --

12          MR. MARTIN:  Object to form and

13  foundation.

14          MR. LATTIMER:  You got to let me finish.

15  They can't take down both of us talking.

16          MR. MARTIN:  It's an improper question.

17          MR. LATTIMER:  I understand that but you

18  still got to let me finish and then your objection

19  is fine.  I don't care if you object, that's what

20  you're supposed to do.

21          BY MR. LATTIMER:

22      Q    Now, what I'm asking you is, when he

JR
97

1  indicates that he's known you for a number of

2  years, that would be inconsistent with your

3  recollection; is that right?

4          MR. MARTIN:  Objection as to form and

5  foundation of the question.

6          BY MR. LATTIMER:

7      Q    Is that right?

8      A    [No response.]

9      Q    One more time: Until you answer, we can't

10  get to the next question.

11     A    I can't recall the length of time I've

12  known the individual.

13     Q    I understand that.  That wasn't my

14  question.  My question was: When he indicates,

15  sworn in a deposition, that he's known you for a

16  number of years, that would be inconsistent with

17  your recollection, correct?

18          MR. MARTIN:  Objection. He can't answer on

19  behalf of Mr. Fitzgerald.

20          MR. LATTIMER: I'm not asking him to.  I'm

21  asking about his recollection.

22          MR. MARTIN:  He's answered he doesn't know

JR                                                                          98

1    if it was more than a year ago.

2              MR. LATTIMER:  Well, I--

3              MR. MARTIN:  He doesn't recall.

4              BY MR. LATTIMER:

5         Q    Is it consistent or inconsistent?

6              MR. MARTIN:  He doesn't recall.

7    Objection, Mr. Lattimer.

8              MR. KANE: I can't recall.

9              BY MR. LATTIMER:

10        Q    You can't recall what?

11        A    Your question.

12        Q    Okay. Mr. Fitzgerald had indicated that

13   he's known you for years.  Is that consistent or

14   inconsistent with what you recall your relationship

15   with Mr. Fitzgerald being?

16        A    I can't recall.

17        Q    Mr. Fitzgerald also indicated that he, and

18   his words, "Actually, kind of sort of pseudo

19   started you in the business and then you branched

20   off and started doing your personal security."

21   Would that be consistent or inconsistent with your

22   recollection?

JR
                                                                          99

1        A    No.

2        Q    No what?

3        A    No, he didn't start me off in no business.

4        Q    Okay.  So that's inconsistent?

5        A    Yes.

6        Q    All right.  You remember that part.  All

7    right.

8             MR. MARTIN:  Move to strike.

9             BY MR. LATTIMER:

10       Q    Now, you indicated that you don't remember

11   if it's been a year that--the incident at Eyebar

12   happened over a year ago, in July of 2005, you

13   would agree, right?

14       A    Yes.

15       Q    And did you know Mr. Fitzgerald before

16   then?

17       A    I can't recall.

18       Q    You don't recall if you knew him when you

19   were in the Eyebar?

20       A    Oh yes.  Yes. Yes.

21       Q    So you knew him at least a year--more than

22   a year?

JR
                                                              100

1      A   I can't recall.

2      Q   Well if it happened in July and it's now

3  September, it's a simple mathematical equation.

4  You knew him for more than a year, right?

5      A   Yes.

6      Q   More than two years?

7      A   I can't recall.

8      Q   Prior to the incident of July of 2005 at

9  the Eyebar, how long had you known Mr. Fitzgerald?

10     A   I can't really recall the exact time.

11     Q   Approximation.

12     A   I can't recall.

13     Q   You have no idea how long you known him?

14     A   No.

15     Q   Okay.

16     MR. LATTIMER:  Is the tape ready?

17     STAFF:  Yes.

18     MR. LATTIMER:  Why don't we play it?

19     [Videotape played.]

20     MS. MORAN:  Is that the beginning of the

21  tape?

22     STAFF:  That's were it was queued.

JR                                                                    101

1              MS. MORAN: It's not queued.

2              STAFF:  You want me to rewind it?

3              MS. MORAN: Yeah.

4              [Video restarted.]

5              BY MR. LATTIMER:

6         Q    Now, is it your position that the only

7    person that was working security that night, with

8    regard to those individuals, was you; is that

9    right?

10        A    [No response.]

11             MR. MARTIN:  Did you understand the

12   question?

13             MR. KANE:  No.  Repeat the question.

14             BY MR. LATTIMER:

15        Q    Is it your position that the only person

16   working security that night on that tape, is you;

17   is that right?

18        A    Yes.

19        Q    And all of the other people with Mr.

20   Iverson were who?

21        A    Friends of Mr. Iverson.

22        Q    Except for Terrance, who's your friend?

JR
                                                                    102

1       A    Yes.

2       Q    And Terrance had just shown up, from where

3   you don't know, right?

4       A    Yes.

5       Q    You didn't know he was going to be there,

6   right?

7       A    No.

8       Q    Mr. Iverson didn't know he was going to be

9   there, right?

10      A    No.

11           MR. MARTIN:  Objection.  He doesn't know

12   what Mr. Iverson knew.

13           BY MR. LATTIMER:

14      Q    He just showed up and decided to assist

15   you with dealing with that situation; is that fair

16   the say?

17           MR. MARTIN:  Objection. Move to strike on

18   form and foundation of what Mr. Iverson knew.

19           MR. LATTIMER:  I'm not asking about

20   Iverson.

21           MR. MARTIN:  You said Mr. Iverson knew,

22   correct?

JR

1          MR. LATTIMER:  No, I'm not asking about

2    Iverson.  That's not my question if you understood

3    it that way.  My question was:  With respect to

4    that, he decided to assist you; is that correct?

5          MR. MARTIN: Objection as to what he may

6    have decided.  Lack of form and foundation as to

7    what Terrance knew.

8          BY MR. LATTIMER:

9     Q    You got to answer for us to move to the

10   next question.

11    A    Repeat the question again.

12    Q    As far as you know, Mr. Williams, Terrance

13   Williams, your friend, who lives on the East Coast,

14   just decided that he was going to assist you in

15   that situation on the West Coast; would that be

16   fair to say?

17    A    What situation?

18    Q    Where you all were not being allowed in

19   the club.  The one that appears on the tape.

20    A    [No response.]

21    Q    Did you miss that part?

22    A    I'm not understanding your question.

JR                                                                          104

1        Q    What part don't you understand?

2        A    The whole entire question.

3        Q    You don't understand the whole entire

4   question?  Okay.  You understand who I'm talking

5   about when I say Terrance Williams, right?

6        A    Yes.

7        Q    You understand about the tape, right?

8        A    Yes.

9        Q    So you understood a couple of it.  Now,

10  which part don't you understand?

11       A    You said a situation.

12       Q    Yeah, you don't understand situation?

13       A    No.

14       Q    They weren't allowing Mr. Iverson in the

15  club, that was the situation.

16       A    It was a prank.

17       Q    I understand that.  Did you know that

18  beforehand?

19       A    I knew something.

20       Q    What does that mean?

21       A    I heard someone say something.

22       Q    What does that mean?

JR

105

1      A    That means I heard somebody say something.

2      Q    What?

3      A    This could be a prank.

4      Q    This could be a prank.  So you knew it was

5  a prank?

6      A    I knew something.

7      Q    Did you know it was a prank?

8      A    I heard something.

9      Q    Well everybody hears something.  The

10  question is:  Did you know it was a prank?

11     A    I heard it was a prank.

12     Q    Okay.  You--so you heard it was a prank.

13  Did you tell Mr. Iverson?

14     A    No.

15     Q    So you were in on it and he wasn't?

16     A    No.

17     Q    No, what?  You were in on it and he

18  wasn't?  No, you weren't in on it?  What?

19     A    I heard it was a prank.

20     Q    The question is:  You were in on it and he

21  wasn't; is that right?

22     A    I heard it was a prank.

JR                                                              106

1      Q    Okay.  We can go through this how many

2  times you want to, but my question isn't about what

3  you heard.  My question is: Am I right that you

4  were in on it and he wasn't?

5      A    And who is he?

6      Q    Allen Iverson.  One more time: You were in

7  on it and he wasn't; is that right?

8      A    Yes.

9      Q    Okay.  What about Terrance, was he in on

10 it?

11     A    I don't know.

12     Q    Did you tell him?

13     A    No.

14     Q    So as far as you know, he wasn't in on it?

15     A    Yes.

16     Q    How often did you travel with Mr. Iverson

17 during 2005?

18     A    I don't recall.

19     Q    Was it more than once?

20     A    Yes.

21     Q    More than 5 times?

22     A    Yes.

JR

107

1    Q    More than 10 times?

2    A    I don't recall the exact number.

3    Q    So would it be between 5 and 10?

4    A    I don't recall the exact number.

5    Q    Well you said it was more than 5 but you

6  didn't know if it was more than 10.  So would that

7  suggest that is was between 5 and 10?

8    A    Yes.

9    Q    Now, when you went to LA, how did you get

10 there?

11   A    On an airplane.

12   Q    You flew?

13   A    Yes.

14   Q    And who paid for that?

15   A    Mr. Iverson.

16   Q    Okay.  So Mr. Iverson paid for your

17 airfare?

18   A    Yes.

19   Q    Did you stay in a hotel?  Did you stay at

20 a friend's house?  Where did you stay in LA?

21   A    We stayed in a hotel.

22   Q    And who paid for that?

JR

108

1     A     I really couldn't say.

2     Q     Well, did you?

3     A     No.

4     Q     So somebody else paid for it?

5     A     Yes.

6     Q     Mr. Iverson?

7     A     [No response.]

8     Q     Either Mr. Iverson or Mr. Moore or

9     somebody associated with him?

10     A     It might have been--it was the BET Awards,

11     they might have paid for it.  I don't know for

12     sure.

13     Q     Okay.  But somebody paid for your stay in

14     La; is that right?

15     A     Yes.

16     Q     And who paid--were you paid wages or a

17     stipend or any money whatsoever of any kind?

18     A     Yes.

19     Q     And who paid you?

20     A     Mr. Moore.

21     Q     Mr. Gary Moore?

22     A     Yes.

JR

109

1      Q    And how did he pay you, in cash?

2      A    In cash.

3      Q    He paid you in cash?

4      A    Yes.

5      Q    Did you report it on your income tax

6    return?

7           MR. MARTIN: Objection. Objection to

8    relevance.

9           BY MR. LATTIMER:

10      Q    One more time, you got to answer the

11    question before we can go to another.

12      A    I don't recall.

13      Q    You don't recall what?  Whether you

14    reported it?

15      A    Repeat your question.

16      Q    Did you report it on your income tax

17    return?

18      A    I don't recall.

19      Q    Don't you report all your income on your

20    income tax return?

21      A    I don't recall.

22      Q    You don't recall if you report your income

JR                                                   110

1    on your income tax return?

2       A    I don't recall.

3       Q    That's what I'm asking you, are you saying

4 that you don't recall if you report your income on

5 your income tax returns?

6       A    I don't recall.

7       Q    How much were you paid?

8       A    In between $200 to $300.

9       Q    What, an hour, a day?

10      A    A day.

11      Q    A day. And how many days were you in Los

12 Angeles?

13      A    I don't recall.

14      Q    Was it more than one day?

15      A    I don't recall.

16      Q    You don't recall if you were there more

17 than one day?

18      A    I don't recall.

19      Q    Now what night--when was the BET Awards,

20 that same night you all went to the party?

21      A    I don't recall.

22      Q    You don't recall? Did you wear what you

JR                                                                    111

1    wore there to the BET Awards?

2         A    I don't recall.

3         Q    Did Mr. Iverson wear what he wore there to

4    the BET Awards?

5         A    I don't recall.

6         Q    You have no recollection about what

7    happened in Los Angeles; is that right, other than

8    the prank?

9         A    Yes.

10        Q    Yes, you do or yes, that's the only thing

11   you have recollection of?

12        A    Yes, that's the only thing I have

13   recollection of.

14        Q    Everything else is--is--has slipped your

15   memory; is that right?

16        A    I don't recall.

17        Q    You don't recall if it slipped your

18   memory?

19        A    Yes.

20        Q    Yes, what?

21        A    I remember that prank right there.

22        Q    Okay. My question was: Other than the

JR

1    prank, has everything else about your trip to Los

2    Angeles slipped your mind?

3        A    Yes.

4        Q    Who did you fly there with?

5        A    Myself.

6        Q    Anybody else?

7        A    Myself.

8        Q    Anybody else?

9        A    No.

10       Q    Okay.  So you flew alone and you met Mr.

11   Iverson where?

12       A    I don't recall where I met him at.

13       Q    Did you go to the hotel or did someone

14   pick you up, what was the arrangement that you had?

15       A    [No response.]

16           MR. MARTIN:  What's the relevance to the

17   Eyebar fight?

18           MR. LATTIMER:  Last time I checked,

19   relevance had nothing to with the deposition.  It

20   is, whether or not the information could lead to

21   the discovery of admissible evidence, and trust me,

22   this certainly will lead to the discovery of

JR                                                                          113

1    admissible evidence.  I guarantee it.

2         BY MR. LATTIMER:

3    Q    Mr. Williams --

4    A    My name's not Mr. Williams.

5    Q    I'm sorry. Mr. Kane.

6    A    I don't recall.

7    Q    All right.  Now, who else did you work for

8    in 2005 other than Mr. Iverson?

9    A    [No response.]

10   Q    Do you have no independent recollection of

11   who you worked for?

12   A    [No response.]

13        MR. MARTIN:  You have to answer the

14   question.

15        BY MR. LATTIMER:

16   Q    Do you have no independent recollection of

17   who you worked for?

18   A    Yes, I do.  I don't have everybody in

19   category.

20   Q    Okay. I'm not asking you about categories,

21   tell me who you worked for.

22   A    Various people from Interscope records.

JR                                                                    114

1    Various artists.

2        Q    Interscope Records?

3        A    Yes.

4        Q    Okay. Who?

5        A    Various artists.

6        Q    Okay.  Who?

7        A    Different music people.

8        Q    All right.  I got that part.  Who?

9        A    I can't recall everybody.

10       Q    I didn't ask you about everybody.  Give me

11   one person you worked with.

12       A    Limp Biskit.

13       Q    Okay. How about another one?

14       A    I can't recall.

15       Q    So the only person you remember working

16   for in 2005, other than Mr. Iverson, is Limp

17   Biskit?

18       A    Various artists from Interscope.

19       Q    I understand the various, but various

20   doesn't answer the question of who.  Who?  When you

21   say who, you're referring to a person.  Who did you

22   work for?

JR                                                                    115

1       A    I don't remember.

2       Q    So the only person that you recall working

3   for in 2005, other than Mr. Iverson, is Limp

4   Biskit; is that correct?

5       A    Yes.

6       Q    Now you ever work for 50 Cent?

7       A    Repeat your question.

8       Q    You ever work for 50 Cent?

9           MR. MARTIN: By that question you mean the

10  entertainer 50 cent?

11          MR. LATTIMER:  Yeah.  He knows what I'm

12  talking about.

13          MR. MARTIN:  For the record, just to make-

14  -

15          MS. MORAN: Everybody in the world knows.

16          MR. MARTIN: For the record.

17          BY MR. LATTIMER:

18      Q    Don't you?  You know who I'm talking

19  about. Have you ever worked for him?

20      A    Yes.

21      Q    When?

22      A    I don't recall the time.

MILLER REPORTING CO., INC.
735 - 8TH STREET, S.E.
WASHINGTON, D.C.  20003
(202) 546-6666

JR

116

1      Q    Was it this year?

2      A    No.

3      Q    Last year?

4      A    I can't recall.

5      Q    You don't recall if you worked for

6  somebody last year?

7      A    I don't recall.

8      Q    Ever work with G Unit?

9      A    That is 50 Cent.

10     Q    Okay. Did you work for G Unit?

11     A    I worked for 50 Cent.

12     Q    Okay. And G unit?  Who were you paid by,

13  50 Cent or G Unit?

14     A    50 Cent.

15     Q    Okay. And when were you paid?

16     A    I can't recall.

17     Q    Was it 2006?

18     A    No.

19     Q    Was it 2005?

20     A    I can't recall.

21     Q    Was it 2004?

22     A    I can't recall.

JR
                                                                    117

1       Q     Did you report it on your income taxes?

2             MR. MARTIN:  Objection.  Not likely to

3    lead to admissible evidence.

4             MR. LATTIMER:  Oh, yes it is.  Veracity is

5    always admissible in evidence.

6             MR. KANE:  Repeat your question.

7             BY MR. LATTIMER:

8       Q     Were you paid in 2004?

9       A     I can't recall.

10      Q     2003?

11      A     I can't recall.

12      Q     So you don't ever recall when you were

13   paid by 50 Cent or G Unit or anybody associated

14   with that individual?

15      A     I can't recall.

16      Q     My question is: Is it that you don't--are

17   you saying that you have no recollection of being

18   paid for working for G Unit or 50 Cent, however you

19   want to call it, at any time; is that fair to say?

20      A     Repeat your question again.

21      Q     Is it that--are you saying that you don't

22   ever recall being paid for working for G Unit or 50

JR

118

1    Cent?

2        A    I don't recall.

3        Q    So you are saying that you don't recall

4    ever being paid; is that right?

5        A    I don't recall.

6        Q    That is whether you're saying it or not.

7    That's a yes/no question, not an 'I don't recall'

8    question.

9        A    Yes.

10        Q    Okay.  When?

11        A    I can't recall.

12        Q    You recall being paid, you just don't know

13    when?

14        MR. MARTIN:  No. No. No.  He says he does

15    not--yes, he does not recall.

16        BY MR. LATTIMER:

17        Q    Oh, yes, you don't recall?

18        A    Yes.

19        Q    Oh, okay.

20        MR. MARTIN:  Why don't we just take a

21    break for 2 minutes.

22        [Off the record.]

JR

119

```
 1          BY MR. LATTIMER:

 2     Q    Mr. Kane, do you know Lloyd Banks?

 3     A    Yes.

 4     Q    How do you know him?

 5     A    He's 50's hype man.

 6     Q    What about a guy by the name of--they call

 7  Young Buc?

 8     A    That's 50's other hype man.

 9     Q    That's Lloyd Banks?

10          MR. MARTIN:  He said is other.

11          BY MR. LATTIMER:

12     Q    You said other hype man?

13     A    [Nodding.]

14     Q    Is that yes or no?

15     A    Yes.

16     Q    Okay.  Ever get into an altercation with

17  any of those individuals?

18     A    No.

19     Q    Ever get into an altercation with 50 Cent?

20     A    No.

21     Q    Never?

22     A    Never.
```

JR

1      Q    Now do you know a guy by the name of Paul

2   Stewart?

3      A    No.

4      Q    How about P. Stew?

5      A    No.

6      Q    No.  You familiar with Radio One?

7      A    93.9.

8      Q    I'm sorry?

9      A    The radio station.  Yeah.

10     Q    Okay. You provide security services for

11   them?

12     A    No.

13     Q    You didn't provide security services at a

14   trial in January of this year?

15     A    That was--that wasn't for the radio

16   station.

17     Q    Who was it for?

18     A    The witnesses.

19     Q    Wasn't the radio station paying you?

20     A    I got paid by a lawyer.

21     Q    For the radio station--the General Counsel

22   for the radio station?

JR                                                                          121

1      A    Okay.

2      Q    Correct?

3      A    I didn't know he worked for the radio

4  station, no.

5      Q    But you--you were working for the trial of

6  James Roseman; is that right?

7      A    Yes.

8      Q    And how long did you perform that work?

9      A    Two days.

10     Q    Ever work for them before?

11     A    No.

12     Q    All right.  July 2005, you provided

13  security services for Mr. Iverson; is that right?

14     A    You said July 5, 2005?

15     Q    July 2005.

16     A    Yes.

17     Q    How did that come about?  How did you get

18  hired?

19     A    I'd worked for Allen before.

20     Q    Okay.  How did you get hired for this one?

21     A    I got a phone call.

22     Q    From?

JR                                                                    122

1       A    One of his associates.

2       Q    Who?

3       A    I can't recall who it was.

4       Q    Okay.  And what was the nature of that

5    conversation?

6       A    Allen's having a celebrity weekend in D.C.

7       Q    So you were hired to work from when to

8    when?

9       A    The days that he was in Washington, DC.

10      Q    Did you work in Virginia?

11      A    No.

12      Q    You didn't work down in Portsmouth or

13   Virginia Beach or anywhere like that during the

14   month of July 2005?

15      A    No, I can't recall that.

16           MR. LATTIMER:  Can you mark those?

17                        [Whereupon, Exhibits 9,10 and

18                         11 were marked for

19                         identification.]

20           BY MR. LATTIMER:

21      Q    Mr. Kane, could you look at the document

22   that has been marked as Exhibit 9?

JR                                                                    123

1        A    Yes.

2        Q    Could you review it and let me know when

3    you're done?

4             [Reviews document.]

5        A    I'm done.

6        Q    Now, there are three separate photographs

7    contained on that page which is Exhibit 9; is that

8    correct?

9        A    Yes.

10       Q    Are you in any of those photographs?

11       A    Yes.

12       Q    Which ones?

13       A    This one right here.

14       Q    I'm sorry?

15       A    This photo right here.  Number 9.

16       Q    Okay.  IS that you with the skill cap?

17       A    Yes.

18       Q    In the black shirt?

19       A    Yes.

20       Q    And then if you turn that sideways, is

21   that your back with the skull cap and the black

22   shirt?

JR

124

1    A    Yes.

2    Q    And who is the individual next to you with

3    the black shirt--the cutoff black shirt?

4    A    I don't know.

5    Q    You don't know these people?

6    A    No.

7    Q    Never seen them before?

8    A    No.

9    Q    Never talked to them before?

10   A    No.

11   Q    All right.  Now, where was this?

12   A    I don't know.

13   Q    You don't know where that was?

14   A    No.

15   Q    You don't recall if that was in Virginia?

16   A    No.

17        MR. MARTIN:  Objection.  Form and

18   foundation.

19        BY MR. LATTIMER:

20   Q    And you don't ever recall being in

21   Virginia in that attire in July 2005, right?

22   A    I don't recall.

JR

125

1      Q    You don't recall providing security for

2  Mr. Iverson in Virginia in that attire in July of

3  2005; is that right?

4      A    No.

5      Q    Now could you take a look at Number 10?

6      A    [Witness complies.]

7      Q    Let me know when you're done reviewing it.

8      A    I'm done.

9      Q    You're done?

10     A    [Nodding.]

11     Q    You have to say yes or no.

12     A    Yes, I'm done.

13     Q    Okay.  Are you in any of those

14  photographs?

15     A    Yes.

16     Q    Okay.  Which ones?

17     A    Number 10.

18     Q    Which photographs in Number 10?  Is that

19  you with the black skull cap and the black shirt?

20          [Witness looks at document again.]

21     A    I can't really tell.

22     Q    That's not you?

JR

126

1       A    No, I can't really tell.

2       Q    Okay.  That person is not the same person

3    that's in Number 10--I'm sorry Number 9; is that

4    right?  The person in Number 10 with the black

5    skull cap and the black shirt?

6       A    The face is distorted.

7       Q    My question is:  The person with the black

8    skull cap, that you have identified as yourself in

9    Number 9, you don't know it that is the same person

10   that is in Number 10; is that right?

11      A    Yes.

12      Q    Okay.  Do you have a black skull cap and a

13   black shirt?

14      A    I can't recall.

15      Q    You can't recall?  Well, in Number 9 you

16   have on a black skull cap and a cutoff black shirt.

17   What don't you recall?

18          MR. MARTIN: Is the question does he have

19   one now or did he have one then?

20          MR. LATTIMER: My question was: Did you

21   have one. He heard my question.

22          MR. MARTIN:  You said do you have one?

JR

127

1          MR. LATTIMER: Well, do you have one?

2          MR. MARTIN: You asked now, I don't know if

3  he has one.

4          MS. MORAN: That's not what he meant to

5  say. Can you help with the answer?

6          BY MR. LATTIMER:

7    Q   Do you have one?

8    A   No.

9    Q   No, you don't have it any more?

10    A   I don't recall.

11    Q   You don't recall if you have it any more?

12    A   I don't recall.

13    Q   I'm asking you, you don't recall if you

14  had it any more?

15    A   No, I don't recall if I had it any more?

16    Q   All right. You had it at one time, right?

17    A   I don't recall.

18    Q   You got it on in Exhibit 9; isn't that

19  right?

20    A   That's correct.

21    Q   So, what is it that you don't recall?

22    A   I don't recall.

JR

128

1    Q    You don't recall what you don't recall.

2  Is that what you're saying?

3    A    Your question was do I have it to this

4  present.  I have a--

5    Q    No, that wasn't my question.  My question

6  was you had it at one time, right?  And you said,

7  "I don't recall."  And then I asked you, "Well, you

8  got it on in Number 9, so what is it that you don't

9  recall?"  And you said, "I don't recall."

10    So, I'm asking you is it that you don't

11  recall what you don't recall?

12    A    No.

13    Q    No, what?

14    A    No.

15    Q    No, what?

16    A    No, I don't recall.

17    Q    You don't recall what you don't recall?

18    A    Yes.

19    Q    Okay.  Now, do you know where you were

20  when this picture was taken?

21    A    No.

22    Q    Could it have been Virginia?

JR                                                                      129

1        A    I don't recall.

2        Q    You don't recall.  Could it have been--

3   were you in Virginia in July 2005?

4        A    I don't recall.

5        Q    You don't recall if you were in Virginia

6   in July 2005?  Were you in Virginia in the year

7   2005?

8        A    I don't recall.

9        Q    You live in Virginia, don't you?

10       A    [No response.]

11       Q    How could you not recall if you were in

12  Virginia if you live there?

13       A    [No response.]

14       Q    Can you explain that one?

15       A    Repeat your question.

16       Q    How could you not recall if you were in

17  Virginia in 2005 when you live in Virginia?

18       A    I don't recall where that picture was

19  taken at.

20       Q    I understand that. My question was: Where

21  you in Virginia in 2005 and you said you don't

22  recall.  And so I'm asking--

MILLER REPORTING CO., INC.
735 - 8TH STREET, S.E.
WASHINGTON, D.C.  20003
(202) 546-6666

JR
                                                                    130

1        A    I don't recall where the picture was.    I

2   live in Virginia.   I know when I'm at home.

3        Q    Okay.   Do you recall ever being at an

4   event involving Allen Iverson, in Virginia, during

5   the year 2005?

6        A    I don't recall.

7        Q    So the answer is no?

8        A    Yes.

9        Q    Okay.   Now, could you turn to Number 11

10   and review that one and let me know when you're

11   done.

12            [Witness complies.]

13            You finished Number 11?

14        A    Yes.

15        Q    You recognize anyone in those photographs?

16        A    No.

17        Q    So that's not you on the phone with the

18   skull cap and the red band on your arm and the

19   black shirt?   That's not you?

20        A    I can't make it out.

21        Q    Okay.   Does it appear to be you?

22        A    No.

JR
                                                                    131

1       Q     Okay.  And what about the guy with the

2   white shirt on; do you recognize that individual?

3       A     That's not me.

4       Q     The guy with the white shirt on, do you

5   recognize that individual?

6       A     No.

7       Q     Okay.  Neither one?

8       A     No.

9       Q     The one in the first photograph --

10      A     No.

11      Q     You got to let me finish before you answer

12  so that everything gets taken down okay.  The guy--

13  there are two photographs on that exhibit, correct?

14      A     [No response.]

15      Q     Correct?

16      A     Yes.

17      Q     There are two guys, one in each

18  photograph, that have on white t-shirts, correct?

19      A     Yes.

20      Q     And what I'm asking you is do you

21  recognize either of the individuals that have on

22  the white t-shirt?

JR                                                                        132

1        A    No.

2        Q    Okay. Did you provide security for Iverson

3    during the entire celebrity weekend?

4        A    [No response.]

5            MR. MARTIN:  Do you understand his

6    question?

7            MR. KANE:  No. Repeat the question.

8            BY MR. LATTIMER:

9        Q    Did you provide security for Mr. Iverson

10   during the entire celebrity weekend in July 2005?

11       A    You talking about his celebrity weekend in

12   Washington, D.C.?

13       Q    Did you provide security for Mr. Iverson

14   during the entire celebrity weekend in July 2005?

15       A    [No response.]

16           MR. MARTIN:  Did you understand?

17           MR. KANE:  No, he's not specifying where.

18   Specify where.  Where?

19           BY MR. LATTIMER:

20       Q    I'm asking you. I don't know where you

21   provided it at.  I'm asking you, did you provide

22   it?

JR                                                                            133

1          A     Allen Iverson Celebrity Weekend in

2     Washington, D.C., yes.

3          Q     So you provided security at the softball

4     game out in Bowie; is that right?

5          A     No, they had their own security there.

6          Q     Okay.  Did you provide security for

7     Iverson out in Bowie?

8          A     For Iverson, yes.

9          Q     Well, that's what I'm asking.  Did you

10    provide him security at any other nightclub that he

11    went to?

12         A     Yes.

13         Q     Which ones?

14         A     I can't recall the nightclubs.

15         Q     Didn't you provide answers to

16    interrogatories where you talked about this?

17         A     Yes.  You asked me about every nightclub,

18    I can't remember every nightclub.

19         Q     Well tell me about the ones you do.  It's

20    not an all or nothing.

21         A     We went to Dream Nightclub.

22         Q     Okay.  And?

JR

134

1      A    Watched the performance then we left there

2   and went to the Eyebar.

3      Q    Okay.  Is that the only nightclub you went

4   to--the only two nightclubs you went to?

5      A    I can't recall anything else.

6      Q    Did you recall when you did your

7   interrogatories?

8      A    Yes.

9      Q    But you don't recall now?

10     A    I recall now.

11     Q    Huh?

12     A    We went to Dream Night Club, it was Love

13  then, went to Love Nightclub and then went to the

14  Eyebar.

15     Q    That's the only places you remember?

16     A    Yes.

17     Q    And what I'm asking you is, at the time

18  you did your interrogatory responses, which again,

19  was on September 29th, you remembered differently or

20  you remembered more or less or what?

21     A    Let me recollect.

22     Q    Well I'm asking you right now what is your

JR                                                                          135

1    recollection.  Do you --

2        A    We attended Dream Night Club and we

3    attended Eyebar.

4        Q    Let me repeat my question. When you did

5    your interrogatory responses on September 29th --

6            MR. MARTIN:  I don't think that's the

7    correct date.

8            BY MR. LATTIMER:

9        Q    Okay.  When you did your interrogatory

10   response on September 22nd, did you remember more

11   then than you do now?

12           [Tries to confer with Counsel.]

13           MR. LATTIMER:  There's a question pending,

14   Mr. Kane.

15           MR. MARTIN: We're reading.

16           MS. MORAN:  You're not reading.  You guys

17   are talking.

18           MR. LATTIMER:  He's talking to Counsel.

19           MR. MILSTEIN:  He can read.

20           MS. MORAN:  He's not trying to read. He's-

21   -

22           MR. LATTIMER:  You are sitting down there

JR
                                                                        136

1    saying things that are just silly.  Hush. You just

2    got nothing to say and you just interrupt for no

3    reason.

4           MR. KANE: Repeat your question.

5           BY MR. LATTIMER:

6       Q   Mr. Kane, my question was very simple:

7    One September 22nd when you did your supplemental

8    interrogatory responses, did you remember more then

9    or less than you do today?

10      A   We went to two nightclubs, Love and--

11      Q   Mr. Kane, my question is different --

12          MR. MARTIN:  He's trying to answer.

13          BY MR. LATTIMER:

14      Q   Please, my question and then you can talk

15   about whatever you want.

16          MR. MARTIN:  He's allowed to answer.

17          MR. LATTIMER:  You're right, he is allowed

18   to answer whatever he wants.

19          MR. MARTIN:  He's allowed to give the

20   answer and you have to listen to him.

21          MR. LATTIMER: That's right.  But you have

22   to give--answer my question, and then you can talk

JR                                                                           137

1     about whatever you want to talk about, which is,

2     and it's very simple, did you remember more on

3     September 22nd when you signed your interrogatory

4     response than you do today, or did you remember

5     less?  Answer that question and then you can say

6     whatever you want.

7                MR. KANE:  I can't recall.

8                BY MR. LATTIMER:

9          Q    You can't recall if you remembered more

10    then than you do now; is that right?

11         A    [No response.]

12         Q    Is that right?

13         A    Yes.

14         Q    So, let's go to the night you say you went

15    to Dream or Love--you said it was Love then or

16    dream then?  It's not a trick question I'm just

17    trying to get it straight.

18         A    I'm not for sure.  I think it was Dream.

19         Q    All right, Love/Dream. Why don't we say

20    that, Love/Dream.  You went to that club; is that

21    right?

22         A    [Nodding.]

JR

138

1    Q    Got to say yes or no.

2    A    Yes.

3    Q    Okay. With whom?

4    A    Mr. Iverson.

5    Q    And?

6    A    His friends.

7    Q    Okay, who?

8    A    I don't know their names.

9    Q    All right.  Who was driving?  Were you

10   driving?

11   A    No.

12   Q    Who was driving?

13   A    Driving the car I was in?

14   Q    Yeah.

15   A    Sean.

16   Q    Okay.  Were you in a limo, cab, what?

17   A    A black SUV.

18   Q    Okay.  Being driven by somebody named

19   Sean?

20   A    Yes.

21   Q    And who is Sean?

22   A    The driver.

JR

139

1    Q    Who is he?  I mean, is he related to Mr.

2    Iverson?  Is he--was he hired?

3    A    He's a white guy that was hired by the

4    driver service.

5    Q    Oh, it was a car service?

6    A    Yeah.

7    Q    All right.  So who's in the car with you?

8    A    Myself and Sean.

9    Q    Just you and Sean?

10   A    Yes.

11   Q    And Mr. Iverson was in a separate car?

12   A    Yes.

13   Q    What kind of car was he in?

14   A    A sports car.

15   Q    And who was driving that car?

16   A    One of his friends.

17   Q    Okay. So you were in a car that he hired

18   from a car service and then he was in his own

19   personal vehicle being driven by somebody else?

20   A    Yes.

21   Q    Okay.  So you all went to Love/Dream that

22   night; is that right?

JR                                                                    140

1       A    Yes.

2       Q    What time did you meet up with Mr.

3    Iverson, approximately?

4       A    Right before we walked into the club.

5       Q    Dream/Love?

6       A    Yeah.

7       Q    Okay. How did you arrange to meet him

8    there?

9       A    I got a call from his associate.

10      Q    Okay. And who was that; do you remember?

11      A    I can't remember his name.

12      Q    All right.  Someone called you to meet Mr.

13   Iverson at this club.  At any particular time?

14      A    I can't recall the time.

15      Q    Okay.  So you then--did they have the car

16   pick you up?

17      A    Yes.

18      Q    So the car picked you up and then when you

19   got there, Mr. Iverson was there already, was

20   coming, or what?

21      A    We met like right together.

22      Q    So you all get to this Dream/Love Club,

JR                                                              141

1   and then tell me what happened at that point?

2        A    We go inside, Heather Headley sings her

3   song.  That guy, Life, sings his song.  He meets

4   Life, says, "I like your music," meets two friends

5   and we leave.

6        Q    Anybody else providing security at this

7   point?

8        A    No.

9        Q    Just you?

10        A    Yeah.

11        Q    Everybody else with him was friends?

12        A    Yes.

13        Q    Okay.  Then what happened?

14        A    We leave there and then we go to the

15   Eyebar Night Club.

16        Q    That same group of people?

17        A    Yes.

18        Q    You're still in that car driven by Sean?

19        A    Yes.

20        Q    And you arrive at the Eyebar; who gets

21   there first, you or Mr. Iverson or about the same

22   time?

JR                                                                          142

1       A     Same time.

2       Q     And then what happened?

3       A     Robin meets us at the front door.

4       Q     Robin, who's that?

5       A     That's the VIP girl.

6       Q     Okay.

7       A     She takes us inside, says this is going to

8    be your section right here.

9       Q     So she identifies where you are going to

10   be sitting?

11      A     Yes.

12      Q     Okay.  Approximately how many people are

13   in Mr. Iverson's party?

14      A     I can't recall the exact number?

15      Q     More than 5?

16      A     I can't recall the exact number.

17      Q     Well, there was you, Mr. Iverson, Sean, we

18   know for sure, right?

19      A     The driver didn't go inside.

20      Q     He didn't go inside?

21      A     He can't--he can only meet you when it's

22   time to leave.  He comes to the front door when

JR

143

1   it's time to leave.  He didn't go inside the club.

2       Q    So it was you and Mr. Iverson we know for

3   sure, correct?

4       A    Yes.

5       Q    What about Gary Moore?

6       A    No.

7       Q    He wasn't with you?

8       A    No.

9       Q    Not at all that night?

10      A    No.

11      Q    Okay.  So you don't recall Gary Moore

12  being there?

13      A    Not at all.

14      Q    Not at all.  All right.  What about the

15  guy who was driving Mr. Iverson's car?

16      A    He was in there.

17      Q    Okay.  So that's three so far, correct?

18      A    [Nodding.]

19      Q    Is that yes?

20      A    Yes.

21      Q    Anybody else?

22      A    A few of his friends.

JR                                                                    144

1        Q    Okay. A few meaning 3?  A few meaning 5?

2   A few meaning what?

3        A    I can't estimate the number.

4        Q    All right.  Now, was Terrance Williams

5   there?

6        A    Yeah, he was there.

7        Q    Where was he?

8        A    In the VIP side right there.

9        Q    So he was in the club already?

10       A    Yes.

11       Q    And he just, again, happened to pop up,

12  right?

13       A    Yes.

14            MR. MARTIN:  Objection to form and

15  foundation.

16            BY MR. LATTIMER:

17       Q    So, sort of like LA, you didn't know he

18  was going to be there, right?

19       A    Yes.

20       Q    Yes, what?  You knew he was going to be

21  there or you didn't know he was going to be there?

22       A    Didn't know he was going to be there.

JR
                                                                        145

1        Q    All right.  So he just--when he showed up,

2    you were surprised; is that right?

3        A    He was already there.

4        Q    I'm saying, when you saw--well let me

5    rephrase it.  When you saw him there, you were

6    surprised; is that right?

7        A    I wasn't thinking about it.

8        Q    You weren't thinking about it?

9        A    Unh-unh.

10       Q    You didn't expect to see him though?

11       A    I wasn't thinking about it.

12       Q    You didn't think about it.  Did you see

13   his girlfriend, Tara?

14       A    I wasn't looking for her.

15       Q    I didn't ask you that.  Did you see her?

16       A    No.

17       Q    Okay.

18            MR. MILSTEIN:  Did you say Cara?

19            MR. LATTIMER:  No, I didn't.

20            MR. MILSTEIN:  Okay.

21            BY MR. LATTIMER:

22       Q    All right.  So at that point, what

JR

146

1    happened?

2         A    We're inside the club.  Robin and the

3    owner of the club asked this guy to move.

4         Q    All right.

5              MR. LATTIMER: [To videographer]  You need

6    to stop to change the tape?

7              [Off the record.]

8              BY MR. LATTIMER:

9         Q    Mr. Kane, when we stopped, we were talking

10   about you and Mr. Iverson having been escorted to

11   the VIP area of the Eyebar Night Club, and I think

12   you told me that Robin and the owner of the club

13   then asked the--some people who were already there

14   to move; is that correct?

15        A    yes.

16        Q    All right.  And then what happened?

17        A    They asked the guy to move --

18        Q    What guy?

19        A    The bald-headed guy.

20        Q    They asked the bald-headed gut to move?

21        A    Yes.

22        Q    And you don't know his name?

JR

147

1      A    No, I don't know that type of guy.

2      Q    Okay. And then what happened?

3      A    They asked the bald-headed guy to move and

4  they said, "Look, we'll comp you a bottle."

5      Q    Will who?

6      A    We'll give you a bottle.  Comp you a

7  bottle.

8      Q    A bottle of what?

9           MR. MARTIN:  Objection.  I ask that you

10  let the witness finish his entire --

11          MR. LATTIMER:  I thought he was finished.

12          MR. MARTIN: No, he was still talking.

13          BY MR. LATTIMER:

14     Q    Okay. What else did you want to say?

15     A    They said they'll, "Comp you a bottle if

16  you please move, of anything you want."

17     Q    Who said that?

18     A    That's what Andre said to him.

19     Q    Said to the bald-headed guy?

20     A    Yeah.

21     Q    That, "We'll comp you a bottle if you

22  would move"?

JR                                                148

1      A    Yeah.

2      Q    Okay. And then what happened?

3      A    Then Robin said, "Look, I'll give you two

4 bottles, just go over there."

5      Q    Robin said, "I'll give you two bottles."

6 And she said this to the bald-headed guy?

7      A    Yeah, "Just go over there."

8      Q    Okay.

9      A    So then, me and Curtiss was standing right

10 here and Terrance and the guy are talking back and

11 forth.

12      Q    Terrance and what guy?

13      A    The bald-headed guy.

14      Q    The bald-headed guy.

15      A    Yeah.

16      Q    Okay.

17      A    So, through the course of that, me and

18 Curtiss was talking and I'm leaning like--Curtiss

19 is right here, I'm right here, we're talking and

20 I'm like, "Curtiss, why this guy don't move?" The

21 music was loud, I couldn't really hear anything he

22 was saying. So then, "Go head, man."

JR
                                                                    149

1        Q     Go head, man to who?

2        A     To Curtiss.

3        Q     Unh-huh.

4        A     And so, when I looked again, there was a

5    commotion right here to Mr. Iverson's left.

6        Q     Okay.  Let me back up.  Now, the girl said

7    to the bald-headed guy, "I'll give you two bottles

8    if you move."  What did he do--the bald-headed guy?

9        A     He didn't want to move.  He was just

10   talking loud and abrasive.

11       Q     What did he say?  What did he do?

12       A     "Fuck this nigga.  I ain't got to go

13   nowhere for no NBA nigga.  Fuck this nigga."

14       Q     That's what the bald-headed guy said?

15       A     Yes.

16       Q     Okay. And then what happened?

17       A     Then Terrance came and talked to him.

18       Q     Terrance came and talked to who?

19       A     The bald-headed guy.

20       Q     Why?

21             MR. MARTIN: Objection. Form and

22   foundation.

JR

150

1         BY MR. LATTIMER:

2    Q   Why did Terrance come and talk to him?

3         MR. MARTIN: If you know.

4         MR. KANE:  I don't know.

5         MR. MARTIN: Calls for speculation.

6         BY MR. LATTIMER:

7    Q   So Terrance--the bald-headed guy said what

8  he said in response to the offer of two bottles,

9  and then Terrance came to talk to him?

10    A   They offered three bottles.

11    Q   Three?

12    A   One from Dre, two from the girl.

13    Q   Oh, so it was three total?

14    A   Yeah.

15    Q   Okay.  So they offered him--when they

16  offered him three bottles and he said what he said,

17  then Terrance, who wasn't with you, right?

18    A   No.

19    Q   Came from where he was sitting to talk to

20  the bald-headed guy?

21    A   I don't know if he was sitting down or

22  not.

JR

151

1      Q    Okay. Wherever he was standing or sitting,

2  he came to talk to the bald-headed guy?

3      A    He was in the immediate area and came to

4  talk to the bald-headed guy, then words got

5  exchanged or whatever.  So, I'm talking to Curtiss,

6  because Curtiss was posted--Curtiss was posted up

7  with his arms folded.  I'm like, "Curtiss, you

8  working for this guy?"  He was like, "I don't know

9  this asshole."  Then we started talking like, "You

10  need to tell this guy to move."

11         So me and Curtiss was like this--the music

12  was loud I couldn't hear anything that Curtiss was

13  saying.  I was like, "Curtiss, go ahead."  So then

14  I look over here and it was a commotion right

15  there, so I grabbed Mr. Iverson and left.

16      Q    So Curtiss said he didn't know this man?

17      A    Yeah.

18      Q    Now, the owner of that club is Andre

19  Demoyer; do you know him?

20      A    Yes.

21      Q    and how do you know him?

22      A    He's the owner of the club.  I've been to

JR                                                                      152

1    the club before.

2         Q    Okay.  That's the only way you know him?

3         A    Yes.

4         Q    You used to work for him, didn't you?

5         A    I don't recall that.

6         Q    You don't recall working for him at the

7    Spy--at the Spy Club?

8         A    No, I didn't know he owned the Spy Club.

9    No.

10        Q    So you don't remember working for him in

11   1996 and 1997 at the Spy Club?

12        A    I didn't know he owned the Spy Club.  No.

13        Q    But you don't remember working for him

14   even if he didn't own it, right?

15        A    No.

16        Q    And you don't know why he would refer to

17   you as one of the Horsemen, correct?

18        A    No.

19        Q    Now, we talked to Mr. Demoyer and Mr.

20   Demoyer indicated that he thought that there were

21   four people working security for Mr. Iverson that

22   night.  Would that be inconsistent with your

JR

1    recollection?

2        A    Yes.

3        Q    Now, Mr. Demoyer indicates that what he

4    did was talk to a guy who used to be his regular

5    customer at the club, Tony Kittrell, and asked him

6    to move, not the bald-headed guy.  Would that be

7    inconsistent with your recollection?

8        A    I have no idea what Tony Kittrell looks

9    like.

10       Q    I understand that.  Would that be

11   inconsistent with your recollection?

12       A    Yes.

13       Q    Okay.  And Mr. Demoyer indicates that he

14   asked Mr. Grant, Ansley Grant, you do know him,

15   right?

16       A    Yes.

17       Q    And he asked him to help him move the

18   party over.  Would that be inconsistent with your

19   recollection?

20       A    I didn't see Mr. Grant there at the time I

21   seen Curtiss Fitzgerald there.

22       Q    Okay.  Now, Mr. Demoyer indicated that he

JR
154

1    assisted Mr. Kittrell in moving his party over and

2    that they were all agreeable to doing that.  That

3    would be inconsistent with your recollection,

4    right?

5        A    Yes.

6        Q    And Mr. Demoyer said that he moved, in

7    fact, some of the bottles from their table over one

8    to create a buffer between you and the party that

9    Mr. Kittrell had because you were being aggressive.

10   Would that be consistent or inconsistent with your

11   recollection?

12       A    Be inconsistent.

13       Q    Now, Mr. Fitzgerald, you know him too,

14   right?

15       A    [No response.]

16       Q    You know Mr. Fitzgerald, right?

17       A    Yes.

18       Q    We talked to him and he said that you

19   pushed him and that's what started the ruckus.

20   Would that be consistent or inconsistent with your

21   recollection?

22       A    I touched him.  We was talking.  I touched

JR  155

1 him.

2 Q My question is:  He indicates that you

3 pushed him and that that is what started the

4 ruckus.  Would that be consistent or inconsistent

5 with your recollection?

6  MR. MILSTEIN:  Objection.  That's not what

7 he said.

8  MR. MARTIN:  Objection.

9 Mischaracterization of the witness' statement.

10  MR. KANE:  Inconsistent.

11  BY MR. LATTIMER:

12 Q Inconsistent.  All right.  Now, did you

13 see Ansley Grant get hit in the eye with a bottle?

14 A No.

15 Q You didn't see him get the gash over his

16 head--over his eye?

17 A No.

18 Q No?

19 A No.

20 Q That would be inconsistent with your

21 recollection of what happened that night, right?

22 A Yes.

JR                                                                      156

1     Q     And you don't know about the stitches he

2     had over his eye, right?

3     A     No.

4     Q     Now, Mr. Fitzgerald says that his

5     attention was entirely focused on you.  Would that

6     be consistent or inconsistent with your

7     recollection?

8          MR. MARTIN:  Objection. Form and

9     foundation.  He wouldn't know what Mr. Fitzgerald

10    was doing.

11         MR. KANE: I don't know.

12         BY MR. LATTIMER:

13    Q     And he said that--what he said was,

14    because you pushed him, he was going to get back at

15    you and crack your head to get back at you for

16    putting your hands on him.  That's why his focus

17    was on you.  But the people that were with you

18    stopped him.  They grabbed him, one grabbed him by

19    the neck. One punched his in the face and one was

20    coming from the left side.  So after he got them

21    off of him, he was trying to get back at you

22    because he didn't know why you pushed him.  So he

JR

157

1    was going to put his hands back on you.  That's

2    inconsistent with what you recall happening, right?

3        A    Yes.

4        Q    Because you didn't push him, right?

5        A    I touched him.

6        Q    You didn't push him and cause him to fall,

7    correct?

8        A    No.

9        Q    You didn't push him and cause him to slam

10   into a wall, right?

11       A    No.

12       Q    And three or four people with you did not

13   jump him, correct?

14       A    No.

15       Q    Now, he says that there were six or seven

16   security people that he believed were with Mr.

17   Iverson that night.  That would be inconsistent

18   with what you recall as well, right?

19       A    Yes.

20       Q    And of course, since he says that you were

21   one of the Horsemen, that also would be

22   inconsistent with what you know to be the case,

JR                                                                    158

1   correct?

2       A    Yes.

3       Q    You've never ever been associated with a

4   security group called the Horsemen, right?

5       A    No.

6       Q    And you never told anybody that the reason

7   that you attacked Mr. Fitzgerald was because you

8   thought he said, "Fuck you," right?

9       A    No.

10      Q    And that's not why you attacked him,

11  right?

12      A    No.

13      Q    Because you didn't attack him, you didn't

14  touch him, right?

15          MR. MARTIN:   Objection.   He said he

16  touched him.

17          BY MR. LATTIMER:

18      Q    You didn't push him, right?

19      A    I touched him.

20      Q    But you didn't push him?

21      A    No.

22      Q    You didn't push him down?

JR                                                                      159

1      A    No.

2      Q    You didn't push him into a wall?

3      A    No.

4      Q    And you all don't have mutual friends that

5   were trying to quash this melee that was going on

6   between you two; is that right?

7      A    No.

8      Q    That's inconsistent with what you say,

9   right?

10     A    Yes.

11     Q    Now, you punched the bald-headed guy,

12   right?

13     A    Excuse me?

14     Q    You punched the bald-headed guy, right?

15     A    No.

16     Q    Okay. Now, Mr. Fitzgerald saw you punch

17   him didn't he?

18          MR. MARTIN:  Objection.

19          MR. LATTIMER:  Didn't he?

20          MR. MARTIN: He would have no way of

21   answering what Mr. Fitzgerald--I'm going to direct

22   the witness no to answer.  He doesn't know what Mr.

JR                                                                    160

1    Fitzgerald saw.

2           BY MR. LATTIMER:

3       Q    Mr. Fitzgerald told you that he saw you

4    punch him, didn't he?

5       A    No.

6       Q    He never told you that?

7       A    No.

8       Q    So you don't know why he would have said

9    that he saw Jason punch Marlin because he watched

10   him do that?

11          MR. MILSTEIN:  Objection.  That's not what

12   he said.

13          MR. LATTIMER:  "Yeah, I know Jason punched

14   him because I watched him."  What part did I get

15   wrong?

16          MR. MILSTEIN:  The whole part.

17          MR. LATTIMER:  I know.

18          BY MR. LATTIMER:

19      Q    You don't know nothing about that, right?

20      A    No.

21      Q    Okay.  So you never got into a fight,

22   right, at the Eyebar?

JR

161

1   A   No.

2   Q   You never punched anybody, right?

3   A   No.

4   Q   You didn't punch Fitzgerald, right?

5   A   No.

6   Q   You didn't punch Marlin Godfrey, right?

7   A   [No response.]

8   Q   Right?  You have to answer.

9   A   I said no.

10  Q   Okay.  You didn't throw anything, right?

11  A   No.

12  Q   Anybody who got injured was injured for

13  reasons unassociated with any actions that you

14  took; is that right?

15  A   Repeat your question.

16  Q   Anybody who got injured, did not get

17  injured as a result of any action you took; is that

18  right?

19  A   Yes.

20  Q   Exhibit 2, could you turn to that?  You

21  got Number 2?

22  A   Yes.

JR
                                                                    162

1        Q     First interrogatory; in there you talk

2   about Curtiss Fitzgerald having provided a written

3   statement and Ansley Grant having provided a

4   written statement, do you see that?

5        A     Yes.

6        Q     Okay. When did he provide you with this

7   written statement and how?

8        A     You say how did he write his statement?

9        Q     How did he provide this statement to you?

10  Did he mail it to you?  Did he hand it to you?  How

11  did he provide it to you?

12       A     It was given to investigators.

13       Q     It was given to an investigator?  What

14  investigator was that?  You didn't even have a

15  lawyer at that time?

16       A     Mr. Stanton.

17       Q     Mr. Stanton?

18       A     Yes.

19       Q     Mr. Fitzgerald gave Mr. Stanton a

20  statement; is that right?

21       A     Yes.

22       Q     And Mr. Grant gave Mr. Stanton a

JR                                                                    163

1    statement; is that right?

2        A    [Nodding.]

3        Q    Okay.  And you saw those statements?

4        A    Yes.

5        Q    Mr. Stanton gave them to you?

6        A    Yes.

7        Q    Okay. And when was that?

8        A    After it had taken place.

9        Q    Mr. Stanton gave you a copy of the

10   statement back in September 15, 2005?

11       A    Repeat your question.

12       Q    You said Mr. Stanton gave you the

13   statements or let you see the statements, right?

14       A    Yeah.

15       Q    Okay.  And I asked you when and you said

16   on the night they took place.

17       A    I misunderstood what you said, that's why

18   I asked you to repeat your question again.

19       Q    Okay.  So what did you mean?

20       A    I didn't hear everything you said that's

21   why I said repeat it again.

22       Q    When did you get to see those statements?

JR

164

```
 1      A    I don't recall the time.

 2      Q    You don't recall?

 3      A    Yeah.

 4      Q    Well, was it last week?

 5      A    I don't recall.

 6      Q    Was it two weeks ago?

 7      A    I don't recall.

 8      Q    Was it a month ago?

 9      A    I don't recall.

10      Q    Was it 2006?

11      A    I don't recall.

12      Q    Was it 2005?

13      A    I don't recall.

14      Q    Then how do you know when they got--when

15 he got the things?

16      A    Repeat your question.

17      Q    How do you know--if you don't know when--

18 how do you know when the guy took the statements if

19 you don't know nothing about it?

20      A    [No response.]

21      Q    Mr. Kane, is it that you can't answer that

22 question?
```

JR                                                                    165

1              [Tries to confer with Counsel]

2              MR. MARTIN: Answer the question.

3              BY MR. LATTIMER:

4         Q    You got to answer the question first, Mr.

5    Kane.

6         A    I don't recall at this moment.

7         Q    Now --

8              MR. MARTIN:  He asked to speak with me.

9              [Off the record.]

10             BY MR. LATTIMER:

11        Q    Mr. Kane, earlier when I asked you if you

12   knew the bald-headed guy, you indicated that you

13   didn't know people of that type; what did you mean

14   by that?

15        A    Excuse me?

16        Q    Earlier, when I asked you did you know the

17   bald-headed guy, you indicated you didn't know

18   people of that type; what did you mean by that?

19             MR. MARTIN:  That mischaracterizes his

20   answer.

21             MR. KANE: I don't recall.

22             BY MR. LATTIMER:

JR

166

1    Q    You don't recall what you meant?

2    A    I don't recall right now.

3    Q    Okay. Well usually when you say, "I don't

4  know that type of guy," what are you referring to?

5    A    I don't recall what I meant.

6    Q    I'm asking you a different question:  When

7  you refer to, "I don't know that type of guy," what

8  are you usually talking about?

9         MR. MARTIN:  Objection to form.

10         MR. KANE:  [No response.]

11         MR. MARTIN: Objection to form.

12         MS. MORAN:  We heard you.

13         MR. MARTIN:  The reporter's telling me to

14  put the mike on.

15         MR. KANE:  Repeat your question.

16         BY MR. LATTIMER:

17    Q    When you--usually when you indicate, as

18  you did here, "I don't know that type of guy," what

19  are you referring to?

20    A    I don't recall.

21    Q    You don't recall?

22    A    No.

MILLER REPORTING CO., INC.
735 - 8TH STREET, S.E.
WASHINGTON, D.C.  20003
(202) 546-6666

JR

167

1     Q   So you--when I asked you about the bald-

2  headed guy you said, "I don't know that type of

3  guy," and now your testimony is you don't recall

4  what you meant by that?

5     A   I don't recall.

6        MR. MARTIN: You asked him questions about

7  this statement.

8        MR. LATTIMER:  What statement?

9        MR. MARTIN: Statements that were taken.

10       MR. LATTIMER:  Oh, yeah.  That was a while

11  back.  Okay.

12       MR. MARTIN:  In response to your

13  deposition, he asked me if he could clarify

14  something in regard to statements.

15       BY MR. LATTIMER:

16     Q   What did you want to clarify?

17     A   I got--I obtained statements from

18  Fitzgerald and Grant.

19     Q   Wait a minute, you obtained them?

20     A   They called me on the phone and gave me

21  the statements.

22     Q   So how did they get to be written?

JR                                                                          168

1          A    They wrote them themselves.

2          Q    On the phone?

3          A    No. I met with them and they wrote the

4     statements.

5          Q    Okay. You just said that you--they call

6     you on the phone and you got the statements.

7          A    Excuse me. Excuse me.  They called me on

8     the phone to tell me they--Curtiss--they were going

9     to give me the statements.  So I met them and I got

10    the statements.

11         Q    Okay. Where did you meet them?

12         A    I met up with Curtiss outside of the

13    Eyebar.  I met Nightmare outside of Play.

14         Q    Nightmare is Mr. Ansley --

15         A    Ansley Grant.  Yes.

16         Q    So you went to get the statements?

17         A    Yes.

18         Q    And then you gave them to who?

19         A    [No response.]

20              MR. MARTIN:  Did you understand that?

21              MR. KANE: No.

22              MR. MARTIN: If you could break it down,

JR

169

1    Mr. Lattimer.

2              BY MR. LATTIMER:

3         Q    So you went to get these statements?

4         A    Yes.

5         Q    And why?

6         A    Because they called and told me.    They

7    didn't want no part of the case.

8         Q    They call you up to say, "Hey, Jason Kane-

9    -Mr. Kane, we'd like to give you a statement

10   because we don't want to have nothing to do with

11   case," right?

12        A    Not in them type of words you just used.

13        Q    Then what words did they use?

14        A    Well Curtiss exact words were, "We're not

15   doing the case, you know.  Stephanie Moran wants me

16   to lie and say you hit somebody.  I'm not getting

17   involved in this.  My name is in the Washington

18   Post.  My boss is going to fire me because my name

19   is in the Washington Post.  I had nothing to do

20   with no court case at all."  And he signed the

21   statement.

22        Q    He signed the statement?

JR                                                                          170

1       A    Yes.

2       Q    Saying that?

3       A    Not--not about lying--he signed the

4    statement I didn't touch anybody.

5       Q    Okay.  But he told you that Stephanie

6    Moran wanted him to lie?

7       A    Yes.

8       Q    And that's what--he told you she wanted

9    him to do?

10      A    Yeah.

11      Q    That's Mr. Grant?

12      A    Fitzgerald.

13      Q    That's Mr. Fitzgerald?

14      A    Yeah.

15      Q    Okay.  And so they didn't call Mr.

16   Iverson's lawyer, they call you, correct?

17      A    Yes.

18      Q    Okay.  And when was this again?

19      A    I can't recall the exact date. Each

20   statement had a termination paper--whenever they

21   terminated themselves with you.

22      Q    Each statement what?

JR

1      A      Had a termination paper that ya'll did not

2    represent them.

3      Q      Ya'll who?

4      A      Your firm.

5      Q      My firm?

6      A      Yeah.

7      Q      So it was about me?

8      A      No.

9      Q      Okay. Well, explain.

10      A      They wrote a statement saying that they

11    are not involved in the lawsuit.  They had a

12    termination paper from their lawyer.

13      Q      Mr. --

14      A      Grant.

15      Q      --Fitzgerald.

16      A      No, Mr. Grant.

17      Q      Mr. Grant?

18      A      Yes.

19      Q      All right.  I'm a little confused.  I

20    thought you said Mr. Fitzgerald said this about me-

21    -Ms. Moran.

22      A      Excuse me --

JR                                                                  172

1     Q    Let me clarify the question.    Maybe I'm

2  just misunderstanding.

3          MR. MARTIN:  Wait a minute.  He's allowed

4  to finish, Greg.

5          MS. MORAN:  There's no question.

6          MR. LATTIMER:  Ain't no question.

7          MR. MARTIN:  He was answering a question.

8          MR. LATTIMER:  He can't be, there wasn't

9  one.

10         BY MR. LATTIMER:

11    Q    Go ahead and finish what you have to say.

12 Say whatever you want to say.  Go ahead.

13    A    There were two statements, one from Mr.

14 Fitzgerald and one from Mr. Grant.  Mr. Grant's

15 statement enclosed a termination letter with legal

16 counsel.

17    Q    Okay.  Anything else you want to say?

JR
                                                                    173

1        A    No.

2        Q    All right.  When did you meet with Mr.

3   Grant and he showed you a termination paper?

4        A    I don't recall the exact date.

5        Q    Now you said both of these statements were

6   provided on September 15, 2005 from your

7   interrogatory responses.

8        A    Okay.

9        Q    Is that true?

10       A    [No response.]

11       Q    It's right there on page one and two, Mr.

12  Kane.

13       A    Yes.

14       Q    Is that true?

15       A    Yes.

16       Q    So you got these statements from both of

17  these individuals on September 15, 2005; is that

18  right?

19       A    Yes.

20       Q    And they just called you out of the blue

21  to tell you this, correct?

22       A    Yes.

JR                                                                        174

1       Q     Because--why, ya'll were friends?

2       A     They know I didn't touch anybody.

3       Q     They know you didn't touch anybody.  Do

4    they know that about as much as Mr. Fitzgerald

5    knows that you one of the Horsemen?

6       A     Repeat your question.

7       Q     Do they know that about--

8       A     Excuse me, sir.  Repeat your question

9    before that.

10      Q     I am repeating my question.  Give me a

11   chance.  Hold your horses.

12            Do you--do they know that, Mr. Fitzgerald

13   in particular, about as much as he knows that

14   you're one of the Horsemen?

15            MR. MARTIN:  Objection.

16            MR. KANE:  I was saying repeat the first

17   question before that.

18            MR. LATTIMER:  What question are you

19   talking about, that's the only question?

20            MR. KANE:  You asked me two questions,

21   that was the second question.

22            MR. LATTIMER: Okay.  We'll why don't you

JR

175

1    answer that one?

2         MR. MARTIN:  Form -- Objection to form and

3    foundation.  He knows--Greg, that's and improper

4    question.

5         MR. LATTIMER:  All right.  You can answer

6    it.  Or can you?

7         MR. MARTIN: Can you answer that?

8         MR. KANE: I can't answer that.

9         BY MR. LATTIMER:

10    Q    Also, in your interrogatory responses, Mr.

11   Fitzgerald supposedly told you that the,

12   "Plaintiffs were going to win the Academy Award,"

13   is that right?

14    A    Yes.

15    Q    So Mr. Godfrey was going to win an Academy

16   Award by getting his eardrum busted, right?

17        MR. MARTIN: Objection.

18        BY MR. LATTIMER:

19    Q    Is that what he meant, or did he mean

20   something else?

21        MR. MARTIN: Objection.  Form and

22   foundation as to what he meant.

JR

176

1          BY MR. LATTIMER:

2      Q    Did he tell you?

3      A    Repeat that again.

4      Q    Did he tell you that--whether Mr. Godfrey

5  was going to win the Academy Award by getting his

6  eardrum busted or did he mean something else?

7      A    He didn't say no one's name.

8      Q    Okay.  Well the Plaintiffs--Mr. Godfrey is

9  a Plaintiff, you know that, right?

10     A    [No response.]

11     Q    Right?

12     A    Yes.

13     Q    Okay. So, if he's talking about the

14  Plaintiffs, and I'm asking you, did he say whether

15  Mr. Godfrey was going to win this Academy Award by

16  getting his eardrum busted, or did he mean

17  something else?

18     A    I just stated to you he didn't say

19  anybody's name.

20     Q    Okay. The Plaintiffs, did he say whether

21  the Plaintiffs--one of the Plaintiffs was going to

22  win an Academy Award by getting his eardrum busted

JR                                                          177

1   or was he going to do something else?

2       A    No.

3       Q    Did he say whether or not he was going to

4   win the Academy Award by having a torn rotator

5   cuff, or was he going to do something else?

6       A    No.

7       Q    Did he say whether or not he was going to

8   win the Academy Award by having a busted blood

9   vessel in his eye, or was he going to do something

10  else?

11      A    No.

12      Q    Did he say whether or not he was going to

13  win the Academy Award by having to see a

14  psychiatrist for a couple of years, or was he going

15  to do something else?

16          MR. MARTIN:  Objection.

17  Mischaracterization.

18          BY MR. LATTIMER:

19      Q    He didn't tell you how--you don't know if

20  he meant any of those things though, right?

21      A    He didn't specify what exactly they was

22  going to win the Academy Award for, he specified

JR                                                                          178

1   they was acting.  That's what they was going to win

2   the Academy Award for.

3        Q    And he told you how you act with a busted

4   eardrum?  Did he explain that?

5        A    He said they were acting.

6        Q    Did he explain how you act with a torn

7   rotator--

8        A    He said they were acting.

9        Q    Let me finish first.  We both can't talk.

10  Let me finish.

11            MR. MILSTEIN:  You're talking over him.

12            MR. LATTIMER: And you're talking just to

13  be talking.

14            BY MR. LATTIMER:

15       Q    So, did he tell you if he was going to get

16  that by getting a bruised rib?  Was that the acting

17  part?

18       A    He said they were acting.

19       Q    The busted blood vessel, was that an act?

20       A    He said they were acting.

21       Q    Which was the acting part?  I mean, is it-

22  -that's what I'm trying to figure out. Did he say

JR
                                                                         179

1      what specifically the acting part was or was it

2      just generally the act?

3             MR. MARTIN:  Objection as to form and

4      foundation.  Whether it was my client or somebody

5      else who allegedly struck him and he's acting.

6      Objection as to form and foundation.

7             You can answer if you know, Mr. Kane.

8             MR. KANE: I don't know.

9             BY MR. LATTIMER:

10     Q    Okay. Now, how do you know Mr. Stanton had

11     a conversation with Mr. Grant and Mr. Fitzgerald?

12     A    Repeat that.

13     Q    How do you know Mr. Stanton has had

14     conversations with Mr. Grant and Mr. Fitzgerald?

15            MR. KANE:  I want to talk to my lawyer.

16            MR. LATTIMER: Well, you can't right now.

17     You can talk to him after you answer the question.

18            MR. KANE:  Repeat your question again.

19            BY MR. LATTIMER:

20     Q    All right.  How do you know that Mr.

21     Stanton has had conversations with Mr. Fitzgerald

22     and Mr. Grant?

JR                                                                    180

1              MR. MARTIN:  Do you understand the

2    question?

3              MR. KANE: Not really.

4              BY MR. LATTIMER:

5         Q    What part don't you understand?  How do

6    you know that Mr. Stanton has had conversations

7    with Mr. Fitzgerald or/and Mr. Grant?  What part of

8    that don't you understand?

9         A    I can't recall.

10        Q    Okay.  Talk to me, who's Terrance Williams

11   again?

12        A    [No response.]

13        Q    Who is he?

14        A    What do you mean who is he?

15        Q    Who is he?

16        A    I don't understand your question.

17        Q    What part of who is he don't you

18   understand?

19        A    He's a man.

20        Q    Okay. And how do you know him?

21        A    We're friends.

22        Q    How long?

JR

181

1       A    A few years.

2       Q    Few years meaning? Less than 10?   Less

3    than 5?

4       A    I can't recall.

5       Q    You don't recall how long you've known

6    him?

7       A    I can't pinpoint the exact number.

8       Q    I'm not asking you for a --

9       A    I can't recall.

10      Q    You've known him more than a year?

11      A    Yes.

12      Q    Known him more than two years?

13      A    Yes.

14      Q    Known him more than three years?

15      A    Yes.

16      Q    Known him more than four years?

17      A    I can't recall.

18      Q    So it's somewhere between three and four?

19      A    I can't recall.

20      Q    Well if you've known him for more than

21    three but less than four, wouldn't that suggest to

22    you that it's between three and four?

1        MR. MARTIN:  Mischaracterization.  He

2   didn't say it was less than four.

3        BY MR. LATTIMER:

4   Q    Well, have you known him more than four?

5   A    I can't recall.

6   Q    You don't know; is that right?

7   A    I can't recall.

8   Q    All right.  Where does he live?

9   A    His exact address?

10  Q    Yeah.

11       MR. MARTIN: If you know.

12       MR. KANE:  I don't know.

13       BY MR. LATTIMER:

14  Q    Then how did you give us an address in

15  your responses to our written requests for

16  information if you don't know where he lives?

17  A    I don't--I don't know.

18  Q    You put down the man's address in your

19  interrogatory responses, so how did you do that if

20  you don't know where he lives?

21  A    Let me revisit--I don't know his address

22  like I can look in my wallet and now his address

JR                                                                      183

1    like that.

2          Q    Okay.  Well how did you get it before?

3          A    I had got it from him.

4          Q    Okay.  Where is it?

5          A    Where is his address?

6          Q    Yeah, since you got it from him.  What did

7    you do throw it away?

8          A    Yes.

9          Q    You threw it away?

10         A    It was on a sheet of paper.  Yes.

11         Q    Okay.  Where--what city does he live in?

12         A    He lives in Maryland.

13         Q    What city does he live in?

14         A    Bowie.

15         Q    Bowie.  How long has he lived there?

16         A    In Bowie, Maryland?

17         Q    Yes, sir.

18         A    I don't recall.

19         Q    You got his phone number?

20         A    Yes.

21         Q    What's his phone number?

22         A    I don't have it on me right now.

JR

184

1    Q    It's not in your phone?

2    A    No.

3    Q    So where do you have it?

4    A    At home on a sheet of paper.

5    Q    At home on a sheet of paper?

6    A    Yes.

7    Q    Michael Persons. Who is he?

8    A    [No response.]

9    Q    We can't get to the next question until

10 you answer this one.

11    A    Are you talking to me?

12    Q    Who else--you're the only one being

13 deposed.

14    A    What did you say now?

15    Q    Who is Michael Persons?

16    A    It's a security guard.

17    Q    Okay. How do you know him?

18    A    Through the security field.

19    Q    Who does he work for?

20    A    Various people.

21    Q    Okay. Where do you know him from working

22 from?

JR                                                                185

1        A    Various people.

2        Q    He's a security guard for who?  How do you

3    know the man?

4        A    He works with different celebrities.

5        Q    Okay. So he provides security for other

6    individuals; is that right?

7        A    Yes.

8        Q    All right.  And where does he live?

9        A    He lives in D.C.

10       Q    Where?

11       A    I don't have his exact address in my head

12   right now.

13       Q    He lives in D.C.?

14       A    Yes.

15       Q    Is that the address you gave us for him,

16   at D.C. address?

17            MR. MARTIN: You need to refresh your

18   recollection?

19            MR. KANE:  Yeah, I need to recollect.

20            [Witness looks through papers.]

21            BY MR. LATTIMER:

22       Q    Look at Exhibit 8, Jason Kane's Rule

JR
                                                                          186

1     26(a)(1) disclosures.

2              [Witness complies.]

3              BY MR. LATTIMER:

4        Q    You got that?  See Michael Persons name at

5     the bottom of the page?

6        A    Yes.

7        Q    Now, tell me why you gave us a Bowie, MD

8     address if the man lives in the District of

9     Columbia?

10       A    [No response.]

11       Q    Waiting.

12       A    I don't recall.

13       Q    You don't recall why you gave us a Bowie

14    address for somebody who lives in the District?

15    You don't recall that?

16       A    No.

17       Q    No? Where does the man live?

18            MS. MORAN:  Did she get his answer?

19            MR. LATTIMER:  I'm sorry, did you get an

20    answer from him?

21            COURTREPORTER: No.

22            BY MR. LATTIMER:

JR

1    Q    Okay. Can you answer that question again?

2    A    Repeat the question.

3    Q    Why did you give us--let me finish.  Why

4    did you give us a Bowie, Maryland address for

5    somebody that you know lives in the District of

6    Columbia?  Now you can answer.

7    A    I don't recall.

8    Q    You don't recall why you didn't give us

9    the proper address for the man?

10   MR. MARTIN:  Objection. Form.

11   BY MR. LATTIMER:

12   Q    Why did you give us a Springdale, Maryland

13   address for Terrance Williams when you know he

14   lives in Bowie?

15   A    [No response.]

16   Q    Look at page 1.  8935 Hobart Street,

17   Springdale, Maryland, is the address you gave us

18   for Terrance Williams.  Why did you give us that

19   address if you know this man lives in Bowie?

20   A    I don't recall.

21   Q    You don't recall?  Well, weren't you

22   supposed to be giving an accurate and truthful

JR
                                                                        188

1    address for these people?

2           MR. MARTIN:  Objection to form.

3           BY MR. LATTIMER:

4      Q    Wasn't that your understanding at least?

5      A    [No response.]

6      Q    Mr. Kane?

7      A    Repeat your question.

8      Q    Wasn't it your understanding that you were

9    supposed to be providing accurate and truthful

10   information in this proceeding?

11     A    Yes.  I want to speak to my lawyer.

12     Q    Well, you have to answer the question.

13     A    I said yes.

14          MR. LATTIMER:  Did you get the answer?

15          COURTREPORTER:  [Nods.]

16          MR. LATTIMER:  Okay. What did he say?

17          COURTREPORTER:  Yes.

18          MR. LATTIMER:  Okay.

19          MR. MARTIN: See, they heard him.

20          [Off the record.]

21          MR. LATTIMER: We were talking about the

22   information that you provided us in your initial

JR
189

1    disclosure which is Exhibit 8.  And I guess I'll

2    provide information from your counsel which is even

3    more confusing, because in your--go to Exhibit 2.

4    In your interrogatory responses--your supplemental

5    interrogatory responses by the way, can you get

6    that?

7              [Witness searches documents.]

8              BY MR. LATTIMER:

9         Q    Do you see that, Number 2?

10        A    MM-hmm.

11        Q    Can you turn to page 4 and the answer to

12   interrogatory number 6.  Do you see where you say,

13   "I already provided complete contact information

14   for the persons identified in my initial

15   disclosures."  Do you see that?

16        A    Yes.

17        Q    And can you turn to page 10, answer to

18   Interrogatory Number 20.  Do you see that?

19        A    [No response.]

20        Q    Do you see the answer to Interrogatory

21   Number 20?

22        A    Yes.

JR

190

1      Q    You gave us the exact same addresses that

2   you provided in your initial disclosures, did you

3   not?

4      A    Yes.

5      Q    And this is a document that you signed on

6   September 22nd of this year; isn't that right?

7      A    Yes.

8      Q    And in these documents--in this document,

9   you indicated that you were telling the truth;

10  isn't that right?

11     A    Yes.

12     Q    But you provided us information that

13  wasn't true; isn't that right?

14          MR. LATTIMER:  Objection to form and

15  foundation.  Mischaracterizes the evidence.

16          MR. KANE:  I simply didn't remember the

17  address.

18          BY MR. LATTIMER:

19     Q    You didn't remember it but you remember it

20  now?

21     A    [No response.]

22     Q    I mean, you got one guy in a different

JR

191

1    state, right?

2        A    [No response.]

3        Q    Mr. Persons.

4        A    He's in a different state?

5        Q    Yeah.  You said he lives in D.C.

6        A    D.C.'s not a state.

7        Q    Okay.  You got him in a different

8    jurisdiction, right?

9        A    I simply made a mistake.

10       Q    You made a mistake?  Two times, right?

11       A    [No response.]

12       Q    People you know, right?

13           MR. MARTIN:  There's a question pending.

14    Did you make a mistake?

15          MR. KANE: Yes.

16          BY MR. LATTIMER:

17       Q    People you know, you made a mistake?

18       A    Yes.

19       Q    And you put down in this document that

20    these people--this was their complete contact

21    information, right?

22       A    It is.  I just made a simple mistake.

JR

192

1      Q     A simple mistake? You got a guy in a

2 different city in Maryland who you've known for

3 years, Terrance Williams, right?

4      A     [No response.]

5      Q     Right?

6      A     Yes.

7      Q     And you got a guy, Michael Persons, that

8 you know from the security industry, living in the

9 District when you know that the man lives--I mean,

10 you have him living in Bowie and you know he lives

11 in the District, right?

12        MR. MILSTEIN: Where does he live?

13        MR. LATTIMER: The District.

14        MR. MILSTEIN: Says who?

15        MR. LATTIMER: He did. You got to pay

16 attention.

17        MR. MILSTEIN: The document says where he

18 lives.

19        MR. LATTIMER: You've got to pay

20 attention.

21        MR. MILSTEIN: The document says where he

22 lives. You know where he lives.

JR                                                                      193

1          MS. MORAN:  Okay, Mr. Milstein, you can

2    just press rewind on your own time.

3          BY MR. LATTIMER:

4    Q    You're right.  You know the man lives in

5    the District, right?

6    A    No.

7    Q    Well why did you say that?

8    A    I made a mistake.

9    Q    So where did you make the mistake, in your

10   sworn interrogatory or in your sworn statement

11   today?

12   A    Today.

13   Q    Today you made the mistake.  And how do

14   you know that?

15   A    Repeat your question.

16   Q    How do you know the mistake is today--the

17   sworn statement is today as opposed to the sworn

18   statement that you --

19   A    Because he lives in Bowie, not D.C.  I

20   just had to refresh myself.

21   Q    Okay.  And what about Mr. Williams, did

22   you have to think on that one, too?

JR                                                     194

1      A     Yeah, I made a mistake on that one, too.

2      Q     Okay. So he doesn't live in Bowie?

3      A     No.

4      Q     He lives where you said in Springdale,

5 right?

6      A     Yes.

7      Q     So you wouldn't have any explanation for

8 why is it that a process server who went to both

9 those residences, neither of those individuals

10 lived there? You would have no idea about that,

11 right?

12         MR. MARTIN: Form and foundation.

13         BY MR. LATTIMER:

14      Q     Is that correct?

15         MR. MARTIN: Do you know?

16         MR. KANE: No.

17         BY MR. LATTIMER:

18      Q     When is the last time you saw Mr. Williams

19 at the Hobart Street address?

20      A     I can't recall.

21      Q     Where did you get that address from?

22      A     He gave me the address.

JR

195

1      Q   When?

2      A   I can't recall the date when he gave it to

3 me.

4      Q   Well, when?  Approximately.

5      A   I cannot recall the date when he gave it

6 to me.

7      Q   Okay, approximately.

8      A   I cannot recall the date when he gave it

9 to me.

10     Q   Well you put and answer down in September,

11 I assume you asked before that date, right?

12     A   Yes.

13     Q   No?

14     A   Yes.

15     Q   Yes.  So did you do it within a month of

16 answering it?

17        MR. MARTIN:  Mr. Lattimer, we're prepared

18 to stipulate that the witnesses gave us that

19 information.

20        MS. MORAN: We don't need your stipulation.

21        MR. LATTIMER:  Well that ain't what he

22 said.

JR                                                                    196

1          MR. MILSTEIN:  What are you wasting time

2    for?  It's you. The guy gives the answer.

3          MS. MORAN:  Mr. Milstein, you were--

4          MR. LATTIMER: Let me just talk about

5    something.  You guys have taken almost 15 breaks to

6    run our here and talk to this guy every time he

7    wants to talk to you and you want to talk to me

8    about wasting time.

9          MR. MILSTEIN:  That's right, wasting time.

10          MR. LATTIMER:  Well Mr. Milstein, as I've

11    said, you are free to leave at any time you choose.

12    But don't talk to me a wasting time when every time

13    we talk about something, ya'll traipsing out the

14    room.

15          MR. MARTIN:  We're not allowed to confer

16    with our client?

17          MR. LATTIMER:  Not and talk about someone

18    wasting time.  And you haven't done that?

19          MR. MILSTEIN:  Nope.

20          MR. LATTIMER:  It's the potted plant at

21    the end of the table.

22          MR. MARTIN:  We want to try and keep this

JR

197

1      --

2              MR. LATTIMER:  Try as you may--all you

3      have to do is silence some of us.

4              MR. MARTIN:  Some of us can't be silenced.

5              BY MR. LATTIMER:

6       Q    Mr. Kane, any other mistakes you made

7      about addresses in your sworn statement?  Take a

8      look at it so we don't have to go through this with

9      regard to each one.

10             [Witness reading documents.]

11             BY MR. LATTIMER:

12      Q    Everybody else correct?

13      A    [Nodding.]

14      Q    Was that a yes?

15      A    Yes.

16      Q    So the address for Scott Turner, of 5227

17     Hershey Lane, Alexandria, VA, that's accurate?

18      A    That' the address he give us.

19      Q    He gave us?  Who's us?

20      A    [No response.]

21      Q    Sean Edwards, 1705 Brandon Avenue,

22     Winchester, VA, is that accurate?

JR                                                                    198

1          A    Yes.

2          Q    Bobby Patterson, you don't know where he

3     lives?

4          A    No.

5          Q    How do you know him?

6          A    He's a Washington Planner.  I know him

7     from the nightclubs.

8          Q    He's a Washington what?

9          A    Planner.

10         Q    Okay.  So the only time you talk to him is

11    on the phone?

12         A    I've seen him at some nightclubs.

13         Q    And that's how you know him?

14         A    Yes.

15         Q    And you've never known where he lives?

16         A    No.

17         Q    Are you all friends?

18         A    No.

19         Q    Jerry Vines, is the address you've given

20    for him 6188 Oxon Hill Road, is that accurate?

21         A    Yes.

22         Q    How do you know that?

JR

1    A    He told me.

2    Q    When?

3    A    I don't know.  I can't recall the exact

4  date.

5    Q    Approximately.

6    A    I can't recall.

7    Q    Who's Jason McCree?

8    A    Who did you say?

9    Q    Who is Jason McCree?

10    A    He was a witness at the fight at the

11  Eyebar.

12    Q    And that's the only way you know him?

13    A    Yes.

14    Q    So this is a person who was at the Eyebar,

15  witnessed this, you never knew him before, and he

16  contacted you to let you know that he was a

17  witness?

18    A    Rephrase that question.

19    Q    All right.  What part do you want me to

20  rephrase?

21    A    From the top.

22    Q    Jason McCree, according to you, is a

JR                                                                    200

1    witness to the events that occurred at the Eyebar,

2    correct?

3         A    Yes.

4         Q    You never knew him or had seen him before,

5    correct?

6         A    I can't recall.

7         Q    You can't recall if you know him?

8         A    No, whether I've seen him, no.  I can't

9    recall.

10        Q    And he contacted you to tell you that he

11   was a witness; is that right?

12        A    A friend of a friend.

13        Q    Who?

14        A    Jason McCree.

15        Q    Who is the friend of a friend?

16        A    Tracey.

17        Q    Tracey who?

18        A    Johnson.

19        Q    All right.  And who is Tracey Johnson?

20        A    She dates Jason McCree's sister's

21   girlfriend.

22        Q    Tracey John dates Jason McCree's sister's

JR

1      girlfriend?

2          A    Yeah.

3          Q    And so she called you--or who called you?

4          A    She did.

5          Q    Tracey Johnson?

6          A    Yes.

7          Q    How do you know Tracey Johnson?

8          A    I know her brother.

9          Q    Who's her brother?

10         A    Eric Johnson.

11         Q    Eric Johnson.  And how do you know Eric

12     Johnson?

13         A    He works at GNC.

14         Q    All right.  So you knew Tracey before?

15         A    Sort of.

16         Q    What's that mean?

17         A    I seen here a couple of times.  Spoke to

18     her a couple of times.

19         Q    Okay.  So how did she contact you, came by

20     your house, wrote you a letter, called you on the

21     phone?

22         A    Seen her in GNC when I there to she her

JR

202

1   brother.

2        Q    So you saw her at GNC and she just started

3   talking about she new a witness to the incident

4   that occurred at the Eyebar?

5        A    Yes.

6        Q    Out of the blue?

7        A    Yes.

8        Q    Which GNC is this?

9        A    The GNC in Fairfax County.

10       Q    I'll bet they got more than one.

11       A    I wouldn't know.

12       Q    Okay.  Where is this one?

13       A    On Main Street.

14       Q    Who's John Hall?

15       A    He's a guy from the club.

16       Q    Okay.  How do you know him?

17       A    Through the nightclubs.

18       Q    All right.  How long have you known him?

19       A     I can't recall the length of time.

20       Q    So you just know him by seeing him?

21       A    Yes.

22       Q    At the club?

JR

203

1        A     Yes.

2        Q     And he contacted you?

3        A     Yes.

4        Q     Where?

5        A     I saw him at a club.

6        Q     You saw him at a club when?

7        A     I can't recall the time that I saw him.

8        Q     And he just came up to you and started

9    talking about this incident at the club, too?

10       A     Yes.

11       Q     Out of the blue?

12       A     Yes.

13       Q     Now did you ever get a 1099 from Mr.

14   Iverson?

15       A     I can't recall.

16       Q     You can't recall if you got a 1099?

17       A     Yes.

18       Q     Well that's a tax document.  Did you use

19   or did give a 1099 to your accountant for 2005

20   regarding services provided for Mr. Iverson?

21       A     I can't recall right now about any

22   documents.

JR

204

1      Q    I'm sorry?

2      A    I can't recall right now about any

3  documents.

4      Q    I'm missing the part.

5      A    I can't recall.

6      Q    You can't recall whether you gave your

7  accountant a 1099?

8      A    I can't recall.

9      Q    What documents did you give showing your

10  income for 2005?

11      A    I can't recall.

12      Q    You can't recall.  What documents did you

13  give showing your income for 2004?

14      A    I can't recall.

15      Q    But your wife has all of that information,

16  right, or your accountant?

17      A    My accountant.

18      Q    Who's your accountant?

19      A    I don't know his name.

20      Q    You don't know your accountant's name?

21      A    Say that again.

22      Q    You don't know your accountant's name?

JR                                                                    205

1      A    No, I misunderstood what you said.  What

2   did you say?

3      Q    Who's your accountant?

4      A    I thought you said something else.  Larry.

5      Q    Larry?

6      A    Yes.

7      Q    Larry who?

8      A    I don't know his last name.

9      Q    You don't know your accountant's last

10  name?

11     A    No.

12     Q    Okay.  Where does your accountant work?

13     A    In Maryland.

14     Q    In Maryland?

15     A    Mm-hmm.

16     Q    Okay. Where?

17     A    I can't recall the exact location.

18     Q    You can't recall where your accountant's

19  office is?

20     A    No, I can't recall.

21     Q    What's his phone number?

22     A    I can't recall.

JR                                                                        206

1          Q    You don't know your accountant's phone

2    number?

3          A    I can't recall at this moment.

4          Q     So you don't know your accountant's name.

5    You don't know where --

6          A    I just told you his name is Larry.

7          Q    But you don't know his last name?

8          A    No.

9          Q    You don't know where he works and you

10   don't know his phone number, right?

11         A    Right.

12         Q    But this is the person you give all of

13   your financial information to; is that right?

14         A    No.

15         Q    No?  So what do you give to him?  If he

16   prepared your taxes, why don't you give him your

17   financial information?

18         A    Repeat that question.

19         Q    If he prepared your taxes, why don't you

20   give him your financial information?

21         A    I can't recall.

22         Q    You can't recall why you don't give him

JR                                                                        207

1    your financial information?

2         A    I can't recall.

3         Q    That's what I'm asking you.  Are you

4    saying that you can't recall why you don't give him

5    your financial information?

6         A    I can't recall.

7         Q    All right.  Let me ask you something, you

8    got a cell phone, right?  Is his phone number in

9    your cell phone?

10        A    No.

11        Q    Were would you keep it?

12        A    I can't recall.

13        Q    You can't recall where you keep your

14   accountant's phone number?

15        A    Not at this moment, no.

16        Q    How do you --how are you going to get

17   information from him to give to us if you don't

18   know his last name, you don't know where is office

19   is, and you don't know his phone number?

20        A    I can't recall.

21        Q    You can't recall how you are going to get

22   us information?

JR                                                                      208

1       A     [No response.]

2       Q     I mean, you do understand you have an

3    obligation to provide information that we have

4    requested pursuant to discovery documents, correct?

5            MR. KANE:  I need to talk to my lawyer.

6            MR. LATTIMER:  Not while the question's

7    pending?

8            MR. KANE:  What was the question?

9            BY MR. LATTIMER:

10      Q     You do understand that you have an

11   obligation to give to us the materials that we have

12   requested pursuant to discovery documents, correct?

13      A     Yes.

14           MR. LATTIMER:  Fine.  You want to talk to

15   him.

16           [Off the record.]

17           BY MR. LATTIMER:

18      Q     We were talking about your obligation to

19   provide us with documents responsive to our

20   discovery requests.  Apparently you haven't done

21   that; would that be fair to say?

22      A     Repeat that.

JR

209

1     Q     Apparently you have not provided us with

2  documents responsive to our discovery?

3          MR. MARTIN:  Objection to form and

4  foundation.

5          BY MR. LATTIMER:

6     Q     Well let me put it this way:  Right now,

7  we've already discussed the point you haven't

8  provided us with any phone bills for your cell

9  phone, right?

10     A     No.

11     Q     And you haven't provided us with any tax

12  information regarding at a minimum, the 2005 taxes

13  that you filed, correct?

14     A     No.

15     Q     Okay.  So those two things you haven't

16  provided, right?

17     A     No.

18     Q     And those things were requested and you

19  know that, right?

20     A     Yes.

21     Q     Now, why did you not provide us with those

22  documents even though you know they were requested?

JR
                                                       210

1     A    I have to get the documents.

2     Q    Okay. My question is: Why didn't you

3 provide them to us when you were supposed to?

4     A    I was in the process of obtaining them.

5     Q    Okay.  And now you said that you also got-

6 -Mr. Fitzgerald and Mr. Grant, when you met with

7 them you got the termination papers from Mr. Grant,

8 right?

9     A    Yes.

10    Q    Where are those?

11    A    I don't have then with me right now.

12    Q    Okay.  Well, where are they?

13    A    [Indicating to Counsel.]

14    Q    What's that mean?  You can't point.  She

15 can't get that down.

16    A    The paper's with the statement.

17    Q    So the termination papers are with the

18 statement?

19    A    Yes.

20    Q    And is there a reason you didn't provide

21 us with that?

22          MR. MARTIN:  If you know.

JR                                                                      211

1        MR. KANE: No, I don't know.

2        BY MR. LATTIMER:

3   Q    Okay. Now, anything else that we requested

4   that you haven't provided before I start going

5   through everything?  Would you like to tell me

6   anything else--would you like to look at your

7   document request and tell me about anything else

8   that you haven't provided even though we requested

9   it, before I start going through it?  Take this

10  opportunity so we don't have to waste time on that.

11       MR. MARTIN:  We're going to waste time

12  anyway.

13       MR. KANE:  Which one is he talking about?

14       MR. LATTIMER:  The Supplemental Document

15  Responses that you provided to us regarding Tony

16  Kittrell.

17       MR. MARTIN:  The Supplemental--

18       MR. LATTIMER:  Let me get the exact one.

19       MR. MARTIN:  Supplemental Answers to

20  Kittrell and Supplemental --

21       MR. LATTIMER:  Supplemental Answers to

22  Kittrell and Objections to Godfrey's Request for

JR                                                                      212

1    Production.

2              MR. MARTIN:  Objections to the --

3              MR. LATTIMER:  No, Supplemental.

4              [Witness reading documents.]

5              MR. MARTIN:  How much more time do we

6    have, Mr. Lattimer?

7              MR. LATTIMER:  Depends on Mr. Kane.

8              MS. MORAN:  Is he done looking through

9    those?

10             MR. LATTIMER:  Are you done, Mr. Kane?

11             MR. KANE:  Almost.

12             MR. MARTIN:  How many documents do you

13   have?

14             MR. LATTIMER:  It's just two, the

15   Supplemental Responses to David A. Kittrell's

16   Request for Production, and the Objections to

17   Godfrey's Request for Production.

18             MR. MARTIN:  Objections to Kittrell,

19   that's what you said?

20             MR. LATTIMER:  No, no, no.  Supplemental

21   Response to Kittrell, Objections to Godfrey.

22             MR. KANE: I'm ready.

JR                                                                          213

 1              MR. LATTIMER:  All right.

 2              BY MR. LATTIMER:

 3         Q    Anything else, based upon your having

 4    reviewed that.  Any other documents that you have

 5    but you have not produced that are responsive to

 6    the requests there?

 7              MR. MARTIN:  Object to the

 8    mischaracterization of the documents that he has,

 9    as to form and foundation.

10              MR. LATTIMER:  You can answer.

11              MR. KANE:  I don't understand the

12    question.

13              BY MR. LATTIMER:

14         Q    Okay.  All right.  Do you own a car?

15         A    No.

16         Q    You don't own a car?

17         A    No.

18         Q    How did you get here today?

19         A    Pardon?  I got dropped--I got dropped off.

20         Q    So you don't own any automobiles?

21         A    No.

22         Q    Do you own a house?

JR                                                                        214

1       A    No.

2       Q    Do you own any property?

3       A    No.

4       Q    You own nothing?

5       A    Nothing.

6       Q    You ever have any contract with Mr.

7   Iverson or Mr. Moore?

8       A    No.

9       Q    Any contract with Crossover Productions?

10      A    No.

11      Q    So everything that you do is on a cash

12  basis--everything you did rather, is--was on a cash

13  basis with Mr. Iverson?

14      A    Yes.

15      Q    Everything you did was on a cash basis

16  with Mr. Moore?

17      A    I can't recall that.

18      Q    Well did you get paid from him some times

19  and it wasn't by cash?

20      A    I can't recall.

21      Q    You don't recall?

22      A    No.

JR                      215

1  Q  Well do you keep any records in that

2 regard?

3  A  I don't keep any documents.

4  Q  You don't keep any documents?

5  A  No.

6  Q  What did you give your accountant?

7  A  My wife handles all that.

8  Q  Okay. So you give it to your wife, she

9 keeps the documents?

10  A  My wife handles all that.

11  Q  Okay. I'm asking you, did you give that to

12 your wife and then she keeps the documents?

13  A  She handles all that.

14  Q  Is that yes or no?

15  A  Yes.

16  Q  Okay.  Now, have you asked your wife, at

17 all, for any documents that--did you provide these

18 to your wife, these document requests to your wife?

19    MR. MARTIN: Objection. Privilege.

20    MR. LATTIMER:  It's not privileged why he

21 gave it to her.

22    MR. MARTIN:  That is privileged.

JR                                                                          216

1          BY MR. LATTIMER:

2          Q    Did you give them to her?

3          A    [No response.]

4          Q    We can get to the next question until you

5    answer this one.

6               MR. MARTIN: We're going to render an

7    objection and instruct the witness not to testify

8    and answer that based on the marital privilege and

9    the act of production.  The act of production in

10   and of itself--

11              MR. LATTIMER: So you're saying that

12   there's a marital privilege that exists in the

13   District of Columbia regarding whether or not

14   someone gave a request for Production of Documents

15   to their wife?

16              MR. MARTIN:  We're saying there's a

17   marital privilege under the Federal Rules of

18   Evidence, and we're saying that there's an act of

19   production that recognized under the Federal Rules

20   of Evidence, yes.

21              MR. LATTIMER:  So anything that this guy

22   doesn't what to turn over, he can turn over to his

JR                                                                    217

1    wife and then it's privileged?

2           MR. MARTIN:  We're saying that in response

3    to these questions, the act of production and

4    marital privilege apply and we're going to raise

5    it.

6           BY MR. LATTIMER:

7       Q   You're not answering that question?

8       A   No.

9       Q   And that's because, as I understand it,

10   your wife handles all of your business affairs in

11   terms of taxes and documents and things like that?

12   Is that what you've already said?

13      A   [No response.]

14      Q   Mr. Kane, we can't get to the next

15   question until you answer the one that's out there.

16   That ain't going to change.

17          MR. MARTIN:  Could you answer that,

18   please.

19          MR. KANE: Yes.

20          BY MR. LATTIMER:

21      Q   Okay.  Now, you provide security for Mr.

22   Iverson since July of 2005?

JR                                                                    218

1        A     No.

2        Q     No?  You haven't provided--this is what,

3   September 2006 [sic], so from September of 2005

4   until September of 2006, you have not, in any

5   capacity, worked for or with Mr. Iverson?

6        A     [No response.]

7             MR. MARTIN:  Do you understand the

8   question?

9             MR. KANE:  No, explain 'with'.

10            BY MR. LATTIMER:

11       Q     You don't understand 'with'?

12       A     No, I don't understand your --

13            MR. MILSTEIN: You don't understand 'with'?

14            MR. KANE:  Yeah.

15            MR. MILSTEIN:  You either worked for or

16  did not work for.

17            BY MR. LATTIMER:

18       Q     What part of 'with' don't you understand?

19            MR. MARTIN:  Did you understand the

20  question?

21            MR. KANE:  No, I don't understand the

22  question.

JR                                                                    219

```
 1            BY MR. LATTIMER:

 2       Q   You didn't work--did you work with Mr.

 3   Iverson at H2O on Labor Day--I mean, on Mother's

 4   Day?

 5       A   On when?

 6       Q   Mother's Day in 2006.  Mother's Day

 7   weekend?  That would have been in May.

 8       A   No.

 9       Q   No.  Okay. Now, where is your cell phone?

10       A   Pardon me?

11       Q   Where is your cell phone?

12       A   What did you ask me?

13       Q   Where is your cell phone?

14       A   It's put up.

15       Q   Where is your cell phone?

16       A   In my pocket.

17       Q   Okay.  Can we see it?

18       A   No.

19            MR. MARTIN:  Not unless you have a court

20   order or warrant.

21            MS. MORAN:  You produce a document or

22   refer to it in a deposition, we have a right to
```

JR                                                                              220

1    inspect it.

2              MR. LATTIMER:  Why don't we go off and see

3    if we can get the Judge on the phone.

4              [Off the record.]

5              BY MR. LATTIMER:

6         Q    Mr. Kane, do you know James Randolph?

7         A    Repeat the question.

8         Q    Do you know James Randolph?

9         A    Yes.

10        Q    How do you know Mr. Randolph?

11        A    Through working.

12        Q    Working?

13        A    Yeah.

14        Q    How so?

15        A    He worked at a couple of strip clubs.

16        Q    He also worked for Mr. Iverson down in

17   Virginia, did he not?

18        A    No, I don't know.

19        Q    You don't know?  You don't know that he

20   was convicted of assault while working for Mr.

21   Iverson in Virginia, right?  You don't know

22   anything about that?

JR                                                               221

1      A    No.

2      Q    Okay.  You don't know anything about the

3   Crabbers Restaurant either, right?

4      A    Excuse me?

5      Q    Crabbers Restaurant in Virginia; you don't

6   know anything that, right?

7      A    No.

8      Q    You've never been there, would that be

9   fair to say?

10     A    I don't recall.

11     Q    You don't recall ever being there if you

12   have, right?

13     A    Yes.

14     Q    Never got into an altercation at the

15   Crabbers Restaurant, right?

16     A    No.

17     Q    You never were involved with Mr. Randolph

18   when he assaulted some people at the Crabbers

19   Restaurant, right?

20     A    No, I was not.

21     Q    Now, was Mr. Randolph in any of those

22   pictures we showed you?

JR                                                                          222

1      A    I can't recall.

2           MR. LATTIMER:  Do you have the exhibits

3      over there?

4           MS. MORAN: Mr. Martin has them.

5           MR. LATTIMER: Could you show him the

6      pictures?  Was it 9, 10 and 11, I think?

7           MR. MARTIN:  9, 10 and 11.  Is there one

8      specifically you want?

9           MR. LATTIMER:  No, I'm asking him to look

10     at all --

11          MR. MARTIN:  All three?

12          MR. LATTIMER:  Yeah, 9, 10 and 11.

13          [Witness looks at Exhibits.]

14          MR. KANE:  No.

15          BY MR. LATTIMER:

16     Q    You done?

17     A    Yeah.

18     Q    None of those pictures is he depicted in?

19     A    No.

20     Q    Okay.  Now when you provided security in

21     Upper Marlboro in January, there were a number of

22     people providing security with you; were there not?

JR                                                                      223

1              MR. MARTIN:  January of what year?

2              MR. LATTIMER:  2006.

3              MR. KANE:  I don't recall.

4              BY MR. LATTIMER:

5         Q    Were you working alone?

6         A    I don't recall.

7         Q    You don't recall if you were working by

8    yourself?

9              MR. MARTIN: Objection.  Form and

10   foundation [inaudible]

11             MR. KANE: I don't recall.

12             BY MR. LATTIMER:

13        Q    So when you were hired to provide

14   security, did you have anybody working with you?

15        A    I was the only security with Mr. Iverson.

16        Q    I'm not talking about Mr. Iverson, I'm

17   talking about January of 2006 when you were working

18   with the witnesses in the trial in Upper Marlboro.

19   Remember we talked about that earlier?

20        A    I didn't--excuse me, I didn't hear the

21   date.

22        Q    January of 2006.

JR                                                                          224

1      A    No.

2      Q    No, what?

3      A    No, I wasn't the only security.

4      Q    Okay.  Who else was working security?

5      A    Kenny.

6      Q    Kenny who?

7      A    I can't recall his last name.

8      Q    Who hired him?

9      A    He was a friend of one of the--of one of

10   the witnesses.  He was just there with the friend.

11     Q    So he wasn't officially providing security

12   --

13     A    No.

14     Q    -- he was just there?

15     A    Yeah.

16     Q    Was anybody working with you?

17     A    No.

18          MR. LATTIMER:  Is that the Judge?

19          MR. MARTIN:  No, that's the video guy.

20          MR. LATTIMER:  Oh, okay.

21          BY MR. LATTIMER:

22     Q    Now, when we did the deposition with Mr.

JR                                                                          225

1    Iverson, he identified the individual in the white

2    t-shirt in Exhibit 11 at the top--he identified him

3    as "your man."  He said, "That's Jason's man."  And

4    he wrote on here, Iverson deposition Exhibit 1,

5    "Jason's man."  That's not true?

6         A    No.

7         Q    You don't know that person?

8         A    No.

9         Q    Never seen him before?

10        A    No.  I don't recall.

11        Q    And you never told Mr. Iverson that you

12   knew him, right?

13        A    No, I don't recall.

14        Q    No, you don't recall?

15        A    No, I don't recall.

16        Q    Do you recall or is the answer no?

17        A    No, I don't recall.

18        Q    You can't have both.  Either you recall or

19   it's no.

20        A    I don't recall.

21        Q    Okay.  And you never told Mr. Iverson that

22   this gentleman with the white t-shirt on that is

JR                                                                    226

 1    depicted in Exhibit 11, was somebody that you knew;

 2    is that right?

 3        A    I don't recall.

 4        Q    You don't recall?

 5        A    No.

 6        Q    Do you have any idea why Mr. Iverson would

 7    have believed that this was someone that you knew

 8    and was associated with?

 9            MR. MARTIN:  Objection to form and

10    foundation.   Do you know?

11            MR. KANE:  No.

12            MR. MARTIN:  Okay. Would this be a good

13    point to play the video?

14            MR. LATTIMER:  Yeah.

15            [Video played.]

16            BY MR. LATTIMER:

17        Q    Mr. Kane, at the softball game --

18            MR. MARTIN:  Do you need him any more?

19            MS. MORAN:  It depends on his answer.

20            MR. LATTIMER:  Yeah, depends on his

21    answer.  I won't be long.

22            STAFF:  I can step outside.

JR                                                              227

1              MR. MARTIN:  You can stay in.  It's okay.

2              BY MR. LATTIMER:

3      Q     Do you recognize anybody at the softball

4    game with Mr. Iverson?

5      A     Myself.

6      Q     Anybody else?

7      A     No.

8      Q     The guy with the red t-shirt, you don't

9    know who that is?

10     A     No.

11     Q     Never seen him before?

12     A     I only got a glimpse of him on TV.

13             MR. LATTIMER:  Let's take another glance.

14   Can you rewind it back to that point?

15             MS. MORAN:  And is there a way you can

16   pause it there?

17             [Video queued.]

18             MR. LATTIMER:  Right there.  Come up a

19   little bit.  Right there.

20             BY MR. LATTIMER:

21     Q     The gentleman right over Mr. Iverson's

22   shoulder to the right, can you identify that

1    individual?

2         A    No.

3              MR. LATTIMER:  Can we go a little bit

4    further?  Stop right there.

5              MS. MORAN:  Right there.

6              BY MR. LATTIMER:

7         Q    That individual there, can you identify

8    who that is?

9         A    No.

10        Q    You don't know who that is?

11        A    No.

12        Q    Never seen him before?

13        A    Not that I recall.

14        Q    He's not one of the security with you

15   though, right?

16        A    No.

17        Q    No.  But that is you standing behind Mr.

18   Iverson; is that correct?

19        A    Yes.

20        Q    Okay.

21             MR. LATTIMER:  You can let it go and I

22   think that will be it.  Play it.

JR

229

1          [Video played.]

2          MR. LATTIMER:  Why don't you just stop it.

3    That's fine.  Thank you.

4          BY MR. LATTIMER:

5     Q    So the only person you recognize was

6    yourself and Mr. Iverson; is that right?

7     A    Yes.  You asked me did I know anybody

8    there, Mr. Iverson and myself, yes.

9     Q    No, I asked you did you recognize anybody

10   else?

11    A    No.

12    Q    So the only person you recognized was

13   yourself and Mr. Iverson, right?

14    A    Yes.

15    Q    Okay.  And you've never seen anybody else

16   on that video before other than yourself and Mr.

17   Iverson?

18    A    Yes.

19    Q    The guy with the red t-shirt who we paused

20   on, you've never saw him before, right?

21    A    I don't recall.

22    Q    I don't recall it.  No.

JR                                                230

1      Q     And he's never worked security with you

2 before, right?

3      A     With Mr. Iverson?

4      Q     With you.

5      A     No.

6      Q     So where do you bank?

7      A     Pardon me?

8      Q     Where do you bank?

9      MR. KANE:   Excuse me, can I ask my lawyer

10 a question?

11      MR. LATTIMER: Not while the question's

12 pending.

13      MR. KANE:   I bank at Bank of America.

14      BY MR. LATTIMER:

15      Q     All right.   Which one--which branch?

16      A     Pardon me?

17      Q     Which branch?

18      A     The branch in Bristol, Virginia.

19      MR. MARTIN:   Excuse me, can we go off for

20 a second?

21      [Off the record.]

22      BY MR. LATTIMER:

JR                                                                          231

1    Q    All right.  Bristol, Virginia.  How long

2    have you had a bank account there?

3    A    I can't recall.

4    Q    Do you have any other bank account any

5    other place other than Bank of America?

6    A    No.

7    Q    No SunTrust?

8    A    No.

9    Q    No Wachovia?

10   A    No.

11   Q    Now, is your bank account at Bank of

12   America a joint, individual, what?

13   A    Individual.

14        [Confers with Counsel.]

15        BY MR. LATTIMER:

16   Q    Now, what are your assets currently?  What

17   do you own?

18        MR. MARTIN:  You already asked if he owned

19   a house or car.  This is repetitious.

20        BY MR. LATTIMER:

21   Q    Well, you have no assets?

22        MR. MARTIN:  He said no.  Can you answer

JR                                                                          232

1    the question.

2              MR. KANE:   No.

3              BY MR. LATTIMER:

4        Q    Jewelry?

5        A    No.

6        Q    What is your debt?

7        A    Excuse me?

8        Q    What are your debts?

9        A    I don't recall.

10       Q    You don't recall your debts?

11       A    No, I don't recall my debts.

12       Q    So every month you don't pay bills?

13       A    No.

14       Q    You don't?  So you have no debt?

15       A    Repeat that question.

16       Q    You have no debt?  Is that what you're

17   saying?

18       A    [No response.]

19       Q    In other words, you have no bills?

20       A    Yes, I have bills.

21       Q    Okay. What are they? Those are debts.

22       A    My grocery bill.  That's a debt?

JR

233

1     Q     Other than your household expenses, do you

2   have any debt?

3     A     No.

4     Q     Okay.  You have no student loans?

5     A     No.

6     Q     No outstanding loans of any other kind,

7   personal or professional?

8     A     No.

9     Q     You have no credit card debt?

10    A     No.

11    Q     You have no real estate debt?

12    A     [No response.]

13    Q     No mortgages, in other words?

14    A     No.

15    Q     Okay.  So you have no debts other than

16  water bill, light bill, things of that nature,

17  household expenses?

18    A     Yes.

19    Q     And you have no assets other than clothing

20  or things of that nature?  In other words, no real

21  property, no tangible property, just clothing and

22  stuff like that?

JR                                                                    234

1      A    Yes.

2      Q    Okay. You ever been sued?

3      A    No.

4      Q    Ever sued anyone?

5      A    No.

6      Q    Ever been arrested?

7           MR. MARTIN:  Objection. Objection and I'll

8    instruct the witness not to answer.

9           MS. MORAN:  You asked the Plaintiffs that.

10          MR. MARTIN:  Unless you answer --

11          MS. MORAN:  So it's okay for you to ask

12   the question.

13          MR. LATTIMER:  Under the rules it is only

14   admissible under certain circumstances.

15          MR. MARTIN:  It's no objection, just the

16   time period.  The rules are very clear--609 is very

17   clear that you have to ask the question and it has

18   to be within 10 years.

19          BY MR. LATTIMER:

20     Q    Have you ever been arrested?

21          MR. MARTIN:  I'm going to instruct the

22   witness not to answer. You have to comply with the

JR                                                                                    235

1    Rule.

2          BY MR. LATTIMER:

3    Q    Ever been convicted of a crime?

4          MR. MARTIN:  I'm going to instruct the

5    witness--unless you comply with Rule 609.

6          MR. LATTIMER:  That is for admissibility.

7    It has nothing to do with whether or not you can

8    inquire.  Rule 609 has nothing to do with the Rules

9    of Civil Procedure.  Anything about this man, I can

10   ask about.  609 deals with the admissibility of

11   those particular offenses for certain purposes.

12   That's not what we're talking about here.  This is

13   discovery.  I am absolutely entitled to find out if

14   this man has been convicted of a crime.  I am

15   absolutely entitled to find out if he's been

16   arrested.

17          Now, whether or not that is admissible is

18   another story, but I am certainly entitled to

19   discover it.  Now, I'm not going to belabor the

20   point, but I will bring it back because I'm

21   entitled to that.

22          BY MR. LATTIMER:

JR                                                                    236

1        Q    Now, I'm going to ask you again, you ever

2   been convicted of a crime?

3             MR. MARTIN:   At this point I'll instruct

4   the witness not to answer.

5             BY MR. LATTIMER:

6        Q    What's your age?

7        A    Could you repeat the question?

8        Q    What is your age?

9        A    I'm 34.

10       Q    Have you ever served a prison sentence?

11       A    I'm sorry, repeat the question.

12       Q    Have you ever served a prison sentence?

13            MR. MARTIN: Objection again. It doesn't

14   comply with Rule 609.  I'll instruct the witness

15   not to answer.

16            MR. LATTIMER:  Well, instruct him not to

17   answer.

18            MR. MARTIN:  He is so instructed.

19            BY MR. LATTIMER:

20       Q    With regard to your providing services in

21   the pornography business, have you ever performed

22   in any pornographic movies?

JR                                                                    237

1          A    No.

2          Q    Have you ever had any role in the porno

3    industry other than providing security at autograph

4    sessions and the like?

5          A    No.

6               MR. MARTIN:  I'd like to go off the record

7    for a few minutes.

8               [Off the record.]

9               MR. MARTIN:  Mr. Lattimer, I have

10   instructed the witness to answer your questions

11   regarding prior crimes and convictions.

12              MR. LATTIMER:  Prior what?

13              MR. MARTIN:  He'll answer your questions.

14              BY MR. LATTIMER:

15         Q    So, you been arrested before?

16         A    Yes.

17         Q    When was this?

18         A    1990.

19         Q    1990?

20         A    Yeah.

21         Q    While you were in college?

22         A    No, I was coming out of high school.

JR
238

1  Q  In high school. Were you a juvenile?

2  A  I had just turned 18.

3  Q  Just turned 18. Were you given a prison

4 sentence?

5  A  Yes.

6  Q  For what?

7  A  Malicious wounding.

8  Q  I'm sorry?

9  A  Malicious wounding.

10  Q  Okay. Where was this, Virginia, Maryland,

11 D.C., where?

12  A  Virginia.

13  MR. MARTIN: Objection under 609.

14  BY MR. LATTIMER:

15  Q  How long of a sentence did you get?

16  A  I can't recall.

17  Q  You don't know how long you was in jail?

18  A  No, I can't recall.

19  Q  Was it more than a year?

20  A  I can't recall.

21  Q  Okay. Been convicted of any other crime?

22  A  No.

JR                                                                          239

1        Q    Has that been expunged from your record--

2   that offense?

3        A    I can't recall.

4        Q    Did you take any steps to have it

5   expunged?

6        A    I can't recall.

7        Q    Do you know if you were sentenced under a

8   youthful crime or anything of that nature?

9        A    I can't recall.

10       Q    Where was this conviction?

11       A    Virginia.

12       Q    Okay.  Narrow it down a bit for me, what

13  city?

14       A    Fairfax.

15       Q    And where did you serve your sentence?

16       A    I can't recall.

17       Q    You don't recall where you were in jail?

18       A    No, I can't recall.

19       Q    Was it at the city jail?  Was it in

20  prison?  Or was it a work farm?

21       A    I can't recall.

22       Q    How old were you when you--wait a minute.

JR                                                              240

1    You told me you were in college right after high

2    school.  Do you remember that?

3        A    Yes.

4        Q    So, I'm not understanding, how could you

5    be both?

6        A    [No response.]

7            MR. MARTIN:  Did you understand the

8    question?

9            MR. KANE:  No, I didn't.

10           BY MR. LATTIMER:

11       Q    Well you told me that you graduated high

12   school in 1990.  You went to George Mason for two

13   years and that you were in George Mason in 1991 and

14   '92 and that's when you began working for a

15   landscape company; do you recall that?

16       A    Yes.

17       Q    So what I'm asking is --

18       A    I didn't recall saying the years I went to

19   George Mason.  I didn't say '91 or '92.

20       Q    You don't remember saying that?

21       A    I didn't say--I know I didn't say '91 or

22   '92.

JR

1      Q     Okay.  So when did you go to George Mason

2    then?  Maybe I got it wrong.

3      A     I don't recall.

4      Q     You don't recall when you went to college?

5      A     No.

6      Q     Well when did you start working for the

7    landscaping company?  I'm positive, because I wrote

8    it down, that you started working to the

9    landscaping company in 1991.  So when did you start

10   working for the landscaping company?

11     A     I don't recall.  I didn't say '91.

12     Q     You didn't say that?

13     A     No.

14     Q     And what about The Library, where--

15   remember you started doing security work at The

16   Library, and we talked about that specifically.

17   When did you start working there?

18     A     While I was in college.

19     Q     Okay. When was that?

20     A     I don't recall.

21     Q     You don't recall when you were in college

22   now; is that right?

JR                                                                    242

1      A    [No response.]

2      Q    You have to say yes or no.

3      A    Yes.

4      Q    And you don't recall when you were working

5 for the landscaping company, correct?

6      A    I don't recall.  Yes.

7      Q    So everything that we talked about earlier

8 with respect to your work history and college

9 history would be thrown off by the fact that you

10 were in jail after you graduated from high school;

11 is that right?

12      A    I don't recall.

13      Q    You don't recall?  Mr. Kane, I really

14 don't want to go back over all of this stuff, but I

15 really --

16      A    Reword your question.

17      Q    What I would like to get is--I got you

18 graduating from high school in 1990.  Now, what I

19 need to get from you is some accurate information

20 as to what happened after that.  When did you go to

21 jail?

22      A    I don't recall.

JR

243

1    Q   You don't recall when you went to jail?

2    A   No.

3    Q   That wasn't important in your life?

4         MR. MARTIN:  Objection.  Argumentative.

5         BY MR. LATTIMER:

6    Q   Was it important in your life going to

7  jail?

8    A   Repeat your question.

9    Q   Was it important in your life that you

10  went to jail?

11    A   Yes.

12    Q   Okay.  So you don't remember something

13  that important that you went to jail?

14    A   I don't recall.

15    Q   You don't recall.  You don't recall how

16  long you were there, right?

17    A   [No response.]

18    Q   You got to say yes or no.

19    A   I don't recall.

20    Q   Okay.  So right now we don't know when you

21  started college, right, because you don't recall,

22  correct?

JR                                                                  244

1        A    Yes.

2        Q    And we don't know when you started working

3   because you don't recall, right?

4        A    Yes.

5        Q    And we don't know when you first got

6   security experience because you don't recall,

7   right?

8        A    Yes.

9        Q    And we don't know when you started working

10  in The Library because you don't recall, right?

11       A    Yes.

12       Q    And what happened between 1:15 and 4:10

13  that you don't recall any of this now, but your

14  recalled it then?

15       A    [No response.]

16            MR. MARTIN:  Did you understand the

17  question?

18            MR. KANE:  No.

19            BY MR. LATTIMER:

20       Q    When we talked about this at about 1:15,

21  you recalled all of this and you told me about it,

22  and now you indicate that you don't recall any of

JR                                                                    245

1    this --

2              MR. MARTIN:  Objection.

3              BY MR. LATTIMER:

4        Q    -- and I'm asking you what happened

5    between then and now that makes it so you don't

6    recall?

7              MR. LATTIMER: Objection to form and

8    foundation.

9              MR. MARTIN:  Do you understand?  Can you

10   answer the question?

11             MR. KANE:  No, I can't.

12             BY MR. LATTIMER:

13       Q    Why?

14       A    I don't understand the question.

15       Q    What part don't you understand?

16       A    The whole question.

17       Q    Okay.  We talked about your graduation

18   from high school, your college, your job

19   landscaping, at The Library watching cars in the

20   parking lot, applying for the busboy position, and

21   you recalled all of that and you talked about it;

22   do you remember?

JR                                                246

1      A     Yes.

2      Q     And now, you don't recall anything about

3 when you went to jail, went you started working in

4 The Library, when you did your landscaping, when

5 you went to college. And so, what I'm asking is

6 what happened between then and now that makes it so

7 you don't recall any of that?

8         MR. MARTIN: Object on the grounds that it

9 mischaracterizes his pervious answer. He did not

10 then understand or recall the dates and times. You

11 tried to go back and help him fill in that date and

12 time and he told then he could not tell you times.

13 My objection is it totally mischaracterizes his

14 answers.

15         MR. LATTIMER: You can answer.

16         MR. MARTIN: Do you understand it?

17         MR. KANE: No.

18         MR. MARTIN: Did anything happen between

19 1:00 and now?

20         MR. KANE: Yeah, the part about being

21 arrested.

22         BY MR. LATTIMER:

JR                                                                    247

1      Q    That made you forget all these things?

The fact that you were arrested made you forget all

of the information about college and things of that

nature?

5           MR. MARTIN:  Did you understand the

question?

7           MR. KANE:  Not totally.  No.

8           BY MR. LATTIMER:

9      Q    All right.  What was the malicious

wounding about?

11     A    A high school fist fight.

12     Q    A high school fist fight?

13     A    Yes.

14     Q    So malicious wounding was what, you used a

weapon or--allegedly, or what?

16     A    Swelling and breaking of the skin.

17     Q    With what, you fists?

18     A    Yes.

19     Q    And who did you supposedly hit?

20     A    I don't recall.

21     Q    Was it a man?  Woman?  Child?

22     A    A man.

JR                                                                      248

1     Q     and what was this fist fight--it was in

2   school?

3     A     Out of school.

4     Q     So it was after you graduated, right?

5     A     You talking about--you confused me.   In

6   school like in the school hallway?

7     Q     No, while you were in high school.

8     A     While I was in high school, yes.

9     Q     Okay.

10          MR. MARTIN:   The Rule let you ask whether

11  he'd been arrested or convicted, it does not permit

12  you to go into details.

13          BY MR. LATTIMER:

14    Q     All right.   So, as I recall it, you don't

15  remember how long you were sentenced to?

16    A     Correct.

17    Q     Now do you have a PDID number?

18    A     A what?

19    Q     PDID number.

20    A     I don't know what that is.

21    Q     Okay.   Do you have a DCDC number?

22    A     I don't know what that is.