# Exhibit 5:

# Allen Iverson Deposition

page 1

1              IN THE UNITED STATES DISTRICT COURT FOR

                    THE DISTRICT OF COLUMBIA

2

3    MARLIN GODFREY

4

               Plaintiffs,

5                                    Civil Action No.

        vs.                          05-2044

6

     ALLEN IVERSON, et al.

7

               Defendants.

8    _____/

9                    C O N F I D E N T I A L

10             The video deposition of ALLEN IVERSON was

11   held on Wednesday, May 10, 2006, commencing at 12:00

12   p.m. at the Law Offices of Gregory L. Lattimer, 1100 H

13   Street, N.W., Suite 920, Washington, D.C. 20005, before

14   Steven Poulakos, Notary Public in and for the District

15   of Columbia.

16

17   ALSO PRESENT:  DAVID VOIGTSBERGER, THE VIDEOGRAPHER

18

19

20

21   REPORTED BY:  Steven Poulakos

page 11

| | | |
|---|---|---|
| 1 | A | Football. |
| 2 | Q | He played football?  You played football? |
| 3 | | He was a coach?  What do you mean? |
| 4 | A | He was a coach. |
| 5 | Q | Where was he coaching football? |
| 6 | A | Aberdeen. |
| 7 | Q | Aberdeen, Maryland or is that the name of a |
| 8 | | school? |
| 9 | A | Aberdeen School. |
| 10 | Q | Where that is located? |
| 11 | A | Hampton. |
| 12 | Q | You say he was the coach? |
| 13 | A | Yes. |
| 14 | Q | Did you play there or go to that school? |
| 15 | A | Yes. |
| 16 | Q | Do you currently have a business |
| 17 | | relationship with Mr. Moore? |
| 18 | A | Yes, my manager. |
| 19 | Q | He's your manager? |
| 20 | A | Yes. |
| 21 | Q | How long has he been your manager? |

page 12

1       A       About ten years.

2       Q       So why did you move to live with Gary Moore

3    when you were 16?

4       A       To go to high school in Hampton.

5       Q       Was there a particular reason why you moved

6    to go to high school in Hampton?

7       A       No.

8       Q       Was it only the two of you living in the

9    home?

10      A       His wife and his daughter.

11      Q       What's his wife's name?

12      A       Phyliss Moore.

13      Q       And his daughter?

14      A       Shaila Moore.

15      Q       Where do they currently live?

16      A       Portsmouth.

17      Q       Portsmouth, Virginia?

18      A       Yes.

19      Q       Do you know the address?

20      A       No.

21      Q       Does Mr. Moore live there as well with his

page 13

```
 1  wife and daughter?

 2      A    Yes.  Just his wife.

 3      Q    How long did you live there?

 4      A    Until I graduated.

 5      Q    What year was that?

 6      A    '93, '94.

 7      Q    You graduated from Aberdeen School?

 8      A    Bethal High School.

 9      Q    Is Aberdeen high school?

10      A    No.

11      Q    What is it?

12      A    Elementary school.

13      Q    So after --

14      A    I didn't graduate from Bethal though.  I

15  went to Bethal for three years.

16      Q    Then where did you go?

17      A    A school called Kumon.

18      Q    Can you spell that, please?

19      A    K-U-M-O-N.

20      Q    Where is that located?

21      A    In Hampton.
```

page 14

1       Q       Why did you switch from Bethal to Kumon?

2       A       I was incarcerated.

3       Q       So Kumon is a school inside of the jail?

4       A       No.

5       Q       So can you explain for me what you mean as

6    to why you started to go to Kumon because --

7       A       I couldn't go back to Bethal.  It was part

8    of my clemency.

9       Q       So what years did you go to Kumon?

10      A       '94.

11      Q       Just for that one year?

12      A       Yes.

13      Q       What years were your incarcerated?

14      A       Damn, like '94.

15      Q       How long were you incarcerated?

16      A       Four months.  Three-and-a-half, as a matter

17   of fact.

18      Q       So you received a degree from Kumon?

19      A       Yes.

20      Q       And then where did you go after receiving

21   your degree from Kumon?

page 15

1       A       Georgetown.

2       Q       What years were you at Georgetown?

3       A       September '94, '95.

4       Q       Did you go to any other schools after that?

5       A       No.

6       Q       Are you familiar with Dynasty Raiders?

7       A       Who?

8       Q       Dynasty Raiders.

9       A       Yes.

10      Q       What's that?

11      A       Some guys I grew up with.

12      Q       And who -- is that the name of a group of

13  guys?

14      A       Yes.

15      Q       What guys go by that name?

16      A       What guys?

17      Q       Yes.

18      A       Andre Steele, Jabar Langford.

19      Q       You said Dubar?

20      A       Jabar Langford, Marlin Moore, Lamont

21  Melvin.

page 16


    1       Q      Were you also a person who --

    2       A      Yes.

    3       Q      -- was part of that group?

    4       A      Yes.

    5       Q      That went -- just so the record is clear.

    6   You're also a member of Dynasty Raiders?

    7       A      Yes.

    8       Q      Isn't Dynasty Raiders actually referred to

    9   as a gang?

   10       A      No.

   11       Q      How long were you a member of Dynasty

   12   Raiders?

   13       A      All of my life.

   14       Q      Since birth?

   15       A      Since I was like 14, 15.

   16       Q      Until what time?

   17       A      Right now.

   18       Q      You're still a member?

   19       A      A member of what?

   20       Q      Dynasty Raiders.

   21       A      It's just a name that we call ourselves

page 17

1    friends.

2         Q      So you still go by that name?

3         A      Yes.

4         Q      How did you come to -- how did this group

5    of friends come to refer to themselves as Dynasty

6    Raiders?

7         A      That was just a rap thing.

8         Q      Could you elaborate?

9         A      Like rapping, a rap group.  That's all.

10        Q      All of these -- your testimony is that all

11   of these members are part of a rap group?

12        A      No.  Just myself and another guy.  He's

13   deceased though.

14        Q      What's his name?

15        A      Rahsaan Langford.

16        Q      I'm sorry, I didn't hear you?

17        A      Rahsaan Langford.

18        Q      What's Cruthick?

19        A      Same thing.

20        Q      How do you spell that?

21        A      C-R-U-T-H-I-K.

page 18

```
 1        Q     What do you mean the same thing?

 2        A     Same thing as Dynasty Raiders.

 3        Q     So you're saying those two names are

 4   synonymous?

 5        A     Yes.

 6        Q     When did you use the name Dynasty Raiders

 7   versus when you began to use the name Cruthik?

 8        A     Same time.

 9        Q     Since you were 14 or 15?

10        A     Yes.

11        Q     Today you still refer to yourself as part

12   of that group?

13        A     Yes.

14        Q     Have any of the members or people refer

15   themselves as Dynasty Raiders been arrested?

16        A     Yes.

17        Q     Who?

18        A     All of them.

19        Q     For what?  Let's start with Andre Steele,

20   what has he been arrested for?

21        A     I don't know.
```

page 19

1     Q     Has he ever been arrested for drugs?

2     A     I don't know.

3           MR. MILSTEIN:  Objection.

4           You don't have to answer that.  The judge

5     has already ruled he doesn't have to answer questions

6     about arrests that occurred prior to ten years ago.

7           MS. MORAN:  Actually, I think what Judge

8     Huvelle stated was is that we can inquire of him at the

9     deposition.  If it led to further information we could

10    revisit it.

11          MR. MILSTEIN:  I stated my objection.

12          MR. LATTIMER:  You're telling him not to

13    answer questions about arrests?

14          MR. MILSTEIN:  The judge has ordered

15    that --

16          MR. LATTIMER:  No.  No judge has ordered

17    that.  We can get a judge on the line right now.

18          MR. MILSTEIN:  The judge as ordered to

19    prior to ten years ago.

20          MR. LATTIMER:  No, no, no, the judge has

21    not indicated that.  The judge indicated that he did

page 20

1    not have to answer Interrogatories relating to arrests

2    prior to ten years ago.

3                MR. MILSTEIN:  Correct.

4                MR. LATTIMER:  The judge has made no

5    indication depositions.  Depositions have no time

6    limits.

7                If we're going to limit him -- or are you

8    going to attempt to limit what he can and cannot

9    answer, let's get the judge on the phone so we don't

10   have to waste time.

11               I've never heard of anybody saying that

12   they're not going to have somebody talk about arrests

13   at a deposition.  You may object as to relevance and

14   materiality, but he certainly has to answer the

15   question.

16               MR. MILSTEIN:  If you have another

17   question, ask it.

18               MR. LATTIMER:  No, no, no.  We're going to

19   get this straight because if you're saying that he

20   ain't going to answer this question we going to get the

21   judge on the phone.

page 21

1                MR. MILSTEIN:  He answered the question.

2                MS. MORAN:  No, he didn't answer the

3   question.

4                MR. LATTIMER:  Well, let's just have the

5   question and we'll hear it back.  If he answered the

6   question, fine.

7                MS. MORAN:  Could you repeat the last

8   question before that?

9                (Whereupon the following portion of the

10  testimony was repeated by the Court Reporter:

11                "QUESTION:  Has he ever been arrested for

12  drugs?

13                I don't know?")

14                BY MS. MORAN:

15      Q      Has he, Mr. Andre Steele, ever been

16  arrested for any acts of violence?

17      A      I don't know.  Not that I can think of.

18      Q      Has Mr. Andre Steele ever been arrested for

19  weapons possession?

20      A      I don't know.

21      Q      How do you know he's been arrested?

page 22

| 1 | A | Told me he been arrested before. |
|---|---|---|
| 2 | Q | When did he tell you that? |
| 3 | A | I don't remember. |
| 4 | Q | Was it five years ago? |
| 5 | A | I don't remember. |
| 6 | Q | Was it in the past year? |
| 7 | A | I don't remember. |
| 8 | Q | Was he -- do you know if he was |

9    incarcerated?

| 10 | A | I don't know. |
|---|---|---|
| 11 | Q | Did you ever write to him in jail? |
| 12 | A | No. |
| 13 | Q | Did you ever visit him in jail? |
| 14 | A | No. |
| 15 | Q | Did he ever call you from jail? |
| 16 | A | No. |
| 17 | Q | Jabar -- what's his last name again? |
| 18 | A | Langford. |
| 19 | Q | Has he ever been arrested? |
| 20 | A | No. |
| 21 | Q | You know that for a fact? |

page 23

```
1       A       Yes.

2       Q       And how do you know that?

3       A       I just don't recall him ever been arrested

4    or saying he been arrested.

5       Q       How old is Jabar now?

6       A       Twenty-three.

7       Q       Was he related to you?

8       A       No.

9       Q       How old is Andre Steele?

10       A       Thirty-five.

11       Q       Where does Andre Steele currently live?

12       A       Hamptom, Virginia.

13       Q       Do you know where about in Hamptom,

14    Virginia?

15       A       No.

16       Q       Where does Jabar live?

17       A       Philadelphia.

18       Q       Do you know where about in Philly?

19       A       I don't know the address.

20       Q       Do you know the street?

21       A       No.
```

page 24


| 1  | Q | Do you know what it's near? |
| 2  | A | No. |
| 3  | Q | Marlin Moore, is that the name? |
| 4  | A | Yes. |
| 5  | Q | Has he been ever been arrested? |
| 6  | A | I don't know. |
| 7  | Q | Where does he currently live? |
| 8  | A | Virginia. |
| 9  | Q | What part of Virginia? |
| 10 | A | I don't know if it's Newport News or |

11  Hampton, but it's either one of them.

| 12 | Q | How old is he? |
| 13 | A | Thirty-three, thirty-four. |
| 14 | Q | Lamont?  There's another individual named |

15  Lamont?

| 16 | A | Yes. |
| 17 | Q | What's his last name? |
| 18 | A | Melvin. |
| 19 | Q | Has he ever been arrested? |
| 20 | A | I don't know. |
| 21 | Q | How old is he? |

page 25

1       A       Thirty-three, thirty-four.

2       Q       Do you know where he currently lives?

3       A       In Newport News.

4       Q       Rahsaan, how old -- is he deceased?

5       A       Yes.

6       Q       Do you know if he has been arrested prior

7   to his passing?

8       A       I don't know.

9       Q       How old was he when he died?

10      A       Like 29.

11      Q       Do any of these individuals -- have any of

12  these individuals traveled with you in the past five

13  years?

14      A       Yes.

15      Q       Who?

16      A       All of them except Rahsaan.

17      Q       How many times have they traveled with you

18  in the past five years?

19      A       A lot.

20      Q       In the past year --

21      A       A lot.

page 26

```
1        Q     What's a lot more than ten?

2        A     Yes.

3        Q     So do they travel with you more than ten

4   times a month?

5        A     I don't know.

6        Q     So you have access to their addresses or

7   telephone numbers?

8        A     No.

9        Q     How do you contact them?

10       A     They call me.

11       Q     They call you on your cell phone?

12       A     Yes.

13       Q     So does your cell phone have caller ID?

14       A     Yes.

15       Q     Do you have their phone numbers in your

16  cell phone?

17       A     It depends on if they call me today or

18  yesterday.

19       Q     Do you have your cell phone with you?

20       A     No.

21       Q     But you have the means to get their contact
```

page 27

1    information, correct?

2         A     Yes, I can get it.

3         Q     So Dynasty Raiders you say they're a rap

4    group.  Have you made any records?

5         A     No, we don't do it no more.

6         Q     So what period of time do you testify that

7    this was a rap group?

8         A     Since like I was 14, 15.

9         Q     Until what time?

10        A     Until like a year ago.

11        Q     Are you familiar that Dynasty Raiders has

12   been referred to as a gang?

13        A     No.

14        Q     You've never heard that before?

15        A     No.

16        Q     So in January 1993 were you in a hotel

17   where a man was shot to death?

18        A     What man was shot to death?

19        Q     Yes.

20        A     I don't remember.

21        Q     At an all state basketball football player

page 28

1   was shot to death?

2        A    All state?

3        Q    All state basketball and football player at

4   a party and was shot in 1993.

5             Were you there?

6        A    I don't remember that.

7        Q    In February of 1993 were you involved in an

8   incident at a bowling alley?

9        A    In '93?

10       Q    Yes.

11       A    Yes.

12       Q    What happened?

13       A    Some people started fighting in the bowling

14  alley.

15       Q    Who started fighting?

16       A    I don't know.

17       Q    Were people with you involved in the fight?

18       A    No.

19       Q    You went to jail for that incident,

20  correct?

21       A    Yes.

page 29

```
 1         Q     So your testimony is nobody with you was

 2    involved whatsoever?

 3         A     No.

 4         Q     Who was with you that night?

 5         A     I don't remember.

 6         Q     Were any of the individuals who we

 7    discussed; Andre Steele and the members of Dynasty

 8    Raiders with you?

 9         A     No.

10         Q     None of them?

11         A     None of them.

12         Q     So do you remember how the fight started?

13         A     No.

14         Q     Where was this incident?

15         A     I don't remember the name of the bowling

16    alley.  I think Circle Lanes or something.

17         Q     Was it in Hampton?

18         A     Yes.

19         Q     What was your actual -- where you actually

20    had a trial?

21         A     Yes.
```

page 30

| 1 | Q | You were found guilty? |
| 2 | A | Yes. |
| 3 | Q | And where were you sentenced to? |
| 4 | A | Where? |
| 5 | Q | How many years? |
| 6 | A | Fifteen years suspended. |
| 7 | Q | Did you testify at the trial? |
| 8 | A | Yes. |
| 9 | Q | Do you remember who your lawyer was? |
| 10 | A | It was that -- I don't remember his name. |
| 11 | Q | In December of 1997 were you involved in a |

brawl with your teammate, Jerry Stackhouse?

| 13 | A | A what? |
| 14 | Q | A brawl, a fight, an incident. |
| 15 | A | No. |
| 16 | Q | Was there ever an incident where you and |

Jerry Stackhouse were accused of being involved?

| 18 | A | Yes, we were accused of being involved in |

one.

| 20 | Q | When was that? |
| 21 | A | I have no idea.  I don't remember that far. |

page 31

```
 1        Q      What were the circumstances for which you

 2   were accused?

 3        A      What you mean?  I don't understand the

 4   question.

 5        Q      What were you accused of?

 6        A      You just said.

 7        Q      Do you know anymore facts than that?

 8        A      No, just said we got in a fight.

 9        Q      With each other?

10        A      Yes.

11        Q      And do you know where this allegedly

12   occurred?

13        A      At practice.

14        Q      At practice?

15        A      Yes.

16        Q      Where was the practice being held?

17        A      In Philadelphia.

18        Q      Do you know if that was in 1997?

19        A      Yes, I think that's right, in '97, '96, 99.

20        Q      Was there ever an investigation?

21        A      No.
```

page 32

```
 1               Investigation to a fight?

 2        Q     Yes.

 3        A     No.

 4        Q     Wasn't also an allegation that members of

 5  your entourage and friends were also involved in that?

 6        A     I heard the rumors.

 7        Q     Do you know what persons were also alleged

 8  to be involved?

 9        A     No.

10        Q     So in 1997 did you have an incident where

11  you were stopped for being in possession of drugs in

12  a --

13        A     Yes.

14        Q     What happened with that incident?

15        A     I think I got probation or something.

16        Q     Were you also charged with having an armed

17  weapon?

18        A     Yes.

19        Q     Where did that happen?

20        A     All I know it was in Virginia, New County

21  or something like that.
```

page 33

| 1 | Q | What part of Virginia? |
|---|---|---|
| 2 | A | I think New Content County or something. |
| 3 | Q | Did you plead guilty? |
| 4 | A | Yes. |
| 5 | Q | So there was no trial? |
| 6 | A | No.  It was a plea bargain. |
| 7 | Q | You said you got probation? |
| 8 | A | Yes. |
| 9 | Q | Was anyone in the car with you? |
| 10 | A | Yes. |
| 11 | Q | Who? |
| 12 | A | Damon Stewart and another guy.  I don't |
| 13 | | know his real name.  I just know his nickname. |
| 14 | Q | What's his nickname? |
| 15 | A | Fats. |
| 16 | Q | Are you still in touch with them? |
| 17 | A | No. |
| 18 | Q | Neither one? |
| 19 | A | Not Fats. |
| 20 | Q | You still in touch with Damon Stewart? |
| 21 | A | Yes. |

page 34

```
 1      Q      How often were you in contact with him?

 2      A      Once a month.  Something like that.

 3      Q      How often do you see him?

 4      A      Not much.  I night see him in the

 5 summertime after the season.

 6      Q      Does he ever travel with you?

 7      A      No.

 8      Q      You were involved in a lawsuit here in D.C.

 9 around 1998 involving Republic Gardens, correct?

10      A      Yes, I think I remember that.

11      Q      Were you accused of striking someone over

12 the head with a bottle?

13      A      I don't know about that.  I know it was a

14 lawsuit.

15      Q      So you don't know the allegations of the

16 lawsuit were?

17      A      No.

18      Q      Did you have an attorney who represented

19 you with that lawsuit?

20      A      Yes.

21      Q      Who was that?
```

page 35

```
 1       A      Layer Woodward.

 2       Q      Where is his office located?

 3       A      Virginia Beach.

 4       Q      What happened at Republic Gardens in 1998

 5   on the night of this incident?

 6       A      I don't know.

 7       Q      Who was with you?

 8       A      I don't remember.

 9       Q      Was Jason Kane with you?

10       A      No.

11       Q      How do you know?

12       A      I don't remember him being with me.

13       Q      Do you know -- you knew Jason Kane in 1998,

14   correct?

15       A      I don't know.

16       Q      Is there anything that will refresh your

17   recollection about whether -- how long you've known

18   Jason Kane?

19       A      I just know I met him in D.C.

20       Q      Where did you meet him?

21       A      I don't remember.
```

page 36


```
 1        Q     Did somebody introduce you?

 2        A     Probably.

 3        Q     Do you know who?

 4        A     No.

 5        Q     Do you know who was there at Republic

 6   Gardens the night of this incident?

 7        A     I don't remember.

 8        Q     Why were you there?

 9        A     It was a party.

10        Q     Were you involved in hosting the party?

11        A     I don't remember.

12        Q     What came of that lawsuit?

13        A     Nothing.

14        Q     Do you know if it was dropped, dismissed?

15        A     It must have been dropped.

16        Q     Did you pay any monies to any of the

17   people --

18        A     No.

19        Q     So you don't know if it was settled?

20        A     It was -- it had to be dropped.  I ain't

21   paid any money.
```

page 37

1      Q      Did you ever go to court?

2      A      No.

3      Q      Did you hit anybody over the head with a

4   bottle at Republic Gardens in 1998?

5      A      No.

6      Q      Did you hit anyone at all at Republic

7   Gardens in 1998?

8      A      No.

9      Q      Did you hit -- other than 1998, have you

10  ever at Republic Gardens been involved in a fight?

11     A      No.

12     Q      Have you ever struck anyone while being at

13  Republic Gardens at any time?

14     A      No.

15     Q      Do you know if you had security with you

16  that night?

17     A      I didn't.

18     Q      How do you know?

19     A      I remember that.

20     Q      How do you remember you didn't have

21  security with you?

page 38

1        A     I just know I didn't.  I didn't have

2    security then.

3        Q     So what year did you first start having

4    security?

5        A     I don't remember.

6        Q     So if you don't remember when, how do you

7    know it wasn't in 1998?

8        A     I know I didn't have security then at that

9    event.

10       Q     You don't remember who you were with at

11   that event?

12       A     No.

13       Q     So sometime in 1998 your car was impounded

14   as a result of a shooting; is that correct?

15       A     In '98?

16       Q     Yes.

17       A     Yes.

18       Q     What happened with that incident?

19       A     Somebody started shooting?

20       Q     From inside the car?

21       A     No.  Somebody started shooting in the area.

page 39

1        Q      Who was in the car with you?

2        A      I guy named Mike, Alex.

3        Q      What's Mike's last name?

4        A      I wasn't in the car when the shooting

5    started.

6        Q      Where were you?

7        A      I was in the house.

8        Q      In what house?

9        A      A house on HU campus, Hampton University

10    campus.

11        Q      Who owned that house?

12        A      I don't remember.

13        Q      Who did you know at that house?

14        A      My friend new a girl.

15        Q      What friend?

16        A      His name is Kevin.

17        Q      What's his last name?

18        A      I don't remember.  I don't know, as a

19    matter of fact.

20        Q      How do you know Kevin?

21        A      He went to the school.

page 40


1       Q       He went to Hampton University?

2       A       Yes.

3       Q       Are you in touch with him now?

4       A       Not much, if I see him then I speak to him

5    or whatever, but we don't talk on the phone.

6       Q       Do you have any means to get his contact

7    information?

8       A       I don't know how to get in contact with

9    him.

10      Q       Is the only person you knew in the house?

11      A       Yes.

12      Q       The campus police come?

13      A       Yes.

14      Q       They came to the house?

15      A       They came to the area where everything

16   happened.

17      Q       So tell me what happened.  You were at this

18   house and what happened?

19      A       I was in the house and somebody started

20   shooting and we came out the car was shot and the car

21   beside it was shot.

page 41

1          Q      So you heard gun shoots or did someone tell

2    you --

3          A      I heard the shot.

4          Q      And you went outside?

5          A      Yes, after the shots stopped.

6          Q      How long between you hearing the shots did

7    you go outside?

8          A      I don't know.  I don't remember.

9          Q      Was anyone arrested?

10         A      No.

11         Q      Was Michael Powell arrested?

12         A      No.

13         Q      So you're not aware that Michael Powell was

14   convicted out of this incident?

15         A      No.

16         Q      Are you still in touch with Michael Powell?

17         A      No.

18         Q      Why did you stop being in touch with

19   Michael Powell?

20         A      I just haven't been in touch with him.

21         Q      When was the last time you were in touch

page 42

1   with him?

2       A    I don't remember.

3       Q    Has it been in the past three years?

4       A    I might have seen him in the last three

5   years.

6       Q    Have you seen him in the last year?

7       A    No.

8       Q    Did he ever travel with you?

9       A    No.

10      Q    Was Andre Steele there?

11      A    No.

12      Q    Was Andre Steele ever arrested or

13  questioned while in possession of your vehicle?

14      A    Yes.

15      Q    When was that?

16      A    I don't remember.  I just know he was in

17  the incident with one of my cars.

18      Q    Which car?

19      A    Man, I don't remember.  A Benz.

20      Q    Do you remember anything about what

21  happened?

page 43

1      A      No.

2      Q      Do you know if that was in the past five

3   years?

4      A      It might have been longer than that.

5      Q      He was questioned for drug-related charges,

6   correct?

7      A      I don't remember.

8      Q      Was Michael Powell also with him at during

9   this incident?

10      A      I think so.

11      Q      What about anybody else?

12      A      I don't remember nobody else.

13      Q      Where were you?

14      A      In Philadelphia.

15      Q      How did you hear about the incident?

16      A      I think my lawyer called or something.

17      Q      Was your car confiscated?

18      A      I think so, but I don't exactly remember.

19      Q      Were you involved in the incident at

20   Newport News where you were accused of acts of

21   violence?

page 44

1        A      Acts of violence?

2        Q      Yes.

3        A      In Newport -- no.

4        Q      Were you -- was there an incident in

5   Newport News where anyone, any one of your friends or

6   entourage were accused of committing acts of violence

7   while you were there?

8        A      No, I don't recall that.

9        Q      Now, there was an incident in Philadelphia

10  in July of 2002 involving your wife, correct?

11       A      Involving my wife?

12       Q      Yes.

13       A      No, I don't know.

14       Q      So you were never questioned with police

15  for kidnapping and assault your wife?

16       A      No.

17       Q      Well, tell me what happened with the

18  incident in about July 2002.

19       A      What do you mean tell you about it?

20       Q      Do you know about any incident involving

21  your wife --

page 45

```
1       A     I know I was charged with something.

2       Q     What were you charged with?

3       A     A whole bunch of charges.

4       Q     Well, what happened to lead to those

5   charges?

6       A     What do you mean what happened?

7       Q     What's your version of the facts that

8   transpired --

9       A     Nothing.

10      Q     So you just got up one day and you were

11  just accused of assaulting, kidnapping?

12      A     Yes, yes.

13      Q     Was your uncle Gregory Iverson also

14  charged?

15      A     Yes.

16      Q     What was he charged with?

17      A     I don't know.  Some of the same stuff I was

18  charged with.

19      Q     Now, you were accused of going to your

20  cousin's house?

21      A     Yes.
```

page 46


1        Q     And using acts of violence, correct?

2        A     No.

3        Q     You weren't accused of using acts of

4    violence?

5        A     No.  I mean, they said, what was it, I

6    barged in his house and threatened him.  Is that

7    violence?

8        Q     You tell me.

9        A     Threatening.  I don't know if that's

10   considered violence.

11       Q     What's the name of your cousin?

12       A     Sean Bowman.

13       Q     Where does he live?

14       A     I don't know.

15       Q     Does he live in Philadelphia?

16       A     I don't know.

17       Q     Do you know his phone number?

18       A     No.

19       Q     When was the last time you had contact with

20   him?

21       A     I can't remember.

page 47

```
 1        Q       How is he related to you?

 2        A       That's my mother's sister's son.

 3        Q       What's your mother's sister's name?

 4        A       Jessie Bowman.

 5        Q       Where does Jessie Bowman live?

 6        A       Philadelphia.

 7        Q       Now, you actually were charged with

 8   assault, correct?

 9        A       I don't remember what the charges were.

10        Q       You were arrested, correct?

11        A       I was arrested.

12        Q       What happened with that case?

13        A       It got thrown out.

14        Q       Have you ever had any other incidents where

15   you were arrested?

16        A       No.

17        Q       Have you ever -- other than the incident

18   that brings you here today, have you ever been accused

19   on any other occasion of being involved in an assault?

20        A       No.

21        Q       Has any members of your entourage ever been
```

page 48

1   involved or accused of being involved in an assault or

2   battery other than the incident that brings you here

3   today?

4        A      Maybe.  I don't know.  You have to ask

5   them.

6        Q      In June of 2005 you had an event that took

7   place in Virginia, Maryland, and D.C., correct?

8        A      Yes.

9        Q      Can you tell me what that event is?

10       A      Softball charity event.

11       Q      Where exactly did the various events take

12  place?

13       A      In Bowie.  I think that's Maryland.

14       Q      What about in Virginia?  Did any of the

15  activities take place in Virginia?

16       A      Yes, some in Virginia too.

17       Q      Do you know which events you had in

18  Virginia?

19       A      Basketball tournament.

20       Q      Do you remember what day of the week that

21  was?

page 49

1      A      No.

2      Q      Was that the only event you had in

3    Virginia, the basketball tournament?

4      A      I think so.  I had clinic.

5      Q      You had a what?

6      A      A clinic.

7      Q      Who helps -- what entity do you put that

8    event on under?

9      A      Crossover Promotions.

10     Q      What is Crossover Promotions?

11     A      It's ran by Gary Moore.

12     Q      Your manager?

13     A      Yes.

14     Q      And do you know any other persons

15   affiliated with Crossover Productions?

16     A      No.

17            MR. MILSTEIN:   Promotions.

18            BY MS. MORAN:

19     Q      Do you have any ownership interest in

20   Crossover Promotions?

21     A      No.

page 50

1        Q      So you hire -- did you hire Crossover

2   Promotions to conduct this event for you?

3        A      No.

4        Q      But the celebrity softball event is your

5   event, correct?

6        A      Yes.  My name is.

7        Q      Your name is what?

8        A      It's my name, but it's under Crossover

9   Promotions.

10        Q      So does Crossover Promotions pay you to be

11   part of this event?

12        A      No.

13        Q      Do you pay Crossover Promotions to conduct

14   this event?

15        A      No.

16        Q      So who pays for the expenses of the event?

17        A      Gary Moore.

18        Q      Gary Moore doesn't pay you anything?

19        A      No.

20        Q      Do you sign any contracts with Gary to

21   allow him to use your name with this event?

page 51

```
 1      A     I don't think so.

 2      Q     And what would you need to do to be able to

 3  ascertain that question for sure?

 4      A     Ask Gary Moore.

 5      Q     Does anyone other than Gary Moore handle

 6  your business affairs related to signing contracts for

 7  such events?

 8      A     Just Leon Rose.

 9      Q     So other than Leon Rose and Gary Moore, is

10  there anyone else that would be involved in those

11  contracts?

12      A     No.

13            (A discussion was held off the record.)

14            BY MS. MORAN:

15      Q     Who's Eric Jackson?

16      A     Used to be a friend of mine.

17      Q     When did you first meet him?

18      A     When I was like eight.

19      Q     How did you meet him?

20      A     Football.

21      Q     Did he go to school with you through the
```

page 52

1   years?

2       A     Like a year or two.

3       Q     What school did you go to?

4       A     Beth.

5       Q     You remained friends after you no longer

6   went to Bethal?

7       A     Yes.

8       Q     He was actually charged with shooting

9   someone, correct?

10      A     I don't know.

11      Q     Are you familiar with -- was he a part of

12  the Dynasty Raiders?

13      A     Yes.

14      Q     Is he a named -- does he ever travel with

15  you?

16      A     Not no more.

17      Q     When did he stop traveling with you?

18      A     Like a year ago.

19      Q     Why did he stop traveling with you?

20      A     Just not friends no more.

21      Q     What happened for you to stop being

page 53

1   friends?

2        A      Just a dispute.

3        Q      What was the dispute over?

4        A      I don't remember.

5        Q      Was it a physical dispute?

6        A      No.

7        Q      You say this is about a year ago?

8        A      Yes.

9        Q      You have no idea -- your testimony is you

10   have no idea what the dispute was over?

11       A      Just an argument about a bunch of things.

12       Q      Like what?

13       A      I don't remember.

14       Q      So your testimony under oath is you don't

15   remember what a dispute was that led --

16              MR. MILSTEIN:  What --

17              MS. MORAN:  Let me put the question on the

18   record and then you can feel free to object.  It

19   doesn't bother me.

20              BY MS. MORAN:

21       Q      So just for the record let me rephrase the

page 54

1   question.

2          So you know Eric Jackson since you were

3   eight years old and you had a dispute or argument a

4   year ago that ended your friendship and you have no

5   idea or memory today of what it was about?

6      A    Just a bunch of things.

7      Q    Well, I'd like to discuss what those

8   various are.

9      A    I don't remember exactly.

10     Q    What do you remember?

11     A    That we're not friends no more.

12     Q    And that's the only thing that you

13  remember?

14     A    Yes.

15     Q    Who else knows about your dispute other

16  than you?

17     A    I don't know.

18     Q    Did you discuss it with anyone?

19     A    No.

20     Q    Where did Eric Jackson live when you got

21  into this dispute?

page 55

```
1        A      In Philadelphia.

2        Q      When you say a year ago, was this after

3   last summer that you stopped being friends?

4        A      Yes.

5        Q      Do you remember what month?

6        A      No.

7        Q      Was it after the incident at the Eyebar

8   that brought you here today?

9        A      I don't even know when that incident

10  supposed to happen.

11       Q      Was it after July of 2005?

12       A      I don't remember exactly.

13       Q      So your testimony is you don't even know --

14  don't even remember what month the incident that

15  brought you here today to have to testify in a major

16  legal action occurred?

17              MR. MILSTEIN:  Object to the form of the

18  question, characterizing it as a major legal action.

19              THE WITNESS:   I honestly don't remember the

20  date.

21              BY MS. MORAN:
```

page 56

1        Q      Do you know when your celebrity softball

2    game was?

3        A      I know it was in July.

4        Q      Was Eric Jackson involved in any of the

5    incidents with Michael Powell where they were

6    questioned or stopped while in your car?

7        A      I don't think so.

8        Q      Was Eric Jackson around when the shooting

9    incident happened at the house you were at in Hampton?

10       A      No.

11       Q      Was Eric Jackson involved in any incident

12   where you were questioned by the police?

13       A      No.

14       Q      Are Eric Jackson and Michael Powell

15   friends?

16       A      I don't know.

17       Q      Do they know each other?

18       A      I'm pretty sure they do.

19       Q      What's your father's name?

20       A      Allen Broughton.

21       Q      Where was he when you grew up?

page 57


1        A      I don't know.

2        Q      Was he in jail?

3        A      I don't know.

4        Q      Has he ever been incarcerated?

5               MR. MILSTEIN:  You don't have to answer

6     that question.  I'm instructing him not to answer.

7               BY MS. MORAN:

8        Q      Do you know whether your father has ever

9     been incarcerate.

10              MR. MILSTEIN:  Same instruction.

11              BY MS. MORAN:

12       Q      Who's Kevin Baker?

13       A      I don't know.

14       Q      Do you know who Terry Royster is?

15       A      Yes.

16       Q      Who's that?

17       A      I don't understand what you mean, like who

18    is that?  Who is he to me?

19       Q      Who is he to you?

20       A      No one.

21       Q      How do you know him?

page 58

| | | |
|---|---|---|
| 1 | A | He used to be security for me. |
| 2 | Q | When was he security for you? |
| 3 | A | I guess like four or five years ago. |
| 4 | Q | Do you know -- did he work through a |
| 5 | company? | |
| 6 | A | Yes. |
| 7 | Q | What company did he work through? |
| 8 | A | I don't remember the name of it. |
| 9 | Q | Did Kevin Baker also used to provide |
| 10 | security services for you? | |
| 11 | A | Yes, I had -- yes.  I didn't know that was |
| 12 | his last name though, if you talking about the same | |
| 13 | guy. | |
| 14 | Q | When did he provide security services? |
| 15 | A | Same time as Terry. |
| 16 | Q | Did they work together? |
| 17 | A | Yes. |
| 18 | Q | Do they work through the same company? |
| 19 | A | Yes. |
| 20 | Q | You said they provided services for you |
| 21 | four to five years ago? | |

page 59

1        A      Yes.

2        Q      And who started providing services for you

3    after they stopped?

4        A      No one.

5        Q      So how did you -- who was responsible for

6    hiring them on your behalf?  Did you do it directly or

7    did someone do it for you?

8        A      I think back then it was -- might have

9    David Falk.

10       Q      Falk you said?

11       A      Yes.

12       Q      And who was that?

13       A      He was my agent.

14       Q      What company was he with?

15       A      I don't remember the name.

16       Q      Where was he based out of?

17       A      Maryland I think.

18       Q      Were you at Crabbers in Virginia during

19   your -- the weekend of your celebrity softball game?

20       A      The last one?

21       Q      Yes, in 2005.

page 60

```
 1        A     I don't remember.

 2        Q     You don't remember?

 3        A     No.

 4        Q     Were you ever questioned by police about a

 5   fight involving members of your entourage in July of

 6   2005?

 7        A     No.

 8        Q     Who provided -- do you remember whether you

 9   went to Crabbers on the weekend when you were having

10   your softball game in July of 2005?

11        A     I don't remember.

12        Q     Did Jason Kane provide services for you

13   while you were in Virginia that weekend?

14        A     I think so, yes.

15        Q     Who else provided security services for you

16   that weekend?

17        A     That was it.

18        Q     And did you go to a autograph signing while

19   you were in Virginia?

20        A     I think so.

21        Q     How many people come to that?
```

page 61

1       A     I don't remember.

2       Q     Do you know James Randolf?

3       A     James Randolf?

4       Q     Yes.

5       A     No.

6       Q     Isn't it true that when you went to

7    Crabbers and to the events in Virginia you traveled

8    with four vehicles?

9              MR. MILSTEIN:  Objection.  He said he

10   didn't go -- he doesn't remember going to Crabbers.

11             BY MS. MORAN:

12      Q     When you traveled in Virginia that weekend

13   isn't it true that you traveled with four vehicles?

14      A     I don't remember how many vehicles we

15   traveled with.

16      Q     How did you get to Virginia that weekend?

17      A     I don't remember.  Either I drove or the

18   plane.

19      Q     Isn't it true that someone in your

20   entourage drove a white Expedition with Maryland tags?

21      A     I don't remember.

page 62

1      Q      And isn't it true that someone else drove a

2    brown or beige Chevy Impala with Pennsylvania tags?

3      A      Not that I know of.

4      Q      Was your Bentley coup in Virginia that

5    weekend?

6      A      Yes.

7      Q      Did you travel in that?

8      A      Did I drive it while I was there?

9      Q      Yes.

10     A      Yes.

11     Q      Who drove you around?

12     A      I drove myself.

13     Q      Was anyone in the car with you at any

14   point?

15     A      It might have been.

16     Q      Did anyone other than Jason Kane ride in

17   the car with you?

18     A      It might have.

19     Q      Who?

20     A      I have no idea.

21     Q      And isn't it true that there was also a

page 63

1    fourth car that traveled around with you?

2        A    I don't even know if it was a second and a

3    third one.

4        Q    So is it your testimony -- and I actually

5    don't remember what you said.

6             Do you remember going to an autograph

7    signing in Virginia --

8        A    I think so.

9        Q    -- at a baseball field?

10       A    I don't remember.  I know I remember

11   signing autographs, but I don't remember if it was an

12   actual signing.  I don't remember.

13       Q    How did you get from your vehicle to the

14   table where you were signing autographs?

15       A    I walked.

16       Q    Who walked with you?

17       A    I don't remember.

18       Q    Was more than Jason Kane with you?

19       A    Probably.

20       Q    Were there several men with you?

21       A    Probably.

page 64

```
 1      Q      Who do you believe those men to be?

 2      A      I don't remember.

 3      Q      Was Gregory Iverson with you?

 4      A      I don't remember.

 5      Q      Was your mother with you?

 6      A      I don't remember.

 7      Q      Do you remember having a conversation --

 8  let me ask you this.

 9             Did you stay at the Holiday Inn when you

10  were in Virginia that weekend?

11      A      I don't remember what hotel we stayed in.

12  I don't know if it was the Holiday Inn though.

13      Q      But you stayed at the hotel that weekend?

14      A      No.  I might have stayed at my uncle's

15  house.  I don't know.

16      Q      At what uncle's house?

17      A      Steve Iverson.

18      Q      Where does he live?

19      A      In Hampton.

20      Q      Do you know what street?

21      A      No.
```

page 65

1       Q       How is he related to you?

2       A       My mother's brother.

3       Q       So Steven Iverson and Gregory Iverson are

4   brothers?

5       A       Yes.

6       Q       How old is Steve Iverson?

7       A       Like 40.

8       Q       Did he accompany you to the events, the

9   various events that you attended that weekend?

10      A       I don't remember.

11      Q       Do you ever recall having a conversation

12  with an individual that week where you discussed the

13  fact that your entourage and his entourage had a

14  physical altercation?

15              MR. MILSTEIN:   I'll object to the word

16  entourage, vague and ambiguous.

17              BY MS. MORAN:

18      Q       Do you know what the word entourage refers

19  to?

20      A       Yes.

21      Q       What does it refer to?

page 66

1        A       A bunch of people.

2        Q       A bunch of people who do what?

3        A       I have no idea.

4        Q       Does it refer --

5        A       I just thought it was a bunch of people who

6    travel together.

7        Q       So did you have a discussion with anyone

8    that weekend in person about people who were

9    accompanying you and people who were accompanying this

10   other person getting into a physical altercation?

11       A       No, I didn't get into any physical

12   altercation.

13       Q       I said did you have a conversation?

14       A       No.

15       Q       Isn't it true that a gentleman who you know

16   or are familiar with approached you and said your

17   people beat up my people?

18       A       No.

19       Q       Isn't it true that you said these are grown

20   ass men, I didn't put my hands on nobody and threw your

21   hands up in the air?

page 67

1          A       No, I don't remember that.

2          Q       Isn't it true that in front of various

3     people you looked around and said, did anybody see my

4     put my hands on anybody?

5          A       No, I don't remember nothing like that.

6          Q       Isn't it true that when you were approached

7     and told that they could point out and give you a

8     description of the individuals who did that, you told

9     the person to get the fuck out of your face?

10         A       No.

11         Q       Do you know if Jason Kane stayed at the

12    Holiday Inn that weekend?

13         A       I don't remember where we stayed.

14         Q       Did Jason -- do you know if Jason Kane

15    stayed at a hotel?

16         A       Yes, he had to -- obviously, he had to stay

17    at a hotel.  I think he stayed at a hotel, but I don't

18    know where.

19         Q       Who paid for that hotel?

20         A       I don't know.

21         Q       Did you pay for it?

page 68

1          A      Not me.

2          Q      So you don't pay the expenses of security

3   that travels with you?

4          A      No.  I don't handle that stuff.

5          Q      Who handles it?

6          A      Gary Moore.

7          Q      So Gary Moore pays, handles payment of your

8   security team?

9          A      I guess.  I don't.

10         Q      Does he pay them from your money?

11         A      No.

12         Q      So whose money does he pay them from?

13         A      I don't know.  If it's not his, I don't

14   know.

15         Q      So Gary Moore is your manager, right?

16         A      Yes.

17         Q      So he provides services on your behalf,

18   correct?

19         A      Yes.

20         Q      So he manages your career, correct?

21         A      Yes.

page 69

1      Q      So if he's managing your career and

2   obtaining services on your behalf, wouldn't you be the

3   person to pay for those services?

4      A      No.

5      Q      Who would pay for them?

6      A      Ask him.

7      Q      So you don't know who pays for services

8   that you are provided to you?

9      A      You got to ask him.

10     Q      I'm asking you.  Do you know?

11     A      No.

12     Q      So is it your --

13     A      Gary Moore handles it for me.

14     Q      He handles your financial information?

15     A      He handles my security or, you know,

16   anything else like that, pertaining to that.

17     Q      But the security he hires is for you?

18     A      Yes.

19     Q      So why would he pay for that out of his own

20   pocket?

21     A      Ask him.

page 70

 1      Q      So is it your testimony that you don't pay

 2   at all for your own security services?

 3      A      No.

 4      Q      No, that's not your testimony?

 5      A      I don't.  I don't pay.  He pay.

 6      Q      When you say you don't pay, do you mean you

 7   don't physically write the check or do you mean the

 8   money doesn't come from your money?

 9      A      It don't come from my money.

10      Q      So who accompanied you to the -- did you go

11   to a basketball game, celebrity basketball game at

12   Eaton Middle School?

13      A      At Eaton?

14      Q      Yes.

15      A      I don't remember going to a game in Eaton.

16      Q      Did you go to an event at Brierfield Park?

17      A      I think so, softball game or something.

18   I'm from that area so, I probably been to a lot of

19   events there.

20      Q      I'm talking about during this?

21      A      I don't remember.

page 71

```
 1        Q      This celebrity weekend?

 2        A      I don't know.  I remember going to -- I

 3   think I went to a baseball game, a softball game or

 4   something.

 5        Q      Who accompanied you to that baseball game?

 6        A      Me and my friends.

 7        Q      Who are your friends?

 8        A      Whoever was with me that weekend.

 9        Q      And who was with you that weekend?

10        A      I don't remember who went to the game with

11   me.

12        Q      Do you travel with a female bodyguard or

13   security person?

14        A      No.

15        Q      Was Gary Moore there at the baseball game?

16        A      He might have.

17        Q      Do you know if he was at the autograph

18   signing?

19        A      He might have been.

20        Q      Did you go to a trophy presentation?

21        A      At Brierfield?
```

page 72

1       Q       Or somewhere down there.

2       A       Yes.

3       Q       Was it at Brierfield?

4       A       I think so.

5       Q       Who accompanied you there?

6       A       Me and my friends.

7       Q       What friends?

8       A       I don't remember exactly who.

9       Q       Was Jason Kane there?

10      A       Probably.

11      Q       So when you friends travel with you do they

12   help walk you through crowds?

13      A       Help walk me through crowds?

14      Q       Yes.

15      A       No, I walk through crowds myself.

16      Q       Do your friends get involved in crowd

17   control?

18      A       No, not my friends.

19      Q       Only your security team?

20      A       If anything.  My security.

21      Q       And if you're going to get out of your car

page 73

1    and need to walk a distance and have protection around

2    you do your friends contribute to that protection?

3         A    No.

4         Q    Who would contribute to such protection?

5         A    Security, if I have them with me.

6         Q    So do you ever travel in a manner where

7    your security is standing around you and you're in the

8    middle walking and moving?

9         A    No, I don't have that many security.

10        Q    How many security do you have?

11        A    Probably one, maybe two.  It depends on

12   where I'm at.

13        Q    And what determines whether you have one or

14   two?

15        A    It depends on the event.

16        Q    So what type of event would make you have

17   two as opposed to one?

18        A    It might be a event where a lot of people

19   there.

20        Q    What's a lot of people?

21        A    I don't know.  Whatever I think is a lot of

page 74

 1   people at the time.

 2        Q      What do you -- well, how do you know how

 3   many people are going to be there in advance?

 4        A      I just hear about it and just use my

 5   judgment.

 6        Q      Is more than 50 people a lot of people to

 7   you?

 8        A      No, that's not a lot of people.

 9        Q      Is more than 100 a lot of people?

10        A      Yes, that's a lot of people.  As a matter

11   of fact, that's not even a lot of people.

12        Q      100 people is not a lot of people?

13        A      No, not to whereas I need more security.

14        Q      So how much is a lot of people that require

15   you to need more security?

16        A      Maybe like 500 people.

17        Q      So you only feel that you need more than

18   one security if you're going to be in a situation with

19   more than 500 people?

20        A      It depends on how I'm feeling.

21        Q      So sometimes you just feel like you need

page 75

1   more and other times you don't?

2          A       Sometimes I might not use none and still be

3   around 500 people.

4          Q       Can you give an example of such a time?

5          A       No.

6          Q       Do you know Michael Crockett?

7          A       I don't recall the name.

8          Q       Was he with you at Republic Gardens the

9   night of the incident which caused you to be sued?

10         A       I don't know the name.

11         Q       Who's -- do you know Demetrius Jones?

12         A       Yes.

13         Q       Who is that?

14         A       A friend of mine.

15         Q       How do you know him?

16         A       Met him when I was in college.

17         Q       At Georgetown?

18         A       Yes.

19         Q       Are you still in touch with him?

20         A       Yes.

21         Q       Was he with you the night of the incident

page 76

1   at Republic Gardens?

2        A     He might have been because he's from here

3   so he might have been.

4        Q     Does he travel with you?

5        A     No.

6        Q     When you're here in town and having

7   functions does he come?

8        A     Yes.

9        Q     Was he at any of your events in July of

10  2005?

11       A     He might have been.

12       Q     Was he at the Eyebar in July of 2005?

13       A     He might have been.

14       Q     Was he with you in Virginia in July of

15  2005?

16       A     I'm not sure about that.

17       Q     He was accused of participating in the

18  event -- incident at Republic Gardens that you were

19  sued for, correct?

20       A     I don't know.  I don't remember.  If he was

21  there, probably.

page 77

1       Q       Do you know if he's ever been arrested?

2       A       Who?

3       Q       Demetrius Jones.

4       A       I don't know.

5       Q       Does he ever provide security services for

6    you, Demetrius Jones?

7       A       No, Gary Moore does.

8       Q       Gary Moore provides security services for

9    you?

10      A       No.

11      Q       Does Demetrius Jones?

12      A       No.

13      Q       Do you know -- strike that.

14              MS. MORAN:  If we can take a break we might

15   switch.

16              (A short break was taken.)

17                      EXAMINATION

18              BY MR. LATTIMER:

19      Q       Mr. Iverson, my name is Greg Lattimer, and

20   as we discussed earlier I'm going to be asking some

21   questions on behalf of Marlin Godfrey the other

page 78

1    Plaintiff in this case.

2              Let me start, you gave an address earlier.

3    Could you give me that address again, your home

4    address?

5         A      800 Chateau Lane.

6         Q      We have an address for you that you

7    provided to us in your answer to Interrogatories back

8    in January of 1432 Monk Road, Gladwyn, Pennsylvania?

9         A      I moved.

10        Q      When did you move?

11        A      Like two years ago.

12        Q      So the address that you provided us back in

13   January was not accurate?

14        A      That's where I was staying then.

15        Q      Okay, Let me go back.

16              I thought I just asked, when did you move

17   and you said about two years ago.  And so what I'm

18   asking is:  In January of this year you provided an

19   Interrogatory answer where you indicated that you lived

20   at 1432 Monk Road in Gladwyn, Pennsylvania?

21        A      That's another house I own.

page 79

1        Q      Okay.  But you weren't living there in

2    January of 2006?

3        A      No.

4        Q      So why did you sign Interrogatories

5    indicating that that was your current address?

6        A      I don't even remember.

7        Q      Well, let me mark this.

8               (Whereupon, a document was marked as

9    Deposition Exhibit Number 4.)

10              BY MR. LATTIMER:

11       Q      Let me show you what's been marked as

12   Iverson 4.  If you could just look at that and turn to

13   the last page, if you could, for me.

14              On that page it indicates at the top a

15   certification and it has what appears to be your

16   signature.

17              Do you see that?

18       A      Yes.

19       Q      Is that your signature?

20       A      Yes.

21       Q      And in that you indicated that everything

page 80

1    that you said in those Interrogatories was true?

2        A    Yes.

3        Q    Now, my question is, if I could, in

4    response to the very first Interrogatory you were

5    specifically asked to state your full name, address,

6    mailing address, residential address, telephone number,

7    and Social Security number, and what you gave was the

8    answer that is indicated on that page.

9            Do you see that?

10       A    Yes, I see it.

11       Q    At the time that wasn't true, correct?

12           MS. MORAN:  You can't be making a nodding

13   and shaking your head directing him how to answer the

14   question.

15           MR. ROSE:  I'm just laughing because you're

16   right, it was the wrong address.  We had a clerical

17   error.

18           MS. MORAN:  No, no, no, no.

19           MR. MILSTEIN:  Go ahead.

20           MS. MORAN:  You can't sit here and talk and

21   give him possible answers.  I'm not going to tolerate

page 81

1    it.

2            MR. MILSTEIN:  You talked to him.

3            MR. ROSE:  You're the one that just talked

4    to me.  I was just laughing because we're spending FIVE

5    minutes on a wrong address that was an oversight.  I

6    mean, big deal.

7            Go ahead.

8            BY MR. LATTIMER:

9    Q    You remember the question?

10   A    Yes.

11   Q    Why did you give that?

12   A    Maybe I didn't know the address to the new

13   house.  I don't know.  I don't remember.

14   Q    Well, let me ask you something.  Prior to

15   providing answers or providing a signature to those

16   answers, did you read the answers?

17   A    Yes.  I understand clearly what you're

18   saying.

19   Q    Was this just an oversight on your part?

20   A    Maybe.

21   Q    Is there anything else -- would you like to

page 82

1   take a look at them?

2              Is there anything else in here that's not

3   accurate?

4       A    No.

5       Q    You sure.  You read them?

6       A    Yes.

7       Q    And you're sure that everything else is

8   accurate?

9       A    I'm sure.

10      Q    Are you married?

11      A    Yes.

12      Q    How long have you been married?

13      A    Since 2001.

14      Q    Any children?

15      A    Four.

16      Q    Boys, girls, all boys?

17      A    Two girls, two boys.

18      Q    What are their ages?

19      A    Two.  I got a new born 11 and 8.

20      Q    Do all of your you live with your wife and

21   your kids right now?

page 83

```
 1       A     Yes.

 2       Q     And that's at what address again?

 3       A     800 Chateau Lane.

 4       Q     And that's in what part of Pennsylvania.

 5       A     Conshohocken.

 6       Q     I'm sorry?

 7       A     Conshohocken.

 8       Q     How old are you, Mr. Iverson?

 9       A     Thirty.

10       Q     And when were you born?

11       A     '75.

12       Q     You are a professional basketball player,

13   correct?

14       A     Yes.

15       Q     Playing for the Philadelphia 76ers?

16       A     Yes.

17       Q     Your entire career?

18       A     Yes.

19       Q     Gary Moore is your, is it business manager

20   or how would you classify him?

21       A     Business manager, yes.
```

page 84

 1      Q      What is the Crossover Foundation?

 2      A      What do you mean, what is it?

 3      Q      What is it?

 4             Well, let me ask you:  You familiar with

 5   the Crossover Foundation, right?

 6      A      Yes.  Charity events.

 7      Q      And that is something whereby, and, in

 8   fact, you provide monies for, in this particular area,

 9   the boys and girls clubs in D.C. and the D.C.

10   Metropolitan area, correct?

11      A      Yes.

12      Q      And that is a part of you, of your giving

13   back to the community; is that fair to say?

14      A      Yes.

15      Q      And the Crossover Foundation is based upon

16   your patented move, the crossover dribble, correct?

17   That's the name, where the name comes from?

18      A      Yes.

19      Q      And that's similar to the Crossover

20   Promotions, correct?

21      A      Similar, yes.

page 85

```
 1        Q     And Gary Moore is the person that runs the

 2   Crossover Promotions, right?

 3        A     Yes.

 4        Q     Now, you own that, right?

 5        A     He owns it.

 6        Q     He owns it?

 7        A     Yes.

 8        Q     Is that something that was started on --

 9   for you?

10        A     Yes, it's honestly for me to give back to

11   the community, but it's his.  It's run by him.

12        Q     And that's because you put him in that

13   position, right?

14        A     Yes, you right.

15        Q     And there's Crossover Promotions when you

16   give events, especially those events that are set out

17   to raise money for the foundation for you to give back,

18   the events are usually coordinated by Crossover

19   Promotions, correct?

20        A     Right.

21        Q     And that's through Gary Moore, right?
```

page 86

1       A     Yes.

2       Q     And Mr. Moore handles most of your business

3    engagements in terms of that and things like that,

4    right?

5       A     Yes.

6       Q     He pays for your security, as you've

7    indicated, right?

8       A     Yes.

9       Q     You have to say yes or no?

10      A     Yes.

11      Q     When he does that he does that through

12   accounts that he has set up in order to take care of

13   your --

14      A     I don't know.

15      Q     Those are things that would have to come

16   through him?

17      A     Yes.

18      Q     He has hired a number of advisors to help

19   him in that regard; is that right?

20      A     I don't know.  You have to ask him.

21      Q     How do we ask him?  Where is he?

page 87

1      A      I don't know where he's at right now.

2      Q      I don't mean literally where he is today.

3   Where is he located?   In other words --

4      A      He's in Virginia.

5      Q      What part of Virginia?

6      A      Portsmouth.

7      Q      Portsmouth, Virginia?

8      A      Yes.

9      Q      What's his address?

10     A      I don't know his address.

11     Q      What's his phone number?

12     A      (215) 964-0707.

13     Q      I want to show you something.   I want to

14   take a look at a video and then I'm going to ask you

15   about it.

16             MR. LATTIMER:  You could mark that, please.

17             (A discussion was held off the record.)

18             BY MR. LATTIMER:

19     Q      Mr. Iverson, can you see that screen?

20     A      Yes.

21             (Playing video).

page 88

1       Q       Mr. Iverson, you had a chance to see that

2    tape?

3       A       Yes, I saw it.

4       Q       You remember it?

5       A       Do I remember what?

6       Q       Do you remember the event?

7       A       Yes.

8       Q       That was an event in L.A.; is that right?

9       A       Yes.

10      Q       And a show called pumped played a trick on

11   you at a party that you were supposed to be attending

12   for yourself, correct?

13      A       Correct.

14      Q       And there are a number of people.  Do you

15   recognize any of those people in that video?

16      A       Yes.

17      Q       Who was in there that you recognize?

18      A       I recognize Jason, Moe.

19      Q       Jason, when you say Jason, is that Mr.

20   Kane?

21      A       Yes.

page 89

1      Q      Who else?

2      A      Moe.

3      Q      What's Moe's name?

4      A      Gary Moeore.

5             Eric.

6      Q      Eric who?

7      A      Jackson.

8      Q      Who else?

9      A      Demack.

10     Q      Who's Demack?

11     A      A guy from Philly.

12     Q      Anybody else?

13     A      Terrance.

14     Q      Terrance, who's Terrance?

15     A      I don't know Terrance's last name.

16     Q      Anybody else?

17     A      Jamal.

18     Q      Jamal?  What's Jamal's last name?

19     A      Clark.

20     Q      Jamal Clark.

21            Who else?

page 90

1       A       I think Gregory was in there.

2       Q       Gregory?

3       A       Iverson.

4       Q       Well, let me see if I can position myself

5    so that you could still it, and what I'd like to do is

6    go through and have you identify each of the

7    individuals that you indicate you recognize, okay?

8       A       Yes.

9       Q       Can you see?

10      A       Yes.

11      Q       Of course that's you walking up the stairs,

12   correct?

13      A       Yes.

14      Q       Who is that guy there?

15      A       That's Terrance.

16      Q       Okay.

17              He has -- that guy right here, that's

18   Terrance?

19      A       Yes.

20      Q       And he's who?

21      A       What's you mean, he's who?

page 91

1    Q    What's he to you?

2    A    He's nobody to me.  I just know him.

3    Q    Who is that guy there?

4    A    Jason.

5    Q    And who's he to you?

6    A    He was the security.

7    Q    The guy saying make me move that's

8    Terrance, correct?

9    A    Yes.

10    Q    And he's just nothing to you?

11    A    That's Jason there.

12    Q    Could you point out Mr. Moeore for me and

13    tell me when he comes into view?

14         MR. LATTIMER:  I'm going try another one.

15    This one seems to be -- when you see Mr. Moeore let me

16    know so that I can stop okay.

17         THE WITNESS:  There he is right there with

18    the white hat on.

19         BY MR. LATTIMER:

20    Q    Right there?

21    A    Yes.

page 92

| 1 | Q | That's Mr. Moeore? |
| 2 | A | Yes. |
| 3 | Q | Okay. |
| 4 | | That's him right there? |
| 5 | A | Yes. |
| 6 | Q | Who's the guy right here? |
| 7 | A | Jamal. |
| 8 | Q | Now, that gentleman there that's Terrance? |
| 9 | A | Yes. |
| 10 | Q | And you say that's Jason's name; is that |

11  right?

| 12 | A | That's how I met him through Jason. |
| 13 | Q | He works with Jason? |
| 14 | A | I don't know about all of that. |
| 15 | Q | Does he provide security for you? |
| 16 | A | For me? |
| 17 | Q | Yes. |
| 18 | A | No. |
| 19 | Q | When he acts, does he ever act in the |

20  persona of someone who is providing security for you?

| 21 | A | Maybe.  I got to determine that. |

page 93


 1        Q      What I'm asking you, he's not your friend,

 2   is he?  I mean, you're not running partners, are you?

 3        A      I know him.  I mean, he cool with me.  If

 4   somebody would ask me was I cool with him I would say

 5   yes.

 6        Q      You didn't grow up with him, did you?

 7        A      No.

 8        Q      He's not one of your high school

 9   classmates, is he?

10        A      No.

11        Q      And he didn't go to Georgetown with you,

12   did he?

13        A      No.

14        Q      And the way you met him was through Jason

15   Kane; is that right?

16        A      Yes, through Jason.  Jason introduced me to

17   him.

18        Q      And the way you met Jason was providing you

19   with security services?

20        A      Yes, that's how I met Jason.

21        Q      You didn't know Jason as someone who went

page 94

1    to school with you, right?

2        A    No.

3        Q    You didn't know Jason as someone who went

4    to college with you, right?

5        A    No.

6        Q    He didn't play ball with you, right?

7        A    No.

8        Q    The only way you knew him was a business

9    relationship and him providing security services for

10   you; is that right?

11       A    Eventually, not at first.  At first it was

12   just introducing who was cool and then it got to that.

13       Q    It got to him providing security services;

14   is that right?

15       A    Yes.

16       Q    And then you Terrance providing you

17   security services; is that right?

18       A    No.

19       Q    How did that happen?

20       A    I don't remember how we met and the day we

21   met or anything like that, but I remember him, Jason,

page 95

1    introducing me to him.

2         Q      To Terrance?

3         A      Yes.

4         Q      And Terrance began traveling with you,

5    correct?

6         A      No, I don't know about all of that.

7         Q      This is in L.A., right?

8         A      Yes, but he not with me.  He not traveling

9    with me.

10        Q      Let me put it like this.  He doesn't live

11   in L.A., does he?

12        A      I don't know where he live.

13        Q      Wasn't he with you here in D.C.?

14        A      He might have been.

15        Q      Well --

16        A      Was Jason with me?  If Jason was with me he

17   probably was.

18        Q      So when he got to L.A. and he was here in

19   D.C. he must have traveled from one place to the other,

20   correct?

21        A      Obviously.

page 96

1        Q      And would it be fair to say that he

2    traveled with Mr. Kane?

3        A      I don't know.

4        Q      How does he get from one place to another?

5        A      I don't know.

6        Q      But he just shows up?

7        A      If that's what you want to say.

8        Q      Well, I'm asking you?

9        A      I don't know.

10       Q      You don't know how he gets there, but you

11   look up and he's there, right?

12       A      Right.  I don't know how a lot of people

13   get around and look up at me there.

14       Q      He's one of the people that's basically

15   telling people we going in here and move me, right?

16       A      That's what it looks like.  That's what the

17   tape say.

18       Q      And he's looking out for you; is that

19   correct?

20       A      I don't know if he looking out for me.  He

21   might be wanting to get in himself.

page 97

1      Q      But he didn't get into your party unless
2   it's okay with you, right?
3      A      I don't know about all of that.  I ain't
4   the security.  They won't let me in it.
5      Q      You didn't tell him at any time to chill or
6   anything like that, right?
7      A      No, I ain't tell him nothing.
8      Q      You didn't tell him, I don't want you to do
9   that, right?
10      A      No, I didn't say nothing.
11      Q      You didn't say stop, we can handle it,
12   right?
13      A      Stop what?
14      Q      Stop doing what you doing.
15      A      What is he doing, trying to get in the
16   club.
17      Q      Well, let's see what he is doing.
18      A      I seen this tape a thousand times, man.
19      Q      Okay.  So you know what he's doing?  He's
20   saying --
21      A      He trying to get in the club.

page 98

1       Q      He trying to get you in the club and he

2    trying to get you in the club?

3       A      Trying to get in the club.

4       Q      Who's my man?  He's talking about my man,

5    who is that?

6       A      It can be me.  It can be any of the other

7    dudes.  It can be Jason.  He might be talking about me.

8    Nine times out of ten it's my party he is talking about

9    me.

10       Q      And what I'm saying, look, we got this

11    covered, leave it alone?

12       A      No.

13       Q      That's all I'm asking.

14              There's another part I want you to see and

15    I'll stop it when I got there.

16       A      You got it.

17       Q      (Playing video).

18              Let me ask you.  When you went to the

19    Eyebar, I thought I heard you say before you didn't

20    remember much about that; is that right?

21       A      Yes.

page 99

1        Q     Now, you do remember having a celebrity

2   softball event here in the D.C. Metropolitan area?

3        A     Yes.

4        Q     Out at the P.G. stadium in Bowie, right?

5        A     Yes.

6        Q     And you played in that game, Jessica Fox

7   and a number of other celebrities?

8        A     I had a game.

9        Q     Correct?

10       A     Yes.

11       Q     And that was through your foundation,

12  correct?

13       A     Yes.

14       Q     And organized by Crossover Promotions, Mr.

15  Moeore, correct?

16       A     Yes.

17       Q     And you, again, giving back to the

18  community, correct?

19       A     Yes.

20       Q     And that was held on Saturday, on a

21  Saturday, right?

page 100


1      A      I don't remember.  I guess.

2      Q      Well, you had a --

3      A      Probably was on a Saturday.

4      Q      Because you had an event on Saturday and

5  then you had a finale event at a night club that night,

6  correct, Saturday night, Huma Club or something like

7  that?  Do you remember that?

8      A      No.

9      Q      Now, the Eyebar incident happened several

10 days later.

11             Do you remember that?

12     A      Do I remember what?

13     Q      That it happened several days after the

14 softball game.

15     A      No.

16             MS. MORAN:  Is that a no?

17             MR. MILSTEIN:  Wait a second.  He's the

18 only one speaking.  If he wants to make an objection as

19 to a comment, let him do it.

20             MS. MORAN:  I can make objections on the

21 behalf of the Plaintiff that I'm representing.

page 101

```
 1              MR. MILSTEIN:  No, the agreement is one to

 2   speak at a time.  I let you do that.  If you're going

 3   to violate that rule then you go back and ask all of

 4   the questions.

 5              Gregory, are you going to be the only one

 6   speaking at this point?

 7              MS. MORAN:  I'm going to object if I feel

 8   like I want to object.

 9              MR. LATTIMER:  I'm going to handle my

10   deposition.

11              BY MR. LATTIMER:

12        Q    Now, you don't recall how many days

13   after --

14        A    No.

15        Q    -- the softball game.  Let me finish before

16   you answer.  The one thing we got to get.  Even though

17   it's being videoed, he's got to take everything down.

18        A    Okay, I got you.

19        Q    You don't recall it being a couple of days

20   after?

21        A    No.
```

page 102

```
 1        Q      So you really don't have a very good

 2   recollection of the event at all?  Is that what you're

 3   saying?

 4               MR. MILSTEIN:  Which event, the Eyebar

 5   event or --

 6               MR. LATTIMER:  The Eyebar.

 7               MR. MILSTEIN:  The Eyebar incident you

 8   mean?

 9               MR. LATTIMER:  Right.

10               THE WITNESS:  To my recollection I was only

11   in the Eyebar for a few minutes.

12               BY MR. LATTIMER:

13        Q      I understand that.  You do remember going

14   to the Eyebar?

15        A      I remember going.

16        Q      And you do remember going with a number of

17   people, correct?

18        A      Yes.

19        Q      And you do remember Jason Kane being there,

20   right?

21        A      I remember Jason being in there.
```

page 103

1    Q    And Terrance was there also?

2    A    I don't remember if Terrance was there.

3    Q    Was Terrance here that weekend?

4    A    He might have been.

5    Q    And if he was here at one event he would be

6    at all of them would you say?

7    A    I don't know about all of that.

8    Q    (Playing video).

9         Now, right there.

10        You were in the club at the time that an

11   altercation broke out; isn't that right?

12   A    Right.

13   Q    And, in fact, Jason Kane was involved in

14   that altercation, wasn't he?

15   A    I don't know about all of that.

16   Q    So you see Jason Kane strike anybody?

17   A    No, I didn't see him strike nobody.

18   Q    You didn't see him attack one of the

19   security personnel from the Eyebar?

20   A    No.

21   Q    You didn't see Terrance attack anybody?

page 104

1      A      No.

2      Q      You know a guy by it's name of little Jay?

3      A      No.

4      Q      Jason Kane they call big Jay, don't they?

5      A      Big Jay?

6      Q      Yes, big Jay.

7      A      I never heard nobody call him big Jay.

8      Q      You never heard any body call him big Jay?

9      A      No.  I call him Jason.

10     Q      Some people call him Jay, don't they?

11     A      I just -- when people call him I hear them

12  call him Jason.

13     Q      So you never heard any body call him big

14  Jay?

15     A      No.

16     Q      Never heard anybody call him Jay?

17     A      If his name Jason somebody probably call

18  him Jay before.

19     Q      You ever heard of a guy by the name of --

20  that they call little Jay?

21     A      No.

page 105

| 1 | Q | Never heard that? |
|---|---|---|

1     Q    Never heard that?

2     A    No.

3     Q    Moe, what's his real name?

4     A    Gary Moeore.

5     Q    Moe is Gary Moeore?

6     A    Yes.

7     Q    Is there a guy by the name of Maurice?

8     A    Maurice?

9     Q    Yes.

10    A    I don't know no Maurice.

11    Q    You never heard of anybody being referred

12 to as Maurice or Moe other than Gary Moeore?

13    A    I mean, I don't know no Maurice.

14    Q    And you never heard of anybody being

15 referred to as Moe other than Gary Moeore?

16    A    Yes, my coach.

17    Q    Your coach?

18    A    Yes.

19    Q    Which coach?

20    A    Moee Cheeks.  That's the only Moe I know.

21    Q    Other than Moee Cheeks who is the coach of

page 106

1   the --

2          A    I don't know no more Moees.

3          Q    (Playing video).

4          Q    Who is that guy walking behind you?

5          A    Jason.

6          Q    That's Jason?

7          A    Yes, sir.

8          Q    Jason Kane?

9          A    Yes.

10         Q    Now, Jason Kane had he been with you the

11   entire weekend?

12         A    Probably on and off.

13         Q    What about down in Virginia the week

14   before?

15         A    Yes, on and off.

16         Q    Providing security?

17         A    Yes.

18         Q    (Playing video).

19         Q    Who is that guy in the red right behind

20   Jason?

21         A    I don't know.  He's some dude be with

page 107

1    Jason.  I don't know his name.

2                    (Playing video).

3         Q    So that guy there is just some Dude that be

4    with Jason?

5                    Is that you're saying that?

6         A    Be with Jason.

7         Q    And you don't know him?

8         A    I'm just know him -- I mean, I don't know

9    him like he is name, but I know he be with Jason.

10        Q    When he's with Jason what's his role?

11        A    I don't know.

12        Q    What does he do?

13        A    I don't know what he do.

14        Q    Just stand around?

15        A    That's what it look like he doing right

16   there.

17        Q    It looks like they're following you, would

18   agree or am I wrong?

19        A    He ain't behind me, he behind Jason.

20        Q    And Jason is following you, right?

21        A    Right.

page 108

```
 1        Q      Providing security, correct?

 2        A      Yes.

 3        Q      And the other guy is behind Jason; is that

 4   right?

 5        A      Yes.

 6        Q      And you don't know what he's there for; is

 7   that right?

 8        A      I answered it already.

 9        Q      I'm sorry?

10        A      I answered it already.

11        Q      No.  I ask you a different question.

12        A      No, no.

13        Q      When he's with you or with Jason you don't

14   know why he's there, right?

15        A      It's Jason's man, I guess.

16        Q      What does that mean?

17        A      It's his man.  When you friends with

18   somebody they with you, right?

19        Q      Let me understand this.  If I understand it

20   correctly, Jason Kane is working for you?

21        A      Right.
```

page 109

1        Q      And is it your testimony that while Jason

2    is working for you he has friends around to socialize

3    with?

4        A      I don't know if they socialize with him.

5    They're not talking right there.

6        Q      All right.  But if I understand it, how

7    does somebody provide security for you if their

8    attention is not given to you 100 percent and they have

9    people around who they're socializing?

10       A      You got to ask Jason that.

11       Q      So it is your understanding and it was okay

12   with you that Mr. Kane while he's providing security

13   for you that he would have people around to socialize

14   with?

15       A      Right, if that's what you say.

16       Q      I'm asking you.  It's not what I say.

17       A      Yes.

18       Q      And now why did you need security?

19       A      Why do I need security?

20       Q      Yes.

21       A      Just my lifestyle.

page 110

1        Q     What is that?  We heard last week that you

2    don't even go to the grocery store.  Your attorney told

3    the judge last week you don't even go to the grocery

4    store.

5              MR. MILSTEIN:  I object to the form of the

6    question.

7              BY MR. LATTIMER:

8        Q     I'm trying to figure out, if you don't even

9    go to the grocery store, why do you need security for?

10       A     Just personal reasons.

11       Q     What are they?

12       A     Just my own personal reasons.

13       Q     I'm trying to understand because if the

14   security people you have around you are free to

15   socialize with their friends, what security are they

16   providing?

17       A     Maybe I just got bad security then.

18       Q     I'm not asking that.  I'm asking you why is

19   it that you believe you need security?  In other words,

20   what they supposed to be doing?

21       A     Securing me.

page 111

1          Q     And it's your belief that they can do that

2     by socializing with their friends?

3          A     Yes.  I don't see them socializing with

4     them, but, yes.

5          Q     Well, what are they doing if they're not --

6     Jason Kane is working; is that right?

7          A     Yes, I guess.

8          Q     And this guy who's walking behind him is

9     just his friend?

10         A     I guess.  That's how I met him.

11         Q     I understand that, but at this event he's

12     not working, right?

13         A     I don't know what he's doing.  He's not

14     working for me.

15         Q     Well, according to you Jason Kane didn't

16     work for you, Gary Moeore hires him, right?

17         A     Yes.  He hires him to work for me.

18         Q     But he didn't hire this guy, or do we need

19     to ask him?

20         A     You got to ask him, but I don't think so,

21     no.

page 112

```
 1        Q      Would it be fair to say that you really
 2   don't know how many people --
 3        A      Yes.
 4        Q      Let me finish before you answer.
 5               How many people Mr. Moeore hires to provide
 6   security for you at any given time?
 7        A      I know one, Jason.
 8        Q      And you don't know of any others?
 9        A      No.
10        Q      And would it be -- do you understand that
11   Mr. Kane doesn't then hire other people?
12        A      He what?
13        Q      Doesn't then hire other people to assist
14   him?
15        A      I don't know nothing about that.
16        Q      That is something that could occur without
17   your knowledge; is that right?
18        A      I doubt it, no.
19        Q      No.
20               So when Terrance was in L.A. Mr. Kane had
21   not, to your knowledge, hired him to provide security;
```

page 113

1    is that fair to say?

2         A    Not to my knowledge.

3         Q    And when Mr -- Terrance was in in L.A. Mr.

4    Moeore had not hired him to provide security for you;

5    is that fair to say?

6         A    Yes, that's fair to say.

7         Q    And, to the best of your knowledge, the

8    only person that has ever been retained to provide

9    security services for you at any place within the last

10   year is Jason Kane; would that be fair to say?

11        A    Jason, yes.

12        Q    Nobody else?

13        A    No.

14        Q    Not by you?

15        A    Not by me.

16        Q    Not by you and not by Mr. Moeore?

17        A    You got to ask Mr. Moeore.  Not by me.

18        Q    That's what I'm asking.  I want to know

19   what you know.  To the best of your knowledge, you have

20   not hired anybody to provide security services for you

21   other than Jason Kane in the past year; is that fair to

page 114

1    say?

2         A     Fair.

3         Q     And do you have specific knowledge that Mr.

4    Moeore has not hired anybody to provide security

5    services for you in the last year?

6         A     No, I don't think so.

7         Q     Do you know is what I'm asking?

8         A     No, he hasn't.

9         Q     He has not.

10             So then back to my original question:  It

11   is a fact, to the best of your knowledge, that no one

12   has been hired to provide security services for you

13   within the past year other than Jason Kane?

14        A     Right.

15        Q     Now, let's go back.  Why do you need

16   security again?

17             MR. MILSTEIN:  It's been asked and

18   answered.

19             BY MR. LATTIMER:

20        Q     You said for personal reasons?

21             MR. MILSTEIN:  Go to the next question.

page 115

1             MR. LATTIMER:  No.

2             BY MR. LATTIMER:

3        Q     Why have you been provided with -- why do

4    you hire security or why do you have security hired for

5    you?

6             MR. MILSTEIN:  Did you answer that question

7    already?

8             THE WITNESS:  Yes.

9             BY MR. LATTIMER:

10       Q     What was your answer?

11       A     For personal reasons.

12       Q     What are those reasons?

13       A     Just because I feel better.

14       Q     You feel better?

15       A     Yes.  It makes me feel better.

16       Q     You ever been threatened?

17       A     No.

18       Q     Anybody ever attempted to assault you?

19       A     No.

20       Q     So what is the insecurity that you feel

21    that causes you to have security?

page 116

```
1        A     Just personal reasons.  I just want

2   security with me.  For anything.

3        Q     For anything?

4        A     Yes.

5        Q     You're trying to assure that nothing does

6   happen; would that be fair to say?

7        A     Yes, that's fair.

8        Q     And it doesn't matter if these people are

9   attentive?

10             MR. MILSTEIN:  What people?

11             THE WITNESS:  It matters.

12             BY MR. LATTIMER:

13       Q     Now, you have a number of tattoos that are

14  visible.  Could you go through them and explain what

15  each of them mean?

16       A     Panther means a panther.

17       Q     Which one is that?  Since it's being

18  recorded, could you hold it up?

19       A     A panther means a panther.  Moeney means

20  money.

21       Q     Where's money?
```

page 117

```
 1      A     Moeney.

 2      Q     The bill?

 3      A     Yes.  VA means Virginia.

 4      Q     Where the VA?

 5      A     Right here.

 6      Q     I can't -- it's upside down, that's why?

 7      A     Yes.

 8      Q     Now, wait a minute, could you hold it up?

 9      A     Yes.

10      Q     There you go.

11            VA?

12      A     Finest.

13      Q     Underneath it says finest.  What does that

14   mean?

15      A     VA's finest.

16      Q     Okay, VA's finest.

17            And the other one underneath that?

18      A     Bad news.

19      Q     Where is the bad news?

20      A     Right here.

21      Q     What's in between bad news?
```

page 118

```
 1        A      Respect.

 2        Q      Is that words?

 3        A      No.

 4        Q      What is that?

 5        A      It's a symbol.

 6        Q      What's the symbol?

 7        A      It's Chinese.

 8        Q      Okay, Chinese.

 9               And the bad news, what does that mean?

10        A      I'm from Newport News.  They call it the

11   bad news.

12        Q      Why is that?

13        A      I don't know.  Just a nickname given to the

14   city.

15        Q      When you say they, who are you talking

16   about?

17        A      The people from Newport News.

18        Q      Oh, the people from Newport News.

19               You got one on the outside of the arm.

20   What does that mean?

21        A      Where.
```

page 119

1       Q       That one.

2       A       Jewels is a nickname.

3       Q       A what is that now?

4       A       A nickname.

5       Q       What is it?

6       A       Jewels.

7       Q       That's your nickname?

8       A       Yes, some of my friends call me.

9       Q       In your Answers to Interrogatories it

10  indicates that Mr. Iverson is also known and referred

11  to as AI, the answer and upchuck, correct?

12      A       Yes.

13      Q       Where did Jewels come from?

14      A       My friends.

15      Q       Why wasn't that listed?

16      A       Oh, you want me to put everything they call

17  me up there?

18      Q       Yes.  Answer all names that you have ever

19  used.  That's what it says.

20      A       I don't use it.  My friends use it.  That's

21  what they call me.

page 120

| 1 | Q | So you have that one on your arm? |
|---|---|---|
| 2 | A | Yes. |

3      Q      What other nicknames are you known by?

4      A      That's it.

5      Q      AI?

6      A      Yes.

7      Q      Correct?

8      A      No.  That's something my fans gave me I

9  guess.

10      Q      The answer?

11      A      Yes.

12      Q      Bubba chuck.

13      A      Yes.

14      Q      Jewels?

15      A      Jewels from this was just a rap thing.  I

16  wouldn't really consider that a true nickname because I

17  don't do the rap thing no more so.

18      Q      It says that you've used?  So rap --

19      A      Jewels.

20      Q      All right.

21             Anything else?

page 121

```
 1       A      No.

 2       Q      Are you sure?

 3       A      No.

 4       Q      Now, is there any others on that hand, that

 5   arm, that we've missed?

 6       A      Soldier and hold my own.

 7       Q      What is the -- you have a drawing above

 8   soldier?

 9       A      Yes.

10       Q      What is that?

11       A      A skull with a helmet on.

12       Q      What is the significance of that?

13       A      Just a soldier.

14       Q      A dead soldier?

15       A      No, a live soldier.

16       Q      Without skin?

17       A      It's alive.  If it's on a person that's

18   alive, it's alive.

19       Q      Then above that was what now?

20       A      Hold my own.

21       Q      What does that mean?
```

page 122

```
1       A       Hold my own.  Handle myself.

2       Q       Handle yourself.

3               Now, the other arm?

4       A       Fire, moneybags.

5       Q       Let's take them one at a time.  You have on

6   your finger you have what is that?

7       A       My wife's initials.

8       Q       And on the back of your hand?

9       A       Moeneybags.

10      Q       What does that mean?

11      A       Moeney, bags, moneybags.

12      Q       Is it -- let me see.  Is that actually

13  money?

14      A       Yes.

15      Q       Then under your watch is there another one?

16      A       Yes.

17      Q       What's that one?

18      A       Fear no one.

19      Q       And there is a drawing?

20      A       Yes.

21      Q       What is that supposed to be?
```

page 123

```
 1        A     Somebody scared.

 2        Q     What's the significance of fear no one?

 3        A     I fear no one.

 4        Q     Is that personal to you?

 5        A     Is it personal to me?

 6        Q     Yes.  Does it depict what you actually

 7   believe?

 8        A     Yes.  I don't fear nobody.

 9        Q     And then let's start here at the -- you

10   have NBN on the outside?

11        A     Yes.

12        Q     What is that?

13        A     Newport bad news.

14        Q     Newport bad news.  The same as the other

15   one?

16        A     Yes.

17        Q     Just a different depiction?

18        A     Yes.

19        Q     And next to that?

20        A     Right here?

21        Q     Yes.
```

page 124

```
 1      A     Cruthik.

 2      Q     I think you discussed that earlier.  That

 3  was another name for the Dynasty Raiders; is that

 4  right?

 5      A     Yes.

 6      Q     Underneath that is what?

 7      A     Underneath it?

 8      Q     Yes.  Underneath Cruthik, what is that?

 9      A     Dynasty Raiders.

10      Q     Dynasty Raiders, so it's all of it in one?

11      A     Yes.

12      Q     And then up above that is what?

13      A     Rahsaan, see you when I get there.

14      Q     What does that mean?

15      A     My best friend got killed.

16      Q     That's the guy you talked about earlier?

17      A     Yes.

18      Q     Who was killed?

19      A     Yes.

20      Q     And then you have on your bicep, what is

21  that?
```

page 125

```
1        A       A bulldog.

2        Q       What's that about?  It says the answer?

3        A       Yes.

4        Q       And then that's a Georgetown Hoya?

5        A       Yes.

6        Q       Is that what that's meant to depict?

7        A       Yes.

8        Q       And over on the other -- on the inside of

9   that, what is that?

10       A       Strength.

11       Q       That's a symbol for that?

12       A       Yes.

13       Q       And then on your deltoid, what is that?

14       A       Only strong survive.

15       Q       How long have you had the tattoos?

16       A       I don't know.

17       Q       What about on your neck, what are those?

18       A       Rahsaan.

19       Q       Which one is Rahsaan?

20       A       I don't know which side it's on.

21       Q       This one over here says Virginia Slim.
```

page 126

```
 1   What is Virginia Slim?

 2        A     Virginia Slim.

 3        Q     What is that meant to depict?

 4        A     A cigarette.

 5        Q     You don't smoke, do you?

 6        A     No.

 7        Q     What's the significance of that?

 8        A     Just I'm from Virginia and I'm slim.

 9        Q     Is that what some people used to call you?

10        A     No.

11        Q     So what's the significance of Virginia

12   Slim?

13        A     It's personal.  I just wanted a tattoo.

14        Q     And that's what I'm asking you.  And I'm

15   not asking you why you got the tattoo.  People get

16   tattoos for a million reasons.

17        A     I'm from Virginia and I'm slim, that's why

18   I got it.

19        Q     And that's my question.  Is that a name or

20   something that you associate with, Virginia Slim?

21        A     No.  Just I'm from Virginia and I'm slim
```

page 127

```
1    and that's why I got it up there.

2         Q      It has like a spider web around it, what's

3    the significance of that?

4         A      No significance.  Just like spider webs.

5         Q      And on the other side?

6         A      Ra boggy.

7         Q      That's that?

8         A      That's Rahsaan.

9         Q      And that again is attribute to your friend?

10        A      Yes, again.

11        Q      This is -- that was after he died, that

12   tattoo?

13        A      Yes.

14        Q      How long ago did that happened, that he

15   passed?

16        A      2001.

17        Q      I take it you and he were good friends?

18        A      Yes.

19        Q      Since high school?

20        A      No, before high school.

21        Q      Grade school?
```

page 128

1        A        Since I was like 14.

2        Q        Were you and his family friends or just you

3   and him?

4        A        Me and him.

5        Q        Now, you talked about Terry Royster.  He

6   provided security for you when?

7        A        Like four or five years ago.  I don't know

8   exactly.

9        Q        When he left you did Jason Kane immediately

10  move into that role?

11       A        No.

12       Q        Who was in between?

13       A        Nobody.

14       Q        So you didn't need security at that point?

15       A        Off-duty police officers, stuff like that.

16       Q        Nobody in particular you mean?

17       A        No.

18       Q        So you would use security, you just would

19  use off-duty police officers and people that would come

20  to you through word of mouth; is that correct?

21       A        Off-duty police officers.

page 129

1        Q      Now, let's go to the weekend of July 18
2    which was the softball event.  How long have you been
3    doing that in D.C. Metropolitan area?
4        A      Like two or three years.
5        Q      And you do -- in conjunction with that you
6    do something in Virginia; is that right?
7        A      Yes.
8        Q      Are these the only two charity events that
9    you are involved in throughout a given year?
10       A      Yes.
11       Q      Nothing in Philadelphia?
12       A      No.
13       Q      So the softball game takes place and that
14   is a charity event whereby you hope to raise money for
15   your foundation, right?
16       A      Yes.
17       Q      And then do you remember why you stayed
18   around after that event last year?
19       A      Stayed around?
20       Q      Yes.  The softball game was on the 18th.
21   This has then happened on the 20th.

page 130

```
 1                    Do you remember why you stayed around?

 2        A    Do I remember why I stayed around?

 3        Q    Yes.

 4        A    Stayed around where?

 5        Q    In D.C.

 6        A    Because I wanted to be in D.C.

 7        Q    So you were just hanging with friends?

 8        A    Yes.

 9        Q    You still have a number of associates in

10   this area?

11        A    No, not that many.  They all moved on with

12   their lives home from school.

13        Q    But so when you stayed here did you stay in

14   a hotel?

15        A    I don't remember.  I probably -- I don't

16   remember what hotel, but I know I probably stayed in a

17   hotel.

18        Q    So you just stuck around, and made you go

19   to the Eyebar on the 20th?

20        A    I don't know?

21        Q    Nothing in particular?
```

page 131

1      A      No.

2      Q      No engagement where you were supposed to

3  sign autographs or anything like that, right?

4      A      No, I don't remember nothing like that.

5      Q      Nothing where you were trying to raise

6  money for the foundation, right?

7      A      No.

8      Q      At least that you recall?

9      A      No, I wasn't here for that.

10      Q      So you were just going to hang out?

11      A      Right.

12      Q      And do you remember who was in your party?

13      A      Not exactly.  It was a long time ago.

14      Q      Best of your recollection, what do you

15  remember?

16      A      Demetrius, my Uncle Greg, Jason.

17      Q      Any females?

18      A      No, no females.

19      Q      Were there females there at the Eyebar with

20  you?

21      A      No.

page 132

```
 1        Q      None?

 2        A      No.

 3        Q      The only people that you remember were

 4  Mr. Gregory Iverson and Demetrius.  Demetrius who,

 5  Jones?

 6        A      Jones.

 7        Q      Those are the only two people that you

 8  remember?

 9        A      Yes.

10        Q      Were there more people that you just don't

11  remember --

12        A      There might be.

13        Q      Let me finish, please.

14               To the best of your knowledge, those are

15  the only two people that you remember?

16        A      Might have been.

17        Q      How did you get there?

18        A      I don't remember.

19        Q      Did you have a car?

20        A      I don't remember.

21               MR. LATTIMER:  Let's take a break and
```

page 133

1    change the tape.

2                    (A short break was taken.)

3                    BY MR. LATTIMER:

4        Q     Mr. Iverson, who is Demetrius Steele?

5        A     I think it's the same dud as Demetrius

6    Jones.  I don't know.

7                    MR. MILSTEIN:  It's the same name.  We

8    understood it to be same name.

9                    MR. LATTIMER:  Well, I understand that; but

10   Mr. Iverson is the only one that counts.

11                   THE WITNESS:  I know him as Demetrius

12   Jones.

13                   BY MR. LATTIMER:

14       Q     So where does the Steele come from?

15       A     I don't know.  Ask him.

16       Q     Ask who?

17       A     Him.

18       Q     Him meaning?

19       A     Demetrius.

20       Q     What I'm asking you is where did you get

21   Steele from?

page 134

1      A     I don't know.  I just heard somebody say

2    his last name was Steele.

3      Q     So why do you call him Jones?

4      A     Because he told me his name was Demetrius

5    Jones.

6      Q     So he goes by a couple of names?

7      A     I don't know.  I never heard anybody call

8    him Demetrius Steele.

9      Q     So when -- where did you get the Steele

10   from, that's what I'm asking?

11     A     I don't know.  I just been hearing his name

12   was Steele.

13     Q     From who?

14     A     People.

15     Q     I thought you just said that you never

16   heard anybody refer to him as Steele before?

17     A     As far as saying his name, but I heard

18   people in the street saying his last name was Steele

19   before.

20     Q     So this is the guy who was in L.A. with

21   you?

page 135

1      A    I don't know if he was in L.A.  I don't

2  think.  No.

3      Q    I thought you said that Demetrius was on

4  the tape?

5      A    I didn't say Demetrius was on that tape.

6      Q    Let's go back because I thought we had that

7  part down.

8      A    I don't remember seeing Demetrius on the

9  tape.

10     Q    Maybe I'm wrong.

11        (Playing tape).

12        Let's go through there again.  Who is's

13  depicted on the tape?

14     A    Who what?

15     Q    Who is from the tape?

16        MR. MILSTEIN:  We went through it already.

17  I object.  Go to another question.  Just read it back.

18  If you don't like the answer -- go ahead, you don't

19  have to answer it.

20        MR. ROSE:  If the goal here is to make it

21  last another hour-and-a-half just put the cards on the

page 136

1   table and keep it where it is.

2            MS. MORAN:  I thought only one person --

3   you ever one client on that side --

4            MR. MILSTEIN:  He's not going through it

5   again.

6            MR. LATTIMER:  Yes he will or he'll come

7   back.

8            Let me make something clear.  This is my

9   deposition.  You or nobody else going to dictate how it

10  go.

11           MR. MILSTEIN:  He did it once.  He's not

12  going to do it again.

13           MR. LATTIMER:  No, he didn't.  He just said

14  that guy is not on the tape.

15           MR. MILSTEIN:  He didn't say that.

16           MR. LATTIMER:  I though I understood him to

17  say it.  If he didn't say it than he'll tell me he

18  didn't say it, but we going to go through it again.

19  We'll either go through it again or you can go now and

20  come back.  It's not going to happen that way, trust

21  me.  It's not going to happen that way now I.

page 137

1               MR. MILSTEIN:  You don't have to raise your

2   advice.

3               MR. LATTIMER:  I've sat here and I watched

4   all of this foolishness go back and forth, but you're

5   wasting my time.  You don't want to talk about me

6   wasting time.

7               MR. MILSTEIN:  Do you have a question, ask

8   him.

9               MR. LATTIMER:  I do have a question.

10               MR. MILSTEIN:  What's your question?

11               MR. LATTIMER:  My question is:  Tell me who

12   is on the tape.

13               MR. MILSTEIN:  He told you before.

14               MR. LATTIMER:  He's going to tell me again.

15               MR. MILSTEIN:  He's not.

16               MR. LATTIMER:  Yes, he will or you can just

17   step and we'll be back.  You're not going to tell me

18   how a deposition is going to be.

19               MR. MILSTEIN:  If you have no other

20   question --

21               MR. LATTIMER:  I'm telling you how this is

page 138

1    going to go.  Either you tell him not to answer the

2    question and you all step and you will come back.

3    That's the end of this.

4                MR. MILSTEIN:  It's not.

5                MR. LATTIMER:  Yes, it is.  We're not going

6    to have this foolishness no more.

7                MR. MILSTEIN:  Don't raise your voice.

8                MR. LATTIMER:  I'm telling you how this is

9    going to go.  I'm sick of this foolishness, man.

10               MR. MILSTEIN:  You're the one being

11   foolish.

12               THE WITNESS:  Yes, I am.  When you want to

13   get silly, we can get silly.

14               MR. MILSTEIN:  I don't get silly.

15               MR. LATTIMER:  The point of the matter is

16   he's going to answer questions how many times I want to

17   ask it until I understand it.

18               MS. MORAN:  It doesn't feel good to have

19   somebody --

20               MR. LATTIMER:  Now, that's just the way

21   it's going to be.  You can do what you going to do.

page 139

1    You can walk if you want to, but you will be back.

2              MR. MILSTEIN:  Do you have another

3    question?

4              MR. LATTIMER:  I told you what my question

5    is.  That's going to be the answer.  He's going to

6    either answer the question or he's going to come back.

7              MR. MILSTEIN:  What do you want to do?

8              THE WITNESS:  I answered the question.

9    Man, shit sound personal.

10             (Playing tape).

11             BY MR. LATTIMER:

12        Q    Who is on this tape?

13        A    Demetrius is not.

14        Q    Demetrius is not.  Who is?

15        A    Jason.

16        Q    Okay.

17        A    Myself.

18        Q    Correct.

19        A    Rahseen.

20        Q    Mr. Moeore?

21        A    Demack, Mr. Moeore.

page 140

```
1              MS. MORAN:  Who is Demack?

2              BY MR. LATTIMER:

3      Q     Demack is?

4      A     Is what?

5      Q     Who is that?

6      A     His name is Demack.

7      Q     What's his real name?

8      A     I don't know.

9      Q     Is he your friend?

10     A     He's one of those Jamal's friends.

11     Q     Who is Jamal?

12     A     One of the guys up there.

13     Q     To you, who is Jamal?

14     A     He's cool with me, one of my friends.

15     Q     He's from L.A.?

16     A     Yes.

17     Q     He's from L.A.?

18     A     Yes.

19     Q     So the guy Demack, is a friend of Jamal?

20     A     Yes.

21     Q     Who else?
```

page 141

```
 1      A      Terrance, Eric.  I think that's it.

 2                      (playing tape.)

 3              BY MR. LATTIMER:

 4      Q      Now that fame we just saw showed a wide

 5  angle and it showed everybody that appeared to be at

 6  this gathering?

 7      A      Right.

 8      Q      Of all of those individuals depicted there,

 9  is it your testimony that Demetrius was not among them?

10      A      Right.

11      Q      Who is Nicole Wickliffe?

12      A      I don't know.

13      Q      Who is LaShanda Perry?

14      A      I don't know.

15      Q      Who is Jason McCree?

16      A      I don't know.

17      Q      Who is Shawn Spitzer?

18      A      I don't know.

19      Q      Who is Nikeith Goins?

20      A      I don't know.

21      Q      Who is Terry Barrow?
```

page 142

1       A       I don't know.

2       Q       Who is Star Wickliffe?

3       A       Star.

4       Q       Star Wickliffe cliff?

5       A       I don't know.

6       Q       Who is Terrance Williams?

7       A       Terrance that's Terrance on the tape right.

8       Q       Well, I don't know that's what I'm asking

9   you?

10      A       Yes, I think that's his name.

11      Q       Now --

12              MR. LATTIMER:  -- can we mark this.

13              (Whereupon, a document was marked as

14   Deposition Exhibit Number 6.)

15              BY MR. LATTIMER:

16      Q       Mr. Iverson, I'm showing you what has been

17   marked as Iverson 6, and this is purportedly your

18   responses to Plaintiff David A. Kittrell's first set of

19   Interrogatories.  If you could take a look at that.

20              If you could for me, go to the last page.

21   Do you see that certification?

page 143

```
1      A    Yes.

2      Q    Is that your signature?

3      A    Yes.

4      Q    Now, prior to providing those answers, did

5  you have an opportunity to review that document?

6      A    Yes.

7      Q    And when you reviewed that document did you

8  see listed the name Terra Barrow?

9      A    I see it now.

10     Q    Did you see it when you reviewed it?

11     A    Yes.  Why?

12     Q    Well, when you saw that name, did you ask

13  anybody who that was?

14          MR. MILSTEIN:  Well, he's not going to go

15  into attorney/client privilege.

16          MR. LATTIMER:  We're not going into

17  attorney/client privilege.

18          MR. MILSTEIN:  We are.

19          You don't have to answer that question.

20          BY MR. LATTIMER:

21     Q    Yes, you do have to answer that.
```

page 144

1                    Other than your attorney, did you ask

2    anybody other than your attorney?

3                    MR. MILSTEIN:  Did you ask anybody other

4    than me?

5                    MR. LATTIMER:  I can ask my own questions.

6                    THE WITNESS:  No.

7                    BY MR. LATTIMER:

8        Q    So when you saw this you didn't know who

9    that was, right?

10       A    No.

11       Q    But you signed a document swearing that all

12   of the foregoing answers were true and correct to the

13   best of your knowledge, right?

14       A    You right.

15       Q    And you did that indicating that this

16   person had some knowledge of this event and you don't

17   even know that is; is that right?

18                   MR. MILSTEIN:  Objection.

19                   The question asked for not only

20   Mr. Iverson, but those who are agents of Mr. Iverson

21   and what knowledge they have about these people.  So

page 145

1  you know that's what the question is.

2              MS. MORAN:  Are you --

3              MR. LATTIMER:  I don't know any such thing.

4              MR. MILSTEIN:  So the answer --

5              MR. ROSE:  Why are you chiming in?

6              MS. MORAN:  I am representing --

7              MR. MILSTEIN:  You know that.

8              MR. LATTIMER:  And if that's the way you

9  want to put it, that's fine.  That ain't the way it is.

10             MR. MILSTEIN:  Read the question.

11             MR. LATTIMER:  Did you -- we can't have --

12             MS. MORAN:  There's two Plaintiffs

13  represented.  So be quite.

14             MR. ROSE:  Make sure you get in the last

15  word, okay.

16             BY MR. LATTIMER:

17      Q     You don't know who this person is, right?

18      A     No.

19      Q     And you don't know what this person saw or

20  might not have seen, right?

21      A     No.

page 146

1        Q      What about Kimberly BeLandi?

2               MR. MILSTEIN:  You asked him that already.

3    You don't have to repeat it.

4               He doesn't know any of people he says he

5    doesn't know and he doesn't know what they say.  That's

6    information that other agents --

7               MR. LATTIMER:  Mr. Milstein --

8               MR. MILSTEIN:  You already said you're not

9    going to repeat.

10              MR. LATTIMER:  I'm going to repeat it.

11              MR. MILSTEIN:  You asked him who that

12   person is.  He said he doesn't know who that person is.

13              MR. LATTIMER:  Mr. Milstein, let me get it

14   clear.  I want to go through --

15              MR. MILSTEIN:  You're not going to ask

16   him --

17              MR. LATTIMER:  Yes, I am, one way or

18   another.

19              MR. MILSTEIN:  Do you have another question

20   other than that you've asked before?

21              MR. LATTIMER:  I'm telling you what I'm

page 147

1   going to do.

2            MR. MILSTEIN:  You already did it.

3            MR. LATTIMER:  As I said, you got two

4   choices here.  You can let me finish or you can step.

5            MR. MILSTEIN:  Well --

6            MS. MORAN:  Why don't you --

7            MR. LATTIMER:  It's that simple.

8            MR. MILSTEIN:  You --

9            MS. MORAN:  You certainly asked questions

10  over and over and over and over.  Practice what you

11  preach.

12           MR. MILSTEIN:  Please.

13           BY MR. LATTIMER:

14       Q    Mr --

15       A    I don't know her.

16       Q    And so you don't know?

17       A    I don't know.

18       Q    Let me finish.  You have to let me finish.

19       A    I don't know.

20       Q    You don't know if -- what she supposedly --

21  that she saw or did not see anything at Eyebar; is that

page 148

```
 1   fair to say?

 2        A      No.

 3        Q      It's not fair to say?

 4        A      I don't know her and I don't know what she

 5   seen.

 6        Q      Crystal Cloonan, do you know her?

 7        A      No.

 8        Q      Anything that she might have or might not

 9   have seen, you don't know anything about it?

10        A      No.

11        Q      And Andre DeMoeya, do you know him?

12        A      No.

13        Q      Anything that he may or may not have seen

14   you don't know anything about it; is that right?

15        A      No.

16        Q      Nikeith Goins, you've already indicated you

17   don't know him?

18        A      No.

19        Q      And you don't know anything about what he

20   may or may not have seen; is that right?

21        A      No.
```

page 149

```
 1        Q      Rex Johnson, do you know him?

 2        A      No.

 3        Q      You don't know anything about what he might

 4   have or might not have seen; is that right?

 5        A      No.

 6        Q      Robin Lyon, do you know her?

 7        A      No.

 8        Q      And you don't know anything about what she

 9   might or might not have seen; is that right?

10        A      Right.

11        Q      Jason McCree, do you know him?

12        A      No.

13        Q      You don't know him as little Jay?

14        A      No.

15        Q      You don't know him at all?

16        A      I don't know Jay.

17        Q      Jason McCree, you don't know him at all?

18        A      No.

19        Q      You never heard of him before today?

20        A      I never heard of that name.

21        Q      And you saw this name when you reviewed, or
```

page 150

1   did you review this part?

2        A     No.

3        Q     So you didn't even review this part, right?

4        A     No.

5        Q     It wasn't necessary because you don't know

6   nothing about this, right?

7        A     No.

8        Q     Gary Moeore you do know?

9        A     Yes.

10       Q     And LaShanda Perry, I think I asked you

11  about her and you said you don't know her?

12       A     No.

13       Q     You don't even know if she was at the bar?

14       A     No.

15       Q     Will Spenser, do you know him?

16       A     No.

17       Q     You don't know if he was at the bar, right?

18       A     No.

19       Q     Shawn Spitzer.  This is a guy who

20  supposedly worked for your limousine service.  Did you

21  have a limousine service that weekend?

page 151

```
 1       A      I don't remember.

 2       Q      Did you go to the Eyebar in a limousine?

 3       A      I don't know.

 4       Q      You remember anybody driving you to the

 5  Eyebar?

 6       A      I don't remember.

 7       Q      So you don't know anything about what --

 8  you don't even know a Shawn Spitzer, right?

 9       A      No.

10       Q      You don't remember a Shawn Spitzer?

11       A      No.

12       Q      You never told nobody you know a Shawn

13  Spitzer, right?

14       A      No.

15       Q      Do you know Mr. Stanton, Dwayne Stanton?

16       A      No.

17       Q      He works for you?

18       A      He works for me?

19       Q      Yes.

20       A      Doing what?

21       Q      He investigated this case for you.  You
```

page 152

1    don't know the him either?

2         A    No.

3         Q    You ain't never talked to you about this

4    event?

5         A    I don't remember.

6         Q    You never remember talking to anybody named

7    Dwayne Stanton, right?

8         A    I don't know.

9         Q    That's my question.

10        A    I don't remember.

11        Q    You certainly never gave him a written

12   statement or anything like that, right?

13        A    No.

14        Q    And Demetrius Steele I think you indicated

15   that that is the person that you've been referring to

16   as Mr. Jones; is that right?

17        A    Yes.

18        Q    And Mr. Jones was at the Eyebar that night,

19   right?

20        A    Yes, I think so.

21        Q    What about Akil Weight?  Do you know that

page 153

1   person?

2       A    No.

3       Q    You never heard of that person?

4       A    No.

5       Q    And you don't know what that person might

6   or might not have seen; is that right?

7       A    No.

8       Q    And Nicole Wickliffe and Star Wickliffe you

9   already indicated you don't know either one of them,

10  right?

11      A    Yes.

12      Q    And is today the first time you're ever

13  hearing of their names?

14      A    Yes.  If I heard them before I don't

15  remember.

16      Q    And Terrance Williams is the person that

17  you now as Terrance; is that right?

18      A    Yes.

19      Q    And I think before you had indicated that

20  you didn't know his last name, but you believe this is

21  the same person, right?

page 154

1       A      Yes, I believe it's the same person.

2       Q      To the best of your recollection Terrance

3  was at the Eyebar that night, right?

4       A      I don't remember that.

5       Q      Well, why do you believe that Terrance was

6  there if you don't remember him being there?

7       A      Why do I believe he was there?

8       Q      Yes.

9       A      I said I just don't remember him being

10  there.

11      Q      So, to the best of your knowledge, Terrance

12  wasn't there?

13      A      I don't know.  I don't remember.

14      Q      Right.  You don't remember him being there,

15  right?

16      A      Right, no.

17      Q      You don't remember having any conversation

18  with him, right?

19      A      No.

20      Q      You don't remember him talking to Jason or

21  being with Jason right?

page 155

```
 1        A     I don't remember him agreeing, so obviously
 2   I don't remember none of that yes.
 3        Q     In what he is talking about him having been
 4   there and what he might or might not have seen you have
 5   no way of knowing that because you don't remember even
 6   him being there; is that right?
 7        A     Yes, I don't even remember him being there.
 8        Q     Let me show you now what's been marked as
 9   Iverson Exhibit 1.
10              (Whereupon, a document was marked as
11   Deposition Exhibit Number 1.)
12              (Whereupon, a document was marked as
13   Deposition Exhibit Number 2.)
14              (Whereupon, a document was marked as
15   Deposition Exhibit Number 3.)
16              BY MR. LATTIMER:
17        Q     Let me show know when you're done?
18        A     I'm done.
19        Q     Recognize in anybody in those two
20   photographs?
21        A     Yes, I recognize Jason.
```

page 156

1       Q       Could you point him out for me?

2       A       Right there.

3       Q       Could you put an I and then a J in

4   parenthesis?

5       A       I and J?

6       Q       I indicating Iverson and then a J

7   indicating that he's --

8       A       Anywhere?

9       Q       Yes; anywhere it will write.

10      A       Okay.

11      Q       Nobody in the upper photograph?

12      A       I don't know his name.

13      Q       You say his, who are you talking about?

14      A       Him.  I seen him before, but I don't know

15   his name.

16      Q       Where have you seen him before?

17      A       He's Jason's man.

18      Q       He's Jason's man?

19      A       Yes.

20      Q       Could you put Jason man on there anywhere

21   you can write?

page 157

1      A      (Witness writing).

2      Q      Let me show you what's been marked as

3  Iverson Exhibit 2.  Take a look there's three

4  photographs one on the sides and two there if you could

5  take a look at those photographs and then let me know

6  when you're done?

7      A      I'm done.

8      Q      Recognize anyone in those photographs?

9      A      Yes, Jason.

10      Q      Which one is Jason?  Start with this

11  photograph here.  Is he in that photograph?

12      A      Right here.

13      Q      That's Jason?

14      A      Yes.

15      Q      Would you put Jason right over there?

16      A      Yes.

17      Q      And then could you go to the top

18  photograph, anybody?  Recognize anybody?

19      A      I see Jason's back.

20      Q      Is that him here?

21      A      Yes.

page 158

| | | |
|---|---|---|
| 1 | Q | Do you recognize anybody here or here or |
| 2 | these two guys? | |
| 3 | A | No, I seen him before but I don't know his |
| 4 | name. | |
| 5 | Q | When you say him, who are you talking |
| 6 | about? | |
| 7 | A | The guy right here.  I seen him before. |
| 8 | Q | Where you seen him? |
| 9 | A | In Virginia. |
| 10 | Q | And just around? |
| 11 | A | Yes. |
| 12 | Q | When you see them, were they usually with |
| 13 | Jason? | |
| 14 | A | I don't know. |
| 15 | Q | I'm asking you when you see them, I'm not |
| 16 | asking you are they usually with Jason? | |
| 17 | A | I don't remember if in he was with Jason or |
| 18 | not.  I might have seen him in the club or working in |
| 19 | the club. | |
| 20 | Q | Can you put Jason back at the top? |
| 21 | A | (Witness complying.) |

page 159

1       Q       Go to the third photograph, and could you

2   tell me if you recognize anyone in those photographs?

3       A       Jason.

4       Q       What about the other guy over there?

5       A       I seen him before.

6       Q       And do you remember where you've seen limb

7   before?

8       A       I don't remember.

9       Q       Anybody else other than Jason and the guy

10  you've seen before?

11      A       No.

12      Q       On the side over there could you put Jason?

13      A       (Witness complying).

14      Q       Let me show you what's been marked as

15  Iverson Number 3, and, again, three photographs.  Take

16  a look at them and let me know when you're done?

17      A       I'm done.

18      Q       Anybody you recognize in those photographs?

19      A       Yes, Jason.

20      Q       You starting with the bottom one?

21      A       Yes.

page 160


1        Q      Is that him with the black T-shirt and the

2    black thing on his head?

3        A      Yes.

4        Q      Anybody else in there that you recognize?

5        A      No.

6        Q      Could you put Jason?

7        A      Yes.

8        Q      Could you start with the top photograph and

9    tell me if you recognize anybody on that one?

10       A      Jason.

11       Q      Anybody else?

12       A      No.

13       Q      The guy shooting, you don't remember him,

14    don't know him, never seen him before?

15       A      No.

16       Q      Could you put Jason at the top?

17       A      Sure.

18       Q      And the last photograph at the bottom?

19       A      (Witness complying).

20       Q      The only person you recognize in there is

21    Jason?

page 161

1        A      Yes.

2        Q      Now, do you recall, if you know, where

3    these photographs were taken?

4        A      At the event in Virginia.

5        Q      2005?

6        A      Yes.

7        Q      Now, the guys that you -- in Iverson 1, the

8    guy you identified as Jason's man, was he in D.C. at

9    any of your events?

10       A      Yes.  We just seen him on TV.

11       Q      Why was he here, do you know?

12       A      No.

13       Q      Iverson 2, the guy in the photographs that

14   you have indicated Jason and Jason's back, the guy you

15   say you seen around, you don't remember where, was he

16   in D.C. at any of your events?

17       A      He might have been I don't remember.

18       Q      Is that the guy who had on the red top that

19   was walking behind Jason and I asked you if you

20   recognized him?

21       A      No.  He was in the last picture.

page 162

```
1        Q       This picture?

2        A       Yes.

3        Q       Which one was that, the guy with the hat

4   on?

5        A       Yes.

6        Q       Jason's man?

7        A       Yes.

8        Q       And anybody in Iverson 3 other than Jason

9   at your event in D.C.?

10       A       Do I know any of them?

11       Q       No.  Did you see any of them at your event

12  in D.C. other than Jason?

13       A       I don't remember if that guy was there or

14  not.

15       Q       Which guy?

16       A       The guy right there.

17       Q       The guy with the phone on the side?

18       A       Yes.

19       Q       And the T-shirt on where you've indicated

20  Jason?

21       A       Yes.
```

page 163

1        Q      He looks familiar?

2        A      I seen him before.

3        Q      Mr. Iverson, there was -- have you ever

4    heard of a group called the horsemen?

5        A      Yes, some wrestlers.

6        Q      Have you ever heard of Jason Kane referred

7    to himself and anybody that he's associated with as the

8    horsemen?

9        A      No.

10       Q      You never heard of Jason Kane being

11   referred to as the leader of a group called the

12   horsemen?

13       A      No.

14       Q      So would it be fair to say that the first

15   time you have ever heard of the horsemen in relation to

16   Jason Kane would be today?

17       A      Yes.

18       Q      Now, you didn't know about a Mr. Rodriguez

19   being in an altercation in Virginia Beach in Virginia?

20       A      I don't know who that is, Mr. Rodrigues is.

21       Q      You don't know who that is?

page 164

1      A      No.

2      Q      You don't recall -- you don't know of a

3   group that was providing security for you down in

4   Virginia being referred to as the horsemen; is that

5   right?

6      A      No.

7      Q      You don't remember anybody being prosecuted

8   for that; is that right?

9      A      No, I don't remember about being

10  prosecuted.

11     Q      You don't remember anybody pleading guilty

12  to assault with regard to that?

13     A      No, definitely.

14            MR. LATTIMER:  Mark this please.

15            (Whereupon, a document was marked as

16  Deposition Exhibit Number 7.)

17            (Whereupon, a document was marked as

18  Deposition Exhibit Number 8.)

19            BY MR. LATTIMER

20     Q      Mr. Iverson, let me show what you has been

21  marked as Iverson 7 and I'm going to ask you to review

page 165

1    the photographs depicted therein and let me know when

2    you're done.

3          A     I'm done.

4          Q     Now, the person identified or pictured here

5    in the top photograph to your right that -- with the

6    skull cap on, that's Mr. Kane; is it not?

7          A     Yes.

8          Q     And the individual depicted in the

9    photograph to your left and on the bottom of the

10    picture to your right, have you ever seen that

11    individual before?

12          A     Never.

13          Q     And you have no knowledge of how he became

14    injured as he was; is that right?

15          A     No.

16          Q     Let me show you what's been marked as

17    Iverson 8.  Let's start with the picture closest to you

18    on the bottom.  Anybody in that photograph that you

19    recognize?

20          A     I mean, it's the back of them.  I would say

21    it's the guy marked as Jason's man.

page 166

1      Q      The guy you marked as Jason's man in

2   Iverson 1?

3      A      Yes.  I mean that's what it look like to

4   me.

5      Q      Anybody else?

6      A      No.

7      Q      And the guy depicted in the top two

8   photographs is just a different angle of the same

9   individual that is depicted in 7, and you indicated you

10  did not recognize him from Exhibit 7.

11            Do you recognize him now that you see

12  different angles that are being depicted in Iverson 8?

13     A      No.

14     Q      How much is Mr. Kane paid to provide

15  services to you?

16     A      I don't know.

17     Q      Well, I thought you indicated you hire him

18  from time to time?

19     A      I hire him?

20     Q      Yes.

21     A      No, I don't hire him.

page 167

1      Q    So any time that he's hired to provide

2   services for you it is through Mr. Moeore?

3      A    Yes.

4      Q    So you never directly hire him and pay him

5   cash or a check or whatever?

6      A    No.

7      Q    So is it fair to say that anybody who

8   provides services for you would be paid by Mr. Moeore?

9      A    Probably.

10     Q    Do you know whether or not Mr. Kane

11  provides services to you pursuant to a contract,

12  written contract?

13     A    No.

14     Q    All of that information would be within the

15  realm of knowledge of Mr. Moeore?

16     A    Right.

17     Q    Now, in this case you have been identified

18  as a Defendant responsible for injuries caused as a

19  result of an altercation which occurred at the Eyebar

20  on July 20th.

21          You understand that, correct?

page 168

```
1        A     Yes.

2        Q     As a result of that it is alleged that

3   individuals suffered injuries from the assault which

4   occurred at that time.

5              You're aware of that too, right?

6        A     Yes.

7        Q     As a result of those injuries, the

8   Plaintiffs in this case are seeking damages from you.

9              You are aware of that as well, right?

10       A     Yes.

11       Q     And those would be compensatory damages and

12  punitive damages.

13             You are aware of that?

14       A     Yes.

15       Q     And punitive damages are damages that they

16  are seeking in order to punish you for the actions that

17  were taken against them that they allege were without

18  cause.

19             Do you understand that?

20       A     Yes.

21       Q     Because of the claim for punitive damages
```

page 169

    1    I'm going to ask you a series of questions dealing with

    2    information about your net worth.  And net worth, as

    3    I'm sure you understand, just means, what's your value,

    4    what's your -- what are you worth, and that is the

    5    measure of punitive damages.

    6              So having said that, how long is your

    7    contract?  How much longer does your contract extend

    8    with the Philadelphia 76ers?

    9        A    Three more years.

   10        Q    And is your compensation stationary or does

   11   it escalate or does it decrease?

   12        A    Escalate.

   13        Q    What is your salary this -- well, this past

   14   season?

   15        A    16.5 million.

   16        Q    And that would be for 2005 and 2006?

   17        A    Yes.

   18        Q    And 2006 and 2007?

   19        A    17.

   20        Q    And in the following year?

   21        A    I don't know.

page 170

```
 1       Q      The last year?

 2       A      I would think 17.5.  I don't know exactly.

 3       Q      And do you have any endorsement contracts?

 4       A      Yes.

 5       Q      With whom?

 6       A      Reebok.

 7       Q      Anybody else?

 8       A      No.

 9       Q      What type of endorsement is that for,

10  sneakers and sports apparel?

11       A      Sneakers and apparel.

12       Q      Is that a set contract, in other words, for

13  a specific term?

14       A      It's lifetime.

15       Q      It's lifetime?

16              MR. MILSTEIN:  You don't have to answer

17  that.  I direct him not to answer.

18              MR. LATTIMER:  You're directing him not to

19  answer?

20              MR. MILSTEIN:  Yes.

21              MR. LATTIMER:  Well, we can handle this one
```

page 171

1    of two ways.  We can get the judge on the phone or we

2    get adjourn the deposition and come back.

3              MR. MILSTEIN:  Get the judge on the phone

4    if you want to get him.  It's subject to the

5    confidentiality agreement.

6              MR. LATTIMER:  We got a confidential

7    amount.

8              MR. MILSTEIN:  The Reebok contract.

9              MR. LATTIMER:  I'm sorry?

10             MR. MILSTEIN:  The Reebok contract.  In

11   addition Judge K. Huvelle has ordered that those kinds

12   of things aren't to be inquired, and Interrogatories

13   and in the request to produce, and so they wouldn't be

14   proper subject.  That's already been ruled on as

15   inappropriate.

16             MS. MORAN:  Do you have an order saying

17   that?

18             MR. LATTIMER:  We can get the judge on the

19   phone.

20             MR. MILSTEIN:  Get him on the phone.

21             MS. MORAN:  Let's not misspeak.  Last time

page 172

1    You say the traveled with him.

2              MR. LATTIMER:  Why don't we go off so we

3    can get the judge on the phone.

4              (A discussion was held off the record.)

5              BY MR. LATTIMER:

6        Q    Mr. Iverson, when we left --

7              MR. LATTIMER:  -- what was my last question

8    and his last answer?

9              THE WITNESS:  Asked about my money.

10             MR. MILSTEIN:  Was the Reebok contract.

11             BY MR. LATTIMER:

12       Q    It was the about the Reebok contract and

13   you told me it was a lifetime deal?

14       A    That's correct.

15       Q    And then I asked you about how much you've

16   been paid and your counsel directed you not to answer.

17       A    Right.

18       Q    Any other endorsement contracts?

19       A    No.

20       Q    I thought I understood you to say it's for

21   apparel and sneakers; is that right?

page 173

```
 1        A     Yes.  I think I got some -- no, no.  I had

 2   a car deal, but I don't know.  You have to get with

 3   Gary to find out the name of the company.

 4        Q     Now, you indicated that -- did you sell

 5   your house at --

 6              MR. MILSTEIN:  Moenk Road?

 7              BY MR. LATTIMER:

 8        Q     Moenk Road?

 9        A     Yes.

10        Q     Do you own any other homes other than the

11   800, I forgot was that address is, but the one you

12   currently live in?

13        A     No.

14        Q     That's the only house you currently own?

15        A     I think that the houses in Virginia in my

16   mom's name.

17        Q     Houses, how many?

18        A     Two.

19        Q     Who lives in them?  You say your mom and

20   your sisters live in one.  Who lives in the other one?

21        A     Nobody.
```

page 174


1        Q       Is it a rental property?

2        A       No.

3        Q       It's just vacant at this present time?

4        A       Yes.

5        Q       Any other houses you own?

6        A       No.

7        Q       What about cars?  How about cars?  How many

8   cars you own?

9        A       How many do I own?

10       Q       Yes.

11               THE WITNESS:  We get them cars out of my

12   name, right?

13               MR. ROSE:  Not yet.

14               THE WITNESS:  How many was that?

15               MR. ROSE:  Try about eight or nine.

16               MR. ROSE:  Is it okay if I'm giving him

17   that information?

18               MR. LATTIMER:  Sure.

19               MR. ROSE:  I'm just trying to help you out.

20               THE WITNESS:  Fifteen.

21               BY MR. LATTIMER:

page 175

1        Q      Are they your cars or are for other people?

2        A      Only four of them mine.

3        Q      What cars do you own?  Let me take it back.

4    You own them all.  What cars do you own for your use?

5        A      Two Rolls Royces, Bentley, and a Escalade.

6        Q      You own a Phantom?

7        A      Two Rolls Royce.

8        Q      That's a Phantom?

9        A      Yes.

10       Q      Do you drive or do you have drivers?

11       A      I drive myself.

12       Q      Do you have drivers though?

13       A      No.

14       Q      Do you own any buildings?

15       A      No.

16       Q      I had an occasion to review some materials

17   last week regarding some business ventures with the

18   Akimbo Mutombo, Patrick Ewing, Michael Jordon, Antoine

19   Walker.

20              Were you ever involved in any business

21   ventures with any of those individuals?

page 176

```
 1       A     No.

 2       Q     At no time when you were with David Falk

 3  were you involved in any business ventures with any of

 4  the individuals that I have just mentioned?

 5       A     No.

 6       Q     In terms of business property, do you own

 7  any?

 8       A     No.

 9       Q     Do you own any rental properties?

10       A     No.

11       Q     Do you own any real estate that you have

12  not mentioned today?

13       A     No.

14       Q     Now let's switch gears and go back to Mr.

15  Kane.

16             Does he still work with you for you?

17       A     No.

18       Q     When did that relationship cease?

19       A     I don't know exactly.  Probably -- I don't

20  know exactly.  Probably since I started the season.

21       Q     Started the basketball season?
```

page 177

```
1      A     Yes.  I don't know exactly.

2      Q     Let me ask it this way.  Has he worked for

3   you, with you since July 2005?

4      A     Probably.

5      Q     Why does he no longer --

6      A     Since July?

7      Q     Yes, 2005.  It would have been last year

8   about the time of the incident at the Eyebar, about the

9   time of your celebrity softball tournament or game?

10     A     At the time of the game, yes.

11     Q     What about after that?

12     A     I'm not sure.

13     Q     Why did he stop?

14     A     I just didn't need him.

15     Q     You don't use security anymore?

16     A     No.  I use off-duty police officers.

17     Q     Why did you change is what I'm asking?

18     A     Just felt it was best for me.

19     Q     Why?

20     A     Just because.

21     Q     Okay.  That's exactly what I'm exploring.
```

page 178


1              What is it that led you to conclude that it

2    was in your best interests to have off-duty police

3    officers work for you now?

4        A    Because it crazy in clubs and they licensed

5    to carry.

6        Q    Firearms you mean?

7        A    Yes.

8        Q    When you say it gets crazy in clubs, what

9    do you mean?

10       A    It gets crazy.  People get killed in clubs,

11   after clubs.

12       Q    That's true, but what I'm trying to

13   understand is, were you not satisfied with the services

14   of Mr. Kane?

15       A    They couldn't be armed.

16       Q    Why do they need to be armed?

17       A    I just explained that.

18       Q    Because it gets crazy?

19       A    Yes.

20       Q    They were able to protect you from most

21   situations I thought understood to you say earlier --

page 179

1       A     You right, but I just decided that's what I

2    wanted to do.  Just made a decision.

3       Q     When you go from local to local you hire

4    off-duty police officers from that local?

5       A     No.  Gary Moeore hire them.

6       Q     Mr. Moeore hires them on your behalf?

7       A     Yes.

8       Q     So you have a security detail with you

9    today?

10      A     No.

11      Q     Why?

12      A     Just didn't feel the need to.

13      Q     Not afraid of us?

14      A     Not at all.

15            MR. ROSE:  Might have had it if, you know,

16   you were going to be in for.  You might have brought

17   security if you knew what you were in for.

18            BY MR. LATTIMER:

19      Q     Have you used off-duty police officers in

20   D.C. since July of 2005?

21      A     I think so.

page 180

1      Q      What occasions do you remember?

2      A      Probably a party or something.

3      Q      How does that work?  Do you know or is it

4   do you leave that entirely to Mr. Moeore?

5      A      Yes.

6      Q      Yes meaning you know or yes meaning --

7      A      Yes meaning I leave it to Mr. Moeore.

8      Q      How did you get in today, meaning to D.C.?

9      A      Drove.

10      Q      Your car?

11      A      Yes.

12             MR. LATTIMER:  We might be done.  Why don't

13   we take five.

14             MR. MILSTEIN:  Either be done or don't be

15   done.

16             MR. LATTIMER:  I need to take five minutes.

17             MR. MILSTEIN:  Do you have another

18   question?

19             MS. MORAN:  Yes we have other questions.

20             MR. MILSTEIN:  Then ask them.

21             (A short break was taken.)

page 181

```
 1              BY MR. LATTIMER:

 2        Q    Now, did you driver yourself or did you

 3   have somebody drive you?

 4        A    My man drove me.

 5        Q    A friend of yours?

 6        A    Yes.

 7        Q    Have you spoken to Mr. Kane about the

 8   incident at Eyebar since it occurred?

 9        A    No.

10        Q    Have you spoken to any of the individuals

11   who were with you at the Eyebar --

12        A    I --

13        Q    Let me finish the question.

14             -- about the incident since it occurred?

15        A    No, I don't think so.

16        Q    Now, although you've indicated to me that

17   you do not have, number one, you don't remember the

18   date.  Number two, you don't remember much of what

19   happened.

20             What do you recall happening when you got

21   to the Eyebar that night?
```

page 182

1        A       Just coming in.  It got rowdy in there I

2   guess.  The guys were fighting or whatever and I got

3   right out.  I didn't stay in there that long.  As soon

4   as I got in there something happened and we got out of

5   there.

6        Q       How long were you there?

7        A       I don't remember.  It wasn't long.

8        Q       Was it more than 20 minutes?

9        A       I don't think so.

10       Q       Was it more than --

11       A       I don't know.

12       Q       Was it more than ten minutes?

13       A       It might have been more than ten.

14       Q       Would it be fair to say between 10 and 20

15   minutes?

16       A       I don't know.  It was probably more 10, but

17   I don't know.  I can't give you an approximate.

18       Q       You indicated you don't believe it was more

19   than 20 minutes, right?

20       A       I don't know.  It was a long time ago.  I

21   just remember not being in there long.

page 183


 1       Q     Now, when you went in had you spoken to

 2  anybody to let them know that you were coming?

 3       A     No.

 4       Q     Had anybody been directed by you to speak

 5  with anybody to let them know that you were coming?

 6       A     I don't remember.  I doubt it.

 7       Q     So you don't know why everybody knew you

 8  were coming?

 9       A     I didn't know people knew I was coming.

10       Q     So you didn't know anything about that?

11       A     No.

12       Q     You didn't know that arrangement had been

13  made for you to be seated at a certain location?

14       A     No, I didn't know.

15       Q     When you were brought in or when you walked

16  in you were directed to the VIP section, right?

17       A     Probably.

18       Q     Do you recall or are you just assuming?

19       A     I'm assuming.  That's usually where I go

20  when I get in the club.

21       Q     Do you recall having a seat when you went

page 184

1   into the club?

2        A    I don't think we had a chance to even sit

3   down.

4        Q    Do you recall ordering anything when you

5   were in the club?

6        A    I don't remember.  We might not have had

7   that much time.

8        Q    Do you recall drinking anything when you

9   were in the club?

10       A    No.

11       Q    Do you recall having champagne?

12       A    I don't remember that.

13       Q    Do you recall Jason having any discussion

14   with anyone?

15       A    No.

16       Q    Do you recall anybody from your security

17   attempting to clear out an area for you?

18            MR. MILSTEIN:  He's already testified he's

19   only security was Jason.

20            THE WITNESS:  I was getting ready to say

21   that.

page 185

```
 1              BY MR. LATTIMER:

 2       Q     I'm asked you whether you remember Jason or

 3  anybody trying to clear out an area just for you?

 4       A     No.

 5       Q     So do you remember that you -- did you or

 6  did you not get to the VIP section?

 7       A     I think we got there.

 8       Q     When you got there what, if anything, did

 9  you do?

10       A     Nothing.  Right when we got there a fight

11  broke out.

12       Q     A fight broke out between who?

13       A     I have no idea.

14       Q     You didn't see?

15       A     No.

16       Q     So when you got to the club Jason Kane was

17  at your side?

18       A     I don't know where he was at exactly.

19       Q     Well, did he stay at your side the entire

20  time?

21       A     I don't remember.
```

page 186

1       Q     Do you know whether or not he was involved

2    in the altercation?

3       A     No.

4       Q     Did you see him -- did he usher you out of

5    the front door?

6       A     I don't know what door we left out of, but

7    we left out of there.  Yes, he was with me.

8       Q     And did you depart with him in a limousine

9    that you had hired for the evening?

10      A     I don't remember a limousine.  I don't

11   remember how we got there.

12      Q     Let me show you what's been marked as

13   Iverson 4.  We've seen those?  Those are your answers

14   to Marlin Godfrey's first set of Interrogatories.

15            Have you seen that?

16      A     Yes.

17      Q     And the last page contains your signature;

18   is that right?

19      A     Yes.

20      Q     I want you to review Interrogatory answer

21   question and answer 4 and then let me know when you're

page 187

 1   done.

 2        A     (Witness reviewing document).

 3        Q     Done?

 4        A     Yes.

 5        Q     Is that true?

 6        A     Yes.

 7        Q     It is?

 8        A     Yes.

 9        Q     I thought I just understood you to testify

10   that you don't know whether Mr. Kane was at your side

11   or not?

12        A     I said I don't know where he was at.

13        Q     Right.

14        A     I mean, at my side, in front of me, in back

15   of me.  I don't know.

16        Q     I understand.  You don't know where he was,

17   right?

18        A     No, I don't remember where he was.

19        Q     Here you say Mr. Kane Jason Kane was at my

20   side the entire time?

21        A     Yes.

page 188


```
 1        Q      Is that true?

 2        A      It was a long time ago man.  I do not

 3   remember.

 4        Q      I understand that, but what I'm saying is

 5   that was it true at the time you said it or did you see

 6   it?

 7        A      That's what I believed when I said it.

 8        Q      You did review this, right?

 9        A      Yes, I reviewed it.

10        Q      And it was -- you said it was accurate at

11   the time?

12        A      Yes.

13        Q      You have to say yes or no.

14        A      Yes.

15               MR. MILSTEIN:  He said yes.

16               BY MR. LATTIMER:

17        Q      And you departed in a limousine that you

18   hired?

19        A      I don't remember.

20        Q      Who you say that, who's the we that hired

21   the limousine?
```

page 189

1       A       We?

2       Q       Yes.   We departed the scene in the

3    limousine we had hired for the evening.   Who's the we

4    you're talking about?

5       A       Probably Moe.

6       Q       Well, what I'm asking you is:   Who's the we

7    that you're talking about -- since you say you reviewed

8    this, who's the we that you're talking about when you

9    say we hired for the evening?

10      A       I probably talking about me and Moe.

11      Q       You probably talking about you and Moe?

12      A       Yes.

13      Q       But you don't have a recollection?

14      A       I don't remember.

15      Q       And who was the limousine for?

16      A       If we was in the limousine then obviously

17   it was for me.

18      Q       So you had your car in D.C. that weekend,

19   correct?

20      A       I don't know.   I don't remember.

21      Q       You don't remember?

page 190


1      A      No.

2      Q      You don't remember departing in a Phantom?

3      A      I don't remember.

4      Q      You don't remember?

5      A      No.

6      Q      So you're in the club and you're at the VIP

7  section, and where was Terrance at that point?

8      A      I have no idea.

9      Q      So can you see Terrance?

10     A      I don't remember seeing him.

11     Q      Where was the gentleman depicted in Iverson

12  1, Jason's man?

13     A      I don't know if he was there.

14     Q      I thought I understood you to testify

15  earlier that Jason's man was there and that he was on

16  the video as well?

17             MR. MILSTEIN:  Objection.  He didn't --

18             THE WITNESS:  I ain't said he was in the

19  Eyebar.

20             MR. MILSTEIN:  He said he was on the video

21  in the softball game.

page 191

```
 1              BY MR. LATTIMER:

 2      Q    So he wasn't at the Eyebar?

 3      A    I don't remember him being there.

 4      Q    You don't remember Jason's man being there?

 5      A    No.

 6      Q    So you're in the Eyebar at the VIP section,

 7  and what happens when you get to the VIP section?  Tell

 8  me exactly what you see.

 9      A    Scuffling.

10      Q    As soon as you got there?

11      A    I don't know exactly how long I was there

12  and I don't know how long it took for the scuffle to

13  break out.  I saw a scuffle and I left.

14      Q    Did you join in the scuffle?

15      A    No.

16      Q    Did you become involved in any way?

17      A    No.

18      Q    You don't know if Mr. Kane was involved?

19      A    No.

20      Q    You didn't -- did you tell Mr. Kane let's

21  go?
```

page 192

1        A      I don't remember.

2        Q      You say you left, how did that happen?

3   Explain exactly how it is that it came to pass that you

4   left when you observed the scuffle.

5        A      Saw a scuffle and walked out.

6        Q      By yourself?

7        A      No, probably the guys that were with me

8   left with me.

9        Q      Tell me how it happened.  Did you say,

10  let's go --

11       A      I don't remember.

12       Q      Let me finish.

13              Did they say to you come on, Allen, let's

14  go?  Did you say to them, come on guys, let's go?  How

15  did it happen?

16       A      I don't remember.

17       Q      So then what happened.  So people were

18  still scuffling after you and all of your people left?

19       A      I don't know.  I couldn't see once I turned

20  around and walked out.

21       Q      Could you hear?

page 193

1    A    I don't remember all of that.

2    Q    Did it --

3    A    It was allowed music.

4    Q    Did it sound like a scuffle was going on?

5    A    I don't remember all of that.

6    Q    So you don't remember anything about the

7    scuffle once you turned to leave?

8    A    Once I was gone, I was gone.

9    Q    Did you ever stand on a couch or a stool or

10   anything?

11   A    I don't remember.

12   Q    Did you ever throw anything?

13   A    No.

14   Q    Did anybody ever throw anything at you?

15   A    No.

16   Q    Did anyone ever attempt to hit you?

17   A    No.

18   Q    Anybody ever strike you?

19   A    No.

20   Q    Did you ever strike anyone?

21   A    No.

page 194


1       Q     You turned to leave; is that right?

2       A     Yes.

3       Q     You and the guys you were with some of them

4   right?

5       A     Yes.

6       Q     And at that point?

7       A     All of them.

8       Q     All of them.  How many was that

9   approximately?

10      A     I gave you the names that were with me.

11      Q     Was it when you arrived did you go in one

12  car or more than one car?

13      A     I don't remember.

14      Q     So you got there you turned to leave you

15  left and went where?

16      A     I don't remember.

17      Q     You don't remember where you went?

18      A     No.  It was a long time ago.

19      Q     2005, less than a year?

20      A     A year after leaving a club you think I

21  remember where I wept.

page 195


1       Q     You got sued right?

2       A     Yes.

3       Q     Did you try to do anything to help you

4    recall what occurred that night?

5       A     No.  I left.  I got sued for nothing.  So

6    that's that.  I ain't paying no mind.  I saw a fight in

7    the club and walked out.

8       Q     Did you see Steve Francis there?

9       A     I don't remember seeing Steve.

10      Q     You don't?

11      A     No.  It was a long time ago.

12      Q     Let me show you Iverson 6, and I'm going to

13   ask you to review Interrogatory 20 and your answer and

14   let me know when you're done.

15            You had a chance to review that?

16      A     Yes.

17      Q     Now, there you indicate that you

18   recognized, you saw and recognized Steve Francis?

19            MR. MILSTEIN:  It doesn't say that.  It

20   says --

21            MS. MORAN:  Objection.

page 196

1              MR. MILSTEIN:  -- the names of all of

2    people who you knew, saw, or recognized.

3              BY MR. LATTIMER:

4        Q    Mr. Iverson, let me read it.

5              Mr. Iverson recognized or familiar with

6    fellow NBA player Steve Francis who was present at the

7    club located in Washington, D.C. on July 19, 2005, on

8    July 20th, 2005.

9              I don't know what you think that says, but

10   it absolutely says --

11             MR. MILSTEIN:  Look at the question.

12             MR. LATTIMER:  The question -- the point

13   is --

14             BY MR. LATTIMER:

15       Q    -- you said you saw him and you said you

16   recognized him, correct?

17       A    Did I say it in that?

18       Q    Yes.

19       A    I don't remember seeing him.

20       Q    You don't remember seeing him?

21       A    I don't remember seeing him.  I don't

page 197

1   remember seeing him.

2        Q    These are dated --

3        A    Okay.  I'm telling you today I don't

4   remember seeing Steve that night.

5        Q    But let me finish.

6             These are dated May 9th, 2006, yesterday?

7        A    Right.

8        Q    As of yesterday you certified that what was

9   contained in these interrogatory responses were true.

10  I certify that the foregoing answers to Plaintiff David

11  A. Kittrell's Interrogatories are true and correct to

12  the best of my knowledge, information, and belief.  I

13  am aware that any of the foregoing answers are

14  knowingly false I may be subject to perjury?

15       A    I don't remember seeing Steve.

16       Q    I didn't ask that question.

17            What I said was:  You do remember reading

18  that, right?

19       A    You right.

20       Q    And you did sign that, right?

21       A    Yes.

page 198

1      Q    And that indicates that you believe

2  everything that you put in these Interrogatories or was

3  put on your behalf in these Interrogatories was true;

4  isn't that right?

5      A    You right.

6      Q    And is it that you don't remember seeing

7  Steve today and you remembered yesterday or is it that

8  you didn't remember yesterday?

9      A    I don't remember today.  I don't remember

10  seeing Steven.

11      Q    You don't remember?

12      A    Obviously, if I put it down there.

13      Q    So you remembered yesterday that you saw

14  Steve Francis but you don't remember today?

15      A    Today I'm telling you I don't remember

16  seeing Steve.  Yes, you right.

17      Q    You remember seeing him yesterday?

18      A    Yes, obviously.

19      Q    But you don't remember seeing him today?

20      A    I don't remember seeing him.

21      Q    Did you or did you not see him?

page 199

1      A     I don't remember seeing him.

2      Q     Well, so were you in error when you said

3   that --

4      A     Maybe.

5      Q     -- yesterday?

6      A     I don't remember seeing him though.

7      Q     My question is --

8      A     Yes.

9      Q     So that wasn't true?

10           MR. MILSTEIN:  He didn't say it wasn't

11   true.

12           MR. LATTIMER:  I'm asking the question.

13           MR. MILSTEIN:  We know, Mr. Francis was

14   there and we know --

15           MS. MORAN:  Are you testifying?

16           MR. LATTIMER:  We who?

17           MR. MILSTEIN:  Look at the directions on

18   your Interrogatories where it says who you is and you

19   includes all of his agents -- that's right.

20           MR. LATTIMER:  You can go through this all

21   you want to because the point of the matter is --

page 200

```
 1                MR. MILSTEIN:  Do you have another

 2  question?

 3                MR. LATTIMER:  Mr. Iverson signed them and

 4  we want to know what Mr. Iverson know.  We don't care

 5  what you know.

 6                MR. ROSE:  But what you're doing is

 7  cross-examining --

 8                MR. MILSTEIN:  Do you have another

 9  question?

10                MS. MORAN:  Are you Barred in this

11  jurisdiction?  I don't think you should be here.

12  You're violating the local rules.

13                MR. MILSTEIN:  Do you have another

14  question?

15                MR. ROSE:  I apologize.

16                MS. MORAN:  It wasn't me.

17                MR. ROSE:  You're the one that was giving

18  me the --

19                MR. LATTIMER:  I don't care what you mean.

20  I'm asking him and that's it way it goes.

21                MR. MILSTEIN:  He's already answered the
```

page 201

1    question.  Do you have another question?  If you don't,

2    then we're going.

3              MR. LATTIMER:  You keep saying that.  I

4    don't know why you do that.  You don't make any headway

5    with me about that.

6              MR. MILSTEIN:  I'm not worried about your

7    threats.  Do you have another question?

8              MR. LATTIMER:  You need to stop with your

9    threats.

10             MR. MILSTEIN:  I don't threaten anybody.

11   Just ask a question.

12             MR. LATTIMER:  I'm not worried about you

13   walking.  Let's get over that.

14             BY MR. LATTIMER:

15        Q    Now, Mr. Iverson, would it be fair to say

16   that the Interrogatories that have been submitted in

17   this case are not consistent with your recollection of

18   events?

19             MR. MILSTEIN:  I object to that.

20             BY MR. LATTIMER:

21        Q    You can answer.

page 202

1        A      Ask the question again.

2               MR. LATTIMER:  Why don't we read it back.

3               (Whereupon the following portion of the

4    testimony was repeated by the Court Reporter:

5               "QUESTION:  Now, Mr. Iverson, would it be

6    fair to say that the Interrogatories that have been

7    submitted in this case are not consistent with your

8    recollection of events?")

9               THE WITNESS:  They consistent.  I just

10   don't remember seeing Steve.

11              BY MS. MORAN:

12       Q      You don't remember seeing Steve or any of

13   the other, or knowing that any of the other individuals

14   we talked about, right?

15       A      Right.

16              BY MR. LATTIMER:

17       Q      Do you remember when the pump tape was

18   made?

19       A      No.

20       Q      Your birthday is when?

21       A      June the 7th.

page 203

1      Q      Would it be fair to say that it was

2   probably around June?

3      A      Yes, around that time.

4      Q      June of 2005?

5      A      Yes.

6      Q      I thought do you know of progressive

7   security consultants?

8      A      Who.

9      Q      Progressive security consultants?

10      A      No.

11      Q      Now, you spoke with Jason Kane in

12   December 2005 about this incident, correct?

13      A      I don't remember.

14      Q      Would you take a look at Iverson 6,

15   Response to Interrogatory 10, then let me know when

16   you're done.

17              MR. MILSTEIN:  Okay.

18              BY MR. LATTIMER:

19      Q      Are you done?

20      A      Yes.

21      Q      Does that refresh your recollection?

page 204

```
 1                  MR. MILSTEIN:  That's Mr. Iverson's counsel
 2   spoke to Mr. Kane.
 3                  BY MR. LATTIMER:
 4        Q     Did you speak to Mr. Kane?
 5        A     I don't remember speaking to him.
 6        Q     Let me show you Iverson 4 which is the
 7   responses to Marlin Godfrey's Interrogatories.
 8                  Read number 4 and let me know when you're
 9   done.
10        A     I read that one already.
11        Q     I want to ask you something.  Are you done?
12        A     Yes.
13        Q     In the second sentence you say, I arrived
14   at the Eyebar --
15                  MR. MILSTEIN:  I arrived at the Eyebar on
16   the evening in question with some acquaintances
17   including my Uncle Gregory Iverson and independently
18   retained security consultant for the night named Jason
19   Kane Jason Kane and two men from Virginia.
20                  BY MR. LATTIMER:
21        Q     At I was saying, I arrived at the Eyebar on
```

page 205

1   the evening in question with some acquaintances

2   including my Uncle Gregory Iverson and independently

3   retained security consultant for the night named Jason

4   Kane and two men from Virginia.

5           Do you see that?

6       A   Yes.

7       Q   Who were they, the two men from Virginia?

8       A   I don't remember.

9       Q   Did you remember at the time you answered

10  these Interrogatories?

11      A   No.  I don't remember.

12      Q   So where did that come from?

13      A   Two guys from Virginia.  I don't remember

14  who was with them.

15      Q   You don't remember who they were?

16      A   Or who they were?

17      Q   The house that you sold on Moenk Road was

18  that to a family member or an arms-length transaction

19  with a third party?

20      A   It wasn't a family member.

21      Q   It was an arms-length transaction with a

page 206

```
 1   third party?

 2        A     Yes.

 3        Q     Done by a real estate?

 4        A     Yes.

 5        Q     The houses you have in Virginia, how long

 6   have you owned those?

 7        A     Like almost ten years.

 8        Q     Both?

 9        A     Both, yes.

10        Q     Are those houses paid for?

11        A     Yes.

12        Q     The Virginia houses?

13        A     Yes.

14        Q     What about the Pennsylvania house?

15        A     I'm paying for it.

16        Q     You have a mortgage on the house?

17        A     Yes.

18              MS. MORAN:  We going to call the judge.

19              MR. MILSTEIN:  Let's brief it.

20              MR. LATTIMER:  No, it's five after 4:00.

21   The judge says she's available at 4:00.
```

page 207

1           MR. MILSTEIN:  Let's just brief it.

2           MS. MORAN:  We call the judge.

3           MR. MILSTEIN:  I prefer to brief it.

4           MR. LATTIMER:  We're going to call the

5    judge.  If you want to walk out, you walk out.  The

6    judge says she's available at 4:00.

7           THE WITNESS:  So I have to come back to

8    answer one question?

9           MS. MORAN:  Or whatever else we think of at

10   that point, which gives us more time to think.

11           (A short break was taken.)

12           BY MR. LATTIMER:

13      Q    Mr. Iverson, I had shown you Iverson 6

14   which was your answers to the Interrogatories of David

15   Kittrell and you had executed a certification.  And I

16   was looking at the unexecuted certification that had a

17   date of May 9th, that you had signed it on May 9th

18   which was yesterday, and in actuality you signed the

19   certification today.

20           And so I wanted to clarify the record

21   because, as you may recall, I misspoke and indicated

page 208

1   that you had signed these yesterday as opposed to

2   today.

3           So in order to clear up the record I want

4   to go back and address the issue that we were talking

5   about which dealt with Mr. Francis.

6           As I recall, I had asked you about Mr.

7   Francis and you said you didn't remember him being

8   there?

9       A   No.

10      Q   You signed the certification today, in

11  fact, indicating that you did see Mr. Francis there,

12  and so I need to reconcile those two.

13      A   I don't remember seeing him.

14      Q   So --

15      A   After signing today, I don't remember

16  seeing him.

17      Q   So did you ever remember seeing him?

18      A   No, I don't remember seeing him.

19      Q   So for purposes of clarity this answer is

20  erroneous; is that right?

21      A   Right.

page 209

1      Q     Okay.

2            MR. LATTIMER:  We can go off.

3            (A discussion was held off the record.)

4            BY MR. LATTIMER:

5      Q     Have you known Mr. Jason Kane to ever be

6   involved in a physical altercation with anyone?

7      A     Ever been involved.

8      Q     Yes.

9      A     I don't remember him being involved with

10  nobody.

11     Q     So you've never seen him being involved in

12  a physical altercation?

13     A     I ain't never seen him.

14           MR. LATTIMER:  You told him he can leave.

15  We're not done.

16           MR. MILSTEIN:  Do you have any other

17  questions?

18           MR. LATTIMER:  Yes, depending on what the

19  judge rules.  What do you mean?

20           MR. MILSTEIN:  If he says he has to answer

21  the Reebok question --

page 210

```
 1                  MR. LATTIMER:  This deposition ain't over.

 2   You can't cancel our deposition.

 3                  MR. MILSTEIN:  Do you have any other

 4   questions?

 5                  MR. LATTIMER:  I already told you,

 6   depending on the judge says.  He is not free to leave.

 7                  MR. MILSTEIN:  I disagree.

 8                  MR. LATTIMER:  Well, we're off.

 9                  (A discussion was held off the record.)

10                  BY MR. LATTIMER:

11       Q    Mr. Iverson, I just have a couple of more

12   questions for you regarding the Reebok credit that you

13   said is for a lifetime, and my question was:  Does it

14   pay you a set amount throughout the duration?

15       A    Yes.

16       Q    And what is that?

17       A    5 million a year.

18       Q    5 million a year.  And then the other

19   questions were with regard to the property in Virginia.

20                  How much did you pay for that?

21       A    Well --
```

page 211

1       Q       In other words, how much is it worth?

2       A       I think 250,000.

3       Q       For both?

4       A       Yes.

5       Q       That's how much you paid?  How much are

6  they worth now, do you know?

7       A       I have no idea.

8       Q       Is that stuff still within the realm of the

9  responsibilities of Mr. Moeore in terms of valuation

10 and all of that kind of stuff?

11      A       No.  Ms. Iverson.

12      Q       Your mother?

13      A       Yes.

14      Q       Basically you bought it for her, but it's

15 her property?

16      A       Yes.

17      Q       Is there a provision in the Reebok contract

18 that deals with revocation, under what circumstances it

19 could be revoked?

20      A       I don't know.

21      Q       Would that be -- that would probably be

page 212


1   with your agent, Mr. Rose; is that right?

2         A      Right.

3         Q      As opposed to Mr. Moeore?

4         A      Right.

5                MR. LATTIMER:  Mr. Iverson, we're done.

6                            - - -

7    (Whereupon, at 4:20 p.m., deposition was adjourned.)

8                            - - -

9    (By stipulation of counsel with the consent of the

10            witness, reading and signature waived.)

11

12

13

14

15

16

17

18

19

20

21