UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARLIN GODFREY,** *et al.*, )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**ALLEN IVERSON,** *et al.*, )<br>)<br>**Defendants.** )<br>_____) | Civil Action No. 05-2044<br>(ESH) |

## ORDER

    The Court has now been provided by the defense counsel with voluminous deposition transcripts of the two defendants. Based on its review of these transcripts, the Court will vacate its prior ruling of June 22, 2007, denying defendants' motion to strike plaintiffs' designations of the defendants' depositions.

    Plaintiffs were required to file deposition designations (by page and line) with their pretrial statement on June 8, 2007. *See* Pretrial Scheduling Order ¶ 7, issued on December 8, 2006. They failed to do so, and thus, the Court was not able to rule at the pretrial conference on any objections. At the pretrial the Court gave plaintiffs an opportunity to correct their failure to comply with the Court's pretrial order and again required plaintiffs to designate deposition testimony of their witnesses. Instead of designating pages and lines for each of the defendants, plaintiffs have designated basically the entire transcript of each defendants' deposition (each of which is over 200 pages), although they note, without explication, that they are not designating "portions addressing subjects the Court has deemed inadmissible."

    This filing fails to comply with the Court's two prior orders. The Court is unable to decipher exactly what the plaintiffs intend to show or read to the jury, and thus, it cannot

intelligently rule on defendants' objections. The Court is unable to read 442 pages of deposition transcripts to try to decide what plaintiffs really want to use at trial. In addition, plaintiffs' designations include lengthy and irrelevant colloquies between counsel, irrelevant material, and material that this Court has already ruled to be inadmissible.

Accordingly, the Court vacates its prior ruling, and will **GRANT** defendants' Motion to Strike Plaintiffs' Deposition Designations for Defendants [Dkt. # 81].

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: June 25, 2007