**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MARLIN GODFREY,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-2044** |
| | ) | **(ESH)** |
| **ALLEN IVERSON,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## <u>ORDER</u>

Based on its review of defendants' objections to plaintiffs' deposition designations, the

Court rules as follows:

### <u>Saul Simington Deposition</u>

    1.    Because the referenced exhibits were not attached to the transcript filed with the

        Court, it reserves ruling as to:

                page 23, line 4 to page 26, line 7

                page 29, lines 14 to 21

    2.    The following portion of the transcript is stricken:

                page 29, line 22 to page 30, line 20

    3.    The remainder of defendants' objections to this deposition are overruled.

### <u>Jamal Daniels Deposition</u>

    1.    The following portions of the transcript are stricken:

                page 26, lines 18 to 21

                page 44, line 22 to page 45, line 21 (hearsay)

        page 49, lines 5 to 12

        page 83, lines 8 to 11, 14, 19

        page 87, line 19

        page 88, lines 4, 13 to 22

        page 89, line 1, 12 to 13

        page 91, lines 20 to 21

        page 98, line 18 to page 99, line 7

        page 99, line 21 to page 100, line 5

        page 108, line 2 to page 109, line 3

        page 125, line 14 to page 126, line 4

2.      The following testimony must be added to plaintiffs' designations:

        page 47, line 13

3.      The remainder of defendants' objections to this deposition are overruled.

**Terra Barrows Deposition**

1.      The following portions of the transcript are stricken:

        page 28, lines 5 to 17

        page 30, lines 5 to 21

        page 31, line 8 to page 32, line 6

        page 32, line 14 to page 34, line 24

        page 65, line 24 to page 66, line 18

        page 70, line 1 to page 71, line 2

        page 71, line 3 to page 72, line 8

page 74, line 4 to page 78, line 18

2.    The remainder of defendants' objections to this deposition are overruled.

**SO ORDERED.**


_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge


Date:   June 25, 2007