IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLIN GODFREY, *et al.*, | * |
| Plaintiffs, | * |
| v. | * Civil Action No. 05-2044 (ESH) |
| ALLEN IVERSON, *et al.*, | * |
| Defendants. | * |

### DEFENDANTS' JOINT MOTION FOR A PROTECTIVE ORDER TO PREVENT PLAINTIFFS FROM TAKING THE DEPOSITION *DE BENE ESSE* OF DR. JAE S. CHUNG

Defendants Allen Iverson, Gregory Iverson and Jason Kane, by and through their respective undersigned counsel, respectfully move for a protective order to prevent Plaintiff Marlin Godfrey and Plaintiff David Kittrell from taking the deposition *de bene esse* of Dr. Jae S. Chung on Tuesday, June 26, 2007 at 5 pm for the reasons set forth in the accompanying memorandum of points and authorities.

WHEREFORE, Defendants respectfully request the Court enter the accompanying proposed Protective Order preventing Plaintiffs from deposing Dr. Chung.

Submitted this 25th day of June, 2007.            Respectfully submitted,

                                                                   **SHERMAN, SILVERSTEIN, KOHL ROSE & PODOLSKY, P.A.**

Date:    June 25, 2007                       By:    */s/ Alan C. Milstein, Esquire*
                                                                   Alan C. Milstein, Esquire
                                                                     Fairway Corporate Center
                                                                     4300 Haddonfield Road – Suite 311
                                                                     Pennsauken, NJ 08109
                                                                     Telephone: (856) 662-0700
                                                                     Facsimile: (856) 488-4744

*Counsel for Defendant Allen Iverson*

**SUTHERLAND ASBILL & BRENNAN LLP**

Date:    June 25, 2007          By:    */s/ William R. Martin, Esquire*
                                William R. Martin (Bar No. 465531)
                                1275 Pennsylvania Avenue, NW
                                Washington, DC 20004
                                Telephone: (202) 383-0100
                                Facsimile: (202) 637-3593

*Counsel for Defendant Jason Kane*

**Error! Unknown document property name.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 25, 2007, a copy of the forgoing motion together with a proposed Protective Order and memorandum in support were sent first class mail, postage prepaid, to the following counsel of record:

Gregory L. Lattimer, Esq.
1100 H Street, N.W., Suite 920
Washington, D.C. 20005

Stephanie D. Moran, Esq.
E. Gregory Watson, Esq.
Watson & Moran, LLC
8401 Corporate Drive, Suite 100
Landover, MD 20785

**SHERMAN, SILVERSTEIN, KOHL ROSE & PODOLSKY, P.A.**

Date:  June 25, 2007          By:  */s/ William R. Martin, Esquire*
William R. Martin (Bar No. 465531)
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 383-0100
Facsimile: (202) 637-3593

*Counsel for Defendant Jason Kane*

**Error! Unknown document property name.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARLIN GODFREY, *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Civil Action No. 05-2044 (ESH) |
| ALLEN IVERSON, *et al.*, | * |
| Defendants. | * |

**PROTECTIVE ORDER**

Upon consideration of Defendants' Joint Motion for a Protective Order to Prevent Plaintiffs from Taking the Deposition *De Bene Esse* of Dr. Jae S. Chung, the submissions and arguments relating thereto, the record and for good cause shown, it is hereby **ORDERED, ADJUDGED and DECREED** that:

Plaintiffs are prohibited from taking the deposition *de bene esse* of Dr. Jae S. Chung.

**SO ORDERED**.

Date: _____     By: _____
                                       ELLEN SEGAL HUVELLE
                                       United States District Judge

Copies to:

Alan C. Milstein, Esquire
Fairway Corporate Center
4300 Haddonfield Road – Suite 311
Pennsauken, NJ 08109
*Counsel for Defendant Allen Iverson*

William R. Martin (Bar No. 465531)
1275 Pennsylvania Avenue, NW
Washington, DC 20004

**Error! Unknown document property name.**

*Counsel for Defendant Jason Kane*

Gregory L. Lattimer, Esq.
1100 H Street, N.W., Suite 920
Washington, D.C. 20005
*Counsel for Plaintiffs*

Stephanie D. Moran, Esq.
E. Gregory Watson, Esq.
Watson & Moran, LLC
8401 Corporate Drive, Suite 100
Landover, MD 20785
*Counsel for Plaintiffs*

**Error! Unknown document property name.**