# Exhibit 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARLIN GODFREY, *et al.* | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| | * | |
| v. | * | Case No. 1:05-cv-02044-ESH |
| | * | |
| ALLEN IVERSON, *et al.* | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |

## NOTICE OF DE BENE ESSE DEPOSITION

TO:    Dr. Jae Chung
       9470 Annapolis Rd., Ste. 306
       Lanham, MD 20770

You will take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the oral deposition of Dr. Jae Chung, will be taken to be used as testimony at the trial of such cause, and that such deposition will be taken in the office of Dr. Jae Chung, 9470 Annapolis Rd., Ste. 306, Lanham, Maryland, at the following time: June 26, 2006 at 5:00 p.m.

The deposition will be stenographically recorded and videotaped before a certified court reporter authorized to administer oaths, for all purposes permitted by the Federal Rules of Civil Procedure and Statutes.

/s/_Stephanie D. Moran___
Stephanie D. Moran, Esq.


Watson & Moran, LLC
8401 Corporate Dr. Ste. 110
Landover, Maryland 20785
Tel. (301) 429-0505
Fax. (301) 429-0371



**<u>CERTIFICATE OF SERVICE</u>**

I hereby declare that on June 22, 2007, I caused the foregoing to be served on Defendants by facsimile, e-mail and by mailing the same first class mail, postage prepaid to counsel for Defendant Allen Iverson: Alan C. Milstein, Esq., 4300 Haddonfield Road, Pennsauken, NJ 08109; and counsel for Defendant Jason Kane: Billy Martin, Esq., 1275 Pennsylvania Avenue, NW, Washington, DC, 20004.


/s/ Stephanie D. Moran,___
Stephanie D. Moran, Esq.