UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARLIN GODFREY**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 05-2044 |
| ) | (ESH) |
| **ALLEN IVERSON**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

Having been notified by the parties that plaintiffs no longer intend to take a *de bene esse* deposition of Dr. Jae Chung, the Court hereby denies defendants' motion for a protective order [Dkt. # 91] as moot.

In addition, for the reasons stated on the conference call held this date, it is further ordered that there will be no discussion of or evidence relating to punitive damages at trial unless and until the jury finds liability.

**SO ORDERED**.

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date:  June 26, 2007

-1-