IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARLIN GODFREY,** *et al.,* | * | |
| Plaintiffs, | * | |
| | * | Civil Action No. 05-2044 |
| vs. | * | |
| | * | (ESH) (DAR) |
| **ALLEN IVERSON,** *et al.* | * | |
| Defendants. | * | |

**PLAINTIFFS' MOTION TO RECONSIDER ORDER GRANTING IN PART
DEFENDANTS' MOTION IN LIMINE WITH RESPECT TO
THE PUNK'D TAPE**

Comes now, the plaintiffs, by and through counsel, and hereby files this Motion To Reconsider Order Granting in Part Defendants' Motion in Limine With Respect to The Punk'd Tape, and in support thereof states as follows:

1. The "Punk'd" tape is highly relevant in that its shows the relationship between defendants Allen Iverson and Terrance Williams.

2. Specifically, the Punk'd tape establishes that Terrance Williams acts in a manner consistent with an agent-master relationship between Williams and Iverson.

3. On the tape Mr. Williams is displayed wearing a black shirt and black baseball cap turned backwards.

4. Mr. Williams is shown acting in a manner clearly consistent with a security guard or bodyguard in that he takes charge, gives directives and speaks on behalf of defendant Iverson. The tape features a ruse in which Defendant Iverson is told that he has to wait to enter a night club which is hosting his birthday party, supposedly because President Bush's twin daughters are arriving and must enter first. In the tape, Mr.

Williams walks directly in front of Mr. Iverson. Then, Mr. Williams, who is actually the first to interface with the club personnel, states to a club employee "Man, I don't care what the President is doing, *I'm trying to get my man inside*."

5. Mr. Iverson allows Mr. Williams to take control in a manner consistent with that of a bodyguard.

6. In fact, Defendant Kane, who admits to providing security services to Mr. Iverson, stands next to Mr. Williams (also in a black shirt) and appears to take a deferential posture to the actions of Mr. Williams.

7. The tape is essential to Plaintiffs' claims and is highly relevant to establish the agency relationship between Iverson and Williams, especially given Mr. Williams's claims that he does not perform security services for Mr. Iverson.

8. It is clear and evident from the tape that Mr. Iverson relied on Mr. Williams to provide security and protection services. Mr. Williams was navigating the situation on behalf of Iverson.

Wherefore, for the reasons set forth herein and in the record of this proceeding, it is respectfully requested that this Court reconsider its Motion Granting Defendant's Motion in Liminie with respect to the Punk'd tape.

          Respectfully submitted,

          /S/ Stephanie D. Moran, Esq.
          Stephanie Moran, Esq. [471555]
          E. Gregory Watson, Esq. [MD14398]

          Watson & Moran, LLC
          8401 Corporate Drive
          Suite 110
          Landover, MD 20785

            (301) 429-0505

            Gregory L. Lattimer, Esq. [371926]
            1100 H Street, N.W.
            Suite 920
            Washington, D.C. 20005
            (202) 638-0095


            Attorneys for Plaintiffs


## **CERTIFICATE OF SERVICE**

   I hereby declare that on June 26, 2007, I caused the foregoing to be served on Defendants by electronic service to counsel for Defendant Allen Iverson: Alan C. Milstein, Esq., 4300 Haddonfield Road, Pennsauken, NJ 08109; and counsel for Defendant Jason Kane: Billy Martin, Esq., 1275 Pennsylvania Avenue, NW, Washington, DC, 20004.


            /s/ Stephanie D. Moran, Esq.
            Stephanie D. Moran, Esq.

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARLIN GODFREY,** *et al.*, | * | |
| **Plaintiffs,** | * | |
| | * | **Civil Action No. 05-2044** |
| vs. | * | |
| | * | **(ESH) (DAR)** |
| **ALLEN IVERSON,** *et al.* | * | |
| **Defendants.** | * | |

## ORDER

Upon consideration of Plaintiffs Motion To Reconsider its Order Granting In Part Defendants' Motion in Limine With Respect to The Punk'd Tape, it is hereby

ORDERED, that the Plaintiffs' Motion is hereby GRANTED; and it is

FURTHER ORDERED that that Plaintiffs' Exhibit 4 (the Punk'd tape) may be admitted at trial.

_____
Judge Ellen S. Huvelle
United States District Court
District of Columbia

Copies to:

E. Gregory Watson, Esquire
Stephanie D. Moran, Esquire
Watson & Moran, L.L.C.
8401 Corporate Drive, Suite 110
Landover, Maryland 20785

Gregory L. Lattimer, Esquire
Law Offices of Gregory Lattimer
1100 H Street, N.W., Suite 920
Washington, D.C. 20005

*Attorneys for Plaintiffs*

4

Alan C. Milstein, Esquire
Mathew Tucker, Esquire
Sherman, Silverstein, Kohl,
Rose & Podolsky, P.A.
4300 Haddonfield, Suite 311
Pennsauken, N.J. 08109

*Attorneys for Defendant Allen Iverson*

William R. Martin, Esquire
Thomas Bundy, III, Esquire
Sutherland, Asbill & Brennan, LLP
1275 Pennsylvania Avenue, NW
Washington, DC 2004

*Attorneys for Defendant Jason Kane*