IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARLIN GODFREY, et al.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 05-2044 |
| v. ) | |
| ) | (ESH)(DAR) |
| **ALLEN IVERSON, et al.** ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFFS' SUPPLEMENTAL DESIGNATION OF DEPOSITIONS FOR TRIAL**

Comes now the plaintiffs, by and through counsel, and hereby submit their supplemental designation of depositions for trial.

**Allen Iverson**

Page 5 line 18 - Page 6 line 19

Page 10 line 16 - Page 12 line 4

Page 48 line 6 - Page 51 line 12

Page 59 line 18 - Page 60 line 14

Page 87 line 13 - Page 104 line 1

Page 108 line 19 - Page 116 line 11

Page 129 line 1 - Page 132 line 20

Page 142 line 16 - Page 153 line 15

Page 155 line 8 - Page 162 line 21

Page 181 line 16 - Page 193 line 11

Page 195 line 8 - Page 199 line 1

Page 201 line 15 - Page 205 line 16

**Jason Kane**

Page 4 line 10 - Page 18 line 7

Page 18 line 17 - Page 37 line 15

Page 38 line 1 - Page 43 line 15

Page 44 line 10 - Page 48 line 4

Page 49 line 22 - Page 62 line 17

Page 65 line 8 - Page 92 line 9

Page 94 line 16 - Page 97 line 19

Page 98 line 12 - Page 100 line 14

Page 101 line 6 - Page 118 line 18

Page 121 line 12 - Page 152 line 15

Page 154 line 16 - Page 155 line 1

Page 158 line 18 - Page 159 line 3

Page 160 line 21 - Page 161 line 19

Page 180 line 10 - Page 194 line 3

Page 217 line 21 - Page 218 line 22

Page 240 line 1 - Page 242 line 6

Respectfully submitted,

Gregory L. Lattimer [371926]
1100 H Street, N.W.
Suite 920
Washington, D.C. 20005
(202) 638-0095

Stephanie Moran [471555]
Gregory Watson
Watson & Moran, LLC
8401 Corporate Drive
Suite 110
Landover, MD 20785
(301) 429-0505

Attorneys for the Plaintiffs