IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARLIN GODFREY, et al.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No. 05-2044** |
| v. ) | |
| ) | **(ESH)(DAR)** |
| **ALLEN IVERSON, et al.** ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFFS' AMENDED SUPPLEMENTAL
DESIGNATION OF DEPOSITIONS FOR TRIAL**

Comes now the plaintiffs, by and through counsel, and hereby submit their supplemental designation of depositions for trial.

**Allen Iverson**

Page 48 line 6 - Page 49 line 13

Page 59 line 18 - Page 60 line 14

Page 87 line 13 - Page 98 line 21

Page 108 line 19 - Page 111 line 9

**Jason Kane**

Page 4 line 10 - Page 13 line 21

Page 21 line 2 - Page 35 line 20

Page 128 line 12 - Page 129 line 4

Page 219 line 19 - Page 220 line 9

Page 238 line 10 - Page 240 line 16

Respectfully submitted,

Gregory L. Lattimer [371926]
1100 H Street, N.W.
Suite 920
Washington, D.C. 20005
(202) 638-0095

Stephanie Moran [471555]
Gregory Watson
Watson & Moran, LLC
8401 Corporate Drive
Suite 110
Landover, MD 20785
(301) 429-0505

Attorneys for the Plaintiffs