UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLIN GODFREY, *et al.*, )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>ALLEN IVERSON, *et al.*, )<br>)<br>**Defendants.** )<br>_____) | Civil Action No. 05-2044<br>(ESH) |

## ORDER

Based on its review of defendants' objections to plaintiffs' designations of the Iverson and Kane depositions, the Court rules as follows:

**Alan Iverson Deposition**

1. The following portions of the transcript are stricken:

    page 110, lines 1 to 6

    page 111, lines 8 to 9 (no answer)

2. The remainder of defendants' objections to this deposition are overruled.

**Jason Kane Deposition**

1. The following portions of the transcript are stricken:

    page 4, line 10 to page 13, line 21

    page 29, line 6 to page 31, line 1

    page 128, line 12 to page 129, line 4

    page 219, line 11 to page 220, line 4

    page 238, line 10 to page 240, line 16

2. The remainder of defendants' objections to this deposition are overruled.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge


Date: June 28, 2007