### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLIN GODFREY, *et al.*, | * |
| Plaintiffs, | * |
| v. | * Civil Action No. 05-2044 (ESH) |
| ALLEN IVERSON, *et al.*, | * |
| Defendants. | * |

### ORDER

**AND NOW**, this _____ day of _____, 2006, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Claims for Punitive Damages Against Defendant Allen Iverson, the submissions and arguments relating thereto, including any opposition by Plaintiffs, and for good cause shown, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

Plaintiffs' Claims for Punitive Damages Against Defendant Allen Iverson are dismissed.

**SO ORDERED.**

**BY THE COURT:**

Date: _____

_____
ELLEN SEGAL HUVELLE
United States District Judge