

```
          UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF COLUMBIA
```

**FILED**

**JUL 0 5 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MARLIN GODFREY, et al

            v.

ALLEN IVERSON, et al

CIVIL CASE 05-2044 (ESH)

### NOTE FROM JURY

Can there be assault without battery?
Can we rule on assault separately from battery?

Date: July 5, 2007

Time: 3:32

FOREPERSON