UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MARLIN GODFREY, et al

v.

ALLEN IVERSON, et al

: CIVIL CASE 05-2044 (ESH)

**NOTE FROM JURY**

If an action initiates a string of events that results in injury, does that constitute proximate cause?

If the string of events was inevitable, can the person who initiated them be held liable?

Date: 7/7/07

Time: 2:30

_____
FOREPERSON