UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MARLIN GODFREY, et al

v.

ALLEN IVERSON, et al

: CIVIL CASE 05-2044 (ESH)

## NOTE FROM JURY

_We have reached a verdict_

Date: July 9, 2007

Time: 12:30

FOREPERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MARLIN GODFREY, et al

v.

ALLEN IVERSON, et al

CIVIL CASE 05-2044 (ESH)

## NOTE FROM JURY

We have reached a verdict

Date: July 9, 2007

Time: 4:40

FOREPERSON