UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MARLIN GODFREY, *et al.*,  :
                      Plaintiffs,  :
      v.  :    Civil Action No. 05-2044
                          :    (ESH)
ALLEN IVERSON, *et al.*,  :
                      Defendants.  :

### VERDICT FORM: MARLIN GODFREY

**A.**    **ASSAULT AND BATTERY**

    1.    Do you find by a preponderance of the evidence that defendant Jason Kane is liable to Marlin Godfrey for assault and battery?

           Yes __X__        No _____

           IF YOU ANSWERED NO TO QUESTION A.1, PLEASE GO TO SECTION D. IF YOU ANSWERED YES TO A.1, PLEASE GO ON TO QUESTION A.2.

    2.    If you answered "yes" to question A.1, do you find by a preponderance of the evidence that Jason Kane's assault and battery of Marlin Godfrey was the proximate cause of injury to Marlin Godfrey?

           Yes __X__        No _____

           IF YOU ANSWERED YES TO BOTH QUESTIONS A.1 AND A.2, YOU MUST RETURN A VERDICT AGAINST JASON KANE FOR ASSAULT AND BATTERY OF MARLIN GODFREY.

           PLEASE CONTINUE TO SECTION B ONLY IF YOU

        ANSWERED YES TO QUESTIONS A.1 AND A.2.
        OTHERWISE, PLEASE GO TO SECTION D.

**B.**    **INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

    1.    Do you find by a preponderance of the evidence that defendant Jason Kane committed an act toward Marlin Godfrey that amounted to extreme and outrageous conduct beyond all possible bounds of decency?

        Yes __X__      No _____

        IF YOU ANSWERED NO TO QUESTION B.1, PLEASE GO
        TO SECTION C. IF YOU ANSWERED YES TO B.1,
        PLEASE GO ON TO QUESTION B.2.

    2.    If you answered "yes" to question B.1, do you find by a preponderance of the evidence that Jason Kane's conduct proximately caused Marlin Godfrey severe emotional distress?

        Yes __X__      No _____

        IF YOU ANSWERED YES TO QUESTIONS B.1 AND B.2,
        YOU MUST RETURN A VERDICT AGAINST JASON KANE
        AND FOR MARLIN GODFREY FOR INTENTIONAL
        INFLICTION OF EMOTIONAL DISTRESS.

        IF YOU ANSWERED YES TO BOTH OF THE QUESTIONS
        IN SECTION A, PLEASE GO ON TO SECTION C. IF YOU
        ANSWERED NO TO EITHER OF THE QUESTIONS IN
        SECTION A, PLEASE GO ON TO SECTION D.

**C.**    **NEGLIGENT SUPERVISION OF JASON KANE**

    1.    If you answered "yes" to both of the questions in Section A, do you find that

plaintiff has proven by a preponderance of evidence that Allen Iverson knew or should have known that Jason Kane behaved in a dangerous or otherwise incompetent manner?

Yes __X__        No _____

> **IF YOU ANSWERED YES TO QUESTION C.1, PLEASE CONTINUE TO QUESTION C.2. IF YOU ANSWERED NO TO QUESTION C.1, PLEASE GO TO SECTION D.**

2. If you answered "yes" to question C.1, do you find that plaintiff has proven by a preponderance of evidence that Allen Iverson was negligent in supervising Jason Kane at the Eyebar?

Yes __X__        No _____

> **IF YOU ANSWERED YES TO QUESTION C.2, PLEASE CONTINUE TO QUESTION C.3. IF YOU ANSWERED NO TO QUESTION C.2, PLEASE GO TO SECTION D.**

3. If you answered "yes" to question C.2, do you find that plaintiff has proven by a preponderance of evidence that Allen Iverson's negligence in supervising Jason Kane was a substantial factor in bringing about the injuries suffered by Marlin Godfrey?

Yes __X__        No _____

> **IF YOU ANSWERED YES TO QUESTIONS C.1, C.2 AND C.3, YOU MUST RETURN A VERDICT FOR MARLIN**

GODFREY AND AGAINST ALLEN IVERSON FOR THE NEGLIGENT SUPERVISION OF JASON KANE.

PLEASE PROCEED TO SECTION D.

**D.**  **NEGLIGENT SUPERVISION OF TERRANCE WILLIAMS**

1.  Do you find that plaintiff has proven by a preponderance of evidence that Terrance Williams was performing security for Allen Iverson at the Eyebar?

    Yes ~~scribbled out~~    No __X__

    > IF YOU ANSWERED NO TO QUESTION D.1, PLEASE GO TO SECTION E. IF YOU ANSWERED YES TO QUESTION D.1, PLEASE PROCEED TO QUESTION D.2.

2.  If you answered "yes" to question D.1, do you find that plaintiff has proven by a preponderance of evidence that Allen Iverson knew or had reason to know that Terrance Williams was performing security on his behalf at the Eyebar?

    Yes_____    No_____

    > IF YOU ANSWERED NO TO QUESTION D.2, PLEASE GO TO SECTION E. IF YOU ANSWERED YES TO QUESTION D.2, PLEASE PROCEED TO QUESTION D.3.

3.  If you answered "yes" to question D.2, do you find that plaintiff has proven by a preponderance of evidence that Allen Iverson had the ability to control Terrance Williams' activities?

    Yes_____    No_____

>IF YOU ANSWERED NO TO QUESTION D.3, PLEASE GO TO SECTION E.  IF YOU ANSWERED YES TO QUESTION D.1, PLEASE PROCEED TO QUESTION D.4.

4. If you answered "yes" to question D.3, do you find that plaintiff has proven by a preponderance of evidence that Terrance Williams committed assault and battery against Marlin Godfrey?

    Yes_____     No_____

    >IF YOU ANSWERED NO TO QUESTION D.4, PLEASE GO TO SECTION E.  IF YOU ANSWERED YES TO QUESTION D.1, PLEASE PROCEED TO QUESTION D.5.

5. If you answered "yes" to question D.4, do you find that defendant Iverson has proven by a preponderance of evidence that Terrance Williams was acting in self defense?

    Yes_____     No_____

    >IF YOU ANSWERED <u>YES</u> TO QUESTION D.5, PLEASE GO TO SECTION E.  IF YOU ANSWERED NO TO QUESTION D.5, PLEASE PROCEED TO QUESTION D.6.

6. If you answered "no" to question D.5, do you find that plaintiff has proven by a preponderance of evidence that Allen Iverson knew or should have known that Terrance Williams behaved in a dangerous manner?

    Yes_____     No_____

    >IF YOU ANSWERED NO TO QUESTION D.6, PLEASE GO TO SECTION E.  IF YOU ANSWERED YES TO QUESTION D.6, PLEASE PROCEED TO QUESTION D.7.

7. If you answered "yes" to question D.6, do you find that plaintiff has proven by a preponderance of evidence that Allen Iverson was negligent in supervising Terrance Williams?

   Yes_____   No_____

   IF YOU ANSWERED NO TO QUESTION D.7, PLEASE GO TO SECTION E.  IF YOU ANSWERED YES TO QUESTION D.7, PLEASE CONTINUE TO QUESTION D.8.

8. If you answered "yes" to question D.7, do you find that plaintiff has proven by a preponderance of evidence that Allen Iverson's negligence in supervising Terrance Williams was a substantial factor in bringing about the injuries suffered by Marlin Godfrey?

   Yes_____   No_____

   IF YOU ANSWERED YES TO QUESTIONS D.1, D.2, D.3, D.4, D.6, D.7, AND D.8, AND NO TO QUESTION D.5, YOU MUST RETURN A VERDICT FOR MARLIN GODFREY AND AGAINST ALLEN IVERSON FOR THE NEGLIGENT SUPERVISION OF TERRANCE WILLIAMS.

   IF YOU RETURNED A VERDICT AGAINST THE PLAINTIFF ON ALL COUNTS IN SECTIONS A, B, C AND D, PLEASE STOP AND RETURN THIS FORM TO JUDGE HUVELLE.  OTHERWISE, PLEASE PROCEED TO SECTION E.

**E.    DAMAGES**

If you returned a verdict against Jason Kane in Sections A or B, and/or if you returned a verdict against Allen Iverson in Sections C or D, what amount do you award Marlin Godfrey as compensatory damages?

Pain and suffering        $ 250,000

Medical Expenses         $ 10,000


                                    /s/  _____
                                              FOREPERSON


Date: July 9, 2007