UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MARLIN GODFREY, *et al.*,       :
                                :
        Plaintiffs,             :
                                :
v.                              :  Civil Action No. 05-2044
                                :  (ESH)
ALLEN IVERSON, *et al.*,        :
                                :
        Defendants.             :
_____:

### VERDICT FORM: DAVID ANTHONY KITTRELL

**A.   ASSAULT AND BATTERY**

   1.   Do you find by a preponderance of the evidence that defendant Jason Kane is liable to David Kittrell for assault and battery?

        Yes_____          No___X____

        **IF YOU ANSWERED NO TO QUESTION A.1, PLEASE GO TO SECTION C. IF YOU ANSWERED YES TO A.1, PLEASE GO ON TO QUESTION A.2.**

   2.   If you answered "yes" to question A.1, do you find by a preponderance of the evidence that Jason Kane's assault and battery of David Kittrell was the proximate cause of injury to David Kittrell?

        Yes_____          No_____

        **IF YOU ANSWERED YES TO BOTH QUESTIONS A.1 AND A.2, YOU MUST RETURN A VERDICT AGAINST JASON KANE FOR ASSAULT AND BATTERY OF DAVID KITTRELL.**

        **PLEASE CONTINUE TO SECTION B ONLY IF YOU ANSWERED YES TO QUESTIONS A.1 AND A.2. IF YOU**

        ANSWERED NO TO EITHER QUESTION A.1 OR A.2, PLEASE GO TO SECTION C.

**B.**    <u>**NEGLIGENT SUPERVISION OF JASON KANE**</u>

1. If you answered "yes" to both of the questions in Section A, do you find that plaintiff has proven by a preponderance of evidence that Allen Iverson knew or should have known that Jason Kane behaved in a dangerous or otherwise incompetent manner?

   Yes_____   No_____

           IF YOU ANSWERED YES TO QUESTION B.1, PLEASE CONTINUE TO QUESTION B.2. IF YOU ANSWERED NO TO QUESTION B.1, PLEASE GO TO SECTION C.

2. If you answered "yes" to question B.1, do you find that plaintiff has proven by a preponderance of evidence that Allen Iverson was negligent in supervising Jason Kane at the Eyebar?

   Yes_____   No_____

           IF YOU ANSWERED YES TO QUESTION B.2, PLEASE CONTINUE TO QUESTION B.3. IF YOU ANSWERED NO TO QUESTION B.2, PLEASE GO TO SECTION C.

3. If you answered "yes" to question B.2, do you find that plaintiff has proven by a preponderance of evidence that Allen Iverson's negligence in supervising Jason Kane was a substantial factor in bringing about the injuries suffered by David Kittrell?

   Yes_____   No_____

       **IF YOU ANSWERED YES TO QUESTIONS A.1, A.2, B.1, B.2 AND B.3, YOU MUST RETURN A VERDICT FOR DAVID KITTRELL AND AGAINST ALLEN IVERSON FOR THE NEGLIGENT SUPERVISION OF JASON KANE.**

       **PLEASE PROCEED TO SECTION C.**

C. <u>**NEGLIGENT SUPERVISION OF TERRANCE WILLIAMS**</u>

   1. Do you find that plaintiff has proven by a preponderance of evidence that Terrance Williams was performing security for Allen Iverson at the Eyebar?

       Yes_____   No___✗____

       **IF YOU ANSWERED NO TO QUESTION C.1, PLEASE GO TO SECTION D. IF YOU ANSWERED YES TO QUESTION C.1, PLEASE PROCEED TO QUESTION C.2.**

   2. If you answered "yes" to question C.1, do you find that plaintiff has proven by a preponderance of evidence that Allen Iverson knew or had reason to know that Terrance Williams was performing security on his behalf at the Eyebar?

       Yes_____   No_____

       **IF YOU ANSWERED NO TO QUESTION C.2, PLEASE GO TO SECTION D. IF YOU ANSWERED YES TO QUESTION C.2, PLEASE PROCEED TO QUESTION C.3.**

   3. If you answered "yes" to question C.2, do you find that plaintiff has proven by a preponderance of evidence that Allen Iverson had the ability to control

Terrance Williams' activities?

Yes_____      No_____

        **IF YOU ANSWERED NO TO QUESTION C.3, PLEASE GO TO SECTION D.  IF YOU ANSWERED YES TO QUESTION C.1, PLEASE PROCEED TO QUESTION C.4.**

4.    If you answered "yes" to question C.3, do you find that plaintiff has proven by a preponderance of evidence that Terrance Williams committed assault and battery against David Kittrell?

Yes_____      No_____

        **IF YOU ANSWERED NO TO QUESTION C.4, PLEASE GO TO SECTION D.  IF YOU ANSWERED YES TO QUESTION C.1, PLEASE PROCEED TO QUESTION C.5.**

5.    If you answered "yes" to question C.4, do you find that defendant Iverson has proven by a preponderance of evidence that Terrance Williams was acting in self defense?

Yes_____      No_____

        **IF YOU ANSWERED <u>YES</u> TO QUESTION C.5, PLEASE GO TO SECTION D.  IF YOU ANSWERED NO TO QUESTION C.5, PLEASE PROCEED TO QUESTION C.6.**

6.    If you answered "no" to question C.5, do you find that plaintiff has proven by a preponderance of evidence that Allen Iverson knew or should have known that Terrance Williams behaved in a dangerous manner?

Yes_____      No_____

> IF YOU ANSWERED NO TO QUESTION C.6, PLEASE GO TO SECTION D. IF YOU ANSWERED YES TO QUESTION C.6, PLEASE PROCEED TO QUESTION C.7.

7. If you answered "yes" to question C.6, do you find that plaintiff has proven by a preponderance of evidence that Allen Iverson was negligent in supervising Terrance Williams?

    Yes_____    No_____

    > IF YOU ANSWERED NO TO QUESTION C.7, PLEASE GO TO SECTION D. IF YOU ANSWERED YES TO QUESTION C.7, PLEASE CONTINUE TO QUESTION C.8.

8. If you answered "yes" to question C.7, do you find that plaintiff has proven by a preponderance of evidence that Allen Iverson's negligence in supervising Terrance Williams was a substantial factor in bringing about the injuries suffered by David Kittrell?

    Yes_____    No_____

    > IF YOU ANSWERED YES TO QUESTIONS C.1, C.2, C.3, C.4, C.6, C.7, AND C.8, AND NO TO QUESTION C.5, YOU MUST RETURN A VERDICT FOR DAVID KITTRELL AND AGAINST ALLEN IVERSON FOR THE NEGLIGENT SUPERVISION OF TERRANCE WILLIAMS.
    >
    > IF YOU RETURNED A VERDICT AGAINST THE PLAINTIFF ON ALL COUNTS IN SECTIONS A, B AND C, PLEASE STOP AND RETURN THIS FORM TO JUDGE HUVELLE. OTHERWISE, PLEASE PROCEED TO SECTION D.

**D.     DAMAGES**

If you returned a verdict against Jason Kane in Section A, and/or if you returned a verdict against Allen Iverson in Sections B or C, what amount do you award David Kittrell as compensatory damages for his pain and suffering?

Pain and suffering          $   0

                                                                                                 FOREPERSON

Date: July 9, 2007