UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MARLIN GODFREY, *et al.*,              :
                                        :
        Plaintiffs,                :
                                        :
v.                                      :   Civil Action No. 05-2044
                                        :   (ESH)
ALLEN IVERSON, *et al.*,                :
                                        :
        Defendants.               :
_____:

### VERDICT FORM: PUNITIVE DAMAGES – ALLEN IVERSON

1. Do you find that Marlin Godfrey has proved by clear and convincing evidence that Allen Iverson is liable for punitive damages?

    Yes_____    No__X__

2. If you answered "yes" to question 1, how much do you award Marlin Godfrey in punitive damages against Allen Iverson?

    $___0___

                                              _____
                                                    FOREPERSON

Date: July 9, 2007