UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**MARLIN GODFREY**, *et al.*,

        Plaintiffs,

v.

**ALLEN IVERSON**, *et al.*,

        Defendants.

Civil Action No. 05-2044
(ESH)

## VERDICT FORM: PUNITIVE DAMAGES – JASON KANE

1. Do you find that Marlin Godfrey has proved by clear and convincing evidence that Jason Kane is liable for punitive damages?

    Yes_____    No__✗__

2. If you answered "yes" to question 1, how much do you award Marlin Godfrey in punitive damages against Jason Kane?

    $_____0_____

_____
FOREPERSON

Date: July 9, 2007