Civil Judgment (Rev. 7/95)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANTHONY KITTRELL
Plaintiff

v.

ALLEN IVERSON, et al.
Defendant

FILED
JUL 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No. 05-2044 (ESH)

## JUDGMENT ON THE VERDICT
### FOR DEFENDANTS

This cause having been tried by the Court and a Jury, before the Honorable ELLEN SEGAL HUVELLE, Judge presiding, and the issues having been duly tried and the Jury having rendered its verdict; now therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff ANTHONY KITTRELL take nothing on the complaint against the defendants ALLEN IVERSON and JASON KANE.

NANCY MAYER-WHITTINGTON, Clerk

Dated: July 12, 2007

By: _____
Gwendolyn Franklin, Deputy Clerk

Approved by: _____
Judge Ellen Segal Huvelle