Civil Judgment (Rev. 7/95)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MARLIN GODFREY
    Plaintiff(s)

    v.

ALLEN IVERSON, et al.
    Defendant(s)

Civil Action No. 05-2044 (ESH)

## JUDGMENT ON THE VERDICT
### FOR PLAINTIFF

This cause having been tried by the Court and a Jury, before the Honorable, ELLEN SEGAL HUVELLE Judge presiding, and the issues having been duly tried and the Jury having duly rendered its verdict; now, therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff, MARLIN GODFREY, have and recover of and from the defendants ALLEN IVERSON AND JASON KANE, in the amount of TWO HUNDRED FIFTY THOUSAND DOLLARS ($250,000.00), for pain and suffering; and in the amount of TEN THOUSAND ($10,000.00), for medical expenses.

NANCY MAYER-WHITTINGTON, Clerk

Dated: July 12, 2007

By: _/s/ Gwendolyn Franklin_
Gwendolyn Franklin, Deputy Clerk

Approved by: _/s/ Ellen S Huvelle_
Judge Ellen Segal Huvelle