**Filing Fees**

    Complaint                                            $ 120.00

                                                    **Filing Fee Total**    **$120.00**

**Service Fees**

    **Complaint**

    Allen Iverson                              $ 200.00
    Jason Kane                                $ 182.50

                                                  Subtotal       $382.50

    **Subpoena For Depositions**

    Andre Demoya                           $   50.00
    Curtis Fitzgerald                       $   50.00
    Michael Person                         $ 135.00
    Nicole Wickliffe                       $   50.00
    Sean Spencer                             $   50.00
    Terrance Williams                    $   50.00
    Helder/Waite/Lyon                  $   50.00
    Gregory Iverson                        $   82.50
    William Harbor                         $ 121.00

                                                 Subtotal       $ 638.50

    **Subpoena For Trial**

    Andre Demoya                           $ 75.00
    Curtis Fitzgerald                     $ 75.00
    Curtis Lewis                               $ 75.00
    Sean Studevent                         $ 75.00

                                                 Subtotal       $ 300.00

                                                 **Service Fees Total**    **$1321.00**

**Court Reporters Fees**

    **Depositions**

    Marlin Godfrey (5/4/06)            $ 142.00
    Marlin Godfrey (9/28/06)           $ 408.40
    David A. Kittrell (5/4/06)           $ 116.00
    David A. Kittrell (9/28/06)         $ 206.80
    Allen Iverson                            $1485.25
    Jason Kane                                $ 944.70

| | | |
|---|---|---|
| Curtis Fitzgerald | $ 180.00 | |
| Terrance Williams | $ 492.60 | |
| Michael Persons | $ 263.40 | |
| William Harbor | $ 150.00 | |
| Terra Barrow | $ 262.60 | |
| Nicole Wicliff | $ 257.10 | |
| Niketh Goins | $ 358.00 | |
| Sean Studevent | $ 373.55 | |
| Andre Demoya | $ 521.25 | |
| Gary Moore | $ 678.05 | |
| Jamal Daniels | $ 385.35 | |
| | Subtotal | $7225.05 |

**Video Depositions**

| | | |
|---|---|---|
| Allen Iverson | $ 130.00 | |
| Jason Kane | $ 110.00 | |
| | Subtotal | $ 240.00 |

**Trial Transcript**

| | | |
|---|---|---|
| Jacqueline Sullivan (6/28/07 – 7/3/07) | $862.71 | |
| Bryan A. Wayne (6/27/07, 7/2/07 – 7/03/07) | $459.80 | |
| | Subtotal | $1322.51 |
| | **Transcript Fees Total** | **$8787.56** |

**Copying Fees**

| | | |
|---|---|---|
| 8574 pages at .15 per page | $ 1286.10 | |
| Color copies | $    39.20 | |
| | **Copy Fees Total** | **$1325.30** |

**Witness Fees**

### Depositions

| | |
|---|---|
| Andre Demoya | $   45.00 |
| Curtis Fitzgerald | $   45.00 |
| Michael Person | $   45.00 |
| Nicole Wickliffe | $   45.00 |
| Sean Studeant | $   45.00 |
| William Harbor | $   45.00 |

|  |  | Subtotal | $ 270.00 |

**Trial**

| Sean Studevent | $ 45.00 |
| Andre Demoya | $ 45.00 |
| Curtis Fitzgerald | $ 45.00 |
| Curtis Lewis | $ 45.00 |
| Daryl Cooper & Priest Brown | $ 131.20 |
| Dr. Perry Alexion | $1500.00 |
| Dr. Raymond G. Carnegie | $ 390.00 |
| Dr. Jae Chung | $ 640.00 |

Subtotal    $2841.20

**Witness Fees Total    $3111.20**

**Other Fees**

**Witness Travel Expenses**

| Hotel | $ 955.65 |
| Travel | $ 122.71 |

Subtotal    $1078.36

**Postage**

$ 91.29

Subtotal    $91.29

**Lexis**

$ 219.45

Subtotal    $ 219.45

**Investigative Report**    $ 120.00

Subtotal    $ 120.00

**Other Fees Total    $1509.10**

**TOTAL    $16,174.16**

3