

Due Process
P.O. Box 2396
Columbia, MD 21045
800-228-0484
FIN# 71-0935800

LEGEND

PS-Service of Process  CC-Courier    RS-Research
ST-Skip Trace  MS-Miscellaneous  FL-Field Locate
IA-Bad Address    SO-Stake Out  RS-Court Research
PO-Paid Out  RC-Rush Charge    DC-Deadline Charge
DD-Due Diligence Affidavit      AP-Addittional Paper Served

WATSON & MORAN LLC
8401  CORPORATE DR
110
HYATTSVILLE MD    20785-

| Invoice No. | : 164054 |
|---|---|
| Period-From | : May28 06 |
| Period-To | : Jun10 06 |
| Account No. | : WATMOR |
| Invoice Date | : Jun12 06 |
| Page | : 1 |



| Date Ordered Job # | Ordered By Received By | FROM | TO | Base Charge | Additional Charges | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | 3 | 4 | |

Due Process
P.O. Box 2396
Columbia, MD 21045
800-228-0484
FIN# 71-0935800

LEGEND

PS-Service of Process CC-Courier   RS-Research
ST-Skip Trace MS-Miscellaneous FL-Field Locate
IA-Bad Address SO-Stake Out RS-Court Research
PO-Paid Out RC-Rush Charge DC-Deadline Charge
DD-Due Diligence Affidavit   AP-Additional Paper Served

WATSON & MORAN LLC
8401 CORPORATE DR
110
HYATTSVILLE MD 20785-

Invoice No. : 146036
Period-From : May14 06
Period-To : May20 06
Account No. : WATMOR
Invoice Date : May22 06
Page : 1

| Date Ordered / Job # | Ordered By / Received By | FROM | TO | Base Charge | Additional Charges 1 | 2 | 3 | 4 | TOTA |
|---|---|---|---|---|---|---|---|---|---|
| May20 06 004301 | STEPHANIE | WATSON & MORAN LLC 8401 CORPORATE DR HYATTSVILLE MD 20785 CONSTANCE M KANE CLIENT REFERENCE GODFREY | JASON KANE 9717 NATIVE ROCKS DR BRISTOW VA 20136 | 75.00 PS | 7.50 FF | 30.00 DC | 30.00 ST | 45.00 IA | 187. |

Invoice Total ------>    187.5

***** TERMS: "NET DUE" - INVOICE DUE AND PAYABLE UPON RECEIPT *****

-- Please Cut Along This Line And Return The Bottom Portion To DUE PROCESS With Your Payment. Thank You! --

| ACCOUNT | INVOICE NO. | INVOICE DATE | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|
| WATMOR | 146036 | May22 06 | 187.50 | |





WATSON & MORAN, LLC.
8401 CORPORATE DR., STE. 110
LANDOVER, MD  20785-2263
PH. 301-429-0505

1750

7-163/820 MD
8010

Date

Pay to the
Order of

$

Dollars

**Bank of America**

ACH R/T 052001633

For

⑆052001633⑆  0039317235055⑈  750

# "EQ's" Effective Services

1229 15th Street, NW
Washington, D.C. 20005
(202) 256-4718 fax (202) 628-1149

**Invoice No.**

$= INVOICE =$

### Customer

| | | | | | |
|---|---|---|---|---|---|
| Name | Lattimore Law Offices. / Inre: Michael Persons! | | | Date | 10/20/2006 |
| Address | 1100 H. Street, NW | | | Order No. | 1 |
| City | Washington | State DC | ZIP 20005 | Rep | |
| Phone | (202) 638-0095 | | | FOB | |

| Qty | | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Service of Subpoena on Michael Persons | $50.00 | |
| | 12:15 P.M. October 20, 2006 Served in front of the Water gate building | | |
| | 700 New Hampshire avenue, Washington DC | | |

| | |
|---|---|
| SubTotal | |
| Shipping & Handling | |
| Taxes | |
| | |
| **TOTAL** | **$50.00** |
| Office Use Only | |

### Payment Details

○ Cash
◉ Check
○ Credit Card

Name _____
CC # _____
Expires _____

Date: _____ Satisfied by: _____

*Thank you for your business!!*

# "EQ's" Effective Services

**Invoice No.**

1229 15th Street, NW
Washington, D.C. 20005
(202) 256-4718 fax (202) 628-1149

## *INVOICE* =

**Customer**

| | | | | |
|---|---|---|---|---|
| Name | Lattimer Law Offices. / Inre: Nicole Whitecliffl | | Date | 10/24/2006 |
| Address | 1100 H. Street, NW | | Order No. | 1 |
| City | Washington | State DC    ZIP 20005 | Rep | |
| Phone | (202) 638-0095 | | FOB | |

| Qty | | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Service of Subpoena on Nicole Whitecliff | $50.00 | |
| | 10/23/2006 | | |
| | Marlin Godfrey v. Allen Iverson | | |

|  |  |  |
|---|---|---|
| | SubTotal | |

**Payment Details**

- ○ Cash
- ◉ Check
- ○ Credit Card

Name _____
CC # _____
Expires _____

| | |
|---|---|
| Shipping & Handling | |
| Taxes | |
| | |
| **TOTAL** | $50.00 |
| Office Use Only | |

Date:_____ Satisfied by:_____ _____

*Thank you for your business!!*

12/13/2005

DeQuan Bogan                                                                                    **50.00

Fifty and 00/100********************************************************************************************************************

DeQuan Bogan
1229 15th Street, NW
Washington, D.C. 20005

Service - Andre Demoya

DeQuan Bogan                                                          12/13/2005
Process Service Fees                                                                              50.00

Checking              Service - Andre Demoya                                                      50.00

DeQuan Bogan                                                          12/13/2005
Process Service Fees                                                                              50.00

Checking              Service - Andre Demoya                                                      50.00

10/17/2006

DeQuan Bogan                                                                              **370.00

Three Hundred Seventy and 00/100*************************************************************************************************

DeQuan Bogan
1229 15th Street, NW
Washington, D.C. 20005

Service of Subpoena in Godfrey and Malone cases

| DeQuan Bogan | | 10/17/2006 |
|---|---|---|
| Process Service Fees | Terence Williams Service of Subpoena | 50.00 |
| Process Service Fees | Sean Spencer Serivce of Subpoena | 50.00 |
| Process Service Fees | Michael Person -Service of Subpoena | 85.00 |
| Process Service Fees | Detective Jeb Worrell Service of Supoena | 75.00 |
| Process Service Fees | Jason McCree Attempted Service of Subpoena | 75.00 |
| Process Service Fees | Hope Achoronye - Attempted Service of Subpoena | 35.00 |

Checking            Service of Subpoena in Godfrey and Malone cas                          370.00

| DeQuan Bogan | | 10/17/2006 |
|---|---|---|
| Process Service Fees | Terence Williams Service of Subpoena | 50.00 |
| Process Service Fees | Sean Spencer Serivce of Subpoena | 50.00 |
| Process Service Fees | Michael Person -Service of Subpoena | 85.00 |
| Process Service Fees | Detective Jeb Worrell Service of Supoena | 75.00 |
| Process Service Fees | Jason McCree Attempted Service of Subpoena | 75.00 |
| Process Service Fees | Hope Achoronye - Attempted Service of Subpoena | 35.00 |

Checking            Service of Subpoena in Godfrey and Malone cas                          370.00

6/23/2006

DeQuan Bogan                                                                                        **50.00

Fifty and 00/100**************************************************************************************************************

DeQuan Bogan
1229 15th Street, NW
Washington, D.C.  20005

Godfrey - Promoters Subpoena

DeQuan Bogan                                                                     6/23/2006
Process Service Fees            Godfrey - Promoter Subpoena                                       50.00

Checking            Godfrey - Promoters Subpoena                                                 50.00

DeQuan Bogan                                                                     6/23/2006
Process Service Fees            Godfrey - Promoter Subpoena                                       50.00

Checking            Godfrey - Promoters Subpoena                                                 50.00

# "EQ's" Effective Services

**Invoice No.**

1229 15th Street, NW
Washington, D.C. 20005
(202) 256-4718 fax (202) 628-1149

## *INVOICE* =

### Customer

| | | | |
|---|---|---|---|
| Name | Lattimer Law Offices. / Inre: Marlin Godfrey, et al. | | |
| Address | 1100 H. Street, NW | | |
| City | Washington | State DC | ZIP 20005 |
| Phone | (202) 638-0095 | | |

| | |
|---|---|
| Date | 6/26/2007 |
| Order No. | 1 |
| Rep | |
| FOB | |

| Qty | | Unit Price | TOTAL |
|---|---|---|---|
| | Service of Subpoena on: | | |
| 1 | Sean Studevent 6/22/07 @ 8:15 P.M. W.D.C | $75.00 | |
| 2 | Andrea Demoya 6/22/07 @ 7:30 P.M. WDC. | $75.00 | |
| 3 | Curtis Fitzgerald 6/26/07 @ 1:08 P.M. McLean, VA | $75.00 | |
| 4 | | | |
| | Notarized Affidavits for 3 Subpoenas | $6.00 | |
| | Marlin Godfrey, et al. | | |
| | v. | | |
| | Allen Iverson, et al. | | |

### Payment Details

○ Cash
◉ Check
○ Credit Card

Name _____
CC # _____
Expires _____

| | |
|---|---|
| SubTotal | |
| Shipping & Handling | |
| Taxes | |
| | |
| **TOTAL** | $231.00 |
| Office Use Only | |

### Check made payable to: DEQUAN BOGAN

Date:_____ Satisfied by:_____

*Thank you for your business!!*

WATSON & MORAN, LLC.
8401 CORPORATE DR., STE. 110
LANDOVER, MD 20785-2263
PH. 301-429-0505

1878

7-163/520 MD
2010

Date 1/16/07

Pay to the
Order of_____

$508

**Bank of America**

ACH R/T 052001633

For_____

1:05 200 1 6 3 3 1: 00 3 9 3 1 7 2 3 50 5 11• 1 8 7 8    •" 0 0 0 0 0 50 8 0 0 •"

LegaLink, Inc. - A Merrill Company
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax  (202) 861-3425



# STATEMENT

| ACCOUNT NO. | DATE |
|---|---|
| LATTWA01 | 09/06/2006 |

Gregory L. Lattimer, Esquire
Law Offices of Gregory L. Lattimer
1100 H Street, NW,
Suite 920
Washington, DC 20005

| CURRENT | 30 DAYS | 60 DAYS |
|---|---|---|
| .00 | .00 | 373.55 |

| 90 DAYS | 120 DAYS & OVER | TOTAL DUE |
|---|---|---|
| .00 | 6,059.40 | 6,432.95 |

PAGE  1  OF  1

| INV DATE | INV NO. | BALANCE | JOB DATE | DEPONENT | CAPTION |
|---|---|---|---|---|---|
| 10/31/2005 | 154987 | 313.20 | 10/24/2005 | Officer Darren Reave | Martinez -v- District of Colum |
| 11/15/2005 | 156365 | 559.50 | 10/25/2005 | Jorge J. Martinez | Martinez, et al -v- District o |
| 11/21/2005 | 156695 | 636.25 | 11/09/2005 | Candace G. Carson | Jones, Sr., et al -v- Prince G |
| 11/21/2005 | 156814 | 490.70 | 10/31/2005 | Jeffrey A.  Bruce | Johnson -v- District of Columb |
| 11/22/2005 | 156945 | 370.00 | 11/08/2005 | Alves Watson | Martinez -v- District of Colum |
| 12/05/2005 | 158373 | 731.80 | 12/02/2005 | Hampton J. Jackson, | Carriere -v- Ried, et al |
| 12/06/2005 | 158300 | 565.25 | 11/21/2005 | Prince Carmen Jones, | Jones, Sr., et al -v- Prince G |
| 12/08/2005 | 158760 | 325.00 | 12/02/2005 | Hampton J. Jackson, | Carriere -v- Ried, et al |
| 12/13/2005 | 158927 | 298.55 | 11/30/2005 | Juan Ballve' | Jones, Sr., et al -v- Prince G |
| 12/29/2005 | 160501 | 521.25 | 12/13/2005 | Andre Demoya | Godfrey, et al -v- Iverson |
| 03/07/2006 | 165937 | 369.20 | 02/23/2006 | Gerry O. Scott | Dawson -v- District of Columbi |
| 03/07/2006 | 165939 | 190.00 | 03/01/2006 | Timothy Dumantt | Dawson -v- District of Columbi |
| 04/18/2006 | 169699 | 190.00 | 03/30/2006 | Charles D. Monk | Dawson -v- District of Columbi |
| 05/02/2006 | 170650 | 150.00 | 04/28/2006 | Gerald Dworkin | Coleman, Jr. -v- District of C |
| 05/02/2006 | 170807 | 348.70 | 04/12/2006 | Cpl. William A. Glea | Wilson -v- Prince George's Cou |
| 06/19/2006 | 175097 | 373.55 | 06/01/2006 | Sean Studevent | Godfrey, et al -v- Iverson |

For questions regarding this statement
or to request copies of invoices,
please call (301) 417-6941, or e-mail
billing@ladreporting.com.

TAX ID NO. :    20-2665382

# INVOICE

**Deborah L. Spear**
**Court Reporter**
**8408 Forest Creek Road**
**Waldorf, MD  20603**
**(301) 843-9370 or (301) 641-0556**
SS No. 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

**Date:**  June 13, 2006

**To:**  Gregory L. Lattimer, Esquire
1100 H Street, N.W., Suite 920
Washington, D.C. 20005
(202) 638-0095

**Re:**  Godfrey, et al., vs. Iverson

One copy of the depositions of **DAVID KITTRELL** and **MARLIN GODFREY**, taken on 05/04/06, and **CURTIS FITZGERALD**, taken on 04/25/06 in the above matter.

| | |
|---|---|
| 89 pages @ $2.00 per page | $178.00 |
| 57 pages @ $2.00 per page | 114.00 |
| 70 pages @ $2.00 per page | 140.00 |
| delivery charge | 6.00 |
| TOTAL | $438.00 |

**TOTAL DUE**    **$438.00**

06/28/2006 08:44 FAX 4106856361                                    ☑003/003

## GORE BROTHERS REPORTING & VIDEO CO.

*20 S. Charles Street – Suite 901*
*Baltimore, Maryland  21201*
*(410) 837-3027*
*Fax (410) 685-6361*
*Federal ID# 52-0845831*

STEPHANIE MORAN, ESQUIRE                    June 23, 2006
WATSON & MORAN
8401 CORPORATE DRIVE – S/110               **Invoice#** 10091620
LANDOVER, MARYLAND 20785
                                           **Balance:**    $485.25
301-429-0505


**Re:** DAVID-VIDEO NR GODFREYvIVERSON
DC
*on* 05/10/06 *by* STEVEN POULAKOS


## Invoicing Information

| Charge Description | Amount |
|---|---|
| 228    PAGES @ $3.75 PER PAGE (ORIGINAL) | 855.00 |

POSTAGE & HANDLING                                              10.75
FOR THE VIDEO DEPOSITION OF ALLEN IVERSON
TAKEN ON MAY 10, 2006
VIDEO **CHARGES** :   FIRST 2 HOURS (MINIMUM)....275.00
INCLD'G 1/2 HR. BEFORE & AFTER FOR SET UP & BRKDN
EA. ADD. HR.(IN 1/2 HR. INCREMENTS)......... 95.00
TOTAL **VIDEO** CHARGES................................           607.50
MINI/ETRAN/EXHIBIT PDF AND ARCHIVING                            12.00

SIGNED ORDER FORM.


                                        Sub Total:   1,485.25
                                   – Payments/Credits:   1,000.00
              P l e a s e   R e m i t   – – – >   **Total Due:**   **$485.25**

*WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES*
*INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS*

# GORE BROTHERS REPORTING & VIDEO CO.

*20 S. Charles Street - Suite 901*
*Baltimore, Maryland  21201*
*(410) 837-3027*
*Fax (410) 685-6361*
*Federal ID# 52-0845831*

GREGORY L. LATTIMER, ESQUIRE                     June 20, 2007
1100 H STREET, N.W.
SUITE 920                                        **Invoice#** 10100790
WASHINGTON, D.C. 20005

                                                 **Balance:**     $.00

**Re:** DAVID-VIDEO NR GODFREYvIVERSON
    DC
    *on* 05/10/06 *by* STEVEN POULAKOS

## Invoicing Information

Charge Description                                                Amount
VIDEO COPY CHARGE @ $55.00 PER TAPE X2                             110.00

POSTAGE & HANDLING                                                 20.00

FOR THE DEPOSITION OF ALLEN IVERSON
TAKEN ON MAY 10, 2006

PAID IN FULL W/AE BY GREGORY L. LATTIMER - ROZ

                                        Sub Total:     130.00
                                     - Payments/Credits:     130.00
            P l e a s e   R e m i t   - - - >   **Total Due:**      **$.00**

        *WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES*
        *INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS*

# INVOICE

**Deborah L. Spear**
**Court Reporter**
**8408 Forest Creek Road**
**Waldorf, MD 20603**
**(301) 843-9370 or (301) 641-0556**
**SS No. 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**
**dspear@comcast.net**

**Date:** June 26, 2007

To: Stephanie Moran, Attorney
     Watson, Moran, LLC

Re: Goins Deposition
    05-19-06

One copy of the deposition of **NIKEITH GOINS** taken on 05/19/06 in the offices of Ford & Harrison in Washington, D.C.

179 pages @ $2.00 per page          $358.00

Paid 6/26/07                        358.00

**TOTAL DUE**                       -0-

LegaLink, Inc. - A Merrill Company
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax  (202) 861-3425

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 175097 | 06/19/2006 | 01-79827 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/01/2006 | SCHILY | 05-CV-2044 |

| CASE CAPTION |
|---|
| Godfrey, et al -v- Iverson |

| TERMS |
|---|
| Due upon receipt |

Gregory L. Lattimer, Esquire
Law Offices of Gregory L. Lattimer
1100 H Street, NW,
Suite 920
Washington, DC 20005

ORIGINAL TRANSCRIPT OF:
    Saul Keith Simington                          45 Pages                              159.75

ORIGINAL TRANSCRIPT OF:
    Sean Studevent                                56 Pages                              198.80
            Shipping & Handling                                                          15.00

                                        TOTAL    DUE   >>>>                             373.55

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.

TAX ID NO. : 20-2665382                                      (202) 638-0095    Fax  (202) 638-0091

*Please detach bottom portion and return with payment.*

Gregory L. Lattimer, Esquire
Law Offices of Gregory L. Lattimer
1100 H Street, NW,
Suite 920
Washington, DC 20005

Invoice No.:  175097
Date        :  06/19/2006
TOTAL DUE   :       373.55


Job No.    :  01-79827
Case No.   :  05-CV-2044
Godfrey, et al -v- Iverson

Remit To:    LegaLink, Inc. - A Merrill Company
             P.O. Box 630484
             Baltimore, MD 21263

Legai.ink. Inc. - A Merrill Company
1100 Connecticut Avenue. N.W.
Suite 850
Washington. DC 20036
(202) 861-3410   Fax  (202) 861-3425

# STATEMENT

| ACCOUNT NO. | | DATE |
|---|---|---|
| LATTWA01 | | 11/20/2006 |

Gregory L. Lattimer, Esquire
Law Offices of Gregory L. Lattimer
1100 H Street, NW.
Suite 920
Washington. DC 20005

| CURRENT | 30 DAYS | 60 DAYS |
|---|---|---|
| .00 | .00 | .00 |
| **90 DAYS** | **120 DAYS & OVER** | **TOTAL DUE** |
| .00 | 150.00 | 150.00 |

PAGE  1   OF  1

| INV DATE | INV NO. | BALANCE | JOB DATE | DEPONENT | CAPTION |
|---|---|---|---|---|---|
| 07/07/2006 | 176732 | 150.00 | 06/01/2006 | William Harbor | Godfrey, et al -v- Iverson |

For questions regarding this statement
or to request copies of invoices,
please call (301) 417-6941, or e-mail
billing@ladreporting.com.

TAX ID NO. :   20-2665382

*Please detach bottom portion and return with payment.*

Gregory L. Lattimer, Esquire
Law Offices of Gregory L. Lattimer
1100 H Street, NW,
Suite 920
Washington, DC 20005

Account No.:  LATTWA01
Date       :  11/20/2006

TOTAL DUE  :  150.00

Remit To:   LegaLink, Inc.-A Merrill Company
            P.O. Box 630484
            Baltimore, MD 21263

GODFREY v IVERSON

DEPO: JONATHAN JASON KANE

WORKSHEET: 11004

| DATE | DESCRIPTION | Pages or Units | Rate | Amount |
|---|---|---|---|---|
| 10/3/06 | REGULAR DELIVERY PAGES 1-259 ORIGINAL + 1 COPY MINU & DISK | 259.0 | 3.45 | 893.55 |
| | EXHIBITS: PAGES 1-89 | 89.0 | .35 | 31.15 |
| | FINANCE CHARGE - 1.5% PER MONTH AFTER 30 DAYS. | | | |

| NON-TAXABLE | TAXABLE | SALES TAX | POSTAGE/HANDLING | INVOICE TOTAL ▼ |
|---|---|---|---|---|
| 924.70 | .00 | .00 | 20.00 | 944.70 |

| | |
|---|---|
| | 944.70 |

Member National Shorthand Reporters Assn.

*Alderson Reporting Co., Inc.*
*1111 14th Street, NW 4th Floor*
*Washington, DC 20005-5650*
*Phone #:(202) 289-2260 Fax #:(202) 289-2221*
*E-Mail: ar@aldersonreporting.com*
*Federal I.D. No. 53-0257990*

# INVOICE

/ /

Payment is due 30 days
from invoice date.

| **Invoice Date:** |
|---|
| **7/11/2007** |
| **Invoice No.** |
| **85878** |

PLEASE REFERNCE
THIS INVOICE NUMBER
WHEN REMITTING

To:    **Gregory L. Lattimer, Esq.**
**Law Offices of Gregory L. Lattimer**
**1100 H Street, NW**
**Suite 920**
**Washington, DC  20005**

**Atty.Acct. No.:  14147**
**Case/Matter No.:**
**Our Ref. No.:  8777-9**
**Your Ref. No.:**
**Location:  Washington, DC**

RE:  Godfrey vs. Iverson
Witness:    Jason Kane                                **Classified:**
Proceeding Date:   10/03/2006

| Description | Qty | Amount | Charges |
|---|---|---|---|
| Copy of Video  (VHS Tape or Electronic) | 1.00 | 45.00 | $45.00 |
| Shipping & Handling | 1.00 | 55.00 | $55.00 |

Credit Card Payment: AMEX [ ]  Visa [ ]  MasterCard [ ]

| Account #: | | | | | | | | | | | | | | | **Expiration Date:** | | | | |

| **Registered To:** | **Signature:** |

| **TERMS: NET 30 DAYS** | | |
|---|---|---|
| To ensure proper credit, please indicate Invoice Number with payment. Interest accrues at a rate of 1.5% per month. | **Sub-Total:** | $100.00 |
| | **Taxes:** | 0.00 |
| | **Interest Accrued:** | $0.00 |
| | **Grand Total:** | $100.00 |
| | **Amount Paid:** | $0.00 |

Questions?  Please call our Credit Manager
@ 202-336-8808.
**Thank You For Your Business**

| **TOTAL BALANCE DUE:** | **$100.00** |

| Description | Qty | Amount | Charges |
|---|---|---|---|
| 10 Business Day Delivery - Certified Copy - Terren | 134.00 | 3.25 | $435.50 |
| Exhibits (Includes paper and/or electronic copies) | 6.00 | 0.35 | $2.10 |
| CD Contains LEF Transcript | 1.00 | 0.00 | $0.00 |
| Shipping & Handling | 1.00 | 55.00 | $55.00 |

REMIN

| Credit Card Payment: | AMEX [ ]   Visa [ ]   MasterCard [ ] | |
|---|---|---|
| Account #: | | Expiration Date: |
| Registered To: | Signature: | |

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| | |
|---|---|
| Sub-Total: | 492.60 |
| Interest Accrued: | 0.00 |
| Grand Total: | 492.60 |
| Amount Paid: | 0.00 |

*Alderson Reporting Co., Inc.*
*1111 14th Street, NW 4th Floor*
*Washington, DC 20005-5650*
*Phone #:(202) 289-2260 Fax #:(202) 289-2221*
*E-Mail: ar@aldersonreporting.com*
*Federal I.D. No. 53-0257990*

# INVOICE

/ /

Payment is due 30 days
from invoice date.

| **Invoice Date:** |
|---|
| **6/22/2007** |
| **Invoice No.** |
| **85435** |

To: **Stephanie D. Moran, Esq.**
**Watson & Moran**
**8401 Corporate Dr. Suite 110**
**Metro-Plex I**
**Landover, MD 20785**

Atty.Acct. No.: 17948
Case/Matter No.:
Our Ref. No.: 8777-5
Your Ref. No.:
Location: Washington, DC

PLEASE REFERNCE
THIS INVOICE NUMBER
WHEN REMITTING

RE: Godfrey vs. Iverson
Witness:    Jamal Daniels
Proceeding Date:   10/05/2006

Classified:

| Description | Qty | Amount | Charges |
|---|---|---|---|
| 10 Business Day Delivery - Copy | 132.00 | 2.50 | $330.00 |
| Exhibit Copies (Includes Paper and/ or Electronic) | 1.00 | 0.35 | $0.35 |
| Free Exhibit Linking to Transcript | 1.00 | 0.00 | $0.00 |
| CD Contains PDF Exhibits and LEF Transcript | 1.00 | 0.00 | $0.00 |
| Shipping & Handling | 1.00 | 55.00 | $55.00 |

Credit Card Payment: AMEX [ ] Visa [ ] MasterCard [ ]

| Account #: | | Expiration Date: | |
|---|---|---|---|
| **Registered To:** | Signature: | | |

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| | |
|---|---|
| Sub-Total: | $385.35 |
| Taxes: | 0.00 |
| Interest Accrued: | $0.50 |
| Grand Total: | $385.35 |
| Amount Paid: | $0.00 |

Questions? Please call our Credit Manager
@ 202-336-8808.
**Thank You For Your Business**

| TOTAL BALANCE
DUE: | $385.35 |
|---|---|

# MILLER REPORTING COMPANY, INC.

735 - 8th Street SE
Washington, D.C.   20003-2802
Tel. (202) 546-6666
Fax (202) 546-1502

| | |
|---|---|
| INVOICE NO. | 40059 |
| INVOICE DATE | 11/15/06 |

**Payable Upon Receipt**

Page 1

D-U-N-S 04-832-7464
Federal Id #52-1195809

LATTO1
INVOICE
TO:   OFFICES OF GREGORY L. LATTIMER
SUITE 920
1100 H STREET, N.W.
WASHINGTON, DC 20005

GODFREY v IVERSON
DEPO: MICHAEL PERSONS

DEPO: DEAN SPENSER

WORKSHEET: 11026

| DATE | DESCRIPTION | Pages or Units | Rate | Amount |
|---|---|---|---|---|
| 11/25/06 | MICHAEL PERSONS PAGES 1-68 | 68.0 | 3.45 | 234.60 |
| | SEAN SPENCER PAGES 1-4 ORIGINAL + 1 COPY MINU & DISK | 4.0 | 3.45 | 13.80 |
| | FINANCE CHARGE - 1.5% PER MONTH AFTER 30 DAYS. | | | |

| NON-TAXABLE | TAXABLE | SALES TAX | POSTAGE/HANDLING | INVOICE TOTAL |
|---|---|---|---|---|
| 248.40 | .00 | .00 | 15.00 | ▼ 263.40 |

---

MILLER REPORTING
COMPANY, INC.
735 - 8th Street SE
Washington, D.C.  20003-2802
(202) 546-6666

Page 1

OFFICES OF GREGO
LATTO1

| INVOICE DATE | INVOICE NO. |
|---|---|
| 11/15/06 | 4005 |

**PLEASE RETURN THIS PORTION OF THE INVOICE WITH YOUR PAYMENT.**

**INVOICE TOTAL**

263.40

**Alderson Reporting Co., Inc.**
1111 14th Street, NW 4th Floor
Washington, DC 20005-5650
Phone #: (202) 789-6308 Fax #: (202) 289-8850
E-Mail: ar@aldersonreporting.com
Federal I.D. No. 53-0257990

# INVOICE

Reprinted On: 4/16/2007

| | | |
|---|---|---|
| To: | Stephanie D. Moran, Esq.<br>Watson & Moran<br>8401 Corporate Dr. Suite 110<br>Metro-Plex I<br>Landover, MD 20785 | Atty.Acct. No.: **17948**<br>Case/Matter No.:<br>Our Ref. No.: **8986-1**<br>Your Ref. No.:<br>Location: **Washington, DC** |

| Invoice Date: |
|---|
| **11/17/2006** |
| Invoice No. |
| **79594** |

PLEASE REFERENCE
THIS INVOICE NUMBER
WHEN REMITTING

RE: **Godfrey vs. Iverson**
Witness:    **Nicole Wickliffe**                              Classified:
Proceeding Date:  **10/27/2006**

| Description | Qty | Amount | Charges |
|---|---|---|---|
| Court Reporter Minimum | 1.00 | 200.00 | $200.00 |
| 10 Business Day Delivery - Nicole Wickliffe | 39.00 | 0.00 | $0.00 |
| Exhibit Copies (Includes Paper and/ or Electronic) | 6.00 | 0.35 | $2.10 |
| CD Contains LEF Transcript | 1.00 | 0.00 | $0.00 |
| Shipping and Handling | 1.00 | 55.00 | $55.00 |

REMINDER

**Credit Card Payment:**       AMEX [ ]     Visa [ ]     MasterCard [ ]

| Account #: | | | | | | | | | | | | | | | | | **Expiration Date:** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Registered To:** | | | | | | | | | | | | | | | | Signature: | | | | | |

| **TERMS: NET 30 DAYS** | Sub-Total: | 257.10 |
|---|---|---|
| To ensure proper credit, please indicate Invoice Number with payment. | Interest Accrued: | 0.00 |
| Interest accrues at a rate of 1.5% per month. | Grand Total: | 257.10 |
| | Amount Paid: | 0.00 |

Questions?  Please call our Credit Manager @ 202-789-6308.

| **TOTAL BALANCE DUE:** | 257.10 |
|---|---|

## Thank You For Your Business

**Estimate**

Love Court Reporting, Inc.
2002 Sproul Road, Suite 100
Broomall, PA  19008
(610) 355-1948        (215) 568-5599

| Date | Estimate # |
|------|-----------|
| 6/6/2006 | 49 |

---

**Name / Address**

Stephanie D. Moran, Esquire
Watson & Moran, LLC
Metro-Plex I
8401 Corporate Drive, Suite 110
Landover, Maryland 20785

---

| | | | P.O. No. | Terms | Due Date | Rep |
|---|---|---|---|---|---|---|
| | | | verbal | Net 30 | 7/6/2006 | GDav |

| JOB DATE | QUANTITY | DESCRIPTION | | | PRICE EACH | Total |
|----------|----------|-------------|---|---|-----------|-------|
| | | Re: Marlin Godfrey, et al vs. Allen Iverson | | | | |
| May 11, 2006 | | Witness: Terra Barrow | | | | |
| | 93 | Pages: Copy | | | 2.70 | 251.10 |
| | 1 | Page(s) of Exhibit(s)-color | | | 1.50 | 1.50 |
| | | Shipping and handling | | | 10.00 | 10.00 |

| Please remit to above address. A 1.5% finance charge will be applied to unpaid balances over 30 days. | **Total** | $262.60 |
|---|---|---|

AO 44
(Rev. 7/95)                    For the _____ District of **Columbia**

# UNITED STATES DISTRICT COURT

**INVOICE**

**NUMBER**

202-638-0095                    07-0705-02

TO: **Gregory L. Lattimer, Esq.**
Law Offices of Gregory Lattimer
1100 H Street, NW
Washington DC 20005

PHONE:

**NOTE**
MAKE CHECK PAYABLE TO:
Jacqueline M. Sullivan
333 Constitution NW
PHONE: Washington DC 20001

**TRANSCRIPTS**

☐ CRIMINAL    ☑ CIVIL    DATE ORDERED 7-3-07    DATE DELIVERED 7-5-07

IN THE MATTER OF (CASE NUMBER AND TITLE)
Marlin Godfrey et al US. Allen Iverson, et al    05-CV-02044-ESH

**CHARGES**

| CATAGORY | ORIGINAL | | | 1ˢᵗ COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 447 | 1.10 | 491.70 | 447 | .83 | 371.01 | | | | 862.71 |
| Hourly | | | | | | | | | | |

For proceedings on (Date):                    **TOTAL** 862.71

6-28-07    118    pgo
6-29-07    120    pgo
7-2-07     120    pgo
7-3-07     88     pgo

LESS DISCOUNT FOR LATE DELIVERY
LESS AMOUNT OF DEPOSIT    500.00
TOTAL REFUNDED
**TOTAL DUE** 362.71

**ADDITIONAL INFORMATION**

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary *delivery* rate.

**CERTIFICATION**

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER    DATE 7-5-07
Jacqueline M. Sullivan

(All previous editions of this form are cancelled and should be destroyed.)

PART 1 (ORIGNAL) – TO PARTY
PART 2 (YELLOW) - TO PARTY-FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) – COURT REPORTER SUPERVISOR

AO44
(Rev 12/89)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

INVOICE NO: 20020825

## MAKE CHECKS PAYABLE TO:

Gregory L. Lattimer, Esq.
Law Offices of Gregory L. Lattimer
1100 H Street, NW
Suite 920
Washington, DC 20005

Phone:   (202) 638-0095

lattlaw@aol.com

Bryan A. Wayne, RPR, CRR
United States Court Reporter
U.S. Courthouse, Room 6812
333 Constitution Avenue, N.W.
Washington, DC 20001

Phone:    (202) 354-3186
FAX       (202) 289-8464
Tax ID:   27-0119350
bryanawayne@verizon.net

| | CRIMINAL | X CIVIL | | DATE ORDERED: | 07-02-2007 | | | DATE DELIVERED: | 07-03-2007 |

**Case Style:** CA 05-2044, Marlin Godfrey v Allen Iverson
Trial Transcripts copy, 6/27/07, 7/2/07, 7/3/07
Original order price for opening statements - 27 pgs.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 27 | 5.50 | 148.50 | 283 | 1.10 | 311.30 | | | | 459.80 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.                                              MISC. CHARGES:

TOTAL: 459.80
LESS DISCOUNT FOR LATE DELIVERY:
TAX (If Applicable):
LESS AMOUNT OF DEPOSIT:
TOTAL REFUND:
TOTAL DUE: $459.80

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                                        DATE 7/5/07

(All previous editions of this form are cancelled and should be destroyed)

7/17/2007

Jacqueline M. Sullivan                                                                              **362.71

Three Hundred Sixty-Two and 71/100********************************************************************************************

Jacqueline M. Sullivan
Court Reporter
333 Constitution Ave. N.W.
Washington, DC 20001


Jacqueline M. Sullivan                                                              7/17/2007
Transcripts                         6/28/07 - 7/3/07  Trial Transcript                                         362.71


Checking                                                                                           362.71


Jacqueline M. Sullivan                                                              7/17/2007
Transcripts                         6/28/07 - 7/3/07  Trial Transcript                                         362.71

7/6/2007

Bryan A. Wayne                                                                                    **1,172.60

One Thousand One Hundred Seventy-Two and 60/100**********************************************************************

Bryan A. Wayne
U.S. Court Reporter
U.S. Courthouse, Room 6812
Washington, D.C. 20001
Godfrey (459.80) & Martinez (712.80)

Bryan A. Wayne                                                              7/6/2007
Transcripts                 Trial transcript (Opening Statement)                              459.80
Transcripts                 Trail trancript                                                   712.80

Checking             Godfrey (459.80) & Martinez (712.80)                                   1,172.60

Bryan A. Wayne                                                              7/6/2007
Transcripts                 Trial transcript (Opening Statement)                              459.80
Transcripts                 Trail trancript                                                   712.80

Checking       Godfrey (459.80) & Martinez (712.80)                                         1,172.60

12/7/2005

Andre Demoya                                                                                                    **45.00

Forty-Five and 00/100******************************************************************************************************************

Andre Demoya


Godfrey  - Witness Deposition Fee


Andre Demoya                                                                                 12/7/2005
Witness Fee                                      Witness Deposition Fee                                                45.00


Checking              Godfrey  - Witness Deposition Fee                                                               45.00


Andre Demoya                                                                                 12/7/2005
Witness Fee                                      Witness Deposition Fee                                                45.00


Checking              Godfrey  - Witness Deposition Fee                                                               45.00

6/19/2007

Curtis Fitzgerald                                                                    **45.00

Forty-Five and 00/100**************************************************************************************************

Curtis Fitzgerald

Curtis Fitzgerald                                                      6/19/2007
Witness Fee                         Trial Subpoena                                   45.00

Checking                                                                             45.00

Curtis Fitzgerald                                                      6/19/2007
Witness Fee                         Trial Subpoena                                   45.00

Checking                                                                             45.00

11/8/2006

Donald Temple                                                                                          **45.00

Forty-Five and 00/100***********************************************************************************************************

Reimbursement of Witness Fee Michael Person

Donald Temple                                                              11/8/2006
Witness Fee                              Michael Persons                                              45.00

Checking            Reimbursement of Witness Fee Michael Person                                        45.00

Donald Temple                                                              11/8/2006
Witness Fee                              Michael Persons                                              45.00

Checking            Reimbursement of Witness Fee Michael Person                                        45.00

10/23/2006

Nicole Whitecliff                                                                      **45.00

Forty-Five and 00/100*********************************************************************************************

Nicole Whitecliff

Nicole Whitecliff                                                          10/23/2006
Witness Fee                          Godfrey- Nicole Whitecliff witness fee                    45.00

Checking                                                                               45.00

Nicole Whitecliff                                                          10/23/2006
Witness Fee                          Godfrey- Nicole Whitecliff witness fee                    45.00

Checking                                                                               45.00

10/27/2006

Nicole Wickliffe                                                                          **45.00

Forty-Five and 00/100***********************************************************************************************

Nicole Wickliffe

Witness Fee

Nicole Wickliffe                                                            10/27/2006
Witness Fee                        N. Wickliffe                                                45.00

Checking          Witness Fee                                                                  45.00

Nicole Wickliffe                                                            10/27/2006
Witness Fee                        N. Wickliffe                                                45.00

Checking          Witness Fee                                                                  45.00

6/19/2007

Curtis Fitzgerald                                                                                    **45.00

Forty-Five and 00/100***********************************************************************************************

Curtis Fitzgerald

Curtis Fitzgerald                                                              6/19/2007
Witness Fee                          Trial Subpoena                                                        45.00

Checking                                                                                              45.00

Curtis Fitzgerald                                                              6/19/2007
Witness Fee                          Trial Subpoena                                                        45.00

Checking                                                                                              45.00

6/19/2007

Andre Demoya                                                                                    **45.00

Forty-Five and 00/100****************************************************************************************************

Andre Demoya


Godfrey - Witness Fee (Trial)


Andre Demoya                                                          6/19/2007
Witness Fee                         Witness Fee Trial                                             45.00


Checking          Godfrey - Witness Fee (Trial)                                                 45.00

Andre Demoya                                                          6/19/2007
Witness Fee                         Witness Fee Trial                                             45.00


Checking          Godfrey - Witness Fee (Trial)                                                 45.00

6/19/2007

Sean Studevent                                                                                    **45.00

Forty-Five and 00/100***************************************************************************************

Sean Studevent

Sean Studevent                                                          6/19/2007
Witness Fee                                      Trial                                                            45.00

Checking                                                                                                             45.00

Sean Studevent                                                          6/19/2007
Witness Fee                                      Trial                                                            45.00

Checking                                                                                                             45.00



American Express Registered with Amex Online Services   Page 39 of 2



| HOME | PERSONAL CARDS | FINANCIAL SERVICES | TRAVEL | SMALL BUSINESS | CORPORATIONS | MERCHANTS |

**OPEN** FOR BUSINESS

## SMALL BUSINESS

Site Help | Search | Contact Us | Log Out    ▶ **VIEW ACCOUNTS**

Summary of Accounts    Apply for a Card    Lines of Credit    Rewards & Benefits    Customer Service

**CARD ACTIVITY For** ▬▬▬BERK    **Learn About Your New Online Features**

Business Platinum Card® - 81014

Closing Date: Jul 11, 2007

| Card: | Business Platinum Card® | ▬▬▬ |
| Time Period: | Current Statement | Jun 13, 2007 through Jul 11, 2007 ⌄ |
| Display: | All Transactions | ⌄ |
| Search Transactions: | | |

Learn About Your New Online Features

🖶  Print Options

⊙  Download Card Activity

⊞ Additional Search Options

To display the selections above, click  **VIEW RESULTS**

## TRANSACTION DETAIL

LIST VIEW          GRAPH VIEW

Activity for ▬▬▬▬▬

⊞ Show or ⊟ Hide all details

First | Previous          Displaying 1-29 of 29 Transactions          Next | Last

| Date▾ | Description | Amount |
|---|---|---|
| 07/10/2007 | ⊞ ▬▬▬▬ DC | 20.00 |
| 07/10/2007 | ⊞ ▬▬▬ TX | 15.79 |
| 07/08/2007 | ⊟ ▬▬▬▬▬ TX | 160.30 |
| 07/06/2007 | ⊞ ▬▬▬ TX | 15.34 |
| 07/02/2007' | ▬▬▬▬▬ | -0.56 |
| 07/02/2007 | ⊟ ▬▬▬ DC | 20.00 |
| 07/02/2007 | ▬▬▬▬ TX | 15.79 |
| ▬▬▬▬ | ▬ OPEN Savings at FedEx | -0.75 |
| ▬▬▬▬ | ⊟ PITNEY BOWES ▬▬▬ CT | 39.12 |
| ▬▬▬▬ | ⊟ STAPLES ▬▬ SILVER SPRING MD | 66.00 |
| ▬▬▬▬ | ⊞ FEDEX ▬▬▬ MEMPHIS TN | 11.17 |
| ▬▬▬▬ | ▬▬ USPS MECA MACON GA | 100.00 |
| ▬▬▬▬ | ▬ OPEN Savings at ▬▬▬ | -0.75 |
| 06/26/2007 | ⊞ STAPLES WASHINGTON DC — *Exhibit Books* | ⦅105.83⦆ |
| ▬▬▬▬ | ▬▬ OFFICE DEPOT INC SILVER SPRING MD | 37.77 |
| ▬▬▬▬ | ▬▬ OFFICE DEPOT INC SILVER SPRING MD | 74.08 |
| ▬▬▬▬ | ▬▬ FEDEX ▬▬▬▬ | 15.06 |
| ▬▬▬▬ | ▬▬ MIN VIDEO INC SPRINGFIELD VA | 1,449.00 |

https://www99.americanexpress.com/myca/estatement/us/action?request_type=authreg_St...   7/31/2007

# LexisNexis®

| INVOICE NO: | INVOICE DATE |
|---|---|
| 0706104966 | 30-JUN-07 |

BILLING PERIOD 01-JUN-07 - 30-JUN-07

*INVOICE TO:*
WATSON & MORAN LLC
LANDOVER MD 20785-2263

| ACCOUNT NUMBER |
|---|
| 116M8T |

## ITEMIZATION OF LEXISNEXIS ONLINE & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

CLIENT
DOFERRY, MARLIN

| | CONTRACT USE | | TRANSACTIONAL USE | | | |
|---|---|---|---|---|---|---|
| GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| $1,395.50 | ($1,209.19) | $186.31 | · | | $186.31 | · | |

ACCOUNT TOTAL:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $1,395.50 | ($1,209.19) | $186.31 | $0.00 | $0.00 | $186.31 | $0.00 | $186.31 |

*111012822*
05/14/2006
000892806157
This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

WATSON & MORAN, LLC
6401 CORPORATE DR., STE. 110
LANDOVER, MD 20785-2263
PH. 301-429-0505

1729

Date _____ May 8, 2006

Pay to the
Order of _____ Washington Suites _____ $ 120.00

One hundred twenty dollars and no/100 _____ Dollars

Bank of America

ACH R/T 052001633

For _____ Bank of Jessie Kane

1:052001633 1: 003931723505 1729    1'0000012000'

4:052001633 1:003931723505 1729    1'0000012000'

# Raymond G. Carnegie NCC, NBCCH
## Licensed Clinical Professional Counselor

10921 Maiden Drive
Bowie MD, 20720

Phone: 301.352.8731
Fax: 301.352.0348

July 16, 2007

INVOICE

Attention:   Gregg Watson

Re: Marlin Godfrey

Bill for services rendered June 28, 2007

| | |
|---|---|
| From 2pm – 4:30pm @ $150.00 per hour | $375.00 |
| -   2pm-3pm parking $15.00 | $15.00 |

| | |
|---|---|
| Invoice Total: | $390.00 |

JAE S. CHUNG, M.D.
9470 Annapolis Road, Suite 306
Lanham, Maryland 20706

Telephone: (301) 459-1691

Attn: E. Gregory Watson, Esq.
Watson & Moran, LLC
8401 Corporate Drive, Suite 110
Landover, MD 20785

RE:      Patient name: Marlin Godfrey
         Patient DOB:  01-17-1970
         Patient SSN:  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

This bill is in reference to the court case for Mr. Marlin Godfrey that occurred on
June 29, 2007 at 9:30am at the United States District Court for the District of
Columbia.

Court hearing:           $200/hr.
Appointments cancelled:  $80/patient
                         8 patients cancelled – total: $640.00

Please send check to the above address and feel free to notify me if there are
any more problems or concerns to this matter.

Sincerely,

Jae S. Chung, MD

July 13, 2007

E. Gregory Watson
Watson & Moran, L.L.C.
Metro-Plex 8401 Corporate Drive Suite 110
Landover, MD 20785

Re:    Invoice for Professional Services
       **Godfrey v. Iverson**
       **June 28, 2007**

Medical Testimony                   ½  Day

**Total Due**                       **$1500.00**

Please make payment to:    Perry W. Alexion, M.D.
                           7500 Hanover Pkwy, Suite 207
                           Greenbelt, MD 20770
                           SSN 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

# *Best Western Pentagon*

Page 1 of 1

2480 South Glebe Road
Arlington, VA 22206
(703) 979-4400 / (703) 685-0051
www.yourdchotels.com

**Stephen Bricker**
**1607 Wilmington Ave**
**Richmond, VA 23227**

| Room | Folio | Checkin | CheckOut | Balance |
|------|-------|---------|----------|---------|
| 341 | 147751 | 06/26/2007 | 06/27/2007 | 0.00 |
| Guest Folio | | Weekday: 149.00  Weekend: 149.00 | | |

| Date | Room | Description / Voucher | Charges | Credits | Balance |
|------|------|----------------------|---------|---------|---------|
| 06/26/2007 | 341 | Room Taxable | 149.00 | 0.00 | 149.00 |
| 06/26/2007 | 341 | Sales Tax - 5.000% | 7.45 | 0.00 | 156.45 |
| 06/26/2007 | 341 | City Occ Tax - 5.250% | 7.82 | 0.00 | 164.27 |
| 06/27/2007 | 341 | Visa/Mastercard - XXXXXXXXXXX71495 AP: 096067 | 0.00 | 164.27 | 0.00 |

# Best Western Pentagon

Page 1 of 1

2480 South Glebe Road
Arlington, VA 22206
(703) 979-4400 / (703) 685-0051
www.yourdchotels.com

**Stephen Bricker**

| Room | Folio | CheckIn | CheckOut | Balance |
|------|-------|---------|----------|---------|
| 344 | 147763 | 06/26/2007 | 06/27/2007 | 0.00 |
| Guest Folio | | Weekday: 149.00 Weekend: 149.00 | | |

| Date | Room | Description / Voucher | Charges | Credits | Balance |
|------|------|-----------------------|---------|---------|---------|
| 06/26/2007 | 344 | Room Taxable | 149.00 | 0.00 | 149.00 |
| 06/26/2007 | 344 | Sales Tax - 5.000% | 7.45 | 0.00 | 156.45 |
| 06/26/2007 | 344 | City Occ Tax - 5.250% | 7.82 | 0.00 | 164.27 |
| 06/27/2007 | 344 | Visa/Mastercard - XXXXXXXXXXX71495 AP: 045657 | 0.00 | 164.27 | 0.00 |

AN
06/27/2007  07:34 AM

Visit http://www.yourdchotels.com for reservations

## Best Western Pentagon

Page 1 of 1

2480 South Glebe Road
Arlington, VA 22206
(703) 979-4400 / (703) 685-0051
www.yourdchotels.com

**Chris Anderson**
**6113 Old Hartley Place**
**Glen Allen, VA 23060**

| Room | Folio | CheckIn | CheckOut | Balance |
|------|-------|---------|----------|---------|
| 236 | 147851 | 06/27/2007 | 06/28/2007 | 0.00 |
| Guest Folio | | Weekday: 119.00 Weekend: 119.00 | | |

| Date | Room | Description / Voucher | Charges | Credits | Balance |
|------|------|----------------------|---------|---------|---------|
| 06/27/2007 | 236 | Room Taxable | 119.00 | 0.00 | 119.00 |
| 06/27/2007 | 236 | Sales Tax - 5.000% | 5.95 | 0.00 | 124.95 |
| 06/27/2007 | 236 | City Occ Tax - 5.250% | 6.25 | 0.00 | 131.20 |
| 06/28/2007 | 236 | Visa/Mastercard - XXXXXXXXXXX71495 AP: 085847 | 0.00 | 131.20 | 0.00 |

EQ
06/28/2007  07:48 AM

Visit http://www.yourdchotels.com for reservations

yos

```
DATE                    CARDMEMBER
AUTHORIZATION NO. REFERENCE NO.

                65
        5841850
QTY   DESCRIPTION        AMOUNT

                    TAX
SALES
SLIP                MISC

                    TOTAL
```

CUSTOMER COPY

PURCHASER SIGN HERE

X

Cardholder acknowledges receipt of goods and/or services in the amount
of the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the issuer.

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS**

Wood Creek Exxon
13377 Jefferson Ave
Newport News, Va 23608

EXXON EXPRESS PAY

04/26/2007 2:04:30 PM 4153

JEFFTP, AVEN, 4725364
13377 Jefferson
NEWPORT, VA

VISA XXXXXXX5009     VISA
INVOICE#CHRISTOPHER
INVOICE#CHRISTOPHER
AUTH 00014L

PUMP#5
Regular
PRICE/GAL
FUEL TOTAL

18.854G
$ 2.765
$50.02

CRIND Credit

Credit

                        Total = $50.02     $50.02

WELCOME

WE ARE HERE
OK THANK YOU
VISA

INVOICE#: 00532
DATE 06/27/07 13:22
AUTH# 02536G
PUMP # 13
PRODUCT: UNLD
GALLONS:        16.402
PRICE/G:      $  2.999
FUEL   SALE   $  49.19

THANK YOU
HAVE A NICE DAY