UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARLIN GODFREY et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No. 1:05-cv-2044 (ESH/DAR) |
| | ) | |
| ALLEN IVERSON, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

### PLAINTIFF MARLIN GODFREY'S MOTION FOR EXTENSION OF TIME TO FILE HIS OPPOSITION TO THE POST TRIAL MOTIONS FILED BY THE DEFENDANTS

Comes now plaintiff Marlin Godfrey, by and through counsel and hereby move this Court for an order extending the time for him to file his opposition to the post trial motions filed by the defendants. In support of this motion the plaintiff avers as follows:

1. On July 23, 2007 the defendants filed two post trial motions. One motion was for Judgment Notwithstanding the Verdict or alternatively a New Trial, and the other was for a Remittitur or alternatively a New Trial. While neither motion has even the slightest bit of merit, counsel is mindful of the fact that failure to file a timely opposition could result in the Court viewing the motions as conceded.

2. With the above in mind, plaintiff's counsel is forced to request additional time to respond to the motions, not because of complicated arguments contained therein but because of counsel's attendance at the National Bar Association Convention during the week of July 28-August 3 and his attendance at a family reunion from August 3, until August 6.

3. In order to properly respond to the motions filed by the defendants, a short five(5) day extension is requested of the Court to file Mr. Godfrey's oppositions.

Wherefore for the reasons set forth herein and in the record of this proceeding and because there will be no prejudice of any kind to any of the parties of record, it is respectfully requested that the Court grant plaintiff's motion.

### Certification of Counsel

Prior to filing this motion, the undersigned phoned Mr. Milstein to obtain his position. Mr. Milstein was unavailable at that time which was Monday evening, August 6, 2007 at 6:25 p.m.

Respectfully submitted,

Gregory L. Lattimer [371926]
1100 H Street, N.W.
Suite 920
Washington, D.C.  20005
(202) 638-0095

Stephanie D. Moran, [471555]
E. Gregory Watson
Watson & Moran, LLC
8401 Corporate Drive
Suite 110
Landover, MD 20785
(301) 429-0505

By:    _____/s/_____
Gregory L. Lattimer