UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARLIN GODFREY et al.,** )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>**ALLEN IVERSON, et al.,** )<br>)<br>*Defendants.* )<br>_____ ) | Case No. 1:05-cv-2044 (ESH/DAR) ) |

### PLAINTIFF MARLIN GODFREY'S MOTION FOR FURTHR EXTENSION OF TIME TO FILE HIS OPPOSITION TO THE POST TRIAL MOTIONS FILED BY THE DEFENDANTS

Comes now plaintiff Marlin Godfrey, by and through counsel and hereby move this Court for an order extending the time for him to file his opposition to the post trial motions filed by the defendants. In support of this motion the plaintiff avers as follows:

1. On July 23, 2007 the defendants filed two post trial motions. One motion was for Judgment Notwithstanding the Verdict or alternatively a New Trial, and the other was for a Remittitur or alternatively a New Trial.

2. On August 6, 2007, the plaintiff sought a five day extension to respond to the defendants' post trial motions. However, because the plaintiff, who ordered all of the trial transcripts, is still missing two of those transcripts, it is not possible to properly respond to defendants' motions.

3. The plaintiff is reasonably certain that the missing transcripts will be located and/or reproduced within the next day or so. Consequently, plaintiff is requesting another three (3) day extension in order to properly respond to the motions filed by the defendants.

Wherefore for the reasons set forth herein and in the record of this proceeding and because there will be no prejudice of any kind to any of the parties of record, it is respectfully requested that

the Court grant plaintiff's motion and extend the time for the filing of his opposition to defendants' post trial motions from August 13, 2007 up to and including August 16, 2007.

## Certification of Counsel

Prior to filing this motion, the undersigned attempted to contact counsel for the defendants, without success, to obtain their position.

    Respectfully submitted,

    Gregory L. Lattimer [371926]
    1100 H Street, N.W.
    Suite 920
    Washington, D.C. 20005
    (202) 638-0095

    Stephanie D. Moran, [471555]
    E. Gregory Watson
    Watson & Moran, LLC
    8401 Corporate Drive
    Suite 110
    Landover, MD 20785
    (301) 429-0505

By:    _____/s/_____
    Gregory L. Lattimer