IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLIN GODFREY, *et al.*, | * |
| Plaintiffs, | * |
| v. | * Civil Action No. 05-2044 (ESH) |
| ALLEN IVERSON, *et al.*, | * |
| Defendants. | * |

### DEFENDANTS' JOINT MOTION TO STRIKE

Presently pending before the Court are Defendants' post trial motions and Plaintiff's Motion for Further Extension of Time to File His Opposition to the Post Trial Motions. Defendants Allen Iverson and Jason Kane move to strike Plaintiff's opposition to Defendants' post trial motions and, in support thereof, state as follows:

1. On August 13, 2007, without consulting Defendants' counsel, Plaintiff filed a second request for additional time to file his opposition to Defendants' post-trial motions. Plaintiff's counsel stated that he was missing trial transcripts that were necessary to complete his opposition. Plaintiff requested that, in addition to the five day extension Defendants had previously consented to, he be given an additional three day extension, "up to and including August 16, 2007." (Dkt. No. 130).

2. On August 14, 2007, Defendants filed a Joint Opposition to Plaintiff's Second Request for Extension of Time. (Dkt. No. 131).

3. On August 17, 2007, Plaintiff filed an Opposition to the Motion of Defendants Allen Iverson and Jason Kane for Judgment as a Matter of Law and New Trial, or, In the

WO 779118.1

Alternative for Remittitur. Plaintiff filed his untimely opposition without leave of the Court. Not only that, the opposition was filed beyond the extended time Plaintiff's counsel had requested in his second motion for extension (August 16, 2007).

3. For the reasons stated in Defendants' Joint Opposition to Plaintiff's Second Request for Extension of Time, Plaintiff's request for a second extension of time to file his opposition should be denied under Local Rule 7(b) and Federal Rule of Civil Procedure 6(b). (See Dkt. No. 131).

4. Because Plaintiff has filed his opposition without leave of the Court and without providing any basis for filing his opposition four days after his extended deadline, Defendants' respectfully move to strike Plaintiff's opposition as untimely and filed without leave of the Court. "Parties may seek an extension of time if they cannot comply with the deadline in the Rules but cannot delay filing the supporting documents for their brief until whatever date they choose." *DL v. District of Columbia*, 450 F.Supp.2d 11, 20 (D.D.C. 2006) (court struck defendants' supplemental reply as untimely and filed without leave of the Court.)

WHEREFORE, in light of the absence of leave of the Court to file an untimely opposition, Plaintiff's continued practice of ignoring deadlines of this Court, and the rules preventing extensions for pleadings related to post trial motions and the absence of any good cause for an extension, the Court should strike Plaintiff's opposition to Defendants' post trial motions and enter an Order in favor of Defendant's post trial motions. If, however, the Court allows Plaintiff's untimely opposition, Defendants reserve their right to file a reply in further support of their post trial motions.

Submitted this 17th day of August, 2007.                Respectfully submitted,

                                              **SUTHERLAND ASBILL &**
                                              **BRENNAN LLP**

Date: _____August 17, 2007_____            By:_____*/s/ William R. Martin, Esquire*_____
                                              William R. Martin (Bar No. 465531)
                                              1275 Pennsylvania Avenue, NW
                                              Washington, DC 20004
                                              Telephone: (202) 383-0100
                                              Facsimile: (202) 637-3593
                                              *Counsel for Defendant Jason Kane*


                                              **HERMAN, SILVERSTEIN, KOHL**
                                              **ROSE & PODOLSKY, P.A.**

Date: _____August 17, 2007_____            By:_____*/s/ Alan C. Milstein, Esquire*_____
                                              Alan C. Milstein, Esquire
                                              Fairway Corporate Center
                                              4300 Haddonfield Road – Suite 311
                                              Pennsauken, NJ 08109
                                              Telephone: (856) 662-0700
                                              Facsimile: (856) 488-4744
                                              *Counsel for Defendant Allen Iverson*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 17, 2007, a copy of the forgoing opposition was sent first class mail, postage prepaid, to the following counsel of record:

Gregory L. Lattimer, Esq.
1100 H Street, N.W., Suite 920
Washington, D.C. 20005

Stephanie D. Moran, Esq.
E. Gregory Watson, Esq.
Watson & Moran, LLC
8401 Corporate Drive, Suite 100
Landover, MD 20785

**SUTHERLAND ASBILL & BRENNAN LLP**

Date: _____August 17, 2007_____    By:_____/s/ William R. Martin, Esquire_____
William R. Martin (Bar No. 465531)
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 383-0100
Facsimile: (202) 637-3593

*Counsel for Defendant Jason Kane*

WO 779118.1