IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARLIN GODFREY, et al.,** | * | |
| **Plaintiffs,** | * | |
| | | Civil Action No. 05-2044 |
| vs. | * | |
| | | (ESH) (DAR) |
| | * | |
| **ALLEN IVERSON, et al.** | | |
| | * | |
| **Defendants.** | | |
| | * | |

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' JOINT MOTION TO STRIKE

Comes now, Marlin Godfrey, by and through counsel, and hereby responds to the Joint Motion to Strike which has been filed by the defendants in this case. From the date this litigation began, every underhanded, obnoxious, dirty and dastardly trick that could have been played, has been played by the defendants. Every underhanded and dastardly position that could have been taken has been taken by the defendants. Obvious fabrications and misrepresentations have been advanced, and common courtesy, not to mention civility, has been nothing more than a passing thought for these defendants.

Taking this litigation style to a new depth, the defendants have moved to strike plaintiff's opposition to their post trial motions because the electronic filing was not completed until 12:30 a.m. on August 17, 2007 as opposed to by 11:59 p.m. on August 16, 2007. Plaintiff's counsel began filing his opposition, it took longer than expected to "log on" to submit the filing and the filing was not completed until 12:30 a.m., according to the Notice of Electronic Filing. And based upon those facts, these defendants accuse the plaintiff of a "continued practice of ignoring deadlines of this Court." Mot. at 2. Reprehensible is the word that comes to mind in responding to this wicked

misrepresentation of fact by these defendants who were the ones that have been monetarily sanctioned during this litigation for their blatant misconduct.

Every attempt was made to file plaintiff's opposition by 12:00 a.m. Due to the technical issues involved, the filing did not become finalized until 12:30 a.m. Technically speaking, it was thirty (30) minutes late. No one having even a little integrity would suggest that such a pleading was filed untimely in disregard of a court's deadline.

Wherefore for the reasons stated herein and in the record of this proceeding and because the motion of the defendants is unabashedly frivolous, it is respectively urged that it be summarily denied.

Respectfully submitted,

Gregory L. Lattimer, [371926]
1100 H Street, N.W.
Suite 920
Washington, D.C.  20005
(202) 638-0095

Stephanie D. Moran, [471555]
E. Gregory Watson
Watson & Moran, LLC
8401 Corporate Drive
Suite 110
Landover, MD 20785
(301) 429-0505