IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARLIN GODFREY, et al.,     *
    *
Plaintiffs,     *
    *
v.     *  Civil Action No. 05-2044 (ESH)
    *
ALLEN IVERSON, et al.,     *
    *
Defendants.     *

## DEFENDANTS ALLEN IVERSON AND JASON KANE'S NOTICE OF APPEAL

Notice is hereby given that Defendants in the above-captioned case, Allen Iverson and Jason Kane (collectively, "Defendants"), by and through their respective undersigned counsel of record, and pursuant to the Federal Rules of Appellate Procedure, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Judgment on the Verdict for Plaintiff Marlin Godfrey, filed on July 13, 2007 and upheld by the Memorandum Opinion and Order denying Defendants' Renewed Motion for Judgment as a Matter of Law and Defendants' Motion for Remittitur, entered in this matter on September 4, 2007

Respectfully submitted this 2nd day of October, 2007,

| | |
|---|---|
| **SHERMAN, SILVERSTEIN, KOHL ROSE & PODOLSKY, P.A.** | **SUTHERLAND ASBILL & BRENNAN LLP** |
| By: _/s/_ <br> Alan C. Milstein, Esquire <br> Matthew A. Tucker, Esquire <br> 4300 Haddonfield Road – Suite 311 <br> Pennsauken, NJ 08109 <br> Telephone: (856) 662-0700 <br> Facsimile: (856) 488-4744 <br> *Counsel for Defendant Allen Iverson* | By: _/s/ William R. Martin, Esquire_ <br> William R. Martin, Esquire <br> Thomas R. Bundy, Esquire <br> 1275 Pennsylvania Avenue, NW <br> Washington, DC 20004 <br> Telephone: (202) 383-0100 <br> Facsimile: (202) 637-3593 <br> *Counsel for Defendant Jason Kane* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 2, 2007, a copy of the forgoing Notice of Appeal was sent first class mail, postage prepaid, to the Plaintiffs' following counsel of record:

Gregory L. Lattimer, Esq.
1100 H Street, N.W., Suite 920
Washington, D.C. 20005

Stephanie D. Moran, Esq.
E. Gregory Watson, Esq.
Watson & Moran, LLC
8401 Corporate Drive, Suite 100
Landover, MD 20785

Date: _____October 2, 2007_____   By:   SHERMAN, SILVERSTEIN, KOHL
ROSE & PODOLSKY, P.A.

*[signature]*

Matthew A. Tucker, Esquire
Fairway Corporate Center
4300 Haddonfield Road – Suite 311
Pennsauken, NJ 08109
Telephone: (856) 662-0700
Facsimile: (856) 488-4744
*Counsel for Defendant Allen Iverson*