IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARLIN GODFREY, *et al.*, | * |
| Plaintiffs, | * |
| v. | * Civil Action No. 05-2044 (ESH) |
| ALLEN IVERSON, *et al.*, | * |
| Defendants. | * |

## DEFENDANT JASON KANE'S
## NOTICE OF APPEAL

Notice is hereby given that the Defendant in the above-captioned case, Jason Kane, by and through undersigned counsel of record, and pursuant to the Federal Rules of Appellate Procedure, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Judgment on the Verdict for Plaintiff Marlin Godfrey, filed on July 13, 2007 and upheld by the Memorandum Opinion and Order denying Defendants' Renewed Motion for Judgment as a Matter of Law and Defendants' Motion for Remittitur, entered in this matter on September 4, 2007

Respectfully submitted this 4th day of October, 2007,

SUTHERLAND ASBILL &
BRENNAN LLP

By: __/s/ William R. Martin, Esquire__
    William R. Martin, Esquire
    Thomas R. Bundy, Esquire
    1275 Pennsylvania Avenue, NW
    Washington, DC 20004
    Telephone: (202) 383-0100
    Facsimile: (202) 637-3593
    *Counsel for Defendant Jason Kane*

WO 804246.2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 4, 2007, a copy of the forgoing Notice of Appeal was sent first class mail, postage prepaid, to the Plaintiffs' following counsel of record:

Gregory L. Lattimer, Esq.
1100 H Street, N.W., Suite 920
Washington, D.C. 20005

Stephanie D. Moran, Esq.
E. Gregory Watson, Esq.
Watson & Moran, LLC
8401 Corporate Drive, Suite 100
Landover, MD 20785

**SUTHERLAND ASBILL & BRENNAN LLP**

Date:   October 4, 2007

By:   */s/ William R. Martin, Esquire*
William R. Martin, Esquire
Thomas R. Bundy, Esquire
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 383-0100
Facsimile: (202) 637-3593
*Counsel for Defendant Jason Kane*

WO 804246.2