IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARLIN GODFREY, et al.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 05-2044 |
| v. ) | |
| ) | (ESH) |
| ) | |
| **ALLEN IVERSON, et al.** ) | |
| ) | |
| **Defendants.** ) | |

### PLAINTIFF MARLIN GODFREY'S NOTICE OF CROSS-APPEAL

Notice is hereby given on this 17th day of October, 2007, that Marlin Godfrey hereby files his cross-appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgment entered on July 13, 2007 by this Court, which was appealed by the defendants on October 3 and 4, 2007.

        Respectfully submitted,

        Gregory L. Lattimer [371926]
        1100 H Street, N.W.
        Suite 920
        Washington, D.C. 20005
        (202) 638-0095

        Counsel for the Plaintiff