**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARLIN GODFREY, *et al.*, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *    Civil Action No. 05-2044 (ESH) |
| | * |
| ALLEN IVERSON, *et al.*, | * |
| | * |
| Defendants. | * |
| | * |

**ORDER**

Upon consideration of Plaintiff Marlin Godfrey's Motion for an Order Authorizing

Registration of His Judgment in Other United States District Courts, the submissions and

arguments relating thereto, the record and for good cause shown, it is hereby **ORDERED,**

**ADJUDGED and DECREED** that:

Plaintiff's motion is denied.

**SO ORDERED**.


Date: _____          By: _____
                                            ELLEN SEGAL HUVELLE
                                            United States District Judge

Copies to:

Alan C. Milstein, Esquire
Fairway Corporate Center
4300 Haddonfield Road – Suite 311
Pennsauken, NJ 08109
*Counsel for Defendant Allen Iverson*

William R. Martin (Bar No. 465531)
1275 Pennsylvania Avenue, NW
Washington, DC 20004
*Counsel for Defendant Jason Kane*

Gregory L. Lattimer, Esq.
1100 H Street, N.W., Suite 920
Washington, D.C. 20005
*Counsel for Plaintiffs*

Stephanie D. Moran, Esq.
E. Gregory Watson, Esq.
Watson & Moran, LLC
8401 Corporate Drive, Suite 100
Landover, MD 20785
*Counsel for Plaintiffs*